IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORPORATION, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | Civil Action No. 2:06cv72 |
| WELLS FARGO & COMPANY; *ET AL.* | § § § | |
| Defendants. | § | |

## ORDER ON HSBC BANK USA, N.A.'S
## MOTION FOR MORE DEFINITE STATEMENT

Defendant HSBC Bank USA, N.A.'s motion for more definite statement under Federal Rule of Civil Procedure 12(e) is hereby GRANTED and Plaintiff DataTreasury Corporation must replead to describe the allegations against HSBC Bank USA, N.A. in reasonable detail sufficient to identify the accused product and systems within ten days of the notice of this Order.