# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORPORATION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 2:06cv72 |
| | § | |
| WELLS FARGO & COMPANY; *ET AL*. | § | |
| | § | |
| Defendants. | § | |



## ORDER ON HSBC BANK USA, N.A.'S MOTION TO DISMISS UNDER RULE 12(b) (6)

Defendant HSBC Bank USA, N.A.'s motion to dismiss for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6) is hereby GRANTED and Counts 1 through 5 of Plaintiff DataTreasury Corporation's First Amended Complaint for Patent Infringement against HSBC Bank USA, N.A. are dismissed.

Dockets.Justia.com