UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATA TREASURY CORPORATION<br>　　Plaintiff | § § § § § § § | |
| vs. | | Civil Action No. 2-06CV72-DF<br>ECF |
| WELLS FARGO & COMPANY, *et al.*<br>　　Defendants. | | |

**ORDER GRANTING MOTION OF DEFENDANTS BANCORPSOUTH, INC. AND BANCORPSOUTH BANK TO DISMISS, OR IN THE ALTERNATIVE, FOR MORE DEFINITE STATEMENT**

Having considered Defendants BancorpSouth, Inc.'s and BancorpSouth Bank's Motion to Dismiss, or in the Alternative For More Definite Statement,

IT IS HEREBY ORDERED that Defendants' motion is GRANTED and Plaintiff DataTreasury Corporation's Amended Complaint against Defendants BancorpSouth, Inc. and BancorpSouth Bank is DISMISSED.

016159.00010:972054.01