# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **DATATREASURY CORPORATION,** | |
| **Plaintiff** | |
| v. | CIVIL ACTION NO. 2:06-CV-72 DF |
| **WELLS FARGO & CO., et al.,** | |
| **Defendants** | |

## ORDER GRANTING DEFENDANTS KEYCORP'S AND KEYBANK NATIONAL ASSOCIATION'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR MORE DEFINITE STATEMENT

The Court, having considered Defendants KeyCorp and KeyBank National Association's Motion to Dismiss, or in the Alternative, for More Definitive Statement, and finding good cause supporting it, finds that the Motion to Dismiss should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendants KeyCorp and KeyBank National Association's Motion to Dismiss is hereby GRANTED in its entirety.

Dallas 220238v1