UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **DATATREASURY CORPORATION,** | |
| **Plaintiff** | |
| v. | **CIVIL ACTION NO. 2:06-CV-72 DF** |
| **WELLS FARGO & CO., et al.,** | |
| **Defendants** | |

## DEFENDANTS SUNTRUST BANKS, INC.'S AND SUNTRUST BANK'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR MORE DEFINITE STATEMENT

Defendants SunTrust Banks, Inc. and SunTrust Bank (collectively "SunTrust"), hereby move pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss Plaintiff DataTreasury Corporation's ("DTC") First Amended Complaint for Patent Infringement for failure to state a claim upon which relief may be granted. In the alternative, SunTrust hereby moves pursuant to Rule 12(e) of the Federal Rules of Civil Procedure for a more definite statement of DTC's claims.

In support of this Motion and in the interest of brevity, SunTrust relies on and incorporates herein by reference as if set forth verbatim the arguments presented in the Joint Motion of Defendants to Dismiss, or in the Alternative, for More Definite Statement[1] ("Joint

---

[1] The Joint Motion was filed on behalf of Defendants Bank of America Corporation; Bank of America, N.A.; Bank of New York Co., Inc.; Bank of Tokyo-Mitsubishi UFJ, Ltd.; BB&T Corporation; Branch Banking and Trust Company; Citizens Financial Group, Inc.; Comerica Bank & Trust, N.A.; Comerica, Inc.; Cullen/Frost Bankers, Inc.; Deutsche Bank Trust Company Americas; First Data Corporation; LaSalle Bank Corporation; LaSalle Bank, N.A; M&T Bank Corporation.; M&T Bank; Remitco, LLC; TeleCheck Services, Inc.; The Bank of New York; The Frost National Bank; UBS Americas, Inc.; Union Bank of California, N.A.; UnionBanCal Corporation; Wachovia Bank, N.A.; Wachovia Corporation; Wells Fargo & Company; and Wells Fargo Bank, N.A.

Dallas 220183v1
Dallas 220216v1

Motion") filed on June 1, 2006 (Docket No. 80). SunTrust bases this Motion on the arguments and legal authorities set forth in the Joint Motion, and seeks the same relief requested therein.

Dated: June 1, 2006

>Respectfully submitted,
>
>**McKOOL SMITH, P.C.**
>
>/s/ Sam Baxter
>SAM BAXTER
>Lead Attorney
>Texas State Bar No. 01938000
>sbaxter@mckoolsmith.com
>THEODORE STEVENSON, III
>Texas State Bar No. 19196650
>tstevenson@mckoolsmith.com
>GARRET W. CHAMBERS
>Texas State Bar No. 00792160
>gchambers@mckoolsmith.com
>L. DAVID ANDERSON
>Texas State Bar No. 00796126
>danderson@mckoolsmith.com
>300 Crescent Court
>Suite 1500
>Telephone: (214) 978-4000
>Telecopier: (214) 978-4044]
>
>PETER J. AYERS
>Texas State Bar No. 24009882
>payers@mckoolsmith.com
>300 W. 6th Street, Suite 1700
>Austin, Texas 78701
>Telephone:  (512) 692-8700
>Telecopy:    (512) 692-8744
>
>**ATTORNEYS FOR DEFENDANTS SUNTRUST BANKS, INC. AND SUNTRUST BANK**

Dallas 220183v1
Dallas 220216v1

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by electronic mail by agreement of the parties on this the 1st day of June, 2006.

/s/ L. David Anderson
L. David Anderson

Dallas 220183v1
Dallas 220216v1