# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **DATATREASURY CORPORATION,** | |
| **Plaintiff** | |
| v. | **CIVIL ACTION NO. 2:06-CV-72 DF** |
| **WELLS FARGO & CO., et al.,** | |
| **Defendants** | |

### ORDER GRANTING DEFENDANTS SUNTRUST BANKS, INC.'S AND SUNTRUST BANK'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR MORE DEFINITE STATEMENT

The Court, having considered Defendants SunTrust Banks, Inc.'s and SunTrust Bank's Motion to Dismiss, or in the Alternative, for More Definitive Statement, and finding good cause supporting it, finds that the Motion to Dismiss should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendants SunTrust Banks, Inc.'s and SunTrust Bank's Motion to Dismiss is hereby GRANTED in its entirety.

Dallas 220239v1