## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **DATA TREASURY CORPORATION** § | |
|     **Plaintiff** § | |
| § | |
| **vs.** § | Civil Action No. 2-06CV-72-DF |
| § | |
| **WELLS FARGO & COMPANY,** *et al.* § | |
|     **Defendants.** § | |

### NOTICE OF APPEARANCE OF TONYA M. GRAY

Defendants COMPASS BANCSHARES, INC. and COMPASS BANK (jointly "Compass Defendants") hereby notify the Court and all parties of record that, in addition to the attorneys who have already appeared on the Compass Defendants' behalf, Tonya M. Gray of Andrews Kurth LLP is appearing as additional counsel for the Compass Defendants in the above-styled and numbered cause.

**NOTICE OF APPEARANCE OF TONYA M. GRAY --Page 1**

DAL:621542.1

Dated: June 1, 2006                                Respectfully submitted,

**ANDREWS KURTH LLP**

By:  _____/S/_____
Jerry L. Beane
Texas Bar No. 01966000
jerrybeane@andrewskurth.com
Gerald C. Conley
Texas Bar No. 04664200
geraldconley@andrewskurth.com
Kay Lynn Brumbaugh
Texas Bar No. 00785152
kaylynnbrumbaugh@andrewskurth.com
Tonya M. Gray
Texas Bar No. 24012726
tonyagray@andrewskurth.com

1717 Main Street, Suite 3700
Dallas, Texas 75201
Telephone: (214) 659-4400
Facsimile: (214) 659-4401

**ATTORNEYS FOR DEFENDANTS
COMPASS BANCSHARES, INC AND
COMPASS BANK**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this document has been served on all counsel of record via electronic mail through Local Rule CV-5(a) on this the 1st day of June, 2006.

_____/S/_____
Tonya M. Gray