UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |  | |
|---|---|---|---|
| **DATA TREASURY CORPORATION** | § | | |
|     **Plaintiff** | § | | |
| | § | | |
| **vs.** | § | | Civil Action No. 2-06CV-72-DF |
| | § | | |
| **WELLS FARGO & COMPANY,** *et al.* | § | | |
|     **Defendants.** | § | | |

### NOTICE OF APPEARANCE OF TONYA M. GRAY

Defendants FIRST HORIZON NATIONAL CORPORATION ("First Horizon") and FIRST TENNESSEE BANK, NATIONAL ASSOCIATION ("First Tennessee") hereby notify the Court and all parties of record that, in addition to the attorneys who have already appeared on their behalf, Tonya M. Gray of Andrews Kurth LLP is appearing as additional counsel for the First Horizon and First Tennessee in the above-styled and numbered cause.

Dated: June 1, 2006					Respectfully submitted,

**ANDREWS KURTH LLP**

By: _____/S/_____
    Jerry L. Beane
    Texas Bar No. 01966000
    jerrybeane@andrewskurth.com
    Gerald C. Conley
    Texas Bar No. 04664200
    geraldconley@andrewskurth.com
    Kay Lynn Brumbaugh
    Texas Bar No. 00785152
    kaylynnbrumbaugh@andrewskurth.com
    Tonya M. Gray
    Texas Bar No. 24012726
    tonyagray@andrewskurth.com

1717 Main Street, Suite 3700
Dallas, Texas 75201
Telephone: (214) 659-4400
Facsimile: (214) 659-4401

**ATTORNEYS FOR DEFENDANTS
FIRST HORIZON NATIONAL
CORPORATION AND FIRST TENNESSEE
BANK, NATIONAL ASSOCIATION**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this document has been served on all counsel of record via electronic mail through Local Rule CV-5(a) on this the 1st day of June, 2006.

_____/S/_____
Tonya M. Gray