# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **DATATREASURY CORPORATION,**<br><br>**Plaintiff**<br><br>v.<br><br>**WELLS FARGO & CO., et al.,**<br><br>**Defendants** | **CIVIL ACTION NO. 2:06-CV-72 DF** |

## ORDER GRANTING DEFENDANTS THE PNC FINANCIAL SERVICES GROUP, INC.'S AND PNC BANK, NATIONAL ASSOCIATION'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR MORE DEFINITE STATEMENT

The Court, having considered Defendants The PNC Financial Services Group, Inc.'s and PNC Bank, National Association's Motion to Dismiss, or in the Alternative, for More Definitive Statement, and finding good cause supporting it, finds that the Motion to Dismiss should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendants The PNC Financial Services Group, Inc.'s and PNC Bank, National Association's Motion to Dismiss is hereby GRANTED in its entirety.

Dallas 220240v1