# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **DATATREASURY CORPORATION,** | |
| Plaintiff | |
| v. | CIVIL ACTION NO. 2:06-CV-72 DF |
| **WELLS FARGO & CO., et al.,** | |
| Defendants | |

## ORDER GRANTING DEFENDANT ELECTRONIC DATA SYSTEMS CORP.'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR MORE DEFINITE STATEMENT

The Court, having considered Defendant Electronic Data Systems Corp.'s Motion to Dismiss, or in the Alternative, for More Definitive Statement, and finding good cause supporting it, finds that the Motion to Dismiss should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendant Electronic Data Systems Corp.'s Motion to Dismiss is hereby GRANTED in its entirety.

Dallas 220237v1