# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

**DATATREASURY CORPORATION,**

**Plaintiff**

v.                                                              CIVIL ACTION NO. 2:06-CV-72 DF

**WELLS FARGO & CO., et al.,**

**Defendants**

## ORDER GRANTING DEFENDANTS HARRIS BANKCORP, INC.'S AND HARRIS N.A.'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR MORE DEFINITE STATEMENT

The Court, having considered Defendants Harris Bankcorp, Inc.'s and Harris N.A.'s Motion to Dismiss, or in the Alternative, for More Definitive Statement, and finding good cause supporting it, finds that the Motion to Dismiss should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendants Harris Bankcorp, Inc.'s and Harris N.A.'s Motion to Dismiss is hereby GRANTED in its entirety.

Dallas 220232v1