# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **DATATREASURY CORPORATION,** | |
| **Plaintiff** | |
| v. | CIVIL ACTION NO. 2:06-CV-72 DF |
| **WELLS FARGO & CO., et al.,** | |
| **Defendants** | |

## DEFENDANT ELECTRONIC DATA SYSTEMS CORP.'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Electronic Data Systems Corp. ("EDS") hereby advises the Court that it is a publicly traded company and does not have a parent corporation. No publicly held corporation owns 10% or more of EDS's stock.

Dated: June 1, 2006

Respectfully submitted,

**McKOOL SMITH, P.C.**

/s/ Theodore Stevenson, III
THEODORE STEVENSON, III
Lead Attorney
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
GARRET W. CHAMBERS
Texas State Bar No. 00792160
gchambers@mckoolsmith.com
L. DAVID ANDERSON
Texas State Bar No. 00796126
danderson@mckoolsmith.com
300 Crescent Court
Suite 1500
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Dallas 220247v1

PETER J. AYERS
Texas State Bar No. 24009882
payers@mckoolsmith.com
300 W. 6th Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Telecopy:   (512) 692-8744

**ATTORNEYS FOR DEFENDANT ELECTRONIC DATA SYSTEMS CORP.**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by electronic mail by agreement of the parties on this the 1st day of June, 2006.

/s/ L. David Anderson
L. David Anderson