# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **DATATREASURY CORPORATION,** | |
| **Plaintiff** | |
| v. | 2:06-CV-72 DF |
| **WELLS FARGO & COMPANY; WELLS FARGO BANK, NATIONAL ASSOCIATION; BANK OF AMERICA CORPORATION; BANK OF AMERICA, NATIONAL ASSOCIATION; U.S. BANCORP; U.S. BANK, NATIONAL ASSOCIATION; WACHOVIA CORPORATION; WACHOVIA BANK, NATIONAL ASSOCIATION; SUNTRUST BANKS, INC.; SUNTRUST BANK; BB&T CORPORATION; BRANCH BANKING AND TRUST COMPANY; BANCORPSOUTH, INC.; BANCORPSOUTH BANK; COMPASS BANCSHARES, INC.; COMPASS BANK; CULLEN/FROST BANKERS, INC.; THE FROST NATIONAL BANK; FIRST HORIZON NATIONAL CORPORATION; FIRST TENNESEE BANK, NATIONAL ASSOCIATION; HSBC NORTH AMERICA HOLDINGS INC.; HSBC BANK USA, N.A.; HARRIS BANKCORP, INC.; HARRIS N.A.; NATIONAL CITY CORPORATION; NATIONAL CITY BANK; ZIONS BANCORPORATION; ZIONS FIRST NATIONAL BANK; BANK OF NEW YORK CO., INC.; THE BANK OF NEW YORK; UNIONBANCAL CORPORATION; UNION BANK OF CALIFORNIA, NATIONAL ASSOCIATION; BANK OF TOKYO-MITSUBISHI UFJ, LTD.; CITIZENS FINANCIAL GROUP, INC. CITY NATIONAL CORPORATION; CITY NATIONAL BANK; COMERICA INCORPORATED; COMERICA BANK** | |

| | |
|---|---|
| & TRUST, NATIONAL ASSOCIATION; DEUTSCHE BANK TRUST COMPANY AMERICAS; FIRST CITIZENS BANCSHARES, INC.; FIRST CITIZENS BANK & TRUST COMPANY; KEYCORP; KEYBANK NATIONAL ASSOCIATION; LASALLE BANK CORPORATION; LASALLE BANK NA; M&T BANK CORPORATION; M&T BANK; THE PNC FINANCIAL SERVICES GROUP, INC.; PNC BANK, NATIONAL ASSOCIATION; UBS AMERICAS, INC.; SMALL VALUE PAYMENTS COMPANY, LLC; THE CLEARING HOUSE PAYMENTS COMPANY, LLC; MAGTEK, INC; FIRST DATA CORPORATION; TELECHECK SERVICES, INC., REMITCO, LLC; and ELECTRONIC DATA SYSTEMS CORP.<br><br>**Defendants** | |

## BB&T CORPORATION AND BRANCH BANKING AND TRUST COMPANY'S RULE 7.l(a) DISCLOSURE STATEMENT

Pursuant to Rule 7.1 (a) of the Federal Rules of Civil Procedure, the undersigned counsel for BB&T Corporation and Branch Banking and Trust Company in the above-captioned action certifies that there is no parent corporation and no publicly held corporation that owns 10% or more of the stock of BB&T Corporation, and that BB&T Corporation owns 100% of the stock of Branch Banking and Trust Company.

Respectfully submitted, this 2nd day of June, 2006.

/s/ Audra A. Dial
William H. Boice
E. Danielle Thompson Williams
Audra A. Dial

KILPATRICK STOCKTON LLP
Suite 2800
1100 Peachtree Street
Atlanta, GA 30309-4530
Telephone: (404) 815-6500
Fax: (404) 815-6555

1001 West 4th Street
Winston-Salem, NC 27104
Telephone: (336) 607-7300
Fax: (336) 607-7500

Damon Young
YOUNG, PICKETT & LEE
4122 Texas Boulevard
P. O. Box 1897
Texarkana, TX 75504

Attorneys for Defendants BB&T Corporation
and Branch Banking and Trust Company

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on June 2, 2006. Any other counsel of record will be served by facsimile transmission and first class mail.

**Jennifer Parker Ainsworth**
Wilson Sheehy Knowles Robertson & Cornelius PC
909 ESE Loop 323
Suite 400
P.O. Box 7339
Tyler, TX 75711-7339
903/509-5000
9035095091 (fax)
jainsworth@wilsonlawfirm.com

**Eric Miller Albritton**
Attorney at Law
PO Box 2649
Longview, TX 75606
903/757-8449
19037587397 (fax)
ema@emafirm.com

**Samuel Franklin Baxter**
Attorney at Law
P O Box O
Marshall, TX 75671
903/927-2111
19039272622 (fax)
sbaxter@mckoolsmith.com

**Anthony Kyle Bruster**
Nix Patterson & Roach LLP
2900 Saint Michael Drive
Suite 500
Texarkana, TX 75503
903/223-3999
19032238520 (fax)
akbruster@nixlawfirm.com

**Larry Dean Carlson**
Baker Botts - Dallas
2001 Ross Ave
600 Trammell Crow Center
Dallas, TX 75201-2980
214/953-6525
12149536503 (fax)
larry.carlson@bakerbotts.com


**Edward K Chin**
Chin Law Firm
11602 Island Breeze St
Pearland, TX 77584
US
713/736-0564
866/317-3953 (fax)
edchin@chinlawfirm.com


**Gerald C Conley**
Andrews & Kurth
1717 Main St
Suite 3700
Dallas, TX 75201
214/659-4471
geraldconley@andrewskurth.com


**Rodney Allyn Cooper**
Cooper Law Firm
545 E John Carpenter Freeway
Suite 1460
Irving, TX 75062
972-831-1188
19726924554 (fax)
rcooper@cooperiplaw.com


