# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| **DATATREASURY CORPORATION,** | |
| **Plaintiff** | |
| **v.** | **2:06-CV-72 DF** |
| **WELLS FARGO & CO., et al.,** | |
| **Defendant** | |

### DEFENDANTS COMERICA BANK & TRUST, N.A. AND COMERICA, INCORPORATED'S FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT

COME NOW Defendants Comerica Bank & Trust, N.A. and Comerica, Incorporated (collectively, "Comerica") and, pursuant to Fed. R. Civ. P. 7.1, submit this Disclosure Statement.

Comerica states that no publicly held corporation owns 10% or more of Comerica Bank & Trust, N.A. or Comerica, Inc.

Respectfully submitted this 2nd of June, 2006.

/s/ *Audra A. Dial*
William H. Boice
E. Danielle Thompson Williams
Audra A. Dial

KILPATRICK STOCKTON LLP
Suite 2800
1100 Peachtree Street
Atlanta, GA 30309-4530
Telephone: (404) 815-6500

ATLLIB01 2052867.2

Dockets.Justia.com

Fax: (404) 815-6555

1001 West 4th Street
Winston-Salem, NC 27104
Telephone: (336) 607-7300
Fax: (336) 607-7500

Damon Young
YOUNG, PICKETT & LEE
4122 Texas Boulevard
P. O. Box 1897
Texarkana, TX 75504

Attorneys for Defendants Comerica
Bank & Trust, N.A. and Comerica,
Incorporated

ATLLIB01 2052867.2

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served, via **CM/ECF**, upon all counsel of record, as identified below, on June 2, 2006:

Edward L. Hohn                                    Attorney for Plaintiff
Nix Patterson & Roach, L.L.P.              Data Treasury Corporation
205 Linda Drive
Daingerfield, TX 75638

C. Cary Patterson                                 Attorney for Plaintiff
Nix Patterson & Roach, L.L.P.              Data Treasury Corporation
2900 St. Michael Dr., 5th Floor
Texarkana, TX 75503

Rod A. Cooper                                      Attorney for Plaintiff
The Cooper Law Firm                          Data Treasury Corporation
545 E. John Carpenter Freeway
Suite 1460
Irving, TX 75062

Joe Kendall                                          Attorney for Plaintiff
Provost Umphrey Law Firm, L.L.P.      Data Treasury Corporation
3232 McKinney Ave., Suite 700
Dallas, TX 75204

Eric M. Albritton                                 Attorney for Plaintiff
Albritton Law Firm                             Data Treasury Corporation
109 W. Tyler
Longview, TX 75601

T. John Ward, Jr.                                 Attorney for Plaintiff
Law Office of T. John Ward, Jr., P.C.   Data Treasury Corporation
109 W. Tyler
Longview, TX 75601

*/s/ Audra A. Dial*_____
Audra A. Dial