UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DATATREASURY CORPORATION, § | |
| § | |
| Plaintiff, § | |
| § | CIVIL ACTION NO. 2:06-CV-72-DF |
| v. § | |
| § | JURY TRIAL DEMANDED |
| WELLS FARGO & COMPANY, et al. § | |
| § | |
| Defendants. § | |

# DEFENDANT FIRST CITIZENS BANCSHARES, INC.'S
# CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, defendant First Citizens BancShares, Inc. states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

/s/ Larry D. Carlson
Larry D. Carlson, Attorney-in-Charge
   Texas State Bar No. 03814500
   E-Mail: larry.carlson@bakerbotts.com
David O. Taylor
   Texas State Bar No. 24042010
   E-Mail: david.taylor@bakerbotts.com
BAKER BOTTS L.L.P.
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 953-6500
Facsimile: (214) 953-6503

ATTORNEYS FOR DEFENDANT
FIRST CITIZENS BANCSHARES, INC.

1

2

CERTIFICATE OF SERVICE

    I certify that on the 2nd day of June, 2006, all counsel who are deemed to have consented to electronic service are being served with a copy of this document by the Court's Electronic Filing System, pursuant to Local Rule CV-5(a)(3)(A).

           /s/ Larry D. Carlson
           Larry D. Carlson