IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DATATREASURY CORPORATION,<br><br>Plaintiff<br>v.<br>WELLS FARGO & COMPANY; WELLS FARGO BANK, NATIONAL ASSOCIATION; BANK OF AMERICA CORPORATION; BANK OF AMERICA, NATIONAL ASSOCIATION; U.S. BANCORP; U.S. BANK, NATIONAL ASSOCIATION; WACHOVIA CORPORATION; WACHOVIA BANK, NATIONAL ASSOCIATION; SUNTRUST BANKS, INC.; SUNTRUST BANK; BB&T CORPORATION; BRANCH BANKING AND TRUST COMPANY; BANCORPSOUTH, INC.; BANCORPSOUTH BANK; COMPASS BANCSHARES, INC.; COMPASS BANK; CULLEN/FROST BANKERS, INC.; THE FROST NATIONAL BANK; FIRST HORIZON NATIONAL CORPORATION; FIRST TENNESSEE BANK, NATIONAL ASSOCIATION; HSBC NORTH AMERICA HOLDINGS INC.; HSBC BANK USA, N.A.; HARRIS BANKCORP, INC.; HARRIS N.A.; NATIONAL CITY CORPORATION; NATIONAL CITY BANK; ZIONS BANCORPORATION; ZIONS FIRST NATIONAL BANK; BANK OF NEW YORK CO., INC.; THE BANK OF NEW YORK; UNIONBANCAL CORPORATION; UNION BANK OF CALIFORNIA, NATIONAL ASSOCIATION; BANK OF TOKYO-MITSUBISHI UFJ, LTD.; CITIZENS FINANCIAL GROUP, INC. CITY NATIONAL CORPORATION; CITY NATIONAL BANK; COMERICA INCORPORATED; COMERICA BANK & TRUST, NATIONAL ASSOCIATION; | 2:06-CV-72 DF |

{A07\7414\0002\W0290913.1 }

016159.00010:972226.01

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS; FIRST CITIZENS BANCSHARES, INC.; FIRST CITIZENS BANK & TRUST COMPANY; KEYCORP; KEYBANK NATIONAL ASSOCIATION; LASALLE BANK CORPORATION; LASALLE BANK NA; M&T BANK CORPORATION; M&T BANK; THE PNC FINANCIAL SERVICES GROUP, INC.; PNC BANK, NATIONAL ASSOCIATION; UBS AMERICAS, INC.; SMALL VALUE PAYMENTS COMPANY, LLC; THE CLEARING HOUSE PAYMENTS COMPANY, LLC; MAGTEK, INC; FIRST DATA CORPORATION; TELECHECK SERVICES, INC., REMITCO, LLC; and ELECTRONIC DATA SYSTEMS CORP.<br><br>**Defendants** | |

## BANCORPSOUTH, INC.'S AND BANCORPSOUTH BANK'S RULE 7.1(a) DISCLOSURE STATEMENT

Pursuant to Rule 7.1 (a) of the Federal Rules of Civil Procedure, the undersigned counsel for BancorpSouth, Inc. and BancorpSouth Bank in the above-captioned action certifies that BancorpSouth, Inc. is a publicly traded company having no parent corporation and there is no publicly held corporation that owns 10% or more of the stock of BancorpSouth, Inc.

BancorpSouth Bank is a wholly-owned subsidiary of BancorpSouth, Inc.

                            Respectfully Submitted,

                        **HUGHES & LUCE, L.L.P.**
                        By:    /S/  John H. McDowell, Jr.
                              John H. McDowell, Jr.
                              Texas Bar No. 13570825
                              LEAD ATTORNEY

                              Gregory Perrone
                              Texas Bar No. 24048053

                        1717 Main Street, Suite 2800
                        Dallas, Texas 75201
                        Telephone: (214) 939-5500
                        Facsimile: (214) 939-5849

                        **ATTORNEYS FOR DEFENDANTS**
                        **BANCORPSOUTH, INC. AND**
                        **BANCORPSOUTH BANK**

DATED: June 2, 2006

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on June 2, 2006. Any other counsel of record will be served by facsimile transmission and first class mail.

                              /s/    John H. McDowell, Jr.
                              John H. McDowell, Jr.