# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF TEXAS

# MARSHALL DIVISION

| | |
|---|---|
| **DATATREASURY CORPORATION,** | Case No. CV No.: 2-06CV-72 (DF) |
| Plaintiff, | Hon. David Folsom |
| vs. | |
| **WELLS FARGO & COMPANY; WELLS FARGO BANK, NATIONAL ASSOCIATION; BANK OF AMERICA CORPORATION; BANK OF AMERICA, NATIONAL ASSOCIATION; U.S. BANCORP; U.S. BANK, NATIONAL ASSOCIATION; WACHOVIA CORPORATION; WACHOVIA BANK, NATIONAL ASSOCIATION; SUNTRUST BANKS, INC.; SUNTRUST BANK; BB&T CORPORATION; BRANCH BANKING AND TRUST COMPANY; BANCORPSOUTH, INC.; BANCORPSOUTH BANK; COMPASS BANCSHARES, INC.; COMPASS BANK; CULLEN/FROST BANKERS, INC.; THE FROST NATIONAL BANK; FIRST HORIZON NATIONAL CORPORATION; FIRST TENNESSEE BANK, NATIONAL ASSOCIATION; HSBC NORTH AMERICA HOLDINGS INC.; HSBC BANK USA, N.A.; HARRIS BANKCORP, INC.; HARRIS N.A.; NATIONAL CITY CORPORATION; NATIONAL CITY BANK; ZIONS BANCORPORATION; ZIONS FIRST NATIONAL BANK; BANK OF NEW YORK CO., INC.; THE BANK OF NEW YORK; UNIONBANCAL CORPORATION; UNION BANK OF CALIFORNIA, NATIONAL ASSOCIATION; BANK OF TOKYO-MITSUBISHI UFJ, LTD.; CITIZENS FINANCIAL GROUP, INC. CITY NATIONAL CORPORATION; CITY NATIONAL BANK; COMERICA INCORPORATED; COMERICA BANK & TRUST, NATIONAL ASSOCIATION; DEUTSCHE BANK TRUST COMPANY AMERICAS; FIRST CITIZENS BANCSHARES, INC.; FIRST CITIZENS** | |

_____

Defendant MagTek, Inc.'s
Corporate Disclosure Statement                                                                    Page 1

| |
|---|
| **BANK & TRUST COMPANY; KEYCORP; KEYBANK NATIONAL ASSOCIATION; LASALLE BANK CORPORATION; LASALLE BANK NA; M&T BANK CORPORATION; M&T BANK; THE PNC FINANCIAL SERVICES GROUP, INC.; PNC BANK, NATIONAL ASSOCIATION UBS AMERICAS, INC.; SMALL VALUE PAYMENTS COMPANY, LLC; THE CLEARING HOUSE PAYMENTS COMPANY, LLC; MAGTEK, INC; FIRST DATA CORPORATION; TELECHECK SERVICES, INC. and REMITCO, LLC,** |
| **Defendants.** |

### DEFENDANT MAGTEK, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant MagTek, Inc. states that it has no parent corporation, and that no publicly held corporation owns 10% or more of its stock.

DATED: June 2, 2006                                   Respectfully submitted,


By  ____/s/ David A. Dillard_____
    David A. Dillard
    CA Bar No. 97515
    Joel A. Kauth
    CA Bar No. 186544
    Christie, Parker & Hale, LLP
    350 W. Colorado Boulevard
    Suite 500
    Pasadena, California 91105
    Telephone: (626) 795-9900
    Facsimile:  (626) 577-8800
    *david.dillard@cph.com*
    *joel.kauth@cph.com*

___

Otis Carroll -- Attorney in Charge  
Texas Bar No. 03895700  
Wesley Hill  
Texas Bar No. 24032294  
Ireland Carroll & Kelley, P.C.  
6101 South Broadway  
Tyler, Texas 75703  
Telephone: (903) 561-1600  
Facsimile:  (903) 581-1071  
*otiscarroll@icklaw.com*  
*wesleyhill@icklaw.com*

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on June 2, 2006. Any other counsel of record will be served by facsimile transmission and/or first class mail.

_____/s/ David A. Dillard_____

PM PAS685367.1-*-06/2/06 4:33 PM