UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORPORATION | § | |
| | § | |
| v. | § | Cause No. 2:06cv72(DF) |
| | § | |
| WELLS FARGO & COMPANY, ET AL | § | |

**NOTICE OF APPEARANCE OF CO-COUNSEL**

PLEASE TAKE NOTICE that the firm of YOUNG, PICKETT & LEE hereby enters its appearance as co-counsel on behalf of the Defendants, Bank of Tokyo-Mitsubishi UFJ (BTMU), BB&T Corporation, Comerica Incorporated, Comerica Bank & Trust, National Association, Deutsche Bank Trust Company Americas, First Data Corporation, Telecheck Services, Inc., Remitco, LLC, LaSalle Bank Corporation, LaSalle Bank, NA, M&T Bank Corporation, M&T Bank, Wachovia Corporation, and Wachovia Bank National Association, in the above-referenced proceeding. Counsel hereby requests notices and copies of all communications and other documents filed in the above-referenced proceeding. Copies should be emailed, mailed or faxed to Lance Lee, co-counsel for said Defendants at the address set forth below.

DATED this 5th day of June, 2006.

Respectfully submitted,

YOUNG, PICKETT & LEE
4122 Texas Blvd.
P.O. Box 1897
Texarkana, TX 75504
Telephone: 903-794-1303
Facsimile: 903-792-5098

By: */s/ Lance Lee*
Lance Lee
Texas Bar No. 240004762
wlancelee@aol.com

                                      ATTORNEYS FOR DEFENDANTS BANK OF TOKYO-MITSUBISHI UFJ (BTMU), BB&T CORPORATION, COMERICA INCORPORATED, COMERICA BANK & TRUST, NATIONAL ASSOCIATION, DEUTSCHE BANK TRUST COMPANY, FIRST DATA CORPORATION, TELECHECK SERVICES, INC., REMITCO, LLC, LASALLE BANK CORPORATION, LASALLE BANK, NA, M&T BANK CORPORATION, M&T BANK, WACHOVIA CORPORATION, AND WACHOVIA BANK NATIONAL ASSOCIATION

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to FED.R.CIV.P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy via email transmission, facsimile and/or U.S. Mail this 5th day of June, 2006.

                                      */s/ Lance Lee*
                                      Lance Lee