IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DataTreasury Corporation | § | |
| | § | |
| Plaintiff | § | |
| v. | § | |
| | § | Civil Action No. 2:06-CV-72 DF |
| Wells Fargo & Company, et al. | § | |
| | § | |
| Defendants | § | |
| | § | |

### DEFENDANT CULLEN/FROST BANKERS, INC.'s
### RULE 7.1(a) DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Cullen/Frost Bankers, Inc. ("Cullen/Frost") hereby advises the Court that it is a publicly traded company and does not have a parent corporation. No publicly held corporation owns 10% or more of Cullen/Frost's stock.

Dated: June 5, 2006

Respectfully submitted,

By: __/s/ Kurt M. Sauer_____
Kurt M. Sauer
State Bar No. 17673700
DAFFER MCDANIEL, LLP
700 Lavaca Street, Suite 720
Austin, Texas 78701
Tel. (512) 476-1400
Fax (512) 703-1250
ksauer@dmtechlaw.com

**ATTORNEY FOR DEFENDANT
CULLEN/FROST BANKERS, INC.**

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5 (a)(3)(A) on June 5, 2006.

/s/ Kurt M. Sauer_____