IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DataTreasury Corporation | § | |
| | § | |
| Plaintiff | § | |
| v. | § | |
| | § | Civil Action No. 2:06-CV-72 DF |
| Wells Fargo & Company, et al. | § | |
| | § | |
| Defendants | § | |
| | § | |

**DEFENDANT THE FROST NATIONAL BANK'S
RULE 7.1(a) DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, The Frost National Bank ("Frost Bank") hereby advises the Court that The New Galveston Company is Frost Bank's parent corporation. No publicly held corporation owns 10% or more of Frost Bank's stock.

Dated: June 5, 2006

                                            Respectfully submitted,

                                            By: __/s/ Kurt M. Sauer_____
                                            Kurt M. Sauer
                                            State Bar No. 17673700
                                            DAFFER MCDANIEL, LLP
                                            700 Lavaca Street, Suite 720
                                            Austin, Texas 78701
                                            Tel. (512) 476-1400
                                            Fax (512) 703-1250
                                            ksauer@dmtechlaw.com

                                            **ATTORNEY FOR DEFENDANT THE
                                            FROST NATIONAL BANK**

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5 (a)(3)(A) on June 5, 2006.

/s/ Kurt M. Sauer