# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **DATATREASURY CORPORATION,** | |
| **Plaintiff** | |
| v. | **CIVIL ACTION NO. 2:06-CV-72 DF** |
| **WELLS FARGO & CO., et al.,** | |
| **Defendants** | |

### DEFENDANTS SUNTRUST BANKS, INC.'S AND SUNTRUST BANK'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant SunTrust Banks, Inc. hereby advises the Court that it is a publicly traded company and does not have a parent corporation. No publicly held corporation owns 10% or more of SunTrust Banks, Inc.'s stock.

Defendant SunTrust Bank is a wholly owned subsidiary of SunTrust Banks, Inc. No publicly held corporation, other than SunTrust Banks, Inc., owns 10% or more of SunTrust Bank's stock.

Dated: June 5, 2006

    Respectfully submitted,

    **McKOOL SMITH, P.C.**

    /s/ Sam Baxter
    SAM BAXTER
    Lead Attorney
    Texas State Bar No. 01938000
    sbaxter@mckoolsmith.com
    THEODORE STEVENSON, III
    Texas State Bar No. 19196650
    tstevenson@mckoolsmith.com
    GARRET W. CHAMBERS

Dallas 220388v1

Texas State Bar No. 00792160
gchambers@mckoolsmith.com
L. DAVID ANDERSON
Texas State Bar No. 00796126
danderson@mckoolsmith.com
300 Crescent Court
Suite 1500
Telephone: (214) 978-4000
Telecopier: (214) 978-4044]

PETER J. AYERS
Texas State Bar No. 24009882
payers@mckoolsmith.com
300 W. 6th Street, Suite 1700
Austin, Texas 78701
Telephone:  (512) 692-8700
Telecopy:    (512) 692-8744

**ATTORNEYS FOR DEFENDANTS SUNTRUST BANKS, INC. AND SUNTRUST BANK**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this motion was served on all counsel who have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by electronic mail by agreement of the parties on this the 5th day of June, 2006.

/s/ L. David Anderson
L. David Anderson

Dallas 220388v1         2