# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **DATA TREASURY CORPORATION** | § | |
| **Plaintiff** | § | |
| | § | |
| vs. | § | Civil Action No. 2-06CV-72-DF |
| | § | |
| **WELLS FARGO & COMPANY,** *et al.* | § | |
| **Defendants.** | § | |

## CORPORATE DISCLOSURE STATEMENT OF
## DEFENDANTS FIRST HORIZON NATIONAL CORPORATION AND
## FIRST TENNESSEE BANK NATIONAL ASSOCIATION

Pursuant to FEDERAL RULE OF CIVIL PROCEDURE 7.1, Defendants First Horizon National Corporation and First Tennessee Bank National Association state as follows:

Defendant First Horizon National Corporation is a publicly-traded company. No publicly traded company owns 10% or more of stock of First Horizon National Corporation.

Defendant First Tennessee Bank National Association is a wholly-owned subsidiary of First Horizon National Corporation.

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS FIRST HORIZON NATIONAL CORPORATION AND FIRST TENNESSEE BANK NATIONAL ASSOCIATION -- Page 1**

DAL:621847.1

Dockets.Justia.com

Dated: June 5, 2006

Respectfully submitted,

**ANDREWS KURTH LLP**

By:  /S/ *Tonya M. Gray*

Jerry L. Beane
Texas Bar No. 01966000
jerrybeane@andrewskurth.com
Gerald C. Conley
Texas Bar No. 04664200
geraldconley@andrewskurth.com
Kay Lynn Brumbaugh
Texas Bar No. 00785152
kaylynnbrumbaugh@andrewskurth.com
Tonya M. Gray
Texas Bar No. 24012726
tonyagray@andrewskurth.com

1717 Main Street, Suite 3700
Dallas, Texas 75201
Telephone:  (214) 659-4400
Facsimile:  (214) 659-4401

**ATTORNEYS FOR DEFENDANTS
FIRST HORIZON NATIONAL
CORPORATION AND FIRST TENNESSEE
BANK NATIONAL ASSOCIATION**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this document has been served on all counsel of record via electronic mail through Local Rule CV-5(a) on this the 5th day of June, 2006.

/S/
Tonya M. Gray

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS FIRST HORIZON NATIONAL CORPORATION AND FIRST TENNESSEE BANK NATIONAL ASSOCIATION -- Page 2**

DAL:621847.1