# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **DATATREASURY CORPORATION,**<br><br>**Plaintiff**<br><br>v.<br><br>**WELLS FARGO & COMPANY; WELLS FARGO BANK, NATIONAL ASSOCIATION; BANK OF AMERICA CORPORATION; BANK OF AMERICA, NATIONAL ASSOCIATION; U.S. BANCORP; U.S. BANK, NATIONAL ASSOCIATION; WACHOVIA CORPORATION; WACHOVIA BANK, NATIONAL ASSOCIATION; SUNTRUST BANKS, INC.; SUNTRUST BANK; BB&T CORPORATION; BRANCH BANKING AND TRUST COMPANY; BANCORPSOUTH, INC.; BANCORPSOUTH BANK; COMPASS BANCSHARES, INC.; COMPASS BANK; CULLEN/FROST BANKERS, INC.; THE FROST NATIONAL BANK; FIRST HORIZON NATIONAL CORPORATION; FIRST TENNESSEE BANK, NATIONAL ASSOCIATION; HSBC NORTH AMERICA HOLDINGS INC.; HSBC BANK USA, N.A.; HARRIS BANKCORP, INC.; HARRIS N.A.; NATIONAL CITY CORPORATION; NATIONAL CITY BANK; ZIONS BANCORPORATION; ZIONS FIRST NATIONAL BANK; BANK OF NEW YORK CO., INC.; THE BANK OF NEW YORK; UNIONBANCAL CORPORATION; UNION BANK OF CALIFORNIA, NATIONAL ASSOCIATION; BANK OF TOKYO-MITSUBISHI UFJ, LTD.; CITIZENS FINANCIAL GROUP, INC. CITY NATIONAL CORPORATION; CITY NATIONAL BANK; COMERICA INCORPORATED; COMERICA BANK & TRUST, NATIONAL ASSOCIATION;** | **2:06-CV-72-DF** |

| | |
|---|---|
| **DEUTSCHE BANK TRUST COMPANY AMERICAS; FIRST CITIZENS BANCSHARES, INC.; FIRST CITIZENS BANK & TRUST COMPANY; KEYCORP; KEYBANK NATIONAL ASSOCIATION; LASALLE BANK CORPORATION; LASALLE BANK NA; M&T BANK CORPORATION; M&T BANK; THE PNC FINANCIAL SERVICES GROUP, INC.; PNC BANK, NATIONAL ASSOCIATION; UBS AMERICAS, INC.; SMALL VALUE PAYMENTS COMPANY, LLC; THE CLEARING HOUSE PAYMENTS COMPANY, LLC; MAGTEK, INC; FIRST DATA CORPORATION; TELECHECK SERVICES, INC., REMITCO, LLC; and ELECTRONIC DATA SYSTEMS CORP.**<br><br>            **Defendants** | |

## UNIONBANCAL CORPORATION'S AND UNION BANK OF CALIFORNIA, N.A.'S RULE 7.l(a) DISCLOSURE STATEMENTS

Pursuant to Rule 7.1 (a) of the Federal Rules of Civil Procedure, the undersigned counsel for Defendants in the above-captioned action certifies that UnionBanCal Corporation is a publicly traded corporation whose shares are listed on the New York Stock Exchange. As of December 31, 2005, approximately 63% of UnionBanCal Corporation's common stock was owned by The Bank of Tokyo-Mitsubishi UFJ, Ltd., which is itself a wholly owned subsidiary of Mitsubishi UFJ Financial Group, Inc. Based on publicly available information, Mitsubishi UFJ Financial Group, Inc. is a publicly traded corporation whose common stock is listed in Japan on the Tokyo Stock Exchange, the Osaka Stock Exchange and the Nagoya Stock Exchange, and

whose American Depositary Shares, related to its common stock, are listed on the New York Stock Exchange.

Union Bank of California, N.A. is a wholly owned direct subsidiary of UnionBanCal Corporation. No publicly held corporation, other than UnionBanCal Corporation owns 10% or more of Union Bank of California, N.A.'s stock.

                                                      Respectfully Submitted,

Dated: June 6, 2006                  /s/ *Jennifer Parker Ainsworth*
                                                  Jennifer Parker Ainsworth
Texas Bar No. 00784720
WILSON, SHEEHY, KNOWLES, ROBERTSON & CORNELIUS, P.C.
909 ESE Loop 323
Suite 400
Tyler, Texas 75701
T: (903) 509-5000
F: (903) 509-5092
jainsworth@wilsonlawfirm.com

Richard Hogan
Texas Bar No. 09802010
PILLSBURY WINTHROP SHAW PITTMAN LLP
2 Houston Center
909 Fannin Street 22nd Floor
Houston TX 77010
T: (713) 425-7327
F: (713) 425-7373
richard.hogan@pillsburylaw.com

Raymond L. Sweigart (pro hac vice submitted)
Scott J. Pivnick (pro hac vice submitted)
PILLSBURY WINTHROP SHAW PITTMAN LLP
1650 Tysons Blvd.
McLean, VA 22102-4859
T: (703) 770-7900
F: (703) 905-2500
raymond.sweigart@pillsburylaw.com
scott.pivnick@pillsburylaw.com

*Attorneys for Defendants,*
*UnionBanCal Corporation, and*
*Union Bank of California, N.A.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on June 6, 2006. Any other counsel of record will be served by facsimile transmission and first class mail.

                                               */s/ Jennifer Parker Ainsworth*
                                               Jennifer Parker Ainsworth