## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| **DATATREASURY CORPORATION** | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 2:06cv00072-DF |
| | § | |
| **WELLS FARGO & COMPANY;** | § | |
| **WELLS FARGO BANK, NATIONAL** | § | |
| **ASSOCIATION, ET AL.** | § | |
| Defendants. | § | |

### NOTICE OF APPEARANCE OF COUNSEL

COMES NOW Robert W. Weber of the law firm of Smith Weber L.L.P., and hereby enters his appearance as co-counsel for Wells Fargo & Company and Wells Fargo Bank, National Association, Defendants herein. All parties hereto take notice of this appearance.

Respectfully submitted,

By:   /s/   *Robert W. Weber*
Robert W. Weber
Texas State Bar No. 210448000
E-mail: bweber@smithweber.com

**SMITH WEBER, L.L.P.**
5604 Summerhill Road, Suite 3
P.O. Box 6167
Texarkana, TX  75505-6167
Telephone:     903-223-5656
Facsimile:     903-223-5652

**ATTORNEY FOR DEFENDANTS,**
**WELLS FARGO & COMPANY AND**
**WELLS FARGO BANK, NATIONAL**
**ASSOCIATION**

## **CERTIFICATE OF SERVICE**

 I hereby certify that a true and correct copy of the foregoing has been forwarded to all counsel of record on this the 6th day of June, 2006.

Edward Lewis Hohn
Nix Patterson & Roach, LLP
205 Linda Drive
Daingerfield, TX 75638

And all other counsel of record.

           /s/ Robert W. Weber
           Robert W. Weber