IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORPORATION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 2:06cv72 |
| | § | |
| WELLS FARGO & COMPANY; *ET AL.* | § | |
| | § | |
| Defendants. | § | |

### HSBC BANK USA, N.A.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant HSBC Bank USA, N.A. states that it is the principal subsidiary of HSBC USA Inc., which has certain preferred shares that are publicly traded, but otherwise is an indirectly-held, wholly-owned subsidiary of HSBC North America Holdings Inc., which, in turn, is a wholly-owned indirect subsidiary of HSBC Holdings plc, a United Kingdom corporation whose shares are traded on the New York, London and Hong Kong stock exchanges. No other publicly held corporations own 10% or more of HSBC Bank USA, N.A.'s stock.

Dated: June 6, 2006

                Respectfully submitted,

                BOUDREAUX, LEONARD, HAMMOND & CURCIO, P.C.

        By:     /s/   Glen M. Boudreaux
                Glen M. Boudreaux
                State Bar No. 02696500
                **Lead Attorney for HSBC North America Holdings, Inc.**
                Two Houston Center
                909 Fannin, Suite 2350
                Houston, Texas 77010

Dockets.Justia.com

Telephone: (713) 757-0000
Telefax: (713) 757-0178
Gboudreaux@blhc-law.com

**Of Counsel**:
Boudreaux, Leonard, Hammond & Curcio, P.C.
Tim S. Leonard
State Bar No. 12211200
909 Fannin, Suite 2350
Houston, Texas 77010
Tel. (713) 757-0000
Fax (713) 757-0178
Email: tleonard@blhc-law.com

WilmerHale
Irah H. Donner
399 Park Avenue
New York, N.Y. 10022
Tel. (212) 230-8887
Fax (212) 230-8888
Email: Irah.donner@wilmerhale.com

Locke Liddell & Sapp LLP
Roy W. Hardin
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201-6776
Tel. (214) 740-8556
Fax (214) 740-8800
Email: rhardin@lockeliddell.com

Law Offices of Richard Grainger
Richard Grainger
118 West Houston Street
Tyler, Texas 75710
Tel. (903) 595-3514
Fax (903) 595-5360
Email: graingerpc@aol.com

### Certificate of Service

I certify that a copy of HSBC Bank USA, N.A.'s Corporate Disclosure Statement was served on June 6, 2006, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

_Tim S. Leonard_ w/ permission
Tim S. Leonard                    MSH