# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **DATATREASURY CORPORATION,** <br><br> **Plaintiff** <br><br> v. <br><br> **WELLS FARGO & CO., et al.,** <br><br> **Defendant** | 2:06-CV-72 DF |

## DEFENDANTS WACHOVIA CORPORATION AND WACHOVIA BANK, N.A.'S FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Wachovia Corporation and Wachovia Bank, N.A. submit this Disclosure Statement as follows:

1.  Wachovia Corporation has no parent corporation, and no publicly held corporation owns 10% or more of Wachovia Corporation stock.

2.  Wachovia Bank, N.A.'s parent corporation is Wachovia Corporation, and Wachovia Corporation is a publicly held corporation that owns 10% or more of Wachovia Bank, N.A.'s stock. With the exception of Wachovia Corporation, no other publicly held corporation owns 10% or more of Wachovia Bank, N.A.'s stock.

Respectfully submitted this 6th day of June, 2006.

/s/ *Audra A. Dial*
William H. Boice
Steven Gardner
E. Danielle Thompson Williams
Audra A. Dial
Bret T. Winterle

9341201.1

- 2 -

        KILPATRICK STOCKTON LLP
        Suite 2800
        1100 Peachtree Street
        Atlanta, GA 30309-4530
        Telephone: (404) 815-6500
        Fax: (404) 815-6555

        1001 West 4th Street
        Winston-Salem, NC 27104
        Telephone: (336) 607-7300
        Fax: (336) 607-7500

        Damon Young
        YOUNG, PICKETT & LEE
        4122 Texas Boulevard
        P. O. Box 1897
        Texarkana, TX 75504

        Attorneys for Defendants Wachovia
        Corporation and
        Wachovia Bank National Association

9341201.1

- 3 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served, via **CM/ECF**, upon all counsel of record, as identified below, on June 6, 2006:

| | |
|---|---|
| Edward L. Hohn<br>Nix Patterson & Roach, L.L.P.<br>205 Linda Drive<br>Daingerfield, TX 75638 | Attorney for Plaintiff<br>Data Treasury Corporation |
| C. Cary Patterson<br>Nix Patterson & Roach, L.L.P.<br>2900 St. Michael Dr., 5th Floor<br>Texarkana, TX 75503 | Attorney for Plaintiff<br>Data Treasury Corporation |
| Rod A. Cooper<br>The Cooper Law Firm<br>545 E. John Carpenter Freeway<br>Suite 1460<br>Irving, TX 75062 | Attorney for Plaintiff<br>Data Treasury Corporation |
| Joe Kendall<br>Provost Umphrey Law Firm, L.L.P.<br>3232 McKinney Ave., Suite 700<br>Dallas, TX 75204 | Attorney for Plaintiff<br>Data Treasury Corporation |
| Eric M. Albritton<br>Albritton Law Firm<br>109 W. Tyler<br>Longview, TX 75601 | Attorney for Plaintiff<br>Data Treasury Corporation |
| T. John Ward, Jr.<br>Law Office of T. John Ward, Jr., P.C.<br>109 W. Tyler<br>Longview, TX 75601 | Attorney for Plaintiff<br>Data Treasury Corporation |

*/s/ Audra A. Dial*
Audra A. Dial

9341201.1