IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DATATREASURY CORPORATION, § | |
| § | |
| PLAINTIFF, § | |
| § | |
| V. § | CIVIL ACTION NO. 2:06-CV-72-DF |
| § | JURY TRIAL DEMANDED |
| WELLS FARGO & COMPANY, ET AL., § | |
| § | |
| DEFENDANTS, § | |

**ORDER ON MOTION for CONSOLIDATION**

Before the Court is Plaintiff's, DataTreasury Corporation, Motion for Consolidation. The Court GRANTS Plaintiff's Motion for Consolidation and orders that *DataTreasury Corporation v. MagTek, Inc.,* Civil Action No. 2:03cv459, *DataTreasury v. Wells Fargo & Company, et al,* Civil Action No. 2:05cv291, *DataTreasury Corporation v. Bank of America Corporation, Bank of America, National Association*, Case No. 2:05cv292, *DataTreasury Corporation v. Wachovia Corporation, et al,* Civil Action No. 2:05cv293, *DataTreasury Corporation v. Citigroup, Inc., et al,* Civil Action No. 2:05cv294 (collectively "the '988 actions"), *DataTreasury Corporation v. City National Bank, et al.,* Civil Action No 2:06cv165, ("*City National* action") be consolidated with *DataTreasury Corp. v. Wells Fargo & Co., et al,* Case No. 2:06cv72 ("the '007 action") for pretrial purposes and that any Docket Control Order and any subsequent orders scheduling hearings in the '988 actions and the *City National* action, be vacated.