# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **DATATREASURY CORPORATION,** | |
| **Plaintiff** | |
| v. | **CIVIL ACTION NO. 2:06-CV-72 DF** |
| **WELLS FARGO & CO., et al.,** | |
| **Defendants** | |

## DEFENDANTS KEYCORP'S AND KEYBANK NATIONAL ASSOCIATION'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, KeyCorp hereby advises the Court that it is a publicly traded company and does not have a parent corporation. No publicly held corporation owns 10% or more of Keycorp's stock.

KeyBank National Association is a wholly owned subsidiary of Keycorp. No publicly held corporation, other than Keycorp, owns 10% or more of KeyBank National Association's stock.

Dated: June 2, 2006

                                                   Respectfully submitted,

                                                   **McKOOL SMITH, P.C.**

                                                   /s/ Sam Baxter
                                                   SAM BAXTER
                                                   Lead Attorney
                                                   Texas State Bar No. 01938000
                                                   sbaxter@mckoolsmith.com
                                                   THEODORE STEVENSON, III
                                                   Texas State Bar No. 19196650
                                                   tstevenson@mckoolsmith.com
                                                   GARRET W. CHAMBERS

Dallas 220314v1

Texas State Bar No. 00792160  
gchambers@mckoolsmith.com  
L. DAVID ANDERSON  
Texas State Bar No. 00796126  
danderson@mckoolsmith.com  
300 Crescent Court  
Suite 1500  
Telephone: (214) 978-4000  
Telecopier: (214) 978-4044]  

PETER J. AYERS  
Texas State Bar No. 24009882  
payers@mckoolsmith.com  
300 W. 6th Street, Suite 1700  
Austin, Texas 78701  
Telephone:  (512) 692-8700  
Telecopy:    (512) 692-8744  

**ATTORNEYS FOR DEFENDANTS KEYCORP AND KEYBANK NATIONAL ASSOCIATION**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by electronic mail by agreement of the parties on this the 2nd day of June, 2006.

/s/ L. David Anderson  
L. David Anderson