# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **DATATREASURY CORPORATION,** | |
| **Plaintiff** | |
| v. | **CIVIL ACTION NO. 2:06-CV-72 DF** |
| **WELLS FARGO & CO., et al.,** | |
| **Defendants** | |

## DEFENDANTS HARRIS BANKCORP, INC.'S AND HARRIS N.A.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Harris Bankcorp, Inc. hereby advises the Court that it is a wholly owned subsidiary of Bank of Montreal, its parent corporation.

Harris N.A. is a wholly owned subsidiary of Harris Bankcorp, Inc., which, in turn, is a wholly owned subsidiary of Bank of Montreal.

Dated: June 2, 2006

        Respectfully submitted,

        **McKOOL SMITH, P.C.**

        /s/ Robert M. Manley
        ROBERT M. MANLEY
        Lead Attorney
        Texas State Bar No. 00787955
        rmanley@mckoolsmith.com
        SAM BAXTER
        Texas State Bar No. 01938000
        sbaxter@mckoolsmith.com
        L. DAVID ANDERSON
        Texas State Bar No. 00796126
        danderson@mckoolsmith.com
        MARTIN C. ROBSON

Texas State Bar No. 24004892
mrobson@mckoolsmith.com
300 Crescent Court
Suite 1500
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

**ATTORNEYS FOR DEFENDANTS HARRIS BANKCORP, INC. AND HARRIS N.A.**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by electronic mail by agreement of the parties on this the 2nd day of June, 2006.

/s/ L. David Anderson
L. David Anderson