UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

06 JUN -2 PM 12: 51

## APPLICATION OF RAYMOND L. SWEIGART TO APPEAR PRO HAC VICE

1       This application is being made for the following Case # 2:06-cv-72 DF

Style: Datatreasury Corporation vs. Wells Fargo & Co., et al

2       Applicant is representing the following parties: Bank of New York Company Incorporated, The Bank of New York, UnionBanCal Corporation, and Union Bank of California, National Association

3       Applicant was admitted to practice in Virginia on May 3, 2002

4       Applicant is in good standing and is otherwise eligible to practice before this court

5       Applicant is not currently suspended or disbarred in any other court

6       Applicant **has not** had an application for admission to practice before another court denied

7       Applicant **has not** ever had the privilege to practice before another court suspended

8       Applicant **has not** been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar

9       There are no pending grievances or other criminal matters pending against applicant

10      Applicant has also been admitted to practice in the following federal courts:

The United States District Court, Southern District of Ohio; The United States District Court, District of Connecticut; The United States District Courts, Southern and Eastern Districts of New York; The United States District Court, District of Columbia; The United States District Courts, Eastern and Western Districts of Michigan; The United States District Court, Eastern District of Virginia; The United States Tax Court; The United States Court of Appeals, Sixth Circuit; The United States Court of Appeals, Second Circuit; The United States Court of Appeals, Seventh

500079360v1

Circuit; The United States Court of Appeals, Eighth Circuit; The United States Court of Appeals, Fourth Circuit; The United States Court of Appeals, Federal Circuit; and The United States Supreme Court.

Applicant has also been admitted to the following state courts:

Commonwealth of Virginia; District of Columbia; State of New York; State of Connecticut; and State of Ohio.

11. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

12. Applicant has included the requisite $25 fee.

13. Applicant understands that he is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, Raymond L. Sweigart do solemnly swear that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Dated: May 31, 2006

Respectfully Submitted,

Raymond L. Sweigart
VA Bar No. 47635
PILLSBURY WINTHROP SHAW PITTMAN LLP
1650 Tysons Boulevard
McLean, VA 22102
703.770.7900
703.770.7901 Facsimile
raymond.sweigart@pillsburylaw.com

2

500079360v1

Applicant is authorized to enter an appearance as counsel for the parties listed above. This application has been approved for the court this 2nd day of June, 2006.

                        David J. Maland, Clerk
                        U.S. District Court, Eastern District of Texas

                        By: _____
                              Deputy Clerk