UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORPORATION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 2:06-CV-72 DF |
| | § | |
| WELLS FARGO & COMPANY, et al., | § | |
| | § | |
| Defendants. | § | |

## DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Wells Fargo & Company and Wells Fargo Bank, N.A. file this Corporate Disclosure Statement as follows:

1.      Wells Fargo & Company has no parent corporation, and no publicly held corporation owns 10% or more of Wells Fargo & Company's stock.

2.      Wells Fargo Bank, N.A.'s parent corporation is Wells Fargo & Company, and Wells Fargo & Company is a publicly held corporation that owns 10% or more of Wells Fargo Bank, N.A.'s stock. With the exception of Wells Fargo & Company, no other publicly held corporation owns 10% or more of Wells Fargo Bank, N.A.'s stock.

Respectfully submitted,

By: /s/ W. Barton Rankin
Brian J. Hurst, Attorney-in-Charge
Texas Bar No. 10313300
John G. Flaim
Texas Bar No. 00785864
Jay F. Utley
Texas Bar No. 00798559
Richard V. Wells
Texas Bar No. 24033326
W. Barton Rankin
Texas Bar No. 24037333

BAKER & McKENZIE LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099

ATTORNEYS FOR DEFENDANTS
WELLS FARGO & COMPANY AND
WELLS FARGO BANK, N.A.

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of June 2006, a true and correct copy of Defendants' Corporate Disclosure Statement was forwarded to the following counsel of record electronically pursuant to Local Court Rule 5(a)(3)(A):

Edward L. Hohn
Nix Patterson & Roach, L.L.P.
205 Linda Drive
Daingerfield, Texas 75638
Telephone: (903) 645-7333

/s/ W. Barton Rankin
W. Barton Rankin

DALDMS/575905.1