# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF TEXAS
# <u>MARSHALL</u> DIVISION

## APPLICATION OF SCOTT J. PIVNICK TO APPEAR PRO HAC VICE

1. This application is being made for the following: Case # <u>2:06-cv-72 DF</u>

Style: <u>Datatreasury Corporation vs. Wells Fargo & Co., et al.</u>

2. Applicant is representing the following parties: <u>Bank of New York Company Incorporated, The Bank of New York, UnionBanCal Corporation, and Union Bank of California, National Association</u>.

3. Applicant was admitted to practice in <u>Virginia</u> on <u>February 14, 2003</u>.

4. Applicant is in good standing and is otherwise eligible to practice before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant **has not** had an application for admission to practice before another court denied.

7. Applicant **has not** ever had the privilege to practice before another court suspended.

8. Applicant **has not** been disciplined by a court or Bar Association or committee therof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar.

9. There are no pending grievances or other criminal matters pending against applicant.

10. Applicant has been admitted to practice in the following courts:

The United States District Court for the District of Columbia; The United States District Court for the Eastern District of Virginia; The United States District Court for the District of Maryland; The United States District Court for the Eastern District of Wisconsin; The United States Court of Appeals, Fourth Circuit; The United States Court of Federal Claims; and The United States Court of Appeals, Federal Circuit.

500087412v1

Dockets.Justia.com

11.     Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

12.     Applicant has included the requisite $25 fee.

13.     Applicant understands that he is being admitted for the limited purpose of appearing in the case specified above.

**Application Oath:**

I, Scott J. Pivnick, do solemnly swear that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and I will support and defend the Constitution of the United States.

Dated: May 31, 2006

Respectfully Submitted,

*[signature]*
Scott J. Pivnick
VA Bar No. 48022
PILLSBURY WINTHROP SHAW PITTMAN LLP
1650 Tysons Boulevard
McLean, VA 22102
703.770.7864 Telephone
703.770.7901 Facsimile
scott.pivnick@pillsburylaw.com

Applicant is authorized to enter an appearance as counsel for the parties listed above. This application has been approved for the court this 2 day of June, 2006.

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By: _____
        Deputy Clerk

2

500087412v1