UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORPORATION | § | |
| | § | |
| v. | § | Cause No. 2:06cv72(DF) |
| | § | |
| WELLS FARGO & COMPANY, ET AL | § | |

### LASALLE BANK CORPORATION'S
### CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rule of Civil Procedures, the undersigned counsel for Defendant, LaSalle Bank Corporation, states that LaSalle Bank Corporation is a Delaware corporation. The parent companies of LaSalle Bank Corporation are ABN AMRO North America Holding Company, ABN AMRO Bank, N.V. and ABN AMRO Holding, N.V, which is a public company.

                                    Respectfully submitted,

                                    YOUNG, PICKETT & LEE
                                    4122 Texas Blvd.-P.O. Box 1897
                                    Texarkana, TX-AR 75504-1897
                                    Telephone:    903/794-1303
                                    Facsimile:    903/794-5098

                              By:   */s/ Lance Lee*
                                    Lance Lee
                                    Texas Bar No. 24004762

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to FED.R.CIV.P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy via email transmission, facsimile and/or U.S. Mail this 9th day of June, 2006.

                                          */s/ Lance Lee*
                                          Lance Lee