UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DATATREASURY CORPORATION § | |
| § | |
| v. § | Cause No. 2:06cv72(DF) |
| § | |
| WELLS FARGO & COMPANY, ET AL § | |

**THE BANK OF TOKYO-MITSUBISHI UFJ, LTD.'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rule of Civil Procedures, the undersigned counsel for Defendant, The Bank of Tokyo-Mitsubishi UFJ, Ltd., states that The Bank of Tokyo-Mitsubishi UFJ, Ltd. is the wholly-owned subsidiary of Mitsubishi UFJ Financial Group, Inc., ("MUFG") MUFG's shares are traded on the New York, Tokyo, Osaka and Nagoya (Japan) stock exchanges.

Respectfully submitted,

YOUNG, PICKETT & LEE
4122 Texas Blvd.-P.O. Box 1897
Texarkana, TX-AR 75504-1897
Telephone:   903/794-1303
Facsimile:   903/794-5098

By: */s/ Lance Lee*
Lance Lee
Texas Bar No. 24004762

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to FED.R.CIV.P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy via email transmission, facsimile and/or U.S. Mail this 9th day of June, 2006.

                                                  */s/ Lance Lee*
                                                  Lance Lee