UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORPORATION | § | |
| | § | |
| v. | § | Cause No. 2:06cv72(DF) |
| | § | |
| WELLS FARGO & COMPANY, ET AL | § | |

**DEUTSCHE BANK TRUST COMPANY AMERICAS'**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rule of Civil Procedures, the undersigned counsel for Defendant, Deutsche Bank Trust Company Americas, states that Deutsche Bank Trust Company Americas is an indirectly-held, wholly-owned subsidiary of Deutsche Bank, AG, a German corporation. No other publicly held corporations own 10% or more of Deutsche Bank Trust Company Americas' stock.

Respectfully submitted,

YOUNG, PICKETT & LEE
4122 Texas Blvd.-P.O. Box 1897
Texarkana, TX-AR 75504-1897
Telephone:    903/794-1303
Facsimile:    903/794-5098

By:   */s/ Lance Lee*
Lance Lee
Texas Bar No. 24004762

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to FED.R.CIV.P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy via email transmission, facsimile and/or U.S. Mail this 9th day of June, 2006.

                                                */s/ Lance Lee*
                                                Lance Lee