UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORPORATION | § | |
| | § | |
| v. | § | Cause No.  2:06cv72(DF) |
| | § | |
| WELLS FARGO & COMPANY, ET AL | § | |

**TELECHECK SERVICES, INC.'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rule of Civil Procedures, the undersigned counsel for Defendant, TeleCheck Services, Inc., states that TeleCheck Services, Inc. is a wholly-owned subsidiary of TeleCheck International, Inc., in turn, is a wholly-owned indirect subsidiary of First Data Corporation, a publicly traded corporation which shares are traded on the New York stock exchange.  No other  publicly held corporations own 10% or more of TeleCheck Services Inc.'s stock.

Respectfully submitted,

YOUNG, PICKETT & LEE
4122 Texas Blvd.-P.O. Box 1897
Texarkana, TX-AR 75504-1897
Telephone:	903/794-1303
Facsimile:	903/794-5098

By:  */s/ Lance Lee*
Lance Lee
Texas Bar No.  24004762

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to FED.R.CIV.P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy via email transmission, facsimile and/or U.S. Mail this 9th day of June, 2006.

                                                                */s/ Lance Lee*
                                                                Lance Lee