UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORPORATION | § | |
| | § | |
| v. | § | Cause No. 2:06cv72(DF) |
| | § | |
| WELLS FARGO & COMPANY, ET AL | § | |

# FIRST DATA CORPORATION'S
# CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rule of Civil Procedures, the undersigned counsel for Defendant, First Data Corporation, states that First Data Corporation is a publicly traded corporation which shares are traded on the New York stock exchange. No publicly held corporation owns 10% or more of First Data Corporation's stock.

Respectfully submitted,

**YOUNG, PICKETT & LEE**
4122 Texas Blvd.-P.O. Box 1897
Texarkana, TX-AR 75504-1897
Telephone:    903/794-1303
Facsimile:    903/794-5098

By: */s/ Lance Lee*
Lance Lee
Texas Bar No. 24004762

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to FED.R.CIV.P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy via email transmission, facsimile and/or U.S. Mail this 9th day of June, 2006.

                                                */s/ Lance Lee*
                                                Lance Lee