# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **DATA TREASURY CORPORATION,** | 2:06-CV-72 DF |
| **Plaintiff** | |
| v. | |
| **WELLS FARGO & CO., et al.,** | |
| **Defendant** | |

## DEFENDANTS BANK OF AMERICA, N.A. AND BANK OF AMERICA CORPORATION'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Bank of America, N.A., and Bank of America Corporation, by and through undersigned counsel, hereby disclose that Bank of America, N.A., is 100% owned by NB Holdings Corporation, which is in turn 100% owned by Bank of America Corporation, whose shares are publicly traded. No publicly held company has an ownership interest of 10% or more in Bank of America, N.A. Bank of America Corporation does not have any parent corporations and no publicly held company has an ownership interest of 10% or more in Bank of America Corporation.

DEFENDANTS BANK OF AMERICA, N.A. AND BANK OF AMERICA
CORPORATION'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT
2:06-CV-72 DF

Dockets.Justia.com

Case 2:06-cv-00072-DF-CMC    Document 138    Filed 06/09/2006    Page 2 of 3

Dated: June 9, 2006

Respectfully submitted,

FISH & RICHARDSON P.C.

By: /s/ *Thomas M. Melsheimer*
    Thomas M. Melsheimer
    Texas State Bar No. 13922550
    1717 Main Street
    Suite 5000
    Dallas, TX 75201
    214-747-5070 (Telephone)
    214-747-2091 (Telecopy)

    Robert E. Hillman
    Fish & Richardson P.C.
    225 Franklin Street
    Boston, MA 02110-2804
    617-542-5070 (Telephone)
    617-542-8906 (Telecopy)

    Robert M. Parker
    Robert Christopher Bunt
    Parker & Bunt, P.C.
    100 E. Ferguson, Suite 1114
    Tyler, Texas 75702
    (903) 531-3535 (Telephone)
    (903) 533-9687 (Telecopy)

    Michael E. Jones
    Texas Bar No. 10929400
    E. Glenn Thames, Jr.
    Texas Bar No. 00785097
    Potter Minton
    500 Plaza Tower
    110 North College, Suite 500
    Tyler, TX 75702

    Counsel for Defendants and Counter-Claimants
    BANK OF AMERICA CORPORATION,
    BANK OF AMERICA, NATIONAL
    ASSOCIATION

DEFENDANTS BANK OF AMERICA, N.A. AND BANK OF AMERICA
CORPORATION'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT
2:06-CV-72 DF

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on June 9, 2006 to all counsel of record pursuant to the Court's CM/ECF system.

                                                                    /s/ *Thomas M. Melsheimer*
                                                                    Thomas M. Melsheimer

90177613.doc