IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORPORATION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 2:06CV00072-DF1 |
| | § | |
| WELLS FARGO & COMPANY; | § | Jury |
| WELLS FARGO BANK, NATIONAL | § | |
| ASSOCIATION, ET AL., | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF APPEARANCE OF COUNSEL

The following counsel of the law firm of Baker & McKenzie LLP hereby enter their appearance as co-counsel for Wells Fargo & Company and Wells Fargo Bank, National Association, Defendants in the above-titled action.

**Brian John Hurst**
Baker & McKenzie LLP
2001 Ross Avenue, Suite 2300
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 9783099
Electronic mail: brian.j.hurst@bakernet.com;
jeannine.aiton@bakernet.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John G. Flaim**
Baker & McKenzie LLP
2001 Ross Avenue, Suite 2300
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 9783099
Electronic mail: john.g.flaim@bakernet.com;
jana.m.taylor@bakernet.com;
*ATTORNEY TO BE NOTICED*

**Weldon Barton Rankin**
Baker & McKenzie LLP
2001 Ross Avenue, Suite 2300
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 9783099
Electronic mail: w.bart.rankin@bakernet.com
*ATTORNEY TO BE NOTICED*

**Jay F. Utley**
Baker & McKenzie LLP
2001 Ross Avenue, Suite 2300
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 9783099
Electronic mail: jay.f.utley@bakernet.com
*ATTORNEY TO BE NOTICED*

Respectfully submitted,

By: /s/ Brian J. Hurst
Brian J. Hurst, Attorney-in-Charge
Texas Bar No. 10313300

By: /s/ John G. Flaim
John G. Flaim
Texas Bar No. 00785864

By: /s/ Jay F. Utley
Jay F. Utley
Texas Bar No. 00798559

By: /s/ W. Barton Rankin
W. Barton Rankin
Texas Bar No. 24037333

BAKER & McKENZIE LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099

Robert William Weber
Smith Weber LLP
5604 Summerhill Road
P. O. Box 6167
Texarkana, Texas 75505 US
Telephone: (903) 223-5656
Facsimile: (903) 223-5652

ATTORNEYS FOR DEFENDANTS,
WELLS FARGO & COMPANY AND WELLS
FARGO BANK, NATIONAL ASSOCIATION

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on June 12, 2006 on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).


                                              /s/ John G. Flaim_____
                                              John G. Flaim