UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORPORATION, | § | |
| Plaintiff/Counter-Defendant | § | |
| | § | Civil Action No. 2:06cv72 |
| vs. | § | |
| | § | Jury Trial Demanded |
| WELLS FARGO & COMPANY, ET AL. | § | |
| Defendants/Counter-Plaintiffs | § | |

### VINSON & ELKINS LLP'S ENTRY OF APPEARANCE
### AS COUNSEL FOR UBS AMERICAS, INC.

William L. LaFuze, D. Ferguson McNiel, III, and Scott W. Breedlove of Vinson & Elkins L.L.P. hereby enter their appearance as attorneys of record for Defendant UBS Americas, Inc., subject to UBS Americas, Inc.'s pending motion to dismiss or in the alternative for a more definite statement (Document No. 80). William L. LaFuze shall serve as attorney in charge for Defendant UBS Americas, Inc.

LaFuze, McNiel, and Breedlove respectfully request that the Court notify them of all hearings, and that they receive copies of all pleadings and orders issued in this case.

Respectfully submitted,


/s/ William L. LaFuze
William L. LaFuze
Texas Bar No. 11792500
*wlafuze@velaw.com*
D. Ferguson McNiel, III
Texas Bar No. 13830300
*fmcniel@velaw.com*
Vinson & Elkins LLP
2300 First City Tower
1001 Fannin Street
Houston, TX  77002
Telephone:  713.758.2222
Facsimile:  713.758.2346

Scott W. Breedlove
Texas Bar No. 00790361
*sbreedlove@velaw.com*
Vinson & Elkins LLP
3700 Trammell Crow Center
2001 Ross Avenue
Dallas, TX  75201-2975
Telephone:  214.220.7700
Facsimile:  214.220.7716

Harry Lee Gillam, Jr.
Texas Bar No. 07921800
*Gil@gillamsmithlaw.com*
Melissa Richards Smith
Texas Bar No. 24001351
*Melissa@gillamsmithlaw.com*
Gillam & Smith LLP
110 South Bolivar, Suite 204
Marshall, TX  75670
Telephone:  903.934.8450
Facsimile:  903.934.9257

Attorneys for UBS Americas, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing document to be sent to all counsel of record on June 12, 2006 by the Electronic Case Filing system of the Eastern District of Texas:

/s/ Scott W. Breedlove
Scott W. Breedlove

1129719_1.DOC