IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

|  |  |  |
|---|---|---|
| DATA TREASURY CORPORATION | § § § | |
| Plaintiff, | § § | Civil Action No. 2:06CV72 |
| v. | § § | |
| WELLS FARGO & CO. et al. | § § | |
| Defendants | § § | JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE OF COUNSEL

Please take notice the following attorney is entering an appearance for Harris Bankcorp, Inc. and Harris N.A.: Martin C. Robson, State Bar No. 24004892, of McKool Smith, P.C, 300 Crescent Court, Suite 1500, Dallas, Texas 75201, (214) 978-4000 [Tel], and (214) 978-4044 [Fax]. Robert M. Manley of McKool Smith, PC will continue to be lead counsel and Attorney-in-Charge.

June 13, 2006                                        Respectfully submitted,

/s/ Martin C. Robson
ROBERT M. MANLEY
Lead Attorney
Texas State Bar No. 00787955
rmanley@mckoolsmith.com
L. DAVID ANDERSON
Texas State Bar No. 00796126
danderson@mckoolsmith.com
MARTIN C. ROBSON
Texas State Bar No. 24004892

Dallas 220725v1

300 Crescent Court
Suite 1500
Dallas, Texas 72501
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

**ATTORNEYS FOR DEFENDANTS HARRIS BANKCORP, INC. AND HARRIS N.A.**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by electronic mail by agreement of the parties on this the 13th day of June, 2006.

/s/ L. David Anderson
L. David Anderson