IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATA TREASURY CORPORATION | § § § | |
| Plaintiff, | § § | Civil Action No. 2:06CV72 |
| v. | § § | |
| WELLS FARGO & CO. et al. | § § | |
| Defendants | § § | JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE OF COUNSEL

Please take notice the following attorney is entering an appearance for PNC Financial Services Group, Inc. and PNC Bank, National Association: Garret W. Chambers, State Bar No. 00792160, of McKool Smith, P.C, 300 Crescent Court, Suite 1500, Dallas, Texas 75201, (214) 978-4000 [Tel], (214) 978-4044 [Fax]. Sam Baxter of McKool Smith, PC will continue to be lead counsel and Attorney-in-Charge.

June 13, 2006                        Respectfully submitted,

/s/ Garret W. Chambers
SAM BAXTER
Lead Attorney
Texas State Bar No. 01938000
P.O. Box O
Marshall, Texas  75671
Telephone:  (903) 927-2111
Telecopier:  (903) 927-2622
sbaxter@mckoolsmith.com

Dallas 220782v1

        THEODORE STEVENSON, III
        Texas State Bar No. 19196650
        tstevenson@mckoolsmith.com

        GARRET W. CHAMBERS
        Texas State Bar No. 00792160
        gchambers@mckoolsmith.com
        L. DAVID ANDERSON
        Texas State Bar No. 00796126
        danderson@mckoolsmith.com
        300 Crescent Court
        Suite 1500
        Dallas, Texas 75201
        Telephone: (214) 978-4000
        Telecopier: (214) 978-4044

        PETER J. AYERS
        Texas State Bar No. 24009882
        payers@mckoolsmith.com
        GEOFFREY L. SMITH
        Texas State Bar No. 24041939
        gsmith@mckoolsmith.com
        300 W. 6th Street, Suite 1700
        Austin, Texas 78701
        Telephone:  (512) 692-8700
        Telecopy:    (512) 692-8744

        **ATTORNEYS FOR DEFENDANTS THE PNC FINANCIAL SERVICES GROUP, INC. AND PNC BANK, NATIONAL ASSOCIATION**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by electronic mail by agreement of the parties on this the 13th day of June, 2006.

                                                        /s/ L. David Anderson
                                                        L. David Anderson