IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATA TREASURY CORPORATION | § § § | |
| Plaintiff, | § | Civil Action No. 2:06CV72 |
| | § § | |
| v. | § § | |
| WELLS FARGO & CO. et al. | § § | JURY TRIAL DEMANDED |
| Defendants | § § | |

## NOTICE OF APPEARANCE OF COUNSEL

Please take notice the following attorney is entering an appearance for KeyCorp and KeyBank National Association: L. David Anderson, State Bar No. 00796126, of McKool Smith, P.C, 300 Crescent Court, Suite 1500, Dallas, Texas 75201, (214) 978-4000 [Tel], (214) 978-4044 [Fax]. Sam Baxter of McKool Smith, PC will continue to be lead counsel and Attorney-in-Charge.

June 13, 2006                              Respectfully submitted,

/s/ L. David Anderson
SAM BAXTER
Lead Attorney
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
P.O. Box O
Marshall, Texas 75671
Telephone: (903) 927-2111
Telecopier: (903) 927-2622

Dallas 220790v1

>THEODORE STEVENSON, III
>Texas State Bar No. 19196650
>tstevenson@mckoolsmith.com
>GARRET W. CHAMBERS
>Texas State Bar No. 00792160
>gchambers@mckoolsmith.com
>L. DAVID ANDERSON
>Texas State Bar No. 00796126
>danderson@mckoolsmith.com
>300 Crescent Court
>Suite 1500
>Dallas, Texas 75201
>Telephone: (214) 978-4000
>Telecopier: (214) 978-4044
>
>PETER J. AYERS
>Texas State Bar No. 24009882
>payers@mckoolsmith.com
>GEOFFREY L. SMITH
>Texas State Bar No. 24041939
>gsmith@mckoolsmith.com
>300 W. 6th Street, Suite 1700
>Austin, Texas 78701
>Telephone:  (512) 692-8700
>Telecopy:    (512) 692-8744
>
>**ATTORNEYS FOR DEFENDANTS KEYCORP AND KEYBANK NATIONAL ASSOCIATION**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by electronic mail by agreement of the parties on this the 13th day of June, 2006.

/s/ L. David Anderson
L. David Anderson