IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATA TREASURY CORPORATION | § § § | |
| Plaintiff, | § § | Civil Action No. 2:06CV72 |
| v. | § § | |
| WELLS FARGO & CO. et al. | § § | |
| | § | JURY TRIAL DEMANDED |
| Defendants | § | |

## NOTICE OF APPEARANCE OF COUNSEL

Please take notice the following attorney is entering an appearance for SunTrust Banks, Inc. and SunTrust Bank: Peter J. Ayers, State Bar No. 24009882, of McKool Smith, P.C, 300 W. 6th Street, Suite 1700, Austin, Texas, 78701, (512) 692-8700 [Tel], (512) 692-8744 [Fax]. Sam Baxter of McKool Smith, PC will continue to be lead counsel and Attorney-in-Charge.

June 13, 2006                          Respectfully submitted,

                                       /s/ Peter J. Ayers
                                       SAM BAXTER
                                       Lead Attorney
                                       Texas State Bar No. 01938000
                                       sbaxter@mckoolsmith.com
                                       P.O. Box O
                                       Marshall, Texas  75671
                                       Telephone:  (903) 927-2111
                                       Facsimile:  (903) 927-2622

Dallas 220786v1

                        THEODORE STEVENSON, III
                        Texas State Bar No. 19196650
                        tstevenson@mckoolsmith.com
                        GARRET W. CHAMBERS
                        Texas State Bar No. 00792160
                        gchambers@mckoolsmith.com
                        L. DAVID ANDERSON
                        Texas State Bar No. 00796126
                        danderson@mckoolsmith.com
                        300 Crescent Court
                        Suite 1500
                        Dallas, Texas 75201
                        Telephone: (214) 978-4000
                        Telecopier: (214) 978-4044]

                        PETER J. AYERS
                        Texas State Bar No. 24009882
                        payers@mckoolsmith.com
                        GEOFFREY L. SMITH
                        Texas State Bar No. 24041939
                        gsmith@mckoolsmith.com
                        300 W. 6th Street, Suite 1700
                        Austin, Texas 78701
                        Telephone:  (512) 692-8700
                        Telecopy:   (512) 692-8744

                        **ATTORNEYS FOR DEFENDANTS
                        SUNTRUST BANKS, INC. AND SUNTRUST
                        BANK**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by electronic mail by agreement of the parties on this the 13th day of June, 2006.

/s/ L. David Anderson
L. David Anderson