IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATA TREASURY CORPORATION | § § § | |
| Plaintiff, | § § | Civil Action No. 2:06CV72 |
| v. | § § | |
| WELLS FARGO & CO. et al. | § § | JURY TRIAL DEMANDED |
| Defendants | § § | |

## NOTICE OF APPEARANCE OF COUNSEL

Please take notice the following attorney is entering an appearance for KeyCorp and KeyBank National Association: Peter J. Ayers, State Bar No. 24009882, of McKool Smith, P.C, 300 W. 6th Street, Suite 1700, Austin, Texas, 78701, (512) 692-8700 [Tel], (512) 692-8744 [Fax].  Sam Baxter of McKool Smith, PC will continue to be lead counsel and Attorney-in-Charge.

June 13, 2006              Respectfully submitted,

/s/ Peter J. Ayers
SAM BAXTER
Lead Attorney
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
P.O. Box O
Marshall, Texas  75671
Telephone:  (903) 927-2111
Telecopier:  (903) 927-2622

Dallas 220792v1

THEODORE STEVENSON, III
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
GARRET W. CHAMBERS
Texas State Bar No. 00792160
gchambers@mckoolsmith.com
L. DAVID ANDERSON
Texas State Bar No. 00796126
danderson@mckoolsmith.com
300 Crescent Court
Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

PETER J. AYERS
Texas State Bar No. 24009882
payers@mckoolsmith.com
GEOFFREY L. SMITH
Texas State Bar No. 24041939
gsmith@mckoolsmith.com
300 W. 6th Street, Suite 1700
Austin, Texas 78701
Telephone:  (512) 692-8700
Telecopy:    (512) 692-8744

**ATTORNEYS FOR DEFENDANTS KEYCORP AND KEYBANK NATIONAL ASSOCIATION**

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by electronic mail by agreement of the parties on this the 13th day of June, 2006.

/s/ L. David Anderson
L. David Anderson