IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORPORATION | § | |
| *PLAINTIFF* | § | |
| v. | § | CIVIL ACTION No. 2:06CV72 |
| | § | |
| WELLS FARGO & COMPANY, *et al* | § | |
| *DEFENDANTS* | | |

## ORDER

Plaintiff DataTreasury Corporation has filed an Unopposed Motion for Extension of Time, which is now before the Court.

The Court hereby GRANTS the Motion for Extension of Time.

Therefore, Plaintiff's response to Defendant's Motion to Dismiss for Lack of Personal Jurisdiction, or in the Alternative, for Failure to State a Claim for a More Definite Statement will be due on or before June 23, 2006.

SO ORDERED.