IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

DATATREASURY CORPORATION          §
          PLAINTIFF                §
                                   §
v.                                 §          CIVIL ACTION No. 2:06CV72
                                   §
WELLS FARGO & COMPANY, *et al*     §
          DEFENDANTS               §

---

## ORDER

---

Plaintiff DataTreasury Corporation has filed an Unopposed Motion for Extension of Time, which is now before the Court.

The Court hereby GRANTS the Motion for Extension of Time.

Therefore, Plaintiff's response to Defendant's Motion to Dismiss Pursuant to Rule 12(b)(2) will be due on or before June 23, 2006.

SO ORDERED.