UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DATATREASURY CORPORATION § § | |
| PLAINTIFF § § | |
| v. § | CIVIL ACTION NO. 2:06-CV-72-DF |
| § | |
| WELLS FARGO & CO., ET AL, § § | |
| DEFENDANTS § | |

### NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, S. Calvin Capshaw, enters his appearance in this matter as counsel for Defendants, Lasalle Bank Corp. and Lasalle Bank NA, for the purpose of receiving notices and orders from the Court.

DATED this 13th day of June, 2006.

Respectfully submitted,

By: /s/ *S. Calvin Capshaw*
S. Calvin Capshaw
State Bar No. 03783900
BROWN McCARROLL LLP
1127 Judson Road, Suite 220,
P.O. Box 3999 (75606-3999)
Longview, Texas 75601-5157
Telephone: (903) 236-9800
Facsimile: (903) 236-8787
E-mail: ccapshaw@mailbmc.com
ATTORNEYS FOR DEFENDANTS
LASALLE BANK CORP. AND
LASALLE BANK NA

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 13th day of June, 2006, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by, electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ *S. Calvin Capshaw*
S. Calvin Capshaw

LON:158026.1
52671.1