IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATA TREASURY CORPORATION | § § § | |
| Plaintiff, | § § | Civil Action No. 2:06CV72 |
| v. | § § | |
| WELLS FARGO & CO. et al. | § § | |
| | § | JURY TRIAL DEMANDED |
| Defendants | § | |

## NOTICE OF APPEARANCE OF COUNSEL

Please take notice the following attorney is entering an appearance for Electronic Data Systems Corp. ("EDS"): Garrett W. Chambers, State Bar No. 00792160, of McKool Smith, P.C, 300 Crescent Court, Suite 1500, Dallas, Texas 75201, (214) 978-4000 [Tel], (214) 978-4044 [Fax].  Ted Stevenson of McKool Smith, PC will continue to be lead counsel and Attorney-in-Charge.

June 14, 2006                                     Respectfully submitted,

/s/ Garret W. Chambers
THEODORE STEVENSON, III
Lead Attorney
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
GARRET W. CHAMBERS
Texas State Bar No. 00792160
gchambers@mckoolsmith.com
L. DAVID ANDERSON
Texas State Bar No. 00796126
danderson@mckoolsmith.com
300 Crescent Court
Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Dallas 220721v1

>PETER J. AYERS
>Texas State Bar No. 24009882
>payers@mckoolsmith.com
>GEOFFREY L. SMITH
>Texas State Bar No. 24041939
>gsmith@mckoolsmith.com
>300 W. 6th Street, Suite 1700
>Austin, Texas 78701
>Telephone:  (512) 692-8700
>Telecopy:   (512) 692-8744
>
>**ATTORNEYS FOR DEFENDANT**
>**ELECTRONIC DATA SYSTEMS CORP.**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this motion was served on all counsel who have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by electronic mail by agreement of the parties on this the 14th day of June, 2006.

>/s/ L. David Anderson
>L. David Anderson