Datatreasury Corporation v. Wells Fargo & Company et al                                                              Doc. 167 Att.

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| DATATREASURY CORPORATION § | |
|     *Plaintiff* § | |
| § | |
| vs. § | |
| § | |
| WELLS FARGO & COMPANY; WELLS § | |
| FARGO BANK, NATIONAL § | |
| ASSOCIATION; BANK OF AMERICA § | |
| CORPORATION; BANK OF AMERICA, § | |
| NATIONAL ASSOCIATION; U.S. § | |
| BANCORP; U.S. BANK, NATIONAL § | |
| ASSOCIATION; WACHOVIA § | |
| CORPORATION; WACHOVIA BANK, § | |
| NATIONAL ASSOCIATION; SUNTRUST § | |
| BANKS, INC.; SUNTRUST BANK; BB&T § | Civil Action No. 2:06cv72 |
| CORPORATION; BRANCH BANKING § | |
| AND TRUST COMPANY; § | |
| BANCORPSOUTH, INC.; § | |
| BANCORPSOUTH BANK; COMPASS § | |
| BANCSHARES, INC.; COMPASS BANK; § | |
| CULLEN/FROST BANKERS, INC.; THE § | |
| FROST NATIONAL BANK; FIRST § | |
| HORIZON NATIONAL CORPORATION; § | |
| FIRST TENNESSEE BANK, NATIONAL § | |
| ASSOCIATION; HSBC NORTH § | JURY TRIAL DEMANDED |
| AMERICA HOLDINGS INC.; HSBC § | |
| BANK USA, N.A.; HARRIS BANKCORP, § | |
| INC.; HARRIS N.A.; NATIONAL CITY § | |
| CORPORATION; NATIONAL CITY § | |
| BANK; ZIONS BANCORPORATION; § | |
| ZIONS FIRST NATIONAL BANK; § | |
| BANK OF NEW YORK CO., INC.; § | |
| THE BANK OF NEW YORK; § | |
| UNIONBANCAL CORPORATION; § | |
| UNION BANK OF CALIFORNIA, § | |
| NATIONAL ASSOCIATION; BANK OF § | |
| TOKYO-MITSUBISHI UFJ, LTD.; § | |
| CITIZENS FINANCIAL GROUP, INC. § | |
| CITY NATIONAL CORPORATION; § | |
| CITY NATIONAL BANK; COMERICA § | |
| INCORPORATED; COMERICA BANK § | |
| & TRUST, NATIONAL ASSOCIATION; § | |

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY § <br> AMERICAS; FIRST CITIZENS § <br> BANCSHARES, INC.; FIRST CITIZENS § <br> BANK & TRUST COMPANY; KEYCORP;§ <br> KEYBANK NATIONAL ASSOCIATION; § <br> LASALLE BANK CORPORATION; § <br> LASALLE BANK NA; M&T BANK § <br> CORPORATION; M&T BANK; THE PNC § <br> FINANCIAL SERVICES GROUP, INC.; § <br> PNC BANK,NATIONAL ASSOCIATION § <br> UBS AMERICAS, INC.; SMALL VALUE § <br> PAYMENTS COMPANY, LLC; THE § <br> CLEARING HOUSE PAYMENTS § <br> COMPANY, LLC; MAGTEK, INC; FIRST § <br> DATA CORPORATION; TELECHECK § <br> SERVICES, INC., REMITCO, LLC and § <br> ELECTRONIC DATA SYSTEMS CORP. § <br> § <br> *DEFENDANTS* § | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> JURY TRIAL DEMANDED |

## ORDER

Plaintiff DataTreasury Corporation has filed its Responses to the Defendants' Various Motions to Dismiss, or in the Alternative, for More Definite Statement which are now before the Court.

The Court after reviewing Plaintiff's Responses hereby DENIES the Joint Motion of Defendants to Dismiss, or in the Alternative, for More Definite Statement.

SO ORDERED.