IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORPORATION <br> *PLAINTIFF* <br> v. <br><br> WELLS FARGO & COMPANY, *et al* <br> *DEFENDANTS* | § <br> § <br> § <br> § <br> § | CIVIL ACTION No. 2:06CV72 |

## ORDER

Plaintiff DataTreasury Corporation has filed an Unopposed Motion for Extension of Time, which is now before the Court.

The Court hereby GRANTS the Motion for Extension of Time.

Therefore, Plaintiff's response to Defendant's Motion to Dismiss for Lack of Personal Jurisdiction, or in the Alternative, for Failure to State a Claim for a More Definite Statement will be due on or before June 23, 2006.

SO ORDERED.

**SIGNED this 14th day of June, 2006.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE