# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| DATATREASURY CORPORATION §<br>  *Plaintiff* §<br> §<br>vs. §<br> §<br>WELLS FARGO & COMPANY; WELLS §<br>FARGO BANK, NATIONAL §<br>ASSOCIATION; BANK OF AMERICA §<br>CORPORATION; BANK OF AMERICA, §<br>NATIONAL ASSOCIATION; U.S. §<br>BANCORP; U.S. BANK, NATIONAL §<br>ASSOCIATION; WACHOVIA §<br>CORPORATION; WACHOVIA BANK, §<br>NATIONAL ASSOCIATION; SUNTRUST §<br>BANKS, INC.; SUNTRUST BANK; BB&T §<br>CORPORATION; BRANCH BANKING §<br>AND TRUST COMPANY; §<br>BANCORPSOUTH, INC.; §<br>BANCORPSOUTH BANK; COMPASS §<br>BANCSHARES, INC.; COMPASS BANK; §<br>CULLEN/FROST BANKERS, INC.; THE §<br>FROST NATIONAL BANK; FIRST §<br>HORIZON NATIONAL CORPORATION; §<br>FIRST TENNESSEE BANK, NATIONAL §<br>ASSOCIATION; HSBC NORTH §<br>AMERICA HOLDINGS INC.; HSBC §<br>BANK USA, N.A.; HARRIS BANKCORP, §<br>INC.; HARRIS N.A.; NATIONAL CITY §<br>CORPORATION; NATIONAL CITY §<br>BANK; ZIONS BANCORPORATION; §<br>ZIONS FIRST NATIONAL BANK; §<br>BANK OF NEW YORK CO., INC.; §<br>THE BANK OF NEW YORK; §<br>UNIONBANCAL CORPORATION; §<br>UNION BANK OF CALIFORNIA, §<br>NATIONAL ASSOCIATION; BANK OF §<br>TOKYO-MITSUBISHI UFJ, LTD.; §<br>CITIZENS FINANCIAL GROUP, INC. §<br>CITY NATIONAL CORPORATION; §<br>CITY NATIONAL BANK; COMERICA §<br>INCORPORATED; COMERICA BANK §<br>& TRUST, NATIONAL ASSOCIATION; § | Civil Action No. 2:06cv72<br><br><br><br><br><br><br>JURY TRIAL DEMANDED |

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS; FIRST CITIZENS BANCSHARES, INC.; FIRST CITIZENS BANK & TRUST COMPANY; KEYCORP; KEYBANK NATIONAL ASSOCIATION; LASALLE BANK CORPORATION; LASALLE BANK NA; M&T BANK CORPORATION; M&T BANK; THE PNC FINANCIAL SERVICES GROUP, INC.; PNC BANK,NATIONAL ASSOCIATION UBS AMERICAS, INC.; SMALL VALUE PAYMENTS COMPANY, LLC; THE CLEARING HOUSE PAYMENTS COMPANY, LLC; MAGTEK, INC; FIRST DATA CORPORATION; TELECHECK SERVICES, INC., REMITCO, LLC and ELECTRONIC DATA SYSTEMS CORP. § § § § § § § § § § § § § § § § § § § § § | |
| *DEFENDANTS* § | JURY TRIAL DEMANDED |

**PLAINTIFF DATATREASURY CORPORATION'S RESPONSE TO MOTION OF DEFENDANTS BANCORPSOUTH, INC. AND BANCORPSOUTH BANK TO DISMISS, OR IN THE ALTERNATIVE FOR MORE DEFINITE STATEMENT**

Comes now Plaintiff DataTreasury Corporation ("DataTreasury") and files its Response to Motion of Defendants Bancorpsouth, Inc. and Bancorpsouth Bank to Dismiss, or in the Alternative for More Definite Statement. DataTreasury respectfully requests that this Court deny Bancorpsouth, Inc. and Bancorpsouth Bank's Motion in its entirety. In support thereof, DataTreasury incorporates, in its entirety, its Response to Defendants' Various Motions to Dismiss, or in the Alternative for More Definite Statement and the arguments and authorities cited therein filed on June 14, 2006.

Respectfully submitted,

/s/ R. Benjamin King

C. CARY PATTERSON
State Bar No. 15587000
ANTHONY BRUSTER
State Bar No. 24036280
BRADY PADDOCK
State Bar No. 00791394
R. Benjamin King
State Bar No. 24048592
**NIX PATTERSON & ROACH L.L.P.**
2900 St. Michael Drive, Suite 500
Texarkana, Texas 75503
Tel. (903)223-3999; Fax (903)223.8520

ROD A. COOPER
Texas Bar No. 90001628
**THE COOPER LAW FIRM**
545 E. John Carpenter Freeway, Ste .1460
Irving, Texas 75062
Tel. (972)831-1188; Fax (972)692-5445
rcooper@cooperiplaw.com

EDWARD L. HOHN
Texas Bar No. 09813240
**NIX PATTERSON & ROACH, L.L.P.**
205 Linda Drive
Daingerfield, Texas 75638
Tel. (903)645-7333; Fax (903)645-4415
edhohn@nixlawfirm.com

JOE KENDALL
Texas Bar No. 11260700
KARL RUPP
Texas Bar No. 24035243
**PROVOST UMPHREY, L.L.P.**
3232 McKinney Avenue, Suite 700
Dallas, Texas 75204
Tel. (214)744-3000; Fax (214) 744-3015
jkendall@provosthumphrey.com

EDWARD CHIN
State Bar No. 50511688
**THE CHIN LAW FIRM**

>11602 Island Breeze St.
>Pearland, Texas 77584
>(713) 436-0564; (866) 317-3953 (fax)
>edchin@chinlawfirm.com
>
>ERIC M. ALBRITTON
>Texas Bar No. 00790215
>**ALBRITTON LAW FIRM**
>P.O. Box 2649
>Longview, Texas 75606
>Tel. (903)757-8449; Fax (903)758-7397
>ema@emafirm.com
>
>T. JOHNNY WARD JR.
>Texas Bar No. 00794818
>**THE LAW OFFICE OF T. JOHN WARD, JR.**
>P.O. Box 1231
>Longview, Texas 75606
>Tel. (903)757-6400; Fax (903) 757-2323
>jw@jwfirm.com
>
>*Counsel for Plaintiff DataTreasury Corporation*

# CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and served via the Court's electronic filing system on all counsel who have consented to electronic service on this the 14th day of June, 2006.

>/s/ R. Benjamin King
>Nix, Patterson & Roach LLP