# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| DATATREASURY CORPORATION § | |
| *Plaintiff* § | |
| § | |
| vs. § | |
| § | |
| WELLS FARGO & COMPANY; WELLS § | |
| FARGO BANK, NATIONAL § | |
| ASSOCIATION; BANK OF AMERICA § | |
| CORPORATION; BANK OF AMERICA, § | |
| NATIONAL ASSOCIATION; U.S. § | |
| BANCORP; U.S. BANK, NATIONAL § | |
| ASSOCIATION; WACHOVIA § | |
| CORPORATION; WACHOVIA BANK, § | |
| NATIONAL ASSOCIATION; SUNTRUST § | |
| BANKS, INC.; SUNTRUST BANK; BB&T § | Civil Action No. 2:06cv72 |
| CORPORATION; BRANCH BANKING § | |
| AND TRUST COMPANY; § | |
| BANCORPSOUTH, INC.; § | |
| BANCORPSOUTH BANK; COMPASS § | |
| BANCSHARES, INC.; COMPASS BANK; § | |
| CULLEN/FROST BANKERS, INC.; THE § | |
| FROST NATIONAL BANK; FIRST § | |
| HORIZON NATIONAL CORPORATION; § | |
| FIRST TENNESSEE BANK, NATIONAL § | |
| ASSOCIATION; HSBC NORTH § | JURY TRIAL DEMANDED |
| AMERICA HOLDINGS INC.; HSBC § | |
| BANK USA, N.A.; HARRIS BANKCORP, § | |
| INC.; HARRIS N.A.; NATIONAL CITY § | |
| CORPORATION; NATIONAL CITY § | |
| BANK; ZIONS BANCORPORATION; § | |
| ZIONS FIRST NATIONAL BANK; § | |
| BANK OF NEW YORK CO., INC.; § | |
| THE BANK OF NEW YORK; § | |
| UNIONBANCAL CORPORATION; § | |
| UNION BANK OF CALIFORNIA, § | |
| NATIONAL ASSOCIATION; BANK OF § | |
| TOKYO-MITSUBISHI UFJ, LTD.; § | |
| CITIZENS FINANCIAL GROUP, INC. § | |
| CITY NATIONAL CORPORATION; § | |
| CITY NATIONAL BANK; COMERICA § | |
| INCORPORATED; COMERICA BANK § | |
| & TRUST, NATIONAL ASSOCIATION; § | |

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS; FIRST CITIZENS BANCSHARES, INC.; FIRST CITIZENS BANK & TRUST COMPANY; KEYCORP; KEYBANK NATIONAL ASSOCIATION; LASALLE BANK CORPORATION; LASALLE BANK NA; M&T BANK CORPORATION; M&T BANK; THE PNC FINANCIAL SERVICES GROUP, INC.; PNC BANK, NATIONAL ASSOCIATION UBS AMERICAS, INC.; SMALL VALUE PAYMENTS COMPANY, LLC; THE CLEARING HOUSE PAYMENTS COMPANY, LLC; MAGTEK, INC; FIRST DATA CORPORATION; TELECHECK SERVICES, INC., REMITCO, LLC and ELECTRONIC DATA SYSTEMS CORP. § § § § § § § § § § § § § § § § § § § § § § | |
| *DEFENDANTS* § | JURY TRIAL DEMANDED |

## ORDER

Plaintiff DataTreasury Corporation has filed its Response to the Defendant Electronic Data Systems Corp.'s Motion to Dismiss, or in the Alternative, for More Definite Statement, which is now before the Court.

The Court after reviewing Plaintiff's Response hereby DENIES the Defendant Electronic Data Systems Corp.'s Motion to Dismiss, or in the Alternative, for More Definite Statement.

SO ORDERED.