IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORPORATION | § | |
| *PLAINTIFF* | § | |
| v. | § | CIVIL ACTION No. 2:06CV72 |
| | § | |
| WELLS FARGO & COMPANY, *et al* | § | |
| *DEFENDANTS* | | |

**PLAINTIFF DATATREASURY CORPORATION'S
MOTION FOR EXTENSION OF TIME**

Plaintiff DataTreasury Corporation hereby moves the Court to extend Plaintiff's time to respond to Defendant HSBC North America Holdings, Inc.'s ("HSBC") Motion to Dismiss for Lack of Personal Jurisdiction Under Rule 12(b)(2). Defendant has agreed to allow Plaintiff DataTreasury Corporation an extension of time in which to respond to Defendant's Motion to Dismiss extending the deadline from June 16, 2006 until June 23, 2006.

WHEREFORE, Plaintiff DataTreasury Corporation prays that the Court grant this Motion for Extension, and enter an Order allowing Plaintiff until June 23, 2006 to respond to Defendant's Motion to Dismiss for Lack of Personal Jurisdiction Under Rule 12(b)(2). A proposed Order is attached as Exhibit A.

DATED: June 14, 2006.

Respectfully submitted,

_____

EDWARD L. HOHN
Texas Bar No. 09813240
edhohn@nixlawfirm.com
D. NEIL SMITH
Texas Bar No. 00797450
dnsmith@nixlawfirm.com
**NIX, PATTERSON & ROACH, LLP**
205 Linda Drive
Daingerfield, Texas 75638
Telephone: 903.645.7333
Facsimile: 903.645.4415

C. CARY PATTERSON
Texas Bar No. 15587000
ANTHONY K. BRUSTER
Texas Bar No. 24036280
akbruster@nixlawfirm.com
BRADY PADDOCK
Texas Bar No. 00791394
bpaddock@nixlawfirm.com
R. BENJAMIN KING
Texas Bar No. 24048592
benking@nixlawfirm.com
**NIX, PATTERSON & ROACH, LLP**
2900 St. Michael Drive, Suite 500
Texarkana, Texas 75503
Telephone: 903.223.3999
Facsimile: 903.223.8520

JOE KENDALL
Texas Bar No. 11260700
jkendall@provostumphrey.com
KARL RUPP
Texas Bar No. 24035243
krupp@provostumphrey.com
**PROVOST UMPHREY, LLP**
3232 McKinney Avenue, Suite 700
Dallas, Texas 75204
Telephone: 214.774.3000
Facsimile: 214.744.3015

ROD COOPER
Texas Bar No. 90001628
rcooper@cooperiplaw.com
**THE COOPER LAW FIRM**
545 E. John Carpenter Fwy., Suite 1460
Irving, Texas 75062
Telephone:  972.831.1188
Facsimile:   972.692.5445

ERIC M. ALBRITTON
Texas Bar No. 00790215
ema@emafirm.com
**ALBRITTON LAW FIRM**
P. O. Box 2649
Longview, Texas 75606
Telephone: 903.757.8449
Facsimile:   903.758.7397

T. JOHN WARD, JR.
Texas Bar No. 00794818
jw@jwfirm.com
**LAW OFFICES OF T. JOHN WARD, JR. PC**
P. O. Box 1231
Longview, Texas 75606
Telephone: 903.757.6400
Facsimile:   903.757-2323

**ATTORNEYS FOR PLAINTIFF
DATATREASURY CORPORATION**

## CERTIFICATE OF CONFERENCE

    I hereby certify that Plaintiff has conferred with Defendant's counsel regarding the above Motion for Extension, and they indicated that they do oppose the filing of such Motion and the extension requested in such Motion.

_____
ANTHONY K. BRUSTER

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of the foregoing document was served on the 14th day of June, 2006 via electronic transmission.

BOUDREAUX LEONARD HAMMOND & CURCIO, PC
    Glen M. Boudreaux    gboudreaux@blhc-law.com
    Tim S. Leonard    tleonard@blhc-law.com

WILMERHALE
    Irah H. Donner    irah.donner@wilmerhale.com

LOCKE, LIDDELL & SAPP, LLP
    Roy W. Hardin    rhardin@lockeliddell.com

Richard Grainger    graingerpc@aol.com

_____
ANTHONY K. BRUSTER