IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORPORATION § | | |
| *PLAINTIFF* § | | |
| v. § | CIVIL ACTION No. 2:06CV72 | |
| § | | |
| WELLS FARGO & COMPANY, *et al* § | | |
| *DEFENDANTS* | | |

**ORDER**

Plaintiff DataTreasury Corporation has filed a Motion for Extension of Time, which is now before the Court.

The Court hereby GRANTS the Motion for Extension of Time.

Therefore, Plaintiff's response to Defendant HSBC North America Holdings, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction Under Rule 12(b)(2) will be due on or before June 23, 2006.

SO ORDERED.