## UNITED STATES DISTRICT COURT FOR THE
### EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORPORATION | § | |
| *PLAINTIFF* | § | |
| | § | |
| vs. | § | |
| | § | |
| WELLS FARGO & COMPANY; WELLS | § | |
| FARGO BANK, NATIONAL | § | |
| ASSOCIATION; BANK OF AMERICA | § | |
| CORPORATION; BANK OF AMERICA, | § | |
| NATIONAL ASSOCIATION; U.S. | § | |
| BANCORP; U.S. BANK, NATIONAL | § | |
| ASSOCIATION; WACHOVIA | § | |
| CORPORATION; WACHOVIA BANK, | § | |
| NATIONAL ASSOCIATION; SUNTRUST | § | |
| BANKS, INC.; SUNTRUST BANK; BB&T | § | Civil Action No. 2:06cv72 |
| CORPORATION; BRANCH BANKING | § | |
| AND TRUST COMPANY; | § | |
| BANCORPSOUTH, INC.; | § | |
| BANCORPSOUTH BANK; COMPASS | § | |
| BANCSHARES, INC.; COMPASS BANK; | § | |
| CULLEN/FROST BANKERS, INC.; THE | § | |
| FROST NATIONAL BANK; FIRST | § | |
| HORIZON NATIONAL CORPORATION; | § | |
| FIRST TENNESSEE BANK, NATIONAL | § | |
| ASSOCIATION; HSBC NORTH | § | JURY TRIAL DEMANDED |
| AMERICA HOLDINGS INC.; HSBC | § | |
| BANK USA, N.A.; HARRIS BANKCORP, | § | |
| INC.; HARRIS N.A.; NATIONAL CITY | § | |
| CORPORATION; NATIONAL CITY | § | |
| BANK; ZIONS BANCORPORATION; | § | |
| ZIONS FIRST NATIONAL BANK; | § | |
| BANK OF NEW YORK CO., INC.; | § | |
| THE BANK OF NEW YORK; | § | |
| UNIONBANCAL CORPORATION; | § | |
| UNION BANK OF CALIFORNIA, | § | |
| NATIONAL ASSOCIATION; BANK OF | § | |
| TOKYO-MITSUBISHI UFJ, LTD.; | § | |
| CITIZENS FINANCIAL GROUP, INC. | § | |
| CITY NATIONAL CORPORATION; | § | |
| CITY NATIONAL BANK; COMERICA | § | |
| INCORPORATED; COMERICA BANK | § | |
| & TRUST, NATIONAL ASSOCIATION; | § | |

DEUTSCHE BANK TRUST COMPANY      §
AMERICAS; FIRST CITIZENS         §
BANCSHARES, INC.; FIRST CITIZENS §
BANK & TRUST COMPANY; KEYCORP;§
KEYBANK NATIONAL ASSOCIATION;    §
LASALLE BANK CORPORATION;        §
LASALLE BANK NA; M&T BANK        §
CORPORATION; M&T BANK; THE PNC §
FINANCIAL SERVICES GROUP, INC.;  §
PNC BANK,NATIONAL ASSOCIATION    §
UBS AMERICAS, INC.; SMALL VALUE  §
PAYMENTS COMPANY, LLC; THE       §
CLEARING HOUSE PAYMENTS          §
COMPANY, LLC; MAGTEK, INC; FIRST §
DATA CORPORATION; TELECHECK      §
SERVICES, INC., REMITCO, LLC and §
ELECTRONIC DATA SYSTEMS CORP.    §
                                 §      JURY TRIAL DEMANDED
            *DEFENDANTS*         §

---

**PLAINTIFF DATATREASURY CORPORATION'S RESPONSE TO
DEFENDANTS KEYCORP'S AND KEYBANK NATIONAL ASSOCIATION'S
MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR MORE DEFINITE
STATEMENT**

---

Comes now Plaintiff DataTreasury Corporation ("DataTreasury") and files its
Response to Defendants Keycorp's and Keybank National Association's Motion to
Dismiss, or in the Alternative, for More Definite Statement.  DataTreasury respectfully
requests that this Court deny Keycorp's and Keybank National Association's Motion in
its entirety.  In support thereof, DataTreasury incorporates, in its entirety, its Response to
Defendants' Various Motions to Dismiss, or in the Alternative for More Definite
Statement and the arguments and authorities cited therein filed on June 14, 2006.

Respectfully submitted,


/s/ R. Benjamin King

C. CARY PATTERSON
State Bar No. 15587000
ANTHONY BRUSTER
State Bar No. 24036280
BRADY PADDOCK
State Bar No. 00791394
R. Benjamin King
State Bar No.  24048592
**NIX PATTERSON & ROACH L.L.P.**
2900 St. Michael Drive, Suite 500
Texarkana, Texas  75503
Tel. (903)223-3999; Fax (903)223.8520

ROD A. COOPER
Texas Bar No. 90001628
**THE COOPER LAW FIRM**
545 E. John Carpenter Freeway, Ste .1460
Irving, Texas  75062
Tel. (972)831-1188; Fax (972)692-5445
rcooper@cooperiplaw.com

EDWARD L. HOHN
Texas Bar No. 09813240
**NIX PATTERSON & ROACH, L.L.P.**
205 Linda Drive
Daingerfield, Texas  75638
Tel. (903)645-7333; Fax (903)645-4415
edhohn@nixlawfirm.com

JOE KENDALL
Texas Bar No. 11260700
KARL RUPP
Texas Bar No. 24035243
**PROVOST UMPHREY, L.L.P.**
3232 McKinney Avenue, Suite 700
Dallas, Texas 75204
Tel. (214)744-3000; Fax (214) 744-3015
jkendall@provosthumphrey.com

EDWARD CHIN
State Bar No. 50511688

THE CHIN LAW FIRM
11602 Island Breeze St.
Pearland, Texas  77584
(713) 436-0564; (866) 317-3953 (fax)
edchin@chinlawfirm.com

ERIC M. ALBRITTON
Texas Bar No. 00790215
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
Tel. (903)757-8449; Fax (903)758-7397
ema@emafirm.com

T. JOHNNY WARD JR.
Texas Bar No. 00794818
THE LAW OFFICE OF T. JOHN WARD, JR.
P.O. Box 1231
Longview, Texas 75606
Tel. (903)757-6400; Fax (903) 757-2323
jw@jwfirm.com

*Counsel for Plaintiff DataTreasury
Corporation*


## CERTIFICATE OF SERVICE


The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and served via the Court's electronic filing system on all counsel who have consented to electronic service on this the 14th day of June, 2006.

/s/ R. Benjamin King
Nix, Patterson & Roach LLP