Appendix K                                                       Revised: 12/3/03

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
## Marshall DIVISION
## APPLICATION TO APPEAR PRO HAC VICE

1. This application is being made for the following: Case # 2:06-CV-72-DF

Style: DataTreasury Corporation v. Wells Fargo & Company, et al.

2. Applicant is representing the following party/ies:

Defendants: First Citizens Bancshares, Inc. and First-Citizens Bank & Trust Company

3. Applicant was admitted to practice in NC (state) on August 1982 (date)

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has/has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant has/has not ever had the privilege to practice before another court suspended (please circle) If so, give complete information on a separate page.

8. Applicant has/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts: United States District Courts for the Eastern, Middle and Western Districts of NC; U.S. Court of Appeals for the Fourth Circuit; U.S. Supreme Court; Superior and District Courts of the State of NC; NC Court of Appeals; and NC Supreme Court.

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d))

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, Donalt J. Eglinton                                do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date  June 06, 2006           Signature  /s/ Donalt J. Eglinton

Name (please print) Donalt J. Eglinton

State Bar Number 010314

Firm Name: Ward and Smith, P.A.

Address/P.O. Box: PO Box 867

City/State/Zip: New Bern, NC 28563-0867

Telephone #: 252-672-5400

Fax #: 252-672-5477

E-mail Address: dje@wardandsmith.com

Secondary E-Mail Address: ksr@wardandsmith.com

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court this 9 day of June, 2006

David J. Maland, Clerk

U.S. District Court, Eastern District of Texas

By _____

Deputy Clerk