IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORPORATION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 2:06cv72 |
| | § | |
| WELLS FARGO & COMPANY; *ET AL.* | § | |
| | § | |
| Defendants. | § | |

### HSBC BANK USA, N.A.'S JOINDER IN REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR MORE DEFINITE STATEMENT

Defendant HSBC Bank USA, N.A. ("HSBC Bank") files this joinder in reply in support of Defendants' motion to dismiss, or in the alternative, for more definite statement, and would show as follows:

Pursuant to Rule 10(c) of the Federal Rules of Civil Procedure and in the interest of brevity, HSBC Bank relies on and incorporates herein by reference the arguments presented in the reply in support of Defendants' motion to dismiss, or in the alternative, for more definite statement filed on June 21, 2006 (Docket No. 186).

Dated: June 21, 2006

Respectfully submitted,

BOUDREAUX, LEONARD, HAMMOND & CURCIO, P.C.

By: _____
Glen M. Boudreaux
State Bar No. 02696500
**Lead Attorney for HSBC North America Holdings, Inc.**
Two Houston Center
909 Fannin, Suite 2350
Houston, Texas 77010
Telephone: (713) 757-0000
Telefax: (713) 757-0178
Gboudreaux@blhc-law.com

**Of Counsel**:
Boudreaux, Leonard, Hammond & Curcio, P.C.
Tim S. Leonard
State Bar No. 12211200
909 Fannin, Suite 2350
Houston, Texas 77010
Tel. (713) 757-0000
Fax (713) 757-0178
Email: tleonard@blhc-law.com

WilmerHale
Irah H. Donner
399 Park Avenue
New York, N.Y. 10022
Tel. (212) 230-8887
Fax (212) 230-8888
Email: Irah.donner@wilmerhale.com

Locke Liddell & Sapp LLP
Roy W. Hardin
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201-6776
Tel. (214) 740-8556
Fax (214) 740-8800
Email: rhardin@lockeliddell.com

Law Offices of Richard Grainger
Richard Grainger
118 West Houston Street
Tyler, Texas 75710
Tel. (903) 595-3514
Fax (903) 595-5360
Email: graingerpc@aol.com

**Certificate of Service**

I certify that a copy of HSBC Bank USA, N.A.'s Joinder in Reply in Support of Defendants' Motion to Dismiss, or in the Alternative, for More Definite Statement was served on June 21, 2006, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

_____
Glen M. Boudreaux