IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **DATATREASURY CORPORATION,**<br><br>**Plaintiff**<br><br>v.<br><br>**WELLS FARGO & COMPANY; WELLS FARGO BANK, NATIONAL ASSOCIATION; BANK OF AMERICA CORPORATION; BANK OF AMERICA, NATIONAL ASSOCIATION; U.S. BANCORP; U.S. BANK, NATIONAL ASSOCIATION; WACHOVIA CORPORATION; WACHOVIA BANK, NATIONAL ASSOCIATION; SUNTRUST BANKS, INC.; SUNTRUST BANK; BB&T CORPORATION; BRANCH BANKING AND TRUST COMPANY; BANCORPSOUTH, INC.; BANCORPSOUTH BANK; COMPASS BANCSHARES, INC.; COMPASS BANK; CULLEN/FROST BANKERS, INC.; THE FROST NATIONAL BANK; FIRST HORIZON NATIONAL CORPORATION; FIRST TENNESSEE BANK, NATIONAL ASSOCIATION; HSBC NORTH AMERICA HOLDINGS INC.; HSBC BANK USA, N.A.; HARRIS BANKCORP, INC.; HARRIS N.A.; NATIONAL CITY CORPORATION; NATIONAL CITY BANK; ZIONS BANCORPORATION; ZIONS FIRST NATIONAL BANK; BANK OF NEW YORK CO., INC.; THE BANK OF NEW YORK; UNIONBANCAL CORPORATION; UNION BANK OF CALIFORNIA, NATIONAL ASSOCIATION; BANK OF TOKYO-MITSUBISHI UFJ, LTD.; CITIZENS FINANCIAL GROUP, INC. CITY NATIONAL CORPORATION; CITY NATIONAL BANK; COMERICA** | **2:06-CV-72 DF** |

WASH_1634546.1

| | |
|---|---|
| **INCORPORATED; COMERICA BANK & TRUST, NATIONAL ASSOCIATION; DEUTSCHE BANK TRUST COMPANY AMERICAS; FIRST CITIZENS BANCSHARES, INC.; FIRST CITIZENS BANK & TRUST COMPANY; KEYCORP; KEYBANK NATIONAL ASSOCIATION; LASALLE BANK CORPORATION; LASALLE BANK NA; M&T BANK CORPORATION; M&T BANK; THE PNC FINANCIAL SERVICES GROUP, INC.; PNC BANK, NATIONAL ASSOCIATION UBS AMERICAS, INC.; SMALL VALUE PAYMENTS COMPANY, LLC; THE CLEARING HOUSE PAYMENTS COMPANY, LLC; MAGTEK, INC; FIRST DATA CORPORATION; TELECHECK SERVICES, INC., REMITCO, LLC; and ELECTRONIC DATA SYSTEMS CORP.**<br><br>         **Defendants** | |

### DEFENDANTS U.S. BANCORP, U.S. BANK NATIONAL ASSOCIATION, NATIONAL CITY CORPORATION, NATIONAL CITY BANK, ZIONS BANCORPORATION, AND ZIONS FIRST NATIONAL BANK JOINDER IN REPLY TO RESPONSE TO JOINT MOTION TO DISMISS *OR IN THE ALTERNATIVE FOR MORE DEFINITE STATEMENT*

Defendants U.S. Bancorp, U.S. Bank National Association, National City Corporation and National City Bank, Zions Bancorporation, and Zions First National Bank, hereby join in the Reply to Response to Motion re Joint MOTION to Dismiss or in the Alternative for More Definite Statement filed on June 21, 2006 by Wells Fargo & Company, Wells Fargo Bank, National Association, Bank of America Corporation, Bank of America, National Association, Wachovia Corporation, Wachovia Bank, National Association, UBS Americas, Inc., BB&T Corporation, Branch Banking and Trust Company, The Bank of New York, Cullen/Frost Bankers, Inc., The Frost National Bank, Bank of New York Co., Inc., The Bank of New York

WASH_1634546.1

Co, Inc., Union Bank of California National Association, Bank of Tokyo-Mitsubishi UFJ, LTD, Citizens Financial Group, Inc., Comerica Incorporated, Comerica Bank & Trust, National Association, Deutsche Bank Trust Company Americas, Lasalle Bank Corporation, Lasalle Bank NA, M&T Bank Corporation, M&T Bank, First Data Corporation, Telecheck Services, Inc., Remitco, LLC (*See* Docket No. 186).


Dated: June 21, 2006                                    Respectfully submitted,

                                                         /s/  Anthony H. Son
                                                        Melvin R. Wilcox, III
                                                        mrw@smeadlaw.com
                                                        Smead, Anderson & Dunn LLP
                                                        2110 Horseshoe Ln
                                                        PO Box 3343
                                                        Longview, Texas 75606
                                                        Telephone:  (903) 232-1892
                                                        Facsimile:  (903) 232-1881

                                                        *Of Counsel:*
                                                        John J. Feldhaus
                                                        jfeldhaus@foley.com
                                                        Anthony H. Son
                                                        ason@foley.com
                                                        FOLEY & LARDNER LLP
                                                        3000 K Street, N.W.
                                                        Washington, D.C. 20007
                                                        Ph: (202) 672-5300

                                                        *Counsel for Defendants U.S. Bancorp, U.S. Bank, National Association, National City Corporation and National City Bank, Zions Bancorporation, and Zions First National Bank*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 21, 2006, all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing instrument via the Court's CM/ECF filing system per Local Rule CV-5(a)(3).

/s/ Anthony H. Son
Anthony H. Son