# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **DATATREASURY CORPORATION,** | |
| **Plaintiff** | |
| v. | CIVIL ACTION NO. 2:06-CV-72 DF |
| **WELLS FARGO & CO., et al.,** | |
| **Defendants** | |

## DEFENDANTS HARRIS BANKCORP, INC.'S AND HARRIS N.A.'S REPLY IN SUPPORT OF MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR MORE DEFINITE STATEMENT

Defendants Harris Bankcorp, Inc. and Harris N.A. (collectively "Harris"), hereby file this Reply in Support of Motion to Dismiss, or in the Alternative, for More Definite Statement.

In support of this Motion and in the interest of brevity, Harris relies on and incorporates herein by reference as if set forth verbatim the arguments presented in the Reply in Support of Defendants' Motion to Dismiss or in the Alternative for More Definite Statement[1] ("Joint Reply") filed on June 21, 2006 (Docket No. 186). Harris bases this Reply on the arguments and legal authorities set forth in the Joint Reply, and seeks the same relief requested therein.

---

[1] The Joint Reply was filed on behalf of Defendants Wells Fargo & Co.; Wells Fargo Bank, N.A.; UBS Americas, Inc.; First Data Corporation, Bank of New York, Co., Inc.; The Bank of New York; Union BanK of California, N.A., Bank of America, NA; Bank of America Corporation; Lasalle Bank Corporation; Lasalle Bank, N.A.; Bank of Tokyo-Mitsubishi UFJ, Ltd; Wachovia Corporation; Wachovia Bank, N.A.; M&T Bank Corporation; M&T Bank; BB&T Corporation; Branch Banking and Trust Company; Comerica Incorporated; Comerica Bank & Trust, N.A.; Deutsche Bank Trust Company Americas; Citizens Financial Group, Inc.; Cullen/Frost Bankers, Inc.; Remitco, LLC; TeleCheck Services, Inc.; and The Frost National Bank.

Dallas 221355v1

Dated: June 22, 2006

Respectfully submitted,

**McKOOL SMITH, P.C.**

/s/ Robert M. Manley
ROBERT M. MANLEY
Lead Attorney
Texas State Bar No. 00787955
rmanley@mckoolsmith.com
SAM BAXTER
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
L. DAVID ANDERSON
Texas State Bar No. 00796126
danderson@mckoolsmith.com
MARTIN C. ROBSON
Texas State Bar No. 24004892
mrobson@mckoolsmith.com
300 Crescent Court
Suite 1500
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

**ATTORNEYS FOR DEFENDANTS HARRIS BANKCORP, INC. AND HARRIS N.A.**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service on this the 22nd day of June, 2006.

/s/ L. David Anderson
L. David Anderson

2