# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **DATATREASURY CORPORATION,** | |
| **Plaintiff** | |
| v. | **CIVIL ACTION NO. 2:06-CV-72 DF** |
| **WELLS FARGO & CO., et al.,** | |
| **Defendants** | |

## DEFENDANTS SUNTRUST BANKS, INC.'S AND SUNTRUST BANK'S REPLY IN SUPPORT OF MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR MORE DEFINITE STATEMENT

Defendants SunTrust Banks, Inc. and SunTrust Bank (collectively "SunTrust"), hereby file this Reply in Support of Motion to Dismiss, or in the Alternative, for More Definite Statement.

In support of this Motion and in the interest of brevity, SunTrust relies on and incorporates herein by reference as if set forth verbatim the arguments presented in the Reply in Support of Defendants' Motion to Dismiss or in the Alternative for More Definite Statement[1] ("Joint Reply") filed on June 21, 2006 (Docket No. 186). SunTrust bases this Reply on the arguments and legal authorities set forth in the Joint Reply, and seeks the same relief requested therein.

---

[1] The Joint Reply was filed on behalf of Defendants Wells Fargo & Co.; Wells Fargo Bank, N.A.; UBS Americas, Inc.; First Data Corporation, Bank of New York, Co., Inc.; The Bank of New York; Union BanK of California, N.A., Bank of America, NA; Bank of America Corporation; Lasalle Bank Corporation; Lasalle Bank, N.A.; Bank of Tokyo-Mitsubishi UFJ, Ltd; Wachovia Corporation; Wachovia Bank, N.A.; M&T Bank Corporation; M&T Bank; BB&T Corporation; Branch Banking and Trust Company; Comerica Incorporated; Comerica Bank & Trust, N.A.; Deutsche Bank Trust Company Americas; Citizens Financial Group, Inc.;

Dallas 221370v1

Dated: June 22, 2006

                                    Respectfully submitted,

**McKOOL SMITH, P.C.**

/s/ Sam Baxter
SAM BAXTER
Lead Attorney
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
THEODORE STEVENSON, III
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
GARRET W. CHAMBERS
Texas State Bar No. 00792160
gchambers@mckoolsmith.com
L. DAVID ANDERSON
Texas State Bar No. 00796126
danderson@mckoolsmith.com
300 Crescent Court
Suite 1500
Telephone: (214) 978-4000
Telecopier: (214) 978-4044]

PETER J. AYERS
Texas State Bar No. 24009882
payers@mckoolsmith.com
300 W. 6th Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Telecopy:   (512) 692-8744

**ATTORNEYS FOR DEFENDANTS SUNTRUST BANKS, INC. AND SUNTRUST BANK**

---

Cullen/Frost Bankers, Inc.; Remitco, LLC; TeleCheck Services, Inc.; and The Frost National Bank.

3

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic service on this the 22nd day of June, 2006.

/s/ L. David Anderson
L. David Anderson