# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **DATATREASURY CORPORATION** | § | |
| **Plaintiff,** | § | |
| | § | |
| vs. | § | Civil Action No. 2-06CV-72-DF |
| | § | |
| **WELLS FARGO & COMPANY,** *et al.* | § | |
| **Defendants.** | § | |

## ORDER DENYING PLAINTIFF DATA TREASURY CORPORATION'S MOTION FOR CONSOLIDATION

Before the Court is Plaintiff DataTreasury Corporation's Motion for Consolidation (the "Motion"). After considering the Motion, the responses, any reply, and the applicable authority, the Court is of the opinion that the Motion should be DENIED.

Therefore, it is hereby ORDERED that Plaintiff Data Treasury's Corporation's Motion for Consolidation is DENIED.

**ORDER DENYING PLAINTIFF DATATREASURY CORPORATION'S MOTION FOR CONSOLIDATION -- Page 1**

DAL:624581.1