# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **DATATREASURY CORPORATION,** | |
| **Plaintiff** | |
| v. | **CIVIL ACTION NO. 2:06-CV-72 DF** |
| **WELLS FARGO & CO., et al.,** | |
| **Defendants** | |

## ORDER DENYING PLAINTIFF'S MOTION FOR CONSOLIDATION

The Court, having considered Plaintiff DataTreasury Corporation's Motion for Consolidation, all briefing related thereto, and arguments of counsel, finds that the Motion for Consolidation should be denied.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiff DataTreasury Corporation's Motion for Consolidation is hereby DENIED in its entirety.

Dallas 221420v1