# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORP. | § | No. 2:06CV-165 (DF) |
| | § | (Consolidated with 2:06CV-72 (DF)) |
| Plaintiff | § | (Lead Case) |
| | § | |
| vs. | § | Hon. David J. Folsom |
| | § | JURY TRIAL DEMANDED |
| CITY NATIONAL CORPORATION; and | § | |
| CITY NATIONAL BANK, | § | |
| | § | |
| Defendants. | § | |
| | § | |

## ORDER ON PLAINTIFF DATA TREASURY CORPORATION'S MOTION TO CONSOLIDATE

Before the Court is Plaintiff Data Treasury Corporation's Motion to Consolidate (the "Motion"). After considering the Motion, the response, any reply, and the applicable authority, the Court is of the opinion that the Motion should be DENIED.

Therefore, it is hereby ORDERED that Plaintiff Data Treasury Corporation's Motion to Consolidate is DENIED.

1524531

- 1 -