UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORPORATION | § | |
| | § | |
| v. | § | Cause No.  2:06cv72(DF) |
| | § | |
| WELLS FARGO & COMPANY, ET AL | § | |

### YOUNG, PICKETT & LEE'S
### UNOPPOSED MOTION TO WITHDRAW

YOUNG, PICKETT & LEE, seeks permission to withdraw from representing LaSalle Bank National Association and LaSalle Bank Corporation (hereinafter "LaSalle") in this case.[1]  LaSalle has retained other counsel to represent it in this matter.

WHEREFORE, PREMISES CONSIDERED, YOUNG, PICKETT & LEE seeks permission to withdraw from representing LaSalle in this matter and discharging them from any further responsibility from representing LaSalle in this cause of action.

Respectfully submitted,

YOUNG, PICKETT & LEE
4122 Texas Blvd.-P.O. Box 1897
Texarkana, TX-AR 75504-1897
Telephone:     903/794-1303
Facsimile:      903/794-5098

By: _/s/ Lance Lee_____
Lance Lee
Texas Bar No.  24004762

---

[1] YOUNG, PICKETT & LEE remains counsel for the other Defendants on whose behalf it has previously appeared.

## **CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to FED.R.CIV.P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy via email transmission, facsimile and/or U.S. Mail this 23rd day of June, 2006.

                   */s/ Lance Lee*
                   Lance Lee