UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORPORATION | § | |
| | § | |
| v. | § | Cause No.  2:06cv72(DF) |
| | § | |
| WELLS FARGO & COMPANY, ET AL | § | |

## **ORDER**

    Before the Court is Young, Pickett & Lee's Unopposed Motion to Withdraw.  After considering the Motion, the Court finds that it is well taken.  Therefore, it is hereby

    **ORDERED, ADJUDGED,** and **DECREED** that Young, Pickett & Lee's Unopposed Motion to Withdraw is **GRANTED.**