

About Union Bank | Contact Us | Locate Us | Privacy & Security | Accessibility | Sitemap

Personal | Wealth Management | Small Business | Commercial

**Company Information**
- Career Opportunities
- Community Reinvestment
- Company Profile
- Fraud and Identity Theft Prevention
- Investor Relations
  - Analyst Estimates
  - Basis Calculator
  - Corporate Governance
  - Corporate Profile
  - Credit Ratings
  - Deposit Marketshare
  - DRIP/Stock Purchase
  - Email Notification
  - Event Calendar
  - FAQs
  - Financial Highlights
  - Information Request
  - Mergers & Acquisitions
  - News
  - Officers & Directors
  - Peer Analysis
  - Presentations
  - SEC Documents
  - Section 16 Filings
  - Stock Exchange Specialist
  - Stock Information
  - Stock Splits & Dividends
- Newsroom
- Privacy & Security

### Corporate Profile

San Francisco-based UnionBanCal Corporation is a bank holding company. Its primary subsidiary is Union Bank of California, N.A., one of the 25 largest commercial banks in the country, based on assets at March 31, 2006.

We provide a comprehensive array of personal and commercial financial products and services to individuals, businesses and government agencies, and are differentiated from our competitors by providing personalized, high-quality and responsive service.

At March 31, 2006, we had approximately 10,118 full-time equivalent employees and 321 full-service domestic branches. Additionally, we had 18 international facilities.

Common stock of UnionBanCal Corporation was listed on the New York Stock Exchange under the symbol UB effective June 16, 1999.



UB Deposits ($B)
UB Tangible Book Value per Share ($)

**UNIONBANCAL CORPO**

**Market Summary**
Trading Symbol
Exchange
Market Value ($M)
Stock Quote
Change

Volume

As of June 9,
Minimum 20

UnionBanCal
400 Califo
9th F
San Francisc
(415) 76

Investor Rela
Mr. John
(415) 76
Investor.Relatic

Transfe
Computershare I
Two North L
Third
Chicago,
(312) 58

Copyright 2006, © SNL Financial LC   Terms of Use