IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORPORATION | § | |
| *PLAINTIFF* | § | |
| v. | § | CIVIL ACTION No. 2:06CV72 |
| | § | |
| WELLS FARGO & COMPANY, *et al* | § | |
| *DEFENDANTS* | | |

## ORDER

Plaintiff DataTreasury Corporation has filed its Response to Defendant UnionBanCal Corporation's Motion to Dismiss Pursuant to FRCP 12(b)(2), which is now before the Court.

The Court hereby DENIES the Defendant UnionBanCal Corporation's Motion to Dismiss Pursuant to FRCP 12(b)(2).

SO ORDERED.