IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORPORATION § | | |
| *PLAINTIFF* § | | |
| v. § | CIVIL ACTION No. 2:06CV72 | |
| § | | |
| WELLS FARGO & COMPANY, *et al* § | | |
| *DEFENDANTS* | | |

**ORDER**

Plaintiff DataTreasury Corporation has filed its Response to Defendant HSBC North America Holdings Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction under Rule 12(b)(2), which is now before the Court.

The Court hereby DENIES the Defendant HSBC North America Holdings Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction under Rule 12(b)(2).

SO ORDERED.