First Citizens Bank | IronStone Bank

# FIRST CITIZENS BANCSHARES

About Us

Home > About Us > First Citizens BancShares > Corporate Governance

**About Us**
- First Citizens BancShares
  - Board of Directors
  - Bylaws
  - Charter of the Audit and Compliance Committee
  - Charter of the Compensation Committee
  - Charter of the Nominations Committee
  - Code of Ethics
  - Communication with the Board
  - Shareholder Recommendations to the Nominations Committee
  - Director Attendance at Annual Meetings
- **Corporate Governance**
- First Citizens BancShares



## First Citizens BancShares Board of Directors

Our Bylaws provide that our Board of Directors will consist of not less than five nor more than 30 members and authorize the Board to set and change the actual number of our directors from time to time within those limits. Our directors are elected each year at the Annual Meeting for terms of one year or until their respective successors have been duly elected and qualified. The number of directors currently is set at 22, and our current directors named below have been nominated by our Board of Directors for reelection at the Annual Meeting.

| Name | Age | Positions held[2]/ Year first elected[3] | Current Committee/ Status |
|---|---|---|---|
| **John M. Alexander, Jr.**[1]<br>President, General Manager and Chief Operating Officer, Cardinal International Trucks, Inc. (truck dealer) | 56 | Director/1990 | Audit Committee |
| **Carmen Holding Ames** [4] [5]<br>Homemaker | 37 | Director/1996 | |
| **Victor E. Bell, III** [1]<br>Chairman and President, MarJan, Ltd. (real estate investments) | 49 | Director/2002 | |
| **George H. Broadrick** [5]<br>Retired; our former President | 83 | Director/1975 | |
| **Hope Holding Connell** [4] | 43 | Executive Vice President/2006 | |
| **H. M. Craig, III** [1]<br>Vice President and director, Gaston County Dyeing Machine Company (textile machinery manufacturer) | 49 | Director/1998 | Audit Committee |
| **H. Lee Durham, Jr.** [1]<br>Retired; until 2002, partner, PricewaterhouseCoopers LLP (public accounting firm) | 57 | Director/2003 | Audit Committee |

http://www.firstcitizens.com/about_us/bancshares/corporate_governance/directors.htm    6/23/2006

First Citizens BancShares | About Us | First Citizens BancShares | Corporate Governance | First Citizens BancShares Board of D...   Page 1 of 3

Dockets.Justia.com

| | | | |
|---|---|---|---|
| **Lewis M. Fetterman** [1] | 84 | Director/1980 | Compensation Committee |
| Chairman and Chief Executive Officer, Super Soil Systems USA, Inc. (animal waste control); President and owner, LMF Farms (swine production) | | | |
| **Frank B. Holding** [4] [5] | 77 | Executive Vice Chairman/1962 | |
| Our executive officer | | | |
| **Frank B. Holding, Jr.** [4] [5] | 44 | President and Director/1993 | |
| Our executive officer | | | |
| **Lewis R. Holding** [4] | 78 | Chairman and Chief Executive Officer/1957 | |
| Our executive officer | | | |
| **Charles B. C. Holt** [1] | 73 | Director/1995 | Audit Committee |
| Director (formerly President and Secretary/Treasurer), Holt Oil Company, Inc. (wholesale petroleum marketer) | | | |
| **James B. Hyler, Jr.** | 58 | Vice Chairman and Chief Operating Officer/1988 | |
| Our executive officer | | | |
| **Freeman R. Jones** [1] | 79 | Director/2006 | Compensation Committee |
| Retired; President, EFC Corporation (real estate investments) | | | |
| **Lucius S. Jones** [1] | 63 | Director/1994 | |
| President, Chief Executive Officer and owner, United Realty & Construction Company, Inc. (residential development and construction) | | | |
| **Joseph T. Maloney, Jr.** [1] | 76 | Director/1976 | Nominations Committee |
| Retired; private investor | | | |
| **Robert T. Newcomb** [1] | 45 | Director/2002 | Nominations Committee |
| Chairman and President, Newcomb & Company (mechanical contractors) | | | |

http://www.firstcitizens.com/about_us/bancshares/corporate_governance/directors.htm    6/23/2006

First Citizens BancShares | About Us | First Citizens BancShares | Corporate Governance | First Citizens BancShares Board of D…    Page 2 of 3

First Citizens BancShares | About Us | First Citizens BancShares | Corporate Governance | First Citizens BancShares Board of D... Page 3 of 3

Case 2:06-cv-00072-DF-CMC   Document 211   Filed 06/23/2006   Page 3 of 3

| | | | |
|---|---|---|---|
| Lewis T. Nunnelee, II [1] | 80 | Director/1979 | Compensation Committee |
| Chairman, Coastal Beverage Company, Inc. (wholesale distributor) | | | |
| C. Ronald Scheeler | 73 | Director/2003 | |
| Retired; former managing partner, Ernst & Young (public accounting firm) | | | |
| Ralph K. Shelton [1] | 63 | Director/2003 | |
| President and Chief Executive Officer, Southeast Fuels Inc. (bulk fuel distributor) | | | |
| R. C. Soles, Jr. [1] | 71 | Director/1995 | Nominations Committee |
| Attorney; senior partner, Soles, Phipps, Ray & Prince (law firm); Senator, North Carolina State Senate | | | |
| David L. Ward, Jr. | 70 | Director/1971 | |
| Attorney; senior member, Ward and Smith, P.A. (law firm) | | | |

1  Denote individuals who we believe are "independent directors" as that term is defined by the listing standards of The Nasdaq Stock Market.
2  Each of our directors also serves as a director of First Citizens Bank, and Messrs. Alexander, Craig, Durham, F. Holding, Jr., L. Holding, Hyler, L. Jones, Newcomb and Shelton also serve as directors of IronStone.
3  "First elected" refers to the year in which each individual first became our director or a director of one of our predecessors or, if before 1982, a director of First Citizens Bank.
4  Ms. Ames is the daughter of Mr. L. Holding and the niece of Mr. F. Holding. Mr. F. Holding, Jr. is the son of Mr. F. Holding and the nephew of Mr. L. Holding. Mr. L. Holding and Mr. F. Holding are brothers. Ms. Hope H. Connell, an executive officer of First Citizens Bank, is the daughter of Mr. F. Holding, the niece of Mr. L. Holding, and the sister of Mr. F. Holding, Jr.
5  Certain of our directors also serve as directors of other publicly held companies. Ms. Ames, Mr. Broadrick, and Mr. F. Holding serve as directors of First Citizens Bancorporation, Inc., Columbia, SC. Mr. F. Holding serves as a director of Southern BancShares (N.C.), Inc., Mount Olive, NC. Mr. F. Holding, Jr. serves as a director of Piedmont Natural Gas Company, Inc., Charlotte, NC.

Within this discussion of First Citizens BancShares Board of Directors, 'our' and 'we' refer to First Citizens BancShares, Inc.

© 2006 First Citizens BancShares

