IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORPORATION | § | |
| *PLAINTIFF* | § | |
| v. | § | CIVIL ACTION No. 2:06CV72 |
| | § | |
| WELLS FARGO & COMPANY, *et al* | § | |
| *DEFENDANTS* | | |

# ORDER

Plaintiff DataTreasury Corporation has filed its Response to Defendant First Citizens Bancshares, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction, which is now before the Court.

The Court hereby DENIES the Defendant First Citizens Bancshares, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction.

SO ORDERED.