## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORP., | § | No. 2:06CV-165 (DF) |
| | § | Hon. David J. Folsom |
| Plaintiff | § | |
| | § | JURY TRIAL DEMANDED |
| vs. | § | |
| | § | |
| CITY NATIONAL CORPORATION; and | § | |
| CITY NATIONAL BANK, | § | |
| | § | |
| Defendants. | § | |
| | § | |

## ORDER ON
## UNOPPOSED MOTION TO CONSOLIDATE CASES

Before the Court is Defendants City National Bank and City National Corporation's Unopposed Motion to Consolidate Cases (the "Unopposed Motion"). The Court grants the Unopposed Motion, and orders the consolidation of *DataTreasury Corp. v. City National Bank and City National Corp.*, Case No. 2:06cv165, with *DataTreasury Corp. v. Wells Fargo & Co., et al.*, Case No. 2:06cv72. The Court further orders that its Notice Of Scheduling Conference, Proposed Deadlines For Docket Control Order, And Discovery Order (entered June 9, 2006) in Case No. 2:06cv165 is hereby vacated.

SO ORDERED.

**SIGNED this 21st day of June, 2006.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE

1520105

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on June 16, 2006 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                          /s/ David I. Gindler
                                          David I. Gindler