IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORPORATION | § | |
| *PLAINTIFF* | § | |
| v. | § | CIVIL ACTION No. 2:06CV72 |
| | § | |
| WELLS FARGO & COMPANY, *et al* | § | |
| *DEFENDANTS* | | |

## ORDER

Plaintiff DataTreasury Corporation has filed a Motion to Authorize Jurisdictional Discovery Against Defendant First Citizens Bancshares, Inc., which is now before the Court.

The Court hereby GRANTS the Motion to Authorize Jurisdictional Discovery.

Therefore, this Order authorizes the requested discovery and mandates the requested disclosures.

SO ORDERED.