IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORPORATION | § | |
|     *PLAINTIFF* | § | |
| v. | § | CIVIL ACTION No. 2:06CV72 |
| | § | |
| WELLS FARGO & COMPANY, *et al* | § | |
|     *DEFENDANTS* | | |

## AFFIDAVIT OF ANTHONY K. BRUSTER

STATE OF TEXAS       §
                     §
COUNTY OF BOWIE      §

BEFORE ME, the undersigned notary public, on this day personally appeared before me Anthony K. Bruster who, being by me first duly sworn, on oath stated as follows:

1.    My name is Anthony K. Bruster. I am over the age of 18 and competent to make this affidavit. I am an attorney at NIX, PATTERSON & ROACH, LLP, counsel for DataTreasury Corporation in this action. I am a member of good standing of the State Bars of Texas, Arkansas, Louisiana, and New Mexico, and admitted to practice in this District. I have personal knowledge of the facts set forth in this Affidavit.

2.    Attached as Exhibit 1 is a true and correct copy of relevant portions of First Citizens Bancshares, Inc.'s 2005 10-K SEC Filing. The relevant portions have been accurately explained in the body of the Response filed with this Affidavit.

3.    Attached as Exhibit 2 is a true and correct copy of a printout of the web address www.firstcitizens.com/about_us/bancshares/corporate_governance/directors.htm. The relevant portions have been accurately explained in the body of the Response filed with this Affidavit.

      4.      Attached as Exhibit 3 is a true and correct copy of an Order filed November 16, 2004 in *DataTreasury vs. SVPCo*.

      5.      Further Affiant sayeth not.

_____
ANTHONY K. BRUSTER

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, on this 23rd day of June, 2006.

_____
Notary Public

My Commission Expires: November 22, 2007

---