IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORPORATION | § | |
| *PLAINTIFF/COUNTER-DEFENDANT* | § | |
| vs. | § | 2:06-CV-72 |
| | § | |
| WELLS FARGO & COMPANY, *et al* | § | JURY TRIAL DEMANDED |
| *DEFENDANTS/COUNTER-PLAINTIFFS* | § | |

### DATATREASURY'S ANSWER TO MAGTEK'S COUNTERCLAIM TO DATATREASURY'S AMENDED COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff DataTreasury Corporation hereby files its Answer to MagTek, Inc.'s Counterclaim to Plaintiff's Amended Complaint for Patent Infringement (hereafter "MagTek's Counterclaim") and, in support thereof, states as follows:

### JURISDICTION AND VENUE

1. Plaintiff/Counter-Defendant admits the allegations in paragraph 103 of MagTek's Counterclaim.

2. Plaintiff/Counter-Defendant admits that venue is proper.

### PARTIES

3. Plaintiff/Counter-Defendant admits the allegations in paragraph 105 of MagTek's Counterclaim.

4. Plaintiff/Counter-Defendant admits the allegations in paragraph 106 of MagTek's Counterclaim.

## FIRST CLAIM FOR RELIEF

### Against DataTreasury for Declaration of Noninfringement and Invalidity of U.S. Patent No. 5,583,759

5. Plaintiff/Counter-Defendant admits the allegations in paragraph 107 of MagTek's Counterclaim.

6. Plaintiff/Counter-Defendant denies the allegations in paragraph 108 of MagTek's Counterclaim.

7. Plaintiff/Counter-Defendant denies the allegations in paragraph 109 of MagTek's Counterclaim.

8. Plaintiff/Counter-Defendant denies the allegations in paragraph 110 of MagTek's Counterclaim.

9. Plaintiff/Counter-Defendant denies the allegations in paragraph 111 of MagTek's Counterclaim.

## SECOND CLAIM FOR RELIEF

### Against DataTreasury for Declaration of Noninfringement and Invalidity of U.S. Patent No. 5,930,778

10. Plaintiff/Counter-Defendant admits the allegations in paragraph 112 of MagTek's Counterclaim.

11. Plaintiff/Counter-Defendant denies the allegations in paragraph 113 of MagTek's Counterclaim.

12. Plaintiff/Counter-Defendant denies the allegations in paragraph 114 of MagTek's Counterclaim.

13. Plaintiff/Counter-Defendant denies the allegations in paragraph 115 of MagTek's Counterclaim.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff/Counter-Defendant prays for judgment against Defendants/Counter-Plaintiffs as follows:

A.  For judgment dismissing the counterclaims with prejudice;

B.  For a declaration that this is an exceptional case, and an award to Plaintiff/Counter-Defendant of its costs and attorneys' fees incurred herein;

C.  An award of the costs of this action; and

D.  That Plaintiff/Counter-Defendant be awarded such other and further relief as the Court may deem just and proper, including all relief requested in Plaintiff's Complaint.

Respectfully submitted,

_____
EDWARD L. HOHN
Texas Bar No. 09813240
edhohn@nixlawfirm.com
D. NEIL SMITH
Texas Bar No. 00797450
dnsmith@nixlawfirm.com
**NIX, PATTERSON & ROACH, LLP**
205 Linda Drive
Daingerfield, Texas 75638
Telephone:  903.645.7333
Facsimile:   903.645.4415

C. CARY PATTERSON
Texas Bar No. 15587000
ANTHONY K. BRUSTER
Texas Bar No. 24036280
akbruster@nixlawfirm.com

BRADY PADDOCK
Texas Bar No. 00791394
bpaddock@nixlawfirm.com
R. BENJAMIN KING
Texas Bar No. 24048592
benking@nixlawfirm.com
**NIX, PATTERSON & ROACH, LLP**
2900 St. Michael Drive, Suite 500
Texarkana, Texas 75503
Telephone: 903.223.3999
Facsimile:  903.223.8520

JOE KENDALL
Texas Bar No. 11260700
jkendall@provostumphrey.com
KARL RUPP
Texas Bar No. 24035243
krupp@provostumphrey.com
**PROVOST UMPHREY, LLP**
3232 McKinney Avenue, Suite 700
Dallas, Texas 75204
Telephone: 214.774.3000
Facsimile:   214.744.3015

ROD COOPER
Texas Bar No. 90001628
rcooper@cooperiplaw.com
**THE COOPER LAW FIRM**
545 E. John Carpenter Fwy., Suite 1460
Irving, Texas 75062
Telephone:  972.831.1188
Facsimile:   972.692.5445

ERIC M. ALBRITTON
Texas Bar No. 00790215
ema@emafirm.com
**ALBRITTON LAW FIRM**
P. O. Box 2649
Longview, Texas 75606
Telephone: 903.757.8449
Facsimile:   903.758.7397

T. JOHN WARD, JR.
Texas Bar No. 00794818
jw@jwfirm.com
**LAW OFFICES OF T. JOHN WARD, JR. PC**
P. O. Box 1231
Longview, Texas 75606
Telephone: 903.757.6400
Facsimile:  903.757-2323

**ATTORNEYS FOR PLAINTIFF
DATATREASURY CORPORATION**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served on all counsel of record registered to receive same through the Court's Electronic Filing System on the 26th day of June, 2006.

_____
ANTHONY K. BRUSTER