Datatreasury Corporation v. Wells Fargo & Company et al                                                Doc. 23

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORPORATION § | | |
| *PLAINTIFF* § | | |
| § | | |
| vs. § | Civil Action No. 2:06cv72 | |
| § | JURY TRIAL DEMANDED | |
| WELLS FARGO & COMPANY, et al. § | | |
| *DEFENDANTS* § | | |

## PLAINTIFF DATATREASURY CORPORATION'S SURREPLY IN RESPONSE TO HSBC BANK USA, N.A.'S JOINDER IN REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR MORE DEFINITE STATEMENT

Comes now Plaintiff DataTreasury Corporation ("DataTreasury") and files its Surreply in Response to HSBC Bank USA, N.A.'s Joinder in Reply in Support of Defendants' Motion to Dismiss, or in the Alternative, for More Definite Statement. DataTreasury respectfully requests that this Court deny HSBC Bank USA, N.A.'s Motion in its entirety. In support thereof, DataTreasury incorporates, in its entirety, its Surreply in Response to Defendants'[1] Reply in Support of Defendants' Motion to Dismiss or in the Alternative for More Definite Statement and the arguments and authorities cited therein filed on June 26, 2006 (Docket No. 220).

---

[1] The Joint Reply was filed on behalf of Defendants Bank of America Corporation; Bank of America, N.A.; Bank of New York Co., Inc.; Bank of Tokyo-Mitsubishi UFJ, Ltd.; BB&T Corporation; Branch Banking and Trust Company; Citizens Financial Group, Inc.; Comerica Bank & Trust, N.A.; Comerica Incorporated; Cullen/Frost Bankers, Inc.; Deutsche Bank Trust Company Americas; First Data Corporation; LaSalle Bank Corporation; LaSalle Bank, N.A.; M&T Bank Corporation; M&T Bank; Remitco, LLC; TeleCheck Services, Inc.; The Bank of New York; The Frost National Bank; UBS Americas, Inc.; Union Bank of California, N.A.; Wachovia Bank, N.A.; Wachovia Corporation; Wells Fargo & Company; Wells Fargo Bank, N.A.

Dockets.Justia.com

Respectfully submitted,

/s/ R. Benjamin King

C. CARY PATTERSON
State Bar No. 15587000
ANTHONY BRUSTER
State Bar No. 24036280
BRADY PADDOCK
State Bar No. 00791394
R. BENJAMIN KING
State Bar No. 24048592
**NIX PATTERSON & ROACH L.L.P.**
2900 St. Michael Drive, Suite 500
Texarkana, Texas 75503
Tel. (903)223-3999; Fax (903)223.8520

ROD A. COOPER
Texas Bar No. 90001628
**THE COOPER LAW FIRM**
545 E. John Carpenter Freeway, Ste .1460
Irving, Texas 75062
Tel. (972)831-1188; Fax (972)692-5445
rcooper@cooperiplaw.com

EDWARD L. HOHN
Texas Bar No. 09813240
**NIX PATTERSON & ROACH, L.L.P.**
205 Linda Drive
Daingerfield, Texas 75638
Tel. (903)645-7333; Fax (903)645-4415
edhohn@nixlawfirm.com

JOE KENDALL
Texas Bar No. 11260700
KARL RUPP
Texas Bar No. 24035243
**PROVOST UMPHREY, L.L.P.**
3232 McKinney Avenue, Suite 700
Dallas, Texas 75204
Tel. (214)744-3000; Fax (214) 744-3015
jkendall@provosthumphrey.com

>
> Edward Chin
> State Bar No. 50511688
> **The Chin Law Firm**
> 11602 Island Breeze St.
> Pearland, Texas  77584
> (713) 436-0564; (866) 317-3953 (fax)
> edchin@chinlawfirm.com
>
> Eric M. Albritton
> Texas Bar No. 00790215
> **Albritton Law Firm**
> P.O. Box 2649
> Longview, Texas 75606
> Tel. (903)757-8449; Fax (903)758-7397
> ema@emafirm.com
>
> T. Johnny Ward Jr.
> Texas Bar No. 00794818
> **The Law Office of T. John Ward, Jr.**
> P.O. Box 1231
> Longview, Texas 75606
> Tel. (903)757-6400; Fax (903) 757-2323
> jw@jwfirm.com
>
> *Counsel for Plaintiff DataTreasury Corporation*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and served via the Court's electronic filing system on all counsel who have consented to electronic service on this the 26th day of June, 2006.

/s/ R. Benjamin King
Nix, Patterson & Roach LLP