Datatreasury Corporation v. Wells Fargo & Company et al Doc. 234


IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATA TREASURY CORPORATION | § | |
| Plaintiff, | § | Civil Action No. 2:06-CV-72 |
| v. | § | |
| WELLS FARGO & CO. et al. | § | |
| Defendants | § | JURY TRIAL DEMANDED |

**NOTICE OF APPEARANCE OF COUNSEL**

Please take notice the following attorney is entering an appearance for PNC Financial Services Group, Inc. and PNC Bank, National Association: Geoffrey L. Smith, State Bar No. 24041939, of McKool Smith, P.C, 300 W. 6th Street, Suite 1700, Austin, Texas, 78701, (512) 692-8700 [Tel], (512) 692-8744 [Fax]. Sam Baxter of McKool Smith, PC will continue to be lead counsel and Attorney-in-Charge.

June 27, 2006

Respectfully submitted,

/s/ Geoffrey L. Smith
SAM BAXTER
Lead Attorney
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
THEODORE STEVENSON, III
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com



Dockets.Justia.com

GARRET W. CHAMBERS
Texas State Bar No. 00792160
gchambers@mckoolsmith.com
L. DAVID ANDERSON
Texas State Bar No. 00796126
danderson@mckoolsmith.com
300 Crescent Court
Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

PETER J. AYERS
Texas State Bar No. 24009882
payers@mckoolsmith.com
GEOFFREY L. SMITH
Texas State Bar No. 24041939
gsmith@mckoolsmith.com
300 W. 6th Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Telecopy: (512) 692-8744

**ATTORNEYS FOR DEFENDANTS THE PNC FINANCIAL SERVICES GROUP, INC. AND PNC BANK, NATIONAL ASSOCIATION**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by electronic mail by agreement of the parties on this the 27th day of June, 2006.

/s/ L. David Anderson
L. David Anderson