UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORPORATION | § | |
| | § | |
| v. | § | Cause No. 2:06cv72(DF) |
| | § | |
| WELLS FARGO & COMPANY, ET AL | § | |

**ORDER**

Before the Court is Young, Pickett & Lee's Unopposed Motion to Withdraw. After considering the Motion, the Court finds that it is well taken. Therefore, it is hereby

**ORDERED, ADJUDGED,** and **DECREED** that Young, Pickett & Lee's Unopposed Motion to Withdraw is **GRANTED.**

**SIGNED this 27th day of June, 2006.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE