UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DATATREASURY CORPORATION,     § | |
| § | |
| Plaintiff,     § | |
| § | CIVIL ACTION NO. 2:06-CV-72-DF |
| v.     § | |
| § | JURY TRIAL DEMANDED |
| WELLS FARGO & COMPANY, et al.     § | |
| § | |
| Defendants.     § | |

**DEFENDANT FIRST CITIZENS BANCSHARES, INC.'S
UNOPPOSED MOTION FOR PERMISSION TO EXCEED PAGE LIMIT OF
REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS**

Defendant First Citizens BancShares, Inc. ("First Citizens BancShares") moves for permission to exceed the page limit for First Citizens BancShares's Reply in Support of its Motion to Dismiss for Lack of Personal Jurisdiction, or in the Alternative, for Failure to State a Claim or for a More Definite Statement. Local Rule CV-7(a)(1) sets forth a ten page limit for a reply brief to an opposed dispositive motion, including attachments. First Citizens BancShares's reply brief and single attachment total 18 pages. As reflected in the certificate of conference, this motion for permission to exceed the page limit is unopposed.

Respectfully submitted,

/s/ Larry D. Carlson
Larry D. Carlson, Attorney-in-Charge
  Texas State Bar No. 03814500
  E-Mail:  larry.carlson@bakerbotts.com
David O. Taylor
  Texas State Bar No. 24042010
  E-Mail:  david.taylor@bakerbotts.com
BAKER BOTTS L.L.P.
2001 Ross Avenue
Dallas, Texas  75201

1

        Telephone: (214) 953-6500
        Facsimile: (214) 953-6503

        Donalt J. Eglinton
          E-Mail: dje@wardandsmith.com
        WARD AND SMITH, P.A.
        Post Office Box 867
        New Bern, North Carolina 28563
        Telephone: (252) 672-5456
        Facsimile: (252) 672-5477

        ATTORNEYS FOR DEFENDANT
        FIRST CITIZENS BANCSHARES, INC.

## CERTIFICATE OF CONFERENCE

I certify that I communicated with opposing counsel concerning this motion on the 30th day of June, 2006, in a good faith attempt to resolve this matter without Court intervention. This Motion is unopposed.

          /s/ Larry D. Carlson
        Larry D. Carlson

## CERTIFICATE OF SERVICE

I certify that on the 30th day of June, 2006, all counsel who are deemed to have consented to electronic service are being served with a copy of this document by the Court's Electronic Filing System, pursuant to Local Rule CV-5(a)(3)(A).

          /s/ Larry D. Carlson
        Larry D. Carlson