UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORPORATION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 2:06-CV-72-DF |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| WELLS FARGO & COMPANY, et al. | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING DEFENDANT FIRST CITIZENS BANCSHARES, INC.'S
UNOPPOSED MOTION FOR PERMISSION TO EXCEED PAGE LIMIT OF
REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS**

Before the Court is Defendant First Citizens BancShares, Inc.'s Unopposed Motion for

Permission to Exceed Page Limit of Reply Brief in Support of Motion to Dismiss. The Court

finds the motion well taken. Accordingly, it is:

ORDERED that Defendant First Citizens BancShares, Inc.'s Unopposed Motion for

Permission to Exceed Page Limit of Reply Brief in Support of Motion to Dismiss is GRANTED.

1

Dockets.Justia.com