# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| DATATREASURY CORPORATION, | ) |
| Plaintiff, | ) Civil Action No. 2-06CV-72 |
| v. | ) |
| WELLS FARGO & COMPANY, et al., | ) |
| Defendants. | ) |

### ORDER DENYING PLAINTIFF'S MOTION TO AUTHORIZE JURISDICTIONAL DISCOVERY AGAINST DEFENDANT UNIONBANCAL CORPORATION

Before the Court is Plaintiff's Motion to Authorize Jurisdictional Discovery Against Defendant UnionBanCal Corporation. Having considered the matter, the Court hereby **DENIES** the motion.

51099/1889778.2