# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| DATATREASURY CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WELLS FARGO & COMPANY, et al., ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 2-06CV-72 |

## ORDER GRANTING MOTION
## TO EXCEED PAGE LIMITS

On this day the Court considered UnionBanCal's Unopposed Motion to Exceed Page Limitations with regard to its Reply to Plaintiff's Response to Defendant's Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(2). After considering the Motion, the Court GRANTS the motion and ORDERS that UnionBanCal may file its Reply to Plaintiff's Response to Defendant's Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(2) exceeding the ten page limit for replies to dispositive motions.

**SIGNED this 6th day of July, 2006.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE