UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DATATREASURY CORPORATION, § | |
| § | |
| Plaintiff, § | |
| § | CIVIL ACTION NO. 2:06-CV-72-DF |
| v. § | |
| § | JURY TRIAL DEMANDED |
| WELLS FARGO & COMPANY, et al. § | |
| § | |
| Defendants. § | |

### SUPPLEMENTAL DECLARATION OF JOHN GRAY IN SUPPORT OF DEFENDANT FIRST CITIZENS BANCSHARES, INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

I, John Gray, declare as follows:

1. I am currently an officer of First Citizens BancShares, Inc. My title is Assistant Vice President. My responsibilities include managing First Citizens BancShares, Inc.'s efforts to comply with its regulatory financial reporting obligations. In connection with my responsibilities, I am familiar with the corporate books and records of First Citizens BancShares, Inc. and its subsidiaries. I am also familiar with the operations of First Citizens BancShares, Inc. I am over the age of 18 and am not disabled. I am authorized to make this declaration. Except as noted, I have personal knowledge of facts as set forth herein. Those facts are true and correct.

2. First Citizens BancShares, Inc. has not and does not, on behalf of itself, its subsidiaries, or any other persons or entities, engage in any activities with respect to the products and services of Small Value Payments Co., LLC or The Clearing House Payments Company, LLC in or through Texas or elsewhere.

3. First Citizens BancShares, Inc. has not and does not, on behalf of itself, its subsidiaries, or any other persons or entities, authorize, participate in, or facilitate transactions

through any check image archive or exchange service operated by Small Value Payments Co., LLC or The Clearing House Payments Company, LLC in or through Texas or elsewhere.

4. First Citizens BancShares, Inc. does not own or operate a check image exchange program.

5. First Citizens BancShares, Inc. has never entered into any contract with Small Value Payments Co., LLC or The Clearing House Payments Company, LLC.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: June 30, 2006

John Gray

Case 2:06-cv-00072-DF-CMC Document 240-248 Filed 06/30/2006 Page 2 of 2