Appendix K                                                  Revised: 12/3/03

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION
## APPLICATION TO APPEAR PRO HAC VICE

1. This application is being made for the following: Case # __2:06cv72__

Style: __DATATREASURY CORPORATION vs. WELLS FARGO & COMPANY ET AL__

2. Applicant is representing the following party/ies:
__DEFENDANTS HARRIS BANKCORP, INC. and HARRIS N.A.__

3. Applicant was admitted to practice in __Maryland__ (state) on __June 24, 1998__ (date)

4. Applicant is in good standing and is otherwise eligible to practice law before this court

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has/has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant has/has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant has/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts:
__See Attached Schedule A__

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, __Paul J. Wilson__ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date __June 13, 2006__    Signature __/s/ Paul J. Wilson__

Name (please print) __Paul J. Wilson__

State Bar Number __473645 (DC), No Maryland Bar Number__

Firm Name: __Paul, Hastings, Janofsky & Walker LLP__

Address/P.O. Box: __875 15th Street, N.W.__

City/State/Zip: __Washington, DC  20005__

Telephone #: __(202) 551-1748__

Fax #: __(202) 551-0148__

E-mail Address: paulwilson@paulhastings.com

Secondary E-Mail Address: _____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court this 16 day of June, 2006

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____

Deputy Clerk

## SCHEDULE A

### Bar Admissions for Paul J. Wilson

| Title of Court: | Date of Admission: | Member in Good Standing: |
|---|---|---|
| Maryland State Court of Appeals | June 24, 1998 | Yes |
| District of Columbia Court of Appeals | July 9, 2001 | Yes |
| Court of Appeals for the Federal Circuit | February 5, 2003 | Yes |