Appendix K                                                                 Revised: 12/3/03

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**
**APPLICATION TO APPEAR PRO HAC VICE**

06 JUN 16 PM 2:45

1. This application is being made for the following: Case # __2:06cv72__

   Style: __Datatreasury Corporation v. Wells Fargo & Company et al.__

2. Applicant is representing the following party/ies:

   __Defendents Harris Bankcorp, Inc. and Harris N.A.__

3. Applicant was admitted to practice in __Washington D.C.__ (state) on __December 1992__ (date)

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court

6. Applicant has/**has not** had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant has/**has not** ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page

8. Applicant has/**has not** been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant

11. Applicant has been admitted to practice in the following courts:

    __See attached Schedule A__

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d))

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only

**Application Oath:**

I, __Robert M. Masters__ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date __6/14/06__                Signature __Robert M Masters__

Dockets.Justia.com

Name (please print) Robert M. Masters

State Bar Number Washington D.C. 435623

Firm Name: Paul, Hastings, Janofsky & Walker LLP

Address/P O Box: 875 15th Street, NW

City/State/Zip: Washington, D.C. 20005

Telephone #: 202-551-1700

Fax #: 202-551-1705

E-mail Address: robmasters@paulhastings.com

Secondary E-Mail Address: _____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court this ___ day of June ___, 2006

David J Maland, Clerk
U.S District Court, Eastern District of Texas
By _____

Deputy Clerk

## SCHEDULE A

### Bar Admissions for Robert M. Masters

| Title of Court: | Date of Admission: | In Good Standing: |
|---|---|---|
| Maryland | December 1990 | Yes |
| Washington D.C. | December 1992 | Yes |
| U.S. District Court, District Court of Maryland | July 2000 | Yes |
| U.S. District Court, District of Columbia | August 2000 | Yes |
| U.S. Court of Appeals for the Federal Circuit | August 2000 | Yes |