IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORPORATION, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 2:06CV72 |
| WELLS FARGO & COMPANY, ET AL | § | |
| *Defendants*. | § | |

## NOTICE OF INITIAL DISCLOSURES OF PLAINTIFF

COMES NOW Plaintiff, DataTreasury Corporation, and files its Notice of Initial Disclosures of Plaintiff, and states that pursuant to FED. R. CIV. P. 26(a)(1), Plaintiff has served its Initial Disclosures on all Defendants herein, on July 14, 2006.

Respectfully submitted,

Edward L. Hohn
Attorney-in-Charge
State Bar No. 0981324
Nix, Patterson & Roach, LLP
205 Linda Drive
Daingerfield, Texas 75638
903.645.7333
903.645.4415 (facsimile)
*edhohn@nixlawfirm.com*

C. Cary Patterson
State Bar No. 15587000
Anthony K. Bruster
State Bar No. 24036280
R. Benjamin King
State Bar No. 24048592
Nix Patterson & Roach, L.L.P.
2900 St. Michael Drive, Ste. 500
Texarkana, Texas 75503
903.223.3999 (telephone)
903.223.8520 (facsimile)
akbruster@nixlawfirm.com
benking@nixlawfirm.com


Rod A. Cooper
State Bar No. 90001628
The Cooper Law Firm
545 E. John Carpenter Freeway,
Suite 1460
Irving, Texas 75062
972.831.1188
972.692.5445
*rcooper@cooperiplaw.com*

Joe Kendall
State Bar No. 11260700
Karl Rupp
State Bar No. 24035243
PROVOST * UMPHREY
3232 McKinney, Suite 700
Dallas, Texas 75204
214.744.3000
214.744.3015 (facsimile)
*jkendall@provostumphrey.com*
*krupp@provostumphrey.com*

T. John Ward, Jr.
State Bar No. 00794818
LAW OFFICE OF T. JOHN WARD, JR., P.C.
P.O. Box 1231
Longview, Texas 75601
903.757.6400 (telephone)
903.757.2323 (facsimile)
*jw@jwfirm.com*

Eric M. Albritton
State Bar No. 00790215
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
903.757.8449 (telephone)
903.758.7397 (facsimile)
*eme@emafirm.com*

**ATTORNEYS FOR PLAINTIFF**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was electronically served on all counsel of record on this 14th day of July, 2006.

Edward L. Hohn