UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DATA TREASURY CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO & COMPANY, et al.,<br><br>Defendants | Civil Action No. 2:06-CV-72-DF |

## NOTICE OF APPEARANCE OF JOHN STEVEN GARDNER

Defendants BB&T CORPORATION, BRANCH BANKING AND TRUST COMPANY, COMERICA INCORPORATED, COMERICA BANK & TRUST, NATIONAL ASSOCIATION, M&T BANK CORPORATION and M&T BANK hereby provide notice that John Steven Gardner of Kilpatrick Stockton LLP is appearing as counsel on their behalf in the above-captioned case.

This 18th day of July, 2006.

/s/ Steven Gardner
William H. Boice
Steven Gardner
E. Danielle Thompson Williams
Audra A. Dial

KILPATRICK STOCKTON LLP
Suite 2800
1100 Peachtree Street
Atlanta, GA 30309-4530
Telephone: (404) 815-6500
Fax: (404) 815-6555

US2000 9411605.1

1001 West 4th Street
Winston-Salem, NC 27104
Telephone: (336) 607-7300
Fax: (336) 607-7500


Lance Lee
YOUNG, PICKETT & LEE
4122 Texas Boulevard
P. O. Box 1897
Texarkana, TX 75504

Attorneys for Defendants Wachovia
Corporation and Wachovia Bank National
Association

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, pursuant to Local Rule CV-5(a), a true and correct copy of the foregoing document has been served upon counsel of record by electronic mail, as identified below, on July 18, 2006:

| | |
|---|---|
| Ainsworth, Jennifer Parker | jainsworth@wilsonlawfirm.com |
| Albritton, Eric Miller | ema@emafirm.com |
| Anderson, Lesley David | danderson@mckoolsmith.com |
| Ayers, Peter John | payers@mckoolsmith.com |
| Baxter, Samuel Franklin | sbaxter@mckoolsmith.com |
| Boudreaux, Glen Morrison | gboudreaux@blhc-law.com |
| Breedlove, Scott Wayne | sbreedlove@velaw.com |
| Bruster, Anthony Kyle | akbruster@nixlawfirm.com |
| Capoccia, Rachael M. | rcapoccia@irell.com |
| Capshaw, Sidney Calvin III | ccapshaw@mailbmc.com |
| Carlson, Larry Dean | larry.carlson@bakerbotts.com |
| Chambers, Garret Wesley | gchambers@mckoolsmith.com |
| Chin, Edward K. | edchin@chinlawfirm.com |
| Chu, Morgan | mchu@irell.com |
| Conley, Gerald C. | geraldconley@andrewskurth.com |
| Cooper, Rodney Allyn | rcooper@cooperiplaw.com |
| DeRieux, Elizabeth L. | ederieux@mailbmc.com |
| Dillard, David A. | david.dillard@cph.com |
| Eglinton, Donalt J. | dje@wardandsmith.com |
| Finn, Jeffrey A. | jfinn@sidley.com |

| | |
|---|---|
| Flaim, John G. | john.g.flaim@bakernet.com |
| Gindler, David I. | dgindler@irell.com |
| Gray, Tonya Michelle | tonyagray@andrewskurth.com |
| Hohn, Edward Lewis | edholn@nixlawfirm.com |
| Hurst, Brian John | brian.j.hurst@bakernet.com |
| Kauth, Joel A. | joel.kauth@cph.com |
| Kendall, Elton Joe | jkendall@provostumphrey.com |
| King, Richard Benjamin | benking@nixlawfirm.com |
| Kawk, James L. | jkwak@standleyllp.com |
| LaFuze, William L. | wlafuze@velaw.com |
| Lee, Lance | wlancelee@aol.com |
| Leonard, Tim Steven | tleonard@blhc-law.com |
| Manley, Robert Marc | rmanley@mckoolsmith.com |
| Masters, Robert M. | robmasters@paulhastings.com |
| McDowell, John H. | john.mcdowell@hughesluce.com |
| McGee, Preston Worley | pmcgee@tyler.net |
| Melsheimer, Thomas M. | melsheimer@fr.com |
| Nix, Harold Wayne | haroldnix@nixlawfirm.com |
| Paddock, Louis Brady | bpaddock@nixlawfirm.com |
| Patterson, Charles Cary | ccp@nixlawfirm.com |
| Pivnick, Scott J. | scott.pivnick@pillsburylaw.com |
| Poplawski, Edward G. | epoplawski@sidley.com |
| Rankin, Weldon Barton | w.bart.rankin@bakernet.com |

| Robson, Martin C. III | brosenblatt@irell.com |
|---|---|
| Rosenblatt, Elizabeth L. | brosenblatt@irell.com |
| Rupp, Karl Anthony | krupp@provostumphrey.com |
| Sauer, Kurt Matthew | ksauer@dmtechlaw.com |
| Smith, Geoffrey Lawrence | gsmith@mckoolsmith.com |
| Son, Anthony Hyeok | ason@foley.com |
| Speed, F. Michael Jr. | mspeed@standleyllp.com |
| Standley, Jeffrey S. | jstandley@standleyllp.com |
| Stevenson, Theodore III | tstevenson@mckoolsmith.com |
| Sweigart, Raymond L. | raymond.sweigart@pillsburylaw.com |
| Taylor, David Osborn | david.taylor@bakerbotts.com |
| Tener, Carissa A. | ctener@sidley.com |
| Utley, Jay Forrest | jay.f.utley@bakernet.com |
| Ward, Thomas John Jr. | jw@jwfirm.com |
| Weber, Robert William | bweber@smithweber.com |
| Weiss, Andrew D. | aweiss@irell.com |
| White, Brandon M. | brandonwhite@paulhastings.com |
| Wilcox, Melvin R. III | mrw@smeadlaw.com |
| Wilson, Paul J. | paulwilson@paulhastings.com |
| Zoern, Stacy L. | szoern@dmtechlaw.com |

                /s/ Steven Gardner
                Steven Gardner

US2000 9411605.1