IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DATATREASURY §<br>§<br>Plaintiff, §<br>§<br>v. §<br>§<br>WELLS FARGO & COMPANY, LASALLE §<br>BANK CORP. AND LASALLE BANK §<br>NA, ET AL §<br>§<br>Defendant § | Civil Action No. 2:06-CV-72 (DF)<br><br>(JURY) |

CONSOLIDATED WITH

| | |
|---|---|
| DATATREASURY §<br>Plaintiff §<br>§<br>VS. §<br>§<br>CITY NATIONAL CORPORATION AND §<br>CITY NATIONAL BANK §<br>Defendants § | Civil Action No. 2:06-CV-165 (DF)<br><br>(JURY) |

**NOTICE OF APPEARANCE**

Notice is hereby given that the undersigned attorney, Andrew W. Spangler, enters his appearance in this matter as counsel for Defendant, LaSalle Bank Corporation, LaSalle Bank NA City National Corporation and City National Bank, for the purpose of receiving notices and orders from the Court.

DATED this 24th day of August, 2006.

                                    Respectfully submitted,

By: /s/ Andrew W. Spangler
     Andrew W. Spangler
     State Bar No. 24041960
     BROWN McCARROLL LLP
     1127 Judson Road, Suite 220
     Longview, TX 75601-5157
     P.O. Box 3999
     Longview, TX 75606-3999
     Telephone: (903) 236-9800
     Facsimile: (903) 236-8787
     E-mail: aspangler@mailbmc.com
     ATTORNEYS FOR DEFENDANTS
     LASALLE BANK CORPORATION
     LASALLE BANK NA
     CITY NATIONAL CORPORATION
     CITY NATIONAL BANK

## CERTIFICATE OF SERVICE

    I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 24th day of August, 2006, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                    /s/ Andrew W. Spangler
                                    Andrew W. Spangler