# EXHIBIT 1

Dockets.Justia.com

## DATATREASURY'S INFRINGEMENT ALLEGATIONS

| | Party | Ballard Patents | | Huntington Patents | | | |
|---|---|---|---|---|---|---|---|
| | | '988 | '137 | '007 | ' 759 | ' 868 | '778 |
| 1 | SUNTRUST BANKS, INC. | X | X | | | | |
| 2 | SUNTRUST BANK | X | X | | | | |
| 3 | BANCORPSOUTH, INC. | X | X | | | | |
| 4 | BANCORPSOUTH BANK | X | X | | | | |
| 5 | COMPASS BANCSHARES, INC. | X | X | | | | |
| 6 | COMPASS BANK | X | X | | | | |
| 7 | CULLEN/FRONT BANKERS, INC. | X | X | | | | |
| 8 | THE FROST NATIONAL BANK | X | X | | | | |
| 9 | FIRST HORIZON NATIONAL CORPORATION | X | X | | | | |
| 10 | FIRST TENNESSEE BANK, NATIONAL ASSOCIATION | X | X | | | | |
| 11 | HARRIS BANKCORP, INC. | X | X | | | | |
| 12 | HARRIS N.A. | X | X | | | | |
| 13 | ZIONS BANCORPORATION | X | X | | | | |
| 14 | ZIONS FIRST NATIONAL BANK | X | X | | | | |
| 15 | ELECTRONIC DATA SYSTEMS | X | X | | | | |
| 16 | VIEWPOINTE[*] | X | X | | | | |
| 17 | BB&T CORP. | X | X | X | | X | |
| 18 | BRANCH BANKING AND TRUST COMPANY | X | X | X | | X | |
| 19 | HSBC NORTH AMERICA HOLDINGS INC. | X | X | X | | X | |
| 20 | HSBC BANK USA, N.A. | X | X | X | | X | |

[*]  Viewpointe is not a named Defendant in Civ. Action No. 2:06cv72, but is named in Civ. Action No. 2:05cv290, which has been consolidated with this case.

## DATATREASURY'S INFRINGEMENT ALLEGATIONS

| Party | | Ballard Patents | | Huntington Patents | | | |
|---|---|---|---|---|---|---|---|
| | | '988 | '137 | '007 | '759 | '868 | '778 |
| 21 | NATIONAL CITY CORP. | X | X | X | | X | |
| 22 | NATIONAL CITY BANK | X | X | X | | X | |
| 23 | BANK OF NEW YORK CO., INC. | X | X | X | | X | |
| 24 | THE BANK OF NEW YORK | X | X | X | | X | |
| 25 | UNIONBANCAL CORP. | X | X | X | | X | |
| 26 | UNION BANK OF CALIFORNIA, NATIONAL ASSOCIATION | X | X | X | | X | |
| 27 | BANK OF TOKYO-MITSUBISHI UFJ, LTD. | X | X | X | | X | |
| 28 | CITIZENS FINANCIAL GROUP, INC. | X | X | X | | X | |
| 29 | CITY NATIONAL CORP.** | X | X | X | | X | |
| 30 | CITY NATIONAL BANK | X | X | X | | X | |
| 31 | COMERICA INC. | X | X | X | | X | |
| 32 | COMERICA BANK & TRUST, NATIONAL ASSOCIATION | X | X | X | | X | |
| 33 | DEUTSCHE BANK TRUST COMPANY AMERICAS | X | X | X | | X | |
| 34 | FIRST CITIZENS BANCSHARES, INC. | X | X | X | | X | |
| 35 | FIRST CITIZENS BANK & TRUST COMPANY | X | X | X | | X | |
| 36 | KEYCORP | X | X | X | | X | |
| 37 | KEY BANK NATIONAL ASSOCIATION | X | X | X | | X | |
| 38 | LASALLE BANK CORP. | X | X | X | | X | |
| 39 | LASALLE BANK NA | X | X | X | | X | |
| 40 | M&T BANK CORP. | X | X | X | | X | |

---

** City National Corp. and City National Bank were dismissed without prejudice from Civ. Action No. 2:06cv72, but a separate action against them, Civ. Action No. 2:06cv165, has since been consolidated with this case.

### DATATREASURY'S INFRINGEMENT ALLEGATIONS

| Party | | Ballard Patents | | Huntington Patents | | | |
|---|---|---|---|---|---|---|---|
| | | '988 | '137 | '007 | '759 | '868 | '778 |
| 41 | M&T BANK | X | X | X | | X | |
| 42 | THE PNC FINANCIAL SERVICES GROUP, INC. | X | X | X | | X | |
| 43 | PNC BANK, NATIONAL ASSOCIATION | X | X | X | | X | |
| 44 | UBS AMERICAS, INC. | X | X | X | | X | |
| 45 | SMALL VALUE PAYMENTS COMPANY, LLC | X | X | X | | X | |
| 46 | THE CLEARING HOUSE PAYMENTS COMPANY, LLC | X | X | X | | X | |
| 47 | U.S. BANCORP | X | X | X | | X | |
| 48 | U.S. BANK, NATIONAL ASSOCIATION | X | X | X | | X | |
| 49 | FIRST DATA CORPORATION | X | X | | | | X |
| 50 | TELECHECK SERVICES, INC. | X | X | | | | X |
| 51 | REMITCO, LLC | X | X | | | | X |
| 52 | MAGTEK, INC | X | X | | X | | X |
| 53 | WELLS FARGO & COMPANY | X | X | | X | X | X |
| 54 | WELLS FARGO BANK, NATIONAL ASSOCIATION | X | X | | X | X | X |
| 55 | BANK OF AMERICA CORP. | X | X | X | X | X | X |
| 56 | BANK OF AMERICA NATIONAL ASSOCIATION | X | X | X | X | X | X |
| 57 | WACHOVIA CORP. | X | X | X | X | X | X |
| 58 | WACHOVIA BANK, NATIONAL ASSOCIATION | X | X | X | X | X | X |