# EXHIBIT 5



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.go

*Ex Parte* Reexamination Filing Data - March 31, 2005

1. Total requests filed since start of ex parte reexam on 07/01/81 .......................................7490

| | | | |
|---|---|---|---|
| a. | By patent owner | 3143 | 42% |
| b. | By other member of public | 4182 | 56% |
| c. | By order of Commissioner | 165 | 2% |

2. Number of filings by discipline

| | | | |
|---|---|---|---|
| a. | Chemical Operation | 2346 | 31% |
| b. | Electrical Operation | 2361 | 32% |
| c. | Mechanical Operation | 2783 | 37% |

3. Annual Ex Parte Reexam Filings

| Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. |
|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 243 | 1997 | 376 | 2005 | 256 YTD |
| 1982 | 187 | 1990 | 297 | 1998 | 350 | | |
| 1983 | 186 | 1991 | 307 | 1999 | 385 | | |
| 1984 | 189 | 1992 | 392 | 2000 | 318 | | |
| 1985 | 230 | 1993 | 359 | 2001 | 296 | | |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | | |
| 1987 | 240 | 1995 | 392 | 2003 | 392 | | |
| 1988 | 268 | 1996 | 418 | 2004 | 441 | | |

4. Number known to be in litigation.............................................1620 22%

5. Determinations on requests ......................................................................7240

a. No. granted ......................................................6589....................91%

(1) By examiner 6483
(2) By Director (on petition) 106

b. No. denied ......................................................651......................9%

(1) By examiner 616
(2) Order vacated 35

6. Total examiner denials (includes denials reversed by Director) ........................................ 722

| | | |
|---|---|---|
| a. Patent owner requester | 417 | 58% |
| b. Third party requester | 305 | 42% |

7. Overall reexamination pendency (Filing date to certificate issue date)

| | |
|---|---|
| a. Average pendency | 21.6 (mos.) |
| b. Median pendency | 16.9 (mos.) |

| 8. Reexam certificate claim analysis: | Owner Requester | 3rd Party Requester | Comm'r Initiated | Overall |
|---|---|---|---|---|
| a. All claims confirmed | 39% | 60% | 1% | 26% |
| b. All claims cancelled | 31% | 64% | 5% | 10% |
| c. Claims changes | 47% | 50% | 3% | 64% |

9. Total ex parte reexamination certificates issued (1981 - present) ................................... 5094

| | | |
|---|---|---|
| a. Certificates with all claims confirmed | 1328 | 26% |
| b. Certificates with all claims canceled | 510 | 10% |
| c. Certificates with claims changes | 3256 | 64% |

10. Reexam claim analysis - requester is patent owner or 3rd party; or Comm'r initiated.

a. Certificates _ PATENT OWNER REQUESTER ........................................................ 2223

| | | |
|---|---|---|
| (1) All claims confirmed | 519 | 23% |
| (2) All claims canceled | 159 | 7% |
| (3) Claim changes | 1545 | 70% |

b. Certificates _ 3rd PARTY REQUESTER ................................................................ 2738

| | | |
|---|---|---|
| (1) All claims confirmed | 792 | 29% |
| (2) All claims canceled | 325 | 12% |
| (3) Claim changes | 1621 | 59% |

c. Certificates _ COMM'R INITIATED REEXAM ........................................................ 133

| | | |
|---|---|---|
| (1) All claims confirmed | 17 | 13% |
| (2) All claims canceled | 26 | 20% |
| (3) Claim changes | 90 | 67% |