**Appendix K**

**ORIGINAL**

Revised: 12/3/03

FILED-CLERK
U.S. DISTRICT COURT

06 SEP 21 AM 10: 09

TX EASTERN MARSHALL

BY _____

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### Marshall DIVISION
### APPLICATION TO APPEAR PRO HAC VICE

1. This application is being made for the following: Case # 2:06CV00072
Style: Data Treasury Corporation v. Wells Fargo et al.

2. Applicant is representing the following party/ies:
Wells Fargo and Company, Wells Fargo, National Association

3. Applicant was admitted to practice in California (state) on December 3, 1996 (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has/has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant has/has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant has/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts:
Supreme Court of California; Court of Appeals for Federal Circuit; Court of Appeals for the Ninth Circuit; Northern District of California; Southern District of California; Eastern District of California; Central District of California

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AI-1(d)).

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**
I, Howard N. Wisnia, do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date 9/19/06    Signature _____

Name (please print) _____Howard N Wisnia_____

State Bar Number _____184626 (California)_____

Firm Name: _____Baker & McKenzie LLP_____

Address/P.O. Box: _____12544 High Bluff Drive Suite 150_____

City/State/Zip: _____San Diego, CA 92130_____

Telephone #: _____(858) 523-6230_____

Fax #: _____(858) 259-8290_____

E-mail Address: _____howard.n.wisnia@bakernet.com_____

Secondary E-Mail Address: _____jana.m.taylor@bakernet.com_____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court this 21 day of Sept , 2006.

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____

Deputy Clerk