IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DATATREASURY CORPORATION,<br><br>Plaintiff,<br>v.<br><br>WELLS FARGO & COMPANY, ET AL.<br><br>Defendants. | CIVIL ACTION NO. 2:06-CV-72 (DF)<br><br>Jury Demanded |

## MOTION OF DEFENDANTS CITY NATIONAL BANK AND CITY NATIONAL CORPORATION TO SEVER AND STAY THE CLAIMS RELATING TO THE BALLARD PATENTS PENDING REEXAMINATION OF THE BALLARD PATENTS

Defendants City National Bank and City National Corporation (collectively "City National") move for a severance and stay of the claims related to U.S. Patent Nos. 5,910,988 ("the '988 patent") and 6,032,137 ("the '137 patent") (collectively the "Ballard patents") until the reexamination of those two patents is complete.

Defendants Harris Bankcorp., Inc., Harris N.A., KeyBank National Association, KeyCorp, PNC Bank, The PNC Financial Services Group, Inc., Sun Trust Bank, Sun Trust Banks, Inc., and Electronic Data Systems Corp. filed a Motion to Sever and Stay the Claims Relating to the Ballard Patents Pending Reexamination of the Ballard Patents on September 19, 2006 in this matter. (Docket Entry # 260). City National adopts the arguments and authorities advanced by that Motion to Sever and Stay, as if set out fully herein. Specifically, the City National defendants assert that they, like the KeyBank and PNC defendants, seek to avoid substantial time and expense in defending DataTreasury Corporation's claims of patent infringement related to the Ballard patents and instead focus on the claims asserted under the Huntington Patents (U.S. Patent Nos. 5,717,868 and 5,265,007).

In the interest of justice and of judicial economy, this Court should sever and stay the claims related to the Ballard patents pending the completion of their reexamination.

DATED: September 25, 2006

Respectfully Submitted,

By: /s/ David I. Gindler by permission SCC
David I. Gindler – Lead Attorney
State Bar No. 117824
Andrew D. Weiss
State Bar No. 232974
Elizabeth L Rosenblatt
State Bar No. 203196
Morgan Chu
State Bar No. 70466
Rachel M. Capoccia
State Bar No. 187160
Irell & Manella LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067
Tel: 310/277-1010
Fax: 310/556-5206
E-mail: dgindler@irell.com
E-mail: aweiss@irell.com
E-mail: brosenblatt@irell.com
E-mail: mchu@irell.com
E-mail: rcapoccia@irell.com

Sidney Calvin Capshaw, III
State Bar No. 03783900
Andrew W. Spangler
State Bar No. 24041960
Brown McCarroll
1127 Judson Rd - Ste 220
P.O. Box 3999
Longview, TX 75606-3999
Tel: 903/236-9800
Fax: 903/236-8787
E-mail: ccapshaw@mailbmc.com
E-mail: aspangler@mailbmc.com

ATTORNEYS FOR DEFENDANTS
CITY NATIONAL BANK and CITY
NATIONAL CORPORATION

2

## CERTIFICATE OF CONFERENCE

    I certify that on September 25, 2006, I conferred with Plaintiff Data Treasury Corporation's counsel, Eric M. Albritton, in a good faith attempt to resolve this matter without court intervention. Mr. Albritton stated the Plaintiff opposes this Motion.

    /s/ Elizabeth L. DeRieux
    Elizabeth L. DeRieux

## CERTIFICATE OF SERVICE

    I certify that all counsel of record who are deemed to have consented to electronic service are being served this 25th day of September 2006, with a copy of the foregoing via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by, electronic mail, facsimile transmission and/or first class mail on this same date.

    /s/ S. Calvin Capshaw
    S. Calvin Capshaw