IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DATATREASURY CORPORATION, | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. 2:06-CV-72 (DF) |
| WELLS FARGO & COMPANY, ET AL. | Jury Demanded |
| Defendants. | |

**ORDER GRANTING MOTION OF DEFENDANTS CITY NATIONAL BANK AND CITY NATIONAL CORPORATION TO SEVER AND STAY THE CLAIMS RELATING TO THE BALLARD PATENTS PENDING REEXAMINATION OF THE BALLARD PATENTS**

CAME ON TO BE HEARD Defendants' City National Bank and City National Corporation motion for a severance and stay of the claims related to U.S. Patent Nos. 5,910,988 and 6,032,137 (collectively the "Ballard patents") until the reexamination of those two patents is complete. The Court is of the opinion that the motion is well taken and should be GRANTED.

IT IS THEREFORE ORDERED that plaintiff's claims against Defendants City National Bank and City National Corporation related to U.S. Patent Nos. 5,910,988 and 6,032,137, the "Ballard patents," are SEVERED and STAYED until the reexamination of those two patents is complete.

4