# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| DATATREASURY CORPORATION, | ) |
| Plaintiff, | ) Civil Action No. 2:06-CV-72 |
| v. | ) Jury Demanded |
| WELLS FARGO & COMPANY, et al., | ) |
| Defendants. | ) |

**MOTION OF DEFENDANTS THE BANK OF NEW YORK CO., INC., THE BANK OF NEW YORK, UNIONBANCAL CORP., AND UNION BANK OF CALIFORNIA, NATIONAL ASSOCIATION TO SEVER AND STAY THE CLAIMS RELATING TO THE BALLARD PATENTS PENDING REEXAMINATION OF THE BALLARD PATENTS**

Defendants The Bank of New York Company Incorporated ("BNYC"), The Bank of New York ("BNY"), UnionBanCal Corporation ("UnionBanCal"), and Union Bank of California, National Association ("UBOC") move for a severance and stay of the claims related to U.S. Patent Nos. 5,910,988 ("the '988 patent") and 6,032,137 ("the '137 patent") (collectively the "Ballard patents") until the reexamination of those two patents is complete.

Defendants Harris Bankcorp., Inc., Harris N.A., KeyBank National Association, KeyCorp, PNC Bank, The PNC Financial Services Group, Inc., Sun Trust Bank, Sun Trust Banks, Inc., and Electronic Data Systems Corp. filed a Motion to Sever and Stay the Claims Relating to the Ballard Patents Pending Reexamination of the Ballard Patents on September 19, 2006 in this matter. (Docket Entry #260). BNYC, BNY, UnionBanCal and UBOC adopt the arguments and authorities advanced by that Motion to Sever and Stay, as if set out fully herein. Specifically, BNYC, BNY, UnionBanCal and UBOC assert that they, like the KeyBank and

PNC defendants, seek to avoid substantial time and expense in defending DataTreasury Corporation's claims of patent infringement related to the Ballard patents and instead focus on the claims asserted under the Huntington Patents (U.S. Patent Nos. 5,717,868 and 5,265,007).

In the interest of justice and of judicial economy, this Court should sever and stay the claims related to the Ballard patents pending the completion of their reexamination.

Respectfully submitted,

September 28, 2006

*/s/ Jennifer Parker Ainsworth*_____
Jennifer Parker Ainsworth
Texas Bar No. 00784720
WILSON, SHEEHY, KNOWLES, ROBERTSON & CORNELIUS, P.C.
909 ESE Loop 323
Suite 400
Tyler, Texas 75701
T: (903) 509-5000
F: (903) 509-5092
jainsworth@wilsonlawfirm.com

Richard Hogan
Texas Bar No. 09802010
PILLSBURY WINTHROP SHAW PITTMAN LLP
2 Houston Center
909 Fannin Street 22nd Floor
Houston TX 77010
T: (713) 425-7327
F: (713) 425-7373
richard.hogan@pillsburylaw.com

        Raymond L. Sweigart (admitted pro hac vice)
        Scott J. Pivnick (admitted pro hac vice)
        PILLSBURY WINTHROP SHAW PITTMAN LLP
        1650 Tysons Blvd.
        McLean, VA 22102-4859
        T: (703) 770-7900
        F: (703) 905-2500
        raymond.sweigart@pillsburylaw.com
        scott.pivnick@pillsburylaw.com

        *Attorneys for Defendants,*
        *The Bank of New York Co., Inc., The Bank of New York,*
        *UnionBanCal Corporation and Union Bank of California,*
        *National Association*

500103803v1

**CERTIFICATE OF CONFERENCE**

I certify that on September 28, 2006, I conferred with Plaintiff DataTreasury Corporation's counsel, Eric M. Albritton, in a good faith attempt to resolve this matter without court intervention. Mr. Albritton stated the Plaintiff opposes this Motion.

                                               */s/ Scott J. Pivnick*_____
                                               Scott J. Pivnick

**CERTIFICATE OF SERVICE**

I certify that all counsel of record who are deemed to have consented to electronic service are being served this 28th day of September 2006, with a copy of the foregoing via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by, electronic mail, facsimile transmission and/or first class mail on this same date.

                                               */s/ Jennifer P. Ainsworth*_____
                                               Jennifer P. Ainsworth