# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

|  |  |
|---|---|
| DATATREASURY CORPORATION, | ) |
| Plaintiff, | ) Civil Action No. 2-06CV-72 |
| v. | ) |
| WELLS FARGO & COMPANY, et al., | ) |
| Defendants. | ) |

## ORDER

Pending before this Court is the Motion of Defendants The Bank of New York Company Incorporated ("BNYC"), The Bank of New York ("BNY"), UnionBanCal Corporation ("UnionBanCal"), and Union Bank of California, National Association's ("UBOC") to Sever and Stay the Claims Relating to the Ballard Patents Pending Reexamination of the Ballard Patents. Having considered the Motion, the Court finds that it is well-taken. Therefore, it is hereby

**ORDERED, ADJUDGED,** and **DECREED** that the Motion of Defendants The Bank of New York Company Incorporated ("BNYC"), The Bank of New York ("BNY"), UnionBanCal Corporation ("UnionBanCal"), and Union Bank of California, National Association ("UBOC") to Sever and Stay the Claims Relating to the Ballard Patents Pending Reexamination of the Ballard Patents is **GRANTED**. Claims related to U.S. Patent Nos. 5,910,988 ("the '988 patent") and 6,032,137 ("the '137 patent")—Counts 1 and 2 in the First Amended Complaint—shall be severed from this action and placed on the Court's docket under a new cause number. Further proceedings in that new action shall be stayed pending reexamination of the '988 and '137 patents by the United States Patent and Trademark Office. The parties shall promptly notify the

Court in writing of any official action by the United States Patent and Trademark Office concerning either of the two patents in reexamination.