IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

**DATATREASURY CORPORATION,**

    **Plaintiff**

    v.                                                             2:06-CV-72 DF

**WELLS FARGO & COMPANY; WELLS FARGO BANK, NATIONAL ASSOCIATION; BANK OF AMERICA CORPORATION; BANK OF AMERICA, NATIONAL ASSOCIATION; U.S. BANCORP; U.S. BANK, NATIONAL ASSOCIATION; WACHOVIA CORPORATION; WACHOVIA BANK, NATIONAL ASSOCIATION; SUNTRUST BANKS, INC.; SUNTRUST BANK; BB&T CORPORATION; BRANCH BANKING AND TRUST COMPANY; BANCORPSOUTH, INC.; BANCORPSOUTH BANK; COMPASS BANCSHARES, INC.; COMPASS BANK; CULLEN/FROST BANKERS, INC.; THE FROST NATIONAL BANK; FIRST HORIZON NATIONAL CORPORATION; FIRST TENNESSEE BANK, NATIONAL ASSOCIATION; HSBC NORTH AMERICA HOLDINGS INC.; HSBC BANK USA, N.A.; HARRIS BANKCORP, INC.; HARRIS N.A.; NATIONAL CITY CORPORATION; NATIONAL CITY BANK; ZIONS BANCORPORATION; ZIONS FIRST NATIONAL BANK; BANK OF NEW YORK CO., INC.; THE BANK OF NEW YORK; UNIONBANCAL CORPORATION; UNION BANK OF CALIFORNIA, NATIONAL ASSOCIATION; BANK OF TOKYO-MITSUBISHI UFJ, LTD.; CITIZENS FINANCIAL GROUP, INC. CITY NATIONAL CORPORATION; CITY NATIONAL BANK; COMERICA INCORPORATED; COMERICA BANK &**

ORLA_423382.1

**TRUST, NATIONAL ASSOCIATION;
DEUTSCHE BANK TRUST COMPANY
AMERICAS; FIRST CITIZENS
BANCSHARES, INC.; FIRST CITIZENS
BANK & TRUST COMPANY;
KEYCORP; KEYBANK NATIONAL
ASSOCIATION; LASALLE BANK
CORPORATION; LASALLE BANK NA;
M&T BANK CORPORATION; M&T
BANK; THE PNC FINANCIAL
SERVICES GROUP, INC.; PNC BANK,
NATIONAL ASSOCIATION
UBS AMERICAS, INC.; SMALL VALUE
PAYMENTS COMPANY, LLC; THE
CLEARING HOUSE PAYMENTS
COMPANY, LLC; MAGTEK, INC; FIRST
DATA CORPORATION; TELECHECK
SERVICES, INC., REMITCO, LLC; and
ELECTRONIC DATA SYSTEMS CORP.,**

        **Defendants**

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that the undersigned attorney, JEREMY M. THOMPSON, enters his appearance in this matter for Defendants U.S. Bancorp; U.S. Bank, National Association; National City Corporation; National City Bank; Zions Bancorporation; and Zions First National Bank for the purpose of receiving notice and orders from the Court.

2

Dated: September 28, 2006

Respectfully submitted,

/s/ Jeremy M. Thompson
Jeremy M. Thompson
jmthompson@foley.com

Foley & Lardner LLP
111 N. Orange Ave., Suite 1800
Orlando, Florida 32801
Tel: (407) 423-7656
Fax: (407) 648-1743

*Counsel for Defendants U.S. Bancorp, U.S. Bank National Association, National City Corporation and National City Bank, Zions Bancorporation, and Zions First National Bank*

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2006, all counsel of record that have consented to electronic service are being served with a copy of the foregoing instrument via the Court's CM/ECF filing system.

 /s/ Jeremy M. Thompson
Jeremy M. Thompson