UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

------------------------------ x
DATATREASURY CORP.                  :
                                    :
             Plaintiff,             :  No. 2-06CV-72
       v.                           :
                                    :  MOTION TO SEVER AND STAY
WELLS FARGO & CO., et al.,          :
                                    :
                                    :
             Defendant.             :
------------------------------ x

## ORDER

Before the Court is The Clearing House Payments Company L.L.C. ("TCH"), Defendant, Motion Joining in Co-Defendants' Motion to Sever and Stay. The Court has considered the motion and grants The Clearing House Payments Company L.L.C. ("TCH"), Defendant, Motion to Sever and Stay.

SO ORDERED.