UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DataTreasury Corporation | § § § | Case No. 2-06-CV-00072  (DF) |
| v. | § § | JURY TRIAL |
| Wells Fargo & Company, et al. | § | |

## NOTICE OF APPEARANCE

Notice is hereby given that attorney Charles Ainsworth enters his appearance in this matter as additional counsel for Defendant Bank of America for the purpose of receiving notices from the Court.

Dated: September 29, 2006          Respectfully submitted,

*/s/ Charles Ainsworth*
Charles Ainsworth
State Bar No. 00783521
Robert Christopher Bunt
State Bar No.  00787165
Robert M. Parker
State Bar No. 15498000
**PARKER, BUNT & AINSWORTH, P.C.**
100 E. Ferguson, Suite 1114
Tyler, Texas 75702
903/531-3535
903/533-9687 - Facsimile
E-mail: rmparker@pbatyler.com
E-mail: rcbunt@pbatyler.com
E-mail: charley@pbatyler.com


Attorneys for Defendant
Bank of America

## CERTIFICATE OF SERVICE

    I hereby certify that the all counsel of record, who are deemed to have consented to electronic service are being served this September 29, 2006, with a copy of this document via the Court's CM/ECF system per Local Rule CD-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                              */s/ Charles Ainsworth*
                                              Charles Ainsworth