IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **DATATREASURY CORPORATION,** | |
| **Plaintiff** | |
| **v.** | **2:06-CV-72 DF** |
| **WELLS FARGO & COMPANY; WELLS FARGO BANK, NATIONAL ASSOCIATION; BANK OF AMERICA CORPORATION; BANK OF AMERICA, NATIONAL ASSOCIATION; U.S. BANCORP; U.S. BANK, NATIONAL ASSOCIATION; WACHOVIA CORPORATION; WACHOVIA BANK, NATIONAL ASSOCIATION; SUNTRUST BANKS, INC.; SUNTRUST BANK; BB&T CORPORATION; BRANCH BANKING AND TRUST COMPANY; BANCORPSOUTH, INC.; BANCORPSOUTH BANK; COMPASS BANCSHARES, INC.; COMPASS BANK; CULLEN/FROST BANKERS, INC.; THE FROST NATIONAL BANK; FIRST HORIZON NATIONAL CORPORATION; FIRST TENNESSEE BANK, NATIONAL ASSOCIATION; HSBC NORTH AMERICA HOLDINGS INC.; HSBC BANK USA, N.A.; HARRIS BANKCORP, INC.; HARRIS N.A.; NATIONAL CITY CORPORATION; NATIONAL CITY BANK; ZIONS BANCORPORATION; ZIONS FIRST NATIONAL BANK; BANK OF NEW YORK CO., INC.; THE BANK OF NEW YORK; UNIONBANCAL CORPORATION; UNION BANK OF CALIFORNIA, NATIONAL ASSOCIATION; BANK OF TOKYO-MITSUBISHI UFJ, LTD.; CITIZENS FINANCIAL GROUP, INC. CITY NATIONAL CORPORATION; CITY NATIONAL BANK; COMERICA** | |

**INCORPORATED; COMERICA BANK
& TRUST, NATIONAL ASSOCIATION;
DEUTSCHE BANK TRUST COMPANY
AMERICAS; FIRST CITIZENS
BANCSHARES, INC.; FIRST CITIZENS
BANK & TRUST COMPANY;
KEYCORP; KEYBANK NATIONAL
ASSOCIATION; LASALLE BANK
CORPORATION; LASALLE BANK NA;
M&T BANK CORPORATION; M&T
BANK; THE PNC FINANCIAL
SERVICES GROUP, INC.; PNC BANK,
NATIONAL ASSOCIATION
UBS AMERICAS, INC.; SMALL VALUE
PAYMENTS COMPANY, LLC; THE
CLEARING HOUSE PAYMENTS
COMPANY, LLC; MAGTEK, INC;
FIRST DATA CORPORATION;
TELECHECK SERVICES, INC.,
REMITCO, LLC; and ELECTRONIC
DATA SYSTEMS CORP.,**

          **Defendants**

---

### MOTION BY DEFENDANTS ZIONS BANCORPORATION AND ZIONS FIRST NATIONAL BANK TO SEVER AND STAY THE CLAIMS RELATING TO THE BALLARD PATENTS PENDING REEXAMINATION OF THE BALLARD PATENTS

      Defendants Zions Bancorporation and Zions First National Bank (collectively

"Zions") move for a severance and stay of the claims related to U.S. Patent Nos. 5,910,988 and

6,032,137 (collectively the "Ballard patents") pending reexamination of those patents by the

United States Patent and Trademark Office.  Because Zions is only accused of infringing the

Ballard patents, this will effectively stay the entire proceeding as to Zions and eliminate the need

for Zions to undertake potentially unnecessary discovery.

      Defendants Harris Bankcorp, Inc., Harris N.A., KeyBank National Association,

KeyCorp, PNC Bank, The PNC Financial Services Group, Inc., SunTrust Bank, SunTrust Banks,

Inc., and Electronic Data Systems Corp. filed a Motion to Sever and Stay the Claims Relating to

the Ballard Patents Pending Reexamination of the Ballard Patents on September 19, 2006.  (Dkt. 260).  Zions hereby adopts the arguments and authorities advanced by that Motion to Sever and Stay as if set forth fully herein.  For the same reasons articulated in that Motion to Sever and Stay, and in particular to avoid the time and expense of litigating patent claims of uncertain continuing validity, Zions respectfully requests that the Court sever and stay all claims of this lawsuit related to the Ballard patents, pending completion of the reexamination of those patents.


Dated: September 29, 2006                         Respectfully submitted,

                                                  /s/  Jeremy M. Thompson

                                                  Melvin R. Wilcox, III
                                                  mrw@smeadlaw.com
                                                  Smead, Anderson & Dunn LLP
                                                  2110 Horseshoe Ln
                                                  PO Box 3343
                                                  Longview, Texas 75606
                                                  Telephone:  (903) 232-1892
                                                  Facsimile:  (903) 232-1881

                                                  *Of Counsel:*
                                                  John J. Feldhaus
                                                  jfeldhaus@foley.com
                                                  Anthony H. Son
                                                  ason@foley.com
                                                  George Beck
                                                  gbeck@foley.com
                                                  Jeremy M. Thompson
                                                  jmthompson@foley.com
                                                  FOLEY & LARDNER LLP
                                                  3000 K Street, N.W.
                                                  Washington, D.C. 20007
                                                  Ph: (202) 672-5300

                                                  *Counsel for Defendants U.S. Bancorp, U.S.*
                                                  *Bank National Association, National City*
                                                  *Corporation and National City Bank, Zions*
                                                  *Bancorporation, and Zions First National*
                                                  *Bank*

3

## CERTIFICATE OF CONFERENCE

I hereby certify that on September 29, 2006 I conferred with Plaintiff's counsel, Mr. Eric Albritton, in a good faith attempt to resolve this matter without court intervention.  Plaintiff's counsel stated that Plaintiff opposes the motion.

/s/ Jeremy M. Thompson
Jeremy M. Thompson

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2006, all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing instrument via the Court's CM/ECF filing system per Local Rule CV-5(a)(3).

/s/ Jeremy M. Thompson
Jeremy M. Thompson

4