# United States District Court
# Eastern District of Texas

**DATATREASURY CORP**                                   **NOTICE**

**V.**

**WELLS FARGO**                           **CASE NUMBER: 2:06-CV-72**

---

TYPE OF CASE:           **X** ___CIVIL           ___ CRIMINAL

---

____ TAKE NOTICE that a proceeding in this case has been set for the place, date, & time set forth below:

| PLACE | DATE & TIME |
|---|---|
|  |  |

TYPE OF PROCEEDING:

## SCHEDULING CONFERENCE

---

_**X**___TAKE NOTICE that a proceeding in this case has been continued as indicated below:

| PLACE | DATE & TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE & TIME |
|---|---|---|
| United States Courthouse Marshall, Texas | Thursday, October 19, 2006 at 2:00 pm | **Thursday, October 19, 2006 at 1:00 pm** |

                                          Honorable David Folsom
                                          U.S. DISTRICT JUDGE

October 4, 2006                           (by) Mel Martin, Courtroom Deputy
DATE

To:   PTY ATTYS OF RECORD
      COURT REPORTER
      COURT COORDINATOR