# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORPORATION | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | Civil Action No. 2:06-CV-72 |
| | § | Judge David Folsom |
| WELLS FARGO & COMPANY, et al. | § | |
| *Defendants* | § | |

## UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO MOTION OF DEFENDANTS EDS, HARRIS, KEY, PNC, AND SUNTRUST TO SEVER AND STAY THE CLAIMS RELATING TO THE BALLARD PATENTS PENDING REEXAMINATION OF THE BALLARD PATENTS

Plaintiff, DataTreasury Corporation ("DataTreasury"), respectfully requests that the Court grant it an extension of time to respond to Motion of Defendants EDS, Harris, Key, PNC, and Suntrust ("Defendants") to Sever and Stay the Claims Relating to the Ballard Patents Pending Reexamination of the Ballard Patents. Defendants were the first group of defendants to file such a motion when the instant motion was filed on September 19, 2006. DataTreasury's deadline to respond was October 4, 2006. Since that time, various other defendants in this action have filed motions joining Defendants' motion, and DataTreasury's deadline to respond varies from October 11 to dates that occur after the October 19 scheduling conference in this matter. DataTreasury intends to file a consolidated response to all motions to sever and stay relating to Defendants' motion, and Plaintiff has requested an additional week to respond to Defendants' Motion. Defendants have informed Plaintiff that they do not oppose this relief. By filing its Response by Wednesday, October 11, Defendants to the instant motion and other

defendants who have joined in such motion as of this date will have an opportunity to submit Reply briefs before the scheduling conference in this matter.

DataTreasury, respectfully requests that the Court grant its Unopposed Motion, and allow DataTreasury up to and including Wednesday, October 11, 2006 in which to file its Response to the above referenced motion.

Respectfully submitted,

/s/ R. Benjamin King
**EDWARD L. VON HOHN**, Attorney in Charge
State Bar No. 09813240
**NIX PATTERSON & ROACH, L.L.P.**
205 Linda Drive
Daingerfield, Texas  75638
903.645.7333 (telephone)
903.645.4415 (facsimile)
edhohn@nixlawfirm.com

**C. CARY PATTERSON**
State Bar No. 15587000
**BRADY PADDOCK**
State Bar No. 00791394
**ANTHONY BRUSTER**
State Bar No. 24036280
**R. BENJAMIN KING**
State Bar No. 24048592
**NIX PATTERSON & ROACH L.L.P.**
2900 St. Michael Drive, Suite 500
Texarkana, Texas  75503
903.223.3999 (telephone)
903.223.8520 (facsimile)
akbruster@nixlawfirm.com
bpaddock@nixlawfirm.com
benking@nixlawfirm.com

**JOE KENDALL**
State Bar No. 11260700
**KARL RUPP**
State Bar No. 24035243

        **PROVOST * UMPHREY, L.L.P.**
        3232 McKinney Avenue, Ste. 700
        Dallas, Texas  75204
        214.744.3000 (telephone)
        214.744.3015 (facsimile)
        jkendall@provostumphrey.com
        krupp@provostumphrey.com

        **ROD COOPER**
        State Bar No.  90001628
        **EDWARD CHIN**
        STATE BAR NO. 50511688
        **NIX PATTERSON  & ROACH LLP**
        5215 N. O'Connor Blvd. Ste. 1900
        Irving, Texas  75039
        972.831.1188 (telephone)
        972.692.5445 (facsimile)
        rcooper@cooperiplaw.com
        edchin@nixlawfirm.com

        **ERIC M.  ALBRITTON**
        State Bar ;No. 00790215
        **ALBRITTON LAW FIRM**
        P.O. Box 2649
        Longview, Texas  75606
        903.757.8449 (telephone)
        903.758.7397 (facsimile)
        ema@emafirm.com

        **T. JOHN WARD, JR.**
        State Bar No. 00794818
        **LAW OFFICE OF T. JOHN WARD, JR.**
        P.O. Box 1231
        Longview, Texas  75601
        903.757.6400 (telephone)
        903.757.2323 (facsimile)
        jw@jwfirm.com

        **ATTORNEYS FOR PLAINTIFF**
        **DATATREASURY CORPORATION**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served on counsel of record for Defendants on the 4th day of October, 2006.

/s/ R. Benjamin King
Nix, Patterson & Roach LLP

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7(h), movant has contacted opposing counsel to discuss this motion and was informed that opposing counsel agrees to the relief requested herein.

/s/ R. Benjamin King
Nix, Patterson & Roach LLP