IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORP., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:06-CV-72-DF |
| | § | |
| WELLS FARGO & CO., et al. | § | |
| | § | |
| Defendants. | § | |

### O R D E R

The Court has set a scheduling conference for October 19, 2006. This conference was originally scheduled for 2:00 P.M. but has been rescheduled to 1:00 P.M. Dkt. Nos. 259 & 274. The Court will be conducting a trial in another matter on that day, and the jury will remain in recess until 2:00 P.M.

At this conference, each side will have 10 minutes to address Defendants' Motion to Sever and Stay the Claims Relating to the Ballard Patents Pending Reexamination of the Ballard Patents. Dkt. No. 260. The Court directs the parties to this Court's order bearing on this issue in *Antor Media Corp. v. Nokia, Inc.* Civil Action No. 2:05-cv-186, Dkt. No. 410.

**SIGNED** this 5th day of October, 2006.

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE