IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORPORATION | § | |
| | § | |
| v. | § | Cause No. 2:06cv72(DF) |
| | § | |
| WELLS FARGO & COMPANY, ET AL | § | |

**DEUTSCHE BANK TRUST COMPANY AMERICAS'
JOINDER IN THE [260] MOTION OF DEFENDANTS EDS,
HARRIS KEY, PNC, AND SUNTRUST TO SEVER AND STAY THE
CLAIMS RELATING TO THE BALLARD PATENTS PENDING
REEXAMINATION OF THE BALLARD PATENTS**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Separate Defendant, Deutsche Bank Trust Company Americas, and hereby joins in the [260] Motion of Defendants EDS, Harris Key, PNC, and Suntrust to Sever and Stay the Claims Relating to the Ballard Patents Pending Reexamination of the Ballard Patents filed on September 25, 2006.

Respectfully submitted,

YOUNG, PICKETT & LEE
4122 Texas Blvd.-P.O. Box 1897
Texarkana, TX-AR 75504-1897
Telephone:    903/794-1303
Facsimile:    903/794-5098

By: */s/ Lance Lee*
Lance Lee
Texas Bar No. 24004762

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to FED.R.CIV.P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy via email transmission, facsimile and/or U.S. Mail this 5th day of September, 2006.

                                            */s/ Lance Lee*
                                            Lance Lee