IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORPORATION | § § | |
| PLAINTIFF | § § | |
| v. | § § | CIVIL ACTION NO. 2:06-CV-72-DF |
| WELLS FARGO & CO., ET AL, | § § | |
| DEFENDANTS | § | |

**ORDER GRANTING MOTION OF DEFENDANTS LASALLE BANK CORPORATION AND LASALLE BANK NA TO SEVER AND STAY THE CLAIMS RELATING TO THE BALLARD PATENTS PENDING REEXAMINATION OF THE BALLARD PATENTS**

CAME ON TO BE HEARD Defendants', LaSalle Bank Corporation and LaSalle Bank, N.A., Joinder in Co-Defendants' Motion to Sever and Stay (Docket No. 260) for a severance and stay of the claims related to U.S. Patent Nos. 5,910,988 and 6,032,137 (collectively the "Ballard patents") until the reexamination of those two patents is complete. The Court is of the opinion that the motion is well taken and should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff's claims against Defendants LaSalle Bank Corporation and LaSalle Bank, N.A., related to U.S. Patent Nos. 5,910,988 and 6,032,137, the "Ballard patents," are SEVERED and STAYED until the reexamination of those two patents is complete.