# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORPORATION § | | |
| *Plaintiff* § | | |
| § | | |
| v. § | Civil Action No. 2:06-CV-72 | |
| § | Judge David Folsom | |
| WELLS FARGO & COMPANY, et al. § | | |
| *Defendants* § | | |

## ORDER

Before the Court is DataTreasury's Unopposed Motion to Extend Time to Respond to Motion of Defendants EDS, Harris, Key, PNC, and Suntrust to Sever and Stay the Claims Relating to the Ballard Patents Pending Reexamination of the Ballard Patents. Having considered DataTreasury's Motion, the Court is of the opinion that it should be GRANTED.

It is hereby ORDERED that DataTreasury is allowed up to and including Wednesday, October 11, 2006 in which to file its Response to Motion of Defendants EDS, Harris, Key, PNC, and Suntrust to Sever and Stay the Claims Relating to the Ballard Patents Pending Reexamination of the Ballard Patents.

IT IS SO ORDERED.

**SIGNED this 5th day of October, 2006.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE