# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| DATATREASURY CORPORATION, | |
| Plaintiff, | Case No. 2:06-CV-72 |
| v. | Hon. David J. Folsom |
| WELLS FARGO & COMPANY, ET AL., | JURY TRIAL |
| Defendants. | |

## NOTICE OF APPEARANCE

Notice is hereby given that attorney Stephen E. Belisle enters his appearance in this matter as additional counsel for Defendant The Clearing House Payments Company, L.L.C. (successor to Small Value Payments Company), for the purpose of receiving notices from the Court.

Dated:  October 10, 2006

Respectfully submitted,

/s/ Stephen E. Belisle
Stephen E. Belisle
Virginia State Bar No. 45177
D.C. Bar No. 471447
FITZPATRICK, CELLA, HARPER & SCINTO
1900 K Street, N.W.
Washington, D.C. 20006
Tel:  202-530-1010
Fax:  202-530-1055
E-mail:  sbelisle@fchs.com

Attorney for Defendant
The Clearing House Payments Company, L.L.C.

CERTIFICATE OF SERVICE

I hereby certify that all counsel of record are being served this 10th day of October, 2006, with a copy of the foregoing via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ Stephen E. Belisle
Stephen E. Belisle
Virginia State Bar No. 45177
D.C. Bar No. 471447
FITZPATRICK, CELLA, HARPER & SCINTO
1900 K Street, N.W.
Washington, D.C. 20006
Tel:  202-530-1010
Fax:  202-530-1055
E-mail:  sbelisle@fchs.com