UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DATATREASURY CORPORATION, § | |
|    Plaintiff/Counter-Defendant § | |
| § | Civil Action No. 2:06cv72 |
| vs. § | |
| § | Jury Trial Demanded |
| WELLS FARGO & COMPANY, et al. § | |
|    Defendants/Counter-Plaintiffs § | |

### MOTION OF DEFENDANT UBS AMERICAS, INC. TO SEVER AND STAY THE CLAIMS RELATING TO THE BALLARD PATENTS PENDING REEXAMINATION

Defendant UBS Americas, Inc. ("UBS") moves for a severance and stay of the claims related to U.S. Patent Nos. 5,910,988 ("the '988 patent") and 6,032,137 ("the '137 patent") (collectively the "Ballard patents") until the reexamination of those two patents is complete.

Defendants Harris Bankcorp., Inc., Harris N.A., KeyBank National Association, KeyCorp, PNC Bank, The PNC Financial Services Group, Inc., Sun Trust Bank, Sun Trust Banks, Inc., and Electronic Data Systems Corp. filed a Motion to Sever and Stay the Claims Relating to the Ballard Patents Pending Reexamination of the Ballard Patents on September 19, 2006 in this matter. (Docket Entry #260). UBS adopts the arguments and authorities advanced by that Motion to Sever and Stay, as if set out fully herein.

In the interest of justice and of judicial economy, this Court should sever and stay the claims related to the Ballard patents pending the completion of their reexamination.

Dated: October 11, 2006

Respectfully submitted,

/s/ Scott W. Breedlove
William L. LaFuze
Texas Bar No. 11792500
*wlafuze@velaw.com*
D. Ferguson McNiel, III
Texas Bar No. 13830300
*fmcniel@velaw.com*
Vinson & Elkins LLP
2300 First City Tower
1001 Fannin Street
Houston, TX 77002
Telephone: 713.758.2222
Facsimile: 713.758.2346

Scott W. Breedlove
Texas Bar No. 00790361
*sbreedlove@velaw.com*
Vinson & Elkins LLP
3700 Trammell Crow Center
2001 Ross Avenue
Dallas, TX 75201-2975
Telephone: 214.220.7700
Facsimile: 214.220.7716

Harry Lee Gillam, Jr.
Texas Bar No. 07921800
*Gil@gillamsmithlaw.com*
Melissa Richards Smith
Texas Bar No. 24001351
*Melissa@gillamsmithlaw.com*
Gillam & Smith LLP
110 South Bolivar, Suite 204
Marshall, TX 75670
Telephone: 903.934.8450
Facsimile: 903.934.9257

Attorneys for UBS Americas, Inc.

**CERTIFICATE OF CONFERENCE**

I certify that on October 5, 2006, I conferred with Plaintiff DataTreasury Corporation's counsel, Karl Rupp, in a good faith attempt to resolve this matter without court intervention. Mr. Rupp stated that the Plaintiff opposes this Motion.

/s/ Scott W. Breedlove
Scott W. Breedlove

**CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3)(A) on October 11, 2006.

/s/ Scott W. Breedlove
Scott W. Breedlove

Dallas 1171382v1