UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DATATREASURY CORPORATION, § | |
| Plaintiff/Counter-Defendant § | |
| § | Civil Action No. 2:06cv72 |
| vs. § | |
| § | Jury Trial Demanded |
| WELLS FARGO & COMPANY, et al. § | |
| Defendants/Counter-Plaintiffs § | |

### ORDER GRANTING MOTION OF DEFENDANT UBS AMERICAS, INC. TO SEVER AND STAY THE CLAIMS RELATING TO THE BALLARD PATENTS PENDING REEXAMINATION

CAME ON TO BE HEARD the motion of Defendant UBS Americas, Inc. to sever and stay the claims related to U.S. Patent Nos. 5,910,988 and 6,032,137 (collectively the "Ballard patents") until the reexamination of those two patents is complete. The Court is of the opinion that the motion is well taken and should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff's claims against Defendant UBS Americas, Inc. related to U.S. Patent Nos. 5,910,988 and 6,032,137, the "Ballard patents," are SEVERED and STAYED until the reexamination of those two patents is complete.

1173290v.1