IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DATATREASURY CORPORATION, | |
| Plaintiff, | Case No. 2:06-CV-72 |
| v. | Hon. David J. Folsom |
| WELLS FARGO & COMPANY, ET AL., | JURY TRIAL |
| Defendants. | |

NOTICE OF APPEARANCE

Notice is hereby given that attorney Ronald A. Clayton enters his appearance in this matter as additional counsel for Defendant The Clearing House Payments Company, L.L.C. (successor to Small Value Payments Company), for the purpose of receiving notices from the Court.

Dated:  October 11, 2006

Respectfully submitted,

/s/ Ronald A. Clayton
Ronald A. Clayton
FITZPATRICK, CELLA, HARPER & SCINTO
30 Rockefeller Plaza
New York, New York  10112-3801
Tel:  212-218-2100
Fax:  212-218-2200
E-mail:  rclayton@fchs.com

Attorney for Defendant
The Clearing House Payments Company L.L.C.

CERTIFICATE OF SERVICE

I hereby certify that all counsel of record are being served this 11th day of October, 2006, with a copy of the foregoing via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ Ronald A. Clayton

Ronald A. Clayton
FITZPATRICK, CELLA, HARPER & SCINTO
30 Rockefeller Plaza
New York, New York 10112-3801
Tel: (212) 218-2100
Fax: (212) 218-2200
E-mail: rclayton@fcsh.com