**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| DATATREASURY CORPORATION<br>*Plaintiff* | §<br>§<br>§ | |
| v. | § | Civil Action No. 2:06-CV-72 |
| | § | Judge David Folsom |
| WELLS FARGO & COMPANY, et al.<br>*Defendants* | §<br>§ | |

**UNOPPOSED MOTION TO EXCEED PAGE LIMITS IN RESPONSE TO
MOTION OF DEFENDANTS EDS, HARRIS, KEY, PNC, AND SUNTRUST TO
SEVER AND STAY THE CLAIMS RELATING TO THE BALLARD PATENTS
PENDING REEXAMINATION OF THE BALLARD PATENTS**

Plaintiff, DataTreasury Corporation ("DataTreasury"), respectfully requests that the Court grant its Unopposed Motion to Exceed Page Limits in Response to Motion of Defendants EDS, Harris, Key, PNC, and Suntrust ("Defendants") to Sever and Stay the Claims Relating to the Ballard Patents Pending Reexamination of the Ballard Patents. Defendants were the first group of defendants to file such a motion when the instant motion was filed on September 19, 2006. Since that time, various other defendants in this action have filed motions joining Defendants' Motion. DataTreasury intends to file a consolidated response to all motions to sever and stay relating to Defendants' Motion.

DataTreasury, respectfully requests that the Court grant its Unopposed Motion to exceed the page limits in its consolidated response.

                          Respectfully submitted,

                          /s/ R. Benjamin King
                          **EDWARD L. VON HOHN**, Attorney in Charge
                          State Bar No. 09813240
                          **NIX PATTERSON & ROACH, L.L.P.**

205 Linda Drive
Daingerfield, Texas 75638
903.645.7333 (telephone)
903.645.4415 (facsimile)
edhohn@nixlawfirm.com

**C. CARY PATTERSON**
State Bar No. 15587000
**BRADY PADDOCK**
State Bar No. 00791394
**ANTHONY BRUSTER**
State Bar No. 24036280
**R. BENJAMIN KING**
State Bar No. 24048592
**NIX PATTERSON & ROACH L.L.P.**
2900 St. Michael Drive, Suite 500
Texarkana, Texas 75503
903.223.3999 (telephone)
903.223.8520 (facsimile)
akbruster@nixlawfirm.com
bpaddock@nixlawfirm.com
benking@nixlawfirm.com

**JOE KENDALL**
State Bar No. 11260700
**KARL RUPP**
State Bar No. 24035243
**PROVOST * UMPHREY, L.L.P.**
3232 McKinney Avenue, Ste. 700
Dallas, Texas 75204
214.744.3000 (telephone)
214.744.3015 (facsimile)
jkendall@provostumphrey.com
krupp@provostumphrey.com


**ROD COOPER**
State Bar No. 90001628
**EDWARD CHIN**
STATE BAR NO. 50511688
 **NIX PATTERSON & ROACH LLP**
5215 N. O'Connor Blvd. Ste. 1900
Irving, Texas 75039
972.831.1188 (telephone)
972.692.5445 (facsimile)
rcooper@cooperiplaw.com

edchin@nixlawfirm.com

**ERIC M. ALBRITTON**
State Bar ;No. 00790215
**ALBRITTON LAW FIRM**
P.O. Box 2649
Longview, Texas 75606
903.757.8449 (telephone)
903.758.7397 (facsimile)
ema@emafirm.com

**T. JOHN WARD, JR.**
State Bar No. 00794818
**LAW OFFICE OF T. JOHN WARD, JR.**
P.O. Box 1231
Longview, Texas 75601
903.757.6400 (telephone)
903.757.2323 (facsimile)
jw@jwfirm.com

**ATTORNEYS FOR PLAINTIFF**
**DATATREASURY CORPORATION**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was served on counsel of record for Defendants on the 11th day of October, 2006.

/s/ R. Benjamin King
Nix, Patterson & Roach LLP

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule 7(h), movant has contacted opposing counsel to discuss this motion and was informed that opposing counsel agrees to the relief requested herein.

/s/ R. Benjamin King
Nix, Patterson & Roach LLP