Datatreasury Corporation v. Wells Fargo & Company et al								Doc. 293 Att.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| DATATREASURY CORPORATION | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | Civil Action No. 2:06-CV-72 |
| | § | Judge David Folsom |
| WELLS FARGO & COMPANY, et al. | § | |
| *Defendants* | § | |

**ORDER**

Currently before the Court is Plaintiff's Unopposed Motion to Exceed Page Limits in Response to Motion of Defendants EDS, Harris, Key, PNC, and Suntrust to Sever and Stay the Claims Relating to the Ballard Patents Pending Reexamination of the Ballard Patents. Having considered the matter, the Court finds Plaintiff's motion meritorious. The Court hereby GRANTS Plaintiff's Motion and allows Plaintiff to exceed the page limits in the Plaintiff's Response.

It is further ORDERED that the clerk file the attached Exhibit 1 upon entry of this order.

IT IS SO ORDERED.