Datatreasury Corporation v. Wells Fargo & Company et al

Doc. 29

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| DATATREASURY CORPORATION § | |
|     *Plaintiff* § | |
| § | |
| vs. § | |
| § | |
| WELLS FARGO & COMPANY; WELLS § | |
| FARGO BANK, NATIONAL § | |
| ASSOCIATION; BANK OF AMERICA § | |
| CORPORATION; BANK OF AMERICA, § | |
| NATIONAL ASSOCIATION; U.S. § | |
| BANCORP; U.S. BANK, NATIONAL § | |
| ASSOCIATION; WACHOVIA § | |
| CORPORATION; WACHOVIA BANK, § | |
| NATIONAL ASSOCIATION; SUNTRUST § | |
| BANKS, INC.; SUNTRUST BANK; BB&T § | Civil Action No. 2:06cv72 |
| CORPORATION; BRANCH BANKING § | |
| AND TRUST COMPANY; § | |
| BANCORPSOUTH, INC.; § | |
| BANCORPSOUTH BANK; COMPASS § | |
| BANCSHARES, INC.; COMPASS BANK; § | |
| CULLEN/FROST BANKERS, INC.; THE § | |
| FROST NATIONAL BANK; FIRST § | |
| HORIZON NATIONAL CORPORATION; § | |
| FIRST TENNESSEE BANK, NATIONAL § | |
| ASSOCIATION; HSBC NORTH § | JURY TRIAL DEMANDED |
| AMERICA HOLDINGS INC.; HSBC § | |
| BANK USA, N.A.; HARRIS BANKCORP, § | |
| INC.; HARRIS N.A.; NATIONAL CITY § | |
| CORPORATION; NATIONAL CITY § | |
| BANK; ZIONS BANCORPORATION; § | |
| ZIONS FIRST NATIONAL BANK; § | |
| BANK OF NEW YORK CO., INC.; § | |
| THE BANK OF NEW YORK; § | |
| UNIONBANCAL CORPORATION; § | |
| UNION BANK OF CALIFORNIA, § | |
| NATIONAL ASSOCIATION; BANK OF § | |
| TOKYO-MITSUBISHI UFJ, LTD.; § | |
| CITIZENS FINANCIAL GROUP, INC. § | |
| CITY NATIONAL CORPORATION; § | |
| CITY NATIONAL BANK; COMERICA § | |
| INCORPORATED; COMERICA BANK § | |
| & TRUST, NATIONAL ASSOCIATION; § | |

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS; FIRST CITIZENS BANCSHARES, INC.; FIRST CITIZENS BANK & TRUST COMPANY; KEYCORP; KEYBANK NATIONAL ASSOCIATION; LASALLE BANK CORPORATION; LASALLE BANK NA; M&T BANK CORPORATION; M&T BANK; THE PNC FINANCIAL SERVICES GROUP, INC.; PNC BANK, NATIONAL ASSOCIATION UBS AMERICAS, INC.; SMALL VALUE PAYMENTS COMPANY, LLC; THE CLEARING HOUSE PAYMENTS COMPANY, LLC; MAGTEK, INC; FIRST DATA CORPORATION; TELECHECK SERVICES, INC., REMITCO, LLC and ELECTRONIC DATA SYSTEMS CORP.<br><br>*DEFENDANTS* | §§§§§§§§§§§§§§§§§§§§§<br><br>JURY TRIAL DEMANDED |

### DATATREASURY CORPORATION'S
### RESPONSE TO MOTION TO SEVER AND STAY THE CLAIMS
### RELATING TO THE BALLARD PATENTS
### PENDING REEXAMINATION OF THE BALLARD PATENTS

Comes now Plaintiff DataTreasury Corporation ("DataTreasury") and files its Response to Defendant The Clearing House Payments Co., LLC's Motion to Stay and Sever the Claims Relating to the Ballard Patents Pending Reexamination of the Ballard Patents (Dkt. No. 267). DataTreasury respectfully requests that this Court deny Defendants' Motion in its entirety. In support thereof, DataTreasury incorporates, in its entirety, its Response to Defendants Harris Bankcorp, Inc., Harris N.A., KeyBank National Association, KeyCorp, PNC Bank, The PNC Financial Services Group, Inc., SunTrust Bank, SunTrust Banks, Inc., and Electronic Data Systems Corp. Motion to Sever and Stay the Claims Relating to the Ballard Patents Pending Reexamination of the Ballard Patents and the arguments and authorities cited therein.

Respectfully submitted,


/s/ R. Benjamin King
**EDWARD L. VON HOHN**, Attorney in Charge
State Bar No. 09813240
**NIX PATTERSON & ROACH, L.L.P.**
205 Linda Drive
Daingerfield, Texas 75638
903.645.7333 (telephone)
903.645.4415 (facsimile)
edhohn@nixlawfirm.com

**C. CARY PATTERSON**
State Bar No. 15587000
**BRADY PADDOCK**
State Bar No. 00791394
**ANTHONY BRUSTER**
State Bar No. 24036280
**R. BENJAMIN KING**
State Bar No. 24048592
**NIX PATTERSON & ROACH L.L.P.**
2900 St. Michael Drive, Suite 500
Texarkana, Texas 75503
903.223.3999 (telephone)
903.223.8520 (facsimile)
akbruster@nixlawfirm.com
bpaddock@nixlawfirm.com
benking@nixlawfirm.com

**JOE KENDALL**
State Bar No. 11260700
**KARL RUPP**
State Bar No. 24035243
**PROVOST * UMPHREY, L.L.P.**
3232 McKinney Avenue, Ste. 700
Dallas, Texas 75204
214.744.3000 (telephone)
214.744.3015 (facsimile)
jkendall@provostumphrey.com
krupp@provostumphrey.com


**ROD COOPER**

State Bar No. 90001628
**EDWARD CHIN**
STATE BAR NO. 50511688
**NIX PATTERSON & ROACH LLP**
5215 N. O'Connor Blvd. Ste. 1900
Irving, Texas 75039
972.831.1188 (telephone)
972.692.5445 (facsimile)
rcooper@cooperiplaw.com
edchin@nixlawfirm.com

**ERIC M. ALBRITTON**
State Bar ;No. 00790215
**ALBRITTON LAW FIRM**
P.O. Box 2649
Longview, Texas 75606
903.757.8449 (telephone)
903.758.7397 (facsimile)
ema@emafirm.com

**T. JOHN WARD, JR.**
State Bar No. 00794818
**LAW OFFICE OF T. JOHN WARD, JR.**
P.O. Box 1231
Longview, Texas 75601
903.757.6400 (telephone)
903.757.2323 (facsimile)
jw@jwfirm.com

**ATTORNEYS FOR PLAINTIFF
DATATREASURY CORPORATION**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and served via the Court's electronic filing system on all counsel who have consented to electronic service on this the 11th day of October, 2006.

/s/ R. Benjamin King
Nix, Patterson & Roach LLP