IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORPORATION  § | | |
| *Plaintiff* § | | |
| § | | |
| v. § | | Civil Action No. 2:06-CV-72 |
| § | | Judge David Folsom |
| WELLS FARGO & COMPANY, et al. § | | |
| *Defendants* § | | |

# ORDER

Currently before the Court is Plaintiff's Unopposed Motion to Exceed Page Limits in Response to Motion of Defendants EDS, Harris, Key, PNC, and Suntrust to Sever and Stay the Claims Relating to the Ballard Patents Pending Reexamination of the Ballard Patents. Having considered the matter, the Court finds Plaintiff's motion meritorious. The Court hereby GRANTS Plaintiff's Motion and allows Plaintiff to exceed the page limits in the Plaintiff's Response.

It is further ORDERED that the clerk file the attached Exhibit 1 upon entry of this order.

IT IS SO ORDERED.

**SIGNED this 16th day of October, 2006.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE