UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DATATREASURY CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>MAGTEK CORPORATION,<br><br>    Defendant. | CIVIL ACTION No. 2-06-CV-72 (DF)<br><br>JURY |

**<u>ORDER</u>**

Pursuant to the Stipulation between DTC and MAGTEK, IT IS ORDERED, ADJUDGED AND DECREED THAT:

  1.  The Court has specific personal jurisdiction over DTC and MAGTEK for purposes of this action only.

  2.  The claims of DTC against MAGTEK in the above-captioned action are hereby dismissed with prejudice.

- 8 -

3. MAGTEK shall bear its own costs and attorneys' fees and DTC shall bear its own costs and attorneys' fees in connection with the above-captioned action. In addition, DTC and MAGTEK waive all rights to appeal this Stipulated Order of Dismissal.

Dated: October 16, 2006

_____
Honorable David J. Folsom
United States District Judge

RG PAS704937.1-*-10/10/06 4:57 PM