IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORPORATION | § | Civil Action No. 2:06-CV-72 |
| *PLAINTIFF* | § | |
| *vs.* | § | Judge David Folsom |
| | § | |
| WELLS FARGO & COMPANY, *ET AL.* | § | |
| *DEFENDANTS* | § | |
| ——————————————————— | § | |

**UNOPPOSED MOTION TO EXCEED PAGE LIMITS IN REPLY OF DEFENDANTS
EDS, HARRIS, KEY, PNC, AND SUNTRUST TO PLAINTIFF'S CONSOLIDATED
RESPONSE TO DEFENDANTS' MOTION TO SEVER AND STAY
THE CLAIMS RELATING TO THE BALLARD PATENTS
<u>PENDING REEXAMINATION OF THE BALLARD PATENTS</u>**

Defendants Harris Bankcorp, Inc. and Harris N.A. (collectively, "Harris"), KeyBank

National Association and KeyCorp (collectively, "KeyBank"), PNC Bank and The PNC Financial

Services Group, Inc. (collectively, "PNC"), SunTrust Bank and SunTrust Banks, Inc. (collectively,

"SunTrust"), and Electronic Data Systems Corp. ("EDS"), respectfully request that the Court grant

their Unopposed Motion to Exceed Page Limits in Reply to Plaintiff's Consolidated Response to

Defendants' Motion to Sever and Stay the Claims Relating to the Ballard Patents Pending

Reexamination of the Ballard Patents.

Defendants Harris, KeyBank, PNC, SunTrust, and EDS filed their Motion to Sever and

Stay on September 19, 2006. Since that time, various other Defendants filed motions joining

Defendants' Motion. On October 11, 2006, Plaintiff Data Treasury Corporation filed its

Consolidated Response to Defendants' Motions. Due to the complex issues presented and the

nature of the case, Defendants cannot present their reply motion and adequately brief the issues

within the page limit mandated by the local rules. The reply motion is attached as Exhibit 1.

Page 1

Defendants Harris, KeyBank, PNC, SunTrust, and EDS respectfully request that the Court grant the Unopposed Motion to exceed the page limits in their reply.  A proposed order is attached.

DATED:  October 17, 2006                    Respectfully submitted,


**McKOOL SMITH, P.C**.


/s/ Sam Baxter
SAM BAXTER
Lead Attorney
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
505 East Travis Street, Suite 105
Marshall, Texas  75670
Telephone:  (903) 927-2111
Telecopy:  (903) 927-2622

THEODORE STEVENSON, III
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
L. DAVID ANDERSON
Texas State Bar No. 00796126
danderson@mckoolsmith.com
300 Crescent Court
Suite 1500
Telephone: (214) 978-4000
Telecopier: (214) 978-4044


PETER J. AYERS
Texas State Bar No. 24009882
payers@mckoolsmith.com
GEOFFREY L. SMITH
Texas State Bar No. 24041939
gsmith@mckoolsmith.com
300 W. 6th Street, Suite 1700
Austin, Texas 78701
Telephone:  (512) 692-8700
Telecopy:   (512) 692-8744

**ATTORNEYS FOR DEFENDANTS**

**SUNTRUST BANKS, INC., SUNTRUST BANK, THE PNC FINANCIAL SERVICES GROUP, INC., PNC BANK, KEYCORP, AND KEYBANK NA**

**McKOOL SMITH, P.C.**

/s/ Theodore Stevenson, III
THEODORE STEVENSON, III
Lead Attorney
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
GARRET W. CHAMBERS
Texas State Bar No. 00792160
gchambers@mckoolsmith.com
L. DAVID ANDERSON
Texas State Bar No. 00796126
danderson@mckoolsmith.com
300 Crescent Court
Suite 1500
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

PETER J. AYERS
Texas State Bar No. 24009882
payers@mckoolsmith.com
GEOFFREY L. SMITH
Texas State Bar No. 24041939
gsmith@mckoolsmith.com
300 W. 6th Street, Suite 1700
Austin, Texas 78701
Telephone:  (512) 692-8700
Telecopy:   (512) 692-8744

**ATTORNEYS FOR DEFENDANT ELECTRONIC DATA SYSTEMS CORP.**

McKOOL SMITH, P.C.

/s/ Robert M. Manley
ROBERT M. MANLEY
Lead Attorney
Texas State Bar No. 00787955
rmanley@mckoolsmith.com
SAM BAXTER
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
L. DAVID ANDERSON
Texas State Bar No. 00796126
danderson@mckoolsmith.com
300 Crescent Court
Suite 1500
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

PETER J. AYERS
Texas State Bar No. 24009882
payers@mckoolsmith.com
GEOFFREY L. SMITH
Texas State Bar No. 24041939
gsmith@mckoolsmith.com
300 W. 6th Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Telecopy:   (512) 692-8744

ROBERT MASTERS
Paul, Hastings, Janofsky & Walker, LLP
875 15th Street, N.W.
Washington, DC 20005
Tel: (202) 551-1763
Fax: (202) 551-1705
robertmasters@paulhastings.com

PAUL WILSON
Paul, Hastings, Janofsky & Walker, LLP
875 15th Street, N.W.
Washington, DC 20005
Tel: (202) 551-1748
Fax: (202) 551-0148
paulwilson@paulhastings.com

BRANDON WHITE
Paul, Hastings, Janofsky & Walker, LLP
875 15th Street, N.W.
Washington, DC 20005
Tel: (202) 551-1754
Fax: (202) 551-0154
brandonwhite@paulhastings.com

**ATTORNEYS FOR DEFENDANTS
HARRIS BANKCORP, INC. AND
HARRIS N.A.**

## CERTIFICATE OF CONFERENCE

This is to certify that on October 17, 2006, counsel for Moving Defendants, Peter Ayers, conferred with Plaintiff DataTreasury Corporation's counsel, Karl Rupp, who stated that Plaintiff does not oppose this Motion.

/s/ L. David Anderson
L. David Anderson

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by electronic mail by agreement of the parties on this the 17th day of October, 2006.

/s/ L. David Anderson
L. David Anderson

Austin 31528v1

# EXHIBIT 1

Austin 31528v1