# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORPORATION | § | Civil Action No. 2:06-CV-72 |
| *PLAINTIFF* | § | |
| *vs*. | § | Judge David Folsom |
| WELLS FARGO & COMPANY, *ET AL.* | § | |
| *DEFENDANTS* | § | |

## ORDER

Pending before this Court is the Unopposed Motion to Exceed Page Limits in Reply of Defendants EDS, Harris, Key, PNC, and SunTrust to Plaintiff's Consolidated Response to Defendants' Motion to Sever and Stay the Claims Relating to the Ballard Patents Pending Reexamination of the Ballard Patents. Having considered the Motion, the Court finds that it is well-taken. Therefore, it is hereby

**ORDERED, ADJUDGED,** and **DECREED** that the Motion to Exceed Page Limits in Reply of Defendants EDS, Harris, Key, PNC, and SunTrust to Plaintiff's Consolidated Response to Defendants' Motion to Sever and Stay the Claims Relating to the Ballard Patents Pending Reexamination of the Ballard Patents is **GRANTED**.

It if further **ORDERED** that the clerk file the attached Exhibit 1 upon entry of this Order.

**SIGNED this 18th day of October, 2006.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE