IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DATA TREASURY CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO & COMPANY, ET AL.,<br><br>Defendants. | No.: 2-06CV-72 (DF)<br><br>MOTION TO SEVER AND STAY |

## ORDER

Before the Court is HSBC Bank, N.A. ("HSBC"), Defendant, Motion Joining in Co-Defendants' Motion to Sever and Stay. The Court has considered the motion and grants HSBC Bank, N.A. ("HSBC"), Defendant, Motion to Sever and Stay.

**SO ORDERED.**