# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORPORATION | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | |
| | § | |
| WELLS FARGO & COMPANY; WELLS FARGO BANK, NATIONAL ASSOCIATION; BANK OF AMERICA CORPORATION; BANK OF AMERICA, NATIONAL ASSOCIATION; U.S. BANCORP; U.S. BANK, NATIONAL ASSOCIATION; WACHOVIA CORPORATION; WACHOVIA BANK, NATIONAL ASSOCIATION; SUNTRUST BANKS, INC.; SUNTRUST BANK; BB&T CORPORATION; BRANCH BANKING AND TRUST COMPANY; BANCORPSOUTH, INC.; BANCORPSOUTH BANK; COMPASS BANCSHARES, INC.; COMPASS BANK; CULLEN/FROST BANKERS, INC.; THE FROST NATIONAL BANK; FIRST HORIZON NATIONAL CORPORATION; FIRST TENNESSEE BANK, NATIONAL ASSOCIATION; HSBC NORTH AMERICA HOLDINGS INC.; HSBC BANK USA, N.A.; HARRIS BANKCORP, INC.; HARRIS NA.; NATIONAL CITY CORPORATION; NATIONAL CITY BANK; ZIONS BANCORPORATION; ZIONS FIRST NATIONAL BANK; BANK OF NEW YORK CO., INC.; THE BANK OF NEW YORK; UNIONBANCAL CORPORATION; UNION BANK OF CALIFORNIA, NATIONAL ASSOCIATION; BANK OF TOKYO-MITSUBISHI UFJ, LTD.; CITIZENS FINANCIAL GROUP, INC. CITY NATIONAL CORPORATION; CITY NATIONAL BANK; COMERICA | § | CIVIL ACTION NO. 2:06CV72<br><br>JURY TRIAL DEMANDED |

Notice of Appearance - Page 1 of 4

| | |
|---|---|
| INCORPORATED; COMERICA BANK & TRUST, NATIONAL ASSOCIATION; DEUTSCHE BANK TRUST COMPANY AMERICAS; FIRST CITIZENS BANCSHARES, INC.; FIRST CITIZENS BANK & TRUST COMPANY, KEYCORP; KEYBANK NATIONAL ASSOCIATION; LASALLE BANK CORPORATION; LASALLE BANK NA; M&T BANK CORPORATION; M&T BANK; THE PNC FINANCIAL SERVICES GROUP, INC.; PNC BANK, NATIONAL ASSOCIATION UBS AMERICAS, INC.; SMALL VALUE PAYMENTS COMPANY, LLC; THE CLEARING HOUSE PAYMENTS COMPANY, LLC; MAGTEK, INC; FIRST DATA CORPORATION; TELECHECK SERVICES, INC., REMITCO, LLC and ELECTRONIC DATA SYSTEMS CORP. | § § § § § § § § § § § § § § § § § § § § § |
| Defendants. | § |

## APPEARANCE OF RICHARD GRAINGER AS CO-COUNSEL
## FOR DEFENDANT, HSBC BANK USA, N.A.

Richard Grainger, attorney with the Law Offices of Richard Grainger, Tyler, Texas, hereby appears as co-counsel for defendant, HSBC Bank USA, N.A. Glen M. Boudreaux of Boudreaux, Leonard, Hammond & Curico, P.C. shall remain as attorney-in-charge for defendant, HSBC Bank USA, N.A.

Respectfully submitted,

**LAW OFFICES OF RICHARD GRAINGER**
P. O. Box 491
Tyler, Texas 75710
Telephone:   (903) 595-3514
Telecopier:   (903) 595-5360
Email:            graingerpc@aol.com


By:    */s/ Richard Grainger*
          RICHARD GRAINGER
          State Bar No. 08286000


**Of Counsel:**
Boudreaux, Leonard, Hammond & Curcio, P.C.
Tim S. Leonard
State Bar No. 12211200
909 Fannin, Suite 2350
Houston, Texas 77010
Tel. (713) 757-0000
Fax (713) 757-0178
Email: tleonard@blhc-law.com

Wilmer Hale
Irah H. Doner
399 Park Avenue
New York, N.Y. 10022
Tel.  (212) 230-8887
Fax (212) 230-8888
Email: Irah.donner@wilmerhale.com

Locke Liddell & Sapp LLP
Roy W. Hardin
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201-6776
Tel.  (214) 740-8556
Fax (214) 740-8800
Email: rhardin@lockeliddell.com

**Certificate of Service**

     The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this 20th day of October, 2006. Any other counsel of record will be served by facsimile transmission and/or first class mail.

                                                                        */s/ Richard Grainger*

                                                                        RICHARD GRAINGER