IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORPORATION | § | |
| | § | |
| v. | § | Cause No. 2:06cv72(DF) |
| | § | |
| WELLS FARGO & COMPANY, ET AL | § | |

**THE BANK OF TOKYO-MITSUBISHI UFJ, LTD.'S
NOTICE OF JOINDER IN [317] REPLY OF DEFENDANTS EDS, HARRIS KEY,
PNC, AND SUNTRUST TO PLAINTIFF'S CONSOLIDATED RESPONSE TO
DEFENDANTS' MOTION TO SEVER AND STAY THE CLAIMS RELATING
TO THE BALLARD PATENTS PENDING REEXAMINATION
OF THE BALLARD PATENTS**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Separate Defendant, The Bank of Tokyo-Mitsubishi UFJ, Ltd., and hereby joins in the [317] Reply of Defendants EDS, Harris Key, PNC, and Suntrust to Plaintiff's Consolidated Response to Defendants' Motion to Sever and Stay the Claims Relating to the Ballard Patents Pending Reexamination of the Ballard Patents filed on October 18, 2006

Respectfully submitted,

YOUNG, PICKETT & LEE
4122 Texas Blvd.-P.O. Box 1897
Texarkana, TX-AR 75504-1897
Telephone:    903/794-1303
Facsimile:    903/794-5098

By: */s/ Lance Lee*
Lance Lee
Texas Bar No. 24004762

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to FED.R.CIV.P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy via email transmission, facsimile and/or U.S. Mail this 24th day of October, 2006.

                                               */s/ Lance Lee*
                                               Lance Lee