# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **DATA TREASURY CORP.** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:06-CV-72 (DF) |
| | § | |
| **WELLS FARGO and COMPANY, et al.,** | § | |
| | § | |
| Defendants. | § | |
| | § | |

## DOCKET CONTROL ORDER

| STEP | ACTION | RULE | DATE DUE |
|---|---|---|---|
| 1 | Initial Case Management Conference | Patent L.R. 2-1 FRCP 26(f) | 10/19/06 |
| 2 | Parties Exchange Initial Disclosures | FRCP 26(a) | 12/04/06 |
| 3 | Petentee serves Disclosure of Asserted Claims and Preliminary Infringement Contentions of less than 50 claims for all patents-in-suit (note the further limitation provided in step 11, *infra*) | Patent L.R. 3-1 | 12/04/06 |
| 4 | Patentee makes Document Production Accompanying Disclosure | Patent L.R. 3-2 | 12/04/06 |
| 5 | Accused Infringer serves Preliminary Invalidity Contentions | Patent L.R. 3-3 | 01/29/07 |
| 6 | Accused Infringer makes Document Production Accompanying Preliminary Invalidity Contentions | Patent L.R. 3-4 | 01/29/07 |

| | | | |
|---|---|---|---|
| 7 | Parties Exchange any Proposed Terms and Claim Elements for Construction | Patent L.R. 4-1(a) | 02/05/07 |
| 8 | Parties meet and confer to discuss list of Proposed Terms and Claim Elements for Construction | Patent L.R. 4-1(b) | 02/09/07 |
| 9 | Parties make Exchange of Preliminary Claim Constructions and Extrinsic Evidence in Support of Respective Claim Constructions | Patent L.R. 4-2(a) | 02/26/07 |
| 10 | Parties meet and confer to discuss Preliminary Claim Constructions and Extrinsic Evidence | Patent L.R. 4-2(c) | 03/02/07 |
| 11 | Patentee shall limit the number of asserted claims to no more than ten (10) against a Litigant Group[1] and notify the Court and the accused infringers what ten claims are specifically asserted against Litigant Group. | | 04/07/07 |
| 12 | Parties file Joint Claim Construction and Prehearing Statement | Patent L.R. 4-3 | 04/07/07 |
| 13 | Parties file Amended Pleadings and join any additional parties | | 04/07/07 |
| 14 | Completion of Claim Construction Discovery | Patent L.R. 4-4 | 04/27/07 |
| 15 | Patentee files Opening Claim Construction Brief on Claim Construction issues | Patent L.R. 4-5(a) | 05/28/07 |

---

[1]The parties inform the Court that a Litigant Group is defined as a defendant bank and, where applicable, the bank's correlative national association or holding company.

| 16 | Accused Infringer files Responsive Claim Construction Brief(s) on Claim Construction Issues | Patent L.R. 4-5(b) | 07/09/07 |
|---|---|---|---|
| 17 | Patentee files Reply Brief on Claim Construction issues | Patent L.R. 4-5(c) | 08/23/07 |
| 18 | Accused Infringer files Surreply Brief on Claim Construction Issues | | 09/10/07 |
| 19 | Parties file Claim Construction Chart | Patent L. R. 4-5(d) | 09/14/07 |
| 20 | Claim Construction Hearing | Patent L.R. 4-6 | 09/24/07 at 10 a.m. Each side shall have 4 hours to present. The hearing will continue on 9/25/07 if necessary. |
| 21 | Court's Claim Construction Ruling | | Subject to Court's schedule |
| 22 | Patentee makes Final Infringement Contentions | Patent L.R. 3-6(a) | 30 days after the Court's Claim Construction Ruling |
| 23 | Accused Infringer makes Final Invalidity Contentions | Patent L. R. 3-6(b) | 50 days after the Court's Claim Construction Ruling |
| 24 | Accused Infringer makes Disclosure Relating to Willfulness | Patent L.R. 3-8 | 10/01/07 |
| 25 | Completion of all Remaining Fact Discovery | | 04/11/08 |
| 26 | Parties disclose Espert Witnesses and serve Expert Witness Reports | FRCP 26(a)(2) | 04/14/08 |
| 27 | Parties serve Rebuttal Expert Witness Reports | | 05/12/08 |
| 28 | Completion of Expert Discovery | | 05/30/08 |

| 29 | Deadline for filing all dispositive and summary judgment motions, *Daubert*/FRE 702 Motions and any other Motions to Strike or Limit Expert Testimony | | 06/02/08 |
|---|---|---|---|
| 30 | Deadline for filing Responses to all dispositive and summary judgment motions and any other Motions to Strike or limit Expert Testimony | | 07/07/08 |
| 31 | Deadline for filing Replies regarding all dispositive and summary judgment motions, *Daubert*/FRE 702 Motions, and Motions to Strike or Limit Experts | | 07/28/08 |
| 32 | Preliminary Pretrial Conference with Court to Discuss Trial Groupings/Management and Deadlines | | 07/29/08 |
| 33 | Deadline for filing Surreplies regarding all dispositive and summary judgment motions, *Daubert*/FRE 702 Motions, and Motions to Strike or Limit Experts | | 08/18/08 |
| 34 | Patentee's Pretrial Disclosures | FRCP 26(a)(3) | 08/25/08 |
| 35 | Accused Infringer's Pretrial Disclosures | FRCP 26(a)(3) | 09/01/08 |
| 36 | Parties file Proposed Joint Final Pretrial Order including Proposed Jury Charge, Cerdict Forms and Motions in Limine | | 09/08/08 |
| 37 | Parties file Responses to Motions in Limine | | 09/22/08 |

| 38 | Parties file Replies to Motions in Limine | | 09/29/08 |
| --- | --- | --- | --- |
| 39 | Final Pretrial Conference before Judge David Folsom | | 10/06/08 |
| 40 | Jury Selection | | TBA |

This Docket Control Order shall not be modified except by leave of Court or upon the agreement of all parties and subsequent Court approval.

**SIGNED this 25th day of October, 2006.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE