## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **DATA TREASURY CORPORATION,** | **2:06-CV-72 DF** |
| **Plaintiff** | |
| **v.** | |
| **WELLS FARGO & COMPANY; WELLS FARGO & COMPANY; WELLS FARGO BANK, NATIONAL ASSOCIATION; BANK OF AMERICA CORPORATION; BANK OF AMERICA, NATIONAL ASSOCIATION; U.S. BANCORP; U.S. BANK, NATIONAL ASSOCIATION; WACHOVIA CORPORATION; WACHOVIA BANK, NATIONAL ASSOCIATION; SUNTRUST BANKS, INC.; SUNTRUST BANK; BB&T CORPORATION; BRANCH BANKING AND TRUST COMPANY; BANCORPSOUTH, INC.; BANCORPSOUTH BANK; COMPASS BANCSHARES, INC.; COMPASS BANK; CULLEN/FROST BANKERS, INC.; THE FROST NATIONAL BANK; FIRST HORIZON NATIONAL CORPORATION; FIRST TENNESSEE BANK, NATIONAL ASSOCIATION; HSBC NORTH AMERICA HOLDINGS INC.; HSBC BANK USA, N.A.; HARRIS BANKCORP, INC.; HARRIS N.A.; NATIONAL CITY CORPORATION; NATIONAL CITY BANK; ZIONS BANCORPORATION; ZIONS FIRST NATIONAL BANK; BANK OF NEW YORK CO., INC.; THE BANK OF NEW YORK; UNIONBANCAL CORPORATION; UNION BANK OF CALIFORNIA, NATIONAL ASSOCIATION; BANK OF TOKYO-MITSUBISHI UFJ, LTD.; CITIZENS FINANCIAL GROUP, INC.** | |

Dockets.Justia.com

CITY NATIONAL CORPORATION;
CITY NATIONAL BANK; COMERICA
INCORPORATED; COMERICA BANK
& TRUST, NATIONAL ASSOCIATION;
DEUTSCHE BANK TRUST COMPANY
AMERICAS; FIRST CITIZENS
BANCSHARES, INC.; FIRST CITIZENS
BANK & TRUST COMPANY;
KEYCORP; KEYBANK NATIONAL
ASSOCIATION; LASALLE BANK
CORPORATION; LASALLE BANK NA;
M&T BANK CORPORATION; M&T
BANK; THE PNC FINANCIAL
SERVICES GROUP, INC.; PNC BANK,
NATIONAL ASSOCIATION
UBS AMERICAS, INC.; SMALL VALUE
PAYMENTS COMPANY, LLC; THE
CLEARING HOUSE PAYMENTS
COMPANY, LLC; MAGTEK, INC;
FIRST DATA CORPORATION;
TELECHECK SERVICES, INC.,
REMITCO, LLC; and ELECTRONIC
DATA SYSTEMS CORP,

                **Defendants**

## TELEPHONIC PARTICIPANTS AT OCTOBER 19, 2006 MANAGEMENT CONFERENCE, MARSHALL TEXAS

In accordance with the Court's request during the October 19, 2006 Management

Conference, defendants hereby submit the following list of counsel who attended the conference

by phone:

| Participant | Litigant Group |
|---|---|
| John Helms, Fish & Richardson | Bank of America |
| Ritch Roberts, Fish & Richardson | Bank of America |
| Danielle Williams, Kilpatrick Stockton | Wachovia Bank<br>Comerica<br>BB&T Corporation<br>M&T |

| | |
|---|---|
| Audra Dial, Kilpatrick Stockton | Wachovia Bank<br>Comerica<br>BB&T<br>M&T |
| Stephen Baskin, Kilpatrick Stockton | Comerica Bank |
| Daniel Devito, Skadden Arps | Viewpointe Archive |
| Brian McCormack, Baker McKenzie | Wells Fargo Bank |
| Jack Barufka, Pillsbury Winthrop | Bank of New York |
| Scott Pivnick, Pillsbury Winthrop | Bank of New York |
| Donalt J. Eglinton, Ward and Smith | First Citizens Bank & Trust |
| David Taylor, Baker Botts | First Citizens |
| Jane Jaang, Sullivan Cromwell | The Clearing House |
| Tim Leonard, Boudreaux Leonard | HSBC Bank, USA |
| Nick Nicholas, Boudreaux Leonard | HSBC Bank, USA |
| Kurt Sauer, Daffer McDaniel | Cullen/Frost Bankers |
| Kevin Daffer, Daffer McDaniel | Cullen/Frost Bankers |
| Irah Donner, Wilmer Hale | HSBC Bank, USA |

Dated:  October 25, 2006                Respectfully submitted,

                                        FISH & RICHARDSON P.C.


