UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORPORATION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 2:06-CV-72-DF |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| WELLS FARGO & COMPANY, et al. | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF APPEARANCE OF FERNANDO RODRIGUEZ, JR.

First Citizens BancShares, Inc. and First-Citizens Bank & Trust Company, Defendants in the above-entitled action, file this Notice of Appearance, and hereby notify the court and all parties of record that, in addition to the attorneys already representing it, the below-referenced attorney will be appearing as attorney of record on behalf of Defendants First Citizens BancShares, Inc. and First-Citizens Bank & Trust Company in the above-styled and numbered cause. Notice of this designation has been provided to all other parties, according to the Federal Rules of Civil Procedure.

>Fernando Rodriguez, Jr.
>State Bar No. 24005048
>Baker Botts L.L.P.
>2001 Ross Avenue, Suite 600
>Dallas, Texas 75201
>Telephone: 214-953-6500
>Facsimile: 214-953-6503
>Fernando.Rodriguez@bakerbotts.com

DAL01:930577.1                            1

2

Respectfully submitted,

/s/ Fernando Rodriguez, Jr.
Fernando Rodriguez
State Bar No. 24005048
Baker Botts L.L.P.
2001 Ross Avenue, Suite 600
Dallas, Texas 75201
Telephone: 214-953-6500
Facsimile: 214-953-6503
Email: fernando.rodriguez@bakerbotts.com

**CERTIFICATE OF SERVICE**

I certify that on the 30th day of October, 2006, all counsel who are deemed to have consented to electronic service are being served with a copy of this document by the Court's Electronic Filing System, pursuant to Local Rule CV-5(a)(3)(A).

 /s/ Fernando Rodriguez, Jr.
Fernando Rodriguez, Jr.