IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORP., | § § § | |
| Plaintiff, | § § | |
| vs. | § § | No. 2:06-cv-0072-DF<br>JURY TRIAL DEMANDED |
| WELLS FARGO & COMPANY, et. al. | § § | |
| Defendants | § § § | |

## DATATREASURY CORPORATION'S MOTION FOR EXTENSION OF TIME TO FILE PROPOSED PROTECTIVE ORDER

COMES NOW DataTreasury Corporation ("DataTreasury") and moves the Court for an Order extending the time for submission to the Court of the parties' proposed Protective Order, to November 8, 2006. In support wherefore, DataTreasury states as follows:

Datatreasury Corporation v. Wells Fargo & Company et al      Doc. 333

(1) The parties' proposed Protective Order is presently due Nov. 1, 2006;

(2) Recent changes have been proposed by one block of defendants to the proposed Protective Order, which Plaintiff and the remaining defendants wish to consider and potentially incorporate into the proposal which will be submitted to the Court;

(3) The parties are attempting to present a single proposed Protective Order to the Court, rather than dueling proposals, and require the additional time requested herein to pursue that objective.

For the foregoing reasons, DataTreasury respectfully requests that the Court grant the relief described herein.

Respectfully submitted,

By: _____

| | |
|---|---|
| Joe Kendall<br>Texas State Bar No. 11260700<br>Karl Rupp<br>Texas State Bar No. 24035243<br>**PROVOST UMPHREY LAW FIRM, L.L.P.**<br>3232 McKinney Ave., Suite 700<br>Dallas, Texas 75204<br>Telephone: (214) 744-3000<br>Facsimile: (214) 744-3015 | Edward L. Hohn<br>Anthony K. Bruster<br>**NIX, PATTERSON & ROACH, LLP**<br>205 Linda Drive<br>Daingerfield, TX 75638<br>Tel. (903) 645-7333<br>Fax (212) 645-4415 |
| Rodney A. Cooper<br>**THE COOPER LAW FIRM**<br>c/o **NIX PATTERSON & ROACH LLP**<br>5215 N. O'Connor Blvd, Ste. 1900<br>Irving, TX 75039<br>Tel. (972) 831-1188<br>Fax (972) 444-0726 | Edward L. Chin<br>**NIX PATTERSON & ROACH LLP**<br>5215 N. O'Connor Blvd, Ste. 1900<br>Irving, TX 75039<br>Tel. (972) 831-1188<br>Fax (972) 444-0726 |
| T. John Ward, Jr.<br>**LAW OFFICE OF T. JOHN WARD, JR., P.C.**<br>P.O. Box 1231<br>Longview, TX 75606<br>Tel. (903) 757-6400<br>Fax (903) 758-7397 | Eric M. Albritton<br>**ALBRITTON LAW FIRM**<br>P.O. Box 2649<br>Longview, TX 75606<br>Tel. (903) 757-8449<br>Fax (903) 758-7397 |

**Attorneys for Plaintiff, DataTreasury Corporation**