IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORP., | § § § § | |
| Plaintiff, | | |
| vs. | § § § | No. 2:06-cv-0072-DF<br>JURY TRIAL DEMANDED |
| WELLS FARGO & COMPANY, et al. | § § § | |
| Defendants | | |

## ORDER

The Court having considered the motion by DataTreasury Corporation for Extension of Time To File Proposed Protective Order, to November 8, 2006, hereby determines that said motion should be, and hereby is, GRANTED. SO ORDERED.

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel for the following parties do not oppose the relief requested herein:

Wells Fargo & Company
Bank of America Corp.
Wachovia Corporation
Suntrust Bank
Union Bank of California
KeyCorp
PNC Bank
Electronic Data Systems Corp.
The Clearinghouse Payments Company
BB&T Corp.
Harris Bancorp
Comerica Inc.
M&T Bank

The undersigned was unable to determine the position of the remaining litigants concerning the relief requested herein in time for the filing of the motion.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was served electronically upon all counsel deemed to have consented to such service by virtue of their appearance in this case.

Karl A. Rupp