IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORP., | § § § | |
| Plaintiff, | § § | |
| vs. | § § | No. 2:06-cv-0072-DF |
| WELLS FARGO & COMPANY, et. al. | § § | JURY TRIAL DEMANDED |
| Defendants | § § § | |

### DATATREASURY CORPORATION'S MOTION FOR EXTENSION OF TIME TO FILE PROPOSED PROTECTIVE ORDER

COMES NOW DataTreasury Corporation ("DataTreasury") and moves the Court for an Order extending the time for submission to the Court of the parties' proposed Protective Order, to November 8, 2006. In support wherefore, DataTreasury states as follows:

Datatreasury Corporation v. Wells Fargo & Company et al     Doc. 334

(1) The parties' proposed Protective Order is presently due Nov. 1, 2006;

(2) Recent changes have been proposed by one block of defendants to the proposed Protective Order, which Plaintiff and the remaining defendants wish to consider and potentially incorporate into the proposal which will be submitted to the Court;

(3) The parties are attempting to present a single proposed Protective Order to the Court, rather than dueling proposals, and require the additional time requested herein to pursue that objective.

For the foregoing reasons, DataTreasury respectfully requests that the Court grant the relief described herein.

Respectfully submitted,

By:____________________

Joe Kendall
Texas State Bar No. 11260700
Karl Rupp
Texas State Bar No. 24035243
**PROVOST UMPHREY LAW FIRM, L.L.P.**
3232 McKinney Ave., Suite 700
Dallas, Texas 75204
Telephone: (214) 744-3000
Facsimile: (214) 744-3015

Edward L. Hohn
Anthony K. Bruster
**NIX, PATTERSON & ROACH, LLP**
205 Linda Drive
Daingerfield, TX 75638
Tel. (903) 645-7333
Fax (212) 645-4415

Rodney A. Cooper
**THE COOPER LAW FIRM**
**c/o NIX PATTERSON & ROACH LLP**
5215 N. O'Connor Blvd, Ste. 1900
Irving, TX 75039
Tel. (972) 831-1188
Fax (972) 444-0726

Edward L. Chin
**NIX PATTERSON & ROACH LLP**
5215 N. O'Connor Blvd, Ste. 1900
Irving, TX 75039
Tel. (972) 831-1188
Fax (972) 444-0726

T. John Ward, Jr.
**LAW OFFICE OF T. JOHN WARD, JR., P.C.**
P.O. Box 1231
Longview, TX 75606
Tel. (903) 757-6400
Fax (903) 758-7397

Eric M. Albritton
**ALBRITTON LAW FIRM**
P.O. Box 2649
Longview, TX 75606
Tel. (903) 757-8449
Fax (903) 758-7397

**Attorneys for Plaintiff, DataTreasury Corporation**

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel for the following parties do not oppose the relief requested herein:

Wells Fargo & Company
Bank of America Corp.
Wachovia Corporation
Suntrust Bank
Union Bank of California
KeyCorp
PNC Bank
Electronic Data Systems Corp.
The Clearinghouse Payments Company
BB&T Corp.
Harris Bancorp
Comerica Inc.
M&T Bank

The undersigned was unable to determine the position of the remaining litigants concerning the relief requested herein in time for the filing of the motion.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was served electronically upon all counsel deemed to have consented to such service by virtue of their appearance in this case.

Karl A. Rupp