IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORPORATION | § | |
| | § | |
| PLAINTIFF | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:06-CV-72-DF |
| | § | |
| WELLS FARGO & CO., ET AL, | § | |
| | § | |
| DEFENDANTS | § | |

## NOTICE OF DEFENDANTS' CITY NATIONAL CORPORATION AND CITY NATIONAL BANK

TO THE HONORABLE JUDGE OF SAID COURT:

Please take notice that Defendants' City National Corporation and City National Bank

("City National") decline to sign the stipulation set forth in the Court's October 25, 2006 Order

regarding a stay as to the Ballard Patents.

DATED this 2nd day of November, 2006.

By: /s/ Andrew W. Spangler
David Gindler – Lead Attorney
State Bar No. 117824
Rachel M. Capoccia
State Bar No. 187160
Morgan Chu
State Bar No. 70466
Andrew D. Weiss
State Bar No. 232974
Elizabeth L. Rosenblatt
State Bar No. 203196
Irell & Manella, LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
310-277-1010
Fax: 310-282-5655
Email: rcapoccia@irell.com
Email: mchu@irell.com

Email: aweiss@irell.com
Email: erosenblatt@irell.com
Email: dgindler@irell.com

Sidney Calvin Capshaw, III
State Bar No. 03783900
Andrew W. Spangler
State Bar No. 24041960
Elizabeth L. DeRieux
State Bar No. 05770585
Brown McCarroll
1127 Judson Rd., Ste. 220
Longview, TX 75601
PO Box 3999
Longview, TX 75606-3999
903-236-9800
Fax: 1-903-236-8787
Email: ccapshaw@mailbmc.com
Email: aspangler@mailbmc.com
Email: ederieux@mailbmc.com


ATTORNEYS FOR DEFENDANTS
CITY NATIONAL CORPORATION AND
CITY NATIONAL BANK

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 2nd day of November, 2006, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by, electronic mail, facsimile transmission and/or first class mail on this same date.


/s/ Andrew W. Spangler
Andrew W. Spangler