IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DATATREASURY CORP., | |
| Plaintiff, | Case No. 2:06-cv-00072DF |
| v. | |
| WELLS FARGO & CO., et al., | Judge Folsom |
| Defendants. | |

### NOTICE OF DEFENDANT, CITIZENS FINANCIAL GROUP, INC., RELATING TO DECISION NOT TO STIPULATE

Now comes, Citizens Financial Group, Inc., by and through its counsel, and hereby provides Notice to the Court, pursuant to its Order dated October 25, 2006, Document #326, that Citizens Financial Group, Inc. will not sign the following stipulation:

> The parties agree that the stay will be granted only on condition that [an individual defendant] agrees not to challenge United States Patent Numbers 5,910,988 and/or 6,032,137 based on any prior art printed publications that were considered in the reexamination process.

Dated: November 3, 2006

Respectfully submitted,

/s/ Claude E. Welch_____
Claude E. Welch
115 West Shepherd Avenue
P.O. Box 1574
Lufkin, TX 75902-1574
Tel.: (936) 639-3311
Fax: (936) 639-3049
welchlawoffice@consolidated.net

Jeffrey S. Standley
James L. Kwak
F. Michael Speed, Jr.

STANDLEY LAW GROUP LLP
495 Metro Place South, Suite 210
Dublin, OH 43017-5319
Tel.: 614-792-5555
Fax: 614-792-5536

COUNSEL FOR CITIZENS FINANCIAL GROUP, INC.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 3rd day of November, 2006 a true and accurate copy of the foregoing NOTICE OF DEFENDANT, CITIZENS FINANCIAL GROUP, INC., RELATING TO DECISION NOT TO STIPULATE was served upon all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF filing system per Local Rule CV-5(a)(3).

_/s/ Claude E. Welch_____
Claude E. Welch