# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORPORATION | § | Civil Action No. 2:06-CV-72 |
| *PLAINTIFF* | § | |
| *vs.* | § | Judge David Folsom |
| | § | |
| WELLS FARGO & COMPANY, *ET AL.* | § | |
| *DEFENDANTS* | § | |
| | § | |

## DEFENDANTS SUNTRUST BANK AND SUNTRUST BANKS, INC.'S
## NOTICE OF DECISION REGARDING STIPULATION

Pursuant to the Court's Order (Dkt. No. 326) dated October 25, 2006 regarding the pending Motions to Sever and Stay Claims Relating to the Ballard Patents Pending Reexamination of the Ballard Patents, Defendants SunTrust Bank and SunTrust Banks, Inc. respectfully notify this Court of their decision not to execute the stipulation proposed in the Order.

DATED:  November 3, 2006            Respectfully submitted,

**McKOOL SMITH, P.C**.

/s/ Sam Baxter
SAM BAXTER
Lead Attorney
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
505 East Travis Street, Suite 105
Marshall, Texas  75670
Telephone:  (903) 927-2111
Telecopy:  (903) 927-2622

**DEFENDANTS SUNTRUST BANK AND SUNTRUST BANKS, INC.'S
NOTICE OF DECISION REGARDING STIPULATION**                                    **PAGE 1**
Dallas 227897v2

Dockets.Justia.com

>THEODORE STEVENSON, III
>Texas State Bar No. 19196650
>tstevenson@mckoolsmith.com
>L. DAVID ANDERSON
>Texas State Bar No. 00796126
>danderson@mckoolsmith.com
>300 Crescent Court
>Suite 1500
>Telephone: (214) 978-4000
>Telecopier: (214) 978-4044
>
>PETER J. AYERS
>Texas State Bar No. 24009882
>payers@mckoolsmith.com
>GEOFFREY L. SMITH
>Texas State Bar No. 24041939
>gsmith@mckoolsmith.com
>300 W. 6th Street, Suite 1700
>Austin, Texas 78701
>Telephone:  (512) 692-8700
>Telecopy:    (512) 692-8744
>
>**ATTORNEYS FOR DEFENDANTS SUNTRUST BANKS, INC. AND SUNTRUST BANK**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this motion was served on all counsel who have consented to electronic service.  Local Rule CV-5(a)(3)(A).

>/s/ L. David Anderson
>L. David Anderson