UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DATATREASURY CORPORATION, § | |
| § | |
| Plaintiff, § | |
| § | CIVIL ACTION NO. 2:06-CV-72-DF |
| v. § | |
| § | JURY TRIAL DEMANDED |
| WELLS FARGO & COMPANY, et al. § | |
| § | |
| Defendants. § | |

**NOTICE OF DEFENDANTS FIRST-CITIZENS BANK & TRUST COMPANY AND FIRST CITIZENS BANCSHARES, INC. REGARDING PROPOSED STIPULATION**

Defendants First-Citizens Bank & Trust Company and First Citizens BancShares, Inc. hereby notify the Court of their position regarding the stipulation proposed in this Court's October 25, 2006 Order (Docket No. 326) granting as modified the Motions to Sever and Stay the Claims Relating to the Ballard Patents Pending Reexamination of the Ballard Patents, conditioned on entering the proposed stipulation.

First-Citizens Bank & Trust Company agrees that the stay will be granted only on condition that First-Citizens Bank & Trust Company agrees not to challenge United States Patent Numbers 5,910,988 and/or 6,032,137 based on any prior art printed publications that were considered in the reexamination process. To satisfy the Court's condition, if the Court enters the stay, First-Citizens Bank & Trust Company agrees not to challenge United States Patent Numbers 5,910,988 and/or 6,032,137 based on any prior art printed publications that were considered in the reexamination process.

First Citizens BancShares, Inc., without waiving its jurisdictional defense, hereby notifies the Court that it stands ready to execute the stipulation, if necessary, pending this Court's

Dockets.Justia.com

disposition of its Motion to Dismiss for Lack of Personal Jurisdiction (Docket No. 84).

Respectfully submitted,

/s/ Larry D. Carlson
Larry D. Carlson, Attorney-in-Charge
   Texas State Bar No. 03814500
    E-Mail: larry.carlson@bakerbotts.com
Rodriguez, Fernando
   Texas State Bar No. 24005048
    E-Mail: fernando.rodriguez@bakerbotts.com
David O. Taylor
   Texas State Bar No. 24042010
    E-Mail: david.taylor@bakerbotts.com
BAKER BOTTS L.L.P.
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 953-6500
Facsimile: (214) 953-6503

Donalt J. Eglinton
    E-Mail: dje@wardandsmith.com
WARD AND SMITH, P.A.
Post Office Box 867
New Bern, North Carolina 28563
Telephone: (252) 672-5456
Facsimile: (252) 672-5477

ATTORNEYS FOR DEFENDANTS FIRST-CITIZENS BANK & TRUST COMPANY AND FIRST CITIZENS BANCSHARES, INC.

## CERTIFICATE OF SERVICE

I certify that on the 3rd day of November, 2006, all counsel who are deemed to have consented to electronic service are being served with a copy of this document by the Court's Electronic Filing System, pursuant to Local Rule CV-5(a)(3)(A).

/s/ Larry D. Carlson
Larry D. Carlson