UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DATATREASURY CORPORATION,<br><br>Plaintiff<br><br>v.<br><br>WELLS FARGO & COMPANY; WELLS FARGO & COMPANY; WELLS FARGO BANK, NATIONAL ASSOCIATION; BANK OF AMERICA CORPORATION; BANK OF AMERICA, NATIONAL ASSOCIATION; U.S. BANCORP; U.S. BANK, NATIONAL ASSOCIATION; WACHOVIA CORPORATION; WACHOVIA BANK, NATIONAL ASSOCIATION; SUNTRUST BANKS, INC.; SUNTRUST BANK; BB&T CORPORATION; BRANCH BANKING AND TRUST COMPANY; BANCORPSOUTH, INC.; BANCORPSOUTH BANK; COMPASS BANCSHARES, INC.; COMPASS BANK; CULLEN/FROST BANKERS, INC.; THE FROST NATIONAL BANK; FIRST HORIZON NATIONAL CORPORATION; FIRST TENNESSEE BANK, NATIONAL ASSOCIATION; HSBC NORTH AMERICA HOLDINGS INC.; HSBC BANK USA, N.A.; HARRIS BANKCORP, INC.; HARRIS N.A.; NATIONAL CITY CORPORATION; NATIONAL CITY BANK; ZIONS BANCORPORATION; ZIONS FIRST NATIONAL BANK; BANK OF NEW YORK CO., INC.; THE BANK OF NEW YORK; UNIONBANCAL CORPORATION; UNION BANK OF CALIFORNIA, NATIONAL ASSOCIATION; BANK OF TOKYO-MITSUBISHI UFJ, LTD.; CITIZENS FINANCIAL GROUP, INC. | 2:06-CV-72 DF |

US2000 9568081.1 55588-329765

| | |
|---|---|
| CITY NATIONAL CORPORATION; CITY NATIONAL BANK; COMERICA INCORPORATED; COMERICA BANK & TRUST, NATIONAL ASSOCIATION; DEUTSCHE BANK TRUST COMPANY AMERICAS; FIRST CITIZENS BANCSHARES, INC.; FIRST CITIZENS BANK & TRUST COMPANY; KEYCORP; KEYBANK NATIONAL ASSOCIATION; LASALLE BANK CORPORATION; LASALLE BANK NA; M&T BANK CORPORATION; M&T BANK; THE PNC FINANCIAL SERVICES GROUP, INC.; PNC BANK, NATIONAL ASSOCIATION UBS AMERICAS, INC.; SMALL VALUE PAYMENTS COMPANY, LLC; THE CLEARING HOUSE PAYMENTS COMPANY, LLC; MAGTEK, INC; FIRST DATA CORPORATION; TELECHECK SERVICES, INC., REMITCO, LLC; and ELECTRONIC DATA SYSTEMS CORP. Defendants. | |

## DEFENDANTS' NOTICE OF DECISION NOT TO SIGN STIPULATION

Defendants, BB&T Corporation, Branch Banking and Trust Company, Comerica Inc., Comerica Bank & Trust National Association, M&T Bank Corporation, M&T Bank, Bank of New York Co., Inc., The Bank of New York, Unionbancal Corporation, Union Bank of California, N.A., First Data Corporation, Telecheck Services, Inc., Remitco, LLC, Lasalle Bank Corporation, Lasalle Bank N.A., Deutsche Bank Trust Company Americas, Bank of Tokyo-Mitsubishi UFJ, Ltd., UBS Americas, Inc., Cullen Frost Bankers, Inc., The Frost National Bank, The Clearinghouse Payments Co., L.L.C., HSBC Bank USA, N.A., National City Bank, National City Corporation, U.S. Bancorp, U.S. Bank, N.A., Viewpointe Archive Services LLC,

2

Bancorpsouth, Inc., and Bancorpsouth Bank respectfully notify this Court of their decision not to execute the stipulation proposed in this Court's October 25, 2006 Order (Dkt. No. 326) on the pending Motions to Sever and Stay the Claims relating to the Ballard Patents.

Respectfully submitted this 3rd day of November, 2006.

/s/ E. Danielle Thompson Williams___
William H. Boice
Steven Gardner
E. Danielle Thompson Williams
Audra A. Dial

KILPATRICK STOCKTON LLP
Suite 2800
1100 Peachtree Street
Atlanta, GA 30309-4530
Telephone: (404) 815-6500
Fax: (404) 815-6555

1001 West 4th Street
Winston-Salem, NC 27104
Telephone: (336) 607-7300
Fax: (336) 607-7500


Lance Lee
YOUNG, PICKETT & LEE
4122 Texas Boulevard
P. O. Box 1897
Texarkana, TX 75504

