**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **DATATREASURY CORPORATION** | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | **Civil Action No. 2-06CV-72-DF** |
| | § | |
| **WELLS FARGO & COMPANY,** *et al.* | § | |
| **Defendants.** | § | |

**DEFENDANTS COMPASS BANK, COMPASS BANCSHARES, INC.,
FIRST HORIZON NATIONAL CORPORATION, AND
FIRST TENNESSEE BANK NATIONAL ASSOCIATION'S
NOTICE OF DECISION REGARDING STIPULATION**

Pursuant to the Court's October 25, 2006 Order, Docket No. 326, Defendants Compass Bank, Compass Bancshares, Inc. (jointly, the "Compass Defendants"), First Horizon National Corporation ("First Horizon"), and First Tennessee Bank, National Association ("First Tennessee") respectfully notify the Court that, based on the terms of the Order, they decline to agree to the stipulation proposed in the Order.

**DEFENDANTS COMPASS BANK, COMPASS BANCSHARES, INC., FIRST HORIZON NATIONAL CORPORATION, AND
FIRST TENNESSEE BANK NATIONAL ASSOCIATION'S NOTICE OF DECISION REGARDING STIPULATION -- Page 1**

DAL:640940.1

Dated: November 3, 2006                    Respectfully submitted,

                                           **ANDREWS KURTH LLP**

                                           By:                /S/   *Tonya M. Gray*
                                                      Jerry L. Beane
                                                      Texas Bar No. 01966000
                                                      jerrybeane@andrewskurth.com
                                                      Gerald C. Conley
                                                      Texas Bar No. 04664200
                                                      geraldconley@andrewskurth.com
                                                      Kay Lynn Brumbaugh
                                                      Texas Bar No. 00785152
                                                      kaylynnbrumbaugh@andrewskurth.com
                                                      Tonya M. Gray
                                                      Texas Bar No. 24012726
                                                      tonyagray@andrewskurth.com

                                           1717 Main Street, Suite 3700
                                           Dallas, Texas 75201
                                           Telephone:  (214) 659-4400
                                           Facsimile:  (214) 659-4401

                                           **ATTORNEYS FOR DEFENDANTS
                                           COMPASS BANCSHARES, INC, COMPASS
                                           BANK, FIRST HORIZON NATIONAL
                                           CORPORATION, AND FIRST TENNESSEE
                                           BANK, NATIONAL ASSOCIATION**

<u>**CERTIFICATE OF SERVICE**</u>

This is to certify that a true and correct copy of this document has been served on all counsel of record via electronic mail through Local Rule CV-5(a) on this the 3rd day of November, 2006.

                                           _____/S/_____
                                           Tonya M. Gray

---

**DEFENDANTS COMPASS BANK, COMPASS BANCSHARES, INC., FIRST HORIZON NATIONAL CORPORATION, AND
FIRST TENNESSEE BANK NATIONAL ASSOCIATION'S NOTICE OF DECISION REGARDING STIPULATION -- Page 2**