IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORP., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | No. 2:06-cv-0072-DF |
| | § | JURY TRIAL DEMANDED |
| WELLS FARGO & COMPANY, et al. | § | |
| | § | |
| Defendants | § | |

## ORDER

The Court having considered the motion by DataTreasury Corporation for Extension of Time To File Proposed Protective Order, to November 8, 2006, hereby determines that said motion should be, and hereby is, GRANTED. SO ORDERED.

**SIGNED this 6th day of November, 2006.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE