# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **DATA TREASURY CORPORATION,** | |
| **Plaintiff** | |
| v. | **2:06-CV-72 DF** |
| **WELLS FARGO & COMPANY; et al.** | |
| **Defendants** | |

## JOINT MOTION TO EXTEND DEADLINES SET FORTH IN ORDER FROM SCHEDULING CONFERENCE AND DOCKET CONTROL ORDER

Defendants Bank of America, N.A. and Bank of America, Corp. jointly move with Plaintiff Data Treasury Corp. to extend the deadlines stated in the Court's Order from Scheduling Conference and Docket Control Order (Docket No. 325, and hereafter "Court's Order"). The Court's Order requires the parties to submit by November 8: (1) a proposed protective order, or separate proposals for protective order, (2) proposals for a "deposition protocol order," (3) candidates for special master, (4) candidates for technical advisor, and (5) notice regarding the parties' efforts to establish e-mail addresses for each litigant group. (Court's Order at 3, 6).[1] Plaintiffs and all of the defendants[2] continue to negotiate these issues so that as many issues as possible may be resolved and/or presented to the Court in joint submissions. The parties believe that an additional day to negotiate and finalize their submissions will result in fewer submissions and issues for the Court. Accordingly, the parties

---

[1] The deadline for filing the Agreed Motion for Entry of Protective Order or the parties separate proposals for protective orders is set by Docket No. 347.
[2] Although Bank of America and Data Treasury jointly file this motion, all of the parties efforts to file joint submissions make this motion applicable to all parties.

JOINT MOTION TO EXTEND DEADLINES SET FORTH IN ORDER FROM SCHEDULING CONFERENCE AND DOCKET CONTROL ORDER - Page1

respectfully request that the Court extend the deadlines in the Court's Order (Docket No. 325) from November 8, 2006 to November 9, 2006.

Dated: November 8, 2006

Respectfully submitted,

FISH & RICHARDSON P.C.

By: /s Thomas M. Melsheimer
    Thomas M. Melsheimer
    Texas State Bar No. 13922550
    1717 Main Street
    Suite 5000
    Dallas, TX 75201
    214-747-5070 (Telephone)
    214-747-2091 (Telecopy)

    Robert E. Hillman
    Fish & Richardson P.C.
    225 Franklin Street
    Boston, MA 02110-2804
    617-542-5070 (Telephone)
    617-542-8906 (Telecopy)

    Robert M. Parker
    Robert Christopher Bunt
    Parker & Bunt, P.C.
    100 E. Ferguson, Suite 1114
    Tyler, Texas 75702
    (903) 531-3535 (Telephone)
    (903) 533-9687 (Telecopy)

    Michael E. Jones
    Texas Bar No. 10929400
    E. Glenn Thames, Jr.
    Texas Bar No. 00785097
    Potter Minton
    500 Plaza Tower
    110 North College, Suite 500
    Tyler, TX 75702

Counsel for Defendants
BANK OF AMERICA CORPORATION,
BANK OF AMERICA, NATIONAL
ASSOCIATION

By: /s_____
Karl Rupp
With permission: R. Ritch Roberts
Provost Umphrey Law Firm, LLP
3232 McKinney Ave., Suite 700
Dallas, TX 75204
214-744-3000 (Telephone)
214-744-3015 (Telecopy)

Attorney for Plaintiff
DATA TREASURY CORPORATION

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on November 8, 2006 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                        /s Thomas M. Melsheimer
                                            Thomas M. Melsheimer

90198598.doc