# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **DATATREASURY CORPORATION,** | |
| **Plaintiff** | |
| v. | CIVIL ACTION NO. 2:06-CV-72 DF |
| **WELLS FARGO & CO., et al.,** | |
| **Defendants** | |

## ORDER GRANTING DEFENDANTS' MOTION FOR ENTRY OF A PROTECTIVE ORDER

The Court, having considered Defendants' Motion for Entry of a Protective Order filed on behalf of Defendants Harris Bankcorp, Inc., Harris N.A., KeyBank National Association, KeyCorp, PNC Bank, The PNC Financial Services Group, Inc., SunTrust Bank, SunTrust Banks, Inc., Electronic Data Systems Corp., HSBC Bank USA N.A., HSBC North American Holdings, Inc.[1], BancorpSouth Bank, and BancorpSouth, Inc., all briefing related thereto, and arguments of counsel, finds that the Motion for Entry of a Protective Order should be denied.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendants' Motion for Entry of a Protective Order is hereby GRANTED in its entirety.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the proposed Protective Order attached as Exhibit 1 to Defendants' Motion for Entry of a Protective Order is hereby entered.

Dallas 228353v1