UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **DATA TREASURY CORPORATION,** | **2:06-CV-72 DF** |
| **Plaintiff** | |
| v. | |
| **WELLS FARGO & COMPANY; et al.** | |
| **Defendants** | |

## MOTION FOR ENTRY OF PROTECTIVE ORDER

Plaintiff Data Treasury Corp. and Defendants Wells Fargo & Company; Wells Fargo Bank, National Association; Bank Of America Corporation; Bank Of America, National Association; U.S. Bancorp; U.S. Bank, National Association; Wachovia Corporation; Wachovia Bank, National Association; BB&T Corporation; Branch Banking And Trust Company; Compass Bancshares, Inc.; Compass Bank; Cullen/Frost Bankers, Inc.; The Frost National Bank; First Horizon National Corporation; First Tennessee Bank, National Association; National City Corporation; National City Bank; Zions Bancorporation; Zions First National Bank; Bank Of New York Co., Inc.; The Bank Of New York; Unionbancal Corporation; Union Bank Of California, National Association; Bank Of Tokyo-Mitsubishi UFJ, Ltd.; City National Corporation; City National Bank; Comerica Incorporated; Comerica Bank & Trust, National Association; Deutsche Bank Trust Company Americas; First Citizens Bancshares, Inc.; First Citizens Bank & Trust Company; Lasalle Bank Corporation; Lasalle Bank NA; M&T Bank Corporation; M&T Bank; UBS Americas, Inc.; Small Value Payments Company, LLC; The Clearing House Payments Company, LLC; Magtek, Inc; First Data Corporation; Telecheck

MOTION FOR ENTRY OF PROTECTIVE ORDER – Page 1

Services, Inc., Remitco, LLC[1] (the "Moving Parties") hereby move that the Court enter the protective order attached to this motion as Exhibit A (the "Proposed Order") to govern discovery in this case.

The Proposed Order is virtually identical to the protective orders this court entered in related litigation: *Data Treasury Corp. v. Bank of America, Corp., Bank of America, N.A.* (2:05-cv-292); *Data Treasury Corp. v. Wachovia Corp., Wachovia Bank N.A.* (2:05-cv-293); and *Data Treasury Corp. v. Wells Fargo & Co, Wells Fargo Bank, N.A.* (2:05-cv-291).[2] Additionally, the Proposed Order is substantially similar to the protective order in the related *Data Treasury Corp. v. J.P. Morgan Chase & Co., et al.* (5:02-cv-124) litigation. Thus, as parties and non-parties to the related prior cases, the Plaintiff and many of the Defendants involved in this case have already, and continue to, work under the Proposed Order's terms.

The Non-Joining Defendants agree with all of the Protective Order's provisions except for two. First, the Proposed Order includes only one level of confidentiality such that all documents either receive no confidentiality designation, or are marked "confidential." "Confidential" documents under the Proposed Order may be shared with outside counsel and in-house counsel who are previously identified and disclosed to all parties. All parties have an opportunity to object to in-house counsels' receipt of "confidential" information. In contrast, the Non-Joining Defendants request a two-tier protective order that allows documents to be marked either "for outside counsel only ("FOCO")" or "confidential." Under their proposal, documents

---

[1] This list of defendants includes all defendants except for: Suntrust Banks, Inc.; Suntrust; Harris Bankcorp, Inc.; Harris, N.A.; Keycorp; Keybank, N.A.; The PNC Financial Services Group, Inc.; PNC Bank, N.A.; Electronic Data Systems; HSBC North America Holdings Inc.; HSBC Bank USA, N.A.; Viewpointe Archive Services, LLC; Bancorpsouth, Inc.; Bancorpsouth Bank (the "Non-Joining Defendants"). Additionally, Citizens Financial Group, Inc. is filing a separate notice that joins with the Moving Defendants regarding the one tier protection and joins with the Non-Joining Defendants with regards to the additional language in paragraph 28.

[2] The Proposed Order contains only two differences from the prior orders, and neither is material. First, the last full paragraph of § 1 is new and governs the use of confidential information produced by non-parties in related actions. Second, the words "in accordance with Local Rule CV-5(a)(7)" have been added to the end of § 7 for clarity.

marked "confidential" may be shared with in-house or outside counsel, but documents marked "FOCO" may only be shared with outside counsel.

Many of the documents previously produced under the Proposed Order will be re-produced or otherwise incorporated into this litigation's document productions because of overlapping patents and parties. Changing to a two-tier order will require the parties to re-review their productions, re-designate confidentiality, re-label their productions, and re-produce their documents. Accordingly, the majority of parties agree that this case should proceed under the same protective order as the previous litigation to prevent that unnecessary hardship and complication. Furthermore, changing the Proposed Order's terms would add another layer of complexity because it would require the parties to handle the previously produced documents under two different protective orders. The Proposed Order would allow the parties who have already produced documents to simply incorporate the prior productions by reference to the extent those productions are relevant to this case.

