# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **DATA TREASURY CORPORATION,** | **2:06-CV-72 DF** |
| **Plaintiff** | |
| v. | |
| **WELLS FARGO & COMPANY; WELLS FARGO BANK, NATIONAL ASSOCIATION; BANK OF AMERICA CORPORATION; BANK OF AMERICA, NATIONAL ASSOCIATION; U.S. BANCORP; U.S. BANK, NATIONAL ASSOCIATION; WACHOVIA CORPORATION; WACHOVIA BANK, NATIONAL ASSOCIATION; SUNTRUST BANKS, INC.; SUNTRUST BANK; BB&T CORPORATION; BRANCH BANKING AND TRUST COMPANY; BANCORPSOUTH, INC.; BANCORPSOUTH BANK; COMPASS BANCSHARES, INC.; COMPASS BANK; CULLEN/FROST BANKERS, INC.; THE FROST NATIONAL BANK; FIRST HORIZON NATIONAL CORPORATION; FIRST TENNESSEE BANK, NATIONAL ASSOCIATION; HSBC NORTH AMERICA HOLDINGS INC.; HSBC BANK USA, N.A.; HARRIS BANKCORP, INC.; HARRIS N.A.; NATIONAL CITY CORPORATION; NATIONAL CITY BANK; ZIONS BANCORPORATION; ZIONS FIRST NATIONAL BANK; BANK OF NEW YORK CO., INC.; THE BANK OF NEW YORK; UNIONBANCAL CORPORATION; UNION BANK OF CALIFORNIA, NATIONAL ASSOCIATION; BANK OF TOKYO-MITSUBISHI UFJ, LTD.; CITIZENS FINANCIAL GROUP, INC. CITY NATIONAL CORPORATION;** | |

NOTICE OF ELECTRONIC COMMUNICATION PROTOCOL - Page1

| | |
|---|---|
| **CITY NATIONAL BANK; COMERICA INCORPORATED; COMERICA BANK & TRUST, NATIONAL ASSOCIATION; DEUTSCHE BANK TRUST COMPANY AMERICAS; FIRST CITIZENS BANCSHARES, INC.; FIRST CITIZENS BANK & TRUST COMPANY; KEYCORP; KEYBANK NATIONAL ASSOCIATION; LASALLE BANK CORPORATION; LASALLE BANK NA; M&T BANK CORPORATION; M&T BANK; THE PNC FINANCIAL SERVICES GROUP, INC.; PNC BANK, NATIONAL ASSOCIATION UBS AMERICAS, INC.; SMALL VALUE PAYMENTS COMPANY, LLC; THE CLEARING HOUSE PAYMENTS COMPANY, LLC; MAGTEK, INC; FIRST DATA CORPORATION; TELECHECK SERVICES, INC., REMITCO, LLC; and ELECTRONIC DATA SYSTEMS CORP,**<br><br>       **Defendants** | |

## NOTICE OF ELECTRONIC COMMUNICATION PROTOCOL

Pursuant to the Court's Order from Scheduling Conference and Docket Control Order (Docket No. 325), the parties notify the Court that all parties have established a single email address for each litigant group that may be used for electronic communications and service between and amongst themselves.

Dated:  November 9, 2006    Respectfully submitted,

FISH & RICHARDSON P.C.


By: /s/ Thomas M. Melsheimer
    Thomas M. Melsheimer
    Texas State Bar No. 13922550
    1717 Main Street
    Suite 5000
    Dallas, TX  75201
    214-747-5070 (Telephone)
    214-747-2091 (Telecopy)

    Robert E. Hillman
    Fish & Richardson P.C.
    225 Franklin Street
    Boston, MA  02110-2804
    617-542-5070 (Telephone)
    617-542-8906 (Telecopy)

    Robert M. Parker
    Robert Christopher Bunt
    Parker & Bunt, P.C.
    100 E. Ferguson, Suite 1114
    Tyler, Texas 75702
    (903) 531-3535 (Telephone)
    (903) 533-9687 (Telecopy)

    Michael E. Jones
    Texas Bar No. 10929400
    E. Glenn Thames, Jr.
    Texas Bar No. 00785097
    Potter Minton
    500 Plaza Tower
    110 North College, Suite 500
    Tyler, TX  75702

