# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **DATA TREASURY CORPORATION,**<br><br>Plaintiff<br><br>v.<br><br>**WELLS FARGO & COMPANY; et al.**<br><br>Defendants | **2:06-CV-72 DF** |

## NOTICE OF AGREEMENT TO DISCOVERY MASTER AND TECHNICAL ADVISOR

The Court's Order From Scheduling Conference and Docket Control Order (Docket No. 325) require the parties to report to the Court regarding the selection of a special master and a technical advisor in this case. Pursuant to the Court's Order, the parties report as follows:

**Proposed Discovery Master:**

All parties agree to appointment of **Magistrate Judge Craven** as Discovery Master for this case.

**Proposed Technical Advisors:**

All parties agree to the appointment of **Mark McLemore** as Technical Advisor for this case. Attached for the Court's reference is a copy of Mr. McLemore's curriculum vitae.

**FISH & RICHARDSON P.C.**

By: /s/ Thomas M. Melsheimer
    Thomas M. Melsheimer
    Texas Bar No. 13922550
    melsheimer@fr.com
    1717 Main Street, Suite 5000
    Dallas, TX  75201
    214-747-5070 (Telephone)
    214-747-2091 (Telecopy)

    Robert E. Hillman
    Fish & Richardson P.C.
    225 Franklin Street
    Boston, MA  02110-2804
    617-542-5070 (Telephone)
    617-542-8906 (Telecopy)

    Robert M. Parker
    Robert Christopher Bunt
    Parker & Bunt, P.C.
    100 E. Ferguson, Suite 1114
    Tyler, Texas 75702
    903-531-3535 (Telephone)
    903-533-9687 (Telecopy)

    Michael E. Jones
    Texas Bar No. 10929400
    E. Glenn Thames, Jr.
    Texas Bar No. 00785097
    Potter Minton
    500 Plaza Tower
    110 North College, Suite 500
    Tyler, TX  75702

**ATTORNEYS FOR DEFENDANTS
BANK OF AMERICA CORPORATION,
BANK OF AMERICA, NATIONAL
ASSOCIATION**

By:/s/ Thomas M. Melsheimer by permission on behalf of the following counsel:

Danielle Williams
KILPATRICK STOCKTON LLP
1001 West Fourth Street
Winston-Salem, NC  27101

Bill Boice
Audra Dial
KILPATRICK STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia  30309-4530

Kenneth Godlewski
Stephen Baskin
KILPATRICK STOCKTON LLP
607 14th Street, NW,  Suite 900
Washington, DC  20005-2018

**ATTORNEYS FOR DEFENDANTS BB&T CORPORATION, BRANCH BANKING & TRUST CO., COMERICA BANK & TRUST, N.A., COMERICA, INC., M&T BANK, M&T CORPORATION, WACHOVIA CORPORATION, WACHOVIA BANK, N.A.**

John G. Flaim
Brian Hurst
Brian C. McCormack
BAKER & MCKENZIE
2001 Ross Avenue, Suite 2300
Dallas, TX  75201-0800

**ATTORNEYS FOR DEFENDANTS WELLS FARGO & COMPANY, WELLS FARGO BANK, N.A.**

Raymond Sweigart
Jack Barufka
Scott Pivnick
PILLSBURY WINTHROP SHAW PITTMAN LLP
1650 Tysons Blvd.
McLean, VA  22102-4859

**ATTORNEYS FOR DEFENDANTS BANK OF NEW YORK CO., INC., THE BANK OF NEW YORK, UNION BANK OF CALIFORNIA, N.A., UNIONBANCAL CORPORATION**

David L. Ward, Jr.
Donalt J.Eglinton
WARD AND SMITH, P.A.
1001 College Court
New Bern, NC  28562

Larry Carlson
David Taylor
BAKER BOTTS L.L.P.
2001 Ross Avenue
Dallas, TX 75201-2980

