Michael T. McLemore
2706 Ridgewood St.
Houston, Texas 77006

Ph. 832-489-8725

University of Houston, Bates College of Law (J.D. 1976)

Texas A&M University (B.S.E.E. 1972)

Areas of Practice

- Patent Litigation
- Patent Procurement
- Patent Licensing

Representative Experience

- Domestic and foreign patent litigation including appeals to the United States Court of Appeals for the Federal Circuit
- Prosecution of patent applications in the United States Patent and Trademark Office
- Product clearance and design-around, including preparing opinions and providing advice in relation to potential claims of patent infringement liability
- Merger and acquisition due diligence activity related to intellectual property assets and issues

Technology Areas

- Electronic systems
- Telecommunications systems
- Semiconductors
- Data acquisition systems
- Medical devices including implantable cardiac rhythm managment devices
- Embedded processor control systems

Admitted to Practice

- United States District Courts for Southern, Western, Eastern and Northern Districts of Texas
- United States Court of Appeals for the Federal Circuit
- United States Supreme Court
- State Bar of Texas (1977)
- U.S. Patent and Trademark Office   Reg. No. 27,659

Martindale-Hubbell AV rated

## Technical Advisor Appointments

Intergraph v. Gateway et al.

ST Microelectronics v. Motorola

Autobytel v. Dealix

Amiga v. HP

Ciena v. Nortel Networks

CSIRO v. Buffalo Technology

Case 2:06-cv-00072-DF-CMC    Document 355    Filed 11/13/2006    Page 2 of 2