# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **DATA TREASURY CORPORATION,** | |
| **Plaintiff** | |
| v. | **2:06-CV-72 DF** |
| **WELLS FARGO & COMPANY; et al.** | |
| **Defendants** | |

## ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES SET FORTH IN ORDER FROM SCHEDULING CONFERENCE AND DOCKET CONTROL ORDER

Before the Court is the parties Joint Motion to Extend Deadlines set Forth In Order From Scheduling Conference and Docket Control Order. The Court having considered the motion, and that it is joint, finds that it should be **GRANTED**. Accordingly, the deadline for the submissions required by the Joint Motion to Extend Deadlines set Forth In Order From Scheduling Conference and Docket Control Order is extended until November 9, 2006.

**SIGNED this 16th day of November, 2006.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE