IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATA TREASURY CORPORATION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | NO. 2:06-CV-72 |
| WELLS FARGO & COMPANY, et al., | § § § | |
| Defendants. | § § | |

## ORDER

Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3) and the local rules for the assignment of duties to United States Magistrate Judges, it is hereby ordered that all discovery matters in the present case are referred to the Honorable Caroline M. Craven for the purposes of making a decision.

**SIGNED** this 17th day of November, 2006.

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE