# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORP. | § | No. 2:06CV-165 (DF) |
| | § | Consolidated with 2:06CV-72 (DF) |
| Plaintiff | § | (Lead case) |
| | § | |
| vs. | § | Hon. David J. Folsom |
| | § | JURY TRIAL DEMANDED |
| CITY NATIONAL CORPORATION; and | § | |
| CITY NATIONAL BANK, | § | |
| | § | |
| Defendants. | § | |

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR
## DEFENDANTS CITY NATIONAL CORPORATION AND CITY NATIONAL BANK

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Comes now the law firm of Irell & Manella LLP, and files this Unopposed Motion to Withdraw as Counsel for Defendants City National Corporation and City National Bank (collectively, "CNB"), and would respectfully show the Court the following:

1. The law firm of Irell & Manella LLP requests that it be allowed to withdraw as counsel for CNB due to a replacement of counsel in this matter.

2. The law firm of Irell & Manella LLP further requests that the following attorneys be terminated from receiving electronic notices of e-filings in this matter:

   Rachel M. Capoccia
   Morgan Chu
   David I. Gindler
   Elizabeth L. Rosenblatt
   Andrew D. Weiss

3. CNB will continue to be represented by the law firm of Brown McCarroll in this matter.

4. CNB will also be represented by the law firms of Sidley Austin and Daffer McDaniel, which are expected to enter appearances on CNB's behalf shortly. Jeffrey Finn of Sidley Austin will serve as lead counsel for CNB.

5. I certify that on November 16, 2006, I conferred with Rodney Cooper, counsel for plaintiff DataTreasury Corporation, who does not oppose the above motion.

WHEREFORE, PREMISES CONSIDERED, Irell & Manella LLP respectfully requests that this Motion be granted and that the law firm of Irell & Manella LLP be allowed to withdraw as counsel for CNB.

Respectfully submitted,

/s/ David I. Gindler
David I. Gindler (CA #117824, *pro hac vice*)
Lead Counsel
Elizabeth L. Rosenblatt (CA #203196, *pro hac vice*)
Andrew D. Weiss (CA #232974, *pro hac vice*)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
(310)277-1010
(310)203-7199 (facsimile)
dgindler@irell.com

S. Calvin Capshaw (TX #03895700)
Elizabeth L. DeRieux (TX #05770585)
BROWN MCCARROLL, L.L.P.
1127 Judson Road, Suite 220
Longview, Texas 75601
(903) 236-9800
(903) 236-8787 (facsimile)
ccapshaw@mailbmc.com

COUNSEL FOR DEFENDANTS
CITY NATIONAL BANK
CITY NATIONAL CORPORATION

## Certificate of Service

    I certify that a copy of Irell & Manella LLP's Unopposed Motion To Withdraw As Counsel For City National Corporation And City National Bank was served on November 17, 2006, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                  By: /s/ David I. Gindler
                        David I. Gindler