## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORP. | § | No. 2:06CV-165 (DF) |
| | § | Consolidated with 2:06CV-72 (DF) |
| Plaintiff | § | (Lead case) |
| | § | |
| vs. | § | Hon. David J. Folsom |
| | § | JURY TRIAL DEMANDED |
| CITY NATIONAL CORPORATION; and | § | |
| CITY NATIONAL BANK, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Came on for consideration Irell & Manella LLP's Unopposed Motion To Withdraw As Counsel For Defendants City National Corporation and City National Bank  (the "Motion"). After considering the Motion,  the Court is of the opinion that the Motion should be granted.

Therefore, it is hereby ORDERED that Irell & Manella LLP is hereby given permission to withdraw as attorney of record for Defendants City National Corporation and City National Bank.  Brown McCarroll will remain as counsel for City National Corporation and City National Bank.  The Clerk is further ordered to terminate the following counsel from receiving future notices of e-filings in this matter:

Rachel M. Capoccia
Morgan Chu
David I. Gindler
Elizabeth L. Rosenblatt
Andrew D. Weiss

Dockets.Justia.com