UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DataTreasury Corporation | § | |
| | § | |
| | § | Case No. 2-06-CV-00072  (DF) |
| v. | § | |
| | § | JURY TRIAL |
| Wells Fargo & Company, et al. | § | |

**NOTICE OF APPEARANCE**

Notice is hereby given that attorney Andrew T. Gorham enters his appearance in this matter as additional counsel for Defendant Bank of America for the purpose of receiving notices from the Court.

Dated December 4, 2006

Respectfully submitted,

*/s/ Andrew T.  Gorham*
Andrew T. Gorham
State Bar No. 24012715
Robert M. Parker
State Bar No. 15498000
Robert Christopher Bunt
State Bar No.  00787165
Charles Ainsworth
State Bar No. 00783521
**PARKER, BUNT & AINSWORTH, P.C.**
100 E. Ferguson, Suite 1114
Tyler, Texas 75702
903/531-3535
903/533-9687 - Facsimile
E-mail: tgorham@pbatyler.com
E-mail: rmparker@pbatyler.com
E-mail: rcbunt@pbatyler.com
E-mail: charley@pbatyler.com

Attorneys for Defendant
Bank of America

## CERTIFICATE OF SERVICE

    I hereby certify that the all counsel of record, who are deemed to have consented to electronic service are being served this December 4, 2006, with a copy of this document via the Court's CM/ECF system per Local Rule CD-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                        */s/ Andrew Thompson Gorham*
                                        Andrew T. Gorham