UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

------------------------------ x
DATATREASURY CORP.                :
                                  :
              Plaintiff,          : No. 06-CV-72
                                  :
         v.                       :
                                  :
WELLS FARGO & CO., et al.,        :
                                  :
                                  :
              Defendant.          :
                                  :
------------------------------ x

DEFENDANT THE CLEARING HOUSE PAYMENTS COMPANY L.L.C.'S NOTICE OF INITIAL DISCLOSURES

COMES NOW Defendant The Clearing House Payments Company L.L.C. ("TCH"), formerly Small Value Payments Company ("SVPCo"), and files this its Notice of Initial Disclosures pursuant to Local Rule CV-26 (c), having timely served upon opposing counsel of record Defendant's Initial Disclosure pursuant to FRCP 26(a)(1).

Respectfully Submitted,

*[signature: Pat W.M.]*

Preston W. McGee
State Bar No. 13620600
Flowers Davis, P.L.L.C.
1021 ESE Loop 323, Suite 200
Tyler, Texas 75701
(903) 534-8063
pmcgee@tyler.net

Of Counsel:
James H. Carter
James T. Williams
SULLIVAN & CROMWELL LLP

125 Broad Street
New York, New York 10004
Tel: (212) 558-4000
Fax: (212) 558-3588
Lawrence F. Scinto
Ronald A. Clayton
FITZPATRICK, CELLA, HARPER & SCINTO
30 Rockefeller Plaza
New York, New York 10112-3801
Tel: (212) 218-2100
Fax: (212) 218-2200
*Attorneys for The Clearing House Payments Company*

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing instrument was served upon all counsel of record in the above entitled and numbered cause via ECF on this the 4th day of December, 2006.

_____
Preston W. McGee