# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| DATATREASURY CORPORATION | |
| Plaintiff, | Case No. 2-06CV-72DF |
| v. | |
| CITIZENS FINANCIAL GROUP INC., et al., | Judge Folsom |
| Defendants. | |

## DEFENDANT CITIZENS FINANCIAL GROUP'S NOTICE OF SERVICE OF RULE 26(a)(1) INITIAL DISCLOSURES

Pursuant to Federal Rule of Civil Procedure 26(a)(1) and Local Rule CV-26(c), Defendant Citizens Financial Group, hereby notifies the Court that it has served Plaintiff's counsel with its Rule 26(a)(1) initial disclosures.

Dated: December 4, 2006                    Respectfully submitted,

                                              /s/Claude E. Welch
                                             Claude E. Welch
                                             Attorney at Law
                                             115 West Shepherd Avenue
                                             P.O. Box 1574
                                             Lufkin, TX 75902-1574
                                             Tel.: (936) 639-3311
                                             Fax: (936) 639-3049
                                             welchlawoffice@consolidated.net
                                             Local Counsel to Defendant, CFG
                                             FINANCIAL GROUP, INC.

        Jeffrey S. Standley
        James L. Kwak
        F. Michael Speed, Jr.
        STANDLEY LAW GROUP LLP
        495 Metro Place South, Suite 210
        Dublin, OH  43017-5315
        Tel.:  614-792-5555
        Fax:  614-792-5536
        Of Counsel to Defendant, CFG
        FINANCIAL GROUP, INC.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this pleading was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rules CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by regular mail on this the 4th day of December, 2006.  However, the undersigned is not aware of any counsel of record who has not consented to electronic service.

         /s/ Claude E. Welch
        Claude E. Welch