UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DATATREASURY CORPORATION, § | |
| § | |
| Plaintiff, § | |
| § | CIVIL ACTION NO. 2:06-CV-72-DF |
| v. § | |
| § | JURY TRIAL DEMANDED |
| WELLS FARGO & COMPANY, et al. § | |
| § | |
| Defendants. § | |

**NOTICE OF INITIAL DISCLOSURES BY DEFENDANTS FIRST-CITIZENS BANK & TRUST CO. AND FIRST CITIZENS BANCSHARES, INC.**

Pursuant to Local Rule 26(c) of the Eastern District of Texas and the Amended Docket Control Order dated October 25, 2006, Defendants First-Citizens Bank & Trust Company and First Citizens BancShares, Inc. hereby notify the Court that on December 4, 2006, they served their Initial Disclosures required by Federal Rule of Civil Procedure 26(a)(1) on counsel of record in this matter.

Dockets.Justia.co

Dated: December 4, 2006.                    Respectfully submitted,


   /s/ Larry D. Carlson
Larry D. Carlson, Attorney-in-Charge
   Texas State Bar No. 03814500
   E-Mail: larry.carlson@bakerbotts.com
Fernando Rodriguez, Jr.
   Texas State Bar No. 24005048
   E-Mail: fernando.rodriguez@bakerbotts.com
David O. Taylor
   Texas State Bar No. 24042010
   E-Mail: david.taylor@bakerbotts.com
BAKER BOTTS L.L.P.
2001 Ross Avenue, Suite 600
Dallas, Texas 75201
Telephone: (214) 953-6500
Facsimile: (214) 953-6503

Donalt J. Eglinton
   E-Mail: dje@wardandsmith.com
WARD AND SMITH, P.A.
Post Office Box 867
New Bern, North Carolina 28563
Telephone: (252) 672-5456
Facsimile: (252) 672-5477

ATTORNEYS FOR DEFENDANTS FIRST-CITIZENS BANK & TRUST COMPANY AND FIRST CITIZENS BANCSHARES, INC.


## CERTIFICATE OF SERVICE

I certify that on December 4, 2006, all counsel who are deemed to have consented to electronic service are being served with a copy of this document by the Court's Electronic Filing System, pursuant to Local Rule CV-5(a)(3)(A).


   /s/ Larry D. Carlson
Larry D. Carlson