## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| **DATATREASURY CORPORATION,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | **Civil Action No. 2:06cv72** |
| | § | |
| **WELLS FARGO & COMPANY;** *et al*. | § | |
| | § | |
| **Defendants.** | § | |

### DEFENDANTS' JOINT NOTICE OF INITIAL DISCLOSURES

COMES NOW Defendants HSBC North America Holdings, Inc., subject to its Motion to

Dismiss Under Rule 12(b), and HSBC Bank USA, N.A., and files this their Joint Notice of Initial

Disclosures pursuant to Local Rule CV-26(c), having timely served upon opposing counsel of

record Defendants' Joint Initial Disclosures pursuant to *Fed. R. Civ. P.* 26(a)(1).


Respectfully submitted,

Boudreaux, Leonard, Hammond & Curcio, P.C.


By:    /s/ Glen M. Boudreaux
       Glen M. Boudreaux
       State Bar No. 02696500
       **Lead Attorney for HSBC North America Holdings, Inc.**
       Two Houston Center
       909 Fannin, Suite 2350
       Houston, TX 77010
       Telephone: (713) 757-0000
       Telefax: (713) 757-0178
       gboudreaux@blhc-law.com

Dockets.Justia.com

**Of Counsel**
Boudreaux, Leonard, Hammond & Curcio, P.C.
Tim S. Leonard
State Bar No. 12211200
Edward J. (Nick) Nicholas
State Bar No. 14991350
909 Fannin, Suite 2350
Houston, TX 77010
Tel. (713) 757-0000
Fax (713) 757-0178
Email:  tleonard@blhc-law.com
           nnicholas@blhc-law.com

Wilmer Hale
Irah H. Donner
399 Park Avenue
New York, NY 10022
Tel. (212) 230-8887
Fax (212) 230-8888
Email: irah.donner@wilmerhale.com

Locke Liddell & Sapp LLP
Roy W. Hardin
2200 Ross Avenue, Suite 2200
Dallas, TX 75201-6776
Tel. (241) 740-8556
Fax (241) 740-8800
Email: rhardin@lockeliddell.com

Law Offices of Richard Grainger
Richard Grainger
118 West Houston Street
Tyler, TX 75710
Tel. (903) 595-3514
Fax (903) 595-5360
Email: granigerpc@aol.com

## <u>Certificate of Service</u>

I certify that a copy of Defendants' Joint Notice of Initial Disclosures was served on December 4, 2006, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

 /s/ Glen M. Boudreaux
Glen M. Boudreaux