# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **DATA TREASURY CORPORATION** | § | |
| **Plaintiff** | § | |
| | § | |
| vs. | § | Civil Action No. 2-06CV-72-DF |
| | § | |
| **WELLS FARGO & COMPANY,** *et al.* | § | |
| **Defendants.** | § | |

## DEFENDANTS COMPASS BANK AND COMPASS BANCSHARES, INC.'S NOTICE OF SERVING INITIAL DISCLOSURES

Defendants Compass Bank and Compass Bancshares, Inc. (jointly "Compass") hereby certify that on December 4, 2006, a true and correct copy of Defendants Compass Bank and Compass Bancshares, Inc.'s Initial Disclosures pursuant to Rule 26 of the FEDERAL RULES OF CIVIL PROCEDURE and Step 2 of the of the Court's Amended Docket Control Order were served on counsel for Plaintiff via electronic mail in accordance with the parties' agreed protocol for such communications.

**DEFENDANTS COMPASS BANK AND COMPASS BANCSHARES, INC.'S**
**NOTICE OF SERVING INITIAL DISCLOSURES -- Page 1**
DAL:644601.1

Dockets.Justia.com

Dated: December 4, 2006                     Respectfully submitted,

                                  **ANDREWS KURTH LLP**

By:         /S/ *Tonya M. Gray*
     Jerry L. Beane
     Texas Bar No. 01966000
     jerrybeane@andrewskurth.com
     Gerald C. Conley
     Texas Bar No. 04664200
     geraldconley@andrewskurth.com
     Kay Lynn Brumbaugh
     Texas Bar No. 00785152
     kaylynnbrumbaugh@andrewskurth.com
     Tonya M. Gray
     Texas Bar No. 24012726
     tonyagray@andrewskurth.com

1717 Main Street, Suite 3700
Dallas, Texas 75201
Telephone: (214) 659-4400
Facsimile: (214) 659-4401

**ATTORNEYS FOR DEFENDANTS
COMPASS BANCSHARES, INC AND
COMPASS BANK AND
ATTORNEYS FOR DEFENDANTS
FIRST HORIZON NATIONAL
CORPORATION AND FIRST TENNESSEE
BANK, NATIONAL ASSOCIATION**

## CERTIFICATE OF SERVICE

     This is to certify that a true and correct copy of this document has been served on all counsel of record via electronic mail through Local Rule CV-5(a) on this the 4th day of December, 2006.

                                                /S/ *Tonya M. Gray*
                                              Tonya M. Gray