# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORPORATION<br>*PLAINTIFF*<br>*vs.*<br>WELLS FARGO & COMPANY, *ET AL.*<br>*DEFENDANTS* | §<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 2:06-CV-72<br><br>Judge David Folsom |

## DEFENDANTS KEYBANK NATIONAL ASSOCIATION AND KEYCORP'S NOTICE OF INITIAL DISCLOSURES

Defendants KeyBank National Association and KeyCorp respectfully notify this Court that they timely furnished opposing counsel with their Initial Disclosures on December 4, 2006.

DATED:  December 4, 2006

Respectfully submitted,

**McKOOL SMITH, P.C**.

/s/ Sam Baxter
SAM BAXTER
Lead Attorney
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
505 East Travis Street, Suite 105
Marshall, Texas  75670
Telephone:  (903) 927-2111
Telecopy:  (903) 927-2622
THEODORE STEVENSON, III
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
L. DAVID ANDERSON
Texas State Bar No. 00796126
danderson@mckoolsmith.com
300 Crescent Court
Suite 1500
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

                    PETER J. AYERS  
                    Texas State Bar No. 24009882  
                    payers@mckoolsmith.com  
                    GEOFFREY L. SMITH  
                    Texas State Bar No. 24041939  
                    gsmith@mckoolsmith.com  
                    300 W. 6th Street, Suite 1700  
                    Austin, Texas 78701  
                    Telephone:  (512) 692-8700  
                    Telecopy:    (512) 692-8744  

                    **ATTORNEYS FOR DEFENDANTS**  
                    **KEYCORP AND KEYBANK NA**

## CERTIFICATE OF SERVICE

     The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A).

                    /s/ L. David Anderson  
                    L. David Anderson