# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORPORATION<br>*PLAINTIFF*<br><br>*vs.*<br><br>WELLS FARGO & COMPANY, *ET AL.*<br>*DEFENDANTS* | §<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 2:06-CV-72<br><br>Judge David Folsom |

## DEFENDANTS SUNTRUST BANK AND SUNTRUST BANKS, INC.'S NOTICE OF INITIAL DISCLOSURES

Defendants SunTrust Bank and SunTrust Banks, Inc. respectfully notify this Court that they timely furnished opposing counsel with their Initial Disclosures on December 4, 2006.

DATED:  December 4, 2006            Respectfully submitted,

**McKOOL SMITH, P.C**.

/s/ Sam Baxter
SAM BAXTER
Lead Attorney
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
505 East Travis Street, Suite 105
Marshall, Texas  75670
Telephone:  (903) 927-2111
Telecopy:  (903) 927-2622
THEODORE STEVENSON, III
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
L. DAVID ANDERSON
Texas State Bar No. 00796126
danderson@mckoolsmith.com
300 Crescent Court
Suite 1500
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

>PETER J. AYERS
>Texas State Bar No. 24009882
>payers@mckoolsmith.com
>GEOFFREY L. SMITH
>Texas State Bar No. 24041939
>gsmith@mckoolsmith.com
>300 W. 6th Street, Suite 1700
>Austin, Texas 78701
>Telephone:  (512) 692-8700
>Telecopy:   (512) 692-8744
>
>**ATTORNEYS FOR DEFENDANTS SUNTRUST BANKS, INC. AND SUNTRUST BANK**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A).

>/s/ L. David Anderson
>L. David Anderson