# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORPORATION | § | Civil Action No. 2:06-CV-72 |
| *PLAINTIFF* | § | |
| *vs.* | § | Judge David Folsom |
| | § | |
| WELLS FARGO & COMPANY, *ET AL.* | § | |
| *DEFENDANTS* | § | |
| | § | |

## DEFENDANTS PNC BANK AND THE PNC FINANCIAL SERVICES GROUP, INC.'S NOTICE OF INITIAL DISCLOSURES

Defendants PNC Bank and The PNC Financial Services Group, Inc. respectfully notify this Court that they timely furnished opposing counsel with their Initial Disclosures on December 4, 2006.

DATED: December 4, 2006                    Respectfully submitted,

**McKOOL SMITH, P.C**.

/s/ Sam Baxter
SAM BAXTER
Lead Attorney
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
505 East Travis Street, Suite 105
Marshall, Texas  75670
Telephone:  (903) 927-2111
Telecopy:  (903) 927-2622
THEODORE STEVENSON, III
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com

**DEFENDANTS PNC BANK AND THE PNC FINANCIAL SERVICES GROUP, INC.'S
NOTICE OF INITIAL DISCLOSURES**                                                          **PAGE 1**
Dallas 229328v1

dockets.Justia.com

L. DAVID ANDERSON
Texas State Bar No. 00796126
danderson@mckoolsmith.com
300 Crescent Court
Suite 1500
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

PETER J. AYERS
Texas State Bar No. 24009882
payers@mckoolsmith.com
GEOFFREY L. SMITH
Texas State Bar No. 24041939
gsmith@mckoolsmith.com
300 W. 6th Street, Suite 1700
Austin, Texas 78701
Telephone:  (512) 692-8700
Telecopy:    (512) 692-8744

**ATTORNEYS FOR DEFENDANTS THE PNC FINANCIAL SERVICES GROUP, INC. AND PNC BANK**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this motion was served on all counsel who have consented to electronic service.  Local Rule CV-5(a)(3)(A).

/s/ L. David Anderson
L. David Anderson