# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORPORATION | § | Civil Action No. 2:06-CV-72 |
| *PLAINTIFF* | § | |
| vs. | § | Judge David Folsom |
| | § | |
| WELLS FARGO & COMPANY, *ET AL.* | § | |
| *DEFENDANTS* | § | |
| | § | |

## DEFENDANT ELECTRONIC DATA SYSTEMS CORP.'S
## NOTICE OF INITIAL DISCLOSURES

Defendant Electronic Data Systems Corp. respectfully notifies this Court that it timely furnished opposing counsel with its Initial Disclosures on December 4, 2006.

DATED: December 4, 2006           Respectfully submitted,

**McKOOL SMITH, P.C.**

/s/ Theodore Stevenson, III
THEODORE STEVENSON, III
Lead Attorney
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
GARRET W. CHAMBERS
Texas State Bar No. 00792160
gchambers@mckoolsmith.com
L. DAVID ANDERSON
Texas State Bar No. 00796126
danderson@mckoolsmith.com
300 Crescent Court
Suite 1500
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

>PETER J. AYERS
>Texas State Bar No. 24009882
>payers@mckoolsmith.com
>GEOFFREY L. SMITH
>Texas State Bar No. 24041939
>gsmith@mckoolsmith.com
>300 W. 6th Street, Suite 1700
>Austin, Texas 78701
>Telephone:  (512) 692-8700
>Telecopy:   (512) 692-8744
>
>**ATTORNEYS FOR DEFENDANT ELECTRONIC DATA SYSTEMS CORP.**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this motion was served on all counsel who have consented to electronic service.  Local Rule CV-5(a)(3)(A).

>/s/ L. David Anderson
>L. David Anderson