# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **DATATREASURY CORPORATION,** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| vs. | § | **Case No. 2-06-CV-72** |
| | § | |
| **WELLS FARGO & COMPANY,** *et al.* | § | **JURY TRIAL DEMANDED** |
| | § | |
| *Defendants*. | § | |

## NOTICE OF INITIAL DISCLOSURES OF DEFENDANTS US BANK, NATIONAL ASSOCIATION AND US BANCORP

Defendants US Bank, National Association and US Bancorp (collectively, "US Bank") file this Notice pursuant to Local Rule CV-26(c), and state that pursuant to Fed. R. Civ. P. 26(a)(1), US Bank served its Initial Disclosures on December 4, 2006.

WASH_1759547.1

Dated: December 4, 2006                              Respectfully submitted,

/s/  Jeremy M. Thompson

Melvin R. Wilcox, III
mrw@smeadlaw.com
Smead, Anderson & Dunn LLP
2110 Horseshoe Ln
PO Box 3343
Longview, Texas 75606
Telephone:  (903) 232-1892
Facsimile:  (903) 232-1881

John J. Feldhaus
jfeldhaus@foley.com
Anthony H. Son
ason@foley.com
George Beck
gbeck@foley.com
FOLEY & LARDNER LLP
3000 K Street, N.W.
Washington, D.C. 20007
Telephone: (202) 672-5300
Facsimile: (202) 672-5399

Jeremy M. Thompson
jmthompson@foley.com
FOLEY & LARDNER LLP
111 N. Orange Ave., Ste. 1800
Orlando, FL  32801
Telephone: (407) 423-7656
Facsimile: (407) 648-1743

Counsel for Defendants US Bank, National Association and US Bancorp

2

3

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 4, 2006, all counsel of record who have consented to electronic service are being served with a copy of the foregoing via the Court's CM/ECF filing system per Local Rule CV-5(a)(3).

                                              /s/ Jeremy M. Thompson
                                              Jeremy M. Thompson