UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **DATA TREASURY CORPORATION** | § | |
| **Plaintiff** | § | |
| | § | |
| vs. | § | Civil Action No. 2-06CV-72-DF |
| | § | |
| **WELLS FARGO & COMPANY,** *et al.* | § | |
| **Defendants.** | § | |

**DEFENDANTS FIRST HORIZON NATIONAL CORPORATION AND
FIRST TENNESSEE BANK NATIONAL ASSOCIATION'S
NOTICE OF SERVING INITIAL DISCLOSURES**

Defendants First Horizon National Corporation and First Tennessee Bank National Association (jointly "FH/FT") hereby certify that on December 4, 2006, a true and correct copy of Defendants First Horizon National Corporation and First Tennessee Bank National Association's Initial Disclosures pursuant to Rule 26 of the FEDERAL RULES OF CIVIL PROCEDURE and Step 2 of the of the Court's Amended Docket Control Order were served on counsel for Plaintiff via electronic mail in accordance with the parties' agreed protocol for such communications.

**DEFENDANTS FIRST HORIZON NATIONAL CORPORATION AND FIRST TENNESSEE BANK NATIONAL ASSOCIATION'S NOTICE OF SERVING INITIAL DISCLOSURES** -- Page 1

DAL:644600.1

Dockets.Justia.com

Dated: December 4, 2006               Respectfully submitted,

                                              **ANDREWS KURTH LLP**

By:        /S/ *Tonya M. Gray*

Jerry L. Beane
Texas Bar No. 01966000
jerrybeane@andrewskurth.com
Gerald C. Conley
Texas Bar No. 04664200
geraldconley@andrewskurth.com
Kay Lynn Brumbaugh
Texas Bar No. 00785152
kaylynnbrumbaugh@andrewskurth.com
Tonya M. Gray
Texas Bar No. 24012726
tonyagray@andrewskurth.com

1717 Main Street, Suite 3700
Dallas, Texas 75201
Telephone: (214) 659-4400
Facsimile: (214) 659-4401

**ATTORNEYS FOR DEFENDANTS
COMPASS BANCSHARES, INC AND
COMPASS BANK AND
ATTORNEYS FOR DEFENDANTS
FIRST HORIZON NATIONAL
CORPORATION AND FIRST TENNESSEE
BANK, NATIONAL ASSOCIATION**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this document has been served on all counsel of record via electronic mail through Local Rule CV-5(a) on this the 4th day of December, 2006.

                                                   /S/  *Tonya M. Gray*
                                                  Tonya M. Gray

**DEFENDANTS FIRST HORIZON NATIONAL CORPORATION AND FIRST TENNESSEE BANK NATIONAL ASSOCIATION'S NOTICE OF SERVING INITIAL DISCLOSURES -- Page 2**

DAL:644600.1