# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| DATA TREASURY CORPORATION <br>     Plaintiff <br><br> vs. <br><br> WELLS FARGO & COMPANY, *et al.* <br>     Defendants. | § <br> § <br> § <br> §    Civil Action No. 2-06CV72-DF <br> §    ECF <br> § <br> § |

## BANCORPSOUTH, INC.'S AND BANCORPSOUTH BANK'S
## NOTICE OF INITIAL DISCLOSURES

Comes now Defendants BancorpSouth, Inc. and BancorpSouth Bank ("BancorpSouth"), and files this Notice of Initial Disclosures pursuant to Local Rule CV-26(c), having timely served upon counsel of record its Initial Disclosures pursuant to FRCP 26(a)(1).

Dated: December 4, 2006

Respectfully submitted,

HUGHES & LUCE, LLP
By:   /s/ Gregory Perrone
John H. McDowell, Jr.
Texas Bar No. 13570825
LEAD ATTORNEY
Gregory Perrone
Texas Bar No. 24048053

1717 Main Street, Suite 2800
Dallas, Texas 75201
Telephone: (214) 939-5500
Facsimile: (214) 939-5849

ATTORNEYS FOR DEFENDANTS
BANCORPSOUTH, INC. AND
BANCORPSOUTH BANK

DEFENDANTS BANCORPSOUTH, INC.'S AND
BANCORPSOUTH BANK'S INITIAL DISCLOSURES – Page 1

016159.00010:1005952.01

Dockets.Justia.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served electronically on all counsel who have consented to electronic service on this the 4th day of December, 2006.

/s/Gregory Perrone
Gregory Perrone