IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORP., | § | |
| Plaintiff, | § § § | |
| v. | § § | 2:06-CV-72-DF |
| WELLS FARGO & CO., et al. | § § § | |
| Defendants. | § § | |

**O R D E R**

The Court ordered a stay conditioned on each defendant's entry into the following stipulation by November 3, 2006:

> The parties agree that the stay will be granted only on condition that [an individual defendant] agrees not to challenge United States Patent Numbers 5,910,988 and/or 6,032,137 based on any prior art printed publications that were considered in the reexamination process.

Dkt. No. 326. The following defendants have entered the stipulation: First-Citizens Bank and Trust Company, First Citizens Bancshares, Inc., Zions Bancorporation, Zions First National Bank. See Dkt. Nos. 342 & 345. The Court hereby **STAYS** all motion practice, disclosure obligations, and discovery deadlines as to Plaintiff's claims against the stipulating defendants based on United States Patent Numbers 5,910,988 and 6,032,137 (the so-called "Ballard" patents). All other obligations and deadlines as to Plaintiff's other claims are unaffected.

**IT IS SO ORDERED**.

SIGNED this 15th day of December, 2006.

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE