UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORPORATION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 2:06-CV-72-DF |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| WELLS FARGO & COMPANY, et al. | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF INVALIDITY CONTENTIONS BY DEFENDANTS FIRST-CITIZENS BANK & TRUST COMPANY AND FIRST CITIZENS BANCSHARES, INC.

Defendants First-Citizens Bank & Trust Company and First Citizens BancShares, Inc. hereby notify the Court that on February 5, 2007, they served their Invalidity Contentions required by Local Patent Rule 3-3 and the Second Amended Docket Control Order dated January 29, 2007, on counsel of record in this matter.

1

Dated:  February 6, 2007.                    Respectfully submitted,

  /s/ Larry D. Carlson
Larry D. Carlson, Attorney-in-Charge
   Texas State Bar No. 03814500
   E-Mail:  larry.carlson@bakerbotts.com
Fernando Rodriguez, Jr.
   Texas State Bar No. 24005048
   E-Mail:  fernando.rodriguez@bakerbotts.com
David O. Taylor
   Texas State Bar No. 24042010
   E-Mail:  david.taylor@bakerbotts.com
BAKER BOTTS L.L.P.
2001 Ross Avenue, Suite 600
Dallas, Texas  75201
Telephone:  (214) 953-6500
Facsimile:  (214) 953-6503

Donalt J. Eglinton
   E-Mail:  dje@wardandsmith.com
WARD AND SMITH, P.A.
Post Office Box 867
New Bern, North Carolina 28563
Telephone:  (252) 672-5456
Facsimile:  (252) 672-5477

ATTORNEYS FOR DEFENDANTS FIRST-CITIZENS BANK & TRUST COMPANY AND FIRST CITIZENS BANCSHARES, INC.

## CERTIFICATE OF SERVICE

    I certify that on February 6, 2007, all counsel who are deemed to have consented to electronic service are being served with a copy of this document by the Court's Electronic Filing System, pursuant to Local Rule CV-5(a)(3)(A).

  /s/ Larry D. Carlson
Larry D. Carlson