# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **DATATREASURY CORPORATION** | § | |
| | § | |
| v. | § | Cause No. 2:06cv72(DF) |
| | § | |
| **WELLS FARGO & COMPANY, ET AL** | § | |

### SEPARATE DEFENDANT, THE BANK OF TOKYO-MITSUBISHI
### UFJ, LTD. NOTICE OF COMPLIANCE

TO THE HONORABLE JUDGE OF SAID COURT:

Separate Defendant, The Bank of Tokyo-Mitsubishi UFJ, Ltd., by and through its attorney of record, hereby provide Notice to the Court, pursuant to the Second Amended Docket Control Order, and Local Patent Rule 3-3, that its Invalidity Contentions were served upon Plaintiff on February 5, 2007, via electronic mail pursuant to the written agreement of the parties.

Respectfully submitted,

*/s/ Lance Lee*
Lance Lee
Texas Bar No. 24004762
**YOUNG, PICKETT & LEE**
4122 Texas Blvd.-P.O. Box 1897
Texarkana, TX-AR 75504-1897
Telephone:   903/794-1303
Facsimile:    903/792-5098

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to FED.R.CIV.P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy via email transmission, facsimile and/or U.S. Mail this 6th day of February, 2007.

                                                    */s/ Lance Lee*
                                                    Lance Lee