IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **DATATREASURY CORPORATION** § § | |
| v.  § § | Cause No.  2:06cv72(DF) |
| **WELLS FARGO & COMPANY, ET AL** § | |

**DEFENDANTS FIRST DATA CORPORATION, TELECHECK SERVICES, INC. AND REMITCO, LLC'S NOTICE OF COMPLIANCE**

TO THE HONORABLE JUDGE OF SAID COURT:

Defendants First Data Corporation, Telecheck Services, Inc. and Remitco, LLC, by and through their attorney of record, hereby provide Notice to the Court, pursuant to the Second Amended Docket Control Order, and Local Patent Rule 3-3, that their Invalidity Contentions were served upon Plaintiff on February 5, 2007, via electronic mail pursuant to the written agreement of the parties.

Respectfully submitted,

*/s/ Lance Lee*
Lance Lee
Texas Bar No.  24004762
**YOUNG, PICKETT & LEE**
4122 Texas Blvd.-P.O. Box 1897
Texarkana, TX-AR 75504-1897
Telephone:	903/794-1303
Facsimile:	903/792-5098

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to FED.R.CIV.P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy via email transmission, facsimile and/or U.S. Mail this 6th day of February, 2007.

                                                               */s/ Lance Lee*
                                                               Lance Lee