## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORPORATION, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| vs. | § | Case No. 2-06-CV-72 |
| | § | |
| WELLS FARGO & COMPANY, *et al.* | § | JURY TRIAL DEMANDED |
| | § | |
| *Defendants*. | § | |

### NOTICE OF DEFENDANTS NATIONAL CITY CORPORATION'S AND NATIONAL CITY BANK'S INVALIDITY CONTENTIONS

Defendants National City Corporation and National City Bank file this Notice and state that they served Invalidity Contentions pursuant to Local Patent Rules 3-3 on February 5, 2007 on all counsel of record.

Dated: February 6, 20076                    Respectfully submitted,

                                            /s/  Anthony H. Son

                                            Melvin R. Wilcox, III
                                            mrw@smeadlaw.com
                                            Smead, Anderson & Dunn LLP
                                            2110 Horseshoe Ln
                                            PO Box 3343
                                            Longview, Texas 75606
                                            Telephone:  (903) 232-1892
                                            Facsimile:  (903) 232-1881

                                            John J. Feldhaus
                                            jfeldhaus@foley.com
                                            Anthony H. Son
                                            ason@foley.com
                                            George Beck
                                            gbeck@foley.com
                                            FOLEY & LARDNER LLP
                                            3000 K Street, N.W.
                                            Washington, D.C. 20007

WASH_1805855.1

Dockets.Justia.com

Telephone: (202) 672-5300
Facsimile: (202) 672-5399

Jeremy M. Thompson
jmthompson@foley.com
FOLEY & LARDNER LLP
111 N. Orange Ave., Ste. 1800
Orlando, FL  32801
Telephone: (407) 423-7656
Facsimile: (407) 648-1743

Counsel for Defendants U.S. Bancorp and U.S.
Bank National Association

WASH_1805855.1

**<u>CERTIFICATE OF SERVICE</u>**

      I hereby certify that on February 6, 2007, all counsel of record who have consented to electronic service are being served with a copy of the foregoing via the Court's CM/ECF filing system per Local Rule CV-5(a)(3).


                              <u>/s/ Anthony H. Son</u>
                              Anthony H. Son

WASH_1805855.1