# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **DATATREASURY CORPORATION,** § | |
| § | |
| *Plaintiff*, § | |
| § | |
| vs. § | Case No. 2-06-CV-72 |
| § | |
| **WELLS FARGO & COMPANY,** *et al.* § | **JURY TRIAL DEMANDED** |
| § | |
| *Defendants*. § | |

## NOTICE OF DEFENDANTS U.S. BANCORP'S AND U.S. BANK NATIONAL ASSOCIATION'S INVALIDITY CONTENTIONS

Defendants U.S. Bancorp and U.S. Bank National Association file this Notice and state that they served Invalidity Contentions pursuant to Local Patent Rules 3-3 on February 5, 2007 on all counsel of record.

Dated: February 6, 20076              Respectfully submitted,

                                      /s/  Anthony H. Son

                                      Melvin R. Wilcox, III
                                      mrw@smeadlaw.com
                                      Smead, Anderson & Dunn LLP
                                      2110 Horseshoe Ln
                                      PO Box 3343
                                      Longview, Texas 75606
                                      Telephone:  (903) 232-1892
                                      Facsimile:  (903) 232-1881

                                      John J. Feldhaus
                                      jfeldhaus@foley.com
                                      Anthony H. Son
                                      ason@foley.com
                                      George Beck
                                      gbeck@foley.com
                                      FOLEY & LARDNER LLP
                                      3000 K Street, N.W.
                                      Washington, D.C. 20007

WASH_1805846.1

Telephone: (202) 672-5300
Facsimile: (202) 672-5399

Jeremy M. Thompson
jmthompson@foley.com
FOLEY & LARDNER LLP
111 N. Orange Ave., Ste. 1800
Orlando, FL  32801
Telephone: (407) 423-7656
Facsimile: (407) 648-1743

Counsel for Defendants U.S. Bancorp and U.S. Bank National Association

2

## CERTIFICATE OF SERVICE

    I hereby certify that on February 6, 2007, all counsel of record who have consented to electronic service are being served with a copy of the foregoing via the Court's CM/ECF filing system per Local Rule CV-5(a)(3).

                                                      /s/ Anthony H. Son
                                                      Anthony H. Son