UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORPORATION, | § | |
|    Plaintiff/Counter-Defendant | § | |
| | § | Civil Action No. 2:06cv72 |
| vs. | § | |
| | § | Jury Trial Demanded |
| WELLS FARGO & COMPANY, ET AL. | § | |
|    Defendants/Counter-Plaintiffs | § | |

## UBS AMERICAS, INC.'S NOTICE OF SERVICE OF PATENT RULE DISCLOSURES

Defendant UBS Americas, Inc., hereby provides Notice that it served Plaintiff, DataTreasury Corporation, with Invalidity Contentions pursuant to local Patent Rule 3-3 on February 5, 2007.

Dated this 6th day of February, 2007.    Respectfully submitted,

/s/ Scott W. Breedlove
William L. LaFuze
Texas Bar No. 11792500
*wlafuze@velaw.com*
D. Ferguson McNiel, III
Texas Bar No. 13830300
*fmcniel@velaw.com*
Vinson & Elkins LLP
2300 First City Tower
1001 Fannin Street
Houston, TX  77002
Telephone:  713.758.2222
Facsimile:  713.758.2346

Scott W. Breedlove
Texas Bar No. 00790361
*sbreedlove@velaw.com*
Vinson & Elkins LLP
3700 Trammell Crow Center
2001 Ross Avenue
Dallas, TX  75201-2975
Telephone:  214.220.7700
Facsimile:  214.220.7716

Harry Lee Gillam, Jr.
Texas Bar No. 07921800
*Gil@gillamsmithlaw.com*
Melissa Richards Smith
Texas Bar No. 24001351
*Melissa@gillamsmithlaw.com*
Gillam & Smith LLP
110 South Bolivar, Suite 204
Marshall, TX  75670
Telephone:  903.934.8450
Facsimile:  903.934.9257

***Attorneys for UBS Americas, Inc.***

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on February 6, 2007. This pleading was therefore served on all counsel deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).


/s/ Scott W. Breedlove
Scott W. Breedlove


Dallas 1215747v.1