# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **DATATREASURY CORPORATION,** | |
| **Plaintiff** | |
| v. | CIVIL ACTION NO. 2:06-CV-72 DF |
| **WELLS FARGO & CO., et al.,** | |
| **Defendants** | |

## DEFENDANTS KEYCORP AND KEYBANK NATIONAL ASSOCIATION'S NOTICE OF P.R. 3-3 DISCLOSURES

Defendants KeyCorp and KeyBank National Association, hereby give notice that the Invalidity Contentions required by P.R. 3-3 and the Court's Second Amended Docket Control Order dated January 29, 2007, were served on all parties of record on February 5, 2007.

DATED:  February 6, 2007            Respectfully submitted,

                                                   **McKOOL SMITH, P.C**.

                                                   /s/ Sam Baxter
                                                   SAM BAXTER
                                                   Lead Attorney
                                                   Texas State Bar No. 01938000
                                                   sbaxter@mckoolsmith.com
                                                   505 East Travis Street, Suite 105
                                                   Marshall, Texas  75670
                                                   Telephone:  (903) 927-2111
                                                   Telecopy:  (903) 927-2622


                                                   THEODORE STEVENSON, III
                                                   Texas State Bar No. 19196650
                                                   tstevenson@mckoolsmith.com
                                                   L. DAVID ANDERSON
                                                   Texas State Bar No. 00796126
                                                   danderson@mckoolsmith.com
                                                   300 Crescent Court
                                                   Suite 1500
                                                   Telephone: (214) 978-4000
                                                   Telecopier: (214) 978-4044


                                                   PETER J. AYERS
                                                   Texas State Bar No. 24009882
                                                   payers@mckoolsmith.com
                                                   GEOFFREY L. SMITH
                                                   Texas State Bar No. 24041939
                                                   gsmith@mckoolsmith.com
                                                   300 W. 6th Street, Suite 1700
                                                   Austin, Texas 78701
                                                   Telephone:  (512) 692-8700
                                                   Telecopy:    (512) 692-8744

                                                 **ATTORNEYS FOR DEFENDANTS**
                                                   **KEYCORP AND KEYBANK**
                                                   **NATIONAL ASSOCIATION**

**CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this notice was served on all counsel who have consented to electronic service on February 6, 2007.

                                  /s/ L. David Anderson
                                  L. David Anderson