# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| DATATREASURY CORPORATION, | |
| Plaintiff | |
| v. | CIVIL ACTION NO. 2:06-CV-72 DF |
| WELLS FARGO & CO., et al., | |
| Defendants | |

## DEFENDANTS PNC BANK ASSOCIATION AND THE PNC FINANCIAL SERVICES GROUP, INC.'S NOTICE OF P.R. 3-3 DISCLOSURES

Defendants PNC Bank National Association and The PNC Financial Services Group, Inc., hereby give notice that the disclosures required by P.R. 3-3 and the Court's Second Amended Docket Control Order dated January 29, 2007, were served on all parties of record on February 5, 2007.

DATED:  February 6, 2007                    Respectfully submitted,

                                            **McKOOL SMITH, P.C**.

/s/ Sam Baxter
SAM BAXTER
Lead Attorney
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
505 East Travis Street, Suite 105
Marshall, Texas  75670
Telephone:  (903) 927-2111
Telecopy:  (903) 927-2622


THEODORE STEVENSON, III
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
L. DAVID ANDERSON
Texas State Bar No. 00796126
danderson@mckoolsmith.com
300 Crescent Court
Suite 1500
Telephone: (214) 978-4000
Telecopier: (214) 978-4044


PETER J. AYERS
Texas State Bar No. 24009882
payers@mckoolsmith.com
GEOFFREY L. SMITH
Texas State Bar No. 24041939
gsmith@mckoolsmith.com
300 W. 6th Street, Suite 1700
Austin, Texas 78701
Telephone:  (512) 692-8700
Telecopy:   (512) 692-8744

**ATTORNEYS FOR DEFENDANTS PNC BANK NATIONAL ASSOCIATION AND THE PNC FINANCIAL SERVICES GROUP, INC.**

**CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this notice was served on all counsel who have consented to electronic service on February 6, 2007.

                                    /s/ L. David Anderson
                                    L. David Anderson

Austin 33245v1