IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORPORATION | § § § | |
| PLAINTIFF | § § | |
| v. | § | CIVIL ACTION NO. 2:06-CV-72-DF |
| WELLS FARGO & CO., ET AL, | § § § | |
| DEFENDANTS | § § | |

**DEFENDANTS', LASALLE BANK CORPORATION AND LASALLE BANK, N.A.,
<u>NOTICE OF P.R. 3-3 DISCLOSURE</u>**

TO THE HONORABLE JUDGE OF SAID COURT:

Please take notice that on February 5, 2007, Defendants, LaSalle Bank Corporation and LaSalle Bank, N.A., served its P.R. 3-3 disclosures on counsel for Plaintiff, pursuant to the Local Rules for the United States District Court for the Eastern District of Texas.

Dated: February 6, 2007                    Respectfully submitted,

                        By: */s/ Jeffrey A. Finn by permission Elizabeth L. DeRieux*
                            Jeffrey A. Finn – Lead Attorney
                            State Bar No. 185248
                            Sidley Austin Brown & Wood
                            555 West Fifth Street, 40th Floor
                            Los Angeles, CA 90013
                            Telephone: (213) 896-6000
                            Fax: (213) 896-6600
                            E-mail: jfinn@sidley.com

       S. Calvin Capshaw
       State Bar No. 03783900
       Elizabeth L. DeRieux
       State Bar No. 05770585
       Andrew W. Spangler
       State Bar No. 24041960
       BROWN McCARROLL LLP
       1127 Judson Road, Suite 220,
       P.O. Box 3999 (75606-3999)
       Longview, Texas 75601-5157
       Telephone: (903) 236-9800
       Facsimile: (903) 236-8787
       E-mail: ccapshaw@mailbmc.com
       E-mail: ederieux@mailbmc.com
       E-mail: aspangler@mailbmc.com

       ATTORNEYS FOR DEFENDANTS
       LASALLE BANK CORP. AND
       LASALLE BANK NA

### CERTIFICATE OF SERVICE

    I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 6th day of February, 2007, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by, electronic mail, facsimile transmission and/or first class mail on this same date.

       */s/ Elizabeth L. DeRieux*
       Elizabeth L. DeRieux

AUS:3872058.1
52671.4