UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DATATREASURY CORPORATION, <br><br> Plaintiff <br><br> v. <br><br> WELLS FARGO & COMPANY; WELLS FARGO & COMPANY; WELLS FARGO BANK, NATIONAL ASSOCIATION; BANK OF AMERICA CORPORATION; BANK OF AMERICA, NATIONAL ASSOCIATION; U.S. BANCORP; U.S. BANK, NATIONAL ASSOCIATION; WACHOVIA CORPORATION; WACHOVIA BANK, NATIONAL ASSOCIATION; SUNTRUST BANKS, INC.; SUNTRUST BANK; BB&T CORPORATION; BRANCH BANKING AND TRUST COMPANY; BANCORPSOUTH, INC.; BANCORPSOUTH BANK; COMPASS BANCSHARES, INC.; COMPASS BANK; CULLEN/FROST BANKERS, INC.; THE FROST NATIONAL BANK; FIRST HORIZON NATIONAL CORPORATION; FIRST TENNESSEE BANK, NATIONAL ASSOCIATION; HSBC NORTH AMERICA HOLDINGS INC.; HSBC BANK USA, N.A.; HARRIS BANKCORP, INC.; HARRIS N.A.; NATIONAL CITY CORPORATION; NATIONAL CITY BANK; ZIONS BANCORPORATION; ZIONS FIRST NATIONAL BANK; BANK OF NEW YORK CO., INC.; THE BANK OF NEW YORK; UNIONBANCAL CORPORATION; UNION BANK OF CALIFORNIA, NATIONAL ASSOCIATION; BANK OF TOKYO-MITSUBISHI UFJ, LTD.; CITIZENS FINANCIAL GROUP, INC. | Civil Action No. 2:06-CV-72 DF |

US2000 9766605.1

| | |
|---|---|
| CITY NATIONAL CORPORATION; CITY NATIONAL BANK; COMERICA INCORPORATED; COMERICA BANK & TRUST, NATIONAL ASSOCIATION; DEUTSCHE BANK TRUST COMPANY AMERICAS; FIRST CITIZENS BANCSHARES, INC.; FIRST CITIZENS BANK & TRUST COMPANY; KEYCORP; KEYBANK NATIONAL ASSOCIATION; LASALLE BANK CORPORATION; LASALLE BANK NA; M&T BANK CORPORATION; M&T BANK; THE PNC FINANCIAL SERVICES GROUP, INC.; PNC BANK, NATIONAL ASSOCIATION UBS AMERICAS, INC.; SMALL VALUE PAYMENTS COMPANY, LLC; THE CLEARING HOUSE PAYMENTS COMPANY, LLC; MAGTEK, INC; FIRST DATA CORPORATION; TELECHECK SERVICES, INC., REMITCO, LLC; and ELECTRONIC DATA SYSTEMS CORP.<br><br>Defendants. | |

## NOTICE OF SERVICE OF DEFENDANTS COMERICA, INC. AND COMERICA BANK & TRUST, N.A.'S PROPOSED TERMS AND CLAIM ELEMENTS FOR CONSTRUCTION

Defendants Comerica, Inc., and Comerica Bank & Trust, N.A., hereby provide notice that on February 7, 2007, they served their proposed terms and claim elements for construction on counsel of record for DataTreasury Corporation, pursuant to Local Patent Rule 4-1(a).

US2000 9766605.1

This 8th day of February, 2007.

/s/ Audra A. Dial
William H. Boice
Steven Gardner
E. Danielle Thompson Williams
Audra A. Dial
Bret T. Winterle

KILPATRICK STOCKTON LLP
Suite 2800
1100 Peachtree Street
Atlanta, GA 30309-4530
Telephone: (404) 815-6500
Fax: (404) 815-6555

1001 West 4th Street
Winston-Salem, NC 27104
Telephone: (336) 607-7300
Fax: (336) 607-7500


Damon Young
YOUNG, PICKETT & LEE
4122 Texas Boulevard
P. O. Box 1897
Texarkana, TX 75504

Attorneys for Defendants Comerica, Inc.,
and Comerica Bank & Trust, N.A.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date I caused to be served the foregoing NOTICE OF SERVICE OF PROPOSED TERMS AND CLAIM ELEMENTS FOR CONSTRUCTION on Plaintiff's counsel of record by electronic mail via the Court's CM/ECF system, pursuant to Local Court Rule 5, addressed as follows:

| | |
|---|---|
| Edward L. Hohn, Esq. | edhohn@nixlawfirm.com |
| Edward K. Chin, Esq. | edchin@nixlawfirm.com |
| Nix Patterson & Roach, L.L.P. | |
| 5215 N. O'Connor Blvd. | |
| Suite 1900 | |
| Irving, TX 75039 | |
| | |
| Harold Wayne Nix | haroldnix@nixlawfirm.com |
| Nix Patterson & Roach, L.L.P. | |
| 205 Linda Drive | |
| Daingerfield, TX 75638 | |
| | |
| Louis Brady Paddock, Esq. | bpaddock@nixlawfirm.com |
| Anthony Bruster, Esq. | akbruster@nixlawfirm.com |
| Richard B. King, Esq. | benking@nixlawfirm.com |
| Charles Cary Patterson, Esq. | ccp@nixlawfirm.com |
| Nix Patterson & Roach, L.L.P. | |
| 2900 St. Michael Dr., 5th Floor | |
| Texarkana, TX 75503 | |
| | |
| Rod A. Cooper, JD, MA | rcooper@cooperiplaw.com |
| The Cooper Law Firm | |
| 5215 N. O'Connor Blvd. | |
| Suite 1900 | |
| Irving, TX 75039 | |
| | |
| Eric M. Albritton, Esq. | ema@emafirm.com |
| Albritton Law Firm | |
| 109 W. Tyler | |
| Longview, TX 75601 | |
| | |
| Joe Kendall, Esq. | jkendall@provostumphrey.com |
| Karl Rupp, Esq. | krupp@provostumphrey.com |
| Provost Umphrey Law Firm, L.L.P. | |
| 3232 McKinney Avenue, Suite 700 | |
| Dallas, TX 75204 | |
| | |
| T. John Ward Jr. | jw@jwfirm.com |

US2000 9766605.1

Law Office of T. John Ward, Jr. P.C.
109 W. Tyler
Longview, TX 75601


This 8th day of February, 2007.

              <u>s/ Audra A. Dial</u>
              Audra A. Dial

              Attorney for Comerica, Inc., and
              Comerica Bank & Trust, N.A.

US2000 9766605.1