UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DATATREASURY CORPORATION,<br><br>Plaintiff<br><br>v.<br><br>WELLS FARGO & COMPANY; WELLS FARGO & COMPANY; WELLS FARGO BANK, NATIONAL ASSOCIATION; BANK OF AMERICA CORPORATION; BANK OF AMERICA, NATIONAL ASSOCIATION; U.S. BANCORP; U.S. BANK, NATIONAL ASSOCIATION; WACHOVIA CORPORATION; WACHOVIA BANK, NATIONAL ASSOCIATION; SUNTRUST BANKS, INC.; SUNTRUST BANK; BB&T CORPORATION; BRANCH BANKING AND TRUST COMPANY; BANCORPSOUTH, INC.; BANCORPSOUTH BANK; COMPASS BANCSHARES, INC.; COMPASS BANK; CULLEN/FROST BANKERS, INC.; THE FROST NATIONAL BANK; FIRST HORIZON NATIONAL CORPORATION; FIRST TENNESSEE BANK, NATIONAL ASSOCIATION; HSBC NORTH AMERICA HOLDINGS INC.; HSBC BANK USA, N.A.; HARRIS BANKCORP, INC.; HARRIS N.A.; NATIONAL CITY CORPORATION; NATIONAL CITY BANK; ZIONS BANCORPORATION; ZIONS FIRST NATIONAL BANK; BANK OF NEW YORK CO., INC.; THE BANK OF NEW YORK; UNIONBANCAL CORPORATION; UNION BANK OF CALIFORNIA, NATIONAL ASSOCIATION; BANK OF TOKYO-MITSUBISHI UFJ, LTD.; CITIZENS FINANCIAL GROUP, INC. | Civil Action No. 2:06-CV-72 DF |

US2000 9766583.1

| | |
|---|---|
| CITY NATIONAL CORPORATION; CITY NATIONAL BANK; COMERICA INCORPORATED; COMERICA BANK & TRUST, NATIONAL ASSOCIATION; DEUTSCHE BANK TRUST COMPANY AMERICAS; FIRST CITIZENS BANCSHARES, INC.; FIRST CITIZENS BANK & TRUST COMPANY; KEYCORP; KEYBANK NATIONAL ASSOCIATION; LASALLE BANK CORPORATION; LASALLE BANK NA; M&T BANK CORPORATION; M&T BANK; THE PNC FINANCIAL SERVICES GROUP, INC.; PNC BANK, NATIONAL ASSOCIATION UBS AMERICAS, INC.; SMALL VALUE PAYMENTS COMPANY, LLC; THE CLEARING HOUSE PAYMENTS COMPANY, LLC; MAGTEK, INC; FIRST DATA CORPORATION; TELECHECK SERVICES, INC., REMITCO, LLC; and ELECTRONIC DATA SYSTEMS CORP.<br><br>                    Defendants. | |

## NOTICE OF SERVICE OF DEFENDANTS WACHVOVIA CORPORATION AND WACHOVIA BANK, NATIONAL ASSOCIATION'S PROPOSED TERMS AND CLAIM ELEMENTS FOR CONSTRUCTION

Defendants Wachovia Corporation and Wachovia Bank, National Association hereby provide notice that on February 7, 2007, they served their proposed terms and claim elements for construction on counsel of record for DataTreasury Corporation, pursuant to Local Patent Rule 4-1(a).

This 8th day of February, 2007.

/s/ Audra A. Dial
William H. Boice
Steven Gardner
E. Danielle Thompson Williams
Audra A. Dial
Bret T. Winterle

KILPATRICK STOCKTON LLP
Suite 2800
1100 Peachtree Street
Atlanta, GA 30309-4530
Telephone: (404) 815-6500
Fax: (404) 815-6555

1001 West 4th Street
Winston-Salem, NC 27104
Telephone: (336) 607-7300
Fax: (336) 607-7500


Damon Young
YOUNG, PICKETT & LEE
4122 Texas Boulevard
P. O. Box 1897
Texarkana, TX 75504

Attorneys for Defendants Wachovia
Corporation and Wachovia Bank, National
Association

US2000 9766583.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date I caused to be served the foregoing NOTICE OF SERVICE OF PROPOSED TERMS AND CLAIM ELEMENTS FOR CONSTRUCTION on Plaintiff's counsel of record by electronic mail via the Court's CM/ECF system, pursuant to Local Court Rule 5, addressed as follows:

| | |
|---|---|
| Edward L. Hohn, Esq. | edhohn@nixlawfirm.com |
| Edward K. Chin, Esq. | edchin@nixlawfirm.com |
| Nix Patterson & Roach, L.L.P. | |
| 5215 N. O'Connor Blvd. | |
| Suite 1900 | |
| Irving, TX 75039 | |

Harold Wayne Nix                          haroldnix@nixlawfirm.com
Nix Patterson & Roach, L.L.P.
205 Linda Drive
Daingerfield, TX 75638

Louis Brady Paddock, Esq.                 bpaddock@nixlawfirm.com
Anthony Bruster, Esq.                     akbruster@nixlawfirm.com
Richard B. King, Esq.                     benking@nixlawfirm.com
Charles Cary Patterson, Esq.              ccp@nixlawfirm.com
Nix Patterson & Roach, L.L.P.
2900 St. Michael Dr., 5th Floor
Texarkana, TX 75503

Rod A. Cooper, JD, MA                     rcooper@cooperiplaw.com
The Cooper Law Firm
5215 N. O'Connor Blvd.
Suite 1900
Irving, TX 75039

Eric M. Albritton, Esq.                   ema@emafirm.com
Albritton Law Firm
109 W. Tyler
Longview, TX 75601

Joe Kendall, Esq.                         jkendall@provostumphrey.com
Karl Rupp, Esq.                           krupp@provostumphrey.com
Provost Umphrey Law Firm, L.L.P.
3232 McKinney Avenue, Suite 700
Dallas, TX 75204

T. John Ward Jr.                          jw@jwfirm.com

US2000 9766583.1

Law Office of T. John Ward, Jr. P.C.
109 W. Tyler
Longview, TX 75601


    This 8th day of February, 2007.

                                              <u>s/ Audra A. Dial</u>
                                              Audra A. Dial

                                              Attorney for Wachovia Corporation
                                              and Wachovia Bank, National
                                              Association

US2000 9766583.1