## IN THE UNITED STATES DISTRICT COURT FOR
## THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| DataTreasury Corporation | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | Civil Action No. 2:06-CV72DF |
| | § | |
| Wells Fargo & Company, et al. | § | |
| | § | |
| Defendants | § | |

## NOTICE OF SERVICE OF
## HSBC BANK USA, N.A. AND HSBC NORTH AMERICA HOLDINGS INC.'S
## IDENTIFICATION OF TERMS AND CLAIM ELEMENTS FOR CONSTRUCTION

Defendants HSBC Bank USA, N.A. and HSBC North America Holdings Inc., subject to its

Rule 12b Motion to Dismiss, hereby provide notice that, on February 7, 2007, they served their

Identification of Terms and Claim Elements for Construction on counsel of record for Plaintiff

DataTreasury Corporation, and on all other counsel of record, pursuant to Local Patent Rule 4-1(a)

Respectfully submitted,

Boudreaux, Leonard, Hammond & Curcio, P.C.

By:    /s/ Glen M. Boudreaux
Glen M. Boudreaux
State Bar No. 02696500
**Lead Attorney for HSBC North America
Holdings Inc. And HSBC Bank USA, N.A.**
Two Houston Center
909 Fannin , Suite 2350
Houston, TX 77010
Telephone: (713) 757-0000
Telefax: (713) 757-0178
gboudreaux@blhc-law.com

Dockets.Justia.com

**Of Counsel**

Boudreaux, Leonard, Hammond & Curcio, P.C.
Tim S. Leonard
State Bar No. 12211200
Edward J. (Nick) Nicholas
State Bar No. 14991350
909 Fannin, Suite 2350
Houston, TX 77010
Tel. (713) 757-0000
Fax (713) 757-0178
Email: tleonard@blhc-law.com
        nnicholas@blhc-law.com

Wilmer Hale
Irah H. Donner
Amr O. Aly
399 Park Avenue
New York, NY 10022
Tel. (212) 230-8887
Fax (212) 230-8888
Email: irah.donner@wilmerhale.com
        amr.aly@wilmerhale.com


Locke Liddel & Sapp LLP
Roy W. Hardin
2220 Ross Avenue, Suite 2200
Dallas, TX 75201-6776
Tel. (241) 740-8556
Fax (241) 740-8800
Email: rhardin@lockeliddell.com

Law Offices of Richard Grainger
Richard Grainger
118 West Houston Street
Tyler, TX 75710
Tel. (903) 595-3514
Fax (903) 595-5360
Email: granigerpc@aol.com

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this notice was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3)(A), on this the 9th day of February, 2007.


/s/ Glen M. Boudreaux
Glen M. Boudreaux