# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **DATATREASURY CORPORATION** § | |
| § | |
| v.   § | Cause No.  2:06cv72(DF) |
| § | |
| **WELLS FARGO & COMPANY, ET AL** § | |

## SEPARATE DEFENDANT, THE BANK OF TOKYO-MITSUBISHI UFJ, LTD. NOTICE OF COMPLIANCE

TO THE HONORABLE JUDGE OF SAID COURT:

Separate Defendant, The Bank of Tokyo-Mitsubishi UFJ, Ltd., by and through its attorney of record, hereby provide Notice to the Court, pursuant to Local Patent Rule 4-1(a), that its proposed terms and claim elements for construction were served upon Plaintiff on February 7, 2007.

Respectfully submitted,

*/s/ Lance Lee*
Lance Lee
Texas Bar No.  24004762
**YOUNG, PICKETT & LEE**
4122 Texas Blvd.-P.O. Box 1897
Texarkana, TX-AR 75504-1897
Telephone:    903/794-1303
Facsimile:     903/792-5098

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to FED.R.CIV.P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy via email transmission, facsimile and/or U.S. Mail this 9th day of February, 2007.

                                            */s/ Lance Lee*
                                            Lance Lee