were served with a true and correct copy via email transmission, facsimile and/or U.S. Mail this 9th