IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **DATATREASURY CORPORATION** | § | |
| | § | |
| v. | § | Cause No. 2:06cv72(DF) |
| | § | |
| **WELLS FARGO & COMPANY, ET AL** | § | |

**DEFENDANTS FIRST DATA CORPORATION, TELECHECK SERVICES, INC. AND
REMITCO, LLC'S NOTICE OF COMPLIANCE**

TO THE HONORABLE JUDGE OF SAID COURT:

    Defendants First Data Corporation, Telecheck Services, Inc. and Remitco, LLC, by and through their attorney of record, hereby provide Notice to the Court, pursuant to Local Patent Rule 4-1(a), that their proposed terms and claim elements for construction were served upon Plaintiff on February 7, 2007.

    Respectfully submitted,

*/s/ Lance Lee*
Lance Lee
Texas Bar No. 24004762
**YOUNG, PICKETT & LEE**
4122 Texas Blvd.-P.O. Box 1897
Texarkana, TX-AR 75504-1897
Telephone:     903/794-1303
Facsimile:     903/792-5098

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to FED.R.CIV.P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy via email transmission, facsimile and/or U.S. Mail this 9th day of February, 2007.

/s/ Lance Lee
Lance Lee