IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORPORATION | § | |
| | § | |
| PLAINTIFF | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:06-CV-72-DF |
| | § | |
| WELLS FARGO & CO., ET AL, | § | |
| | § | |
| DEFENDANTS | § | |

**NOTICE OF SERVICE OF DEFENDANTS', CITY NATIONAL CORPORATION AND CITY NATIONAL BANK, PROPOSED CLAIM TERMS AND CLAIM ELEMENTS FOR CONSTRUCTION**

TO THE HONORABLE JUDGE OF SAID COURT:

Please take notice that on February 7, 2007, Defendants, City National Corporation and City National Bank, served its Proposed Terms and Claim Elements for Construction on counsel for Plaintiff, pursuant to the Local Rules for the United States District Court for the Eastern District of Texas.

Dated: February 9, 2007                     Respectfully submitted,


By: */s/ Jeffrey A. Finn by permission Elizabeth L. DeRieux*
Jeffrey A. Finn – Lead Attorney
State Bar No. 185248
Sidley Austin Brown & Wood
555 West Fifth Street, 40th Floor
Los Angeles, CA 90013
Telephone: (213) 896-6000
Fax: (213) 896-6600
E-mail: jfinn@sidley.com

S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
Andrew W. Spangler
State Bar No. 24041960
BROWN McCARROLL LLP
1127 Judson Road, Suite 220,
P.O. Box 3999 (75606-3999)
Longview, Texas 75601-5157
Telephone: (903) 236-9800
Facsimile: (903) 236-8787
E-mail: ccapshaw@mailbmc.com
E-mail: ederieux@mailbmc.com
E-mail: aspangler@mailbmc.com

ATTORNEYS FOR DEFENDANTS
CITY NATIONAL CORPORATION AND
CITY NATIONAL BANK

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 9th day of February, 2007, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by, electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ Elizabeth L. DeRieux
Elizabeth L. DeRieux

AUS:3873751.1
52671.4