IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORPORATION | § | |
| | § | |
| PLAINTIFF | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:06-CV-72-DF |
| | § | |
| WELLS FARGO & CO., ET AL, | § | |
| | § | |
| DEFENDANTS | § | |

**NOTICE OF SERVICE OF DEFENDANTS', LASALLE BANK CORPORATION AND LASALLE BANK, N.A., PROPOSED TERMS AND CLAIM ELEMENTS FOR CONSTRUCTION**

TO THE HONORABLE JUDGE OF SAID COURT:

Please take notice that on February 7, 2007, Defendants, LaSalle Bank Corporation and LaSalle Bank, N.A., served its proposed Terms and Claim Elements for Construction on counsel for Plaintiff, pursuant to the Local Rules for the United States District Court for the Eastern District of Texas.

Dated: February 9, 2007                    Respectfully submitted,

By: */s/ Jeffrey A. Finn by permission Elizabeth L. DeRieux*
Jeffrey A. Finn – Lead Attorney
State Bar No. 185248
Sidley Austin Brown & Wood
555 West Fifth Street, 40th Floor
Los Angeles, CA 90013
Telephone: (213) 896-6000
Fax: (213) 896-6600
E-mail: jfinn@sidley.com

        S. Calvin Capshaw
        State Bar No. 03783900
        Elizabeth L. DeRieux
        State Bar No. 05770585
        Andrew W. Spangler
        State Bar No. 24041960
        BROWN McCARROLL LLP
        1127 Judson Road, Suite 220,
        P.O. Box 3999 (75606-3999)
        Longview, Texas 75601-5157
        Telephone: (903) 236-9800
        Facsimile: (903) 236-8787
        E-mail: ccapshaw@mailbmc.com
        E-mail: ederieux@mailbmc.com
        E-mail: aspangler@mailbmc.com

        ATTORNEYS FOR DEFENDANTS
        LASALLE BANK CORP. AND
        LASALLE BANK NA

### CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 9th day of February, 2007, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by, electronic mail, facsimile transmission and/or first class mail on this same date.

        */s/ Elizabeth L. DeRieux*
        Elizabeth L. DeRieux

AUS:3873747.1
52671.4