# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **DATATREASURY CORPORATION** § | |
| § | |
| v.  § | Cause No.  2:06cv72(DF) |
| § | |
| **WELLS FARGO & COMPANY, ET AL** § | |

## SEPARATE DEFENDANT, DEUTSCHE BANK TRUST COMPANY AMERICAS' NOTICE OF COMPLIANCE

TO THE HONORABLE JUDGE OF SAID COURT:

Separate Defendant, Deutsche Bank Trust Company Americas, by and through its attorney of record, hereby provide pursuant to Local Patent Rule 4-1(a), that its proposed terms and claim elements for construction were served upon Plaintiff on February 7, 2007.

Respectfully submitted,

*/s/ Lance Lee*
Lance Lee
Texas Bar No.  24004762
**YOUNG, PICKETT & LEE**
4122 Texas Blvd.-P.O. Box 1897
Texarkana, TX-AR 75504-1897
Telephone:	903/794-1303
Facsimile:	903/792-5098

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to FED.R.CIV.P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy via email transmission, facsimile and/or U.S. Mail this 9th day of February, 2007.

                                                      */s/ Lance Lee*
                                                      Lance Lee