# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **DATATREASURY CORPORATION,** § | |
| § | |
| *Plaintiff*, § | |
| § | |
| vs. § | Case No. 2-06-CV-72 |
| § | |
| **WELLS FARGO & COMPANY,** *et al.* § | **JURY TRIAL DEMANDED** |
| § | |
| *Defendants*. § | |

### NOTICE OF DEFENDANTS U.S. BANCORP'S, U.S. BANK NATIONAL ASSOCIATION'S, NATIONAL CITY CORPORATION'S AND NATIONAL CITY BANK'S

Please take notice that on February 7, 2007, Defendants U.S. Bancorp, U.S. Bank National Association, National City Corporation and National City Bank served their joint proposed terms and claim elements for construction on all counsel of record pursuant to the Local Patent Rules and the Second Amended Docket Control Order.

Dated: February 9, 20076                     Respectfully submitted,

/s/  Anthony H. Son

Melvin R. Wilcox, III
mrw@smeadlaw.com
Smead, Anderson & Dunn LLP
2110 Horseshoe Ln
PO Box 3343
Longview, Texas 75606
Telephone:  (903) 232-1892
Facsimile:  (903) 232-1881

John J. Feldhaus
jfeldhaus@foley.com
Anthony H. Son
ason@foley.com
George Beck
gbeck@foley.com

WASH_1808711.1

FOLEY & LARDNER LLP
3000 K Street, N.W.
Washington, D.C. 20007
Telephone: (202) 672-5300
Facsimile: (202) 672-5399

Jeremy M. Thompson
jmthompson@foley.com
FOLEY & LARDNER LLP
111 N. Orange Ave., Ste. 1800
Orlando, FL  32801
Telephone: (407) 423-7656
Facsimile: (407) 648-1743

Counsel for Defendants U.S. Bancorp, U.S. Bank National Association, National City Corporation and National City Bank

2

## CERTIFICATE OF SERVICE

    I hereby certify that on February 9, 2007, all counsel of record who have consented to electronic service are being served with a copy of the foregoing via the Court's CM/ECF filing system per Local Rule CV-5(a)(3).

                                              /s/ Anthony H. Son
                                              Anthony H. Son

WASH_1808711.1