**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **DATATREASURY CORPORATION,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 2-06CV-72** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **WELLS FARGO & COMPANY, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**NOTICE OF UNIONBANCAL CORPORATION AND UNION BANK OF CALIFORNIA,**
**NATIONAL ASSOCIATION'S SERVICE OF PROPOSED TERMS AND CLAIM**
**ELEMENTS FOR CONSTRUCTION**

Defendants UnionBanCal Corporation, without waiver of its pending Motion to Dismiss, and Union Bank of California, NA, by and through their counsel, hereby provide Notice to the Court, pursuant to the Second Amended Docket Control Order, dated January 29, 2007 (Docket #451), and local P.R.4-1(a), that their Proposed Terms and Claim Elements for Construction were served upon plaintiff on February 7, 2007 via electronic mail pursuant to the written agreement of the parties.

Dated: February 9, 2007                                 Respectfully submitted,


                                                          /s/ Scott J. Pivnick_____
                                                         Raymond L. Sweigart (admitted pro hac vice)
                                                         Scott J. Pivnick (admitted pro hac vice)
                                                         PILLSBURY WINTHROP SHAW
                                                         PITTMAN LLP
                                                         1650 Tysons Blvd.
                                                         McLean, VA 22102-4859
                                                         T: (703) 770-7900
                                                         F: (703) 770-7901
                                                         raymond.sweigart@pillsburylaw.com
                                                         scott.pivnick@pillsburylaw.com

30550132v1

2

Jennifer Parker Ainsworth
Texas Bar No. 00784720
WILSON, SHEEHY, KNOWLES,
ROBERTSON & CORNELIUS, P.C.
909 ESE Loop 323
Suite 400
Tyler, Texas 75701
T: (903) 509-5000
F: (903) 509-5092
jainsworth@wilsonlawfirn.com


Richard Hogan
Texas Bar No. 09802010
PILLSBURY WINTHROP SHAW
PITTMAN LLP
2 Houston Center
909 Fannin Street, 22nd Floor
Houston, TX 77010
T: (713) 425-7327
F: (703) 425-7373
richard.hogan@pillsburylaw.com


*Attorneys for Defendants,*
*UnionBanCal Corporation and Union Bank of*
*California, N.A.*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing

document has been served on February 9, 2007, to all counsel of record via the Court's CM/ECF

system per Local Rule CV-5(a)(3).


_____/s/ Gerri Carrenard_____