UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORPORATION, | § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 2:06-CV-72-DF |
| v. | § § | JURY TRIAL DEMANDED |
| WELLS FARGO & COMPANY, et al. | § § | |
| Defendants. | § § | |

**NOTICE OF COMPLIANCE BY DEFENDANTS FIRST-CITIZENS BANK & TRUST COMPANY AND FIRST CITIZENS BANCSHARES, INC.**

Defendants First-Citizens Bank & Trust Company and First Citizens BancShares, Inc. by and through their attorney of record, hereby provide Notice to the Court, pursuant to Local Patent Rule 4-1(a), that their proposed terms and claim elements for construction were served upon Plaintiff on February 7, 2007.

Dockets.Justia.com

Dated: February 9, 2007.　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Larry D. Carlson
　　　　　　　　　　　　　　　　　　Larry D. Carlson, Attorney-in-Charge
　　　　　　　　　　　　　　　　　　　　Texas State Bar No. 03814500
　　　　　　　　　　　　　　　　　　　　　　E-Mail: larry.carlson@bakerbotts.com
　　　　　　　　　　　　　　　　　　Fernando Rodriguez, Jr.
　　　　　　　　　　　　　　　　　　　　Texas State Bar No. 24005048
　　　　　　　　　　　　　　　　　　　　　　E-Mail: fernando.rodriguez@bakerbotts.com
　　　　　　　　　　　　　　　　　　David O. Taylor
　　　　　　　　　　　　　　　　　　　　Texas State Bar No. 24042010
　　　　　　　　　　　　　　　　　　　　　　E-Mail: david.taylor@bakerbotts.com
　　　　　　　　　　　　　　　　　　BAKER BOTTS L.L.P.
　　　　　　　　　　　　　　　　　　2001 Ross Avenue, Suite 600
　　　　　　　　　　　　　　　　　　Dallas, Texas 75201
　　　　　　　　　　　　　　　　　　Telephone: (214) 953-6500
　　　　　　　　　　　　　　　　　　Facsimile: (214) 953-6503

　　　　　　　　　　　　　　　　　　Donalt J. Eglinton
　　　　　　　　　　　　　　　　　　　　E-Mail: dje@wardandsmith.com
　　　　　　　　　　　　　　　　　　WARD AND SMITH, P.A.
　　　　　　　　　　　　　　　　　　Post Office Box 867
　　　　　　　　　　　　　　　　　　New Bern, North Carolina 28563
　　　　　　　　　　　　　　　　　　Telephone: (252) 672-5456
　　　　　　　　　　　　　　　　　　Facsimile: (252) 672-5477

　　　　　　　　　　　　　　　　　　ATTORNEYS FOR DEFENDANTS FIRST-CITIZENS BANK & TRUST COMPANY AND FIRST CITIZENS BANCSHARES, INC.

## CERTIFICATE OF SERVICE

I certify that on February 9, 2007, all counsel who are deemed to have consented to electronic service are being served with a copy of this document by the Court's Electronic Filing System, pursuant to Local Rule CV-5(a)(3)(A).

　　　　　　　　　　　　　　　　　　/s/ Larry D. Carlson
　　　　　　　　　　　　　　　　　　Larry D. Carlson