UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORPORATION, | § | |
| Plaintiff/Counter-Defendant | § | |
| | § | Civil Action No. 2:06cv72 |
| vs. | § | |
| | § | Jury Trial Demanded |
| WELLS FARGO & COMPANY, ET AL. | § | |
| Defendants/Counter-Plaintiffs | § | |

## UBS AMERICAS, INC.'S NOTICE OF COMPLIANCE

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant UBS Americas, Inc., by and through its attorney of record, hereby provides Notice to the Court, pursuant to Local Patent Rule 4-1(a), that its proposed terms and claim elements for construction were served upon Plaintiff on February 7, 2007.

Dated this 12th day of February, 2007.    Respectfully submitted,

/s/ Scott W. Breedlove
William L. LaFuze
Texas Bar No. 11792500
*wlafuze@velaw.com*
D. Ferguson McNiel, III
Texas Bar No. 13830300
*fmcniel@velaw.com*
Vinson & Elkins LLP
2300 First City Tower
1001 Fannin Street
Houston, TX  77002
Telephone:  713.758.2222
Facsimile:  713.758.2346

Scott W. Breedlove
Texas Bar No. 00790361
*sbreedlove@velaw.com*
Vinson & Elkins LLP
3700 Trammell Crow Center
2001 Ross Avenue
Dallas, TX  75201-2975
Telephone:  214.220.7700
Facsimile:  214.220.7716

Harry Lee Gillam, Jr.
Texas Bar No. 07921800
*Gil@gillamsmithlaw.com*
Melissa Richards Smith
Texas Bar No. 24001351
*Melissa@gillamsmithlaw.com*
Gillam & Smith LLP
110 South Bolivar, Suite 204
Marshall, TX  75670
Telephone:  903.934.8450
Facsimile:  903.934.9257

***Attorneys for UBS Americas, Inc.***

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on February 12, 2007. This pleading was therefore served on all counsel deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

/s/ Scott W. Breedlove
Scott W. Breedlove

Dallas 1217389v.1