IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **DATATREASURY CORPORATION,** | |
| **Plaintiff** | |
| v. | **CIVIL ACTION NO. 2:06-CV-72 DF** |
| **WELLS FARGO & CO., et al.,** | |
| **Defendants** | |

### DEFENDANTS PNC BANK NATIONAL ASSOCIATION'S AND THE PNC FINANCIAL SERVICES GROUP, INC.'S NOTICE OF PROPOSED TERMS AND CLAIM ELEMENTS FOR CONSTRUCTION

Defendants PNC Bank National Association and The PNC Financial Services Group, Inc., hereby provide Notice to the Court, pursuant to the Second Amended Docket Control Order, dated January 29, 2007 (Docket #451), and local P.R.4-1(a), that their Proposed Terms and Claim Elements for Construction were served upon Plaintiff on February 7, 2007 via electronic mail pursuant to the written agreement of the parties.

**DEFENDANTS PNC BANK NATIONAL ASSOCIATION'S AND
THE PNC FINANCIAL SERVICES GROUP, INC.'S NOTICE
OF PROPOSED TERMS AND CLAIM ELEMENTS FOR CONSTRUCTION**          **PAGE 1**
Dallas 232696v1

DATED: February 12, 2007                     Respectfully submitted,

                                                   **McKOOL SMITH, P.C**.

                                                   /s/ Sam Baxter
                                                   SAM BAXTER
Lead Attorney
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
505 East Travis Street, Suite 105
Marshall, Texas 75670
Telephone: (903) 927-2111
Telecopy: (903) 927-2622

THEODORE STEVENSON, III
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
L. DAVID ANDERSON
Texas State Bar No. 00796126
danderson@mckoolsmith.com
300 Crescent Court
Suite 1500
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

PETER J. AYERS
Texas State Bar No. 24009882
payers@mckoolsmith.com
GEOFFREY L. SMITH
Texas State Bar No. 24041939
gsmith@mckoolsmith.com
300 W. 6th Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Telecopy: (512) 692-8744

**ATTORNEYS FOR DEFENDANTS PNC BANK NATIONAL ASSOCIATION AND THE PNC FINANCIAL SERVICES GROUP, INC.**

**CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this notice was served on all counsel who have consented to electronic service on February 12, 2007.

                                                   /s/ L. David Anderson
                                                   L. David Anderson