# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

**DATATREASURY CORPORATION,**

**Plaintiff**

v.                                                           CIVIL ACTION NO. 2:06-CV-72 DF

**WELLS FARGO & CO., et al.,**

**Defendants**

## DEFENDANTS KEYBANK NATIONAL ASSOCIATION'S AND KEYCORP'S NOTICE OF PROPOSED TERMS AND CLAIM ELEMENTS FOR CONSTRUCTION

Defendants KeyBank National Association and KeyCorp hereby provide Notice to the Court, pursuant to the Second Amended Docket Control Order, dated January 29, 2007 (Docket #451), and local P.R.4-1(a), that their Proposed Terms and Claim Elements for Construction were served upon Plaintiff on February 7, 2007 via electronic mail pursuant to the written agreement of the parties.

**DEFENDANTS KEYBANK NATIONAL ASSOCIATION'S AND KEYCORP'S
NOTICE OF PROPOSED TERMS AND CLAIM ELEMENTS FOR CONSTRUCTION**                    **PAGE 1**
Dallas 232697v1

DATED:  February 12, 2007              Respectfully submitted,

                                                **McKOOL SMITH, P.C**.

                                                /s/ Sam Baxter
                                                SAM BAXTER
                                                Lead Attorney
                                                Texas State Bar No. 01938000
                                                sbaxter@mckoolsmith.com
                                                505 East Travis Street, Suite 105
                                                Marshall, Texas  75670
                                                Telephone:  (903) 927-2111
                                                Telecopy:  (903) 927-2622

                                                THEODORE STEVENSON, III
                                                Texas State Bar No. 19196650
                                                tstevenson@mckoolsmith.com
                                                L. DAVID ANDERSON
                                                Texas State Bar No. 00796126
                                                danderson@mckoolsmith.com
                                                300 Crescent Court
                                                Suite 1500
                                                Telephone: (214) 978-4000
                                                Telecopier: (214) 978-4044

                                                PETER J. AYERS
                                                Texas State Bar No. 24009882
                                                payers@mckoolsmith.com
                                                GEOFFREY L. SMITH
                                                Texas State Bar No. 24041939
                                                gsmith@mckoolsmith.com
                                                300 W. 6th Street, Suite 1700
                                                Austin, Texas 78701
                                                Telephone:  (512) 692-8700
                                                Telecopy:   (512) 692-8744

                                                **ATTORNEYS FOR DEFENDANTS**
                                                **KEYBANK NATIONAL ASSOCIATION**
                                                **AND KEYCORP**

## CERTIFICATE OF SERVICE

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this notice was served on all counsel who have consented to electronic service on February 12, 2007.

                                                  /s/ L. David Anderson
                                                  L. David Anderson