# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **DATATREASURY CORPORATION,** | |
| **Plaintiff** | |
| v. | 2:06-CV-72 DF |
| **WELLS FARGO & COMPANY, et al.,** | |
| **Defendants** | |

## BANK OF AMERICA'S NOTICE OF SERVICE OF PROPOSED TERMS AND CLAIM ELEMENTS FOR CONSTRUCTION

Defendants Bank of America Corporation and Bank of America, N.A. (collectively, "BofA"), hereby provide Notice to the Court that their Proposed Terms and Claim Elements for Construction were served upon Plaintiff, pursuant to the Second Amended Docket Control Order, dated January 29, 2007 (Docket #451), and local P.R.4-1(a), on February 7, 2007, via electronic mail.

1

Dated:  February 13, 2007

Respectfully submitted,

FISH & RICHARDSON P.C.


By: /s/ Thomas M. Melsheimer
    Thomas M. Melsheimer
    Texas Bar No. 13922550
    1717 Main Street
    Suite 5000
    Dallas, TX  75201
    214-747-5070 (Telephone)
    214-747-2091 (Telecopy)

    Robert E. Hillman
    Fish & Richardson P.C.
    225 Franklin Street
    Boston, MA  02110-2804
    617-542-5070 (Telephone)
    617-542-8906 (Telecopy)

    Robert M. Parker
    Robert Christopher Bunt
    Parker & Bunt, P.C.
    100 E. Ferguson, Suite 1114
    Tyler, Texas 75702
    903-531-3535 (Telephone)
    903-533-9687 (Telecopy)

    Michael E. Jones
    Texas Bar No. 10929400
    E. Glenn Thames, Jr.
    Texas Bar No. 00785097
    Potter Minton
    500 Plaza Tower
    110 North College, Suite 500
    Tyler, TX  75702

Counsel for Defendants
BANK OF AMERICA CORPORATION,
BANK OF AMERICA, NATIONAL
ASSOCIATION

BANK OF AMERICA'S NOTICE OF SERVICE OF PROPOSED
TERMS AND CLAIM ELEMENTS FOR CONSTRUCTION

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on February 13, 2007, to all counsel of record via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ Tim K. Brown
Tim K. Brown

90211109.doc