# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **DATATREASURY CORPORATION,** | |
| **Plaintiff** | |
| v. | 2:06-CV-72 DF |
| **WELLS FARGO & COMPANY, et al.** | |
| **Defendants** | |

## NOTICE OF NON-OPPOSITION TO MOTION FOR EXTENSION OF TIME TO ANSWER

Defendants Bank of America, N.A. and Bank of America, Corp. (the "Bank") notify the Court that Plaintiff Data Treasury Corp. does not oppose the Bank's request to extend the Bank's answer date to Friday February 16, 2007. Accordingly, the Bank's Motion for Extension of Time to Answer (Docket No. 516) is now unopposed. A revised, proposed order is attached for the Court's convenience.

Dated: February 13, 2007

Respectfully submitted,

FISH & RICHARDSON P.C.

By: /s Thomas M. Melsheimer
   Thomas M. Melsheimer
   Texas Bar No. 13922550
   1717 Main Street
   Suite 5000
   Dallas, TX 75201
   214-747-5070 (Telephone)
   214-747-2091 (Telecopy)

   Robert E. Hillman
   Fish & Richardson P.C.
   225 Franklin Street
   Boston, MA 02110-2804
   617-542-5070 (Telephone)
   617-542-8906 (Telecopy)

   Robert M. Parker
   Robert Christopher Bunt
   Parker & Bunt, P.C.
   100 E. Ferguson, Suite 1114
   Tyler, Texas 75702
   903-531-3535 (Telephone)
   903-533-9687 (Telecopy)

   Michael E. Jones
   Texas Bar No. 10929400
   E. Glenn Thames, Jr.
   Texas Bar No. 00785097
   Potter Minton
   500 Plaza Tower
   110 North College, Suite 500
   Tyler, TX 75702

Counsel for Defendants
BANK OF AMERICA CORPORATION,
BANK OF AMERICA, NATIONAL
ASSOCIATION

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                                   /s Thomas M. Melsheimer
                                                       Thomas M. Melsheimer

90211158 (2).doc