## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **DATATREASURY CORPORATION,** | |
| **Plaintiff** | |
| **v.** | **2:06-CV-72 DF** |
| **WELLS FARGO & COMPANY;  et al.** | |
| **Defendants** | |

### ORDER GRANTING MOTION FOR EXTENSION OF TIME TO ANSWER

Before the Court is the Motion for Extension of Time to Answer by Bank of America, N.A. and Bank of America, Corp. (Docket No. 516).  The Court having considered the motion, and that it is unopposed, finds that it should be **GRANTED** for cause shown.  Accordingly, the deadline for Bank of America, N.A. and Bank of America, Corp to file their answers to Data Treasury Corporation's First Amended Complaint for Patent Infringement (Docket No. 3) is extended to Friday, February 12, 2007.

Dockets.Justia.com