**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| DATATREASURY CORPORATION | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | Civil Action No. 2:06-CV-72 |
| | § | Judge David Folsom |
| WELLS FARGO & COMPANY, et al. | § | |
| *Defendants* | § | |

**ORDER**

Before the Court is Plaintiff Datatreasury Corporation's Consolidated Supplemental Response To Defendants City National Corporation And City National Bank's (1) Motion To Dismiss For Lack Of Proper Venue, (2) Motion To Dismiss For Failure To State A Claim, Or In The Alternative, For More Definite Statement; And (3) Datatreasury's Supplment To Its Motion For Jurisdictional Discovery. Having considered City National's Motions before the Court and DataTreasury's Responses thereto, the Court is of the opinion that they should be DENIED.

IT IS SO ORDERED.