# THE CLEARING HOUSE®
### Advancing Payment Solutions Worldwide

Site Map | Contact Us | Login

search

■ Home   ■ About Us   ■ Payment Services   ■ Press   ■ Events   ■ Education   ■ Reference

home » about us

**About Us**

Overview

TCH Board

TCH Management

Payments Co.

Association

St. Pay Forum

Technology

History

Careers

## About Us

Established in 1853 to simplify the exchange of checks and improve the efficiency of the payments system, The Clearing House continues to be a world leader in the payments business. The Clearing House provides payment services for check, electronic check, ACH and wire transfer. It also includes industry forums to discuss and take action in issues critical to its owners.

### Owners

The Clearing House Payments Company is owned by the U.S. commercial banking affiliates of:

**BB&T**
**Bank of America**
**The Bank of New York**
**Bank of Tokyo-Mitsubishi / Union Bank of California**
**Citibank**
**Citizens Bank**
**City National Bank**
**Comerica Bank**
**Deutsche Bank**
**First-Citizens**
**HSBC**
**JP Morgan Chase Bank**
**KeyBank**
**LaSalle Bank**
**M&T Bank**
**National City Bank**
**PNC Bank**
**UBS Investment Bank**
**U.S. Bank**
**Wachovia Bank**
**Wells Fargo Bank**

The Clearing House has come a long way from exchanges using bags of gold "specie" in 1853 – but the central mission remains the same – to facilitate the efficient, safe and sound clearing and settlement of payments between financial institutions.

Dockets.Justia.com

About Us - @ The Clearing House

For more information, please **contact us**

### *Locations*

Offices are located in New York City, Chicago, and San Francisco among other sites. Its reach extends globally, operating the industry standard for clearing U.S. Dollar payments around the world.

© 2006. The Clearing House Payments Company, L.L.C.