**UNIONBANCAL CORPORATION**
**UNION BANK OF CALIFORNIA, N.A.**
**BOARD OF DIRECTORS**
**AS OF July 26, 2006**

|  |  | UNBC |
|---|---|---|
| NM/O | AIDA ALVAREZ | Independent |
| NM/O | DAVID R. ANDREWS | Independent |
| NM/O | L. DALE CRANDALL | Independent |
| NM/O | MURRAY H. DASHE | Independent |
| NM/O | RICHARD D. FARMAN | Independent |
| NM/O | STANLEY F. FARRAR | Independent |
| M/I | PHILIP B. FLYNN |  |
| NM/O | MICHAEL J. GILLFILLAN | Independent |
| NM/O | MOHAN S. GYANI | Independent |
| MN/O | RONALD L. HAVNER, JR. | Independent |
| NM/I | NORIMICHI KANARI* |  |
| NM/O | MARY S. METZ | Independent |
| NM/I | SHIGEMITSU MIKI* |  |
| M/I | TAKASHI MORIMURA |  |
| NM/O | J. FERNANDO NIEBLA | Independent |
| M/I | MASASHI OKA |  |
| NM/O | CARL W. ROBERTSON** |  |
| M/I | TETSUO SHIMURA |  |

UNBC-17 MEMBERS
UBOC-16 MEMBERS

M - MANAGEMENT
NM - NON-MANAGEMENT
I - INSIDE
O - OUTSIDE
* - UNBC BOARD ONLY
**- UBOC BOARD ONLY

262_1.DOC

UBC-JURIS-0000009