IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 2:06-CV-72 (DF) |
| | § | |
| WELLS FARGO & COMPANY, LASALLE | § | (JURY) |
| BANK CORP. AND LASALLE BANK | § | |
| NA, ET AL | § | |
| | § | |
| Defendant | § | |

CONSOLIDATED WITH

| | | |
|---|---|---|
| DATATREASURY | § | |
| Plaintiff | § | |
| | § | |
| VS. | § | Civil Action No. 2:06-CV-165 (DF) |
| | § | |
| CITY NATIONAL CORPORATION AND | § | (JURY) |
| CITY NATIONAL BANK | § | |
| Defendants | § | |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Elizabeth L. DeRieux, enters her appearance in this matter as counsel for Defendants, Cullen/Frost Bankers, Inc. and the Frost National Bank, for the purpose of receiving notices and orders from the Court.

AUS:3877741.1
54804.1

DATED this 19th day of February, 2007.

                Respectfully submitted,

By: /s/ Elizabeth L. DeRieux
Elizabeth L. DeRieux
State Bar No. 05770585
BROWN McCARROLL, LLP
1127 Judson Road, Suite 220
Longview, TX 75601-5157
P.O. Box 3999
Longview, TX 75606-3999
Telephone: (903) 236-9800
Facsimile: (903) 236-8787
E-mail: ederieux@mailbmc.com
ATTORNEYS FOR DEFENDANTS
CULLEN/FROST BANKERS, INC.
THE FROST NATIONAL BANK

### CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 19th day of February, 2007, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                /s/ Elizabeth L. DeRieux
                Elizabeth L. DeRieux