IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DATATREASURY <br><br> Plaintiff, <br><br> v. <br><br> WELLS FARGO & COMPANY, LASALLE BANK CORP. AND LASALLE BANK NA, ET AL <br><br> Defendant | § § § § § § § § § § § Civil Action No. 2:06-CV-72 (DF) <br><br> (JURY) |

CONSOLIDATED WITH

| | |
|---|---|
| DATATREASURY <br> Plaintiff <br><br> VS. <br><br> CITY NATIONAL CORPORATION AND CITY NATIONAL BANK <br> Defendants | § § § § § § § § Civil Action No. 2:06-CV-165 (DF) <br><br> (JURY) |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Andrew W. Spangler, enters his appearance in this matter as counsel for Defendants, Cullen/Frost Bankers, Inc. and the Frost National Bank, for the purpose of receiving notices and orders from the Court.

DATED this 19th day of February, 2007.

              Respectfully submitted,

          By: /s/ Andrew W. Spangler
             Andrew W. Spangler
             State Bar No. 24041960
             BROWN McCARROLL LLP
             1127 Judson Road, Suite 220
             Longview, TX 75601-5157
             P.O. Box 3999
             Longview, TX 75606-3999
             Telephone: (903) 236-9800
             Facsimile: (903) 236-8787
             E-mail: aspangler@mailbmc.com
             ATTORNEYS FOR DEFENDANTS
             CULLEN/FROST BANKERS, INC.
             THE FROST NATIONAL BANK

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 19th day of February, 2007, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

              /s/ Andrew W. Spangler
              Andrew W. Spangler

AUS:3877730.1
52671.4