# EXHIBIT 4

Dockets.Justia.com



IN THE UNITED STATES DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE

RECEIVED

JUL 06 1993

GROUP 2300

In re application of:

PATENT

Inventors: Barnhard, et al.
Serial No.: 390,623

Paper No. 23

U.S. Filing Date: August 7, 1989
Examiner: Laura Brutman
Art Unit: 2311

For: Central Check Clearing System

41 South High Street

Attorney Docket No.: 1260900-50349

Columbus, Ohio 43215

June 29, 1993

The Honorable Assistant Secretary
    and Commissioner of Patents
    and Trademarks
Box AF
Washington, D.C.  20231

<u>SECOND AMENDMENT AFTER FINAL ACTION
AND STATEMENT PURSUANT TO 37 C.F.R. §1.116(b)</u>

I. <u>Introduction</u>

This is a response to the advisory action mailed in this application on May 20, 1993. Entry of this amendment, reexamination and reconsideration are requested. A Statement Pursuant to 37 C.F.R. §1.116(b) setting forth the reasons for entry of this Amendment is included at page 10, <u>infra</u>.

By Express Mail, Receipt No. 980625349, June 29, 1993

II. Amend Claims 7 and 10 as Follows:

7. A mechanism for physically exchanging financial instruments among a number of pre-selected financial institutions, each located at a preselected site, and for effecting the regular periodic settlement of the exchanged instruments among the institutions including:

(A) means within each of the pre-selected institutions:

(1) for sending and receiving the instruments, said means for sending including means for physically transporting the instruments from an institution at one site to each other of the institutions at the other sites, said means for receiving including means for physically accepting the instruments transported from the other institutions;

(2) for sending to and receiving from a central processing unit connected to each institution information reporting in real time in correspondence with the occurrence of an event (a) the value of the instruments transported; and (b) the transport status of the instruments with

respect to their having been (i) sent and (ii) received; and

(3) for receiving from the central processing unit a calculated value (a) on a real time basis and (b) on a regular periodic settlement basis, information regarding the debits and credits owing to or payable by an institution with respect to each other of the institutions with regard to instruments sent and received;

(B) a central processing unit connected to each of the pre-selected institutions including

(1) means for continuous monitoring on a real time basis, as reported by each institution by the means for sending information within each institution:

(a) (i) the sending and receipt status of the instruments and (ii) the value of the instruments sent and received, as reported by each of the institutions, and

(b) the status in transit of the instruments with respect to their having been (i) sent and (ii) received, as reported by each of the institutions, according to the reporting

<u>of</u> an institution's sending and receiving of instruments,

P2B (2) means for calculating debits and credits, based on the value of the instruments sent and received by the institutions, as monitored on a real time basis from information reported by the institutions, of (a) the amount owing from or payable to each one of the pre-selected institutions with respect to each of the other institutions and (b) an aggregate amount owing from or payable to each one of the pre-selected institutions with respect to all of the other institutions; and

P2B (3) means for sending to each institution the information monitored with respect to instruments sent to an institution and the value of such instruments; and

P1 (C) a cycling means interrelated with the central processing unit (a) for controlling the physical transport of the financial instruments among the institutions and (b) for controlling the means for calculating such that a final calculation of the debits and credits owing from or payable to, with



respect to each of the institutions with regard to each other of the institutions, comprising the occurrence of the regular periodic settlement among the institutions, does not occur until pre-determined local settlements by the institutions in the pre-selected sites with institutions that are not among the number of pre-selected financial institutions, are completed.

19. A system for a financial clearinghouse comprised of an association of selected member financial institution participants situated in different localities including:

A. means at each of the participants (1) for sending and receiving financial instruments to be cleared and (2) for sending and receiving in real time information reporting the value and transit status of the financial instruments to be cleared, to a programmed central processing unit, and (3) for addressing the central processing unit by which a participant may determine in real time the information received by the processing unit with respect to that participant's relative credit and debit obligations with respect to other institutions arising from the instruments that are reported to be sent and received;



5

B.   a programmed central processing unit including:

means for calculating debits and credits owing from or payable (1) to one member to another member and (2) from or to one member to all other members, based upon the value of instruments reported by a participant as having been sent and received;

means for receiving and recording a participant's reports of the value and transit status of the instruments to be cleared as having been sent and received with respect to all participants in the system; and

means for monitoring on a real time as reported basis (1) the actual sending from and receipt by a participant of the value of instruments being cleared as reported by the participants, and (2) the sending from and receipt by a participant of the actual instruments being cleared, said means for monitoring being operatively interconnected to the means for calculating whereby debits and credits owing from one member to another may be determined and monitored on a continuous basis in real time as reports of the value and transit status of the instruments to be cleared are reported by the participants and received by the processing unit; and

- 6 -

C.   a time control for determining the time of physical transport of financial instruments between and among the participants according to a predetermined time cycle, and for determining the occurrence of a final settlement by the clearinghouse participants at a pre-determined time until after a time that certain pre-determined local settlements in the localities, by the participants in the localities, are completed.

III. **Remarks**

The Examiner's withdrawal of the rejection under 35 U.S.C. §112 is noted.   The foregoing amendments are made in view of Examiner's continuation of the rejection under 35 U.S.C. §103.

The claims and cited references S, T and U were discussed in detail in the Amendment filed on May 5, 1993 (Paper No. 20).   In general, the references related to settlement mechanisms and methods for electronic funds transfer.

Applicant submits that amended claims 7 and 10 patentably distinguish the invention over the references of record.

As amended claims 7 and 10 now clarify the invention, the real time component of the mechanism and the provision of continuous reporting is set forth in a combination that otherwise includes a plurality of institutions at different sites, the exchange of physical instruments by transportation means, and the coordination of the net settlement, in real

- 7 -

time, as information about the instruments and their value are reported as sent and received under the umbrella of a predetermined schedule or cycle. In contrast, typical clearings between two banks need not be accomplished according to a schedule. And net settlements among a plurality of banks occur at a single location, at which the settlement instruments are exchanged, at a fixed time.

In the invention of the amended claims, the fluidity of a real time mechanism is evident as opposed to the static clearing and settlement mechanism of the references. Namely, once data is entered, the information is there for all participants to see. The monitoring of data, in co-ordination with the physical exchange of instruments as they are dispatched and received for settlement speeds up the clearing process. The mechanism is not simply a physical exchange, nor is the mechanism merely an electronic funds transfer. The mechanism of the amended claims co-ordinates both in a system in which actual instruments are exchanged between and among institutions. Real time coordination occurs such that continuous reporting and monitoring allow for efficient funds management, i.e., the preparation of funds needed to effect settlement, or the utilization of funds received at settlement, or to plan for the utilization of mechanical sorters, which would otherwise sit idle. In the system of the claimed mechanism, the institutions do not need to "wait until the witching hour" (as in conventional settlements) when funds and

instruments are physically settled to determine their respective liabilities. The mechanism is a continuous and active process conducted and monitored by a plurality of participants, as the instruments are in various stages of transport and/or exchange, in real time; and as the participants' settlement obligations are determined, they are available for continuous monitoring by the participants.[*]

For these reasons, the amendments to claims 7 and 10 are considered to result in their allowability. The dependent claims, 8 and 9, dependent on claim 7, and 11 and 12, dependent on claim 10, relate to variations of sorter configuration in the systems of claims 7 and 10 and are distinguishable over the references cited as are the claims on which they depend.

Reexamination, reconsideration and allowance are therefore requested.

IV.  Submission of Proposed Formal Drawings

Appended hereto is one sheet of formal drawings for which the Examiner's approval is requested. The proposed drawing (Figure 1) conforms to the informal drawing originally submitted. Extraneous material is deleted.

---

[*] An article from the ABA Banking Journal, May 1993 (pages 62-66) entitled "Electronic check clearing alternatives take shape" is enclosed. The article describes the newly implemented NCHA/CHEXS system which utilizes the invention.

**V.  Statement Pursuant to 37 C.F.R. §1.116(b)**

Applicant submits that the foregoing amendment should be admitted because of the following good and sufficient reasons why it is necessary and was not earlier presented:

Applicants consider the amendment places all claims in condition for allowance by avoiding the sole grounds under 35 U.S.C. §103 that are asserted for rejection. The allowability of the claims after a minor amendment is a classic reason justifying the entry of an amendment after final rejection. See M.P.E.P. §714.12.

Both the Examiner and applicants have carefully considered the references cited during prior prosecution of the application; no additional search is required. It appears evident that the clarifying distinction made in amended claims 7 and 10 puts the application in condition for allowance.

**VI.  Conclusion**

It is requested that the amendment be entered and this application allowed and passed to issue.

Respectfully submitted,

Edwin M. Baranowski
Reg. No. 27,482
PORTER, WRIGHT, MORRIS & ARTHUR
41 South High Street, Suite 2800
Columbus, Ohio 43215
(614) 227-2188

- 10 -

## CERTIFICATE OF FILING BY EXPRESS MAIL

I hereby certify that this Second Amendment After Final Action and Statement Pursuant to 37 C.F.R. §1.116(b) (including proposed formal drawing and copy of article) accompanied by a Petition for Extension of Time and Payment of Fee Under 37 C.F.R. §1.136 (2 copies), Check No. 214743, a cover letter and post card receipt in the below captioned application, are being deposited with the United States Postal Service (Postage prepaid, Express Mail, Receipt No. 980625371) in an envelope addressed to The Honorable Commissioner of Patents and Trademarks, Attention: Box AF, Washington, D.C. 20231, on June 29, 1993 and pursuant to the provisions of 37 C.F.R. 1.10, it is requested that June 29, 1993 be the filing date accorded to these documents.

_Edwin M. Baranowski_

Edwin M. Baranowski
Porter, Wright, Morris & Arthur
41 South High Street
Columbus, Ohio 43215
(614) 227-2188


In re application of:

Inventors: Barnhard, _et al._
Serial No.: 390,623
U.S. Filing Date: August 7, 1989
Examiner: Laura Brutman
Art Unit: 2311
For: Central Check Clearing System

BAR/1546/59-69

- 11 -

◆ COVER REPORT/OPERA⠂⠂IONS ◆

# Electronic check clearing alternatives take shape

*There's a brave new world of check clearing on the horizon, and paper checks have little to do with it...maybe*

*By Patricia A. Murphy*

I f your memory is long enough in this business you'll recall numerous attempts at rolling back the sea of paper checks processed and cleared by banks each year.

The automated clearing house system, after all, was intended to do this. While it has slowed check growth, it hasn't reversed the upward trend of check volume in the two decades since the system was created. Check truncation, electronic check collection, and other efforts to reduce the paper flow have also been introduced, and some of them remain active.

Will the '90s bring a different approach to check processing? Quite possibly, yes.

For one thing, increased competition continues to press banks to contain costs and improve operating efficiency. For another, electronic technology has advanced a lot farther than the early days of the ACH. As a result, several electronic check clearing and truncation projects hold promise for reducing or at least maintaining the cost of clearing paper checks.

Proponents admit that big cost reductions won't come in the short term. But there is a strong possibility that banks will see reductions in loss exposures, a general containment of the estimated $40 billion tab spent each year on check clearing, and new opportunities to enhance revenue streams through check services.

**Privatisation.** By modernizing the check clearing process, many bankers also hope the industry will be able to wrest control of the payments system from the Federal Reserve.

"Privatization of the payments sys-

### Check Volume (in billions)



| 1985 | 1986 | 1987 | 1988 | 1989 | 1990 | 1991 | 1992 |
|------|------|------|------|------|------|------|------|
| 16.0 | 16.2 | 17.0 | 17.5 | 18.5 | 18.6 | 18.7 | 19.2 |

The Federal Reserve commands a healthy percentage of total check clearing volume, but that percentage has been diminishing slightly since 1985. Most experts attribute the drop in the Fed's share of clearing volume more to industry consolidation than to increased competition.
Source: Federal Reserve Board

tem is absolutely necessary for the survival of banking," insists Dick Ercole, president of Huntington Technology Co., Columbus, Ohio. "It's really the last franchise we have."

The Huntington Bancshares unit manages a new national check-exchange system called the National Clearinghouse Association (NCHA). The system is an example of a joint-venture approach to check-clearing that competes with the Fed and works to improve revenue streams for member banks.

NCHA, which is also known as CHEXS (for Check Exchange System), is the product of an alliance between Huntington; Littlewood, Shain & Company (an Exton, Pa.-based consulting firm); and U.S. Check (a Columbus-based air courier service). The organization was created in 1992

to provide a national check clearing and settlement apparatus through member participation in local clearing houses.

**Beyond check clearing.** The primary intent of NCHA was to undercut the prices charged by Federal Reserve Banks for check-collection services by expanding the local clearing house mechanism nationwide. But already, NCHA members are preparing to exploit their affiliations with the group to enhance correspondent and corporate cash-management services.

"There are a lot of products that can come out of these initiatives," notes Ercole. Among them: check clearing for downstream correspondents, electronic check returns, and enhanced cash-management reporting.

At last count, there were 18 banks participating in the CHEXS system;

*Writer Patricia A. Murphy covers electronic banking developments from Takoma Park, Md.*

♦ COVER REPORT/OPERA...ONS ♦

exchanging checks in about 30 cities. Banks participating in NCHA agree to accept checks from all other members of the national clearing house for presentment to paying banks through local clearing house affiliations.

