UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DATATREASURY CORP.                          :
                                            :
                    Plaintiff,              :   No. 2-06CV-72
                                            :
            v.                              :
                                            :
WELLS FARGO & CO., et al.,                  :
                                            :
                                            :
                    Defendant.              :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

<u>ORDER</u>

    Before the Court is The Clearing House Payments Company L.L.C. ("TCH"),

Defendant, Motion for Summary Judgment of Noninfringement of the '007 Patent.  The

Court has considered the motion and grants The Clearing House Payments Company

L.L.C. ("TCH"), Defendant, Motion for Summary Judgment of Noninfringement of the

'007 Patent.

    SO ORDERED.

Dockets.Justia.com