# NORTH AMERICA - BANK HOLDING COMPANY STRUCTURE

*Confidential & Proprietary – Internal Use Only*

(This is intended as an overview. It is not a list of all entities under HNAH's direct subsidiaries – only specific entities.)



- HSBC North America Holdings Inc.
  HNAH
  (Delaware)
  - HSBC Investments (North America) Inc.
    HINO
    (Delaware)
    - HSBC North America Inc.
      HNAI
      (Delaware)
      - HSBC USA Inc.
        HUSI
        (Maryland)
        - HSBC Bank USA, N. A.
          HBUS
          (USA)

*All companies are wholly owned
Eff. December 31, 2006