# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **DataTreasury Corporation** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| v. | § | Civil Action No. 2:06-CV72DF |
| | § | |
| **Wells Fargo & Company, et al.** | § | |
| | § | |
| **Defendants** | § | |

## NOTICE OF ACCEPTANCE OF STIPULATION BY
## HSBC NORTH AMERICA HOLDINGS INC. AND HSBC BANK USA, N.A.

The Court, having considered the parties' briefing and oral argument, ordered (Docket No. 411) a stay of proceedings related to the "Ballard Patents" in this case (U.S. Patent Nos. 5,910,988 and 6,032,137) in light of developments in the *ex parte* reexaminations initiated by First Data Corporation (hereafter "petitioner") (Reexamination Control Nos. 90/007829, 90/007830). As a required condition of the Court's stay, the Defendants, HSBC North America Holdings Inc., subject to its Rule 12 Motion to Dismiss, and HSBC Bank USA, N.A., hereby notify the Court that they accept the following stipulation and the concomitant stay of all proceedings:

> As a condition of the stay, Defendant may not argue invalidity at trial based on one or more prior art printed publications that were submitted by the petitioner in the reexamination proceedings. However, Defendant will be permitted to rely for obviousness on the combination of printed publication reference that was submitted by petitioner in the reexamination with prior art that was not submitted.

Respectfully submitted,

Boudreaux, Leonard, Hammond & Curcio, P.C.

By: /s/ Glen M. Boudreaux
Glen M. Boudreaux
State Bar No. 02696500
**Lead Attorney for HSBC North America Holdings Inc. And HSBC Bank USA, N.A.**
Two Houston Center
909 Fannin , Suite 2350
Houston, TX 77010
Telephone: (713) 757-0000
Telefax: (713) 757-0178
gboudreaux@blhc-law.com

**Of Counsel**
Boudreaux, Leonard, Hammond & Curcio, P.C.
Tim S. Leonard
State Bar No. 12211200
Edward J. (Nick) Nicholas
State Bar No. 14991350
909 Fannin, Suite 2350
Houston, TX 77010
Tel. (713) 757-0000
Fax (713) 757-0178
Email: tleonard@blhc-law.com
  nnicholas@blhc-law.com

Wilmer Hale
Irah H. Donner
Amr O. Aly
399 Park Avenue
New York, NY 10022
Tel. (212) 230-8887
Fax (212) 230-8888
Email: irah.donner@wilmerhale.com
  amr.aly@wilmerhale.com

Locke Liddel & Sapp LLP
Roy W. Hardin
2220 Ross Avenue, Suite 2200
Dallas, TX 75201-6776
Tel. (241) 740-8556
Fax (241) 740-8800
Email: rhardin@lockeliddell.com

Law Offices of Richard Grainger
Richard Grainger
118 West Houston Street
Tyler, TX 75710
Tel. (903) 595-3514
Fax (903) 595-5360
Email: granigerpc@aol.com

### **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3)(A), on this the 23rd day of January, 2007.

/s/ Glen M. Boudreaux
Glen M. Boudreaux