CERT # 57890     DIST/RSSD: 03 / 413208     HSBC BANK USA, NATIONAL ASSOCIATION     WILMINGTON, DE
CHARTER # 24522     COUNTY: NEW CASTLE

DECEMBER 31, 2006 UNIFORM BANK PERFORMANCE REPORT

## INFORMATION

### INTRODUCTION

THIS UNIFORM BANK PERFORMANCE REPORT COVERS THE OPERATIONS OF YOUR BANK AND THAT OF A COMPARABLE GROUP OF PEER BANKS. IT IS PROVIDED FOR YOUR USE AS A MANAGEMENT TOOL BY THE FEDERAL FINANCIAL INSTITUTIONS EXAMINATION COUNCIL. DETAILED INFORMATION CONCERNING THIS REPORT IS PROVIDED IN "A USER'S GUIDE FOR THE UNIFORM BANK PERFORMANCE REPORT" FORWARDED TO YOUR BANK UNDER SEPARATE COVER. TO OBTAIN ADDITIONAL USER'S GUIDE OR OTHER UBPR MATERIALS, CALL THE NUMBER INDICATED AT RIGHT FOR ORDERING ASSISTANCE.

AS OF THE DATE OF PREPARATION OF THIS REPORT, YOUR BANK'S FEDERAL REGULATOR WAS THE OFFICE OF THE COMPTROLLER OF THE CURRENCY

YOUR CURRENT PEER GROUP # 1
INCLUDES ALL INSURED COMMERCIAL BANKS HAVING ASSETS IN EXCESS OF $3 BILLION.

PEER GROUPS BY REPORTING PERIOD:
12/31/2006: 1, 12/31/2005: 1, 12/31/2004: 1, 12/31/2003: , 12/31/2002: .

FOR THE DEFINITION OF OTHER UBPR PEER GROUPS, REFER TO THE UBPR USER'S GUIDE.

ADDRESSEE     CHIEF EXECUTIVE OFFICER
              HSBC BANK USA, NATIONAL ASSOCIATION
              1105 N. MARKET STREET
              WILMINGTON, DE 19801-0000

### NOTE

THIS REPORT HAS BEEN PRODUCED FOR THE USE OF THE FEDERAL REGULATORS OF FINANCIAL INSTITUTIONS IN CARRYING OUT THEIR SUPERVISORY RESPONSIBILITIES. ALL INFORMATION CONTAINED HEREIN WAS OBTAINED FROM SOURCES DEEMED RELIABLE. HOWEVER NO GUARANTEE IS GIVEN AS TO THE ACCURACY OF THE DATA OR OF THE CALCULATIONS DERIVED THEREFROM. THE DATA AND CALCULATIONS IN THIS REPORT DO NOT INDICATE APPROVAL OR DISAPPROVAL OF ANY PARTICULAR INSTITUTION'S PERFORMANCE AND ARE NOT TO BE CONSTRUED AS A RATING OF ANY INSTITUTION BY FEDERAL BANK REGULATORS. USERS ARE CAUTIONED THAT ANY CONCLUSIONS DRAWN FROM THIS REPORT ARE THEIR OWN AND ARE NOT TO BE ATTRIBUTED TO THE FEDERAL BANK REGULATORS.

THE REPORTS OF CONDITION AND INCOME FOR THIS BANK CONTAIN ADDITIONAL INFORMATION NOT INCLUDED IN THIS PERFORMANCE REPORT, SUCH AS AN OPTIONAL NARRATIVE STATEMENT BY THE BANK.

## TABLE OF CONTENTS

| SECTIONS | PAGE NUMBER |
|---|---|
| SUMMARY RATIOS | 01 |
| INCOME INFORMATION: | |
|    INCOME STATEMENT - REVENUES AND EXPENSES ($000) | 02 |
|    NONINTEREST INCOME AND EXPENSES ($000) AND YIELDS | 03 |
| BALANCE SHEET INFORMATION: | |
|    BALANCE SHEET - ASSETS, LIABILITIES & CAPITAL ($000) | 04 |
|    OFF-BALANCE SHEET ITEMS | 05 |
|    BALANCE SHEET - % COMPOSITION OF ASSETS & LIABILITIES | 06 |
|    ANALYSIS OF CREDIT ALLOWANCE AND LOAN MIX | 07 |
|    ANALYSIS OF PAST DUE, NONACCRUAL & RESTRUCTURED LN&LS | 08 |
|    INTEREST RATE RISK ANALYSIS | 09 |
|    LIQUIDITY AND INVESTMENT PORTFOLIO | 10 |
|    CAPITAL ANALYSIS | 11 |
|    ONE QUARTER ANNUALIZED INCOME ANALYSIS | 12 |
|    SECURITIZATION AND ASSET SALE ACTIVITIES | 13 |
| STATE AVERAGE SUMMARY | STAVG |

