



LE#7000

(Runs on the HBIO ledger but we don't report on this entity.)

## HSBC BANK USA, NATIONAL ASSOCIATION

| | |
|---|---|
| **Incorporated:** | United States, March 31, 2004;<br>Date of Charter July 1, 2004;<br>National Charter No. 24522 |
| **Former Name:** | |
| **Principal Office:** | 1105 N. Market Street, Suite 1<br>Wilmington, Delaware  19801 |
| **Purpose:** | National Banking Association |
| **Regulatory Approval:** | |
| **FDIC Number:** | 57890 |
| **Annual Meeting Date:** | |
| **Federal ID Number:** | 20-1177241 |
| **Fiscal Year Ends:** | December 31 |
| **Stock:** | |
| **Common:** | |
| Authorized: | 50,000; $100 par value |
| Outstanding: | 20,004; $100 par value |
| **Preferred:** | |
| Authorized: | |
| Outstanding: | |
| **Registered Shareholder:** | HSBC USA Inc. (100%) |
| **Qualified:** | California, Massachusetts |
| **Branches:** | CA, DC, FL, NJ, NY, OR, PA, WA |
| **Other Offices:** | |

### Executive Officers

| | |
|---|---|
| Martin J. G. Glynn | President and Chief Executive Officer |
| Brendan McDonagh | Chief Operating Officer |
| Gerald Aquilina | Senior Executive Vice President |
| Janet L. Burak | Senior Executive Vice President<br>General Counsel & Secretary |
| Robert M. Butcher | Senior Executive Vice President<br>& Chief Risk Officer |
| Vincent J. Mancuso | Senior Executive Vice President |
| John J. McKenna | Senior Executive Vice President<br>& Chief Financial Officer |
| Joseph M. Petri | Senior Executive Vice President,<br>Treasurer & Co-Head, CIBM |
| Americas | |
| George T. Wendler | Senior Executive Vice President |

| | |
|---|---|
| Paulette M. Crooke | Executive Vice President |
| Jeanne Ebersole | Executive Vice President |
| Seamus McMahon | Executive Vice President |
| Teresa A. Pesce | Executive Vice President |
| Carolyn M. Wind | Executive Vice President |
| Anthony J. Murphy | Co-Head, CIBM Americas |
| Michael P. Ebbs | Managing Director, Chief Information Officer |

**Directors**

Salvatore H. Alfiero
Donald K. Boswell
James H. Cleave
Frances D. Fergusson
Martin J.G. Glynn, President and CEO
Stephen K. Green, Chairman
Richard A. Jalkut
Peter Kimmelman
Charles G. Meyer, Jr.
James L. Morice

HNAH-JURIS-0065

# HSBC BANK USA, NATIONAL ASSOCIATION

## EXECUTIVE OFFICERS

| Name | Title |
|---|---|
| Martin J.G. Glynn | President and Chief Executive Officer |
| Brendan McDonagh | Senior Executive Vice President & Chief Operating Officer |
| Gerard Aquilina | Senior Executive Vice President |
| Janet L. Burak | Senior Executive Vice President, General Counsel & Secretary |
| Robert M. Butcher | Senior Executive Vice President & Chief Risk Officer |
| Vincent J. Mancuso | Senior Executive Vice President |
| Joseph M. Petri | Senior Executive Vice President & Treasurer |
| Brian Robertson | Senior Executive Vice President |
| George T. Wendler | Senior Executive Vice President |
| Paulette M. Crooke | Executive Vice President |
| Jeanne Ebersole | Executive Vice President |
| Roger K. McGregor | Executive Vice President & Chief Financial Officer |
| Seamus McMahon | Executive Vice President |
| Linda Stryker-Luftig | Executive Vice President |
| Kathleen R. Whelehan | Executive Vice President – Consumer Finance |

As of 08/29/05
hk/agendaHBUSeo