# NORTH AMERICA - BANK HOLDING COMPANY STRUCTURE

Confidential & Proprietary – Internal Use Only

*(This is intended as an overview. It is not a list of all entities under HNAH's direct subsidiaries – only specific entities.)*

```
┌─────────────────────────────┐
│ HSBC North America Holdings │
│           Inc.              │
│           HNAH              │
│        (Delaware)           │
└──────────────┬──────────────┘
               │
┌──────────────┴──────────────┐
│ HSBC Investments (North     │
│      America) Inc.          │
│           HINO              │
│        (Delaware)           │
└──────────────┬──────────────┘
               │
┌──────────────┴──────────────┐
│  HSBC North America Inc.    │
│           HNAI              │
│        (Delaware)           │
└──────────────┬──────────────┘
               │
┌──────────────┴──────────────┐
│      HSBC USA Inc.          │
│           HUSI              │
│        (Maryland)           │
└──────────────┬──────────────┘
               │
┌──────────────┴──────────────┐
│   HSBC Bank USA, N. A.      │
│           HBUS              │
│           (USA)             │
└─────────────────────────────┘
```

*All companies are wholly owned
Eff. December 31, 2006

MARCV72 - 15