H / NO

*As of 09/14/06-Corporate Records maintained in New York - Helen Kujawa or Pam Pickel*

**HSBC INVESTMENTS (NORTH AMERICA) INC.**

Incorporated: Delaware, September, 10, 2003

Former Name:

Principal Office:      1201 Market Street, Suite 1001
                       Wilmington, Delaware  19801

Purpose:  Financial Holding Company

Regulatory Approval:  Reg Y Section 225.82; BHC Act

Federal ID Number:  43-2027974

Date Issued: 100 on September 11, 2003
               3 on January 1, 2004
               1 on December 1, 2004
               1 on December 29, 2004
               1 on November 30, 2005
               4 on December 15, 2005
               1 on February 28, 2006
               1 on May 22, 2006

Stock: Common        Authorized:   1,000, $1.00 par value
                                   per share
                     Outstanding:  112, $1.00 par value
                                   per share

       Preferred     Authorized:   1,100, $0.01 par value
                                   per share

Registered Shareholder:  HSBC North America Holdings Inc.

Qualified:

                          Officers

       Richard D. Leigh          President
       Robert Kane               Senior Vice President &
                                  Chief Financial Officer
       Robert McArthur           First Vice President &
                          Credit Manager
       Arie Markowitz            First Vice President
          Eddie C. Mui                  Vice President & Deputy

| | |
|---|---|
| | Data Security Administrator |
| Riccardo Petrucci | Vice President & IT Manager |
| Nancy Terranova | Vice President & Assistant Secretary |
| Daniel J. Walsh | Vice President & Treasurer |
| John C. Lankes | Assistant Treasurer |
| Faye Polayes | Assistant Treasurer |
| Vivian Lee | Assistant Vice President & Assistant Secretary |
| Susan Stewart | Assistant Vice President |
| Janet L. Burak | Secretary |
| Helen Kujawa | Assistant Secretary |
| Pamela A. Pickel | Assistant Secretary |
| David Dew | Director of Internal Audit |
| Pasquale Nappo | Compliance Officer |
| Alan Ketley | Money Laundering Control Officer |

### Directors

John P. DeLuca
Robert Kane
Richard D. Leigh
Gerard Mattia
Derek R. Rogers

HNAH-JURIS-0060