Datatreasury Corporation v. Wells Fargo & Company et al                                          Doc. 537 Att. 7

HNAT

## HSBC NORTH AMERICA INC.

| | |
|---|---|
| **Incorporated:** | Delaware, August 18, 1999 |
| **Former Name:** | |
| **Principal Office:** | One HSBC Center, Buffalo, NY 14203 |
| **Purpose:** | Financial Holding Company (effective March 13, 2000) |
| **Regulatory Approval:** | BHCA |
| **Annual Meeting Date:** | |
| **Federal ID Number:** | 16-1572466 |
| **Date Issued:** | December 1999 |
| **Stock:** | |

**Common:**

| | |
|---|---|
| Authorized: | 3,000, $1.00 par value |
| Outstanding: | 448, $1.00 par value |

**Preferred:**

| | |
|---|---|
| Authorized: | |
| Outstanding: | |
| **Registered Shareholder:** | HSBC Investments (North America) Inc. NY |
| **Qualified:** | |
| **Other Offices:** | |

### Officers

| | |
|---|---|
| Martin J.G. Glynn | President & Chief Executive Officer |
| Janet L. Burak | Senior Executive Vice President, General Counsel & Secretary |
| Robert M. Butcher | Senior Executive Vice President & Chief Risk Officer |
| Simon C. Penney | Senior Executive Vice President |
| Roger K. McGregor | Senior Executive Vice President & Chief Financial Officer |
| Faye Polayes | Executive Vice President |
| Carolyn M. Wind | Executive Vice President |
| John P. DeLuca | Senior Vice President |
| Michael P. Doherty | Senior Vice President |
| Joram Friedman | Senior Vice President |
| Craig Lassen | Senior Vice President |
| Joseph R. Simpson | Senior Vice President & Controller |
| John C. Lankes | First Vice President |
| Laurence R. Stern | Counsel & Assistant Secretary |
| Terry L. Banazwski | Assistant Secretary |
| Helen Kujawa | Assistant Secretary |
| Pamela A. Pickel | Assistant Secretary |
| James S. Randolph | Assistant Secretary |
| Patrick D. Schwartz | Assistant Secretary |

### Directors

Janet L. Burak
Simon C. Penney
Kenneth H. Robin

HNAH-JURIS-0061

Dockets.Justia.com