HUSI

<u>Note to File: W.F. Aldinger was Chairman, Director from January 1, 2004 to March 15, 2005</u>

# HSBC ◆▷

**HSBC USA INC.**

| | |
|---|---|
| **Incorporated:** | Maryland, September 26, 1973 |
| **Former Name:** | Republic New York Corporation (name changed January 3, 2000) |
| **Principal Office:** | 452 Fifth Avenue, New York, NY  10018 |
| **Purpose:** | Financial Holding Company (effective March 13, 2000) |
| **Regulatory Approval:** | BHCA |
| **Annual Meeting Date:** | Third Wednesday in April |
| **Federal ID Number:** | 13-2764867 |
| **Date Issued:** | |
| **Stock:** | |
| **Common:** | |
| Authorized: | 150,000,000 Shares, $5.00 Par Value |
| Outstanding: | 706 |
| **Preferred:** | |
| Authorized: | 20,000,000 Shares, without Par Value |
| Outstanding: | 1,500,000 Shares of Adjustable Rate Cumulative Preferred Stock, Series D ($100 stated value) represented by 6,000,000 Depositary Shares ($25 stat value) |
| | 3,000,000 Shares $1.8125 Cumulative |
| | 3,000,000 Shares $2,8575 Cumulative |
| | 625 Shares DARTS, Series A |
| | 625 Shares DARTS, Series B |
| **Registered Shareholder:** | HSBC North America Inc. 100% since December 31, 1999 |
| **Qualified:** | NY |
| **Other Offices:** | |

**Officer**

| | |
|---|---|
| Martin J.G. Glynn | President & Chief Executive Officer |
| Brendan McDonagh | Senior Executive Vice President & Chi Operating Officer |
| Gerard Aquilina | Senior Executive Vice President |
| Janet L. Burak | Senior Executive Vice President, General Counsel & Secretary |
| Robert M. Butcher | Senior Executive Vice President & Chi Risk Officer |
| Vincent J. Mancuso | Senior Executive Vice President |
| Joseph M. Petri | Senior Executive Vice President |
| George T. Wendler | Senior Executive Vice President & Chi Credit Officer |
| Paulette M. Crooke | Executive Vice President |
| Jeanne Ebersole | Executive Vice President |
| Roger K. McGregor | Executive Vice President & Chief Financial Officer |
| Seamus McMahon | Executive Vice President |
| Mark A. Melas | Executive Vice President |
| Linda F. Stryker-Luftig | Executive Vice President |
| Michael P. Doherty | Senior Vice President |
| Joseph R. Simpson | Senior Vice President & Controller |
| Robert R. Hollinsworth | First Vice President |
| Joseph E. Salonia | First Vice President |
| Richard J. Werner | First Vice President |
| John G. Holinka | Senior Compliance Counsel & Assistant Secretary |
| Laurence R. Stern | Counsel and Assistant Secretary |
| Gea Tung | Counsel and Assistant Secretary |
| Craig N. Wright | Counsel and Assistant Secretary |
| Helen Kujawa | Corporate Secretary |
| Pamela A. Pickel | Assistant Corporate Secretary |
| Terry L. Banazwski | Assistant Secretary |
| John C. Lankes | Assistant Secretary |
| Craig Lassen | Assistant Secretary |
| Faye M. Polayes | Assistant Secretary |
| James S. Randolph | Assistant Secretary |
| Patrick D. Schwartz | Assistant Secretary |
| Ralph Attie | Officer |
| Joram Friedman | Officer |
| Philip A. LoGrasso | Officer |

**Directors**

Salvatore H. Alfiero
Donald K. Boswell
James H. Cleave
Frances D. Fergusson
Martin J.G. Glynn, President and CEO
Richard A. Jalkut
Peter Kimmelman
Charles G. Meyer, Jr.
James L. Morice