## HSBC NORTH AMERICA HOLDINGS INC. and HSBC FINANCE CORPORATION
## 2007 BOARD AND COMMITTEE MEETING SCHEDULE

### February (Spouse Program – Las Vegas, Nevada)
- **20-T**  HBIO Audit Committee and Compensation Committee Meetings – a.m./p.m.
  HBIO Board/Spouse Dinner

- **21-W**  HBIO Board of Directors and Nominating & Governance Committee Meetings – a.m.
  HBIO/HNAH Director Site Visit/Spouse Philanthropic Services Partner Organization Tours – p.m.
  HBIO/HNAH Board/Spouse Dinner

- **22-Th**  HNAH Audit Committee Meeting – p.m.
  HNAH Board/Spouse Dinner

- **23-F**  HNAH Board of Directors Meeting – a.m.

### April (New York, New York)
- **23-M**  HBIO Audit Committee and Nominating & Governance Committee Meetings – a.m.
  HBIO Board of Directors Meeting – p.m.
  HBIO/HNAH Board Dinner

- **24-T**  HNAH Audit Committee Meeting – a.m.
  HNAH Board of Directors Meeting – p.m.

*\*No site visit will be scheduled.*

### August (Prospect Heights, Illinois)
- **07-T**  HBIO Audit Committee, Compensation Committee and Nominating & Governance Committee Meetings – a.m./p.m.
  HBIO Board Dinner

- **08-W**  HBIO Board of Directors Meeting – a.m.
  HBIO/HNAH Director Site Visit – p.m.
  HNAH Board Dinner

- **09-Th**  HNAH Audit Committee Meeting – a.m.
  HNAH Board of Directors Meeting – p.m.

### December (San Diego, California)
- **04-T**  HBIO Audit Committee, Compensation Committee, and Nominating & Governance Committee Meetings – a.m./p.m.
  HBIO Board Dinner

- **05-W**  HBIO Board of Directors Meeting – a.m.
  HBIO/HNAH Director Site Visit – p.m.
  HNAH Board Dinner

- **06-Th**  HNAH Audit Committee Meeting – a.m.
  HNAH Board of Directors Meeting – p.m.

*\*In 2008, the fourth quarter Board and Committee meetings will be held in early November rather than in December.*

7/17/06

## 2006 MEETINGS

**MAY – New York (HSBC)**

| | | |
|---|---|---|
| 10 | 10:30AM -12:00PM | HBIO Pre Audit Meeting |
| | 12:00PM - 5:00PM | HBIO Audit Committee Meeting (working lunch) |
| | ~~5:00PM - 6:00PM~~ | ~~HBIO Compensation Committee Meeting~~ |
| | 5:00PM - 6:00PM | HBIO Nominating & Governance Committee Meeting |
| | 7:00PM | HBIO Board Dinner (Alan Jebson retirement) (Alto Restaurant) |
| 11 | 7:00AM - 8:00AM | Breakfast Buffet |
| | ~~7:30AM - 8:30AM~~ | ~~HNAH Pre Audit Meeting~~ |
| | 8:00AM -12:30PM | HNAH Audit Committee Meeting |
| | 12:00PM - 1:30PM | Lunch Buffet |
| | 1:00PM - 5:00PM | HBIO Board of Directors Meeting |
| | 6:00PM - 8:00PM | Customer Reception Honoring Sir John (HSBC) |
| | 7:30PM | HBIO / HNAH / HBUS / HBCA Board Dinner Honoring Sir John (NY Library) |
| 12 | 7:30AM - 8:30AM | Breakfast Buffet |
| | 8:30AM - 1:00PM | HNAH Board of Directors Meeting (lunch following) |

