Appendix K                                                              Revised: 1/24/07

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION
# APPLICATION TO APPEAR PRO HAC VICE

1. This application is being made for the following: Case # 2:06-CV-72-DF

Style: DataTreasury Corporation v. Wells Fargo & Company, et al.

2. Applicant is representing the following party/ies: U.S. Bancorp, U.S. Bank National Association, National City Corporation, National City Bank, Zions Bancorporation and Zions First National Bank

3. Applicant was admitted to practice in  VA  (state) on  10/29/2003  (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has/has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant has/has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant has/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts:
Supreme Court of Virginia, Court of Appeals for the District of Columbia

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, Liane M. Peterson do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date 2/16/2007        Signature  Liane M Peterson

WASH_1812347.1

dockets.Justia.com

Name (please print) __Liane M. Peterson__
State Bar Number __VA 65828__
Firm Name: __Foley & Lardner LLP__
Address/P.O. Box: __3000 K Street, NW, Suite 500__
City/State/Zip: __Washington, DC 20007__
Telephone #: __202-672-5300__
Fax #: __202-672-5399__
E-mail address: __Lpeterson@foley.com__
Secondary E-mail address: _____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on __February 26, 2007__

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____
Deputy Clerk

Receipt for Payment   Receipt No: 540000886

# United States District Court
## for the
Eastern District of Texas at Texarkana

Date: **Monday, February 26, 2007**

Received from:

**Smead Anderson & Dunn**

| Account | Amount |
|---|---|
| 6855XX | $25.00 |
| Total | $25.00 |

Payment method: Check
Case or other reference: 2-06-cv-72
Comments: **PHV for LIANE M PETERSON; CHECK # 1079**

Received by: MV

| Account | | Description |
|---|---|---|
| 085000 | - | Attorney Admission Fees |
| 086400 | - | New Case Fee |
| 086900 | - | Filing Fees |
| 121000 | - | Conscience Fund |
| 129900 | - | Gifts |
| 143500 | - | Interest |
| 322340 | - | Sale of Publications |
| 322350 | - | Copy Fees |
| 322360 | - | Miscellaneous Fees |
| 322380 | - | Recoveries of Court Costs |
| 322386 | - | Cost of Prosecution |
| 504100 | - | Crime Victims Fund |
| 508800 | - | Immigration Fees |
| 510000 | - | Civil Filing Fee (1/2) |
| 5100PL | - | Partial Filing Fee (PLRA) |
| 510100 | - | Registry Fee |
| 604700 | - | Registry Funds/General and Special Funds |
| 613300 | - | Unclaimed Monies |
| 6855XX | - | Deposit Funds |