# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| DATATREASURY CORPORATION § | |
| Plaintiff § | |
| § | Civil Action No. 2:06-CV-72 (DF) |
| v. § | JURY TRIAL DEMANDED |
| § | |
| WELLS FARGO & COMPANY, ET AL., § | |
| Defendants § | |
| § | |

## JOINT AGREED MOTION TO EXTEND CERTAIN DEADLINES

Plaintiff DataTreasury Corporation files this Joint Agreed Motion to Extend Certain Deadlines ("Joint Agreed Motion") seeking extensions of certain deadlines as outlined below.

| Step | Action | Current Deadline | New Deadline |
|---|---|---|---|
| 9 | Parties make Exchange of Preliminary Claim Constructions and Extrinsic Evidence in Support of Respective Claim Constructions | 2/26/07 | 3/12/07 |
| 10 | Parties meet and confer to discuss Preliminary Claim Constructions and Extrinsic Evidence | 3/02/07 | 3/16/07 |

Defendants agree with the deadline extensions. Accordingly, the parties respectfully request that the Court enter an order setting the new deadlines as set forth above. The new deadlines do not affect the trial setting for this case, and do not affect other deadlines in the Court's Second Amended Docket Control Order.

An order reflecting the relief requested is attached for the Court's convenience.

JOINT AGREED MOTION TO EXTEND CERTAIN DEADLINES                                                  PAGE - 1 -

Dockets.Justia.com

Respectfully submitted,

*/s/ Nicole Reed*

**NICOLE REED**
**State Bar No. 24041759**
**ROD COOPER**
State Bar No. 90001628
**EDWARD HOHN,**
**ATTORNEY-IN-CHARGE**
State Bar No. 09813240
**EDWARD CHIN**
State Bar No. 50511688
**NIX PATTERSON & ROACH, L.L.P.**
5215 N. O'Connor Blvd., Ste.1900
Irving, Texas 75039
972.831.1188; 972.444.0716 fax
nicolereed@nixlawfirm.com
rodcooper@nixlawfirm.com
edhohn@nixlawfirm.com
edchin@nixlawfirm.com

**C. CARY PATTERSON**
State Bar No. 15587000
**BRADY PADDOCK**
State Bar No. 00791394
**ANTHONY BRUSTER**
State Bar No. 24036280
**R. BENJAMIN KING**
State Bar No. 24048592
**NIX PATTERSON & ROACH L.L.P.**
2900 St. Michael Drive, Suite 500
Texarkana, Texas 75503
903.223.3999; 903.223.8520 fax
ccp@nixlawfirm.com
akbruster@nixlawfirm.com
bpaddock@nixlawfirm.com
benking@nixlawfirm.com

**JOE KENDALL**
State Bar No. 11260700
**KARL RUPP**
State Bar No. 24035243

       **PROVOST * UMPHREY, L.L.P.**
       3232 McKinney Avenue, Ste. 700
       Dallas, Texas  75204
       214.744.3000; 214.744.3015 fax
       jkendall@provostumphrey.com
       krupp@provostumphrey.com

       **ERIC M. ALBRITTON**
       State Bar No. 00790215
       **ALBRITTON LAW FIRM**
       P.O. Box 2649
       Longview, Texas  75606
       903.757.8449; 903.758.7397 fax
       ema@emafirm.com

       **T. JOHN WARD, JR.**
       State Bar No. 00794818
       **LAW OFFICE OF T. JOHN WARD, JR.**
       P.O. Box 1231
       Longview, Texas  75601
       903.757.6400; 903.757.2323 fax
       jw@jwfirm.com

       **ATTORNEYS FOR PLAINTIFF DATATREASURY CORPORATION**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served on the 26th day of February, 2007 via electronic transmission.

Bank of America - Listserve (BankofAmericaF&R@fr.com)
BB&T 007 ListServe (BB&T_DataTreasury@kilpatrickstockton.com)
Citizens Financial (citizensfinancial@standleyLLP.com)
City National Bank - Listserve (citynationalbank@dmtechlaw.com)
Comerica Bank 007 Listserve (Comerica_DataTreasury@kilpatrickstockton.com)
Compass/First Horizon/TN Bank - Listserve (comfhft@andrewskurth.com)
Cullen/Frost Bank - Listserve (frostbank@dmtechlaw.com)
EDS - Listserve (EDS_DataTreasury@mckoolsmith.com)
UBS – Listserve (ubsamericas@velaw.com)
HSBC North America Holdings, Inc./HSBC Bank USA  Listserve  (hsbccounsel@blhc-law.com)
BancorpSouth Listserve (bxs@hughesluce.com)
Bank of Tokyo Listserve (BankofTokyo_DataTreasury@sidley.com)
BofNY Listserve (BofNYLitTeam@pillsburylaw.com)
The Clearing House/SVPCo Listserve (TCH_DT@sullcrom.com)
Deutsche Bank Listserve (DeutscheBank_DataTreasury@sidley.com)

First Citizens Listserve (firstcitizens@bakerbotts.com)
First Data Listserve (FirstData_DataTreasury@sidley.com)
Key Bank Listserve (KeyCorp_DataTreasury@mckoolsmith.com)
LaSalle Bank Listserve (LaSalleBank_DataTreasury@sidley.com)
National City Bank Listserve (foley-dtc@foley.com)
Remitco Listserve (Remitco_DataTreasury@sidley.com)
Telecheck Listserve (Telecheck_DataTreasury@sidley.com)
Union BofCA Listserve (ubofclitteam@pillsburylaw.com)
Viewpointe Listserve (Viewpointe_dtc@skadden.com)
Zion First National Bank Listserve (foley-dtc@foley.com)
Harris Bancorp. - Listserve (Harris_DataTreasury@mckoolsmith.com)
M&T 007 Listserve (M&T_DataTreasury@kilpatrickstockton.com)
PNC Bank - Listserve (PNC_DataTreasury@mckoolsmith.com)
Suntrust - Listserve (SunTrust_DataTreasury@mckoolsmith.com)
U.S. Bancorp – Listserve (foley-dtc@foley.com)
Wachovia 007 Listserve (Wachovia_DataTreasury@kilpatrickstockton.com)
Wells Fargo - Listserve (*DalWellsFargo_DTC@BakerNet.com)

*[signature]*

**NICOLE REED**

### CERTIFICATE OF CONFERENCE

I hereby certify that on February 26, 2007, counsel for DataTreasury Corporation conferred with counsel for Defendants concerning the foregoing Joint Agreed Motion to Extend Certain Deadlines. DataTreasury Corporation and Defendants agree as to the relief requested herein.

*[signature]*

**NICOLE REED**