## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORPORATION | § | Civil Action No. 2:06-CV-72 |
| *PLAINTIFF* | § | |
| *vs.* | § | Judge David Folsom |
| | § | |
| WELLS FARGO & COMPANY, *ET AL.* | § | |
| *DEFENDANTS* | § | |
| | § | |

### DEFENDANTS PNC BANK N.A.'S, THE PNC FINANCIAL SERVICES GROUP, INC.'S, KEYCORP'S AND KEYBANK N.A.'S UNOPPOSED MOTION TO EXTEND P.R. 3-4 DEADLINE

Defendants PNC Bank N.A. and The PNC Financial Services Group, Inc. (collectively, "PNC"), and KeyCorp and KeyBank N.A. (collectively, "Key") respectfully submit this Unopposed Motion to Extend P.R. 3-4 Deadline, and in support hereof shows as follows:

1. Pursuant to the Second Amended Docket Control Order (Docket No. 451), the deadline for PNC and Key to produce documents pursuant to Local Patent Rule 3-4 is February 26, 2007.

2. Plaintiff DataTreasury Corporation, PNC and Key have agreed that the deadline for PNC and Key to produce documents pursuant to Local Patent Rule 3-4 should be extended to March 12, 2007.

3. This extension is not sought for purposes of delay, and no other deadlines will be affected. Further, this extension will not result in prejudice to any party or to the Court, and will not unduly delay the proceedings.

**DEFENDANTS PNC BANK N.A.'S, THE PNC FINANCIAL SERVICES GROUP, INC.'S,
KEYCORP'S AND KEYBANK N.A.'S UNOPPOSED MOTION TO EXTEND P.R. 3-4 DEADLINE**   **PAGE 1**
Dallas 233575v1

Dockets.Justia.com

DATED:  February 26, 2007                     Respectfully submitted,

**McKOOL SMITH, P.C**.

/s/ Sam Baxter
SAM BAXTER
Lead Attorney
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
505 East Travis Street, Suite 105
Marshall, Texas  75670
Telephone:  (903) 927-2111
Telecopy:  (903) 927-2622
THEODORE STEVENSON, III
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
L. DAVID ANDERSON
Texas State Bar No. 00796126
danderson@mckoolsmith.com
300 Crescent Court
Suite 1500
Telephone: (214) 978-4000
Telecopier: (214) 978-4044


PETER J. AYERS
Texas State Bar No. 24009882
payers@mckoolsmith.com
GEOFFREY L. SMITH
Texas State Bar No. 24041939
gsmith@mckoolsmith.com
300 W. 6th Street, Suite 1700
Austin, Texas 78701
Telephone:  (512) 692-8700
Telecopy:    (512) 692-8744

**ATTORNEYS FOR DEFENDANTS THE PNC FINANCIAL SERVICES GROUP, INC., PNC BANK N.A., KEYCORP AND KEYBANK N.A.**

## CERTIFICATE OF SERVICE

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this motion was served on all counsel who have consented to electronic service.  Local Rule CV-5(a)(3)(A).

                                                /s/ L. David Anderson
                                                L. David Anderson