# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORPORATION | § | Civil Action No. 2:06-CV-72 |
| *PLAINTIFF* | § | |
| *vs.* | § | Judge David Folsom |
| | § | |
| WELLS FARGO & COMPANY, *ET AL.* | § | |
| *DEFENDANTS* | § | |
| | § | |

## **ORDER**

Before the Court is Defendants PNC Bank N.A.'s, The PNC Financial Services Group, Inc.'s, KeyCorp's and KeyBank N.A.'s Unopposed Motion to Extend P.R. 3-4 Deadline. Having considered the Motion, the Court finds that it is meritorious and should be GRANTED.

It is therefore ORDERED that the deadline for Defendants PNC Bank N.A., The PNC Financial Services Group, Inc., KeyCorp and KeyBank N.A. to produce documents pursuant to Local Patent Rule 3-4 is extended until March 12, 2007.