UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORPORATION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO.  2:06-CV-72-DF |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| WELLS FARGO & COMPANY, et al. | § | |
| | § | |
| Defendants. | § | |

**AGREED MOTION FOR ENLARGEMENT OF TIME IN WHICH TO PRODUCE
DOCUMENTS PURSUANT TO PATENT L.R. 3-4(a) BY DEFENDANTS FIRST
CITIZENS BANCSHARES, INC; FIRST-CITIZENS BANK & TRUST COMPANY;
HSBC BANK USA, N.A.; HSBC NORTH AMERICA HOLDINGS, INC.; U.S.
BANCORP; U.S. BANK, NATIONAL ASSOCIATION; NATIONAL CITY
CORPORATION; AND NATIONAL CITY BANK**

Plaintiff DataTreasury Corporation and Defendants First Citizens BancShares, Inc.; First-

Citizens Bank & Trust Company; HSBC Bank USA, N.A.; HSBC North America Holdings, Inc.;

U.S. Bancorp; U.S. Bank, National Association; National City Corporation; and National City

Bank (collectively "Movants") submit this Agreed Motion for Enlargement of Time to Produce

Documents Pursuant to Patent L.R. 3-4(a).[1]  Movants have requested, and Plaintiff has agreed to

an extension of Movants' date to produce documents pursuant to Patent L.R. 3-4(a) up to and

including **March 28, 2007**.  A proposed Order granting this agreed motion is attached for the

Court's convenience.

---

[1] Defendants First Citizens Bancshares, Inc. and HSBC North America Holdings, Inc. file this motion subject to
their respective pending motions to dismiss.

Dockets.Justia.co

Dated: February 26, 2007.                    Respectfully submitted,


By:    /s/ Larry D. Carlson
       Larry D. Carlson, Attorney-in-Charge
            Texas State Bar No. 03814500
            E-Mail: larry.carlson@bakerbotts.com
       Fernando Rodriguez, Jr.
            Texas State Bar No. 24005048
            E-Mail: fernando.rodriguez@bakerbotts.com
       David O. Taylor
            Texas State Bar No. 24042010
            E-Mail: david.taylor@bakerbotts.com
       BAKER BOTTS L.L.P.
       2001 Ross Avenue, Suite 600
       Dallas, Texas 75201
       Telephone: (214) 953-6500
       Facsimile: (214) 953-6503

       Donalt J. Eglinton
            E-Mail: dje@wardandsmith.com
       WARD AND SMITH, P.A.
       Post Office Box 867
       New Bern, North Carolina 28563
       Telephone: (252) 672-5456
       Facsimile: (252) 672-5477

       ATTORNEYS FOR DEFENDANTS FIRST-
       CITIZENS BANK & TRUST COMPANY AND
       FIRST CITIZENS BANCSHARES, INC.



By:    /s/ Anthony H. Son
       Melvin R. Wilcox, III
       mrw@smeadlaw.com
       Smead, Anderson & Dunn LLP
       2110 Horseshoe Ln
       PO Box 3343
       Longview, Texas 75606
       Telephone: (903) 232-1892
       Facsimile: (903) 232-1881

John J. Feldhaus
jfeldhaus@foley.com
Anthony H. Son
ason@foley.com
George Beck
gbeck@foley.com
FOLEY & LARDNER LLP
3000 K Street, N.W.
Washington, D.C. 2007
Telephone: (202) 672-5300
Facsimile: (202) 672-5399

Jeremy M. Thompson
jmthompson@foley.com
FOLEY & LARDNER LLP
111 N. Orange Ave., Ste. 1800
Orlando, FL 32801
Telephone: (407) 423-7656
Facsimile: (407) 648-1743

