UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATA TREASURY CORPORATION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 2:06-CV-72 DF |
| WELLS FARGO & COMPANY; et al., | § § § | |
| Defendants. | § | |

## ORDER

The Court having considered the Motion For Leave To Extend The Page Limit for Sur-reply by DataTreasury Corporation, hereby determines that said motion should be, and hereby is, GRANTED.  SO ORDERED.

**SIGNED this 27th day of February, 2007.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE