IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **DATATREASURY CORPORATION** | § | |
| | § | |
| v. | § | Cause No. 2:06cv72(DF) |
| | § | |
| **WELLS FARGO & COMPANY, ET AL** | § | |

**SEPARATE DEFENDANT, DEUTSCHE BANK TRUST COMPANY AMERICAS'
UNOPPOSED MOTION TO EXTEND P.R. 3-4 DEADLINE**

COMES NOW Separate Defendant, Deutsche Bank Trust Company Americas, (hereinafter "Deutsche") by and through their attorneys of record, YOUNG, PICKETT & LEE, and for their Unopposed Motion to Extend P.R. 3-4 Deadline states as follows:

Pursuant to the Second Amended Docket Control Order (Docket No. 451), the deadline for Deutsche to produce documents pursuant to Local Patent Rule 3-4 is February 26, 2007.

Plaintiff has agreed that the deadline for Deutsche to produce documents pursuant to Local Patent Rule 3-4 should be extended to March 12, 2007.

This extension is not sought for purposes of delay, and no other deadlines will be affected. Further, this extension will not result in prejudice to any party or to the Court, and will not unduly delay the proceedings.

**WHEREFORE, PREMISES CONSIDERED**, Deutsche respectfully requests that the Court grant this Unopposed Motion to Extend P.R. 3-4 Deadline.

Respectfully submitted,

*/s/ Lance Lee*
Lance Lee
Texas Bar No. 24004762
**YOUNG, PICKETT & LEE**

                4122 Texas Blvd.-P.O. Box 1897
                Texarkana, TX-AR 75504-1897
                Telephone:   903/794-1303
                Facsimile:    903/792-5098

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to FED.R.CIV.P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy via email transmission, facsimile and/or U.S. Mail this 27th day of February, 2007.

                */s/ Lance Lee*
                Lance Lee

## CERTIFICATE OF CONFERENCE

The undersigned has conferred with counsel for the Plaintiff regarding the relief requested herein. Plaintiff's counsel advised that they do not oppose this Motion.

                */s/ Lance Lee*
                Lance Lee