# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| **DATATREASURY CORPORATION** | § | |
| | § | |
| v. | § | Cause No. 2:06cv72(DF) |
| | § | |
| **WELLS FARGO & COMPANY, ET AL** | § | |

## **ORDER**

Before the Court is Separate Defendant Deutsche Bank Trust Company Americas' Unopposed Motion to Extend P.R. 3-4 Deadline. Having considered the Motion, the Court finds that it is well taken. Therefore, it is hereby

ORDERED, ADJUDGED and DECREED that Separate Defendant Deutsche Bank Trust Company Americas' Unopposed Motion to Extend P.R. 3-4 Deadline is GRANTED.