## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORPORATION | § | |
| Plaintiff | § | |
| | § | Civil Action No. 2:06-CV-72 (DF) |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| WELLS FARGO & COMPANY, ET AL., | § | |
| Defendants | § | |
| | § | |

### ORDER GRANTING JOINT AGREED MOTION TO EXTEND CERTAIN DEADLINES

Before the Court is this Joint Agreed Motion to Extend Certain Deadlines. Having considered the matter, the Court GRANTS the motion and hereby extends the deadlines as set forth below.

| Step | Action | Current Deadline | New Deadline |
|---|---|---|---|
| 9 | Parties make Exchange of Preliminary Claim Constructions and Extrinsic Evidence in Support of Respective Claim Constructions | 2/26/07 | 3/12/07 |
| 10 | Parties meet and confer to discuss Preliminary Claim Constructions and Extrinsic Evidence | 3/02/07 | 3/16/07 |

**SIGNED this 27th day of February, 2007.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE