IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORPORATION | § | Civil Action No. 2:06-CV-72 |
| *Plaintiff* | § | |
| *vs.* | § | Judge David Folsom |
| | § | |
| WELLS FARGO & COMPANY, *et al.* | § | |
| *Defendants* | § | |
| | § | |

# ORDER

Before the Court is Defendants PNC Bank N.A.'s, The PNC Financial Services Group, Inc.'s, KeyCorp's and KeyBank N.A.'s Unopposed Motion to Extend P.R. 3-4 Deadline. Having considered the Motion, the Court finds that it is meritorious and should be GRANTED.

It is therefore ORDERED that the deadline for Defendants PNC Bank N.A., The PNC Financial Services Group, Inc., KeyCorp and KeyBank N.A. to produce documents pursuant to Local Patent Rule 3-4 is extended until March 12, 2007.

**SIGNED this 27th day of February, 2007.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE