UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORPORATION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO.  2:06-CV-72-DF |
| v. | § | |
| | § | |
| WELLS FARGO & COMPANY, et al. | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING AGREED MOTION FOR ENLARGEMENT OF TIME IN WHICH
TO PRODUCE DOCUMENTS PURSUANT TO PATENT L.R. 3-4(a) BY DEFENDANTS
FIRST CITIZENS BANCSHARES, INC; FIRST-CITIZENS BANK & TRUST
COMPANY; HSBC BANK USA, N.A.; HSBC NORTH AMERICA HOLDINGS, INC.;
U.S. BANCORP; U.S. BANK, NATIONAL ASSOCIATION; NATIONAL CITY
CORPORATION; AND NATIONAL CITY BANK**

Before the Court is the Agreed Motion for Enlargement of Time in Which to Produce

Documents Pursuant to Patent L.R. 3-4(a) by Defendants First Citizens BancShares, Inc.; First-

Citizens Bank & Trust Company; HSBC Bank USA, N.A.; HSBC North America Holdings, Inc.;

U.S. Bancorp; U.S. Bank, National Association; National City Corporation; and National City

Bank.  The Court grants the Agreed Motion for Enlargement of Time and orders that the time to

produce documents pursuant to Patent L.R. 3-4(a) is extended to **March 28, 2007,** and that the

Court's Second Amended Docket Control Order be amended to reflect this extension.

SO ORDERED.

**SIGNED this 27th day of February, 2007.**


_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE

DAL01:945839.2