# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| DATA TREASURY CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> WELLS FARGO & COMPANY; et al., <br><br> Defendants. | 2:06-CV-72 DF |

### ORDER GRANTING WELLS FARGO & COMPANY AND WELLS FARGO BANK, N.A.'s UNOPPOSED MOTION FOR LEAVE TO EXTEND THE PAGE LIMIT FOR REPLY

On this day the Court considered Wells Fargo & Company and Wells Fargo Bank, N.A.'s Unopposed Motion for Leave to Extend the Page Limit for Reply (the "Motion to Extend"). After considering the Motion to Extend and other matters of record, the Court is of the opinion that the Motion to Extend is meritorious and should be granted. It is therefore,

ORDERED that the page limitation for Wells Fargo & Company and Wells Fargo Bank, N.A.'s Reply in Support of Motion to Dismiss or, in Alternative, to Stay Pending Arbitration is extended from 10 pages to 15 pages, excluding signature blocks, certificate of service, and attachments. It is further ordered, that Wells Fargo & Company and Wells Fargo Bank, N.A.'s Reply in Support of Motion to Dismiss or, in the Alternative, to Stay Pending Arbitration is hereby deemed filed as of the date this order is entered.

SIGNED this 28th day of February, 2007.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　DAVID FOLSOM
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE