# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| **DATATREASURY CORPORATION** § | |
| § | |
| **Plaintiff,** § | |
| vs. § | Civil Action No. 2:06-CV72DF |
| § | |
| **WELLS FARGO & COMPANY, et al.** § | |
| § | |
| **Defendants.** § | |

## ORDER ON DEFENDANT'S MOTION TO DISMISS
## FOR LACK OF PERSONAL JURISDICTION

After considering Defendant HSBC North America Holdings Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction Under Rule 12(b)(2), Docket Number 85, the response thereto, and the reply thereto, the Court:

**GRANTS** the motion and dismisses Plaintiff DataTreasury Corporation's claims against HSBC North America Holdings Inc.

SIGNED on this the _____ day of _____, 2007.

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE