IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **DATATREASURY CORPORATION** § | |
| § | |
| **Plaintiff,** § | |
| vs. § | Civil Action No. 2:06-CV72DF |
| § | |
| **WELLS FARGO & COMPANY, et al.** § | |
| § | |
| **Defendants.** § | |

### ORDER ON PLAINTIFF'S MOTION TO COMPEL CERTAIN DOCUMENTS RELATING TO DEFENDANT HSBC NORTH AMERICA HOLDINGS INC.'S JURISDICTIONAL CHALLENGE

After considering Plaintiff DataTreasury Corporation's Motion to Compel Certain Documents Relating to Defendant HSBC North America Holdings Inc.'s Jurisdictional Challenge, Docket Number 524, and the response thereto, the Court:

**DENIES** the motion.

SIGNED on this the _____ day of _____, 2007.

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE