IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DATATREASURY CORPORTION §<br>    *Plaintiff/Counter-Defendant* §<br>§<br>vs. §<br>§<br>WELLS FARGO & COMPANY; §<br>WELLS FARGO BANK, NATIONAL §<br>ASSOCIATION §<br>    *Defendants/Counter-Plaintiff* § | No. 2:06cv72 (DF)<br>Jury Trial Demanded |

# DATATREASURY'S ANSWER TO COMERICA INCORPORATED AND COMERICA BANK AND TRUST, NATIONAL ASSOCIATION'S COUNTERCLAIMS

Plaintiff/Counter-Defendant DataTreasury Corporation hereby files its Answer to Comerica Incorporated and Comerica Bank and Trust, National Association ("Comerica Bank & Trust, N.A.") (collectively "Comerica"), Counterclaims to Plaintiff's First Amended Complaint for Patent Infringement and in support thereof, states as follows:

## COUNTERCLAIM

1.     Plaintiff/Counter-Defendant denies that Comerica is entitled to a declaration of non-infringement as to the '988, '137, '007 and '868 Patents as alleged in paragraph 1 of Comerica's Counterclaim.

2.     Plaintiff/Counter-Defendant denies that Comerica is entitled to a declaration of invalidity as to the '988, '137, '007 and '868 Patents as alleged in paragraph 2 of Comerica's Counterclaim.

## JURISDICTION AND VENUE

3.     Plaintiff/Counter-Defendant admits the allegations contained in paragraph 3 of Comerica's Counterclaim.

4.     Plaintiff/Counter-Defendant admits the allegations contained in paragraph 4 of Comerica's Counterclaim.

## THE PARTIES

5.     Plaintiff/Counter-Defendant can neither admit or deny that Comerica is a national banking association authorized to do business under the laws of the United States as alleged in paragraph 5 of Comerica's Counterclaim. Plaintiff/Counter-Defendant admits that DataTreasury is a Delaware corporation with is principal place of business at 101 East Park Boulevard, #600, Plano, Texas 75074, as alleged in paragraph 5 of Comerica's Counterclaim.

## COUNT 1

(Declaratory Judgment of Non-Infringement, 28 U.S.C. §§ 2201-2202)

6.     Plaintiff/Counter-Defendant admits the allegations contained in paragraphs 6 thru 7 of Comerica's Counterclaim.

7.     Plaintiff/Counter-Defendant denies that Comerica is entitled to a Declaratory Judgment of Non-Infringement, as to the '007 Patent as alleged in paragraphs 8 thru 9 of the first counterclaim of Comerica's Counterclaim.

## COUNT II

(Declaratory Judgment of Non-Infringement, 28. U.S.C. §§ 2201-2202)

8.     Plaintiff/Counter-Defendant admits the allegations contained in paragraphs 10 thru 11 of Comerica's Counterclaim.

9. Plaintiff/Counter-Defendant denies that Comerica is entitled to a Declaratory Judgment of Non-Infringement, as to the '868 Patent as alleged in paragraphs 12 thru 13 of the second counterclaim of Comerica's Counterclaim.

### COUNT III

(Declaratory Judgment of Invalidity, 28 U.S.C. §§ 2201-2202)

10. Plaintiff/Counter-Defendant admits that it has alleged that Comerica Bank & Trust, N.A. has infringed, contributed to the infringement of, or induced others to infringe the '007 Patent as alleged in paragraph 14 of the third counterclaim of Comerica's Counterclaim. Plaintiff/Counter-Defendant denies that some or all of the claims of the '007 Patent are invalid as alleged in paragraph 14 of the third counterclaim of Comerica's Counterclaim.

11. Plaintiff/Counter-Defendant admits the allegations contained in paragraph 15 of the third counterclaim of Comerica's Counterclaim.

12. Plaintiff/Counter-Defendant denies that Comerica is entitled to a Declaratory Judgment of Invalidity, as to the '007 Patent as alleged in paragraphs 16 thru 17 of the third counterclaim of Comerica's Counterclaim.

