IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORPORTION | § | |
|     *Plaintiff/Counter-Defendant* | § | |
| | § | |
| vs. | § | No. 2:06cv72 (DF) |
| | § | Jury Trial Demanded |
| WELLS FARGO & COMPANY; | § | |
| WELLS FARGO BANK, NATIONAL | § | |
| ASSOCIATION | § | |
|     *Defendants/Counter-Plaintiff* | § | |

## DATATREASURY'S ANSWER TO UBS AMERICAS, INC.'S COUNTERCLAIM

Plaintiff/Counter-Defendant DataTreasury Corporation hereby files its Answer to UBS Americas, Inc.'s (UBSAI) Counterclaims to Plaintiff's First Amended Complaint for Patent Infringement and in support thereof, states as follows:

### PARTIES

1.  Plaintiff/Counter-Defendant admits the allegations in paragraphs 96 thru 97 of UBSAI's Counterclaim.

### JURISDICTION AND VENUE

2.  Plaintiff/Counter-Defendant admits the allegations contained in paragraphs 98 thru 99 of UBSAI.'s Counterclaim.

### COUNT ONE – DECLARATORY RELIEF REGARDING NON-INFRINGEMENT

3.  Plaintiff/Counter-Defendant admits the allegations contained in paragraph 100 of UBSAI's Counterclaim.

4.     Plaintiff/Counter-Defendant denies that UBSAI is entitled to a Declaratory Judgment of Non-Infringement, as alleged in paragraph 101 of the first counterclaim of UBSAI.'s Counterclaim.

## COUNT TWO – DECLARATORY RELIEF REGARDING INVALIDITY

5.     Plaintiff/Counter-Defendant admits the allegations contained in paragraph 102 of UBSAI's Counterclaim.

6.     Plaintiff/Counter-Defendant denies that UBSAI. is entitled to a Declaratory Judgment of Invalidity, as alleged in paragraph 103 of the second counterclaim of UBSAI.'s Counterclaim.

## EXCEPTIONAL CASE

7.     Plaintiff/Counter-Defendant denies that UBSAI is entitled to recover attorney's fees under 35 U.S.C. §285 as alleged in paragraph 104 of UBSAI.'s Counterclaim.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff/Counter-Defendant prays for judgment against Defendants/Counter-Plaintiffs as follows:

   A.   For judgment dismissing the counterclaims with prejudice;

   B.   For a declaration that this is an exceptional case, and an award to Plaintiff/Counter-Defendant of its costs and attorneys' fees incurred herein;

   C.   An award of the costs of this action; and

   D.   That Plaintiff/Counter-Defendant be awarded such other and further relief as the Court may deem just and proper, including all relief requested in Plaintiff's Complaint.

Respectfully submitted,

_____/S/_____
**EDWARD L. VON HOHN**, Attorney in Charge
State Bar No. 09813240
**ROD COOPER**
State Bar No. 90001628
**EDWARD CHIN**
STATE BAR NO. 50511688
 **NIX PATTERSON & ROACH LLP**
5215 N. O'Connor Blvd. Ste. 1900
Irving, Texas 75039
972.831.1188 (telephone)
972.692.5445 (facsimile)
edhohn@nixlawfirm.com
rodcooper@nixlawfrm.com
edchin@nixlawfirm.com

**C. CARY PATTERSON**
State Bar No. 15587000
**BRADY PADDOCK**
State Bar No. 00791394
**ANTHONY BRUSTER**
State Bar No. 24036280
**R. BENJAMIN KING**
State Bar No. 24048592
**NIX PATTERSON & ROACH L.L.P.**
2900 St. Michael Drive, Suite 500
Texarkana, Texas 75503
903.223.3999 (telephone)
903.223.8520 (facsimile)
akbruster@nixlawfirm.com
bpaddock@nixlawfirm.com
benking@nixlawfirm.com

**JOE KENDALL**
State Bar No. 11260700
**KARL RUPP**
State Bar No. 24035243
**PROVOST * UMPHREY, L.L.P.**
3232 McKinney Avenue, Ste. 700
Dallas, Texas 75204
214.744.3000 (telephone)
214.744.3015 (facsimile)
jkendall@provostumphrey.com
krupp@provostumphrey.com

**ERIC M. ALBRITTON**
State Bar ;No. 00790215
**ALBRITTON LAW FIRM**
P.O. Box 2649
Longview, Texas 75606
903.757.8449 (telephone)
903.758.7397 (facsimile)
ema@emafirm.com

**T. JOHN WARD, JR.**
State Bar No. 00794818
**LAW OFFICE OF T. JOHN WARD, JR.**
P.O. Box 1231
Longview, Texas 75601
903.757.6400 (telephone)
903.757.2323 (facsimile)
jw@jwfirm.com

**ATTORNEYS FOR PLAINTIFF/COUNTER-DEFENDANT, DATATREASURY CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record, via CM/ECF, on the 1st day of March, 2007.

_____/S/_____
Edward Lewis von Hohn