IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DATATREASURY CORPORTION § | |
| *Plaintiff/Counter-Defendant* § | |
| § | |
| vs. § | No. 2:06cv72 (DF) |
| § | Jury Trial Demanded |
| WELLS FARGO & COMPANY; § | |
| WELLS FARGO BANK, NATIONAL § | |
| ASSOCIATION § | |
| *Defendants/Counter-Plaintiff* § | |

## DATATREASURY'S ANSWER TO HSBC BANK USA, N.A.'S COUNTERCLAIMS

Plaintiff/Counter-Defendant DataTreasury Corporation hereby files its Answer to HSBC Bank USA, N.A.'s ("HSBC Bank") Counterclaims to Plaintiff's First Amended Complaint for Patent Infringement and in support thereof, states as follows:

## JURISDICTION AND VENUE

1.    Plaintiff/Counter-Defendant admits the allegations contained in paragraphs 102 thru 103 of HSBC Bank's Counterclaims.

2.    Plaintiff/Counter-Defendant admits the allegations contained in paragraphs 104 thru 105 of HSBC Bank's Counterclaims.

## FIRST COUNTERCLAIM FOR RELIEF

### (Declaratory Judgment – Non-Infringement)

3.    In paragraph 106 of Defendants' Counterclaim, HSBC Bank has incorporated Paragraphs 93 through 100 of Defendant's Answer which are affirmative defenses by Defendant HSBC Bank for which Defendant has the burden of proof, and no response is required by Plaintiff/Counter-Defendant. However, in the event any response would be

required by Plaintiff/Counter-Defendant, DataTreasury Corporation responds to each of the affirmative defenses contained in paragraphs 93 through 100 as denied.

4. Plaintiff/Counter-Defendant admits the allegations contained in paragraph 107 of the first counterclaim of HSBC Bank's Counterclaims.

5. Plaintiff/Counter-Defendant admits the allegations contained in paragraph 108 of the first counterclaim of HSBC Bank's Counterclaim.

6. Plaintiff/Counter-Defendant denies the allegations contained in paragraph 109 of the first counterclaim of HSBC Bank's Counterclaim.

7. Plaintiff/Counter-Defendant denies that HSBC Bank is entitled to a judicial declaration of non-infringement as to the '988, '137, '007, and '868 Patents, as alleged in paragraph 110 of the first counterclaim of HSBC Bank's Counterclaim.

## SECOND COUNTERCLAIM FOR RELIEF

### (Declaratory Judgment - Invalidity)

8. In paragraph 111 of Defendants' Counterclaim, HSBC Bank has incorporated Paragraphs 93 through 100 of Defendant's Answer which are affirmative defenses by Defendant HSBC Bank for which Defendant has the burden of proof, and no response is required by Plaintiff/Counter-Defendant. However, in the event any response would be required by Plaintiff/Counter-Defendant, DataTreasury Corporation responds to each of the affirmative defenses contained in paragraphs 93. through 100 as denied.

9. Plaintiff/Counter-Defendant denies the allegations contained in paragraph 112 of the second counterclaim of HSBC Bank's Counterclaims.

10. Plaintiff/Counter-Defendant denies that HSBC Bank is entitled to a judicial declaration of invalidity as to the '988, '137, '007, and '868 Patents as alleged in paragraph 113 of the second counterclaim of HSBC Bank's Counterclaims.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff/Counter-Defendant prays for judgment against Defendants/Counter-Plaintiffs as follows:

A. For judgment dismissing the counterclaims with prejudice;

B. For a declaration that this is an exceptional case, and an award to Plaintiff/Counter-Defendant of its costs and attorneys' fees incurred herein;

C. An award of the costs of this action; and

D. That Plaintiff/Counter-Defendant be awarded such other and further relief as the Court may deem just and proper, including all relief requested in Plaintiff's Complaint.

Respectfully submitted,

_____/S/_____
**EDWARD L. VON HOHN**, Attorney in Charge
State Bar No. 09813240
**ROD COOPER**
State Bar No. 90001628
**EDWARD CHIN**
STATE BAR NO. 50511688
 **NIX PATTERSON & ROACH LLP**
5215 N. O'Connor Blvd. Ste. 1900
Irving, Texas 75039
972.831.1188 (telephone)
972.692.5445 (facsimile)
edhohn@nixlawfirm.com
rodcooper@nixlawfrm.com
edchin@nixlawfirm.com

**C. C**ARY **P**ATTERSON
State Bar No. 15587000
**B**RADY **P**ADDOCK
State Bar No. 00791394
**A**NTHONY **B**RUSTER
State Bar No. 24036280
**R. B**ENJAMIN **K**ING
State Bar No. 24048592
**N**IX **P**ATTERSON **& R**OACH **L.L.P.**
2900 St. Michael Drive, Suite 500
Texarkana, Texas  75503
903.223.3999 (telephone)
903.223.8520 (facsimile)
akbruster@nixlawfirm.com
bpaddock@nixlawfirm.com
benking@nixlawfirm.com

**J**OE **K**ENDALL
State Bar No. 11260700
**K**ARL **R**UPP
State Bar No. 24035243
**P**ROVOST **\* U**MPHREY**, L.L.P.**
3232 McKinney Avenue, Ste. 700
Dallas, Texas  75204
214.744.3000 (telephone)
214.744.3015 (facsimile)
jkendall@provostumphrey.com
krupp@provostumphrey.com



**E**RIC **M. A**LBRITTON
State Bar ;No. 00790215
**A**LBRITTON **L**AW **F**IRM
P.O. Box 2649
Longview, Texas  75606
903.757.8449 (telephone)
903.758.7397 (facsimile)
ema@emafirm.com

**T. J**OHN **W**ARD**, J**R**.**
State Bar No. 00794818
**L**AW **O**FFICE OF **T. J**OHN **W**ARD**, J**R**.**
P.O. Box 1231
Longview, Texas  75601
903.757.6400 (telephone)
903.757.2323 (facsimile)
jw@jwfirm.com

**ATTORNEYS FOR PLAINTIFF/COUNTER-DEFENDANT,DATATREASURY CORPORATION**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record, via CM/ECF, on the 1st day of March, 2007.

_____/S/_____
Edward Lewis von Hohn