# Affidavit of Brian G. Harris

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

DATATREASURY CORPORATION

    Plaintiff,

vs.

WELLS FARGO & COMPANY, et al.

    Defendants.

Civil Action No. 2:06cv72

### AFFIDAVIT OF BRIAN G. HARRIS

State of Virginia §
§
County of Fairfax §

BEFORE ME, the undersigned notary public, on this day personally appeared before me Brian G. Harris who, being by me first duly sworn, on oath stated as follows:

1. My name is Brian G. Harris. I am over the age of 18 and competent to make this affidavit. I am an attorney at Pillsbury Winthrop Shaw Pittman LLP, counsel for Union Bank of California. I am a member in good standing of the State Bar of Virginia. I have personal knowledge of the facts set forth in this Affidavit.

2. Attached as Exhibit A is a true and correct copy of portions the deposition transcript of David Anderson taken on February 7, 2007. Relevant portions thereof have been electronically highlighted and accurately explained in the body of the Opposition filed with this Affidavit.

400535230v1

3. Attached as Exhibit B is a true and correct copy of Defendants UnionBanCal Corporation's Objections and Responses to Plaintiff's First Set of Request for Admission Regarding Jurisdictional Discovery to Defendant UnionBanCal Corporation. Relevant portions thereof have electronically highlighted and accurately explained in the body of the Opposition filed with this Affidavit.

4. Attached as Exhibit C is a true and correct copy of Defendants UnionBanCal Corporation's Objections and Responses to Plaintiff's First Set of Interrogatories Regarding Jurisdictional Discovery to Defendant UnionBanCal Corporation. Relevant portions thereof have electronically highlighted and accurately explained in the body of the Opposition filed with this Affidavit.

5. Attached as Exhibit D is a true and correct copy of Defendants UnionBanCal Corporation's Objections and Responses to Plaintiff's First Set for Production Regarding Jurisdictional Discovery to Defendant UnionBanCal Corporation. Relevant portions thereof have electronically highlighted and accurately explained in the body of the Opposition filed with this Affidavit.

Further Affiant sayeth not.

Brian G. Harris

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, on this 1st day of March 2007.

Notary Public

My Commission Expires: 1/31/2012

400535230v1