# Exhibit A

Cause No.: 2:06-CV-72 DF
DataTreasury Corporation
v.
Wells Fargo & Company, et al.

# Transcript of the Testimony of
# David Anderson

February 7, 2007

By: Lisa Gretarsson, CSR

Gretchen Shore Court Reporting & Litigation Support
Phone:(903) 758-2183
Fax:(903) 758-4890
Email:gretchenshore@gretchenshore.com
Internet: www.gretchenshore.com

```
                                                              Page 1
 1              UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF TEXAS
 2                   MARSHALL DIVISION

 3  DATATREASURY CORPORATION,   )(
                                )(
 4       Plaintiff,             )(
                                )(
 5  VS                          )(   CIVIL ACTION NO.
                                )(   2:06-CV-72 (DF)
 6  WELLS FARGO & COMPANY,      )(
    et al.,                     )(
 7                              )(
         Defendants.            )(
 8

 9

10

11      VIDEOTAPED ORAL DEPOSITION OF DAVID ANDERSON

12                   FEBRUARY 7, 2007

13

14

15      VIDEOTAPED ORAL DEPOSITION OF DAVID ANDERSON,

16  produced as a witness at the instance of the Plaintiff,

17  and duly sworn, was taken in the above-styled and

18  above-numbered cause on the 7th day of February, 2007,

19  from 9:21 a.m. to 4:27 p.m., before Lisa J. Gretarsson,

20  CSR in and for the state of Texas, reported by machine

21  shorthand, at the offices of Pillsbury, Winthrop, Shaw,

22  Pittman, LLP, 50 Fremont, Suite 400, located in the city

23  of San Francisco, state of California, pursuant to the

24  Federal Rules of Civil Procedure and the provisions

25  stated on the record.
```

Page 25

1   Q.   In your role as an officer of UnionBanCal,  09:57
2 does the term "commercial deposits" have any meaning to  09:57
3 you?  09:57
4   A.   UnionBanCal has no commercial deposits, has no  09:57
5 products or services.  09:57
6   Q.   In your role as an employee of Union Bank of  09:57
7 California, does the term "commercial deposits" have any  09:57
8 particular meaning to you?  09:57
9   A.   Yes.  09:57
10  Q.   And what is that understanding?  How is  09:57
11 that -- let me rephrase that.  How is that relevant to  09:57
12 Union Bank of California?  09:57
13  A.   It's a product.  09:57
14  Q.   What kind of product?  09:57
15  A.   It's a product or service of a commercial  09:57
16 bank.  09:58
17  Q.   Can you describe what a -- in more detail what  09:58
18 a commercial deposit is?  09:58
19  A.   I'm not involved in that area.  09:58
20  Q.   Do you have any understanding as to what a  09:58
21 commercial deposit is?  09:58
22  A.   As any individual would.  09:58
23  Q.   And as an individual, what is your  09:58
24 understanding of what a commercial deposit is?  09:58
25  A.   Opening accounts for customers who want to  09:58

Page 29

| | | |
|---|---|---|
| 1 | A. | Wire transfer instructions. | 10:02 |
| 2 | Q. | Can you think of any other examples? | 10:02 |
| 3 | A. | I suppose writing and depositing, anything 4 else that can go on in a customer's account initiated by 5 the customer.  So I suppose maybe that example of your 6 debit to that account is a transaction.  I'm not sure 7 I'd consider it a treasury-management function.  That's 8 a customer-initiated transaction. | |
| 9 | Q. | And these examples that you just gave, would 10 you consider those to be banking activities? | |
| 11 | A. | Servicing a customer's account is a banking 12 activity. | |
| 13 | Q. | In your role as an officer of UnionBanCal, 14 does the term "real estate lending" have any meaning to 15 you? | |
| 16 | A. | No.  The UnionBanCal has no products or 17 services for customers. | |
| 18 | Q. | In your role as an employee of Union Bank of 19 California, does the term "real estate lending" have any 20 meaning to you? | |
| 21 | A. | Yes.  It's a -- a product of -- of a 22 commercial bank. | |
| 23 | Q. | And would this encompass the loan of funds to 24 purchase real estate, I presume? | |
| 25 | A. | I think that that's a common reason why people | |

