# Exhibit B

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DATATREASURY CORPORATION<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO & COMPANY et al.<br><br>Defendants. | Civil Action No. 2:06cv72 |

**DEFENDANT UNIONBANCAL CORPORATION'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION REGARDING JURISDICTIONAL DISCOVERY TO DEFENDANT UNIONBANCAL CORPORATION**

Pursuant to Rule 36 of the Federal Rules of Civil Procedure, Defendant UnionBanCal Corporation ("UBC") hereby responds and objects as follows to Plaintiff DataTreasury Corporation's ("DTC") First Set of Requests for Admission Regarding Jurisdictional Discovery.

**GENERAL OBJECTIONS**

The following objections apply to each request:

1.   UBC objects to all requests for admission, definitions, and instructions to the extent that they exceed the limited scope of discovery permitted by the Court's December 8, 2006 Order permitting DTC to propound interrogatories, requests for production, and requests for admission dealing specifically with jurisdictional issues. Accordingly, UBC objects to all requests for admission, definitions, and instructions to the extent that they do not deal specifically with jurisdictional issues.

700602976v1

2. UBC objects to all requests for admission insofar as they purport to require the disclosure of information protected by the attorney-client privilege, the work product doctrine, or any other applicable privilege or doctrine that limits discovery. By responding to any request, UBC does not waive any applicable privilege or doctrine as to that request or as to any other future request.

3. UBC objects to all requests for admission to the extent these requests are compound, disjunctive or conjunctive on the grounds that such requests are unreasonably vague, overly broad, unduly burdensome, cumulative and duplicative.

4. UBC objects to all requests for admission to the extent that they seek to impose obligations beyond those imposed by the Federal Rules of Civil Procedure ("Federal Rules").

5. UBC's responses are based on information obtained through a reasonable and diligent investigation of those files most likely to contain the information requested in these requests for admissions and by reasonable and diligent inquiries of persons most likely to have knowledge or be able to identify sources of the information requested. UBC reserves its right to supplement these requests for admissions on the basis of information which may be discovered in the course of UBC's continuing investigation of this case.

6. UBC objects to all requests for admission to the extent that they seek private information, the disclosure of which would violate federal or state law, any applicable confidentiality agreement, and/or the privacy rights of persons not parties to this action.

7. UBC objects to the requests for admission to the extent that they call for information in the possession or control of UBC's corporate affiliates and subsidiaries. Plaintiff has not pled or established any grounds for disregarding the separate corporate existence of any of UBC's affiliates or subsidiaries. UBC cannot respond to these requests for admission on

behalf of any other company. Accordingly, all responses are on behalf of UBC only, and represent only that information currently available to UBC.

8.   UBC objects to the requests for admission to the extent that the information requested does not relate to UBC's contacts with Texas and, as such, does not pertain to this Court's general or specific personal jurisdiction over UBC as irrelevant, overbroad, unreasonably burdensome, harassing and not reasonably calculated to lead to the discovery of evidence pertaining to jurisdictional discovery.

## OBJECTIONS AND RESPONSES

### REQUEST FOR ADMISSION NO. 1:

Admit that one of UnionBanCal Corporation's banking subsidiaries is Union Bank of California, N.A.

### OBJECTIONS AND RESPONSE:

UBC objects to this request for admission on the grounds set forth in the General Objections and incorporates those objections herein. UBC further objects to this request for admission on the ground that it is overly broad, unduly burdensome, vague, and ambiguous to the extent that it seeks an admission that is not relevant to UBC's contacts with Texas and, therefore, is beyond the scope of jurisdictional discovery. Subject to and without waiver of the foregoing general and specific objections, UBC responds as follows:

Admitted that Union Bank of California, N.A., is a banking subsidiary of UBC. Insofar as this request for admission implies that there are additional banking subsidiaries of UBC, it is denied.

**REQUEST FOR ADMISSION NO. 2:**

Admit that UnionBanCal Corporation operates Union Bank of California, N.A.

**OBJECTIONS AND RESPONSE:**

UBC objects to this request for admission on the grounds set forth in the General Objections and incorporates those objections herein. UBC further objects to this request for admission on the ground that it is overly broad, unduly burdensome, vague, and ambiguous to the extent that it seeks an admission that is not relevant to UBC's contacts with Texas and, therefore, is beyond the scope of jurisdictional discovery. UBC further objects to this request as overly broad, unduly burdensome, vague, and ambiguous to the extent that it uses the term "operates" without clarification or limitation. Subject to and without waiver of the foregoing general and specific objections, UBC responds as follows:

Denied.

**REQUEST FOR ADMISSION NO. 3:**

Admit that UnionBanCal Corporation controls Union Bank of California, N.A.

