# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

|   |   |
|---|---|
| DATATREASURY CORPORATION,   ) | |
| ) | Civil Action No. 2-06CV-72 |
| Plaintiff,   ) | |
| ) | |
| v.   ) | |
| ) | |
| WELLS FARGO & COMPANY, et al.,   ) | |
| ) | |
| Defendants.   ) | |

## UNOPPOSED MOTION TO EXCEED PAGE LIMITATION

Defendant UnionBanCal Corporation ("UnionBanCal") files this unopposed motion to exceed page limitations in its Reply to Plaintiff's Amended Response to Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(2).

1. Defendant seeks leave to exceed the ten page limit for replies to dispositive motions in order to attach exhibits to its Reply to Plaintiff's Amended Response to Defendant's Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(2). The Plaintiff's response was 23 pages excluding exhibits (298 pages including exhibits). In order to adequately respond to the motion, UnionBanCal seeks leave to file a reply within the 10-page limit, but needs to attach exhibits to respond to specific issues raised by Plaintiff. See Exhibit 1, Defendant's Reply to Plaintiff's Amended Response.

2. Based on the foregoing, UnionBanCal Corporation respectfully requests that the Court grant this unopposed motion.

                              Respectfully submitted,

March 1, 2007                 */s/ Jennifer Parker Ainsworth*_____
                              Jennifer Parker Ainsworth
                              Texas Bar No. 00784720
                              WILSON, SHEEHY, KNOWLES, ROBERTSON &
                              CORNELIUS, P.C.
                              909 ESE Loop 323
                              Suite 400
                              Tyler, Texas 75701
                              T: (903) 509-5000
                              F: (903) 509-5092
                              jainsworth@wilsonlawfirm.com

                              Richard Hogan
                              Texas Bar No. 09802010
                              PILLSBURY WINTHROP SHAW PITTMAN LLP
                              2 Houston Center
                              909 Fannin Street 22nd Floor
                              Houston TX 77010
                              T: (713) 425-7327
                              F: (713) 425-7373
                              richard.hogan@pillsburylaw.com


                              Raymond L. Sweigart (pro hac vice submitted)
                              Scott J. Pivnick (pro hac vice submitted)
                              PILLSBURY WINTHROP SHAW PITTMAN LLP
                              1650 Tysons Blvd.
                              McLean, VA 22102-4859
                              T: (703) 770-7900
                              F: (703) 905-2500
                              raymond.sweigart@pillsburylaw.com
                              scott.pivnick@pillsburylaw.com

                              *Attorneys for Defendant,*
                              *UnionBanCal Corporation*

                                       2

**CERTIFICATE OF CONFERENCE**

Counsel for Defendant UnionBanCal hereby certifies that she contacted counsel for the Plaintiff, and Plaintiff does not oppose this motion.

>    */s/  Jennifer Parker Ainsworth*
>    Jennifer Parker Ainsworth

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on March 1, 2007.  Any other counsel of record will be served by facsimile transmission and first class mail.

>    */s/ Jennifer Parker Ainsworth*
>    Jennifer Parker Ainsworth