# Exhibit A

Dockets.Justia.com

Cause No.: 2:06-CV-72 DF
DataTreasury Corporation
v.
Wells Fargo & Company, et al.


# Transcript of the Testimony of
# **David Anderson**


February 7, 2007


By: Lisa Gretarsson, CSR

Gretchen Shore Court Reporting & Litigation Support
Phone:(903) 758-2183
Fax:(903) 758-4890
Email:gretchenshore@gretchenshore.com
Internet: www.gretchenshore.com

Page 1

```
 1                  UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF TEXAS
 2                      MARSHALL DIVISION

 3  DATATREASURY CORPORATION,    ) (
                                 ) (
 4       Plaintiff,              ) (
                                 ) (
 5  VS                           ) (     CIVIL ACTION NO.
                                 ) (     2:06-CV-72 (DF)
 6  WELLS FARGO & COMPANY,       ) (
    et al.,                      ) (
 7                               ) (
         Defendants.             ) (
 8

 9

10

11       VIDEOTAPED ORAL DEPOSITION OF DAVID ANDERSON

12                    FEBRUARY 7, 2007

13

14

15       VIDEOTAPED ORAL DEPOSITION OF DAVID ANDERSON,

16  produced as a witness at the instance of the Plaintiff,

17  and duly sworn, was taken in the above-styled and

18  above-numbered cause on the 7th day of February, 2007,

19  from 9:21 a.m. to 4:27 p.m., before Lisa J. Gretarsson,

20  CSR in and for the state of Texas, reported by machine

21  shorthand, at the offices of Pillsbury, Winthrop, Shaw,

22  Pittman, LLP, 50 Fremont, Suite 400, located in the city

23  of San Francisco, state of California, pursuant to the

24  Federal Rules of Civil Procedure and the provisions

25  stated on the record.
```

Page 15

```
 1      A.    He described the departments that I would be        09:37
 2 in charge of and the general roles and responsibilities       09:37
 3 that would go to administer those departments.                09:37
 4      Q.    And at that time what departments did              09:38
 5 Mr. Matson indicate that you would be in charge of?           09:38
 6      A.    Controller's department, accounts payable and      09:38
 7 payroll department.                                           09:38
 8      Q.    And what entity were those departments of?         09:38
 9 Were those -- let me rephrase that.  Were those               09:38
10 departments of UnionBanCal or Union Bank of California?       09:38
11      A.    Union Bank.                                        09:38
12      Q.    Okay.  Is there a controller's department of       09:38
13 UnionBanCal?                                                  09:38
14      A.    No.                                                09:38
15      Q.    Is there an accounts payable department of         09:38
16 UnionBanCal?                                                  09:38
17      A.    No.                                                09:39
18      Q.    Is there a payroll department of UnionBanCal?      09:39
19      A.    No.  UnionBanCal has no employees.                 09:39
20      Q.    You also indicated that Mr. Matson -- you'd        09:39
21 also indicated that Mr. Matson stated that your general       09:39
22 roles and responsibility would be to administer those        09:39
23 departments.  What were your general roles and               09:39
24 responsibilities, as Mr. Matson laid them out, in            09:39
25 regards to administering the controller's department?        09:39
```

