# Exhibit B

Cause No.: 2:06-CV-72 DF
DataTreasury Corporation
v.
Wells Fargo & Company, et al.

# Transcript of the Testimony of
# David Anderson

February 7, 2007

By: Lisa Gretarsson, CSR

Gretchen Shore Court Reporting & Litigation Support
Phone:(903) 758-2183
Fax:(903) 758-4890
Email:gretchenshore@gretchenshore.com
Internet: www.gretchenshore.com

```
                                                              Page 1
 1              UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF TEXAS
 2                   MARSHALL DIVISION

 3  DATATREASURY CORPORATION,   )(
                                )(
 4       Plaintiff,             )(
                                )(
 5  VS                          )(    CIVIL ACTION NO.
                                )(    2:06-CV-72 (DF)
 6  WELLS FARGO & COMPANY,      )(
    et al.,                     )(
 7                              )(
         Defendants.            )(
 8

 9

10

11      VIDEOTAPED ORAL DEPOSITION OF DAVID ANDERSON

12                    FEBRUARY 7, 2007

13

14

15      VIDEOTAPED ORAL DEPOSITION OF DAVID ANDERSON,

16  produced as a witness at the instance of the Plaintiff,

17  and duly sworn, was taken in the above-styled and

18  above-numbered cause on the 7th day of February, 2007,

19  from 9:21 a.m. to 4:27 p.m., before Lisa J. Gretarsson,

20  CSR in and for the state of Texas, reported by machine

21  shorthand, at the offices of Pillsbury, Winthrop, Shaw,

22  Pittman, LLP, 50 Fremont, Suite 400, located in the city

23  of San Francisco, state of California, pursuant to the

24  Federal Rules of Civil Procedure and the provisions

25  stated on the record.
```

1  page 18 of the 10-K filing. I would like for you to    03:46
2  look down at the paragraph by Mr. Flynn's name.    03:47
3       A.   Yes.    03:47
4       Q.   And on the third sentence by Mr. Flynn's name,    03:47
5  it says, He, Mr. Flynn, served as vice chairman and head    03:47
6  of the commercial financial services group of Union --    03:47
7       A.   I'm sorry, third line or third sentence? You    03:47
8  said sentence, I believe.    03:47
9       Q.   I'm sorry, third line. I apologize.    03:47
10      A.   Thank you.    03:47
11      Q.   He, Mr. Flynn, served as vice chairman and    03:47
12 head of the commercial financial services group of    03:47
13 UnionBanCal Corporation and Union Bank of California.    03:47
14 Do you see that?    03:47
15      A.   Yes.    03:47
16      Q.   And earlier you had said that commercial    03:47
17 financial services was a banking activity, correct?    03:48
18      A.   Yes.    03:48
19      Q.   Is it your testimony that UnionBanCal    03:48
20 Corporation does not engage in banking activities?    03:48
21      A.   Yes.    03:48
22      Q.   If UnionBanCal Corporation does not engage in    03:48
23 banking activities, can you explain to the judge and    03:48
24 jury why UnionBanCal Corporation has a commercial    03:48
25 financial services group when you earlier said    03:48

Page 175

1  commercial financial services is a banking activity?    03:48
2          MR. SWEIGART: Object to the form.    03:48
3      A.  I think as I said before, that is his title.    03:48
4  It happens that UnionBanCal Corporation does not have    03:48
5  commercial financial services operations.    03:48
6      Q.  (BY MR. KING)  But UnionBanCal Corporation    03:49
7  apparently has a group that's dedicated to commercial    03:49
8  financial services; is that correct?    03:49
9      A.  In the bank, Union Bank of California.  It is    03:49
10 very clear from looking at the footnotes to the    03:49
11 financial statements that UnionBanCal has no commercial    03:49
12 banking activities.    03:49
13     Q.  Well, I'm looking at this paragraph right now,    03:49
14 Mr. Anderson, and in this paragraph it specifically    03:49
15 says, Mr. Flynn has served as vice chairman and head of    03:49
16 the commercial financial services group of UnionBanCal    03:49
17 Corporation.  Now, does UnionBanCal Corporation have a    03:49
18 commercial financial services group?    03:49
19     A.  No, it does not.    03:49
20     Q.  So this is an inaccurate statement in the    03:49
21 10-K.    03:49
22         MR. SWEIGART: Object to the form.    03:49
23     A.  It is an accurate statement.    03:49
24     Q.  (BY MR. KING)  Did UnionBanCal Corporation    03:50
25 have a commercial financial services group from April    03:50

Page 204

```
 1  FOR THE PLAINTIFF:

 2      R. Benjamin King, Esq.
        NIX PATTERSON & ROACH, L.L.P.
 3      2900 St. Michael Drive, Suite 500
        Texarkana, Texas  75503
 4           Telephone:  903-223-3999
             Facsimile:  902-223-8520
 5           E-mail:     benking@nixlawfirm.com

 6  FOR THE DEFENDANT, UNIONBANCAL CORP.

 7      Raymond L. Sweigart, Esq.
        Brian Harris, Esq.
 8      PILLSBURY, WINTHROP, SHAW, PITTMAN, LLP
        1650 Tysons Boulevard
 9      McLean, Virginia  22102
             Telephone:  703-770-7900
10           Facsimile:  703-770-7901
             E-mail:     raymond.sweigart@pillsburylaw.com
11

12      I further certify that I am neither attorney nor

13  counsel for nor related to or employed by any of the

14  parties to the action in which this deposition is taken,

15  and further that I am not a relative or employee of any

16  attorney or counsel employed by the parties hereto or

17  financially interested in the action.

18      In witness whereof, I have hereunto set my hand

19  and affixed my seal this _____ day of _____,

20  2007.

21

22                         LISA J. GRETARSSON, CSR No. 4486
                           Expiration Date:  12-31-08
23                         Firm Registration No. 90
                           208 N. Green Street, Ste. 201
24                         Longview, TX  75601
                           903/758-2183 (telephone)
25                         903/758-4890 (fax)
```