# Exhibit C

Dockets.Justia.com

Cause No.: 2:06-CV-72 DF
DataTreasury Corporation
v.
Wells Fargo & Company, et al.

# Transcript of the Testimony of
# **David Anderson**

February 7, 2007

By: Lisa Gretarsson, CSR

Gretchen Shore Court Reporting & Litigation Support
Phone:(903) 758-2183
Fax:(903) 758-4890
Email:gretchenshore@gretchenshore.com
Internet: www.gretchenshore.com

Page 1

1                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF TEXAS
2                         MARSHALL DIVISION

3  DATATREASURY CORPORATION,    ) (
                                 ) (
4         Plaintiff,             ) (
                                 ) (
5  VS                            ) (      CIVIL ACTION NO.
                                 ) (      2:06-CV-72 (DF)
6  WELLS FARGO & COMPANY,        ) (
   et al.,                       ) (
7                                ) (
          Defendants.            ) (
8

9

10

11        VIDEOTAPED ORAL DEPOSITION OF DAVID ANDERSON

12                       FEBRUARY 7, 2007

13

14

15        VIDEOTAPED ORAL DEPOSITION OF DAVID ANDERSON,

16  produced as a witness at the instance of the Plaintiff,

17  and duly sworn, was taken in the above-styled and

18  above-numbered cause on the 7th day of February, 2007,

19  from 9:21 a.m. to 4:27 p.m., before Lisa J. Gretarsson,

20  CSR in and for the state of Texas, reported by machine

21  shorthand, at the offices of Pillsbury, Winthrop, Shaw,

22  Pittman, LLP, 50 Fremont, Suite 400, located in the city

23  of San Francisco, state of California, pursuant to the

24  Federal Rules of Civil Procedure and the provisions

25  stated on the record.

Page 170

1           MR. KING:  Object to nonresponsive.                03:37

2      A.   We think that it has explained it clearly and      03:37

3 the SEC has not objected to that.                            03:37

4           MR. KING:  Object to nonresponsive.                03:37

5      Q.   (BY MR. KING)  And when the term the company        03:37

6 is used throughout the annual report and the 10-K            03:37

7 filing, it does not specifically exclude UnionBanCal         03:37

8 Corporation from the definition of the company, correct?     03:37

9      A.   Unless specifically stated in various parts of     03:37

10 the documents.                                              03:37

11     Q.   Are you aware of any instances in the 10-K         03:38

12 document that the term the company excludes UnionBanCal      03:38

13 Corporation?                                                03:38

14     A.   I'm not aware of that.                             03:38

15     Q.   And you're one of the individuals who put          03:38

16 together the Form 10-K, correct?                            03:38

17     A.   Yes, I am.                                         03:38

18     Q.   And signed off to its accuracy, correct?           03:38

19     A.   Yes, I did.                                        03:38

20          MR. KING:  Can we go back to the annual            03:38

21 report?  Thank you.                                         03:38

22     Q.   (BY MR. KING)  Are you aware of any instance       03:38

23 in this portion of the annual report or in the 10-K         03:38

24 portion of this annual report where it is stated that       03:38

25 UnionBanCal Corporation does not provide personal and       03:39

Page 171

1  commercial financial products and services to           03:39

2  individuals?                                              03:39

3           MR. SWEIGART:  Object to the form of the        03:39

4  question.  The document speaks for itself.               03:39

5      A.   I don't recall any specifics about -- about     03:39

6  that in the document.                                     03:39

7      Q.   (BY MR. KING)  Including the 10-K that you       03:39

8  helped prepare?                                           03:39

9      A.   Right.  I think that -- there is a separate      03:39

10 footnote in the 10-K that is a separate footnote on the  03:39

11 UnionBanCal Corporation itself.  A reader of the          03:40

12 financial statements would understand its scope of       03:40

13 operations from that footnote.                            03:40

14     Q.   Can you show me where that footnote is if I     03:40

15 pull up the --                                            03:40

16     A.   Sure.                                            03:40

17     Q.   Let me try to pull it up for you.  Let me       03:40

18 control this thing and see if I can get this pulled back  03:40

19 up.                                                       03:40

20          Okay, there you go, Mr. Anderson.               03:40

21     A.   (Reviewing document.)  Note 27 to the           03:41

22 financial statements.  Do you want to take control so    03:41

23 you can look at it?                                       03:41

24     Q.   Note 27?                                         03:41

25     A.   Yes.                                             03:41

Page 172

```
 1      Q.    And how is it that the average reader would     03:42

 2 take from note 27 that UnionBanCal Corporation does not     03:42

 3 engage in some of the activities that we have just          03:42

 4 discussed?                                                  03:42

 5              MR. SWEIGART:  Object to the form.             03:42

 6      A.    Because a commercial bank makes loans and        03:42

 7 takes deposits and there aren't any here.                   03:42

 8      Q.    (BY MR. KING)  Is there any other note in this   03:43

 9 document or any other portion of this document that         03:43

10 would lead the average reader of the financial             03:43

11 statements to understand the scope of UnionBanCal          03:43

12 Corporation's operations?                                   03:44

13              MR. SWEIGART:  Object to the form.             03:44

14      A.    In my estimation, no -- no further explanation   03:44

15 is necessary or required.                                   03:44

16              THE WITNESS:  Is that better?                  03:44

17              THE VIDEOGRAPHER:  I think so.  Thank          03:44

18 you.                                                        03:44

19      Q.    (BY MR. KING)  Mr. Anderson, what's more clear   03:44

20 to you, a financial statement, such as that in note 27,     03:44

21 or a statement that the company provides a comprehensive    03:44

22 array of personal and commercial financial products and     03:44

23 services to individuals?                                    03:44

24              MR. SWEIGART:  Object to the form.             03:44

25      A.    Those statements were important, can't be        03:44
```

```
 1 FOR THE PLAINTIFF:

 2     R. Benjamin King, Esq.
       NIX PATTERSON & ROACH, L.L.P.
 3     2900 St. Michael Drive, Suite 500
       Texarkana, Texas  75503
 4         Telephone:  903-223-3999
           Facsimile:  902-223-8520
 5         E-mail:     benking@nixlawfirm.com

 6 FOR THE DEFENDANT, UNIONBANCAL CORP.

 7     Raymond L. Sweigart, Esq.
       Brian Harris, Esq.
 8     PILLSBURY, WINTHROP, SHAW, PITTMAN, LLP
       1650 Tysons Boulevard
 9     McLean, Virginia  22102
           Telephone:  703-770-7900
10         Facsimile:  703-770-7901
           E-mail:     raymond.sweigart@pillsburylaw.com
11

12     I further certify that I am neither attorney nor

13 counsel for nor related to or employed by any of the

14 parties to the action in which this deposition is taken,

15 and further that I am not a relative or employee of any

16 attorney or counsel employed by the parties hereto or

17 financially interested in the action.

18     In witness whereof, I have hereunto set my hand

19 and affixed my seal this _____ day of _____,

20 2007.

21

22                    _____
                      LISA J. GRETARSSON, CSR No. 4486
23                    Expiration Date:  12-31-08
                      Firm Registration No. 90
24                    208 N. Green Street, Ste. 201
                      Longview, TX  75601
25                    903/758-2183 (telephone)
                      903/758-4890 (fax)
```