IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORPORATION | § | |
| | § | |
| PLAINTIFF | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:06-CV-72-DF |
| | § | |
| WELLS FARGO & CO., ET AL, | § | |
| | § | |
| DEFENDANTS | § | |

**DEFENDANTS', LASALLE BANK CORPORATION AND LASALLE BANK, N.A.,
UNOPPOSED MOTION TO EXTEND P.R. 3-4 DEADLINE**

Defendants' LaSalle Bank Corporation and LaSalle Bank, N.A., (collectively "LaSalle") respectfully submit this Unopposed Motion to Extend P.R. 3-4 Deadline, and in support of hereof shows as follows:

Pursuant to the Second Amended Docket Control Order, the Deadline for LaSalle to produce documents pursuant to Local Patent Rule 3-4 was February 26, 2007.

Plaintiff Datatreasury and LaSalle have agreed that the deadline for LaSalle to produce documents pursuant to Local Patent Rule 3-4 should be extended to March 12, 2007.

This extension is sought for purposes of delay, and no other deadlines will be affected. Further this extension will not result in prejudice to any party or to the Court, and will not unduly delay the proceedings.

Dated:  March 1, 2007                    Respectfully submitted,


By:  /s/ Andrew W. Spangler
                Jeffrey A. Finn – Lead Attorney
                State Bar No. 185248
                Sidley Austin Brown & Wood
                555 West Fifth Street, 40th Floor
                Los Angeles, CA 90013
                Telephone:  (213) 896-6000
                Fax: (213) 896-6600
                E-mail: jfinn@sidley.com

                S. Calvin Capshaw
                State Bar No. 03783900
                Elizabeth L. DeRieux
                State Bar No. 05770585
                Andrew W. Spangler
                State Bar No. 24041960
                BROWN McCARROLL  LLP
                1127 Judson Road, Suite 220,
                P.O. Box 3999 (75606-3999)
                Longview, Texas 75601-5157
                Telephone: (903) 236-9800
                Facsimile: (903) 236-8787
                E-mail: ccapshaw@mailbmc.com
                E-mail: ederieux@mailbmc.com
                E-mail: aspangler@mailbmc.com

                ATTORNEYS FOR DEFENDANTS
                LASALLE BANK CORP. AND
                LASALLE BANK NA

### CERTIFICATE OF SERVICE

       I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 1st day of March, 2007, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by, electronic mail, facsimile transmission and/or first class mail on this same date.


                /s/ Andrew W. Spangler
                Andrew W. Spangler