IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORPORATION | § | |
| | § | |
| PLAINTIFF | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:06-CV-72-DF |
| | § | |
| WELLS FARGO & CO., ET AL, | § | |
| | § | |
| DEFENDANTS | § | |

**ORDER**

Before the Court is Defendants' LaSalle Bank Corporation and LaSalle Bank, N.A. Unopposed Motion to Extend P.R. 3-4 deadline. Having considered the Motion, the Court finds that it is meritorious and should be GRANTED.

It is therefore ORDERED that the deadline for Defendants LaSalle Bank Corporation and LaSalle Bank, N.A. to produce documents pursuant to Local Patent Rule 3-4 is extended until March 12, 2007.

AUS:3881790.1
52671.4

dockets.Justia.com