UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DATATREASURY CORPORATION, <br><br> Plaintiff <br><br> v. <br><br> WELLS FARGO & COMPANY; WELLS FARGO & COMPANY; WELLS FARGO BANK, NATIONAL ASSOCIATION; BANK OF AMERICA CORPORATION; BANK OF AMERICA, NATIONAL ASSOCIATION; U.S. BANCORP; U.S. BANK, NATIONAL ASSOCIATION; WACHOVIA CORPORATION; WACHOVIA BANK, NATIONAL ASSOCIATION; SUNTRUST BANKS, INC.; SUNTRUST BANK; BB&T CORPORATION; BRANCH BANKING AND TRUST COMPANY; BANCORPSOUTH, INC.; BANCORPSOUTH BANK; COMPASS BANCSHARES, INC.; COMPASS BANK; CULLEN/FROST BANKERS, INC.; THE FROST NATIONAL BANK; FIRST HORIZON NATIONAL CORPORATION; FIRST TENNESSEE BANK, NATIONAL ASSOCIATION; HSBC NORTH AMERICA HOLDINGS INC.; HSBC BANK USA, N.A.; HARRIS BANKCORP, INC.; HARRIS N.A.; NATIONAL CITY CORPORATION; NATIONAL CITY BANK; ZIONS BANCORPORATION; ZIONS FIRST NATIONAL BANK; BANK OF NEW YORK CO., INC.; THE BANK OF NEW YORK; UNIONBANCAL CORPORATION; UNION BANK OF CALIFORNIA, NATIONAL ASSOCIATION; BANK OF TOKYO-MITSUBISHI UFJ, LTD.; CITIZENS FINANCIAL GROUP, INC. | 2:06-CV-72 DF |

US2000 9814075.1

| | |
|---|---|
| CITY NATIONAL CORPORATION; CITY NATIONAL BANK; COMERICA INCORPORATED; COMERICA BANK & TRUST, NATIONAL ASSOCIATION; DEUTSCHE BANK TRUST COMPANY AMERICAS; FIRST CITIZENS BANCSHARES, INC.; FIRST CITIZENS BANK & TRUST COMPANY; KEYCORP; KEYBANK NATIONAL ASSOCIATION; LASALLE BANK CORPORATION; LASALLE BANK NA; M&T BANK CORPORATION; M&T BANK; THE PNC FINANCIAL SERVICES GROUP, INC.; PNC BANK, NATIONAL ASSOCIATION UBS AMERICAS, INC.; SMALL VALUE PAYMENTS COMPANY, LLC; THE CLEARING HOUSE PAYMENTS COMPANY, LLC; MAGTEK, INC; FIRST DATA CORPORATION; TELECHECK SERVICES, INC., REMITCO, LLC; and ELECTRONIC DATA SYSTEMS CORP.<br><br>Defendants. | |

## M&T'S UNOPPOSED MOTION TO EXTEND LOCAL PATENT RULE 3.4(a) DEADLINE

Defendants BB&T Corporation and Branch Banking and Trust Company (collectively, "BB&T") hereby move the Court to extend the deadline to produce documents pursuant to Local Patent Rule 3.4(a). In support of this motion, Defendants respectfully show the Court the following:

Pursuant to the Second Amended Docket Control Order (Docket No. 451), the deadline for BB&T to produce documents pursuant to Local Patent Rule 3.4(a) is February 26, 2007.

Plaintiff has agreed that the deadline for this document production should be extended to March 12, 2007.

This motion is made in good faith and not for the purpose of delay.

A proposed order granting the relief requested herein is attached hereto as Exhibit A.

Respectfully submitted, this 2nd day of March, 2007.

By:  /s/ E. Danielle Thompson Williams
William H. Boice
Steven Gardner
E. Danielle Thompson Williams
Audra A. Dial
Bret T. Winterle

KILPATRICK STOCKTON LLP
Suite 2800
1100 Peachtree Street
Atlanta, GA 30309-4530
Telephone: (404) 815-6500
Fax: (404) 815-6555

1001 West 4th Street
Winston-Salem, NC 27104
Telephone: (336) 607-7300
Fax: (336) 607-7500

Damon Young
YOUNG, PICKETT & LEE
4122 Texas Boulevard
P. O. Box 1897
Texarkana, TX 75504

Attorneys for Defendants BB&T Corporation
and Branch Banking and Trust Company

**CERTIFICATE OF CONFERENCE**

The undersigned has conferred with counsel for the Plaintiff regarding the relief requested herein. Plaintiff's counsel has advised that they do not oppose this Motion.

/s/ E. Danielle Thompson Williams
E. Danielle Thompson Williams

US2000 9814075.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date I caused to be served the foregoing Unopposed Motion to Extend Local Patent Rule 3.4(a) Deadline on Plaintiff's counsel of record by electronic mail pursuant to Local Court Rule 5(e) addressed as follows:

| | |
|---|---|
| Edward L. Hohn, Esq. | edhohn@nixlawfirm.com |
| Edward K. Chin, Esq. | edchin@nixlawfirm.com |
| Nix Patterson & Roach, L.L.P. | |
| 5215 N. O'Connor Blvd. | |
| Suite 1900 | |
| Irving, TX 75039 | |
| | |
| Harold Wayne Nix | haroldnix@nixlawfirm.com |
| Nix Patterson & Roach, L.L.P. | |
| 205 Linda Drive | |
| Daingerfield, TX 75638 | |
| | |
| Louis Brady Paddock, Esq. | bpaddock@nixlawfirm.com |
| Anthony Bruster, Esq. | akbruster@nixlawfirm.com |
| Richard B. King, Esq. | benking@nixlawfirm.com |
| Charles Cary Patterson, Esq. | ccp@nixlawfirm.com |
| Nix Patterson & Roach, L.L.P. | |
| 2900 St. Michael Dr., 5th Floor | |
| Texarkana, TX 75503 | |
| | |
| Rod A. Cooper, JD, MA | rcooper@cooperiplaw.com |
| The Cooper Law Firm | |
| 5215 N. O'Connor Blvd. | |
| Suite 1900 | |
| Irving, TX 75039 | |
| | |
| Eric M. Albritton, Esq. | ema@emafirm.com |
| Albritton Law Firm | |
| 109 W. Tyler | |
| Longview, TX 75601 | |
| | |
| Joe Kendall, Esq. | jkendall@provostumphrey.com |
| Karl Rupp, Esq. | krupp@provostumphrey.com |
| Provost Umphrey Law Firm, L.L.P. | |
| 3232 McKinney Avenue, Suite 700 | |
| Dallas, TX 75204 | |
| | |
| T. John Ward Jr. | jw@jwfirm.com |
| Law Office of T. John Ward, Jr. P.C. | |

US2000 9814075.1

109 W. Tyler
Longview, TX 75601

This the 2nd day of March, 2007.

                                        /s/ E. Danielle Thompson Williams
                                        E. Danielle Thompson Williams

US2000 9814075.1