UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DATATREASURY CORPORATION, | |
| Plaintiff | |
| v. | 2:06-CV-72 DF |
| WELLS FARGO & COMPANY, et al., | |
| Defendants. | |

**ORDER GRANTING UNOPPOSED MOTION TO EXTEND LOCAL PATENT RULE 3.4(a) DEADLINE**

Before the Court is Defendants BB&T Corporation and Branch Banking and Trust Company's (collectively, "BB&T") Unopposed Motion to Extend Local Patent Rule 3.4(a) Deadline. Having considered the Motion, the Court finds that it should be GRANTED.

Now therefore, IT IS HEREBY ORDERED that the deadline for BB&T to produce documents pursuant to Local Patent Rule 3.4(a) is extended until March 12, 2007.

US2000 9814075.1