UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DATATREASURY CORPORATION,<br><br>Plaintiff<br><br>v.<br><br>WELLS FARGO & COMPANY, et al.,<br><br>Defendants. | 2:06-CV-72 DF |

### ORDER GRANTING UNOPPOSED MOTION TO EXTEND LOCAL PATENT RULE 3.4(a) DEADLINE

Before the Court is Defendants M&T Bank and M&T Bank Corporation's (collectively, "M&T") Unopposed Motion to Extend Local Patent Rule 3.4(a) Deadline. Having considered the Motion, the Court finds that it should be GRANTED.

Now therefore, IT IS HEREBY ORDERED that the deadline for M&T to produce documents pursuant to Local Patent Rule 3.4(a) is extended until March 12, 2007.

US2000 9805277.1