# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| DATATREASURY CORPORATION, | ) |
| | ) |
| Plaintiff, | )   Case No. 2:06-CV-72 |
| | ) |
| v. | ) |
| | ) |
| WELLS FARGO & COMPANY, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF THE BANK OF NEW YORK COMPANY, INC. AND THE BANK OF NEW YORK'S SERVICE OF DOCUMENT PRODUCTION ACCOMPANYING PRELIMINARY PRODUCTION

Defendants The Bank of New York Company, Inc. and The Bank of New York, by and through its counsel, hereby provide Notice to the Court, pursuant to the Second Amended Docket Control Order, dated January 29, 2007 (Docket #451), and local P.R.3-4, that their Document Production Accompanying Preliminary Production were served upon plaintiff on February 26, 2007 via Federal Express.

Dated: March 5, 2007                                  Respectfully submitted,

                                                     /s/ Scott J. Pivnick_____
                                                     Raymond L. Sweigart (admitted pro hac vice)
                                                     Scott J. Pivnick (admitted pro hac vice)
                                                     PILLSBURY WINTHROP SHAW
                                                     PITTMAN LLP
                                                     1650 Tysons Blvd.
                                                     McLean, VA 22102-4859
                                                     T: (703) 770-7900
                                                     F: (703) 770-7901
                                                     raymond.sweigart@pillsburylaw.com
                                                     scott.pivnick@pillsburylaw.com

30550132v1

Jennifer Parker Ainsworth
Texas Bar No. 00784720
WILSON, SHEEHY, KNOWLES,
ROBERTSON & CORNELIUS, P.C.
909 ESE Loop 323
Suite 400
Tyler, Texas 75701
T: (903) 509-5000
F: (903) 509-5092
jainsworth@wilsonlawfirn.com


Richard Hogan
Texas Bar No. 09802010
PILLSBURY WINTHROP SHAW
PITTMAN LLP
2 Houston Center
909 Fannin Street, 22nd Floor
Houston, TX 77010
T: (713) 425-7327
F: (703) 425-7373
richard.hogan@pillsburylaw.com


*Attorneys for Defendants,*
*The Bank of New York Company, Inc. and The*
*Bank of New York*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on February 26, 2007, to all counsel of record via the Court's CM/ECF system per Local Rule CV-5(a)(3).

_____/s/ Gerri Carrenard_____