IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:06-CV-72 |
| | ) | |
| v. | ) | |
| | ) | |
| WELLS FARGO & COMPANY, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE OF UNIONBANCAL CORPORATION UNION BANK OF CALIFORNIA, N.A. SERVICE OF DOCUMENT PRODUCTION ACCOMPANYING PRELIMINARY PRODUCTION**

Defendants UnionBanCal Corporation and Union Bank of California, N.A., by and through their counsel, hereby provide Notice to the Court, pursuant to the Second Amended Docket Control Order, dated January 29, 2007 (Docket #451), and local P.R.3-4, that their Document Production Accompanying Preliminary Production were served upon plaintiff on February 26, 2007 via Federal Express.[1]

Dated: March 5, 2007                                        Respectfully submitted,

/s/ Scott J. Pivnick_____
Raymond L. Sweigart (admitted pro hac vice)
Scott J. Pivnick (admitted pro hac vice)
PILLSBURY WINTHROP SHAW
PITTMAN LLP
1650 Tysons Blvd.
McLean, VA 22102-4859
T: (703) 770-7900
F: (703) 770-7901

---

[1] UnionBanCal Corporation has filed a Motion to Dismiss challenging this Court's personal jurisdiction over UnionBanCal Corporation in the above-captioned matter.  This motion remains pending and this Notice is provided without waiving of any of UnionBanCal Corporation's jurisdictional arguments.

30550132v1

raymond.sweigart@pillsburylaw.com
scott.pivnick@pillsburylaw.com

Jennifer Parker Ainsworth
Texas Bar No. 00784720
WILSON, SHEEHY, KNOWLES,
ROBERTSON & CORNELIUS, P.C.
909 ESE Loop 323
Suite 400
Tyler, Texas 75701
T: (903) 509-5000
F: (903) 509-5092
jainsworth@wilsonlawfirn.com

Richard Hogan
Texas Bar No. 09802010
PILLSBURY WINTHROP SHAW PITTMAN LLP
2 Houston Center
909 Fannin Street, 22nd Floor
Houston, TX 77010
T: (713) 425-7327
F: (703) 425-7373
richard.hogan@pillsburylaw.com

*Attorneys for Defendants,
The Bank of New York Company, Inc. and The Bank of New York*

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on February 26, 2007, to all counsel of record via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                              _____/s/ Gerri Carrenard_____