# Exhibit C

Dockets.Justia.com

**BAKER BOTTS** LLP

2001 ROSS AVENUE
DALLAS, TEXAS
75201-2980

TEL +1 214.953.6500
FAX +1 214.953.6503
www.bakerbotts.com

AUSTIN
**DALLAS**
DUBAI
HONG KONG
HOUSTON
LONDON
MOSCOW
NEW YORK
RIYADH
WASHINGTON

December 28, 2006

**BY FEDERAL EXPRESS**

Edward L. Hohn
Nix Patterson & Roach, L.L.P.
5215 N. O'Connor Blvd.
Suite 1900
Irving, Texas 75039

Fernando Rodriguez, Jr.
TEL +1 214.953.6445
FAX +1 FAX 214.953.6503
fernando.rodriguez@bakerbotts.com

Re: *DataTreasury Corporation v. Wells Fargo & Company, et al.*; Civil Action No. 2:06cv72; in the United States District Court for the Eastern District of Texas, Marshall Division

Dear Edward:

Pursuant to Federal Rule of Civil Procedure 26, First Citizens BancShares, Inc. encloses one CD containing documents bates numbered FCBS00001 - FCBS01227.

Please call if you have any questions.

Very truly yours,

Fernando Rodriguez, Jr.

Enclosure

cc: Counsel of record (w/o encl. via email)

## BAKER BOTTS LLP

2001 ROSS AVENUE
DALLAS, TEXAS
75201-2980

TEL +1 214.953.6500
FAX +1 214.953.6503
www.bakerbotts.com

AUSTIN
**DALLAS**
DUBAI
HONG KONG
HOUSTON
LONDON
MOSCOW
NEW YORK
RIYADH
WASHINGTON

January 26, 2007

**BY FEDERAL EXPRESS**

Sunja Smith
TEL +1 214-953-6782
FAX +1 214-661-4782
sunja.smith@bakerbotts.com

Edward L. Hohn
Nix Patterson & Roach, L.L.P.
5215 N. O'Connor Blvd.
Suite 1900
Irving, Texas 75039

Re: *DataTreasury Corporation v. Wells Fargo & Company, et al.* Civil Action No. 2:06cv72; in the United States District Court for the Eastern District of Texas, Marshall Division

Dear Edward:

I have enclosed a supplemental document production by First Citizens BancShares, Inc. The documents are bates numbered FCBS01228 through FCBS02050.

Sincerely yours,

Sunja Smith
Paralegal-Trial

Enclosure

cc: Counsel of record (w/o encl. via email)