UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORPORATION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO.  2:06-CV-72-DF |
| v. | § | |
| | § | |
| WELLS FARGO & COMPANY, et al. | § | |
| | § | |
| Defendants. | § | |

**ORDER DENYING DATATREASURY CORPORATION'S MOTION TO COMPEL
CERTAIN DOCUMENTS RELATING TO DEFENDANT FIRST CITIZENS
BANCSHARES, INC.'S JURISDICTIONAL CHALLENGE**

Before the Court is DataTreasury Corporation's Motion to Compel Certain Documents

Relating to Defendant First Citizens BancShares, Inc.'s Jurisdictional Challenge.  Having

considered the briefs on file and the applicable authorities, it is **ORDERED** that DataTreasury's

Motion is **DENIED**.

**SO ORDERED**.

Dockets.Justia.co