IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORPORATION | § | |
| | § | |
| VS. | § | Civil Action No.: 2:05cv294 |
| | § | |
| CITIGROUP, INC,: CITIBANK | § | |
| NATIONAL ASSOCIATION | § | |

### NOTICE OF CHANGE OF ADDRESS

NOTICE is hereby given to the Court and all counsel of record of the change of address for Rod Cooper as follows:

>  **ROD COOPER**
>  **State Bar No. 90001628**
>  **NIX PATTERSON & ROACH, L.L.P.**
>  **5215 N. O'Connor Blvd., Suite1900**
>  **Irving, Texas 75039**
>  **972.831.1188; 972.444.0716 fax**
>  rodcooper@nixlawfirm.com

Respectfully submitted,

_____
**ROD COOPER**
State Bar No. 90001628
**NICOLE REED**
State Bar No. 24041759
**EDWARD HOHN**
Attorney-in-charge
State Bar No. 09813240

NOTICE OF CHANGE OF ADDRESS FOR ROD COOPER
1 OF 4

Dockets.Justia.com

**EDWARD CHIN**
State Bar No. 50511688
**NIX PATTERSON & ROACH, L.L.P.**
5215 N. O'Connor Blvd., Suite1900
Irving, Texas 75039
972.831.1188; 972.444.0716 fax
nicolereed@nixlawfirm.com
rodcooper@nixlawfirm.com
edhohn@nixlawfirm.com
edchin@nixlawfirm.com

**C. CARY PATTERSON**
State Bar No. 15587000
**BRADY PADDOCK**
State Bar No. 00791394
**ANTHONY BRUSTER**
State Bar No. 24036280
**R. BENJAMIN KING**
State Bar No. 24048592
**NIX PATTERSON & ROACH L.L.P.**
2900 St. Michael Drive, Suite 500
Texarkana, Texas 75503
903.223.3999; 903.223.8520 fax
ccp@nixlawfirm.com
bpaddock@nixlawfirm.com
akbruster@nixlawfirm.com
benking@nixlawfirm.com

**JOE KENDALL**
State Bar No. 11260700
**KARL RUPP**
State Bar No. 24035243
**PROVOST * UMPHREY, L.L.P.**
3232 McKinney Avenue, Suite 700
Dallas, Texas 75204
214.744.3000; 214.744.3015 fax
jkendall@provostumphrey.com
krupp@provostumphrey.com

**ERIC M. ALBRITTON**
State Bar No. 00790215
**ALBRITTON LAW FIRM**
P.O. Box 2649
Longview, Texas 75606
903.757.8449; 903.758.7397 fax
ema@emafirm.com

T. JOHN WARD, JR.
State Bar No. 00794818
**LAW OFFICE OF T. JOHN WARD, JR.**
P.O. Box 1231
Longview, Texas  75601
903.757.6400; 903.757.2323 fax
jw@jwfirm.com

*ATTORNEYS FOR PLAINTIFF
DATATREASURY CORPORATION*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served electronically upon all the following on the 19th day of April, 2007.

**Counsel for CitiGroup:**
ROBERT M. CHIAVELLO, JR.
Attorney in Charge
State Bar No. 04190720
BRETT C. GOVETT
State Bar No. 08235900
**FULBRIGHT & JAWORSKI, L.L.P.**
2200 Ross Avenue, Ste. 2800
Dallas, Texas  75201-2784
214.855.8000 (telephone)
214.855.8200 (facsimile)
bobc@fulbright.com
bgovett@fulbright.com

_____
**ROD COOPER**