

**NIX PATTERSON & ROACH, LLP**

EDWARD L. HOHN
ATTORNEY AT LAW
edhohn@nixlawfirm.com

Moni Celeste King
Sr. Paralegal
moniking@nixlawfirm.com

April 19, 2007

Via Facsimile 903.794.1224

Honorable David Folsom
United States District Court
Texarkana, Texas

Re: *DataTreasury Corp. vs. Citibank*; Civil Action No. 2:05cv294

Dear Judge Folsom:

Pursuant to Judge Parker's letter to you dated April 18, 2007, this letter is to advise the Court that Plaintiff, DataTreasury Corporation, does not oppose moving the *Markman* hearing currently scheduled in the above-referenced case for April 26, 2007, to a different date convenient to the Court's schedule.

Thank you for your assistance in this matter. If you have any questions, please do not hesitate to contact me.

Very truly yours,

Edward L. Hohn

ELH:mck
Cc: Counsel for Citibank

Sept. 24

5215 N. O'Connor Blvd., Suite 1900 • Irving, TX 75039
972-831-1188 • 972-444-0716 Fax