IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **DATATREASURY CORP.**, | § § § | |
| **Plaintiff,** | § § | |
| v. | § § | 2:06-CV-72-DF |
| **WELLS FARGO & CO., et al.** | § § § | |
| **Defendants.** | § § § | |

## O R D E R

  Plaintiff filed a Motion for Preliminary Injunction on April 4, 2007. Dkt. No. 612. The parties subsequently resolved the matter of Plaintiff's April 4 motion, and Plaintiff filed a "Motion to Withdraw its Motion for Temporary Injunction" on April 10, 2007. Dkt. No. 638. The Court finds Plaintiff's Motion to Withdraw (Dkt. No. 638) well taken and it is hereby **GRANTED**. Plaintiff's Motion for Preliminary Injunction (Dkt. No. 612) is hereby **TERMINATED AS MOOT**.

  **SIGNED this 20th day of April, 2007.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE