# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| DATATREASURY CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WELLS FARGO & COMPANY, et al., ) <br> ) <br> Defendants. ) | Civil Action No. 2-06CV-72 |

## ORDER GRANTING MOTION TO EXCEED PAGE LIMITS

On this day the Court considered UnionBanCal's Motion to Exceed Page Limitations with regard to Defendant UnionBanCal Corporation's Motion for Clarification or for a Protective Order Regarding Discovery Order and Enlargement of Time. After considering the Motion, the Court GRANTS the motion and ORDERS that UnionBanCal may file Defendant UnionBanCal Corporation's Motion for Clarification or for a Protective Order Regarding Discovery Order and Enlargement of Time exceeding the fifteen page limit for non-dispositive motions.

**SIGNED this 20th day of April, 2007.**

_Caroline M. Craven_
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE