IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DataTreasury Corporation | § | |
| | § | |
| Plaintiff | § | |
| v. | § | |
| | § | Civil Action No. 2:06-CV-72 DF |
| City National Corporation, et al. | § | |
| | § | |
| Defendants | § | |
| | § | |

**ORDER**

Before the Court is City National Bank and City National Corporation's ("CNB") Unopposed Motion for Extension of Time to Amend Pleadings. The Court having considered the Motion finds that it should be **GRANTED** for cause shown. Accordingly, the deadline for CNB to file its amended pleadings is extended to Friday, April 13, 2007.

**SIGNED this 23rd day of April, 2007.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE