# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

## Case Number 2:06-CV-72 DF

| | |
|---|---|
| **DATA TREASURY CORPORATION,** | |
| **Plaintiff,** | |
| v. | **NOTICE OF APPEAL** |
| **WELLS FARGO & COMPANY, et al.,** | |
| **Defendants.** | |

## WELLS FARGO & COMPANY AND WELLS FARGO BANK'S NOTICE OF APPEAL

Notice is hereby given that Wells Fargo & Company and Wells Fargo Bank, N.A. in the above named case hereby appeal to the United States Court of Appeals for the Federal Circuit from the Court's Order denying Wells Fargo & Company and Wells Fargo Bank, N.A.'s Motion to Dismiss or, in the Alternative, to Stay Pending Arbitration entered in this action on April 24, 2007.

Respectfully submitted,

By: /s/ W. Barton Rankin
    Brian J. Hurst
    Texas Bar No. 10313300
    John G. Flaim
    Texas Bar No. 00785864
    Jay F. Utley
    Texas Bar No. 00798559
    Richard V. Wells
    Texas Bar No. 24033326
    W. Barton Rankin
    Texas Bar No. 24037333

BAKER & McKENZIE LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099

ATTORNEYS FOR APPELLANTS, WELLS
FARGO & COMPANY AND WELLS FARGO
BANK, NATIONAL ASSOCIATION

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 26th day of April 2007, Wells Fargo & Company and Wells Fargo Bank, N.A.'s Notice of Appeal was served electronically on each party to this lawsuit, by and through their counsel of record, pursuant to Local Rule CV-5.

                                                  /s/ W. Barton Rankin_____

DALDMS/607472.1