**BAKER & MCKENZIE**

Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201, USA

Tel: +1 214 978 3000
Fax: +1 214 978 3099
www.bakernet.com

**Asia Pacific**
Bangkok
Beijing
Hanoi
Ho Chi Minh City
Hong Kong
Jakarta
Kuala Lumpur
Manila
Melbourne
Shanghai
Singapore
Sydney
Taipei
Tokyo

**Europe & Middle East**
Almaty
Amsterdam
Antwerp
Bahrain
Baku
Barcelona
Berlin
Bologna
Brussels
Budapest
Cairo
Düsseldorf
Frankfurt / Main
Geneva
Kyiv
London
Madrid
Milan
Moscow
Munich
Paris
Prague
Riyadh
Rome
St Petersburg
Stockholm
Vienna
Warsaw
Zurich

**North & South America**
Bogotá
Brasilia
Buenos Aires
Calgary
Caracas
Chicago
Dallas
Guadalajara
Houston
Juarez
Mexico City
Miami
Monterrey
New York
Palo Alto
Porto Alegre
Rio de Janeiro
San Diego
San Francisco
Santiago
Sao Paulo
Tijuana
Toronto
Valencia
Washington, DC

April 26, 2007

Tel: +1 214 978 3031
w.bart.rankin@bakernet.com

Clerk of the Court
Sam B. Hall, Jr. Federal Building
United States Courthouse
100 East Houston Street
Marshall, Texas 75670-4144

RE: *DataTreasury Corporation v. Wells Fargo & Company, et al.*, Cause No. 2:06-CV-72: Wells Fargo & Company and Wells Fargo Bank, N.A.'s Notice of Appeal

Dear Sir or Madam:

I have enclosed the following documents in the above-referenced matter:

(1) Wells Fargo & Company and Wells Fargo Bank, N.A.'s Notice of Appeal ("Notice of Appeal");

(2) United States Court of Appeals for the Federal Circuit Appeal Information Sheet ("Information Sheet"); and

(3) Court's Order of April 24, 2007, denying Wells Fargo & Company and Wells Fargo Bank, N.A.'s Motion to Dismiss or, in the Alternative, to Stay Pending Arbitration.

Pursuant to Federal Circuit Rule 3 and Federal Rule of Appellate Procedure 3(d), please send the enclosed documents and a certified copy of the docket entries to the Federal Circuit's clerk at the following address:

Clerk of Court
United States Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, D.C. 20439

Thank you, and if you have any questions, please do not hesitate to contact me.

Best regards,

*/s/ W. Barton Rankin/*

W. Barton Rankin

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein.

BAKER & McKENZIE

cc: datatreasury@cooperiplaw.com
    *Dal – WellsFargo_DTC

DALDMS/607479.1