**FORM 7.   Appeal Information Sheet**

# FEDERAL CIRCUIT APPEAL INFORMATION SHEET

\_\_\_   United States District Court for the _____

\_\_\_   United States Court of International Trade

\_\_\_   United States Court of Federal Claims

\_\_\_   United States Court of Appeals for Veterans Claims

Type of case: _____

_____ v. _____

(List all parties.  Use an asterisk to indicate dismissed or withdrawn parties.  Use a separate sheet if needed.  Explain any discrepancy with the caption used on the judgment, order, or opinion.)

Docket No. _____   Date of Judgment or Order _____

Cross or related appeal? _____   Date of Notice of Appeal   _____

Appellant is: \_\_\_\_\_ Plaintiff   \_\_\_\_\_Defendant   \_\_\_\_\_Other (explain)_____

FEES:   Court of Appeals docket fee paid?        \_\_\_\_\_Yes   \_\_\_\_\_No

U.S. Appeal?        \_\_\_\_\_Yes   \_\_\_\_\_No

In forma pauperis?        \_\_\_\_\_Yes   \_\_\_\_\_No

Is this matter under seal?   \_\_\_\_\_Yes   \_\_\_\_\_No

COUNSEL: (List name, firm, address, and telephone of lead counsel for each party.  Indicate party represented.  Use separate sheet if needed.)

_____   _____

_____   _____

_____   _____

_____   _____

COURT REPORTER: (Name and telephone):   _____

IMPORTANT: Attach a copy of the judgment or order appealed from and any supporting opinion or memorandum.  Forward together with a copy of the notice of appeal and certified docket entries.

Clerk of Court
United States Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, DC  20439

**Defendant**

**Wells Fargo & Company**

**Wells Fargo Bank, National Association**

represented by **Brian John Hurst**
Baker & McKenzie
2001 Ross Ave
Suite 2300
Dallas, TX 75201
214/978-3000
*LEAD ATTORNEY*

**Defendant**

**Bank of America Corporation**

**Bank of America, National Association**

represented by **Thomas M Melsheimer**
Fish & Richardson - Dallas
1717 Main St.
Suite 5000
Dallas, TX 75201
214/760-6117
Fax: 2147471091
*LEAD ATTORNEY*

**Defendant**

**U.S. Bancorp**

**U.S. Bank, National Association**

**National City Corporation**

**National City Bank**

**Zions Bancorporation**

**Zions First National Bank**

represented by **Anthony Hyeok Son**
Foley & Lardner - Washington
3000 K Street NW
Suite 500
Washington, DC 20007-5109
202/672-5300
*LEAD ATTORNEY*

1

**Defendant**

| | | |
|---|---|---|
| **Wachovia Corporation** | represented by | **William H Boice** |
| | | Kilpatrick Stockton LLP - Atlanta |
| **Wachovia Bank, National Association** | | 1100 Peachtree St |
| | | Ste 2800 |
| | | Atlanta, GA 30309-4530 |
| | | 404-815-6500 |
| | | *LEAD ATTORNEY* |

**BB&T Corporation**

**Branch Banking and Trust Company**

**Comerica Incorporated**

**Comerica Bank & Trust, National Association**

**M&T Bank Corporation**

**M&T Bank**

2

| | | |
|---|---|---|
| **Defendant** | | |
| **Suntrust Banks, Inc.** | represented by | **Samuel Franklin Baxter**<br>McKool Smith - Marshall<br>P O Box O |
| **Suntrust Bank** | | Marshall, TX 75671<br>903/927-2111 |
| **Keycorp** | | *LEAD ATTORNEY* |
| **Keybank National Association** | | |
| **The PNC Financial Services Group, Inc.** | | |
| **PNC Bank, National Association** | | |

| | | |
|---|---|---|
| **Defendant** | | |
| **Bancorpsouth, Inc.** | represented by | **John H McDowell**<br>Hughes & Luce - Dallas<br>1717 Main St |
| **Bancorp South Bank** | | Suite 2800<br>Dallas, TX 75201<br>214/939-5500<br>*LEAD ATTORNEY* |

| | | |
|---|---|---|
| **Defendant** | | |
| **Compass Bancshares, Inc.** | represented by | **Gerald C Conley**<br>Andrews & Kurth<br>1717 Main St<br>Suite 3700 |
| **Compass Bank** | | Dallas, TX 75201<br>214/659-4471 |
| **First Horizon National Corporation** | | *LEAD ATTORNEY* |
| **First Tennessee Bank, National Association** | | |

3

**Defendant**

| | | |
|---|---|---|
| **Cullen/Frost Bankers, Inc.**<br><br>**The Frost National Bank** | represented by | **Kurt Matthew Sauer**<br>Daffer McDaniel, LLP<br>700 Lavaca<br>Ste 720<br>Austin, TX 78701<br>512/476-1400<br>*LEAD ATTORNEY* |

