# AFFIDAVIT

**Document2.doc**

Dockets.Justia.com

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DATATREASURY CORPORATION § § Plaintiff, § § vs. § Civil Action No. 2:06cv72 § WELLS FARGO & COMPANY, et al. § § Defendants. § | |

DATATREASURY CORPORATION        §
                                §
       Plaintiff,               §
                                §
vs.                             §    Civil Action No. 2:06cv72
                                §
WELLS FARGO & COMPANY, et al.   §
                                §
       Defendants.              §

### AFFIDAVIT OF GERARDY A. CARRENARD

State of Virginia       §
                        §
County of Fairfax       §

BEFORE ME, the undersigned notary public, on this day personally appeared before me Gerardy A. Carrenard who, being by me first duly sworn, on oath stated as follows:

1. My name is Gerardy A. Carrenard. I am over the age of 18 and competent to make this affidavit. I am an paralegal at Pillsbury Winthrop Shaw Pittman LLP. I have personal knowledge of the facts set forth in this Affidavit.

2. Attached as Exhibit 1 is a true and correct copy of excerpts of deposition transcript of David Anderson taken on February 7, 2007. Relevant portions thereof have been electronically highlighted and accurately explained in the body of the *Motion* filed with this Affidavit.

700672782v1

3. Attached as Exhibit 2 is a true and correct copy of excerpts of deposition transcript of David Anderson taken on February 7, 2007. Relevant portions thereof have been electronically highlighted and accurately explained in the body of the *Motion* filed with this Affidavit.

Further Affiant sayeth not.

_____
Gerardy A. Carrenard

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, on this 13th day of April 2007.

_____
Notary Public
Wendy K. Spradlin
My Commission Expires:

My Commission Expires September 30, 2009

700672782v1