**David A Dillard**
Christie Parker & Hale
350 W Colorado Blvd
Suite 500

Pasadena, CA 91105
626/795-9900
626/577-8800 (fax)
david.dillard@cph.com

**Jeffrey A Finn**
Sidley Austin Brown & Wood
555 West Fifth Street, 40th Floor
Los Angeles, Ca 90013
213/896-6000
12138966600 (fax)
jfinn@sidley.com

**Tonya Michelle Gray**
Andrews & Kurth
1717 Main St
Suite 3700
Dallas, TX 75201
214/659-4400
12146594401 (fax)
tonyagray@andrewskurth.com

**Edward Lewis Hohn**
Nix Patterson & Roach LLP - Daingerfield
205 Linda Drive
Daingerfield, TX 75638
903/645-7333
19036454415 (fax)
edhohn@nixlawfirm.com

**Joel A Kauth**
Christie Parker & Hale LLP
3501 Jamboree Rd
North Tower Suite 6000
Newport Beach, CA 92660
US
949-476-0757
19494768640 (fax)
joel.kauth@cph.com

**Elton Joe Kendall**
Provost Umphrey - Dallas
3232 McKinney Ave
Suite 700
Dallas, TX 75204
214/744-3000
12147443015 (fax)
provost_dallas@yahoo.com

**Richard Benjamin King**
Nix Patterson & Roach LLP - Texarkana
2900 Saint Michael Drive
Suite 500
Texarkana, TX 75503
903/223-3999
903/223-8520 (fax)
benking@nixlawfirm.com

**James L Kwak**
Standley Law Group LLP
495 Metro Place S Ste 210
Dublin, OH 43017
614-792-5555
614-792-5319 (fax)
jkwak@standleyllp.com

**Tim Steven Leonard**
Boudreaux Leonard Hammond & Curcio, PC
909 Fannin
Suite 2350
Houston, TX 77010-5233
713/757-0000
17137570178 (fax)
tleonard@blh-law.com

**Robert Marc Manley**
McKool Smith
300 Crescent Court
Suite 1500
Dallas, TX 75201
214/978-4000

12149784044 (fax)
rmanley@mckoolsmith.com

**John H McDowell**
Hughes & Luce - Dallas
1717 Main St
Suite 2800
Dallas, TX 75201
john.mcdowell@hughesluce.com

**Preston Worley McGee**
Flowers Davis
1021 ESE Loop 323
Suite 200
Tyler, TX 75701
903/534-8063
9035341650 (fax)
pmcgee@tyler.net

**Thomas M Melsheimer**
Fish & Richardson - Dallas
1717 Main St
5000 Bank One Center
Dallas, TX 75201
214/747-5070
12147472091 (fax)
melsheimer@fr.com

**Harold Wayne Nix**
Nix Patterson & Roach LLP - Daingerfield
205 Linda Drive
Daingerfield, TX 75638
903/645-7333
19036455389 (fax)
haroldnix@nixlawfirm.com

**Louis Brady Paddock**
Nix Patterson & Roach LLP - Texarkana
2900 Saint Michael Drive
Suite 500

Texarkana, TX 75503
903/223-3999
19032238520 (fax)
bpaddock@nixlawfirm.com

**Charles Cary Patterson**
Nix Patterson & Roach
2900 St Michael Dr
Suite 500
Texarkana, TX 75503
903/223-3999
19032238520 (fax)
ccp@nixlawfirm.com

**Edward G Poplawski**
Sidley Austin Brown & Wood
555 West Fifth Street, 40th Floor
Los Angeles, Ca 90013
213/896-6000
12138966600 (fax)
epoplawski@sidley.com

**Karl Anthony Rupp**
Provost Umphrey - Dallas
3232 McKinney Ave
Suite 700
Dallas, TX 75204
214-744-3000
214-744-3015 (fax)
provost_dallas@yahoo.com

**Kurt Matthew Sauer**
Daffer McDaniel, LLP
700 Lavaca
Ste 720
Austin, TX 78701
US
512-476-1400
512-703-1250 (fax)
ksauer@dmtechlaw.com

**Anthony Hyeok Son**
Foley & Lardner - Washington
3000 K Street NW
Suite 500
Washington, DC 20007-5109
202/672-5300
202/672-5399 (fax)
ason@foley.com

**F Michael Speed, Jr**
Standley Law Group
495 Metro Place South
Suite 210
Dublin, OH 43017
614-792-5555
614/792-5319 (fax)
mspeed@standleyllp.com

**Jeffrey S Standley**
Standley & Gilcrest LLP
495 Metro Place South
Suite 210
Dublin, OH 43017
614-792-5555
614/792-5319 (fax)
jstandley@standleyllp.com

**Theodore Stevenson, III**
McKool Smith
300 Crescent Court
Suite 1500
Dallas, TX 75201
214/978-4974
12149784044 (fax)
tstevenson@mckoolsmith.com

**Carissa A Tener**
Sidley Austin - Los Angeles
555 West Fifth Street, 40th Floor
Los Angeles, Ca 90013
213-896-6000

213-896-6600 (fax)
ctener@sidley.com

**Thomas John Ward, Jr**
Law Office of T John Ward Jr PC
P O Box 1231
Longview, TX 75606-1231
903/757-6400
19037572323 (fax)
jw@jwfirm.com

**Melvin R Wilcox, III**
Smead Anderson & Dunn
2110 Horseshoe Lane
P.O. Box 3343
Longview, TX 75606-3343
903.232.1892
9032321889 (fax)
mrw@smeadlaw.com

/s/ Audra A. Dial
Audra A. Dial

Attorneys for Defendants BB&T Corporation and
Branch Banking and Trust Company