                                        By: _____
                                            Thomas M. Melsheimer
                                            Texas State Bar No. 13922550
                                            1717 Main Street
                                            Suite 5000
                                            Dallas, TX  75201
                                            214-747-5070 (Telephone)
                                            214-747-2091 (Telecopy)

                                            Robert E. Hillman
                                            Fish & Richardson P.C.
                                            225 Franklin Street
                                            Boston, MA  02110-2804
                                            617-542-5070 (Telephone)
                                            617-542-8906 (Telecopy)

                                            Robert M. Parker
                                            Robert Christopher Bunt
                                            Parker & Bunt, P.C.
                                            100 E. Ferguson, Suite 1114
                                            Tyler, Texas 75702
                                            (903) 531-3535 (Telephone)
                                            (903) 533-9687 (Telecopy)

                                            Michael E. Jones
                                            Texas Bar No. 10929400
                                            E. Glenn Thames, Jr.
                                            Texas Bar No. 00785097
                                            Potter Minton
                                            500 Plaza Tower
                                            110 North College, Suite 500
                                            Tyler, TX  75702

                                        Counsel for Defendants
                                        BANK OF AMERICA CORPORATION,
                                        BANK OF AMERICA, NATIONAL
                                        ASSOCIATION

By:/s/ Thomas M. Melsheimer by permission on
behalf of the following counsel:

Danielle Williams
Kilpatrick Stockton LLP
1001 West Fourth Street
Winston-Salem, NC  27101

Attorneys for Defendants
BB&T CORPORATION, BRANCH BANKING &
TRUST CO., COMERICA BANK & TRUST,
N.A., COMERICA, INC., M&T BANK,
WACHOVIA CORPORATION, WACHOVIA
BANK, N.A.

Bill Boice
Audra Dial
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia  30309-4530

Attorneys for Defendants
BB&T CORPORATION, BRANCH BANKING &
TRUST CO., COMERICA BANK & TRUST,
N.A., COMERICA, INC., M&T BANK,
WACHOVIA CORPORATION, WACHOVIA
BANK, N.A.

Kenneth Godlewski
Stephen Baskin
Kilpatrick Stockton LLP
607 14th Street, NW,  Suite 900
Washington, DC  20005-2018

Attorneys for Defendants
BB&T CORPORATION, BRANCH BANKING &
TRUST CO., COMERICA BANK & TRUST,
N.A., COMERICA, INC., M&T BANK,
WACHOVIA CORPORATION, WACHOVIA
BANK, N.A.

Daniel A. DeVito
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

Attorneys for Defendant
VIEWPOINTE ARCHIVE SERVICES, LLC

John G. Flaim
Brian Hurst
Brian C. McCormack
Baker & McKenzie
2001 Ross Avenue, Suite 2300
Dallas, TX  75201-0800

Attorneys for Defendants
WELLS FARGO & COMPANY, WELLS FARGO
BANK, N.A.

Raymond Sweigart
Jack Barufka
Scott Pivnick
Pillsbury Winthrop Shaw Pittman LLP
1650 Tysons Blvd.
McLean, VA  22102-4859

Attorneys for Defendants
BANK OF NEW YORK CO., INC., THE BANK
OF NEW YORK, UNION BANK OF
CALIFORNIA, N.A., UNIONBANCAL
CORPORATION

David L. Ward, Jr.
Donalt J.Eglinton
Ward and Smith, P.A.
1001 College Court
New Bern, NC  28562

Attorneys for Defendants
FIRST CITIZENS BANCSHARES, INC., FIRST
CITIZENS BANK & TRUST CO.

Larry Carlson
David Taylor
Baker Botts L.L.P. (Dallas)
2001 Ross Avenue
Dallas, TX 75201-2980

Attorneys for Defendants
FIRST CITIZENS BANCSHARES, INC., FIRST
CITIZENS BANK & TRUST CO.

James H. Carter
James T. Williams
Jane Jaang
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004-2493

Attorneys for Defendants
THE CLEARINGHOUSE PAYMENTS CO.,
L.L.C. F/K/A

SMALL VALUE PAYMENTS CO., L.L.C.,

Glen Boudreaux
Tim Leonard
Edward J. Nicholas
Boudreaux Leonard Hammond Curcio
2 Houston Center
909 Fannin Street, Suite 2350
Houston, TX  77010

Attorneys for Defendants
HSBC NORTH AMERICA HOLDINGS, INC.,
HSBC BANK USA, N.A.

Kurt M. Sauer
Daffer McDaniel
The Chase Building
700 Lavaca, Suite 720
Austin, TX  78701-3119

Attorneys for Defendants
CULLEN/FROST BANKERS, INC., THE FROST
NATIONAL BANK

Irah Donner
Wilmer, Cutler, Pickering, Hale & Dorr
399 Park Ave.
New York, NY  10022

Attorney for Defendants
HSBC NORTH AMERICA HOLDINGS, INC.,
HSBC BANK USA, N.A.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ Thomas M. Melsheimer
Thomas M. Melsheimer

90196051.doc