**ATTORNEYS FOR DEFENDANTS BB&T CORPORATION, BRANCH BANKING AND TRUST COMPANY, COMERICA INC., COMERICA BANK & TRUST NATIONAL ASSOCIATION, M&T BANK CORPORATION AND M&T BANK**

3

/s/ Jennifer Parker Ainsworth
Jennifer Parker Ainsworth
Texas Bar No. 00784720
WILSON, SHEEHY, KNOWLES,
ROBERTSON & CORNELIUS, P.C.
909 ESE Loop 323
Suite 400
Tyler, Texas  75701
T: (903) 509-5000
F: (903) 509-5092
jainsworth@wilsonlawfirm.com

Richard Hogan
Texas Bar No. 09802010
PILLSBURY WINTHROP SHAW PITTMAN LLP
2 Houston Center
909 Fannin Street 22nd Floor
Houston TX 77010
T: (713) 425-7327
F: (713) 425-7373
richard.hogan@pillsburylaw.com

Raymond L. Sweigart
Scott J. Pivnick
PILLSBURY WINTHROP SHAW PITTMAN LLP
1650 Tysons Blvd.
McLean, VA  22102-4859
T: (703) 770-7900
F: (703) 905-2500
raymond.sweigart@pillsburylaw.com
scott.pivnick@pillsburylaw.com

**ATTORNEYS FOR DEFENDANTS BANK OF NEW YORK CO., INC., THE BANK OF NEW YORK, UNIONBANCAL CORPORATION, AND UNION BANK OF CALIFORNIA, N.A.**

/s/_Edward G. Poplawski
EDWARD G. POPLAWSKI (Pro Hac Vice)
E-Mail: EPoplaws@Sidley.com
JEFFREY A. FINN (Pro Hac Vice)
E-Mail: JFinn@Sidley.com

4

CARISSA A. TENER (Pro Hac Vice)
E-Mail: CTener@Sidley.com
SIDLEY AUSTIN L.L.P.
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
tel. 213-896-6000
fax 213-896-6600

LANCE LEE
Texas Bar No. 240004762
YOUNG, PICKETT & LEE, L.L.P.
4122 Texas Blvd.
P.O. Box 1897
Texarkana, Texas 75504
tel. 903-794-1303
fax 903-792-5098
E-Mail: WLanceLee@aol.com

**ATTORNEYS FOR FIRST DATA CORPORATION, TELECHECK SERVICES, INC., REMITCO, LLC, LASALLE BANK CORPORATION, LASALLE BANK NA, DEUTSCHE BANK TRUST COMPANY AMERICAS, BANK OF TOKYO-MITSUBISHI UFJ, LTD.**

/s/ Scott W. Breedlove
William L. LaFuze
Texas Bar No. 11792500
*wlafuze@velaw.com*
D. Ferguson McNiel, III
Texas Bar No. 13830300
*fmcniel@velaw.com*
Vinson & Elkins LLP
2300 First City Tower
1001 Fannin Street
Houston, TX  77002
Telephone:  713.758.2222
Facsimile:  713.758.2346
Scott W. Breedlove
Texas Bar No. 00790361
*sbreedlove@velaw.com*
Vinson & Elkins LLP
3700 Trammell Crow Center
2001 Ross Avenue

5

Dallas, TX 75201-2975
Telephone: 214.220.7700
Facsimile: 214.220.7716
 Harry Lee Gillam, Jr.
Texas Bar No. 07921800
*Gil@gillamsmithlaw.com*
Melissa Richards Smith
Texas Bar No. 24001351
*Melissa@gillamsmithlaw.com*
Gillam & Smith LLP
110 South Bolivar, Suite 204
Marshall, TX 75670
Telephone: 903.934.8450
Facsimile: 903.934.9257

**ATTORNEYS FOR UBS AMERICAS, INC.**


__/s/  Kurt M. Sauer_____
Kurt M. Sauer
Texas Bar No. 17673700
DAFFER MCDANIEL, LLP
700 Lavaca Street, Suite 720
Austin, Texas 78701
Tel. (512) 476-1400
Fax (512) 703-1250
ksauer@dmtechlaw.com

**ATTORNEY FOR DEFENDANT CULLEN FROST BANKERS, INC. AND THE FROST NATIONAL BANK**

/s/  James H. Carter
James H. Carter
James T. Williams
Jane Jaang
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004-2498
212-558-4000
212-558-3588 (Fax)
carterj@sullcrom.com
williamsj@sullcrom.com
jaangj@sullcrom.com

6

Ronald Clayton
Lawrence Scinto
Stephen Belisle
Fitzpatrick, Cella, Harper & Scinto
30 Rockefeller Plaza
New York, New York  10112-3801
212-218-2246
212-218-2200 (Fax)
rclayton@fchs.com
lscinto@fchs.com
sbelisle@fchs.com

Preston McGee
Flowers Davis
1021 ESE Loop 323
Suite 200
Tyler, TX 75701
903-534-8063
903-534-1650 (Fax)
pmcgee@tyler.net