Additionally, the Non-Joining Defendants' concerns can be remedied via other means. The Proposed Order requires a party to disclose the identity of any in-house counsel who may review "confidential" information before granting the in-house counsel access. If the Non-Joining defendants have concerns about particular in-house counsel receiving confidential information, then they can raise those concerns when the in-house counsel are designated. Once those concerns are raised, the parties can address them on an individual basis and enter into such agreements as may be necessary.

The second disagreement the Non-Joining parties have with the Proposed Order regards the exact language of § 28's prosecution bar. The Moving Defendants believe that the Proposed

Order's language adequately restricts reviewing attorneys' ability to participate in prosecuting new patents, continuations in part, or reexaminations.

Case 2:06-cv-00072-DF-CMC    Document 352    Filed 11/09/2006    Page 4 of 11

Dated: November 9, 2006                    Respectfully submitted,

                                                        FISH & RICHARDSON P.C.

By: /s/ Thomas M. Melsheimer
     Thomas M. Melsheimer
     Texas State Bar No. 13922550
     1717 Main Street
     Suite 5000
     Dallas, TX 75201
     214-747-5070 (Telephone)
     214-747-2091 (Telecopy)

     Robert E. Hillman
     Fish & Richardson P.C.
     225 Franklin Street
     Boston, MA 02110-2804
     617-542-5070 (Telephone)
     617-542-8906 (Telecopy)

     Robert M. Parker
     Robert Christopher Bunt
     Parker & Bunt, P.C.
     100 E. Ferguson, Suite 1114
     Tyler, Texas 75702
     (903) 531-3535 (Telephone)
     (903) 533-9687 (Telecopy)

     Michael E. Jones
     Texas Bar No. 10929400
     E. Glenn Thames, Jr.
     Texas Bar No. 00785097
     Potter Minton
     500 Plaza Tower
     110 North College, Suite 500
     Tyler, TX 75702

ATTORNEYS FOR DEFENDANTS
BANK OF AMERICA CORPORATION,
BANK OF AMERICA, NATIONAL
ASSOCIATION

By:/s/ Thomas M. Melsheimer by permission on behalf of the following counsel:

Danielle Williams
Kilpatrick Stockton LLP
1001 West Fourth Street
Winston-Salem, NC 27101

Bill Boice
Audra Dial
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4530

Kenneth Godlewski
Stephen Baskin
Kilpatrick Stockton LLP
607 14th Street, NW, Suite 900
Washington, DC 20005-2018

ATTORNEYS FOR DEFENDANTS
**BB&T CORPORATION, BRANCH BANKING & TRUST CO., COMERICA BANK & TRUST, N.A., COMERICA, INC., M&T BANK, M&T CORPORATION, WACHOVIA CORPORATION, WACHOVIA BANK, N.A.**


John G. Flaim
Brian Hurst
Brian C. McCormack
Baker & McKenzie
2001 Ross Avenue, Suite 2300
Dallas, TX 75201-0800

**ATTORNEYS FOR DEFENDANTS
WELLS FARGO & COMPANY, WELLS FARGO BANK, N.A.**

Raymond Sweigart
Jack Barufka
Scott Pivnick
Pillsbury Winthrop Shaw Pittman LLP
1650 Tysons Blvd.
McLean, VA 22102-4859

**ATTORNEYS FOR DEFENDANTS
BANK OF NEW YORK CO., INC., THE BANK OF NEW YORK, UNION BANK OF CALIFORNIA, N.A., UNIONBANCAL CORPORATION**

        David L. Ward, Jr.
        Donalt J.Eglinton
        Ward and Smith, P.A.
        1001 College Court
        New Bern, NC  28562

        Larry Carlson
        David Taylor
        Baker Botts L.L.P. (Dallas)
        2001 Ross Avenue
        Dallas, TX 75201-2980

        **ATTORNEYS FOR DEFENDANTS**
        **FIRST CITIZENS BANCSHARES, INC.,**
        **FIRST CITIZENS BANK & TRUST CO.**

        James H. Carter
        James T. Williams
        Jane Jaang
        Sullivan & Cromwell LLP
        125 Broad Street
        New York, New York 10004-2493

        **ATTORNEYS FOR DEFENDANTS**
        **THE CLEARINGHOUSE PAYMENTS CO.,**
        **L.L.C. F/K/A**
        **SMALL VALUE PAYMENTS CO., L.L.C.**