    **ATTORNEYS FOR DEFENDANTS**
    **BANK OF AMERICA CORPORATION,**
    **BANK OF AMERICA, NATIONAL**
    **ASSOCIATION**

By:<u>/s/ Thomas M. Melsheimer by permission on behalf of the following counsel:</u>

Danielle Williams
Kilpatrick Stockton LLP
1001 West Fourth Street
Winston-Salem, NC  27101

Bill Boice
Audra Dial
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia  30309-4530

Kenneth Godlewski
Stephen Baskin
Kilpatrick Stockton LLP
607 14th Street, NW,  Suite 900
Washington, DC  20005-2018

**ATTORNEYS FOR DEFENDANTS BB&T CORPORATION, BRANCH BANKING & TRUST CO., COMERICA BANK & TRUST, N.A., COMERICA, INC., M&T BANK, M&T CORPORATION, WACHOVIA CORPORATION, WACHOVIA BANK, N.A.**

Daniel A. DeVito
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

**ATTORNEYS FOR DEFENDANT VIEWPOINTE ARCHIVE SERVICES, LLC**

John G. Flaim
Brian Hurst
Brian C. McCormack
Baker & McKenzie
2001 Ross Avenue, Suite 2300
Dallas, TX  75201-0800

**ATTORNEYS FOR DEFENDANTS WELLS FARGO & COMPANY, WELLS FARGO BANK, N.A.**

Raymond Sweigart
Jack Barufka
Scott Pivnick
Pillsbury Winthrop Shaw Pittman LLP
1650 Tysons Blvd.
McLean, VA  22102-4859

**ATTORNEYS FOR DEFENDANTS
BANK OF NEW YORK CO., INC., THE BANK
OF NEW YORK, UNION BANK OF
CALIFORNIA, N.A., UNIONBANCAL
CORPORATION**

David L. Ward, Jr.
Donalt J.Eglinton
Ward and Smith, P.A.
1001 College Court
New Bern, NC  28562

Larry Carlson
David Taylor
Baker Botts L.L.P. (Dallas)
2001 Ross Avenue
Dallas, TX 75201-2980

**ATTORNEYS FOR DEFENDANTS
FIRST CITIZENS BANCSHARES, INC.,
FIRST CITIZENS BANK & TRUST CO.**

James H. Carter
James T. Williams
Jane Jaang
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004-2493

**ATTORNEYS FOR DEFENDANTS
THE CLEARINGHOUSE PAYMENTS CO.,
L.L.C. F/K/A
SMALL VALUE PAYMENTS CO., L.L.C.**

Glen Boudreaux
Tim Leonard
Edward J. Nicholas
Boudreaux Leonard Hammond Curcio
2 Houston Center
909 Fannin Street, Suite 2350
Houston, TX  77010

**ATTORNEYS FOR DEFENDANTS
HSBC NORTH AMERICA HOLDINGS, INC.,
HSBC BANK USA, N.A.**

Kurt M. Sauer
Daffer McDaniel
The Chase Building
700 Lavaca, Suite 720
Austin, TX  78701-3119

**ATTORNEYS FOR DEFENDANTS CULLEN/FROST BANKERS, INC., THE FROST NATIONAL BANK**

Irah Donner
Wilmer, Cutler, Pickering, Hale & Dorr
399 Park Ave.
New York, NY 10022

**ATTORNEY FOR DEFENDANTS HSBC NORTH AMERICA HOLDINGS, INC., HSBC BANK USA, N.A.**


**McKOOL SMITH, P.C.**
SAM BAXTER
Lead Attorney
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
505 East Travis Street, Suite 105
Marshall, Texas 75670
Telephone: (903) 927-2111
Telecopy: (903) 927-2622

THEODORE STEVENSON, III
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
L. DAVID ANDERSON
Texas State Bar No. 00796126
danderson@mckoolsmith.com
300 Crescent Court
Suite 1500
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

PETER J. AYERS
Texas State Bar No. 24009882
payers@mckoolsmith.com
GEOFFREY L. SMITH
Texas State Bar No. 24041939
gsmith@mckoolsmith.com
300 W. 6th Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Telecopy: (512) 692-8744

**ATTORNEYS FOR DEFENDANTS SUNTRUST BANKS, INC., SUNTRUST BANK, THE PNC FINANCIAL SERVICES GROUP, INC., PNC BANK, KEYCORP, AND KEYBANK NA**