**ATTORNEYS FOR DEFENDANTS
FIRST CITIZENS BANCSHARES, INC.,
FIRST CITIZENS BANK & TRUST CO.**

James H. Carter
James T. Williams
Jane Jaang
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004-2493

**ATTORNEYS FOR DEFENDANTS
THE CLEARINGHOUSE PAYMENTS CO.,
L.L.C. F/K/A
SMALL VALUE PAYMENTS CO., L.L.C.**

Glen Boudreaux
Tim Leonard
Edward J. Nicholas
BOUDREAUX LEONARD HAMMOND CURCIO
2 Houston Center
909 Fannin Street, Suite 2350
Houston, TX  77010

**ATTORNEYS FOR DEFENDANTS
HSBC NORTH AMERICA HOLDINGS, INC.,
HSBC BANK USA, N.A.**

Kurt M. Sauer
DAFFER MCDANIEL
The Chase Building
700 Lavaca, Suite 720
Austin, TX  78701-3119

**ATTORNEYS FOR DEFENDANTS
CULLEN/FROST BANKERS, INC., THE
FROST NATIONAL BANK**

Irah Donner
WILMER, CUTLER, PICKERING, HALE & DORR
399 Park Ave.
New York, NY  10022

**ATTORNEY FOR DEFENDANTS
HSBC NORTH AMERICA HOLDINGS, INC.,
HSBC BANK USA, N.A.**

Sam Baxter
Lead Attorney
Texas Bar No. 01938000
sbaxter@mckoolsmith.com
McKOOL SMITH, P.C.
505 East Travis Street, Suite 105
Marshall, Texas  75670
903-927-2111 (Telephone)
903-927-2622 (Telecopy)

Theodore Stevenson, III
Texas Bar No. 19196650
tstevenson@mckoolsmith.com
L. David Anderson
Texas Bar No. 00796126
danderson@mckoolsmith.com
McKOOL SMITH P.C.
300 Crescent Court, Suite 1500
Dallas, TX  75201
214-978-4000 (Telephone)
214-978-4044 (Telecopy)

Peter J. Ayers
Texas Bar No. 24009882
payers@mckoolsmith.com
Geoffrey L. Smith
Texas Bar No. 24041939
gsmith@mckoolsmith.com
McKOOL SMITH P.C.
300 W. 6th Street, Suite 1700
Austin, Texas 78701
512-692-8700 (Telephone)
512-692-8744 (Telecopy)

**ATTORNEYS FOR DEFENDANTS
SUNTRUST BANKS, INC., SUNTRUST BANK,
THE PNC FINANCIAL SERVICES GROUP,
INC., PNC BANK, KEYCORP, AND
KEYBANK NA**

**NOTICE OF AGREEMENT TO DISCOVERY MASTER AND TECHNICAL ADVISOR – Page 5**

Theodore Stevenson, III  
Lead Attorney  
Texas Bar No. 19196650  
tstevenson@mckoolsmith.com  
Garret W. Chambers  
Texas Bar No. 00792160  
gchambers@mckoolsmith.com  
L. David Anderson  
Texas Bar No. 00796126  
danderson@mckoolsmith.com  
McKOOL SMITH, P.C  
300 Crescent Court, Suite 1500  
Dallas, TX 75201  
214-978-4000 (Telephone)  
214-978-4044 (Telecopy)  

Peter J. Ayers  
Texas Bar No. 24009882  
payers@mckoolsmith.com  
Geoffrey L. Smith  
Texas Bar No. 24041939  
gsmith@mckoolsmith.com  
McKOOL SMITH P.C.  
300 W. 6th Street, Suite 1700  
Austin, Texas 78701  
512-692-8700 (Telephone)  
512-692-8744 (Telecopy)  

**ATTORNEYS FOR DEFENDANT ELECTRONIC DATA SYSTEMS CORP.**

Robert M. Manley  
Lead Attorney  
Texas Bar No. 00787955  
rmanley@mckoolsmith.com  
Sam Baxter  
Texas Bar No. 01938000  
sbaxter@mckoolsmith.com  
L. David Anderson  
Texas Bar No. 00796126  
danderson@mckoolsmith.com  
McKOOL SMITH, P.C.  
300 Crescent Court, Suite 1500  
Dallas, TX 75201  
214-978-4000 (Telephone)  
214-978-4044 (Telecopy)  

Peter J. Ayers  
Texas Bar No. 24009882  
payers@mckoolsmith.com  
Geoffrey L. Smith  
Texas Bar No. 24041939  
gsmith@mckoolsmith.com  
McKOOL SMITH, P.C.