From the vantage of Ercole and others, NCHA is ideally suited for banks looking to contain costs without the large up-front investments required of other, high-technology approaches to check clearing, like electronic check presentment (ECP).

NCHA members, Ercole explains, incur a total cost of 1.05 cents for each check cleared through the system, compared with anywhere from one cent to five cents per item for clearing checks through the Federal Reserve. And unlike electronic check presentment, NCHA requires no new investments in software.

"It's definitely cheaper than ECP," says Ercole of the NCHA approach to clearing checks.

Perhaps. But ECP brings to the table its own set of advantages, a fact that Ercole concedes. "ECP is ulti-

### CHECK-CLEARING TERMS AND PLAYERS

Alternative check-clearing arrangements are ushering in a whole new vernacular for the check operations business. The following are some of the more commonly used terms in today's check-clearing community.

● *ECP (Electronic Check Presentment):* The generic acronym used to describe the process of transmitting check magnetic ink character recognition (MICR) information electronically ahead of the actual movement of paper items, in the traditional sense. ECP is a bank-to-bank process. But the data necessary to present checks electronically also can be captured at the point of sale, thereby entering the merchant into the process.

● *ECCHO (Electronic Check Clearing House Organization):* An organization of banks that are pursuing ECP. Participants provide electronic prenotifications to one another of large-dollar checks, followed by later presentment of the items.

● *NACS (National Association for Check Safekeeping):* An organization of banks that aims to stop the flow of paper checks completely and clear check payments using special automated clearing house (ACH) formats. NACS represents the "keeper bank model" of check truncation, where the bank of first deposit retains the physical item and passes on only information relevant to the clearing process; the physical item is never returned to the check writer.

● *NCHA (National Clearinghouse Association):* A national organization designed to leverage the local check clearing house arrangement on a national scale. NCHA members agree to accept checks from all other members for presentment to paying banks through local clearing house arrangements. Accounting information related to presentments is handed over to a specialized network, the Check Exchange System; net settlement for check exchanges occurs through a special account maintained with the Federal Reserve.

● *Truncation:* Stopping the flow of paper checks completely and converting payment information to electronic form. In a typical truncation program, the physical checks are kept for a time before being microfilmed and destroyed.



THE BANK OF CALIFORNIA, N.A., UNITED STATES • BANK SOUTH, N.A., UNITED STATES

*Jim Mann*

*Vice President*

*Comerica Bank*

*Detroit, MI*

**"ACI'S SOFTWARE HELPS CREATE NEW MARKETING OPPORTUNITIES."**

① • 8 0 0 • 4 4 5 • 4 9 9 8

♦ COVER REPORT/OPERATIONS ♦

mately the way to go," relates Ercole, who as a former executive with Security Pacific Bank once sat on the board of directors of the Electronic Check Clearing House Organization (EC-CHO), a national ECP group.

NCHA, Ercole adds, provides a transition to ECP for banks that aren't ready for or can't afford the technology necessary to make ECP a reality. Looking forward, he suggests, even NCHA will venture into ECP.

**ECP advantages.** ECP offers an array of clearing advantages: reduced dependency on processing equipment and transportation services, float savings, later deposit deadlines, and earlier return check notifications, to name a few.

"Each time a check goes through a sorter, it presents new opportunities for mishandling, paper jams, and other problems," explains Jay Simmons, vice-president, Citibank (Delaware).

In an ECP environment, the routing and payment information encoded on the magnetic ink character recognition (MICR) line is captured at the bank of first deposit. That bank transmits the MICR data directly to the paying bank or to an intermediary, such as a correspondent bank, clearing house, or Federal Reserve Bank. In effect, the need for a prime pass run is eliminated when a bank accepts check presentments electronically. That translates into savings.

**Transportation savings.** Because the most important check information—account numbers and payment amounts—is captured and transmitted early in the collection cycle in the ECP environment, there is no pressing need to transport checks physically to the paying bank.

"ECP diminishes the need for the speedy delivery of checks and therefore saves costs," observes Howard Wentworth, senior vice-president, CoreStates Financial Corp., Philadelphia. ECP provides the ability to link the bank of first deposit with the paying bank overnight, he explains, meeting or exceeding the Reg CC guidelines for check availability.

The paying bank already has enough information to make a pay/no pay decision about the checks it receives. If the paying bank decides not to honor a particular check, it can alert the collecting bank of this fact before the paper checks are even shipped out, thereby providing the collecting bank with ample opportunity to withhold funds from the depositor of the check.

This reduces risk in the check collection process, particularly in a regulatory environment that requires availability on check deposits before many banks even learn of the imminent return of bad checks.

**ECP's early days.** "ECP is at the beginning of its evolution," explains William Toner, technology strategist with J.D. Carreker and Associates (JDCA), a Dallas-based consulting firm that provides administrative and software support for ECCHO. But those who champion ECP see great promise in the technology.

Besides ECCHO, which claims 19 banks exchanging check information electronically, there are ECP initiatives now taking shape within the Federal



FIRST COMMERCE CORPORATION, UNITED STATES • HARRIS TRUST AND SAVINGS BANK, UNITED STATES • HUNTINGTON BANKS, UNITED STATES • FIRST TENNESSEE BANK, N.A., UNITED STATES •

Reserve System and most of the check clearinghouses serving major cities.

"This activity will cause two out of three checks by the end of 1993 to be [cleared via] ECP," predicts Denny Carreker, JDCA president.

**Sharing resources.** Most of the ECP activity in the country is concentrated among large banks. The Fed's ECP work is a notable exception because it serves some of the smallest banks; many of which are located in remote regions such as the Upper Peninsula of Michigan.

Other efforts also are under way to spread the benefits of ECP throughout banking.

J.D. Carreker, for example, is working on a new network configuration that will provide utility support for broad-based ECP. Payment System Network (PSN), as the project is known, is intended to serve as an electronic version of the traditional check-clearing apparatus.

With the involvement of about a dozen bankers, existing IBM network systems, First Tennessee Bank's First Express check-courier service, and the New York Clearing House, JDCA plans to provide a utility function for the ECP-related data communications, transportation, and settlement activities.

"PSN provides a structure where we can increase the number of banks participating in ECP, increase the types of transactions being processed, and increase the volume of transactions being processed," explains Toner. "The whole thing is leverage."

**Community banker's view.** "If we as community bankers don't find a way to deliver products and services at rock-bottom prices, we're not going to be able to stay independent community banks for very long," warns Susanne Boxer, president and CEO of $60 million-assets Houghton National Bank, Houghton, Mich.

Boxer sees great promise in ECP. Her bank is one of three participating in an electronic check clearing pilot with the Federal Reserve Bank of Minneapolis, where the banks both send and receive check MICR information electronically.

Including the three banks that both send and receive check presentments, 17 Upper Peninsula banks receive check MICR data electronically from the Minneapolis Fed. If all of those banks were to participate in the send-receive pilot, Boxer estimates 80% of Houghton's check clearing would be done electronically. That certainly would help contain costs, she notes.

"I don't think you'll see an immediate cost savings, but you'll see cost containment," says Boxer of the trend toward ECP.

**Transition to truncation.** Boxer has even greater hopes for check truncation. "The paper has got to come out of the system," she maintains. ECP, Boxer suggests, provides a transition step to truncation.

*"If we as community bankers don't find a way to deliver products and services at rock-bottom prices, we won't be able to stay independent community banks for long"*
—S. Boxer, Houghton Nat'l Bank

Boxer isn't alone in her truncation hopes. The Federal Reserve has been pushing truncation for years. Last year, the Fed joined forces with the National Association for Check Safekeeping (NACS) in a new test of the automated clearing house network to move truncated check data between banks.

To date, participation in the NACS pilot has been meager—two corporations, two payor banks, and ten Federal Reserve offices. The volume of checks truncated in the program reflects that fact: fewer than 100,000 items (all small-dollar rebate checks) were truncated during the first nine months of the program, according to officials at the National Automated Clearing House Association (NACHA), which administers NACS.

The Fed has had somewhat more success with its proprietary truncation efforts. Nearly 12 million checks per month are truncated by 11 Federal Reserve Banks, according to Joanna Frodin, vice-president, Federal Reserve Bank of Philadelphia and check product manager for the Federal Reserve System.

"Truncation is the king pin," says Frodin of the Fed's check-clearing endeavors. "The goal is to stop the paper."

So far, however, most interest in truncation has come from the U.S. Treasury Department and small financial institutions. Most bankers are uncomfortable forfeiting receipt of physical checks, Frodin notes.

**ECP or imaging?** What the Fed hopes will stimulate greater interest and a higher comfort level with truncation, Frodin adds, is imaging. In an imaging environment, a bank would receive images of checks drawn on it to aid in decisions (such as the pay/no pay decision or signature verification) in lieu of the actual pieces of paper.

"We're looking for image to break down the barriers to truncation," Frodin explains.

But there is a catch: many bankers remain wary of imaging. Some, for example, feel that imaging requires too much of an up-front investment and not enough of a payback.

"I can get into ECP tomorrow for a couple of hundred thousand dollars," says Jay Simmons of Citibank. All that is needed is new software loaded onto existing hardware, he notes. By contrast, "imaging will cost me millions," he adds, and will require both hardware and software changes.

Even more importantly, the imaging nay-sayers contend, ECP and truncation support the banking industry's overall bent toward electronic payments processes and away from paper.

"Investing in NACS and ECCHO is an evolutionary step to creating a paperless payments system," observes Simmons, who sits on the ECCHO board of directors and also serves as NACS's vice-president. "But imaging does not remove paper from the clearing process, he adds. "The two are diametrically opposed."

Despite such assertions, the Fed seems as committed to imaging as it is committed to ECP and truncation.

Some bankers see the Fed predilection as symptomatic of a "managed withdrawal" from the checking business—that the only way the Fed can keep its check-collection prices in line with the cheaper prices that will spring from emerging private-sector clearing arrangements is by reducing its dependency on check-processing equipment and transportation.

But as Frodin sees it, the variety of new clearing techniques and technologies will benefit the industry. "There are so many different needs and so many different niches, that there is no single new approach that is going to dominate tomorrow," she asserts. ☐

5265007

07/350623



FIGURE 1

# EXHIBIT 5

**U.S. Patent No. 5,265,007**
Claims asserted: 1, 2, 3, 4, 5, and 6

# EXHIBIT E

| No. | Claim Term | Plaintiff's Proposed Constructions | Defendants' Proposed Constructions | Claims Where Terms Appear in '007 | Submitting Party |
|---|---|---|---|---|---|
| 161. | Pre-selected financial institutions each located at a pre-selected site<br><br>Pre-selected institutions | Financial institutions which have previously been selected to be members of or participants in the central check clearing system or a local clearinghouse.<br><br>Intrinsic evidence: '007 Patent at 1:44-52; 2:30-37; 2:66-3:7; 3:24-28; 5:13-18; 7:34-38; 10:25<br><br>Webster's Encyclopedic Unabridged Dictionary of the English Language, Random House, Inc., p. 1138 (1994) (defining "preselect" as "to select in advance; choose beforehand.") (Exhibit F) | Members of a centralized clearinghouse association, where each member is located in a specific and exclusive geographical region. Col.2:66 – col.3:13; col.3:124-28. | 1, 2 | Defendants |
| 162. | Regular periodic settlement | Settlement of credit and debit balances between institutions at predetermined time intervals.<br><br>Intrinsic evidence: '007 Patent, at Abstract; Col. 2:9-16; 2:32-39, 2:47-49; 3:5-11 | Settlement occurring at a "predetermined time each day." Col.2:135-37; col.3:15-10; col.4:17-10; Col.6:16-20. | 1 | Defendants |
| 163. | Real-time | The actual time during which something takes place. | The term has its ordinary meaning: occurring at the time of an event. Col.4:15- | 1, 4 | Defendants |

DataTreasury Corp. v. Citigroup Inc. et al.
Exhibit E of Joint Claim Construction Chart and Supporting Evidence

DataTreasury Corp. v. Citigroup Inc. et al.
Exhibit E of Joint Claim Construction Chart and Supporting Evidence