FOR ORDERING ASSISTANCE CONTACT THE FDIC PUBLIC INFORMATION CENTER: 877 275-3342
(IN THE WASHINGTON, DC AREA: (202) 898-7108)
QUESTIONS CONCERNING CONTENT OF REPORTS CONTACT: JOHN SMULLEN 703 516-5732
OR email jsmullen@fdic.gov

### BANK AND BANK HOLDING COMPANY INFORMATION

CERTIFICATE # 57890     CHARTER # 24522
DIST/RSSD: 03 / 413208
HSBC HOLDINGS PLC
(HOLDING CO. # 1857108 )
LONDON
(HOLDING COMPANY REFERS TO TOP HOLDER)

```
CERT # 57890     DIST/RSSD: 03 / 413208          HSBC BANK USA, NATIONAL ASSOCIATION          WILMINGTON, DE          PAGE 04
CHARTER # 24522  COUNTY:                    BALANCE SHEET - ASSETS, LIABILITIES AND CAPITAL ($000)                2/19/2007 9:11:26 AM
```

|  | 12/31/2006 | 12/31/2005 | 12/31/2004 | 12/31/2003 | 12/31/2002 | PERCENT CHANGE 1 QTR | 1 YEAR |
|---|---|---|---|---|---|---|---|
| ASSETS: |  |  |  | N/A | N/A |  |  |
| REAL ESTATE LOANS | 48,612,847 | 52,971,791 | 54,946,419 | N/A | N/A | -2.36 | -8.23 |
| COMMERCIAL LOANS | 15,974,742 | 13,014,623 | 9,677,030 | N/A | N/A | 2.18 | 22.74 |
| INDIVIDUAL LOANS | 20,890,520 | 18,587,164 | 15,139,669 | N/A | N/A | 6.35 | 12.39 |
| AGRICULTURAL LOANS | 48,549 | 28,659 | 33,875 | N/A | N/A | -1.84 | 69.40 |
| OTHER LN&LS IN DOMESTIC OFFICES | 1,833,688 | 2,460,458 | 1,721,843 | N/A | N/A | -6.01 | -25.47 |
| LN&LS IN FOREIGN OFFICES | 2,764,848 | 3,151,090 | 2,899,860 | N/A | N/A | -2.31 | -12.26 |
| LOANS HELD FOR SALE | 4,723,063 | 4,564,407 | 1,745,329 | N/A | N/A | -3.25 | 3.48 |
| LOANS NOT HELD FOR SALE | 85,402,131 | 85,649,378 | 82,673,367 | N/A | N/A | 0.45 | -0.29 |
| LN&LS ALLOWANCE | 894,222 | 844,809 | 786,894 | N/A | N/A | 1.17 | 5.85 |
| NET LOANS & LEASES | 89,230,972 | 89,368,976 | 83,631,802 | N/A | N/A | 0.24 | -0.15 |
| U S TREASURY & AGENCY SECURITIES | 17,865,850 | 16,255,037 | 14,353,073 | N/A | N/A | -2.50 | 9.91 |
| MUNICIPAL SECURITIES | 497,594 | 569,339 | 317,187 | N/A | N/A | 48.18 | -12.60 |
| FOREIGN DEBT SECURITIES | 915,072 | 665,353 | 1,247,531 | N/A | N/A | 6.43 | 37.53 |
| ALL OTHER SECURITIES | 3,085,636 | 3,102,309 | 2,350,302 | N/A | N/A | 2.53 | -0.54 |
| INTEREST-BEARING BANK BALANCES | 2,193,023 | 2,916,646 | 2,697,821 | N/A | N/A | -15.64 | -24.81 |
| FEDERAL FUNDS SOLD & RESALES | 13,703,986 | 4,562,083 | 3,122,925 | N/A | N/A |  |  |
| TRADING ACCOUNT ASSETS | 24,751,492 | 19,806,966 | 19,240,333 | N/A | N/A | -1.98 | 24.96 |
| TOTAL INVESTMENTS | 63,012,653 | 47,877,733 | 43,329,172 | N/A | N/A |  |  |
| TOTAL EARNING ASSETS | 152,243,625 | 137,246,709 | 126,960,974 | N/A | N/A |  |  |
|  |  |  |  | N/A | N/A |  |  |
| NONINT CASH & DUE FROM BANKS | 3,296,504 | 4,439,559 | 2,623,961 | N/A | N/A | -10.24 | -25.75 |
| PREMISES, FIX ASSTS, CAP LEASES | 537,648 | 535,695 | 590,686 | N/A | N/A | 2.26 | 0.36 |
| OTHER REAL ESTATE OWNED | 50,658 | 32,038 | 13,723 | N/A | N/A | 9.43 | 58.12 |