**AUGUST – Prospect Heights (HSBC)**

| | | |
|---|---|---|
| 8 | 10:00AM -11:30AM | HBIO Pre Audit Meeting |
| | 11:30AM - 4:00PM | HBIO Audit Committee Meeting (working lunch) |
| | 4:30PM - 5:30PM | HBIO Compensation Committee Meeting |
| | 6:00PM | HBIO Board & Management Dinner (CDC) |
| 9 | 7:00AM - 8:30AM | Breakfast Buffet |
| | 7:30AM - 8:30AM | HBIO Nominating & Governance Committee Meeting |
| | 8:30AM - 1:00PM | HBIO Board of Directors Meeting (working lunch) |
| | 11:30AM - 1:00PM | Lunch Buffet |
| | 1:15PM - 1:45PM | HBIO & HNAH – Consumer Lending Presentation by Tom Detelich |
| | 2:00PM - 5:00PM | HBIO & HNAH – Site Visit(s) |
| | 5:00PM on | HBIO Departures |
| | 7:00PM | HNAH Board & Management Dinner (offsite) |
| 10 | 7:00AM - 8:30AM | Breakfast Buffet |
| | 7:30AM - 8:30AM | HNAH Pre Audit Meeting |
| | 8:30AM -12:30PM | HNAH Audit Committee Meeting |
| | 12:15PM - 1:00PM | Lunch Buffet |
| | 1:00PM - 5:00PM | HNAH Board of Directors Meeting |
| | 5:00PM on | HNAH Departures |

**DECEMBER – Miami (The Four Seasons)**

| | | |
|---|---|---|
| 13 | 10:00AM -11:30AM | HBIO Pre Audit Meeting |
| | 11:30AM - 4:00PM | HBIO Audit Committee Meeting (working lunch) |
| | ~~4:30PM - 5:30PM~~ | ~~HBIO Compensation Committee Meeting~~ |
| | 6:30PM | HBIO Board & Management Dinner (The Forge) |
| 14 | 7:00AM - 8:30AM | Breakfast Buffet |
| | 7:30AM - 8:30AM | HBIO Nominating & Governance Committee Meeting |
| | 8:30AM -12:30PM | HBIO Board of Directors Meeting |
| | 12:45PM - 2:15PM | HBIO Management Succession Planning Meeting (working lunch) |
| | 2:30PM - 4:30PM | HBIO & HNAH – Basel II Presentation |
| | 4:30PM | HBIO Departures |
| | 4:30PM - 6:00PM | HNAH Management Succession Planning Meeting |
| | 7:00PM | HNAH Board & Management Dinner (Venue TBD) |
| 15 | 7:00AM - 8:30AM | Breakfast Buffet |
| | 7:30AM - 8:30AM | HNAH Pre Audit Meeting |
| | 8:30AM -12:30PM | HNAH Audit Committee Meeting |
| | 12:15PM - 1:00PM | Lunch Buffet |
| | 1:00PM - 6:00PM | HNAH Board of Directors Meeting |
| | 6:00PM | HNAH Departures |

revised 9/13/06

# HSBC NORTH AMERICA HOLDINGS INC.
## and
## HSBC FINANCE CORPORATION (formerly Household International, Inc.)

### 2005 BOARD AND COMMITTEE MEETING DATES

Except where noted otherwise, the dates and locations set forth in the following schedule are intended for meetings of the Board of Directors and certain Committees.

In each month, Committee meetings will be held on the first date, followed by dinner, and Board meetings the morning of the second date.

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HSBC North America Holdings Inc. | | | 30<br>New York | | | 1<br>New York | | 3-4<br>New York | | | | 8-9<br>New York |
| HSBC Finance Corporation | 1<br>8:00 a.m. EST<br>Comp Comm[1]<br>(Legacy Household Committee members)<br>Florida<br><br>11<br>8:30 a.m. CST<br>Audit Comm[2]<br>Teleconf<br>(Legacy Household Committee members)<br><br>22-23<br>(all Legacy Household Board members)<br>Florida | | | | 9-10<br>Pebble Beach | | 13<br>Exec Comm<br>Prospect Hts | | 14-15<br>Prospect Hts[3] | | 9-10<br>Prospect Hts | |

[1] = approve bonuses
[2] = approve draft 10-K
[3] = no Compensation Committee meeting

(as of 6/9/05)

HNAH-JURIS-0070