ATTORNEYS FOR DEFENDANTS U.S.
BANCORP; U.S. BANK NATIONAL
ASSOCIATION; NATIONAL CITY
CORPORATION; AND NATIONAL CITY BANK

By:     /s/ Glen M. Boudreaux
        Glen M. Boudreaux
        State Bar No. 02696500
        Lead Attorney for HSBC Bank USA, N.A. and
        HSBC North America Holdings, Inc.
        Boudreaux, Leonard, Hammond & Curcio, P.C.
        Two Houston Center
        909 Fannin, Suite 2350
        Houston, Texas 77010
        Tel: (713) 757-0000
        Fax: (713) 757-0178
        gboudreaux@blhc-law.com

Of Counsel:

Boudreaux , Leonard, Hammond & Curcio, P.C.
Tim S. Leonard
State Bar No. 12211200
909 Fannin, Suite 2350
Houston, Texas 77010
Tel. (713) 757-0000
Fax (713) 757-0178
Email: tleonard@blhc-law.com

Wilmer Hale
John M. Hintz
Irah H. Donner
Amr O. Aly
399 Park Avenue
New York, New York 10022
Tel: (212) 230-8800
Fax: (212) 230-8888
Irah.donner@wilmerhale.com

Locke Lidell
Roy Hardin
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
Tel.: (214) 740-8556
Fax: (214) 740-8800
rhardin@lockelidell.com

Law Offices of Richard Grainger
Richard Grainger
118 West Houston Street
Tyler, Texas 75710
Tel.: (903) 595-3514
Fax:  (903) 595-5360
graingerpc@aol.com

ATTORNEYS FOR HSBC BANK USA, N.A.
AND HSBC NORTH AMERICA HOLDINGS,
INC.

By:    /s/ Ed Chin

Nicole Reed
State Bar No. 24041759
Rod Cooper
State Bar No. 90001628
Edward Hohn,
Attorney-in-Charge
State Bar No. 09813240
Ed Chin
State Bar No. 50511688
Nix Patterson & Roach, L.L.P.
5215 N. O'Connor Blvd., Ste 1900
Irving, Texas 75039
972.831.1188; 972.444.0716 fax
nicolereed@nixlawfirm.com
rodcooper@nixlawfirm.com
edhohn@nixlawfirm.com
edchin@nixlawfirm.com

C. Cary Patterson
State Bar No. 15587000
Brady Paddock
State Bar No. 00791394
Anthony Bruster
State Bar No. 24036280
R. Benjamin King
State Bar No. 24048592
Nix Patterson & Roach L.L.P.
2900 St. Michael Drive, Suite 500
Texarkana, Texas 75503
903.223.3999; 903.223.8520 fax
ccp@nixlawfirm.com
akbruster@nixlawfirm.com
bpaddock@nixlawfirm.com
benking@nixlawfirm.com

Joe Kendall
State Bar No. 11260700
Karl Rupp
State Bar No. 24035243
PROVOST * UMPHRY, L.L.P.
3232 McKinney Avenue, Ste 700
Dallas, Texas 75204
214.744.3000; 214.744.3015 fax
jkendall@provostumphrey.com
krupp@provostumphrey.com

Eric M. Albritton
State Bar No. 00790215
Albritton Law Firm
P.O.Box 2649
Longview, Texas 75606
903.757.8449; 903.758.7397 fax
ema@emafirm.com

T. John Ward, Jr.
State Bar No. 00794818
Law Office of T. John Ward, Jr.
P.O. Box 1231
Longview, Texas 75601
903.757.6400; 903.757.2323 fax
jw@jwfirm.com

ATTORNEYS FOR PLAINTIFF
DATATREASURY CORPORATION

## CERTIFICATE OF CONFERENCE

I certify that (1) on February 23, 2007, I conferred via email with Plaintiff's counsel regarding the above Motion for Enlargement of Time, and they indicated that they do not oppose this Motion and the relief it requests, and (2) on February 26, 2007, a copy of this motion was emailed to Plaintiff's counsel. The parties agreed on the motion and the relief it requests.

                        /s/ Larry D. Carlson
                        Larry D. Carlson


## CERTIFICATE OF SERVICE

I certify that on February 26, 2007, all counsel who are deemed to have consented to electronic service are being served with a copy of this document via electronic transmission.

                        /s/ Larry D. Carlson
                        Larry D. Carlson