### COUNT IV

(Declaratory Judgment of Invalidity, 28 U.S.C. §§ 2201-2202)

13. Plaintiff/Counter-Defendant admits that it has alleged that Comerica Bank & Trust, N.A. has infringed, contributed to the infringement of, or induced others to infringe the '868 Patent as alleged in paragraph 18 of the fourth counterclaim of Comerica's Counterclaim. Plaintiff/Counter-Defendant denies that some or all of the claims of the

'868 Patent are invalid as alleged in paragraph 18 of the fourth counterclaim of Comerica's Counterclaim.

14.     Plaintiff/Counter-Defendant admits the allegations contained in paragraph 19 of the fourth counterclaim of Comerica's Counterclaim.

15.     Plaintiff/Counter-Defendant denies that Comerica is entitled to a Declaratory Judgment of Invalidity, as to the '868 Patent as alleged in paragraphs 20 thru 21 of the fourth counterclaim of Comerica's Counterclaim.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff/Counter-Defendant prays for judgment against Defendants/Counter-Plaintiffs as follows:

A.  For judgment dismissing the counterclaims with prejudice;

B.  For a declaration that this is an exceptional case, and an award to Plaintiff/Counter-Defendant of its costs and attorneys' fees incurred herein;

C.  An award of the costs of this action; and

D.  That Plaintiff/Counter-Defendant be awarded such other and further relief as the Court may deem just and proper, including all relief requested in Plaintiff's Complaint.

Respectfully submitted,

_____/S/_____
**EDWARD L. VON HOHN**, Attorney in Charge
State Bar No. 09813240
**ROD COOPER**
State Bar No. 90001628
**EDWARD CHIN**
STATE BAR NO. 50511688
**NIX PATTERSON & ROACH LLP**
5215 N. O'Connor Blvd. Ste. 1900
Irving, Texas  75039
972.831.1188 (telephone)
972.692.5445 (facsimile)
edhohn@nixlawfirm.com
rodcooper@nixlawfrm.com
edchin@nixlawfirm.com

**C. CARY PATTERSON**
State Bar No. 15587000
**BRADY PADDOCK**
State Bar No. 00791394
**ANTHONY BRUSTER**
State Bar No. 24036280
**R. BENJAMIN KING**
State Bar No. 24048592
**NIX PATTERSON & ROACH L.L.P.**
2900 St. Michael Drive, Suite 500
Texarkana, Texas  75503
903.223.3999 (telephone)
903.223.8520 (facsimile)
akbruster@nixlawfirm.com
bpaddock@nixlawfirm.com
benking@nixlawfirm.com

**JOE KENDALL**
State Bar No. 11260700
**KARL RUPP**
State Bar No. 24035243
**PROVOST * UMPHREY, L.L.P.**
3232 McKinney Avenue, Ste. 700
Dallas, Texas  75204
214.744.3000 (telephone)
214.744.3015 (facsimile)
jkendall@provostumphrey.com
krupp@provostumphrey.com

**ERIC M. ALBRITTON**
State Bar ;No. 00790215
**ALBRITTON LAW FIRM**
P.O. Box 2649
Longview, Texas  75606
903.757.8449 (telephone)
903.758.7397 (facsimile)
ema@emafirm.com

**DataTreasury's Answer to Counterclaim**
**by Comerica**                                                                                                  **Page 5**

**T. JOHN WARD, JR.**
State Bar No. 00794818
**LAW OFFICE OF T. JOHN WARD, JR.**
P.O. Box 1231
Longview, Texas 75601
903.757.6400 (telephone)
903.757.2323 (facsimile)
jw@jwfirm.com

**ATTORNEYS FOR PLAINTIFF/COUNTER-DEFENDANT, DATATREASURY CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record, via CM/ECF, on the 1st day of March, 2007.

_____/S/_____
Edward Lewis von Hohn