(Timestamps in right margin: 10:02 through 10:04)

Page 15

| | | |
|---|---|---|
| 1 | A. He described the departments that I would be | 09:37 |
| 2 | in charge of and the general roles and responsibilities | 09:37 |
| 3 | that would go to administer those departments. | 09:37 |
| 4 | Q. And at that time what departments did | 09:38 |
| 5 | Mr. Matson indicate that you would be in charge of? | 09:38 |
| 6 | A. Controller's department, accounts payable and | 09:38 |
| 7 | payroll department. | 09:38 |
| 8 | Q. And what entity were those departments of? | 09:38 |
| 9 | Were those -- let me rephrase that. Were those | 09:38 |
| 10 | departments of UnionBanCal or Union Bank of California? | 09:38 |
| 11 | A. Union Bank. | 09:38 |
| 12 | Q. Okay. Is there a controller's department of | 09:38 |
| 13 | UnionBanCal? | 09:38 |
| 14 | A. No. | 09:38 |
| 15 | Q. Is there an accounts payable department of | 09:38 |
| 16 | UnionBanCal? | 09:38 |
| 17 | A. No. | 09:39 |
| 18 | Q. Is there a payroll department of UnionBanCal? | 09:39 |
| 19 | A. No. UnionBanCal has no employees. | 09:39 |
| 20 | Q. You also indicated that Mr. Matson -- you'd | 09:39 |
| 21 | also indicated that Mr. Matson stated that your general | 09:39 |
| 22 | roles and responsibility would be to administer those | 09:39 |
| 23 | departments. What were your general roles and | 09:39 |
| 24 | responsibilities, as Mr. Matson laid them out, in | 09:39 |
| 25 | regards to administering the controller's department? | 09:39 |

| | |
|---|---|
| 1 not speculating when you gave that answer and I'm just | 11:33 |
| 2 curious as to who those individuals are. | 11:33 |
| 3       A.    Officers, directors and employees of Union | 11:33 |
| 4 Bank of California.  There are 10,000 employees.  I'm | 11:33 |
| 5 not knowledgeable of all of those areas, but there are | 11:33 |
| 6 policies of Union Bank and I'm knowledgeable that there | 11:33 |
| 7 are policies of Union Bank. | 11:34 |
| 8       Q.    And how do you know that those policies are | 11:34 |
| 9 adopted by -- at the recommendation of officers, | 11:34 |
| 10 directors or employees of Union Bank of California? | 11:34 |
| 11      A.    Because they are disseminated throughout the | 11:34 |
| 12 organization. | 11:34 |
| 13      Q.    Who disseminates them? | 11:34 |
| 14      A.    There's a department that does that. | 11:34 |
| 15      Q.    What department does that? | 11:34 |
| 16      A.    I don't know the name of that department, but | 11:34 |
| 17 it is a -- just a communications department. | 11:34 |
| 18      Q.    Do you know who's in charge of the | 11:34 |
| 19 communications department? | 11:34 |
| 20      A.    No, I do not. | 11:34 |
| 21      Q.    Given the overlap of directors of the Union | 11:34 |
| 22 Bank of California and UnionBanCal Corporation, do you | 11:34 |
| 23 honestly believe, as you sit here, as an officer of | 11:35 |
| 24 UnionBanCal Corporation, that one of its subsidiary | 11:35 |
| 25 organizations would not adopt a policy directed to that | 11:35 |