**OBJECTIONS AND RESPONSE:**

UBC objects to this request for admission on the grounds set forth in the General Objections and incorporates those objections herein. UBC further objects to this request for admission on the ground that it is overly broad, unduly burdensome, vague, and ambiguous to the extent that it seeks an admission that is not relevant to UBC's contacts with Texas and, therefore, is beyond the scope of jurisdictional discovery. UBC further objects to this request as overly broad, unduly burdensome, vague, and ambiguous to the extent that it uses the term

"controls" without clarification or limitation. Subject to and without waiver of the foregoing general and specific objections, UBC responds as follows:

Denied.

**REQUEST FOR ADMISSION NO. 4:**

Admit that UnionBanCal Corporation directs the operations of Union Bank of California, N.A.

**OBJECTIONS AND RESPONSE:**

UBC objects to this request for admission on the grounds set forth in the General Objections and incorporates those objections herein. UBC further objects to this request for admission on the ground that it is overly broad, unduly burdensome, vague, and ambiguous to the extent that it seeks an admission that is not relevant to UBC's contacts with Texas and, therefore, is beyond the scope of jurisdictional discovery. UBC further objects to this request as overly broad, unduly burdensome, vague, and ambiguous to the extent that it uses the term "directs the operations" without clarification or limitation. Subject to and without waiver of the foregoing general and specific objections, UBC responds as follows:

Denied.

**REQUEST FOR ADMISSION NO. 5:**

Admit that Union Bank of California, N.A. performs electronic banking transactions within the geographical boundaries of the Eastern District of Texas.

5

700602976v1

**OBJECTIONS AND RESPONSE:**

UBC objects to this request for admission on the grounds set forth in the General Objections and incorporates those objections herein. UBC further objects to this request as overly broad, unduly burdensome, vague, and ambiguous to the extent that it uses the term "electronic banking transactions" without clarification or limitation. UBC further objects to this request to the extent that it asks UBC to admit or deny factual assertions made by DTC about a separate corporate entity. UBC and Union Bank of California, N.A. are separate entities and, as such, UBC is unable to adequately respond to this request for admission as it asks about Union Bank of California, N.A.'s activities. Subject to and without waiver of the foregoing general and specific objections, UBC responds as follows:

Denied.

**REQUEST FOR ADMISSION NO. 6:**

Admit that UnionBanCal Corporation participates in providing financial services to clients.

**OBJECTIONS AND RESPONSE:**

UBC objects to this request for admission on the grounds set forth in the General Objections and incorporates those objections herein. UBC further objects to this request for admission on the ground that it is overly broad, unduly burdensome, vague, and ambiguous to the extent that it seeks an admission that is not relevant to UBC's contacts with Texas and, therefore, is beyond the scope of jurisdictional discovery. UBC further objects to this request as overly broad, unduly burdensome, vague, and ambiguous to the extent that it uses the terms "participates in providing" and "financial services" without clarification or limitation. UBC

further objects to this request as overly broad, unduly burdensome, vague, and ambiguous to the extent that it uses the term "clients" without clarification or limitation. Subject to and without waiver of the foregoing general and specific objections, UBC responds as follows:

Denied.

**REQUEST FOR ADMISSION NO. 7:**

Admit that UnionBanCal Corporation participates in providing financial services to clients on a national basis.

**OBJECTIONS AND RESPONSE:**

UBC objects to this request for admission on the grounds set forth in the General Objections and incorporates those objections herein. UBC further objects to this request for admission on the ground that it is overly broad, unduly burdensome, vague, and ambiguous to the extent that it seeks an admission that is not relevant to UBC's contacts with Texas and, therefore, is beyond the scope of jurisdictional discovery. UBC further objects to this request as overly broad, unduly burdensome, vague, and ambiguous to the extent that it uses the terms "participates in providing" and "financial services" without clarification or limitation. UBC further objects to this request as overly broad, unduly burdensome, vague, and ambiguous to the extent that it uses the term "clients" without clarification or limitation. UBC further objects to this request as overly broad, unduly burdensome, vague, and ambiguous to the extent that it uses the term "national basis" without clarification or limitation. Subject to and without waiver of the foregoing general and specific objections, UBC responds as follows:

Denied.

**REQUEST FOR ADMISSION NO. 8:**

Admit that UnionBanCal Corporation competes actively for loan, deposit, and other financial services business nationally and internationally.

**OBJECTIONS AND RESPONSE:**

UBC objects to this request for admission on the grounds set forth in the General Objections and incorporates those objections herein. UBC further objects to this request for admission on the ground that it is overly broad, unduly burdensome, vague, and ambiguous to the extent that it seeks an admission that is not relevant to UBC's contacts with Texas and, therefore, is beyond the scope of jurisdictional discovery. UBC further objects to this request as overly broad, unduly burdensome, vague, and ambiguous to the extent that it uses the terms "competes actively" and "financial service business" without clarification or limitation. Subject to and without waiver of the foregoing general and specific objections, UBC responds as follows:

Denied.

**REQUEST FOR ADMISSION NO. 9:**

Admit that UnionBanCal Corporation has an interest in real estate located within the State of Texas.