Page 56

1  400 California Street in San Francisco?                          11:05

2      A.    Its offices are at 400 California Street.             11:05

3      Q.    Do you know how many offices there are for            11:06

4  UnionBanCal Corporation at 400 California Street?               11:06

5      A.    There are none that are specifically                 11:06

6  designated as UnionBanCal Corporation offices.                 11:06

7      Q.    But UnionBanCal Corporation does maintain             11:06

8  offices at 400 California Street; is that correct?             11:06

9      A.    That is the mailing address and its corporate         11:06

10 headquarters.                                                   11:06

11     Q.    Okay.                                                 11:06

12     A.    There are no separate designated offices that         11:06

13 are only for UnionBanCal Corporation as UnionBanCal             11:06

14 Corporation has no employees.                                   11:06

15     Q.    Does Union Bank of California have any offices         11:07

16 at 400 California Street?                                       11:07

17     A.    Yes.                                                  11:07

18     Q.    And do you know approximately how many people         11:07

19 are officed for Union Bank of California at 400                 11:07

20 California Street?                                              11:07

21     A.    Eighteen floors, 50 people on a floor,                11:07

22 approximately.  I'll let you do the math.                       11:07

23     Q.    I would defer on the math right now.                  11:07

24            If I were to send a -- if I were to send             11:08

25 correspondence to UnionBanCal Corporation at 400                11:08

Page 75

1 employee of Union Bank of California, and now                    12:47

2 understanding that this is a joint committee of                  12:47

3 UnionBanCal and Union Bank of California, do you believe         12:48

4 that a policy developed at the hands of the policy               12:48

5 committee of UnionBanCal Corporation would not be                12:48

6 adopted by Union Bank of California?                             12:48

7            MR. SWEIGART:  Object to the form.                    12:48

8      A.   I still -- I don't change my answer, and the          12:48

9 reason is, is that there are certain policies that would         12:48

10 only be applicable to UnionBanCal Corporation and               12:48

11 therefore they wouldn't be applicable to Union Bank of          12:48

12 California.  Some would be and that's why it's a joint           12:48

13 committee.                                                      12:48

14     Q.   (BY MR. KING)  To the extent --                        12:48

15     A.   For instance --                                        12:48

16     Q.   Let me -- let me ask a question, and then              12:48

17 I'll -- well, I tell you what, go ahead and -- go ahead         12:49

18 and give me your --                                             12:49

19     A.   Equal opportunity, equal employment                    12:49

20 opportunity, there are no employees of UnionBanCal, it          12:49

21 wouldn't be applicable to UnionBanCal.                          12:49

22            Business standards for ethical conduct by            12:49

23 an employee, there are no employees of UnionBanCal              12:49

24 Corporation, it would not be applicable.                        12:49

25            The laws governing UnionBanCal                       12:49

Page 80

1  of control over the compensation of employees of Union          12:56

2  Bank of California?                                             12:56

3              MR. SWEIGART:  Object to the form.                  12:56

4      A.   Could you define "control"?  It seems to be            12:57

5  very broad.                                                     12:57

6      Q.   (BY MR. KING)  How would you define "control"?         12:57

7      A.   I -- I suppose I wouldn't define "control."  I         12:57

8  guess I'd rather have you ask me a specific question.           12:57

9      Q.   So you can't define the word "control"?                12:57

10             MR. SWEIGART:  I've got to object to the            12:57

11 form, argumentative.                                            12:57

12     A.   The -- the -- the committee's function is to           12:57

13 approve recommendations of management, so I guess that's        12:57

14 how I would define control for you.                             12:57

15     Q.   (BY MR. KING)  Would it be fair to say that            12:57

16 the executive compensation and benefits committee has           12:57

17 final say as to the compensation of employees of                12:57

18 UnionBanCal Corporation?                                        12:57

19             MR. SWEIGART:  Object to the form.                  12:57

20     A.   There is no employees of UnionBanCal                   12:58

21 Corporation.                                                    12:58

22     Q.   (BY MR. KING)  I'm sorry.  Would it -- let me          12:58

23 rephrase that question.                                         12:58

24             Would it be fair to say that the                    12:58

25 executive compensation and benefits committee has final         12:58

Page 83

1     A.   Yes.                                                          01:04

2     Q.   Does this give you an understanding of what                   01:04

3 the role of the corporate governance committee's                      01:04

4 function is for UnionBanCal Corporation?                              01:04

5     A.   Basic understanding, yes.                                     01:04

6     Q.   It says, UnionBanCal, if you look at the                      01:04

7 second paragraph --                                                    01:04

8     A.   Uh-huh (affirmative).                                         01:04

9     Q.   -- it says, UnionBanCal has adopted a code of                 01:04

10 ethics and conduct entitled the business standards for                01:04

11 ethical conduct --                                                    01:05

12    A.   Uh-huh (affirmative).                                         01:05

13    Q.   -- which is applicable to all officers and                    01:05

14 employees.                                                            01:05

15    A.   Uh-huh (affirmative).                                         01:05

16    Q.   UnionBanCal has also adopted a code of ethics                 01:05

17 for senior financial officers and a code of ethics                    01:05

18 applicable to its directors.  These codes are subject to              01:05

19 an annual certification process to review compliance.                 01:05

20    A.   Uh-huh (affirmative).                                         01:05

21    Q.   Now, earlier when we were talking about                       01:05

22 different policies that may be developed by UnionBanCal               01:05

23 Corporation, you indicated that business standards for                01:05

24 ethical conduct by an employee was one such policy that               01:05

25 UnionBanCal Corporation would not develop because there               01:05

Page 84

```
 1  are no employees of UnionBanCal Corporation.          01:05

 2      A.   Uh-huh (affirmative).                         01:05

 3      Q.   Is that correct?                              01:05

 4      A.   Right.                                        01:05

 5      Q.   Do you -- in light of reading the second     01:05

 6  paragraph there, do you still believe that that's an  01:05

 7  accurate statement?                                   01:05

 8      A.   Yes, I do.  It says covers officers and      01:05

 9  employees.  It is applicable to the officers of       01:05

10  UnionBanCal Corporation.                              01:06

11      Q.   But UnionBanCal Corporation's -- the code of 01:06

12  ethics and conduct that it adopted, it didn't --      01:06

13  UnionBanCal Corp. did, in fact, adopt a code of ethics 01:06

14  and conduct, did it not?                              01:06

15      A.   Yes, it did.                                 01:06

16      Q.   Okay.  And right here it says that it is     01:06

17  applicable to all officers and employees, correct?    01:06

18      A.   That's right.                                01:06

19      Q.   And earlier you had said that UnionBanCal    01:06

20  Corporation would have no reason to adopt standards for 01:06

21  ethical conduct by an employee, correct?             01:06

22      A.   For an employee, that's correct.             01:06

23      Q.   But here it's stating that UnionBanCal has   01:06

24  adopted a code of ethics and conducted --            01:06

25      A.   For officers.  Stop, officers.               01:06
```