**Defendant**

| | | |
|---|---|---|
| **HSBC North America Holdings Inc** | represented by | **Glen Morrison Boudreaux**<br>Boudreaux Leonard Hammond & Curcio, PC<br>909 Fannin<br>Suite 2350<br>Houston, TX 77010-5233<br>713/757-0000<br>*LEAD ATTORNEY* |

**Defendant**

| | | |
|---|---|---|
| **HSBC Bank USA, N.A.** | represented by | **Amr O Aly**<br>WilmerHale-New York<br>399 Park Avenue<br>New York, NY 10022<br>212/937-7226 |

**Defendant**

| | | |
|---|---|---|
| **Harris Bankcorp, Inc.**<br><br>**Harris, N.A.** | represented by | **Robert Marc Manley**<br>McKool Smith<br>300 Crescent Court<br>Suite 1500<br>Dallas, TX 75201<br>214/978-4000<br>*LEAD ATTORNEY* |

4

**Defendant**

| | | |
|---|---|---|
| **Bank of New York Co., Inc.** | represented by | **Scott J Pivnick** Pillsbury Winthrop Shaw Pittman - VA 1650 Tyson Blvd McLean, VA 22102 703-770-7900 *ATTORNEY TO BE NOTICED* |

**The Bank of New York Co, Inc.**

**Unionbancal Corporation**

**Union Bank of California National Association**

**The Bank of New York**

**Defendant**

| | | |
|---|---|---|
| **Bank of Tokyo-Mitsubishi UFJ, LTD** | represented by | **Lance Lee** Young Pickett & Lee 4122 Texas Blvd PO Box 1897 Texarkana, TX 75504-1897 903/794-1303 |

**Defendant**

| | | |
|---|---|---|
| **Citizens Financial Group, Inc.** | represented by | **Jeffrey S Standley** Standley & Gilcrest LLP 495 Metro Place South Suite 210 Dublin, OH 43017 614/792-5555 *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Deutsche Bank Trust Company Americas** | represented by | **Edward G Poplawski** Sidley Austin Brown & Wood 555 West Fifth Street, 40th Floor Los Angeles, Ca 90013 213/896-6000 Fax: 12138966600 Email: epoplawski@sidley.com *LEAD ATTORNEY* |

5

**Defendant**

| | | |
|---|---|---|
| **First Citizens Bancshares, Inc.** | represented by | **Larry Dean Carlson** Baker Botts - Dallas 2001 Ross Ave 600 Trammell Crow Center Dallas, TX 75201-2980 214/953-6525 *LEAD ATTORNEY* |
| **First Citizens Bank & Trust Company** | | |

**Defendant**

| | | |
|---|---|---|
| **Lasalle Bank Corporation** | represented by | **Jeffrey A Finn** Sidley Austin - Los Angeles 555 West Fifth Street, 40th Floor Los Angeles, Ca 90013 213/896-6000 *LEAD ATTORNEY* |
| **Lasalle Bank NA** | | |

**First Data Corporation**

**Telecheck Services, Inc.**

**Remitco, LLC**

**Defendant**

**Small Value Payments Company, LLC**

**Defendant**

| | | |
|---|---|---|
| **The Clearing House Payments Company, LLC** | represented by | **Preston Worley McGee** Flowers Davis LLP 1021 E.S.E. Loop 323 Suite 200 Tyler, TX 75701 903/534-8063 |

6

**Defendant**

**Electronic Data Systems Corp.** represented by **Theodore Stevenson, III**
McKool Smith
300 Crescent Court
Suite 1500
Dallas, TX 75201
214/978-4974
*LEAD ATTORNEY*

**Defendant**

**UBS Americas, Inc.** represented by **William L. LaFuze**
Vinson & Elkins, LLP
2500 First City Tower
1001 Fannin Street
Houston, TX 77002-6760
713/758-2222
*LEAD ATTORNEY*

**Defendant**

**Viewpointe Archive Services, LLC** represented by **Phillip Brett Philbin**
Haynes and Boone
901 Main St
Suite 3100
Dallas, TX 75202-3789
214/651-5000
*LEAD ATTORNEY*


**Consol Defendant**

**City National Corporation**

**City National Bank** represented by **Sidney Calvin Capshaw, III**
Brown McCarroll - Longview
1127 Judson Rd - Ste 220
PO Box 3999
Longview, TX 75606-3999
903/236-9800

**Defendant\***

**Magtek, Inc.**
*TERMINATED: 10/16/2006* represented by **David A Dillard**
Christie Parker & Hale
350 W Colorado Blvd
Suite 500
Pasadena, CA 91105
626/795-9900