**ATTORNEYS FOR THE CLEARINGHOUSE PAYMENTS CO., L.L.C. (also named herein as Small Value Payments Company, LLC)**

/s/_Glen Boudreaux
Glen Boudreaux
Tim Leonard
Boudreaux Leonard Hammond & Curcio
2 Houston Center
909 Fannin St.
Suite 2350
Houston, Texas  77010
713-757-0000
gboudreaux@blhc-law.com
tleonard@blhc-law.com

Roy Hardin
Locke Liddell & Sapp
2200 Ross Avenue, Suite 2200
Dallas, TX 75201-6776
214-740-8556
rhardin@lockeliddell.com

7

Irah Donner
WilmerHale
399 Park Avenue
New York, NY 10022
212-230-8887
Irah.donner@wilmerhale.com

**ATTORNEYS FOR HSBC BANK USA, N.A.**

/s/_Anthony H. Son
Anthony H. Son
John Feldhaus
Foley & Lardner
300 K. St. N.W.
Suite 500
Washington, D.C. 20007
202-672-5403
202-672-5399 (Fax)
ason@foley.com
jfeldhaus@foley.com


**ATTORNEYS FOR NATIONAL CITY BANK, NATIONAL CITY CORPORATION, U.S. BANCORP, AND U.S. BANK, N.A.**

/s/_P. Anthony Sammi
Phillip Philbin
Russ Emerson
Haynes & Boone
901 Main St., Suite 3100
Dallas, TX 75202
214-651-5684
214-200-0672 (Fax)

Daniel A. DeVito
P. Anthony Sammi
Skadden Arps Slate Meagher & Flom
4 Times Square
New York, NY 10036
212-735-3000
212-735-2000 (Fax)

**ATTORNEYS FOR VIEWPOINTE ARCHIVE SERVICES LLC**

8

/s/ John H. McDowell, Jr.
John H. McDowell, Jr.
Greg Perrone
Hughes & Luce LLP
1717 Main Street, Suite 2800
Dallas, Texas  75201
214-939-5413
214-939-5849 (Fax)
john.mcdowell@hughesluce.com
gregory.perrone@hughesluce.com

**ATTORNEYS FOR BANCORPSOUTH, INC.
BANCORPSOUTH BANK**

US2000 9568081.1 55588-329765

## CERTIFICATE OF SERVICE

      I hereby certify that on this date I caused to be served the foregoing Defendants' Notice of Decision not to Sign Stipulation on Plaintiff's counsel of record by electronic mail via the Court's CM/ECF system, pursuant to Local Court Rule 5, addressed as follows:

| | |
|---|---|
| Edward L. Hohn | edhohn@nixlawfirm.com |
| Harold Wayne Nix | haroldnix@nixlawfirm.com |
| Nix Patterson & Roach, L.L.P. | |
| 205 Linda Drive | |
| Daingerfield, TX 75638 | |
| | |
| Louis Brady Paddock, Esq. | bpaddock@nixlawfirm.com |
| Anthony Bruster, Esq. | akbruster@nixlawfirm.com |
| Richard B. King, Esq. | benking@nixlawfirm.com |
| Nix Patterson & Roach, L.L.P. | |
| 2900 St. Michael Dr., 5th Floor | |
| Texarkana, TX 75503 | |
| | |
| Rod A. Cooper, JD, MA | rcooper@cooperiplaw.com |
| The Cooper Law Firm | |
| 5215 N. O'Connor Blvd. | |
| Suite 1900 | |
| Irving, TX 75039 | |
| | |
| Eric M. Albritton | ema@emafirm.com |
| Albritton Law Firm | |
| 109 W. Tyler | |
| Longview, TX 75601 | |
| | |
| Joe Kendall | jkendall@provostumphrey.com |
| Karl Rupp | krupp@provostumphrey.com |
| Provost Umphrey Law Firm, L.L.P. | |
| 3232 McKinney Avenue, Suite 700 | |
| Dallas, TX 75204 | |
| | |
| T. John Ward Jr. | jw@jwfirm.com |
| Law Office of T. John Ward, Jr. P.C. | |
| 109 W. Tyler | |
| Longview, TX 75601 | |
| | |
| Edward K. Chin, Esq. | edchin@nixlawfirm.com |
| Nix Patterson & Roach, L.L.P. | |
| 5215 N. O'Connor Blvd. | |

US2000 9568081.1 55588-329765

Suite 1900
Irving, TX 75039

This 3rd day of November, 2006.

        s/ E. Danielle Thompson Williams
        E. Danielle Thompson Williams

        Attorney for Defendants BB&T Corporation, Branch Banking and Trust Company, Comerica Inc., Comerica Bank & Trust National Association, M&T Bank Corporation and M&T Bank