        Kurt M. Sauer
        Daffer McDaniel
        The Chase Building
        700 Lavaca, Suite 720
        Austin, TX  78701-3119

        **ATTORNEYS FOR DEFENDANTS**
        **CULLEN/FROST BANKERS, INC., THE**
        **FROST NATIONAL BANK**

        EDWARD G. POPLAWSKI (Pro Hac Vice)
        E-Mail: EPoplaws@Sidley.com
        JEFFREY A. FINN (Pro Hac Vice)
        E-Mail: JFinn@Sidley.com
        CARISSA A. TENER (Pro Hac Vice)
        E-Mail: CTener@Sidley.com
        SIDLEY AUSTIN L.L.P.
        555 West Fifth Street, Suite 4000
        Los Angeles, California 90013
        tel. 213-896-6000
        fax 213-896-6600

        LANCE LEE
        Texas Bar No. 240004762
        YOUNG, PICKETT & LEE, L.L.P.
        4122 Texas Blvd.

P.O. Box 1897
Texarkana, Texas 75504
tel. 903-794-1303
fax 903-792-5098
E-Mail: WLanceLee@aol.com

**COUNSEL FOR FIRST DATA CORPORATION, TELECHECK SERVICES, INC.;REMITCO, LLC, LASALLE BANK CORPORATION, LASALLE BANK NA, DEUTSCHE BANK TRUST COMPANY AMERICAS, BANK OF TOKYO-MITSUBISHI UFJ, LTD.**

ANDRWS KURTH LLP

Jerry L. Beane
Texas Bar No. 01966000
jerrybeane@andrewskurth.com
Gerald C. Conley
Texas Bar NO. 04664200
geraldconley@andrewskurth.com
Kay Lynn Brumbaugh
Texas Bar No. 00785152
kaylynnbrumbaugh@andrewskurth.com
Tonya M. Gray
Texas Bar No. 24012726
tonyagray@andrewskurth.com
1717 Main Street, Suite 3700
Dallas, TX  75201
Telephone:  214-659-4400
Telecopy:  214-659-4401

**ATTORNEYS FOR DEFENDANTS COMPASS BANCSHARES, INC. AND COMPASS BANK, FIRST HORIZON NATIONAL CORPORATION
FIRST TENNESSEE BANK, N.A.**

VINSON ELKINS

William L. LaFuze
Texas Bar No. 11792500
wlafuze@velaw.com
D. Ferguson McNiel
Texas Bar No. 13830300
fmcniel@velaw.com
2300 First City Tower
1001 Fannin St.
Houston, TX  77002
Telephone:  713-758-2595
Telecopy:  713-615-5017

Scott W. Breedlove
Texas Bar No. 00790361
sbreedlove@velaw.dom
Vinson & Elkins LLP
3700 Trammell Crow Center
2001 Ross Ave.
Dallas, TX 75201-2975
Telephone: 214-220-7700
Telecopy: 214-220-7716

Harry Lee Gillam, Jr.
Texas Bar No. 07921800
gil@gillamsmithlaw.com
Melissa Richards Smith
Texas Bar No. 24001351
melissa@gillamsmithlaw.com
Gillam & Smith LLP
110 South Bolivar, Suite 204
Marshall, TX 75670
Telephone: 903-934-8450
Telecopy: 903-934-9257

**ATTORNEYS FOR
UBS AMERICAS, INC.**

IRELL & MANELLA LLP

Betsy Rosenblatt
brosenblatt@irell.com
Andrew Weiss
aweiss@irell.com
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067
Telephone: 310-203-7106
Telecopy: 310-556-5206

**ATTORNEYS FOR:
CITY NATIONAL BANK
CITY NATIONAL CORP.**

SMEAD, ANDERSON & DUNN LLP

Melvin R. Wilcox, III
mrw@smeadlaw.com
2110 Horseshoe Lane
P.O. Box 3343
Longview, TX 75606
Telephone: 903-232-1892
Telecopy: 903-232-1881

Of Counsel:
John J. Feldhaus
jfeldhaus@foley.com

Anthony H. Son
ason@foley.com
FOLEY & LARDNER LLP
3000 K Street, N.W.
Washington, DC  20007
Telephone:  202-672-5300

**ATTORNEYS FOR:**
**U.S. BANCORP, U.S. BANK, NATIONAL ASSOCIATION, NATIONAL CITY CORPORATION AND NATIONAL CITY BANK, ZIONS BANCORPORATION AND ZIONS FIRST NATIONAL BANK**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on November 6, 2006 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ Thomas M. Melsheimer
Thomas M. Melsheimer

90198828.doc