**McKOOL SMITH, P.C.**
THEODORE STEVENSON, III
Lead Attorney
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
GARRET W. CHAMBERS
Texas State Bar No. 00792160
gchambers@mckoolsmith.com
L. DAVID ANDERSON
Texas State Bar No. 00796126
danderson@mckoolsmith.com
300 Crescent Court
Suite 1500
Telephone: (214) 978-4000
Telecopier: (214) 978-4044
PETER J. AYERS
Texas State Bar No. 24009882
payers@mckoolsmith.com
GEOFFREY L. SMITH
Texas State Bar No. 24041939
gsmith@mckoolsmith.com
300 W. 6th Street, Suite 1700
Austin, Texas 78701
Telephone:  (512) 692-8700
Telecopy:    (512) 692-8744

**ATTORNEYS FOR DEFENDANT**
**ELECTRONIC DATA SYSTEMS CORP.**

**McKOOL SMITH, P.C.**
ROBERT M. MANLEY
Lead Attorney
Texas State Bar No. 00787955
rmanley@mckoolsmith.com
SAM BAXTER
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
L. DAVID ANDERSON
Texas State Bar No. 00796126
danderson@mckoolsmith.com
300 Crescent Court
Suite 1500
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

PETER J. AYERS
Texas State Bar No. 24009882
payers@mckoolsmith.com
GEOFFREY L. SMITH
Texas State Bar No. 24041939
gsmith@mckoolsmith.com
300 W. 6th Street, Suite 1700

Austin, Texas 78701
Telephone: (512) 692-8700
Telecopy:   (512) 692-8744

ROBERT MASTERS
Paul, Hastings, Janofsky & Walker, LLP
875 15th Street, N.W.
Washington, DC 20005
Tel: (202) 551-1763
Fax: (202) 551-1705
robertmasters@paulhastings.com

PAUL WILSON
Paul, Hastings, Janofsky & Walker, LLP
875 15th Street, N.W.
Washington, DC 20005
Tel: (202) 551-1748
Fax: (202) 551-0148
paulwilson@paulhastings.com

BRANDON WHITE
Paul, Hastings, Janofsky & Walker, LLP
875 15th Street, N.W.
Washington, DC 20005
Tel: (202) 551-1754
Fax: (202) 551-0154
brandonwhite@paulhastings.com

**ATTORNEYS FOR DEFENDANTS HARRIS BANKCORP, INC. AND HARRIS N.A.**

Edward G. Poplawski (Pro Hac Vice)
E-Mail: EPoplaws@Sidley.com
Jeffrey A. Finn (Pro Hac Vice)
E-Mail: JFinn@Sidley.com
Carissa A. Tener (Pro Hac Vice)
E-Mail: CTener@Sidley.com
SIDLEY AUSTIN L.L.P.
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
tel. 213-896-6000
fax 213-896-6600

Lance Lee
Texas Bar No. 240004762
Young, Pickett & Lee, L.L.P.
4122 Texas Blvd.
P.O. Box 1897
Texarkana, Texas 75504
tel. 903-794-1303
fax 903-792-5098
E-Mail: WLanceLee@aol.com

**COUNSEL FOR FIRST DATA CORPORATION, TELECHECK SERVICES, INC.;REMITCO, LLC, LASALLE BANK CORPORATION, LASALLE BANK NA, DEUTSCHE BANK TRUST COMPANY AMERICAS, BANK OF TOKYO-MITSUBISHI UFJ, LTD.**

ANDRWS KURTH LLP

Jerry L. Beane
Texas Bar No. 01966000
jerrybeane@andrewskurth.com
Gerald C. Conley
Texas Bar NO. 04664200
geraldconley@andrewskurth.com
Kay Lynn Brumbaugh
Texas Bar No. 00785152
kaylynnbrumbaugh@andrewskurth.com
Tonya M. Gray
Texas Bar No. 24012726
tonyagray@andrewskurth.com
1717 Main Street, Suite 3700
Dallas, TX  75201
Telephone:  214-659-4400
Telecopy:  214-659-4401

**ATTORNEYS FOR DEFENDANTS COMPASS BANCSHARES, INC. AND COMPASS BANK, FIRST HORIZON NATIONAL CORPORATION FRIST TENNESSEE BANK, N.A.**