300 W. 6th Street, Suite 1700
Austin, Texas 78701
512-692-8700 (Telephone)
512-692-8744 (Telecopy)

Robert Masters
robertmasters@paulhastings.com
Paul Wilson
paulwilson@paulhastings.com
Brandon White
brandonwhite@paulhastings.com
Paul, Hastings, Janofsky & Walker, LLP
875 15th Street, N.W.
Washington, DC 20005
202-551-1763 (Telephone)
202-551-1705 (Telecopy)

**ATTORNEYS FOR DEFENDANTS HARRIS BANKCORP, INC. AND HARRIS N.A.**

Edward G. Poplawski (Pro Hac Vice)
EPoplaws@Sidley.com
Jeffrey A. Finn (Pro Hac Vice)
JFinn@Sidley.com
Carissa A. Tener (Pro Hac Vice)
CTener@Sidley.com
SIDLEY AUSTIN L.L.P.
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
213-896-6000 (Telephone)
213-896-6600 (Telecopy)

Lance Lee
WLanceLee@aol.com
Texas Bar No. 240004762
YOUNG, PICKETT & LEE, L.L.P.
4122 Texas Blvd.
P.O. Box 1897
Texarkana, Texas 75504
903-794-1303 (Telephone)
903-792-5098 (Telecopy)

**COUNSEL FOR FIRST DATA CORPORATION, TELECHECK SERVICES, INC.;REMITCO, LLC, LASALLE BANK CORPORATION, LASALLE BANK NA, DEUTSCHE BANK TRUST COMPANY AMERICAS, BANK OF TOKYO-MITSUBISHI UFJ, LTD.**

Jerry L. Beane
Texas Bar No. 01966000
jerrybeane@andrewskurth.com
Gerald C. Conley

Texas Bar No. 04664200
geraldconley@andrewskurth.com
Kay Lynn Brumbaugh
Texas Bar No. 00785152
kaylynnbrumbaugh@andrewskurth.com
Tonya M. Gray
Texas Bar No. 24012726
tonyagray@andrewskurth.com
ANDRWS KURTH LLP
1717 Main Street, Suite 3700
Dallas, TX  75201
214-659-4400 (Telephone)
214-659-4401 (Telecopy)

**ATTORNEYS FOR DEFENDANTS COMPASS BANCSHARES, INC. AND COMPASS BANK, FIRST HORIZON NATIONAL CORPORATION FIRST TENNESSEE BANK, N.A.**

William L. LaFuze
Texas Bar No. 11792500
wlafuze@velaw.com
D. Ferguson McNiel
Texas Bar No. 13830300
fmcniel@velaw.com
VINSON & ELKINS LLP
2300 First City Tower
1001 Fannin St.
Houston, TX  77002
713-758-2595 (Telephone)
713-615-5017 (Telecopy)

Scott W. Breedlove
Texas Bar No. 00790361
sbreedlove@velaw.dom
VINSON & ELKINS LLP
3700 Trammell Crow Center
2001 Ross Ave.
Dallas, TX  75201-2975
214-220-7700 (Telephone)
214-220-7716 (Telecopy)

Harry Lee Gillam, Jr.
Texas Bar No. 07921800
gil@gillamsmithlaw.com
Melissa Richards Smith
Texas Bar No. 24001351
melissa@gillamsmithlaw.com
GILLAM & SMITH LLP
110 South Bolivar, Suite 204
Marshall, TX  75670
903-934-8450 (Telephone)
903-934-9257 (Telecopy)