- 43 -

| No. | Claim Term | Plaintiff's Proposed Constructions | Defendants' Proposed Constructions | Claims Where Terms Appear in '007 | Submitting Party |
|---|---|---|---|---|---|
| | | Intrinsic evidence: '007 Patent, at Col. 2:40; 6:60-64; 7:14-34<br><br>Extrinsic evidence: *Merriam Webster Online Dictionary* at http://www.m-w.com/dictionary/realtime (defining "real time" as "the actual time during which something takes place") (Exhibit F) | 6. | | |
| 164. | Central processing unit connected to each institution,<br><br>central processing unit connected to each of the pre-selected institutions | The construed term should be just "central processing unit", which should be defined as "a conventional programmable computer."<br><br>Intrinsic evidence: '007 Patent, at Claim 4; 9:1-2 ("to a programmed central processing unit"), 9:10 ("a programmed central processing unit"); 1:62-66 (Objects of the Invention "In its function, the association would provide a central accounting means such as a conventional programmable computer or other central processing unit for the computation of the settlements among participating banks."); 6:11-16 ("The switch may be an appropriately programmed digital computer having means for receipt and transmission of data as well as further arithmetic and algorithmic means, to reconcile or calculate debits and credits anticipated in an essentially "real time" basis among participating members.") | A single master "conventional programmable computer" that is electronically connected to each participating institution.<br><br>Fig. 1; Col.1 1.62-66; Col.2 11.1-5; "[I]t is the single master CPU that controls the mechanism." Amendment after Final Office Action, p. 8 (05-06-93). | 1, 4 | Defendants |

| No. | Claim Term | Plaintiff's Proposed Constructions | Defendants' Proposed Constructions | Claims Where Terms Appear in '007 | Submitting Party |
|---|---|---|---|---|---|
| 165. | Value of the instruments transported | The construed phrase should be just "value of the instruments" as that appears several times in Claim 1. The construction should be "the individual or total amount of the financial instruments."<br><br>Intrinsic evidence: '007 Patent, at Col. 2:32-50 | The total dollar amount of the financial instruments being delivered. Col.5, 1.20-22. | 1 | Defendants |
| 166. | Transport status of the instruments | Information about the status of the instruments.<br><br>Intrinsic evidence: '007 Patent, at Col. 2:37-39; 4:15-22; 5:60-65; 6:25-27; 8:9-15 | Information about shipment, delivery, and receipt of financial instruments sent and received by the pre-selected financial institutions. Col.5.1.60-65; col.6 1.25-27; col. 6 1.60-64; col.2 1.37-39. | 1 | Defendants |
| 167. | The sending and receipt status | Information about the sending and receipt status of the instruments.<br><br>Intrinsic evidence: '007 Patent, at Col. 8.9-15 | Information about shipment and receiving of financial instruments sent and received by the pre-selected financial institutions. Col.5 1.60-65; col.6 1.25-27; col. 6 1.60-64, col.2 1.37-39. | 1 | Defendants |
| 168. | The status in transit of the instruments | *See* proposed construction for "Transport status of the instruments" | Information about transport of financial instruments sent and received by the pre-selected financial institutions. | 1 | Defendants |
| 169. | According to the reporting of an institution's sending and receiving of the instruments | Based on the information provided by a financial institution about the sending and receiving of the instruments.<br><br>Intrinsic evidence: '007 Patent, at Col. 6:60-66 | Based on the information provided by the financial institutions to the central processing unit. | 1 | Defendants |

DataTreasury Corp. v. Citigroup Inc. et al.
Exhibit E of Joint Claim Construction Chart and Supporting Evidence

| No. | Claim Term | Plaintiff's Proposed Constructions | Defendants' Proposed Constructions | Claims Where Terms Appear in '007 | Submitting Party |
|---|---|---|---|---|---|
| 170. | Interrelated with the central processing unit | Implemented as software. | | 1 | AGREED |
| 171. | Final calculation | No construction is necessary.<br><br>Intrinsic evidence: '007 Patent, at 3:29-54 | Calculation once a day by the clearinghouse of debits owing from and credits payable to each of the pre-selected financial institutions. Col. 6 1.16-20. | 1 | Defendants |
| 172. | Debit and credits | Credits are the amounts owed by a financial institution.<br><br>Debits are the amounts payable to a financial institution. | Debits – amounts owed or payable by a financial institution<br><br>Credits – amounts owed or payable to a financial institution | 1 | Defendants |
| 173. | Occurrence of the regular periodic settlement among the institutions | No construction is necessary. | The specific time each day when settlement of accounts between the members of the clearinghouse takes place. | 1 | Defendants |
| 174. | Pre-determined local settlement by the institutions in the pre-selected sites with institutions that are not among the number of pre-selected financial institutions | A settlement between a user and non-user of the clearinghouse that occurs at a regular interval.<br><br>Intrinsic evidence: '007 Patent, at Col. 2:55-61; 3:9-13; 4:52-54; 10:25-28 | A specific settlement between a member and specific non-members of the clearinghouse that occurs at a specific time daily. Col.2 1.55-61; Col.4 1.50-55; Col.5 1.26-45; Col. | 1 | Defendants |
| 175. | Institutions that are not among the number of pre-selected financial institutions | Non-members of the clearinghouse. | | 1 | AGREED |
| 176. | Site locality of each other of the pre-selected institutions | Location of the other member financial institutions. | | 2 | AGREED |

| No. | Claim Term | Plaintiff's Proposed Constructions | Defendants' Proposed Constructions | Claims Where Terms Appear in '007 | Submitting Party |
|---|---|---|---|---|---|
| 177. | Site sort category | Grouping by locations of the members. | | 2 | AGREED |
| 178. | Drawn on institutions within the site that are not among the number of pre-selected financial institutions | Financial instruments drawn on non-member financial institutions within a site locality. | | 3 | AGREED |
| 179. | Clearinghouse | Institution for effecting the settlement of accounts between member financial institutions. | | 4 | AGREED |
| 180. | Addressing the central processing unit | Function of establishing communications between the central processing unit and the participants' modem (or the like). | | 4 | AGREED |
| 181. | All participants in the system | All the members of the clearinghouse association. | | 4 | AGREED |
| 182. | Operatively interconnected to | Able to interact functionally with | | 4 | AGREED |
| 183. | May be determined and monitored on a continuous basis in real time | No construction necessary. | Able to be obtained and kept track of in real time.  Col.4 l.4-7; Col.4 l.50-52. | 4 | Defendants |
| 184. | Physical transport | Air or ground transportation. | | 4 | AGREED |
| 185. | Predetermined time cycle | A schedule of events determined before the event occurs. | | 4 | AGREED |
| 186. | Determining the occurrence of a final settlement by a clearinghouse participant | Establishing that a clearinghouse participant has had its debits and credits calculated and recorded. | | 4 | AGREED |
| 187. | Pre-determined time | A single time of day determined before those events occur. | | 4 | AGREED |
| 188. | Until after a time that certain pre-determined local settlements in the | Until after local settlements by the members are completed. | | 4 | AGREED |

DataTreasury Corp. v. Citigroup Inc. et al.
Exhibit E of Joint Claim Construction Chart and Supporting Evidence

| No. | Claim Term | Plaintiff's Proposed Constructions | Defendants' Proposed Constructions | Claims Where Terms Appear in '007 | Submitting Party |
|---|---|---|---|---|---|
| 189. | localities, by the participants in the localities, are completed Pre-determined local settlements | Local settlements that are determined beforehand.<br><br>Intrinsic evidence: '007 Patent, at Col. 3:9-13; 4:52-54<br><br>Extrinsic evidence: Webster's Encyclopedic Unabridged Dictionary of the English Language, Random House, Inc., p. 744 (1994) (defining "predetermine" as "to settle or decide in advance") (Exhibit F) | Settlements at each specific region and among specific participants in each region. Col.4 1.15-40; col.5 1.25-35; col.6 1.40-50. | 4 | Defendants |
| 190. | Participants in the localities | Members of the local clearinghouse, which can be but need not also be members of the national clearinghouse. | | 4 | AGREED |
| 191. | Different financial institutions in the locality which are not participants in the clearinghouse | Members of the local clearinghouse, which are not members of the national clearinghouse.<br><br>Intrinsic evidence: '007 Patent, at 5:17-45; 6:29-33; 4:25-40 | Non-member banks of the clearing house in the locality. | 3, 6 | Defendants |
| 192. | Means within each of the pre-selected institutions… for sending and receiving the | **Terms one or both parties contend should be construed as "means-plus-function" terms**<br><br>**Function:** sending and receiving the instruments.<br><br>**Corresponding Structure:** Air or ground transportation and a pre-selected institution's physical facility (i.e., bank, member bank, Participating Bank A/B, sending/receiving | | 1 | AGREED |

DataTreasury Corp. v. Citigroup Inc. et al.

Exhibit E of Joint Claim Construction Chart and Supporting Evidence

| No. | Claim Term | Plaintiff's Proposed Constructions | Defendants' Proposed Constructions | Claims Where Terms Appear in '007 | Submitting Party |
|---|---|---|---|---|---|
|  | instruments | bank) |  |  |  |
| 193. | Means for physically transporting the instruments (from an institution at one site to each other of the institutions at the other sites) | Function physically transporting the instruments. Corresponding Structure: Air or ground transportation Intrinsic evidence: '007 Patent, at Col. 1:66-67; 4:15-20; 5:61-63 ("Physical transport of the checks may be by any means provided that scheduling requirements of the system are maintained."). | This is a means-plus-function element. The function is physically transporting the instruments from an institution at one site to each other of the institutions at the other sites. The specification does not disclose a corresponding structure. For example, the specification just states that: "Physical transport of the checks may be by any means provided that scheduling requirements of the system are maintained." (col.5:60-63). | 1 | Plaintiff (Defendants) |
| 194. | Means for physically accepting the instruments (transported from the other institutions) | Function physically accepting the instruments. Corresponding Structure: A pre-selected institution's physical facility (i.e., bank, member bank, receiving bank. Participating Bank B), and its relationship with air or ground transportation. [Fig. 1 (solid directional lines); 1:66-2:1; 4:15-22] Intrinsic evidence: '007 Patent, at Fig. 1 (solid directional lines); Col. 1:66-2:1; 4:15-20; 5:61-63 ("Physical transport of the checks may be by any means provided that scheduling requirements of the system are maintained.") | This is means-plus-function element. The function is physically accepting the instruments transported from the other institutions. There is no structure disclosed for this function. "Immediately upon physical receipt of the checks, the New York participant enters information about the receipt...of checks into the switch." (col.6:1.25-27). | 1 | Plaintiff (Defendants) |

- 48 -

| No. | Claim Term | Plaintiff's Proposed Constructions | Defendants' Proposed Constructions | Claims Where Terms Appear in '007 | Submitting Party |
|---|---|---|---|---|---|
| 195. | Means within each of the pre-selected institutions... for sending to and receiving from a central processing unit (connected to each institution with respect to reporting in real time in correspondence with the occurrence of an event (a) the value of the instruments transported and (b) the transport status of the instruments with respect to their having been (i) sent and (ii) received) | Function: sending to and receiving from a central processing unit. Corresponding Structure: Electronic communications links [Fig. 1], which may include conventional telephone links by modem connections and the like [6:22-24]; and software [6:20] Intrinsic evidence: '007 Patent, at Fig. 1, Col. 6:22-24 | This is a means-plus-function element. The function is sending to and receiving, from a central processing unit connected to each institution information reporting in real time in correspondence with the occurrence of an event (a) the value of the instruments transported, and (b) the transport status of the instruments with respect to their having been (i) sent and (ii) received. The specification does not recite any structures that may be used within a member institution to receive information from the central CPU. | 1 | Plaintiff (Defendants) |
| 196. | Means within each of the pre-selected institutions... for receiving from the central processing unit a calculated value ((a) on a real time basis and (b) on a regular periodic settlement basis, information regarding the debits and credits owing to or payable by an institution with respect to each other of the institutions with regard to | Function: receiving from the central processing unit a calculated value. Corresponding Structure: accounting system [3:35-39]; related software [6:20-22]; electronic communications links [Fig. 1] Intrinsic evidence: '007 Patent, at Col. 3:35-39, 5:25, 4:50; Fig. 1 | This is a means-plus-function element. The function is receiving from the central processing unit a calculated value, (a) on a real time basis and (b) on a regular periodic settlement basis, information regarding the debits and credits owing to or payable by an institution with respect to each other of the institutions with regard to instruments sent and received. The specification does not recite any structures within a member institution that receive information from the central CPU. | 1 | Plaintiff (Defendants) |

DataTreasury Corp. v. Citigroup Inc. et al.
Exhibit E of Joint Claim Construction Chart and Supporting Evidence

DataTreasury Corp. v. Citigroup Inc. et al.
Exhibit E of Joint Claim Construction Chart and Supporting Evidence

| No. | Claim Term | Plaintiff's Proposed Constructions | Defendants' Proposed Constructions | Claims Where Terms Appear in '007 | Submitting Party |
|---|---|---|---|---|---|
| 197. | Means for continuous monitoring on a real-time basis, as reported by each institution by the means for sending information within each institution ((a)(i) the sending and receipt status of the instruments and (ii) the value of the instruments sent and received, as reported by each of the institutions, and (b) the status in transit of the instruments with respect to their having been (i) sent and (ii) received, as reported by each of the institutions, according to the reporting of an institution's sending and receiving of instruments) | Function: continuous monitoring by the central processing unit (CPU) on a real time basis as to information sent by each institution connected to the central processing unit. Corresponding Structure: A conventional programmable computer or central processing unit [1:62-65; Fig. 1 (CPU)], electronic communications links [Fig. 1], which may include conventional telephone links by modem connections and the like [6:22-24], and related software. Intrinsic evidence: '007 Patent, at Fig. 1; Col. 1:62-65; 6:22-24. | This is a means-plus-function element. The function is continuous monitoring on a real-time basis, as reported by each institution by the means for sending information within each institution (a)(i) the sending and receipt status of the instruments and (ii) the value of the instruments sent and received, as reported by each of the institutions, and (b) the status in transit of the instruments with respect to their having been (i) sent and (ii) received, as reported by each of the institutions, according to the reporting of an institution's sending and receiving of instruments. The structure may be undisclosed software adapted for the system to perform the recited function and being processed by a "switch" or "appropriately programmed digital computer." Col.6:19-23; Col.7:1,14-20; Col.1:62-66; col.2:1,39-45. | 1 | Plaintiff (Defendants) |
| 198. | Means for calculating debits and credits. ((as monitored on a real time basis from information reported by the institutions) | Function: calculating debits and credits among the participating members. Corresponding Structure: Software [6:20-22] on a conventional programmable computer or central processing unit [1:62-65; Fig. 1 (CPU)] | This is a means-plus-function element. The function is calculating debits and credits…as monitored on a real time basis from information reported by the institutions. The structure may be undisclosed software | 4 | Plaintiff (Defendants) |