| INV IN UNCONSOLIDATED SUBS | 325,714 | 332,406 | 264,804 | N/A | N/A |  |  |
| ACCEPTANCES & OTH ASSETS | 9,218,868 | 8,093,074 | 7,842,126 | N/A | N/A | 15.18 | 13.91 |
| TOTAL ASSETS | 165,673,017 | 150,679,481 | 138,296,274 | N/A | N/A | -0.58 | 9.95 |
| AVERAGE ASSETS DURING QUARTER | 165,683,180 | 149,487,635 | 124,988,441 | N/A | N/A | 0.19 | 10.83 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| LIABILITIES | | | | N/A | N/A | | |
| | | | | N/A | N/A | | |
| DEMAND DEPOSITS | 5,928,173 | 9,656,924 | 7,589,162 | N/A | N/A | -2.11 | -38.61 |
| ALL NOW & ATS ACCOUNTS | 456,914 | 355,856 | 325,769 | N/A | N/A | 22.34 | 28.40 |
| MONEY MARKET DEPOSIT ACCOUNTS | 18,764,379 | 8,667,571 | 5,631,051 | N/A | N/A | 3.28 | 116.49 |
| OTHER SAVINGS DEPOSITS | 26,118,498 | 20,142,788 | 20,994,363 | N/A | N/A | 3.80 | 29.67 |
| TIME DEP UNDER $100M | 6,249,596 | 5,963,637 | 4,647,302 | N/A | N/A | 2.66 | 4.80 |
| CORE DEPOSITS | 57,517,560 | 44,786,776 | 39,187,647 | N/A | N/A | 2.99 | 28.43 |
| TIME DEP OF $100M OR MORE | 19,178,252 | 22,780,688 | 18,470,449 | N/A | N/A | 3.53 | -15.81 |
| DEPOSITS IN FOREIGN OFFICES | 30,569,234 | 27,480,161 | 23,620,455 | N/A | N/A | 12.84 | 11.24 |
| TOTAL DEPOSITS | 107,265,046 | 95,047,625 | 81,278,551 | N/A | N/A | 5.72 | 12.85 |
| FEDERAL FUNDS PURCH & RESALE | 1,487,128 | 1,330,348 | 3,884,622 | N/A | N/A | | |
| FED HOME LOAN BOR MAT < 1 YR | 2,508,341 | 1,000,731 | 28,113 | N/A | N/A | 24.48 | 150.65 |
| FED HOME LOAN BOR MAT > 1 YR | 2,508,581 | 4,007,532 | 5,005,670 | N/A | N/A | -16.62 | -37.40 |
| OTH BORROWING MAT < 1 YR | 5,880,940 | 8,153,552 | 3,474,577 | N/A | N/A | -47.00 | -27.87 |
| OTH BORROWING MAT > 1 YR | 26,624,233 | 20,855,818 | 25,737,791 | N/A | N/A | 12.65 | 27.66 |
| ACCEPTANCES & OTHER LIABILITIES | 3,252,947 | 4,120,731 | 3,985,291 | N/A | N/A | -51.37 | -21.06 |
| TOTAL LIABILITIES (INCL MORTG) | 149,527,216 | 134,516,337 | 123,394,615 | N/A | N/A | -0.57 | 11.16 |
| SUBORD NOTES AND DEBENTURES | 3,887,869 | 4,275,045 | 3,529,099 | N/A | N/A | -7.27 | -9.06 |
| ALL COMMON & PREFERRED CAPITAL | 12,257,932 | 11,888,099 | 11,372,560 | N/A | N/A | 1.64 | 3.11 |
| TOTAL LIBILITIES & CAPITAL | 165,673,017 | 150,679,481 | 138,296,274 | N/A | N/A | -0.58 | 9.95 |
| MEMORANDA: | | | | N/A | N/A | | |
| OFFICER, SHAREHOLDER LOANS (#) | 9 | 5 | 4 | N/A | N/A | | |
| OFFICER, SHAREHOLDER LOANS ($) | 10,813 | 19,545 | 31,086 | N/A | N/A | -56.57 | -44.68 |
| NON-INVESTMENT ORE | 50,658 | 32,038 | 13,723 | N/A | N/A | 9.43 | 58.12 |
| HELD-TO-MATURITY SECURITIES | 2,864,307 | 3,043,721 | 3,729,507 | N/A | N/A | -0.60 | -5.89 |
| AVAILABLE-FOR-SALE-SECURITIES | 19,499,845 | 17,548,317 | 14,538,586 | N/A | N/A | -0.75 | 11.12 |
| ALL BROKERED DEPOSITS | 231,700 | 115,736 | 2,660 | N/A | N/A | -0.17 | 100.20 |