Page 48

1 that they are an officer or employee of one of those    10:50
2 companies, an officer of UnionBanCal Corporation or an    10:50
3 officer of Union Bank of California, possibly an    10:50
4 employee of Union Bank of California, or an officer or    10:50
5 an employee of an organization that's affiliated with    10:50
6 UnionBanCal Corporation.    10:50
7     Q.   How many directors are there on the    10:51
8 UnionBanCal Corporation board?    10:51
9     A.   I'm sorry, how many --    10:51
10    Q.   Directors.    10:51
11    A.   -- directors?  I think it's indicated here on    10:51
12 the piece of paper.    10:51
13    Q.   And what is that number?    10:51
14    A.   It says on here 17 members.    10:51
15    Q.   And how many members are there on the board of    10:51
16 directors for Union Bank of California?    10:51
17    A.   There are 16 members, as indicated by this    10:51
18 list.    10:51
19    Q.   And of the 17 members that are -- or the 17    10:51
20 individuals listed here that are members of the board of    10:52
21 directors for UnionBanCal Corporation, how many of those    10:52
22 also serve as directors for Union Bank of California?    10:52
23    A.   I think, as indicated on here, that 16 members    10:52
24 of the board of directors of UNBC also serve as    10:52
25 directors of Union Bank of California.    10:52

```
                                                    Page 53
 1  was, do the shareholders of Union Bank of California    10:59
 2  elect --                                                10:59
 3      A.   Yes, the shareholder.                          10:59
 4      Q.   So shareholders in the singular here.          10:59
 5      A.   Yes.  There is one shareholder.                10:59
 6      Q.   And that shareholder is UnionBanCal            10:59
 7  Corporation, correct?                                   10:59
 8      A.   Yes, it is.                                    11:00
 9      Q.   Do you know who votes on behalf of UnionBanCal 11:00
10  Corporation for the directors of Union Bank of          11:00
11  California?                                             11:00
12      A.   The directors of UnionBanCal Corporation vote  11:00
13  on behalf of the -- of the shareholder of Union Bank of 11:00
14  California.                                             11:00
15      Q.   So the directors of UnionBanCal Corporation    11:00
16  vote on UnionBanCal Corporation's behalf as the sole    11:00
17  shareholder of Union Bank of California.                11:00
18      A.   I believe that's the case.                     11:00
19      Q.   How many directors of Union Bank of California 11:01
20  are also directors of UnionBanCal Corporation?          11:01
21      A.   According to this list, 16.                    11:01
22      Q.   So all 16 members of the board of directors    11:01
23  for Union Bank of California also serve as the board of 11:01
24  -- on the board of directors for Union Bank of          11:01
25  California.  Is that your understanding?                11:01
```

Page 204

```
 1  FOR THE PLAINTIFF:

 2       R. Benjamin King, Esq.
         NIX PATTERSON & ROACH, L.L.P.
 3       2900 St. Michael Drive, Suite 500
         Texarkana, Texas   75503
 4            Telephone:   903-223-3999
              Facsimile:   902-223-8520
 5            E-mail:      benking@nixlawfirm.com

 6  FOR THE DEFENDANT, UNIONBANCAL CORP.

 7       Raymond L. Sweigart, Esq.
         Brian Harris, Esq.
 8       PILLSBURY, WINTHROP, SHAW, PITTMAN, LLP
         1650 Tysons Boulevard
 9       McLean, Virginia   22102
              Telephone:   703-770-7900
10            Facsimile:   703-770-7901
              E-mail:      raymond.sweigart@pillsburylaw.com
11

12       I further certify that I am neither attorney nor

13  counsel for nor related to or employed by any of the

14  parties to the action in which this deposition is taken,

15  and further that I am not a relative or employee of any

16  attorney or counsel employed by the parties hereto or

17  financially interested in the action.

18       In witness whereof, I have hereunto set my hand

19  and affixed my seal this _____ day of _____,

20  2007.

21
                              /s/ Lisa J. Gretarsson
22                            LISA J. GRETARSSON, CSR No. 4486
                              Expiration Date:  12-31-08
23                            Firm Registration No. 90
                              208 N. Green Street, Ste. 201
24                            Longview, TX  75601
                              903/758-2183 (telephone)
25                            903/758-4890 (fax)
```