**OBJECTIONS AND RESPONSE:**

UBC objects to this request for admission on the grounds set forth in the General Objections and incorporates those objections herein. UBC further objects to this request as overly broad, unduly burdensome, vague, and ambiguous to the extent that it uses the term

8

700602976v1

"interest" without clarification or limitation. Subject to and without waiver of the foregoing general and specific objections, UBC responds as follows:

Denied.

**REQUEST FOR ADMISSION NO. 10:**

Admit that in the last three years UnionBanCal Corporation has earned revenue that is generated from business conducted in Texas.

**OBJECTIONS AND RESPONSE:**

UBC objects to this request for admission on the grounds set forth in the General Objections and incorporates those objections herein. UBC further objects to this request as overly broad, unduly burdensome, vague, and ambiguous to the extent that it uses the term "earned revenue" without clarification or limitation. UBC further objects to this request as overly broad, unduly burdensome, vague, and ambiguous to the extent that it uses the term "generated from business" without clarification or limitation. Subject to and without waiver of the foregoing general and specific objections, UBC responds as follows:

Denied.

**REQUEST FOR ADMISSION NO. 11:**

Admit that within the last three years, UnionBanCal Corporation has provided operational support to Union Bank pf [sic] California, N.A.

**OBJECTIONS AND RESPONSE:**

UBC objects to this request for admission on the grounds set forth in the General Objections and incorporates those objections herein. UBC further objects to this request for

admission on the ground that it is overly broad, unduly burdensome, vague, and ambiguous to the extent that it seeks an admission that is not relevant to UBC's contacts with Texas and, therefore, is beyond the scope of jurisdictional discovery. UBC further objects to this request as overly broad, unduly burdensome, vague, and ambiguous to the extent that it uses the term "operational support" without clarification or limitation. Subject to and without waiver of the foregoing general and specific objections, UBC responds as follows:

Denied.

**REQUEST FOR ADMISSION NO. 12:**

Admit that within the last three years, UnionBanCal Corporation has provided financial support to Union Bank of California, N.A.

**OBJECTIONS AND RESPONSE:**

UBC objects to this request for admission on the grounds set forth in the General Objections and incorporates those objections herein. UBC further objects to this request for admission on the ground that it is overly broad, unduly burdensome, vague, and ambiguous to the extent that it seeks an admission that is not relevant to UBC's contacts with Texas and, therefore, is beyond the scope of jurisdictional discovery. UBC further objects to this request as overly broad, unduly burdensome, vague, and ambiguous to the extent that it uses the term "financial support" without clarification of limitation. Subject to and without waiver of the foregoing general and specific objections, UBC responds as follows:

Denied.

**REQUEST FOR ADMISSION NO. 13:**

Admit that Union Bank of California, N.A. is subject to personal jurisdiction within the Eastern District of Texas in the above-styled cause.

**OBJECTIONS AND RESPONSE:**

UBC objects to this request for admission on the grounds set forth in the General Objections and incorporates those objections herein. UBC further objects to this request to the extent that it asks UBC to admit or deny factual assertions made by DTC about a separate corporate entity. UBC and Union Bank of California, N.A. are separate entities and, as such, UBC is unable to respond to this request for admission as it asks about Union Bank of California, N.A. UBC further objects to this request to the extent that it asks UBC to admit or deny a legal conclusion.

By: /s/ Raymond L. Sweigart
Raymond L. Sweigart (pro hac vice)
Scott J. Pivnick (pro hac vice)
PILLSBURY WINTHROP SHAW PITTMAN LLP
1650 Tysons Blvd.
McLean, VA 22102-4859
T: (703) 770-7900
F: (703) 905-2500
raymond.sweigart@pillsburylaw.com
scott.pivnick@pillsburylaw.com

Richard Hogan
Texas Bar No. 09802010
PILLSBURY WINTHROP SHAW PITTMAN LLP
2 Houston Center
909 Fannin Street 22nd Floor
Houston TX 77010
T: (713) 425-7327
F: (713) 425-7373
richard.hogan@pillsburylaw.com

Jennifer Parker Ainsworth
Texas Bar No. 00784720
WILSON, SHEEHY, KNOWLES, ROBERTSON
& CORNELIUS, P.C.
909 ESE Loop 323
Suite 400
Tyler, Texas 75701
T: (903) 509-5000
F: (903) 509-5092
jainsworth@wilsonlawfirm.com

ATTORNEYS FOR
DEFENDANT UNIONBANCAL
CORPORATION

700602976v1

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of January 2007, a true and correct copy of the *Defendant UnionBanCal Corporation's Objections and Responses to Plaintiff's First Set Of Requests For Admission Regarding Jurisdictional Discovery To Defendant UnionBanCal Corporation* was forwarded electronically pursuant to the parties written agreement to the following counsel of record:

>Edward L. Hohn
>NIX PATTERSON & ROACH, L.L.P.
>205 Linda Drive
>Daingerfield, Texas 75638
>Telephone: (903) 645-7333


>/s/ Ross R. Barton
>Ross R. Barton