Page 85

1    Q.   Well, it doesn't stop right here on the          01:06

2 company's proxy statement, though.  It continues and      01:06

3 says employees, does it not?                               01:06

4    A.   That's correct.                                    01:06

5    Q.   Whoever wrote this document could've stopped       01:06

6 at officers, correct?                                      01:06

7    A.   It's a policy that -- as you can see, it is        01:06

8 for UnionBanCal and is applicable to any employees of      01:06

9 any of the subsidiary corporations, which I also stated    01:07

10 to you earlier.                                            01:07

11   Q.   Is that what it says in that sentence, that        01:07

12 it's applicable to employees of UnionBanCal               01:07

13 subsidiaries?                                              01:07

14   A.   UnionBanCal is used in this term as the -- I       01:07

15 believe, in this case, applies to also its subsidiary     01:07

16 employees.                                                 01:07

17   Q.   And how do you have that understanding?            01:07

18   A.   It's just my -- my understanding from reading      01:07

19 this.                                                      01:07

20   Q.   Is there anything in the document that             01:07

21 limits -- that says that UnionBanCal here is referring    01:07

22 to its -- itself and its subsidiaries?                    01:07

23   A.   I do not have that in front of me to be able       01:07

24 to read it.                                                01:07

25   Q.   Well, you have the entire document in front of     01:07

Page 86

1  you, Mr. Anderson.                                    01:07

2      A.    No, the code of ethics is what I'm referring    01:07

3  to.                                                  01:07

4      Q.    Okay.  But here in its proxy statement -- who   01:07

5  is the proxy statement provided to, Mr. Anderson?   01:07

6      A.    Shareholders of UnionBanCal Corporation.   01:07

7      Q.    And is it for the benefit of shareholders of   01:08

8  UnionBanCal Corporation?                            01:08

9      A.    Yes, it is.                                01:08

10     Q.    Is it for the benefit of the public at large   01:08

11 who may be interested in investing in UnionBanCal   01:08

12 Corporation?                                        01:08

13     A.    Yes.                                       01:08

14     Q.    And is it important that if you're going to   01:08

15 make -- that if UnionBanCal Corporation makes       01:08

16 representations to its shareholders and the public at   01:08

17 large, that those statements be correct and accurate?   01:08

18     A.    It is accurate.                            01:08

19     Q.    Okay.  So Union --                         01:08

20     A.    UnionBanCal.                               01:08

21     Q.    Excuse me.  This document is accurate when it   01:08

22 says, UnionBanCal has adopted a code of ethics and   01:08

23 conduct entitled the business standards for ethical   01:08

24 conduct, which is applicable to all officers and    01:08

25 employees, correct?                                 01:08

Page 87

1      A.    Yes.                                                01:08

2      Q.    It does not say and employees of its                01:08

3 subsidiaries there, does it not?                               01:08

4      A.    UnionBanCal has no employees.  If it did, it        01:08

5 would've been applicable to those employees.  It does          01:08

6 not.                                                           01:08

7      Q.    But it doesn't say here that it doesn't have        01:08

8 employees, correct?                                            01:08

9      A.    It does not and it is not necessary, in my          01:09

10 view.                                                         01:09

11     Q.    And it doesn't define employees as being           01:09

12 limited to employees of UnionBanCal Corporation              01:09

13 subsidiaries, does it?                                       01:09

14     A.    No.  I don't think it is necessary to.            01:09

15     Q.    If you're just the average person on the          01:09

16 street that had no knowledge of UnionBanCal                  01:09

17 Corporation --                                               01:09

18     A.    Uh-huh (affirmative).                              01:09

19     Q.    -- would you -- and you read this sentence,        01:09

20 would you read it to believe that UnionBanCal                01:09

21 Corporation has no employees?                                01:09

22           MR. SWEIGART:  Object to the form.                 01:09

23     A.    I'm not sure the reader would understand           01:09

24 whether it had any employees or not.                         01:09

25     Q.    (BY MR. KING)  And, in fact, if -- if              01:09

Page 88