VINSON ELKINS

William L. LaFuze
Texas Bar No. 11792500
wlafuze@velaw.com
D. Ferguson McNiel
Texas Bar No. 13830300
fmcniel@velaw.com
2300 First City Tower
1001 Fannin St.
Houston, TX  77002
Telephone:  713-758-2595
Telecopy:  713-615-5017

Scott W. Breedlove
Texas Bar No. 00790361
sbreedlove@velaw.dom
Vinson & Elkins LLP
3700 Trammell Crow Center

2001 Ross Ave.
Dallas, TX 75201-2975
Telephone: 214-220-7700
Telecopy: 214-220-7716

Harry Lee Gillam, Jr.
Texas Bar No. 07921800
gil@gillamsmithlaw.com
Melissa Richards Smith
Texas Bar No. 24001351
melissa@gillamsmithlaw.com
Gillam & Smith LLP
110 South Bolivar, Suite 204
Marshall, TX 75670
Telephone: 903-934-8450
Telecopy: 903-934-9257

**ATTORNEYS FOR
UBS AMERICAS, INC.**

IRELL & MANELLA LLP

Betsy Rosenblatt
brosenblatt@irell.com
Andrew Weiss
aweiss@irell.com
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067
Telephone: 310-203-7106
Telecopy: 310-556-5206

**ATTORNEYS FOR
CITY NATIONAL BANK
CITY NATIONAL CORP.**

SMEAD, ANDERSON & DUNN LLP

Melvin R. Wilcox, III
mrw@smeadlaw.com
2110 Horseshoe Lane
P.O. Box 3343
Longview, TX 75606
Telephone: 903-232-1892
Telecopy: 903-232-1881

Of Counsel:
John J. Feldhaus
jfeldhaus@foley.com
Anthony H. Son
ason@foley.com
FOLEY & LARDNER LLP
3000 K Street, N.W.
Washington, DC 20007

Telephone: 202-672-5300

**ATTORNEYS FOR
U.S. BANCORP, U.S. BANK, NATIONAL
ASSOCIATION, NATIONAL CITY
CORPORATION AND NATIONAL CITY
BANK, ZIONS BANCORPORATION AND
ZIONS FIRST NATIONAL BANK**

SKADDEN ARPS SLATE MEAGHER & FLOM

Daniel A. DeVito
4 Times Square
New York, NY 10036
Telephone: 212-735-3210
Telecopy: 917-777-3210
ddevito@skadden.com

Philip Philbin
Russ Emerson
Haynes & Boone
901 Main St., Suite 3100
Dallas, TX 75202
Telephone: 214-651-5684
Telecopy: 214-200-0672

**ATTORNEYS FOR
VIEWPOINTE ARCHIVE SERVICES, LLC**

HUGHES & LUCE LLP

John H. McDowell, Jr.
john.mcdowell@hughesluce.com
Greg Perrone
gregory.perrone@hughesluce.com
Hughes & Luce LLP
1717 Main Street, Suite 2800
Dallas, TX 75201
Telephone: 214-939-5413
Telecopy: 214-939-5849

**ATTORNEYS FOR
BANCORPSOUTH, INC., AND
BANCORPSOUTH BANK**

STANDLEY LAW GROUP LLP

Jeffrey Standley
jstandley@standleyllp.com
495 Metro Place South
Suite 210
Dublin, OH 43017
Telephone: 614-792-5555
Telecopy: 614-792-5536

Claude Welch
cwelch@consolidated.net
115 W. Shepherd Ave.
Lufkin, TX 75904-3808
Telephone: 936-639-3311
Telecopy: 936-639-3049

**ATTORNEYS FOR
CITIZENS FINANCIAL GROUP, INC.**

**NIX PATTERSON & ROACH, L.L.P.**

Edward L. von Hohn
Attorney in Charge
Texas Bar No. 09813240
205 Linda Drive
Daingerfield, TX 75638
Telephone: 903-645-7333
Telecopy: 903-645-4415
edhohn@nixlawfirm.com

Joe Kendall
Karl Rupp
Provost Umphrey Law Firm, L.L.P.
3232 McKinney Avenue, Suite 700
Dallas, TX 75204

Rodney A. Cooper, JD, MA
The Cooper Law Firm
5215 N. O'Connor Blvd.
Suite 1900
Irving, TX 75039

**ATTORNEYS FOR PLAINTIFF
DATATREASURY CORPORATION**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                /s/ Thomas M. Melsheimer
                Thomas M. Melsheimer

90198874.doc