**NOTICE OF AGREEMENT TO DISCOVERY MASTER AND TECHNICAL ADVISOR – Page 8**

**ATTORNEYS FOR**
**UBS AMERICAS, INC.**

Betsy Rosenblatt
brosenblatt@irell.com
Andrew Weiss
aweiss@irell.com
IRELL & MANELLA LLP
1800 Ave. of the Stars, Suite 900
Los Angeles, CA  90067
310-203-7106 (Telephone)
310-556-5206 (Telecopy)

**ATTORNEYS FOR**
**CITY NATIONAL BANK**
**CITY NATIONAL CORP.**

Melvin R. Wilcox, III
mrw@smeadlaw.com
SMEAD, ANDERSON & DUNN LLP
2110 Horseshoe Lane
P.O. Box 3343
Longview, TX  75606
903-232-1892 (Telephone)
903-232-1881 (Telecopy)

Of Counsel:
John J. Feldhaus
jfeldhaus@foley.com
Anthony H. Son
ason@foley.com
FOLEY & LARDNER LLP
3000 K Street, N.W.
Washington, DC  20007
202-672-5300 (Telephone)

**ATTORNEYS FOR**
**U.S. BANCORP, U.S. BANK, NATIONAL**
**ASSOCIATION, NATIONAL CITY**
**CORPORATION AND NATIONAL CITY**
**BANK, ZIONS BANCORPORATION AND**
**ZIONS FIRST NATIONAL BANK**

Daniel A. DeVito
SKADDEN ARPS SLATE MEAGHER & FLOM
4 Times Square
New York, NY  10036
212-735-3210 (Telephone)
917-777-3210 (Telecopy)
ddevito@skadden.com

Philip Philbin
Russ Emerson
HAYNES & BOONE
901 Main St., Suite 3100
Dallas, TX  75202
214-651-5684 (Telephone)
214-200-0672 (Telecopy)

**ATTORNEYS FOR
VIEWPOINTE ARCHIVE SERVICES, LLC**

John H. McDowell, Jr.
john.mcdowell@hughesluce.com
Greg Perrone
gregory.perrone@hughesluce.com
HUGHES & LUCE LLP
1717 Main Street, Suite 2800
Dallas, TX  75201
214-939-5413 (Telephone)
214-939-5849 (Telecopy)

**ATTORNEYS FOR
BANCORPSOUTH, INC., AND
BANCORPSOUTH BANK**

Jeffrey Standley
jstandley@standleyllp.com
STANDLEY LAW GROUP LLP
495 Metro Place South, Suite 210
Dublin, OH  43017
614-792-5555 (Telephone)
614-792-5536 (Telecopy)

Claude Welch
cwelch@consolidated.net
115 W. Shepherd Ave.
Lufkin, TX  75904-3808
936-639-3311 (Telephone)
936-639-3049 (Telecopy)

**ATTORNEYS FOR
CITIZENS FINANCIAL GROUP, INC.**

Edward L. von Hohn
Attorney in Charge
edhohn@nixlawfirm.com
Texas Bar No. 09813240
NIX PATTERSON & ROACH, L.L.P.
205 Linda Drive
Daingerfield, TX  75638
903-645-7333 (Telephone)
903-645-4415 (Telecopy)

Joe Kendall
Karl Rupp
PROVOST UMPHREY LAW FIRM, L.L.P.
3232 McKinney Avenue, Suite 700
Dallas, TX  75204

Rodney A. Cooper, JD, MA
THE COOPER LAW FIRM
5215 N. O'Connor Blvd., Suite 1900
Irving, TX  75039

**ATTORNEYS FOR PLAINTIFF
DATATREASURY CORPORATION**

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on November 13, 2006 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                                           /s/ Thomas M. Melsheimer
                                                             Thomas M. Melsheimer

90198781.doc