Dana-Treasury Corp. v. Citigroup Inc. et al.
Exhibit E of Joint Claim Construction Chart and Supporting Evidence

| No. | Claim Term | Plaintiff's Proposed Constructions | Defendants' Proposed Constructions | Claims Where Terms Appear in '007 | Submitting Party |
|---|---|---|---|---|---|
| 199. | Means for sending to each institution the information monitored (with respect to the monitored instruments sent to an institution and the value of such instruments) | Intrinsic evidence: '007 Patent, Fig. 1; Col. 1:62-65; 6:20-22<br><br>Function: sending to each institution the information monitored<br><br>Corresponding Structure: Electronic communications links [Fig. 1], which may include conventional telephone links by modern connections and the like [6:22-24]<br><br>Intrinsic evidence: '007 Patent, at Fig. 1; Col. 6:22-24 | for calculating debits and credits being executed by a "central accounting means", such as a "conventional programmable computer or other central processing unit for the computation of the settlements among participant banks." Col. 1:62-66; col.2:139-45.<br><br>This is a means-plus-function element.<br><br>The function is: sending to each institution the information monitored with respect to the instruments sent to an institution and the value of such instruments<br><br>The specification does not describe any structure sufficiently linked to the function. | 1 | Plaintiff (Defendants) |
| 200. | A cycling means interrelated with the central processing unit ((a) for controlling the physical transport of the financial instruments among the institutions and (b) for controlling the means for calculating) | Function: cycling<br><br>Corresponding structure: Rules and parameters regarding time scheduling where such rules and schedules are interrelated with the central processing unit (CPU).<br><br>Intrinsic evidence: '007 Patent at Col. 3:10-25; 6:60-64; 10:7-16; 2:55-66; 3:9-16; 3:39-42; 5:35-39, 6:9-23 | This is a means-plus-function element.<br><br>The functions are "controlling the physical transport of the financial instruments among the institutions" and "controlling the means for calculating such that a financial calculation ... does not occur until pre-determined local settlements ... are completed."<br><br>The specification does not recite any corresponding structures. In response to an Office Action, the Applicant stated that "[c]ycling means is an appropriate term to | 1 | Plaintiff (Defendants) |

| No. | Claim Term | Plaintiff's Proposed Constructions | Defendants' Proposed Constructions | Claims Where Terms Appear in '007 | Submitting Party |
|---|---|---|---|---|---|
|  |  |  | use in describing the settlement mechanism because a clearinghouse mechanism must function on a regular and periodic, or cyclical basis;" Amendment, p.11 (12-08-92), (emphasis added). "[T]he 'cycling means' is necessary to operate the clearinghouse mechanism on a regular periodic basis on a strictly controlled schedule. A clearinghouse mechanism does not permit 'someone to interpret the schedule.' When a time in the cycle arrives, the required act must be done." Id. at 13. However, the term "cycling means" is not described in the specification and no structure corresponding to the prosecution arguments is disclosed. |  |  |
| 201. | Means at an institution by which instruments are sorted (by the site locality of each other of the pre-selected institutions and in which the instruments sorted by site are sent by site category to institutions at sites within the site sort categories) | Function: sorting instruments / Corresponding Structure: Sorters [7/3] or sort machines [4:46-7] at the receiving bank / Intrinsic evidence: '007 Patent, at Col. 7:30, 4:46-47 | This is a means-plus-function element. / The function is / (1) sorting instruments by site locality of each other of the pre-selected institutions and / (2) sending the instruments sorted by site category to institutions at sites within the site sort categories. / The structure that performs the first function is a sorter. Col.3:1,41-48. However, the specification does not disclose a structure linked to the second function. | 2 | Plaintiff (Defendants) |
| 202. | Means at each of | (1) | This is a means-plus-function element. | 4 | Plaintiff |

DataTreasury Corp. v. Citigroup Inc. et al.
Exhibit E of Joint Claim Construction Chart and Supporting Evidence

- 52 -

DataTreasury Corp. v. Citigroup Inc. et al.
Exhibit E of Joint Claim Construction Chart and Supporting Evidence

| No. | Claim Term | Plaintiff's Proposed Constructions | Defendants' Proposed Constructions | Claim Where Terms Appear in '007 | Submitting Party |
|---|---|---|---|---|---|
| | participants for (1) sending and receiving financial instruments to be cleared and (2) for sending and receiving in real time information reporting the value and transit status of the financial instruments to be cleared, to a programmed central processing unit and (3) for addressing the central processing unit by which a participant may determine in real time the information received by the processing unit (with respect to that participant's relative credit and debit obligations with respect to other institutions arising from the instruments that are reported to be sent and received) | **Function:** sending and receiving financial instruments to be cleared<br><br>**Corresponding Structure:** Air or ground transportation and a pre-selected institution's physical facility (i.e., bank, member bank, Participating Bank A/B, sending/receiving bank)<br><br>**(2)**<br>**Function:** sending and receiving in real time information reporting the value and transit status of the financial instruments to be cleared to a programmed central processing unit<br><br>**Corresponding Structure:** Electronic communications links [Fig. 1], which may include conventional telephone links by modem connections and the like [6:22-24]<br><br>**(3)**<br>**Function:** addressing the central processing unit by which a participant may determine in real time the information received by the processing unit<br><br>**Corresponding Structure:** Electronic communications links [Fig. 1], which may include conventional telephone links by modem connections and the like [6:22-24] | The functions are:<br>1) sending and receiving financial instruments to be cleared, and<br>2) sending and receiving in real time information reporting the value and transit status of the financial instruments to be cleared, to a programmed central processing unit, and<br>3) addressing the central processing unit by which a participant may determine in real time the information received by the processing unit with respect to that participant's relative credit and debit obligations with respect to other institutions arising from the instruments that are reported to be sent and received<br><br>It is unclear from the claim language if the structure corresponding to these functions is one structure or a combination of structures.<br><br>The only structure linked to function (1) is air and ground transportation vehicles. "Physical delivery of items would be accomplished through air and ground transportation." (col.1 1:66-67). "Physical transport of the checks may be by any means provided that scheduling requirements of the system are maintained." (col.5 1:60-63).<br><br>The specification does not expressly | | (Defendants) |

DataTreasury Corp. v. Citigroup Inc. et al.
Exhibit E of Joint Claim Construction Chart and Supporting Evidence

- 54 -

| No. | Claim Term | Plaintiff's Proposed Constructions | Defendants' Proposed Constructions | Claims Where Terms Appear in '007 | Submitting Party |
|---|---|---|---|---|---|
| 203. | Means for calculating debits and credits... | Intrinsic evidence: '007 Patent, at Col. 6:22-24.<br><br>Function: calculating debits and credits among the participating members.<br><br>Corresponding Structure: Software [6:20-22] on a conventional programmable computer or central processing unit [1:62-65; Fig. 1 (CPU)].<br><br>Intrinsic evidence: '007 Patent, at Fig. 1, Col. 6:20-22, 1:62-65 | disclose any structure sufficiently linked to either functions (2) or (3).<br><br>This is a means-plus-function element. The function is "calculating debits and credits."<br><br>The structure may be undisclosed software for calculating debits and credits being executed by a "central accounting means" such as a "conventional programmable computer or other central processing unit for the computation of the settlements among participant banks." Col.1:62-66; col.2:139-45. | 4 | Parties |
| 204. | Means for receiving and recording a participant's reports of the value and transit status (of the instruments to be cleared as having been sent and received with respect to all participants in the system) | Function: receiving and recording a participant's report of the value and transit status.<br><br>Corresponding Structure: Software [6:20-22] associated with an accounting system running on the central processing unit (CPU). | This is a means-plus-function element.<br><br>The function is "receiving and recording a participant's reports of the value and transit status of the instruments to be cleared as having been sent and received with respect to all participants in the system."<br><br>The specification does not sufficiently describe the structure linked to the function. | 4 | Plaintiff (Defendants) |
| 205. | Means for monitoring on a real time as reported basis | Function: monitoring on a real time as reported basis.<br><br>Corresponding Structure: Software [6:20- | This is a means-plus-function element.<br><br>The function is "monitoring on a real time as reported basis." | | Parties |

DataTreasury Corp. v. Citigroup Inc. et al.
Exhibit E of Joint Claim Construction Chart and Supporting Evidence

- 55 -

| No. | Claim Term | Plaintiff's Proposed Constructions | Defendants' Proposed Constructions | Claims Where Terms Appear in '007 | Submitting Party |
|---|---|---|---|---|---|
| | | 22] associated with a conventional programmable computer or central processing unit [1:62-65; Fig. 1 (CPU)] operably interconnected with software associated with the accounting system on the CPU.<br><br>Intrinsic evidence: '007 Patent, at Col. 20; 1:62-65; Fig. 1 | The structure may be undisclosed software adapted for the system to perform the recited function and being processed by a "switch" or "appropriately programmed digital computer." Col.6 1:9-23; Col.7 1:14-20; Col.1 1:62-66; col.2 1:39-45. | | |
| 206. | Time control for determining the time of physical transport between and among the participants | Predetermined time schedule.<br><br>Intrinsic evidence: '007 Patent, at Col. 2:55-58 ("In the system of the invention, physical transport of financial instruments between and among the members is controlled by a predetermined time schedule . . .").<br><br>Extrinsic evidence: Webster's Encyclopedic Unabridged Dictionary of the English Language, Random House, Inc., p. 744 (1994) (defining "predetermine" as "to settle or decide in advance") (Exhibit F) | This is a means-plus-function term.<br><br>The function is "determining the time of physical transport of financial instruments between and among the participants."<br><br>The specification does not disclose a time control or any structures linked to the functions listed above. In an Office Action, Applicant stated, "[w]hile a time control is a schedule, a clearinghouse system or mechanism depends on the regular physical transport and exchange of items from and to each of all of the institutions in the predetermined group." Amendment, p. 12 (12/8/92). | 4 | Defendants |

# EXHIBIT 6

# THE OXFORD ENGLISH DICTIONARY

## SECOND EDITION

*Prepared by*

J. A. SIMPSON *and* E. S. C. WEINER

## VOLUME XIII

Quemadero–Roaver

Notice
This material may be
protected by copyright
law (Title 17 U.S. Code).

CLARENDON PRESS · OXFORD

1989

*Oxford University Press, Walton Street, Oxford* OX2 6DP
*Oxford  New York  Toronto*
*Delhi  Bombay  Calcutta  Madras  Karachi*
*Petaling Jaya  Singapore  Hong Kong  Tokyo*
*Nairobi  Dar es Salaam  Cape Town*
*Melbourne  Auckland*
*and associated companies in*
*Berlin  Ibadan*

*Oxford is a trade mark of Oxford University Press*

© *Oxford University Press 1989*

*All rights reserved. No part of this publication may be reproduced,*
*stored in a retrieval system, or transmitted, in any form or by any means,*
*electronic, mechanical, photocopying, recording, or otherwise, without*
*the prior permission of Oxford University Press*

*British Library Cataloguing in Publication Data*
*Oxford English dictionary.—2nd ed.*
*1. English language–Dictionaries*
*I. Simpson, J. A. (John Andrew), 1953-*
*II. Weiner, Edmund S. C., 1950-*
*423*
*ISBN 0-19-861225-7 (vol. XIII)*
*ISBN 0-19-861186-2 (set)*

*Library of Congress Cataloging-in-Publication Data*
*The Oxford English dictionary.—2nd ed.*
*prepared by J. A. Simpson and E. S. C. Weiner*
*Bibliography: p.*
*ISBN 0-19-861225-7 (vol. XIII)*
*ISBN 0-19-861186-2 (set)*
*1. English language—Dictionaries.   I. Simpson, J. A.*
*II. Weiner, E. S. C.   III. Oxford University Press.*
*PE1625.087 1989*
*423—dc19      88-5330*

LRef

PE
1625
.087
1989

*Data capture by ICC, Fort Washington, Pa.*
*Text-processing by Oxford University Press*
*Typesetting by Filmtype Services Ltd., Scarborough, N. Yorks.*
*Manufactured in the United States of America by*
*Rand McNally & Company, Taunton, Mass.*

Case 2:06-cv-00072-DF-CMC    Document 535    Filed 02/21/2007    Page 36 of 40

of . [the patents] received reagent grade zinc sulfate 90 mg daily, and three received reagent grade ferrous sulfate 1 gm orally daily. **1973** *Jrnl. Amer. Chem. Soc.* XCV. 1913/1 All reagents and solvents used were reagent grade and, unless noted otherwise, were used without further purification. **1908** *Practitioner* Mar. 410 A pea-sized piece being rubbed up with 2 c.c. of water, and the reagent-paper dipped into it.