1  Mr. Smith, in Marshall, Texas, happened to pick up this          01:09

2  proxy statement and look at it and read this sentence,           01:09

3  he -- it would be -- it would appear that UnionBanCal            01:09

4  Corporation does have employees, would it -- would it            01:09

5  not?                                                             01:09

6               MR. SWEIGART:  Object to the form.                  01:09

7      A.   He might.                                               01:10

8      Q.   (BY MR. KING)  Mr. Smith, in Marshall, Texas,           01:10

9  has no reason to believe that employees is only limited          01:10

10 to UnionBanCal subsidiaries if he read that sentence,            01:10

11 correct?                                                         01:10

12              MR. SWEIGART:  Object to the form.                  01:10

13     A.   They might.                                             01:10

14     Q.   (BY MR. KING)  They might what?  They might             01:10

15 think it was limited to UnionBanCal Corporation?                 01:10

16     A.   Officers and employees, I would find --                 01:10

17 probably feel it was irrelevant to -- it'd give him              01:10

18 comfort to know that it covered any functioning people           01:10

19 within the organization, glad to know that anyone that           01:10

20 serves in this company, in any capacity, would be                01:10

21 covered by a code of ethics.                                     01:10

22     Q.   Including employees of UnionBanCal                      01:10

23 Corporation, if they have them.                                  01:10

24     A.   I think that's the important part of what the           01:11

25 reader would want to understand, that anyone that serves         01:11

Page 89

1  in any capacity within UnionBanCal would be covered by a          01:11

2  code of ethics.          01:11

3      Q.   Including employees.          01:11

4      A.   If there were some, yes.          01:11

5                MR. KING:  I'm going to go to page 9.          01:11

6                MR. SWEIGART:  Is that the Adobe page?          01:11

7                MR. KING:  That is the proxy page.          01:11

8                MR. SWEIGART:  Proxy page.  Okay.          01:11

9                THE WITNESS:  In many cases they're          01:11

10 sync'd up, or pretty close, depending what part of the          01:12

11 page you're on.          01:12

12                MR. SWEIGART:  Okay.  I think I've got          01:12

13 it.          01:12

14                THE WITNESS:  I need my glasses.          01:12

15                MR. KING:  I hit the wrong button.  I          01:12

16 couldn't have told you anything about that page.  I'm          01:12

17 afraid I went to the wrong page.  I want to go to page          01:13

18 13 of the proxy.          01:13

19     Q.   (BY MR. KING)  Do you see where it says,          01:13

20 Election of Directors, Mr. Anderson?          01:13

21     A.   Yes.          01:13

22     Q.   Okay.  I'd like to direct you to that first          01:13

23 paragraph.          01:13

24     A.   Uh-huh (affirmative).          01:13

25     Q.   And we'll talk in a minute about the election          01:13

Page 95

1    A.    And I think this is very clear.  And I think                01:21

2  those things should stand as my answers.  If I gave an              01:21

3  incorrect -- by my math, I apologize.                               01:21

4    Q.    Hey, I understand.  I'm an Aggie and I make                  01:21

5  mathematical errors all the time, so --                             01:21

6    A.    Okay.  Your apology is accepted.                            01:21

7    Q.    I appreciate it.                                             01:21

8          Do you see the first full paragraph on                      01:22

9  page 14 that begins with, The board of directors has                01:22

10 adopted?                                                            01:22

11   A.    Yes.                                                         01:22

12   Q.    It says, The board of directors has adopted a               01:22

13 policy which provides that any director who is employed             01:22

14 full-time by UnionBanCal or Union Bank of California                01:22

15 shall retire from the board at age 65, and any director             01:22

16 who is not employed full-time by UnionBanCal or Union               01:22

17 Bank of California, and it goes on from there.                      01:22

18   A.    Uh-huh (affirmative).                                       01:22

19   Q.    Are there any directors who were employed                   01:22

20 full-time by Union Bank of -- UnionBanCal?                          01:22

21   A.    There are no directors of UnionBanCal that are              01:23

22 employed full-time by UnionBanCal as UnionBanCal has no             01:23

23 employees.                                                          01:23