†**re'aggravate**, *v. Obs. rare.* [RE- 5 a, after med.L. *reaggravāre* (1501 in Du C.), It. *raggravare* (Florio), F. *réaggraver* (15th c.): cf. next.] *trans.* To make still heavier.

**1611** COTGR., *Rengraver*, to reaggravate; reinforce, renew. **1626** C. POTTER II. *Sarpi's Hist. Quarrels* 72 Returning to Himselfe and his successors power to aggravate and reaggravate the censures and penalties against them.

**reaggra'vation.** *Eccl.* [ad. med.L. *reaggravātio*; cf. obs. F. *réaggravation* (15th c.; the usual word is *réaggrave*). See prec. and AGGRAVATION 3.] The second warning given to a prelate before final excommunication.

**1611** COTGR., *Reaggravation*, a reaggravation; and (particularly) the last, and most direfull excommunication of offenders. **1727-41** CHAMBERS *Cycl.* s.v., Before they proceed to fulminate the last excommunication, they publish an aggravation, and a re-aggravation. **1864** [see AGGRAVATION 3].

**re'aggregate**, *v.* [RE- 5 a.] a. *trans.* To collect or bring together again. b. *intr.* To come together again. Hence **re'aggregated** ppl. a.; **reaggre'gation.**

**1849** MURCHISON *Siluria* xiv. 347 Simply a re-aggregated granite. **1862** G. P. SCROPE *Volcanos* 45 A proportionate diminution of temperature . . reaggregates them in a solid state. **1865** SPENCER *Princ. Sociol.*, *Pol. Instit.* 243 The minglings of peoples and institutions, the breakings up and re-aggregations . . destroy the continuity of normal processes. **1882** H. BLOEMENDAL et al. in A. Pirie *Lens Metabolism Rel. Cataract* 300 The subunits . . reaggregate after removal of urea.

**reagin** (rī'eɪdʒɪn). *Immunol.* [G. *Reagin*, f. *reag-ieren* to react + -*in* -INE³.]

a. The complement-fixing substance in the blood of persons with syphilis which is responsible for the positive response to the Wassermann reaction.

**1921** R. W. MATSON tr. *A. Wolff-Eisner's Clin. Immunity & Sero-Diagnosis* iii. 33 To avoid errors, it is . . best to use the term 'reactive substances' (reagins) rather than 'antibodies', since the latter implies a renaturalization in the sense of an antitoxin. **1925** J. E. R. McDONAGH *Biol. Of Treatm. Venereal Dis.* x. 71 Owing . . to the fact that a positive Wassermann reaction may be obtained in conditions other than syphilitic ones, the reaction ceases to be a specific reaction. Therefore the third factor ought not to be called an antibody, since it is in no wise specific, hence it is best called reacting substance, or Reagin. **1937** H. EAGLE *Lab. Diagnosis Syphilis* i. 24 There is reason to believe that Wassermann's first theory was correct, and that the active component of syphilitic serum, so-called reagin, may well be an antibody to *Spirochaeta pallida* despite its reactivity with normal tissue lipoids. **1942** *Jrnl. Lab. & Clin. Med.* XXVII. 590 It seems controversial as to whether reagin is an antibody to lipid haptens of the host . . or an antibody to the spirochete. **1976** A. E. WILKINSON in Catterall & Nicol *Sexually Transmitted Dis.* 215 Although the function of reagin is still uncertain, its level seems to be roughly related to the amount of tissue reaction by the host, rising rapidly with increasing numbers of treponemes in early syphilis and later falling as the number of organisms declines with developing immunity.

b. The antibody which is involved in allergic reactions, causing the release of histamine and similar agents when it combines with antigen in tissue and capable of producing sensitivity to the antigen when introduced into the skin of a normal individual.

**1925** [see ATOPY]. **1963** *Advances in Immunol.* III. 181 Reagin still represents a nebulous concept to many immunologists, some doubting the implication of its classification as an antibody. **1969** K. S. WEBER et al. *Fund. Immunol.* xv. 163 The antibodies responsible for P-K type sensitivities, the so-called 'reagins' or P-K antibodies, have long been a mystery. **1977** *Nature* 16 June 618/1 Allergic diseases such as hay fever, extrinsic asthma, drug hypersensitivities and some forms of urticaria are mediated by allergen-specific antibodies of the IgE class, known also as reagins.

Hence **rea'ginic** *a.*, of, pertaining to, or being (a) reagin.

**1931** A. F. COCA *Asthma & Hay Fever in Theory & Pract.* I. xvii. 332 Bona fide reaginic antibody is present or absent at present or potential sensitivities in the atopic individual. **1945** *Vet. Rec.* LVII. 339/2 (heading) Reaginic allergy in cattle. **1975** *Nature* 6 Feb. 475/1 In the rat, reaginic antibodies were reported and their possible significance in [*Schistosoma*] *mansoni* infection considered. **1977** A. M. DENMAN in Holborow & Reeves *Immunol. in Med.* x. 295 IgE constitutes the major class of reaginic antibody but it seems likely that some IgG . . antibodies also contribute.

**re'agitate**, *v.* [RE- 5 a.] *trans.* To agitate again.

**1813** T. BUSBY *Lucretius* II. iv. Comm. p. xxxv, Certain minute moveable bones . . provided to re-agitate the air.

†**re'cognize**, *v. Obs.*⁻¹ [RE- 5 a.] *trans.* To recognize.

**1682** H. MORE *Annot. Glanvill's Lux Orient* 30 They will . . remember their former Paradisiacal state upon its recovery, and reagnize their ancient home.

† **re'agree**, *v. Obs.*⁻¹ [f. RE- 5 a + AGREE *v.* 4.] *trans.* To reconcile, make up again.

**1609** DANIEL *Civ. Wars* VII. xxiv, Pain to see that glorious holiday Of union which this discord re-agreed.

**reaisun**, obs. f. REASON.

**reak**, (?) var. of RAKE *sb.*³ and *v.*¹

**reak(e**, obs. ff. REEK *sb.* and *v.*

**reak**, var. of RECK *v.*; (?) obs. var. of REACH *v.*¹

**reaklesse**, obs. var. of RECKLESS.

**reakn-**, obs. Sc. f. RECKON *v.*

† **reaks**, *sb. pl. Obs.* Also 6-7 reakes, 7 reeks, reax and *sing.* 9 *Sc.* reik. [Of obscure origin: cf. FREAK. The precise relationship to REX is not clear; the evidence is not decisive for the view that *rex* is the original form.] Pranks, wanton or riotous tricks or practices. Chiefly in *phr. to keep* or *play reaks* (very common in 17th c.).

**1575** GASCOIGNE *Flowers, Lookes of Lover forsaken* Wks. 15 Such reakes the rage of loue in thee had wrought. **1586** D. ROWLAND *Lazarillo* II. (1672) U2, The owner of the House, where these Reaks were Played. **1596** NASHE *Saffron Walden* 95 The olde reakes hee kept with the ranches in Queenes Colledge Lane. **1633** HEYWOOD *Eng. Trav.* II. Wks. 1874 IV. 25 They may be rather called Reakes then Reuells. **1692** R. L'ESTRANGE *Fables* (1694) 475 Throwing books at one another's heads and playing such Reaks as if Hell were broke loose. **1818** SCOTT *Rob Roy* xxvi, Mony a daft reik he has played.

Comb. **1611** COTGR., *Ribleur*, a disorderlie rouser, . . outragious reakes-player.

**real** ('riːəl, 'reɪəl), *sb.*¹ Also 7 reall. [Sp. *real, sb.* use of *real* adj., royal:—L. *rēgāl-em*: see REAL *a.*¹, and REAL *sb.*]

**1.** A small silver coin and money of account formerly in use in Spain and Spanish-speaking countries. a. The old Spanish *real de plata* (largely circulated in the United States up to *c* 1850, and in Mexico until 1897) = an eighth of a dollar (6½*d. c* 1900). b. The Spanish monetary unit, *real (de) vellon* (not current as a coin) = a quarter of a peseta.

*The real of plate* was formerly known in the northern U.S. by the name of *Mexican* or *Spanish shilling*, in the south by that of LEVY *sb.*² See also REF of *sb.* 2.)

**1611** COTGR., *Real*, a Reall, or Spanish sixpence. **1613** PURCHAS *Pilgrimage* VII. x. (1614) 795 Euery Indian payeth tribute to the King [of Spain] twelve Reals of Plate. **1662** J. DAVIES tr. *Olearius' Voy. Ambass.* 97 The Muscovites . . carry them [Rixdollers] to the Mint, as they do also Spanish Reals. **1760** *Ann. Reg.* 89 All they owed to the crown-- which does not amount to less than sixty millions of reals. **1798** MALTHUS *Popul.* (1878) 309 The highest price is 48 reals vellon. **1890** B. TAYLOR *Eldorado* II. xiii. 84 The pesos . . paid me in quarter-dollars, reals, and medios, which it took me more than an hour to count.

† **2.** *real of eight* = *piece of eight* (EIGHT 2 d). *Obs.*

**1612** SHELTON *Quix.* I. i. 13 I'le bring all one to me to be paid my Money in 8 single Reals, or to be paid the same in one Real of eight. **1628** DIGBY *Voy. Medit.* 38, 4 French vessels, whereof one . . had still a hundred thousand reals of eight abord her. **1828** JAS. MILL *Brit. India* I. i. ii. 31 The prize money, which was estimated at 100,000*l.* and 240,000 reals of eight.

† **real.** *a.*¹ (and *sb.*²) *Obs.* Also 4-5 reale, 4, 6-7 reall; *pl.* 5 *Sc.* reaws. [a. OF. *real* (12th c.) = Prov. *real, reial,* Sp., Pg. *real,* It. *reale*:—L. *rēgāl-em* REGAL. As a variant of RIAL and ROYAL, the form chiefly occurs in MSS. written after **1400**.]

**A.** *adj.* Royal, regal, kingly.

**13..** *Guy Warw.* (A.) 3870 A real pauldoun he per sey. **c 1350** *Will. Palerne* 1597 Al þat real aray riken schold men neuer. **1397** *Rolls of Parlt.* III. 379/1, I amonges other restreyned my Lord of his fredom, and toke upon me . . Power Reall. **1425** WYNTOUN *Cron.* III. iii. 560 Brute . . fyngyt in his land a towne, Yhit reale [and] off gret renowne. **1460** CAPGRAVE *Chron.* (Rolls) 197 The queen held a real Cristmasse aftir at Walyngford. **1577** HELLOWES *Gueuara's Chron.* 100 He edified the reall palace named Neptunia. **1602** MARSTON *Ant. & Mel.* II. Wks. 1856 I. 23 Then whome I knowe not a more . . pretious, reall, magnanimous, bounteous.

**B.** *sb.*² A royal person. *rare.*

**1399** LANGL. *Rich. Redeles* I. 91 Reffusynge the reule of realles kynde. *Ibid.* III. 301 Whanne realles remeuyth . . And carieth euere contre ther comunes dwelleth. **1425** WYNTOUN *Cron.* VIII. i. 105 Gyve any maie Of Reaws might fundyn be Worth to have that reale.

**real** ('riːal), *a.*², *adv.*, and *sb.*³ Also 5-7 reall. [a. OF. *real, reel* (13th c. in Godef.), or ad. late L. *reālis,* f. *rēs* thing, etc. + -AL².]

The precise sense is uncertain in the following early instances of the word:--**1440** *Promp. Parv.* 424/2 Real, *redis.* **1570** LEVINS *Manip.* 13/31 Reall, *realis.* **1598** MARSTON *Sco. Villanie* To Indic. Peruzers 160 Some of his new-mimed Epithets (as Reall, Intrinsecate, Delphicke).

**A.** *adj.* I. **1.** a. Having an objective existence; actually existing as a thing.

**1660** SHARS. *All's Well* v. iii. 307 Is there no exorcist Beguiles the truer Office of mine eyes? Is't reall that I see? **1651** HOBBES *Leviath.* III. xxxiv. 210 That some such apparitions were not Imaginary, but Real. **1667** MILTON *P.L.* VIII. 310 Whereas I wak'd, and found Before mine Eyes all real, as the dream Had lively shadow'd. **1821** SHELLEY *Prometh. Unb.* I. 748 But from these create he can Forms more real than living man. **1859** PARKINSON *Optics* (1866) 139 A real visible object and its optical image differ in this respect.

b. In *Philosophy* applied to whatever is regarded as having an existence in fact and not merely in appearance, thought, or language, or as having an absolute and necessary, in contrast to a merely contingent, existence.

**1701** NORRIS *Ideal World* I. iii. 150 An Hircocervus or any other Fictitious Being is true and real with respect to the Simple Essences or Natures. **1711** SHAFTESB. *Charac.* (1737) II. iii. i. 369 Thought we own pre-eminent, and confess the realest of Beings. **1797** *Encycl. Brit.* (ed. 3) XVIII. 79/1 Numberless absurdities, such as, that . . forms or sensible qualities are real things independent of their subject and the sentient beings who perceive them. **1843** MILL *Logic* I. vi. §3 He [Locke] admitted real essences, or essences of individual objects, which he supposed to be the causes of the sensible properties of those objects. **1857** WHEWELL *Hist. Induct. Sc.* (ed. 3) I. 243 The perfections are unquestionably real existences. **1893** BRADLEY *Appearance & Reality* xxvii. (1897) 552 The more that anything is spiritual, so much the more is it veritably real.

c. *real money*: (a) current coin or cash (esp. as opposed to imaginary money or money of account).