24   Q.    Are there any directors who were employed                   01:23

25 part-time by UnionBanCal?                                           01:23

Page 96

```
 1      A.    As I said, there are no employees of          01:23
 2 UnionBanCal.  That covers full-time and part-time.       01:23
 3      Q.    Has there ever been an employee of            01:23
 4 UnionBanCal?                                             01:23
 5      A.    Not that I'm aware of.                        01:23
 6      Q.    Full-time or part-time.                       01:23
 7      A.    Full-time or part-time.                       01:23
 8      Q.    As you sit here today, you're not aware of any  01:23
 9 prior -- or any individual being employed full-time or  01:23
10 part-time by UnionBanCal Corporation.                    01:23
11      A.    That's correct.                               01:23
12      Q.    Is there an intent to hire any employees by   01:23
13 UnionBanCal Corporation?                                 01:23
14      A.    Not -- not that I'm aware of.                 01:24
15      Q.    Why is there a policy that provides that any  01:24
16 director who is employed full-time by UnionBanCal or     01:24
17 Union Bank of California --                               01:24
18      A.    Because --                                    01:24
19            MR. SWEIGART:  Object to the form.            01:24
20            Go ahead.                                     01:24
21            THE WITNESS:  I'm sorry.                      01:24
22      A.    I suppose that there is the possibility that  01:24
23 an employee could be hired by UnionBanCal Corporation.   01:24
24      Q.    (BY MR. KING)  There's nothing to prohibit    01:24
25 that, correct?                                           01:24
```

Page 97

1    A.    Not that I'm aware of.                              01:24

2              MR. KING:  I'm going to go to page 23 of        01:24

3 the proxy.                                                   01:24

4    Q.    (BY MR. KING)  Mr. Anderson, I'd like for you       01:25

5 to look at the heading Senior Management Bonus Plan in       01:25

6 that paragraph underneath that.                              01:25

7    A.    Yes.  (Reviewing document.)                         01:25

8    Q.    Have you had a chance to look through that?         01:25

9    A.    Yes.                                                01:25

10    Q.    Do you see that first sentence where it says,      01:25

11 The senior management bonus plan provides the means         01:26

12 whereby certain senior management employees of              01:26

13 UnionBanCal and Union Bank of California may be given       01:26

14 the opportunity to earn performance-based cash annual       01:26

15 incentives?                                                 01:26

16    A.    Yes.                                               01:26

17    Q.    If there are no employees of UnionBanCal, why      01:26

18 is there a need for a senior management bonus plan that     01:26

19 provides for employees of UnionBanCal to earn              01:26

20 performance-based cash annual incentives?                   01:26

21              MR. SWEIGART:  Object to the form.             01:26

22    A.    So that if there were employees of UnionBanCal     01:26

23 Corporation, it would be a policy in place to cover that    01:26

24 rather than revising policies if an employee was hired.     01:26

25    Q.    (BY MR. KING)  I'd like to go down just a          01:27

Page 204

```
 1 FOR THE PLAINTIFF:

 2      R. Benjamin King, Esq.
        NIX PATTERSON & ROACH, L.L.P.
 3      2900 St. Michael Drive, Suite 500
        Texarkana, Texas  75503
 4           Telephone:  903-223-3999
             Facsimile:  902-223-8520
 5           E-mail:     benking@nixlawfirm.com

 6 FOR THE DEFENDANT, UNIONBANCAL CORP.

 7      Raymond L. Sweigart, Esq.
        Brian Harris, Esq.
 8      PILLSBURY, WINTHROP, SHAW, PITTMAN, LLP
        1650 Tysons Boulevard
 9      McLean, Virginia  22102
             Telephone:  703-770-7900
10           Facsimile:  703-770-7901
             E-mail:     raymond.sweigart@pillsburylaw.com
11

12      I further certify that I am neither attorney nor

13 counsel for nor related to or employed by any of the

14 parties to the action in which this deposition is taken,

15 and further that I am not a relative or employee of any

16 attorney or counsel employed by the parties hereto or

17 financially interested in the action.

18      In witness whereof, I have hereunto set my hand

19 and affixed my seal this _____ day of _____,

20 2007.

21

22                        _____
                          LISA J. GRETARSSON, CSR No. 4486
23                        Expiration Date:  12-31-08
                          Firm Registration No. 90
24                        208 N. Green Street, Ste. 201
                          Longview, TX  75601
25                        903/758-2183 (telephone)
                          903/758-4890 (fax)
```