**1685** PETTY *Will* p. v, An estate of about 1300*l.* in ready and real money. **1849** FREESE *Comm. Class-bk.* 71 Real monies are coins of any kind of metal, made current by the authority of the state.

(b) *colloq.* A large sum of money.

**1918** R. W. LARDNER *Treat'em Rough* 120, I could go out and pitch baseball and make real money. **1939** A. HUXLEY *After Many Summer* I. iv. 46, I did some business this morning. . . Might make a lot of money. *Real* money. **1964** L. DEIGHTON *Funeral in Berlin* iii. 21 'Whom do you feel like?' I liked that 'whom'--you've got to pay real money these days to get a secretary that could say that.

**2.** The coinage or currency in which one habitually reckons, freq. as opp. to imaginary currency.

**1973** L. MEYNELL *Thirteen Trumpeters* iv. 50 So I'm paying one thousand seven hundred and ten lire for my Pimms? . . What's it mean in real money? **1977** *Vole* No. 2. 17/2 Just before the demise of real money and the introduction of decimal coinage, the officials of Gloucester Shoveha'penny League invested £10 in old-style halfpennies. **1977** *Zigzag* Mar. 7/1 They charged me three hundred francs. Well, that's . . quite a lot in real money.

**d.** *Math.* Of quantities. (Opposed to IMAGINARY I, Q, or IMPOSSIBLE 2.)

**1727-41** CHAMBERS *Cycl.* s.v. *Root,* If the value of *x* be positive, *i.e.* if *x* be a positive quantity, . . the root of an equation] is called a real or true root. **1841** *Penny Cycl.* XX. 150/2 Here *a* and *b* are meant to be real algebraical quantities, that is, reducible to positive or negative whole numbers or fractions. **1875** *Encycl. Brit.* I. 544/2 Every quadratic equation has always two roots, real or imaginary. **1910** *Ibid.* I. 613/1 The development of the theory of equations leads to the amplification of real numbers, rational and irrational, positive and negative, by imaginary and complex numbers. **1952** S. C. KLEENE *Introd. Metamath.* i. 6 That there are infinite sets considered in mathematics which cannot be enumerated was shown by Cantor's famous 'diagonal method'. The set of the real numbers is non-enumerable. **1965** PATTERSON & RUTHERFORD *Elem. Abstract Algebra* iii. 85 The real number *a* is called the real part of the complex number (*a, b*) and the real number *b* is called the imaginary part. **1972** S. W. P. STEEN *Math. Logic* iii. 178 Having defined the integers we can then define rational numbers as triplets of integers, then real numbers as Dedekind Sections of rational numbers and lastly complex numbers as ordered pairs of real numbers.

e. *Optics.* (See quot.)

**1859** PARKINSON *Optics* (1866) 130 If an image consist of points through which the light actually passes it is called real,--in other cases virtual. Hence a screen placed in the position of an image will receive illumination only when the image is real.

**f.** *real time,* the actual time during which a process or event occurs, esp. one analysed by a computer, in contrast to time subsequent to it when computer processing may be done, a recording replayed, or the like.

**1953** *Math. Tables & Other Aids to Computation* VII. 73 With the advent of large-scale high-speed digital computers, there arises the question of their possible use in the solution of problems in 'real time', i.e., in conjunction with instruments receiving and responding to stimuli from the external environment. The criteria for satisfactory operation in such real-time service are different from those generally encountered. **1964** *Listener* 19 Nov. 784/1 A higher speed in computers means that their complexity can increase very rapidly, too, and that they can more easily engage in activities in what we call 'real time'. That is to say, they can calculate at the actual speed of the events taking place. **1968** *Times* 10 Dec. 6/8 The data gathered by the telescopes are stored on board the satellite by magnetic tapes and discs. . . The Smithsonian experiment can also be used in real time, transmitting information as it gathers it. **1970** *Nature* 20 June 1110/2 The data are telemetered to ground-based stations which record the information on magnetic tape and provide a digital print-out in real time. **1973** *Sci. Amer.* May 115/2 It is wrong to detail a computer system even though we all recall from real time how *Apollo 13* limped back safely. **1973** *Nature* 11 Oct. 394/1 As we working in scientific 'real time', we have to ask at what stage the work will be when filming is in progress. **1979** R. HAWKEY *Side-Effect* xi. 83 The Real Time was three hundred milliseconds, but it was shot in slow motion.

*attrib.* **1955** [see ABOVE]. **1960** N.Y. *Times* 17 July 13/4 As an experiment, Air Force and Weather Bureau meteorologists attempted to use the pictures to make 'real time' forecasts of the weather--forecasts fresh enough to be

useful. **1968** *Times* 1 Nov. 23/6 Computers have been slow to conquer the real-time control of industrial processes and traffic flows. **1970** O. DOPPING *Computers & Data Processing* vi. 96 An example of a real-time process is a cheque account system in a bank where all transactions, e.g. withdrawals, are reported to the computer before they are finished. **1972** *Guardian* 9 Feb. 3/8 We do think we know how to develop a satellite with a near real-time (instantaneous) capability. **1975** *Offshore Engineer* Sept. 51/2 Sea & Storm is also . showing a wave data processing unit . which will give virtually realtime treatment of data from wave buoys. **1977** *Navy News* June 44 (Advt.), To undertake training of our customers' engineers/ programmers/technicians on all aspects of software applicable to real-time radar systems.

**2 a.** Actually existing or present as a state or quality of things; having a foundation in fact; actually occurring or happening. Phr. *real life*, *real world* (passing into senses 3 and 4). Also *attrib.*

**1597** SHAKS. *Lover's Compl.* 114 His real habitude gaue life and grace To appertainings and to ornament, Accomplished in himselfe, not in his case. **1660** STILLINGFL. *Orig. Sacr.* iii. ii. §7 Time .. denotes nothing real in its self existing .. and so can argue nothing as to the real existence of things from all eternity. **1685** PRIOR *To Chas. Montague* 4 He can imagin'd pleasures find, To combat against real cares. **1799** BUTLER *Serm. Hum. Nat.* ii. Wks. 1874 II. 18 Our inward feelings, and the perceptions we receive from our external senses, are equally real. **1771** T. JEFFERSON *Let.* 3 Aug. in Koch & Peden *Life & Selected Writings* (1944) viii. 258 Considering history as a moral exercise, her lessons would be no infrequent if confined to real life. **1794** PALEY *Evid.* iii. ii. (1817) 288 The malady was real, the cure was real, whether the popular explication of the cause was well founded or not. **1801** M. EDGEWORTH *Belinda* I. iii. 70 Nothing is more unlike a novel than real life. **1816** J. WILSON *City of Plague* II. ii. 22 More terrible These sights and sounds from the disastrous sky Than all the real terrors of the Plague. **1836** DICKENS *Pickw.* (1837) v. 44 A curious manuscript .. curious as a leaf from the romance of real life. **1838** J. S. WILL. *in Westm. Rev.* XXXI. 28 The writers and readers .. in France have .. a thirst for something which shall address itself to their real-life feelings. **1852** Mrs. JAMESON *Leg. Madonna* Introd. 36 The Caracci school .. combined .. the study of the antique with the observation of real life. **1876** C. M. YONGE *Womankind* v. 34 Insolence to a governess is an old stock complaint. In real life, I never heard of it from anyone by birth and breeding a lady. **1879** M. ARNOLD *Irish Cathol. Ess.* 115 From Christianity's being a real source of cure, for a real bondage and misery. **1884** tr. *Lotze's Logic* III. ii. (1888) II. 208 We call .. an event Real which occurs or has occurred, in contradistinction to that which does not occur. **1909** *Daily Chron.* 16 Apr. 3/5 Jocelyn Johnstone .. showed . humour in her sketches of .. 'real life' scenes. **1923** C. D. BROAD *Sci. Thought* xiii. 536 Now, in real life, there are no examples of pure creation. **1937** 'G. ORWELL' *Road to Wigan Pier* ix. 182 One could .. give everything away, change one's name and start out with no money... But in real life nobody ever does that kind of thing. **1957** P. SUPPES *Introd. Logic* xii. 286 Trouble .. problems (as opposed to real-life problems). **1963** *Amer. Speech* XXXVIII. 206 The instances in which its selection depends on real world context. **1966** *Listener* 19 May 727/1 The Vice Chancellor of Lancaster University strongly believes 'that the university must keep contact with the real world outside'. May I take this opportunity to ask .. (*a*) what is real about the real world? (*b*) why it is always outside? **1977** *National Observer* (U.S.) 15 Jan. 13/1 'The roles each of us plays on the revolving stage of the real world have been well described. **1978** F. MARSH et al. *Rules of Disorder* ii. 33 In the perception of our non-academic pupils, school is .. a waste of time .. not .. a part of their 'real' lives.

**b.** *real presence*, the actual presence of Christ's body and blood in the sacrament of the Eucharist.

The precise sense attached to *real* depends on the belief held as to the nature or mode of the presence. In the Roman Catholic and Lutheran churches it implies the presence (by transubstantiation or consubstantiation) of the actual body and blood of Christ; by the Church of England it is held that the body and blood are present 'only after an heavenly and spiritual manner'.

**1559** FOXCHAM in Strype *Ann. Ref.* I. App. ix. (1709) 75 Doctor Cranmer .. did most constantly affirme and defend the real Presence of Chryst's Bodye in the Holie Eucharistie. **1563** [Latimer in] FOXE *A. & M.* 979/1 This same presence may be called moste fitly, a reall presence, that is a presence not fained, but a true and faythfull presence. **1655** FULLER *Ch. Hist.* iv. vii. §12 Confessing the reall presence, and that the manner thereof transcended his apprehension. **1687** DRYDEN *Hind & P.* ii. 32 And to explain what your forefathers meant By real presence in the Sacrament, After long fencing .. Your salvo comes, that he's not there at all. **1797** *Encycl. Brit.* (ed. 3) XVIII. 78/1 This account of the Roman doctrine concerning the real presence. **1839** KEIGHTLEY *Hist. Eng.* I. 322 Wickliffe .. however agreed with the present Church of England, in denying a bodily but acknowledging a real spiritual presence in the sacramental elements. **1882** M. CREIGHTON *Hist. Papacy* I. ii. (1899) I. 124 Wyclif did not deny the real presence of Christ in the elements; he denied only the change of substance in the elements after consecration.

**3 a.** That is actually and truly such as its name implies; possessing the essential qualities denoted by its name; hence, genuine, undoubted.

**1559** in Strype *Ann. Ref.* (1824) I. ii. App. vi. 401 Ecclesiastical laws made, cannot bynd the universall churche of Christe, without the reall assent . of the sea apostolike. **1697** HOOKER *Eccl. Pol.* v. lxvii. §2 That which alone is material, namely the real participation of Christ. **1785** REID *Intell. Powers* I. iv. 345 When that which alone is real about it, its real existence, and the real relations of things. **1882** R. BITHELL *Counting-House Dict.* 208 The nominal value of a coin is that value which is assigned to it by law, and often differs very materially from its real or metallic value. **1885** J. L. JOYNES tr. *Marx's Wage-Labour & Capital* 10 The real wage expresses the price of labour in relation to the price of other commodities... Real wages may remain the same, or they may even rise, and yet the relative wages may none the less have fallen. **1909** *Sci. Abstracts* 23 The close similarity of the general price level .. substantiates its use as a measure of 'real income'. **1936** K. A. H. EGERTON *Dict. Econ. Terms* (ed. 2) 131 Real wages at such times change at a very different rate, and sometimes in the opposite direction, from nominal or money wages; being based on the purchases a wage at any given time will make. **1964** GOULD & KOLB *Dict. Soc. Sci.* 454/1 If a series of national product estimates for several years is divided by a price index, each year's national product being divided by the price index for that year, the resulting series is known as *deflated* or *real* national product, or national product *in real terms*. **1976** *Glasgow Herald* 26 Nov. 1/6 Real earnings have fallen in the past few years and there is no way we can agree to any further reduction in the purchasing power of our members. **1981** *Sunday Times* 26 Apr. 13/4 Despite an urgent maintenance and restoration programme, it [*sc.* the National Trust] is spending less in real terms on looking after its property than it was two years ago.

**b.** The actual (thing or person); that properly bears the name.

**1652** DONNE *Poems* (1650) 9 The Kings reall, or his stamped face. **1660** F. BROOKE tr. *Le Blanc's Trav.* 10 One of them to his thinking favoured very much his companion, and as he was about to follow them, his reall companion called him to come back. **1704** [*see* HORIZON 3]. **1774** GOLDSM. *Nat. Hist.* (1776) IV. 244 The bag .. may rather be considered as a supplemental womb. In the real womb, the little animal is partly brought to perfection. **1813** *Sporting Mag.* XLI. 275 She went the real pace, having passed this extent of country in forty-five minutes. **1840** MACAULAY *Ess., Clive*, It was absurd to regard him as the real master of Hindostan. **1869** RUSKIN *Q. of Air* §5 From the real sun, rising and setting;—from the real atmosphere [etc.]

**c.** *the real thing*: (*a*) The thing itself, as contrasted with imitations or counterfeits; hence *slang*, the 'genuine article'.

**1818** LADY MORGAN *Autobiog.* (1859) 15 He is the real thing, and no mistake. **1858** HAWTHORNE *Fr. & It. Notebks.* II. 37 Represented with the vividness of the real thing. **1846** *Punch* 20 June 272/2 You, who will not subscribe to the real thing come, pull out your purse to the *name* . although you know that you ask for the 'Ragged Schools' .. beg subscriptions for the 'Youths of Limited Circumstances'. **1884** *Art Amateur* Dec. 23/1 Those persons who indulge in .. having .. Japanese rooms in their houses, but have only a ludicrous imitation, will be interested in seeing here the real thing. **1901** T. W. H. CROSLAND *Outlook* Oder 31 My tobacco merchant, who sells me two ounces of the real thing every week. **1939** *War Illustr.* 2 Dec. 363 The 'stand-by' atmosphere of the first few weeks of war may be lost at any moment in the urgency of the 'real thing'. **1977** *Time* 22 Aug. 40/1 But the copied Coke may not work. India's soft-drink fanciers have learned to distinguish between ersatz Coke, which is peddled everywhere on the Indian market, and the Real Thing.

(*b*) *spec.* True love as distinct from infatuation, flirtation, etc.

**1857** C. M. YONGE *Dynevor Terrace* I. xi. 173, I could not part with you where we were not sure the 'real thing' was felt for you. **1906** J. GALSWORTHY *Man of Property* iii. iii. 302 This was none of those affairs of a season that distract men and women about town... This was the real thing! **1909** WODEHOUSE *Damsel in Distress* xv. 81 It had come at last. The Real Thing. George had never been in love before. Not really in love. **1932** J. CANNAN *High Table* x. 152 He was afraid that she would think he was just flirting—that it wasn't the Real Thing. **1941** M. MCCARTHY *in Partisan Rev.* VIII. 327 All that conjugal tenderness had been a brightly packaged substitute for the Real Thing. **1955** E. WAUGH *Officers & Gentlemen* II. ii. 189, I thought of you at the last. Ever since we met I've known I had found the real

thing. **1960** *Woman's Own* 19 Mar. 17/2 Once these phases are over, you should be ready for the Real Thing .. the man who will be exactly right for you. **1973** G. SCOTT *Water Horse* (1974) xvi. 109 A girl .. whom she knew to be looking for the Real Thing in Spain.

**d.** *the real McCoy*: *see* MCCOY.

**e.** *real tennis* = TENNIS *sb.* 1. Also *attrib.*

The usage distinguishes the original game from the modified form which became the more popular after 1874; *see* LAWN-TENNIS and TENNIS *sb.* 2. Derivation from REAL *a.*[1] is a folk etymology.

**1880** [*see jeu de paume s.v.* JEU d]. **1902** [*see royal tennis s.v.* ROYAL *a.* 15]. **1954** A. S. C. Ross *in Neophilol. Mitteilungen* LV. 22 'The games of real tennis and piquet . are still perhaps marks of the upper class. **1966** *Oxford Mag.* Michaelmas, No. 8. p. 149 A splendid exhibition of real tennis was given at the Merton Street court on Sunday. **1972** *Daily Tel.* (Colour Suppl.) 14 Jan. 25/4 There are 17 Real Tennis courts in use in the country. **1975** *Country Life* 30 Jan. 258/1 Today tennis means to most people lawn tennis, while its .. ancestor .. has survived under the title 'real tennis'... Only one public school boasts a real tennis court .. Canford in Dorset.

**f.** *real ale*, a name sometimes applied to draught beer that has been brewed and stored in the traditional way, and which has undergone secondary fermentation of the yeast in the container from which it is dispensed; also called 'cask-conditioned' beer; *real coffee*, coffee made directly from ground coffee beans, as opposed to 'instant' coffee.

**1964** L. DEIGHTON *Funeral in Berlin* iv. 281 Could you find us a little cup of real coffee? **1972** *What's Brewing Oct.*, Mr A——B——, is ripping out the keg taps and replacing them with real ale from wooden barrels. **1975** C. HUTT *Death of Eng. Pub* i. 23 The beer-drinker who feels strongly about the declining quality of his pint has two organisations he can turn to. —the long-established Society for the Preservation of Beers from the Wood, and the more recently formed, more militant CAMRA (Campaign for Real Ale). **1974** N. FREELING *Dressing of Diamond* 201 'Where's the patrol, Gilbert?' 'Be back any minute.' 'Then you might make us some real coffee.' **1974** *Good Beer Guide* (CAMRA) 2 The real ale we are talking about has to stand up to three tests; in the way it is brewed, the way it is stored and the way it is served. **1976** *Evening Standard* 29 Dec., The most popular of about a dozen real ales brought in from distant parts to a growing number of pubs in the capital. **1980** *Times* 23 Sept. 8/3 In the 1970s .. the 'real ale' fashion took hold.

**5 †a.** Sincere, straightforward, honest. *Obs.* (freq. in 17th c.)

**1597** BACON *Ess., Ceremonies & Respects* (Arb.) 24 He that is only reall had need haue exceeding great parts of vertue. **1630** R. *Johnson's Kingd. & Common.* 51 The Dutch hath an honest and real manner of dealing. **1647** CLARENDON *Hist. Reb.* i. §35 If his intentions were real. **1680** tr. *Chardin's Trav. Persia* 173 Supposing he should be real and sincere. **1709** Mrs. CENTLIVRE *Gamester* i. i, If I could believe thee real, my joys would be compleat.

**†b.** True or loyal to another. *Obs.*

**1642** EARL OF CLANRICARDE in Carte *Ormonde* (1735) III. 70 To haue a person soe full of worth and honour to be firme and reall to me. **1690** *Seer. Hist. Chas. II & Jas. II*, 91 Which, had England been real to the confederate, might have been easily wrested again out of his hand.

**c.** Free from nonsense, affectation, or pretence; 'genuine'. Also *loosely*, aware of, or in touch with, real life.

**1847** TENNYSON *Princ.* Concl. 18 They hated banter, wish'd for something real. **1823** HAWTHORNE *Ho. Sev. Gables* ix, Phoebe's presence made a home about her... She was real! **1880** Mrs. WHITNEY *Odd or Even?* xxxvi. She had been so near real people who meant every bit of their lives. **1961** *Noble Savage* Fall 12 He [*sc.* Seymour Krim] alludes to something called 'direct writing', and he finds that criticism gets in the way of his 'truer, realer, imaginative bounce'. **1964** *Sunday Express* 1 Mar. 22/5 Most [actors] .. are so insincere... Albie.. is an exception... He's a real person. **1966** *New Statesman* 17 June 873/2 This was a realler America than I had known in the past, hating and this or that bandwagon or presidential campaign. **1967** P. WELLES *Babyhip* (1969) xxxviii. 179 Sometimes I wish I were back in Paris. The people seemed realer. **1969** *Newsweek* 9 June 95 Why suffer all the bad hotels and rotten food and accountants and rates if you waste all that opportunity to be real? **1973** *Scotsman* 7 Aug. 8/5, I notice .. the editor-designate of the much discussed 'Scottish International' review telling us that Glasgow is a 'realler' city than Edinburgh. **1976** *New Yorker* 1 Mar. 35/1 'Ellen. Be real for once. I said we'd get together.' 'In your letter you said we'd have dinner.' **1977** *Time* 25 July 45/2 Billy is very smart and very gentle and very real.

**II. 6.** *Law.* (Opposed to PERSONAL.)

**a.** Of actions, causes, etc.: Relating to things, or *spec.* to real property (see c).

In early use freq. placed after the sb., and with pl. in -*s*. **1448** *Shillingford's Lett.* (Camden) App. 139 Any action real personall and myxte apon any person or persons. **1536** *Act 27 Hen. VIII, c.* 26 §4 All actions realles, hereafter shalbe conceaued, perpetrated, or sued for any lands. **1574** R. *Littleton's Tenures* 41 If the villaine be demaundant in an accion reall, or plaintife in an accion personall. **1647** *Owen Pembrokesh.* (1892) 155 Pleas reall and mixt for landes are and must be sued at home. **1652** GAULE *Magastrom.* 342 All matters or causes, criminall or reall. **1768** BLACKSTONE *Comm.* III. 117 Real actions .. which concern real property only. **1878** CRUISE *Digest* (ed. 2) I. 411 §92 After a real action was brought by length of time. **1863** H. COX *Instit.* II. ix. 512 Real actions, brought for the specific recovery of freeholds.

**b.** Connected in some way with things or real property: (see quots. and Wharton's *Law Lexicon*).

**1467-8** *Rolls of Parlt.* V. 578/2 Lands, Tenementez and other Possessions .. in demesne and reall possession. **1625** BURGES *Pers. Tithes* 48 How much should bee due, where no Custome, Composition real, or other sufficient Priuiledges

# EXHIBIT 7

# RANDOM HOUSE WEBSTER'S UNABRIDGED DICTIONARY

## Second Edition

**LIBRARY**

JUL 0 9 2003

SULLIVAN & CROMWELL LLP



RANDOM HOUSE

NEW YORK

**ready-mix.** [< F < E; term introduced by Du- lin 1915]

**-mix** (red'ə miks', -miks'), n. 1. a commercial ation in which the principal ingredients have al- been mixed for easy use: *a novice cook's reliance -mixes.* —adj. 2. Also, **ready'-mixed'.** being a mix; consisting of ingredients that are already *ready-mix pancakes.* [1945–50]

**ry reck'oner,** reckoner (def. 2). [1750–80]

**room',** a room in which members of an air- await their orders for takeoff. [1940–45, Amer.]

**-to-wear** (red'ə tə wâr'), n. 1. clothing made dard sizes; ready-made clothing. —adj. 2. per- g to or dealing in such clothing: *the ready-to-wear* a *ready-to-wear shop.* Cf. **made-to-measure,** -to-order. [1890–95, Amer.]

**y-wit'ted** (red'ə wit'id), adj. having a quick wit ligence. [1575–85]   —**read'y-wit'ted-ly,** adv. —**y-wit'ted-ness,** n.

**re** (rā'gunt), n. Chem. a substance that, be- of the reactions it causes, is used in analysis and s. [1790–1800; RE(ACT) + AGENT; cf. ACT]

**re** (rā ā'jin, -gin), n. *Immunol.* 1. Also called man **antibody,** an antibody formed in response lls and reactive with cardiolipin in various blood for the disease. 2. an antibody found in certain allergies, as hay fever and asthma. [1910–15; <, equiv. to reag(ieren) to react + -in -IN²]

(rē'al, rēl), adj. 1. true; not merely semblance, or apparent: *the real reason for an act.* 2. ex- r occurring as fact; actual rather than imaginary, ; as fictitious: *a story taken from real life.* 3. being al thing; having objective existence; not imagi- *The events you will see in the film are real and not made up.* 4. being actually such; not merely so- a real victory. 5. genuine; not counterfeit, arti- f; imitation; authentic: *a real pearl; a real dia- real silk.* 6. unfeigned or sincere: *real sympathy; friend.* 7. *Informal.* absolute; complete; utter: s *real brain.* 8. *Philos.* a. existent or pertaining existent as opposed to the nonexistent. b. actual osed to possible or potential. c. independent of ex- as opposed to phenomenal or apparent. 9. (of income, or the like) measured in purchasing r rather than in nominal value: *Inflation has income down in real terms, though nominal in- appears to be higher.* 10. *Optics.* (of an image) d by the actual convergence of rays, as the image d in a camera (opposed to *virtual*). 11. *Math.* a. aining to, or having the value of a real number. b. real numbers: *real analysis; real vector space.* 12. *Informal.* very or extremely: *You did a real spoiling the house.* —n. 13. See **real number.** —**real,** *Informal.* a. in reality; actually: *You mean her hair green for real?* b. real; actual: *The ery's plans to relocate are for real.* Cf. **surreal.** —n. *I don't believe his friendly attitude is for real.* 14. s, a. something that actually exists, as a particu- quality. b. reality in general. [1400–50; late ME < olia, equiv. to L re-, var. d. rēs thing + -ālis -AL] —**re'al-ness,** n.

—**1–5. REAL, ACTUAL, TRUE** in general use de- objects, persons, experiences, etc., that are what ars said or purport to be. That which is described as e genuine as opposed to counterfeit, false, or supposed: *a real emerald; real leather binding.* asal ambition is to be a dentist. ACTUAL usually n contrast with another state of affairs that has proposed or suggested: *The actual cost is much less.* second one's actual motive. TRUE implies a perfect e correspondence with actuality and is in direct contrast to hich is false or inaccurate: *a true account of the not bravado but true courage.* See also **authen-**

tion. The intensifying adverb REAL, meaning ," is informal and limited to speech or to written entations of speech: *He drives a real beat-up old* The adjective REAL, meaning "true, actual, genuine, s standard in all types of speech and writing: *real reasons for objecting became clear in the dis-* The informal adjective sense "absolute, com- is also limited to speech or representations of e: *These interruptions are a real bother.*

(rā āl'; Sp. re āl'), n., pl. **re-als** (rā ālz'), Sp. re- re a'les). a former silver coin of Spain and Span- erica, the eighth part of a peso. [1605–15; < Sp; : L rēgālis REGAL]

(rā āl'; Port. re āl'), n. sing. of **reis.**

**ax'is** (rē'al), n. [1700], Math. the horizontal axis in an and diagram.

**estate** (rē'al, rēl). 1. property, esp. in land: *acres of real estate.* 2. See **real property.** [1705– —**re'al-es-tate'**, adj.

**estate invest'ment trust',** an unincorpo- trust created for the purpose of investing in real erty or to extend credit to those engaged in con- tion. *Abbr.:* REIT



**re-al-gar** (rē al'gər, -gär), n. arsenic disulfide, $As_2S_2$, found in nature as an orange-red mineral and also pro- duced artificially: used in pyrotechnics. Also called **red orpiment.** [1350–1400; ME < ML *realgar* << Ar *rahj al-ghār* powder of the mine or cave]

**re-al-ia** (rē ā'lē ə, -āl'ē ə, rā ā'lē ə), n.pl. 1. *Educ.* objects, as coins, tools, etc., used by a teacher to illustrate everyday living. 2. *Philos.* things that are real. [1945– 50; < LL *realia* real (things), neut. pl. of *reālis*; see REAL¹]

**re'al in'come** (rē'al, rēl), the amount of goods and services that money income will buy. [1925–30]

**re-al-ism** (rē'ə liz'əm), n. 1. interest or concern for the actual or real, as distinguished from the abstract, speculative, etc. 2. the tendency to view or represent things as they really are. 3. *Fine Arts.* a. treatment of forms, colors, space, etc., in such a manner as to empha- size their correspondence to actuality or to ordinary vis- ual experience. Cf. **idealism** (def. 4), **naturalism** (def. 2). b. (usually cap.) a style of painting and sculpture devel- oped about the mid-19th century in which figures and scenes are depicted as they are experienced or might be experienced in everyday life. 4. *Literature.* a. a manner of treating subject matter that presents a careful de- scription of everyday life, usually of the lower and mid- dle classes. b. a theory of writing in which the ordinary, familiar, or mundane aspects of life are represented in a straightforward or matter-of-fact manner: *such realism is assumed to reflect life as it actually is.* Cf. **naturalism** (def. 1b). 5. *Philos.* a. the doctrine that universals have a real objective existence. Cf. **conceptualism, nomina- lism.** b. the doctrine that objects of sense perception have an existence independent of the act of perception. Cf. **idealism** (def. 5a). [1810–20; REAL¹ + -ISM; cf. F réa- lisme]

**re-al-ist** (rē'ə list), n. 1. a person who tends to view or represent things as they really are. 2. an artist or a writer whose work is characterized by realism. 3. *Philos.* an adherent of realism. —adj. 4. of or pertain- ing to realism or to a person who embodies its principles or practices: *the realist approach to social life; realist paintings.* [1595–1605; REAL¹ + -IST; cf. F réaliste]

**re-al-is-tic** (rē'ə lis'tik), adj. 1. interested in, con- cerned with, or based on what is real or practical: *a real- istic estimate of costs; a realistic planner.* 2. pertaining to, characterized by, or given to the representation in lit- erature or art of things as they really are: *a realistic novel.* 3. resembling or simulating real life: *a duck hunter skilled at making realistic decoys.* 4. *Philos.* of or pertaining to realism or realists. [1855–60; REALIST + -IC] —**re'al-is'ti-cal-ly,** adv.

**re-al-i-ty** (rē al'i tē), n., pl. **-ties** for 3, 5–7. 1. the state or quality of being real. 2. resemblance to what is real. 3. a real thing or fact. 4. real things, facts, or events taken as a whole; state of affairs: *the reality of the business world; vacationing to escape reality.* 5. *Philos.* a. something that exists independently of ideas concerning it. b. something that exists independently of all other things and from which all other things derive. 6. something that is real. 7. something that constitutes a real or actual thing, as distinguished from something that is merely apparent. 8. in reality, in fact or truth; actually: *brave in appearance, but in reality a coward.* [1540–50; < ML *reālitās*. See REAL¹, -ITY]

**real'i-ty prin'ciple,** *Psychoanal.* the motivating force or mechanism by which the child, who has previously sought immediate gratification of all wishes, realizes that gratification must sometimes be deferred or fore- gone. [1920–25]

**real'i-ty test'ing,** *Psychiatry.* the objective evalua- tion of situations, defective in certain psychoses, that en- able one to distinguish between the external and the in- ternal worlds and between the self and the nonself. [1920–25]

**re-al-i-za-tion** (rē'ə lə zā'shən), n. 1. the making or being made real of something imagined, planned, etc. 2. the result of such a process: *The new church was the re- alization of a ten-year dream.* 3. the act of realizing or the state of being realized. 4. an instance or result of realizing. 5. *Music.* a. the act of realizing a figured bass. b. a printed score of a realized figured bass. [1605–15; < F *réalisation,* MF, equiv. to *realis(er)* to RE- ALIZE + -ation -ATION]

**re-al-ize** (rē'ə līz'), v., **-ized, -iz-ing.** —v.t. 1. to grasp or understand clearly. 2. to make real; give reality to (a hope, fear, plan, etc.). 3. to bring vividly to the mind. 4. to convert into cash or money: *to realize securities.* 5. to obtain as a profit or income for oneself by trade, labor, or investment. 6. to bring as proceeds, as from a sale: *The goods realized $1000.* 7. *Music.* to sight-read on a keyboard instrument or write out in notation the full harmony and ornamentation indicated by a figured bass. 8. *Ling.* to serve as an instance, representation, or embodiment of (an abstract linguistic element or cate- gory): *In "Jack tripped," the subject is realized by "Jack," the predicate by "tripped," and the past tense by "-ed."* —v.i. 9. to convert property or goods into cash or money. Also, *esp. Brit.,* **re'al-ise'.** [1605–15; < F réa- liser, MF, equiv. to *real* REAL¹ + -iser -IZE] —**re'al-iz'- a-ble,** adj. —**re'al-iz'a-bil'i-ty, re'al-iz'a-ble-ness,** n. —**re'al-iz'a-bly,** adv. —**re'al-iz'er,** n.

**re-al-life** (rē'al lif', rēl'-), adj. existing or happening in reality: *real-life drama.* [1830–40]

**re'al line',** *Math.* 1. See **number line.** 2. the real axis in the complex plane.

**re-al-ly** (rē'ə lē?, rē'lē), v.t., n.i., **-lied, -ly-ing,** again or anew. [1425–75; late ME *realy* < MF *real(l)ier;* see RALLY¹]

**re-al-ly** (rē'ə lē, rē'lē), adv. 1. in reality; actually: *to see things as they really are.* 2. genuinely or truly: *a re- ally honest man.* 3. indeed: *Really, this is too much.* —*interj.* 4. (used to express surprise, exasperation, etc.) [1400–50; late ME; see REAL¹, -LY¹]

**realm** (relm), n. 1. a royal domain; kingdom: *the realm of England.* 2. the region, sphere, or domain within which anything occurs, prevails, or dominates: *the realm of dreams.* 3. the special province or field of something or someone: *the realm of physics; facts within the realm of political scientists.* [1250–1300; ME *realme, reaume* < OF *realme,* deriv. of *reial* < L *rēgālis* REGAL] —Syn. 1. See **kingdom.**

**re'al num'ber** (rē'al, rēl), *Math.* a rational number or the limit of a sequence of rational numbers, as op- posed to a complex number. Also called **real.** [1905–10]

**re'al part'** (rē'al, rēl), *Math.* the number *a* in the complex number *a + bi.* Cf. **imaginary part.** [1960–65]

**re'al-po-lit'ik** (rā āl'pō li tēk'), n. a political realism or practical politics, esp. policy based on power rather than on ideals. Also, **Re-al'po-li-tik'.** [1910–15; < G, equiv. to *real* REAL¹ + *Politik* politics, policy; see POLITIC] —**re-al-po-lit-tik-er,** (rā āl'pō lē'ti kər, rē-), n.

**re'al pres'ence** (rē'al, rēl), *Theol.* the doctrine that the substance of the body and blood of Christ are present in the Eucharist. [1550–60]

**re'al prop'erty** (rē'al, rēl), *Law.* an estate or prop- erty consisting of lands and of all appurtenances to lands, as buildings, crops, or mineral rights (distin- guished from *personal property*). [1760–70]

**re'al stor'age** (rē'al, rēl), *Computers.* in a virtual storage system) the portion of addressable memory that consists of main storage. Also called **real mem'ory.**

**re'al time'** (rē'al, rēl). 1. *Computers.* the actual time elapsed in the performance of a computation by a com- puter, the result of the computation being required for the continuation of a physical process. 2. the actual time during which a process takes place or an event oc- curs. 3. in **real time,** *Informal.* at once; instantane- ously. [1950–55]

**re-al-time** (rē'al tim', rēl'-), adj. *Computers.* of or pertaining to applications in which the computer must respond as rapidly as required by the user or neces- sitated by the process being controlled.

**Re-al-tor** (rē'əl tər, -tôr', rēl'-), *Trademark.* a person who works in the real-estate business and is a member of the National Association of Real Estate Boards, or one of its constituent boards, and abides by its Code of Eth- ics.

**re-al-ty** (rē'əl tē, rēl'-), n. real property or real estate. [1400–50; late ME *realte.* See REAL¹, -TY]

**re'al var'iable** (rē'al, rēl), *Math.* a variable to which only real numbers are assigned as values.

**re'al wage'** (rē'al, rēl), wages estimated not in money but in purchasing power. Cf. **nominal wages.** [1880–85]

**real' world'** (rē'al, rēl), the realm of practical or ac- tual experience, as opposed to the abstract, theoretical, or idealized sphere of the classroom, laboratory, etc.: *re- cent college graduates looking for jobs in the real world of rising unemployment.* [1960–65] —**real'-world',** adj.

**ream¹** (rēm), n. 1. a standard quantity of paper, con- sisting of 20 quires or 500 sheets (formerly 480 sheets, or 516 sheets (**printer's ream** or **perfect ream**). 2. Usually, **reams.** a large quantity: *He has written reams of poetry.* [1350–1400; ME *rem(e)* < MF *reime, rame* < Sp *resma* < Ar *rizmah* bale]

**ream²** (rēm), v.t. 1. to enlarge to desired size (a previ- ously bored hole) by means of a reamer. 2. to clear with a reamer; remove or press out by reaming. 3. to extract the juice from: *to ream an orange.* 4. *Slang.* a. to scold or reprimand severely (usually fol. by *out*). b. to cheat; defraud. [1805–15; orig. uncert.]

**ream-er** (rē'mər), n. 1. any of various rotary tools, with helical or straight flutes, for finishing or enlarging holes drilled in metal. 2. any bladelike pick or rod used for scraping, shaping, or enlarging a hole: *a pipe reamer.* 3. a kitchen utensil for extracting and collecting juice from fruits, having a deep saucerlike base and in the center a grooved cone on which the fruit half is pressed down by hand. 4. *Dentistry.* a drill with a spiral blade, for enlarging root canals. [1815–25; REAM² + -ER¹]

**reamers**
A. parallel hand reamer;
B. shell reamer

CONCISE PRONUNCIATION KEY: act, cāpe, dâre, pärt; set, equal; if, ice; ox, over, ôrder, oil, boŏk, boōt, out; up, ûrge; child; sing; shoe, thin; that; zh as in treasure. ə = a as in alone, e as in system, i as in easily, o as in gallop, u as in circus; ʾ as in fire (fiʾr), hour (ouʾr). l and n can serve as syllabic consonants, as in cradle (krād²l), and button (but²n). See the full key inside the front cover.

| | | | |
|---|---|---|---|
| re'gra-vate', v., -vat-ed, -at- ing. | re'al/len-a'tion, n. | re'al/lo-cate', v.t., -cat-ed, -cat- ing. | re'al-ter-a'tion, n. | re'a-nal'y-sis, n., pl. -ses. |
| re'gra-gate', v., -gat-ed, -at- ing. | re'a-lign', v. | re'al/lo-ca'tion, n. | re'al'ter-a-ble, adj. | re-an'a-lyz'a-ble, adj. |
| re'a-ga-tion, n. | re'a-lign'ment, n. | re'al-lot', v.t., -lot-ted, -lot-ting. | re'al'mal'ga-ma'tion, n. | re-an'a-lyze', v., -lyzed, -lyz-ing. |
| re'al-ate', v., -tat-ed, -tat- ing. | re'a-like'gan'tion, n. | re'al/lot'ment, n. | re'a-mass', v.t. | re-an'chor', v. |
| | re'a-lize'a-ble, v.t., -leged, -leg-ing. | —Syn. 1. conceive, comprehend. | re'a-mend', v. | re'an-nex', v. |
| re'a-ra-tion, n. | re'al/li'ance, n. | accomplish, effect. 3. See **imagine.** —Ant. 1. misunderstand. | re'a-mass'ment, n. | re'an-nex-a'tion, n. |
| | | | re'al-ter'a-ble, adj.; -ble-ness, n., -bly, adv. | re-an'i-mate', v., -mat-ed, -mat- ing. |
| | | | re'a-mend'ment, n. | |