**EXHIBIT 2 to DEFENDANT UNIONBANCAL CORPORATION'S MOTION FOR CLARIFICATION OR FOR A PROTECTIVE ORDER REGARDING DISCOVERY ORDER (D.E. NO. 597) AND ENLARGEMENT OF TIME**

**Document2.doc**

Cause No.: 2:06-CV-72 DF
DataTreasury Corporation
v.
Wells Fargo & Company, et al.

# Transcript of the Testimony of
# David Anderson

February 7, 2007

By: Lisa Gretarsson, CSR

Gretchen Shore Court Reporting & Litigation Support
Phone:(903) 758-2183
Fax:(903) 758-4890
Email:gretchenshore@gretchenshore.com
Internet: www.gretchenshore.com

Page 1

```
 1              UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF TEXAS
 2                    MARSHALL DIVISION

 3 DATATREASURY CORPORATION,  )(
                              )(
 4     Plaintiff,             )(
                              )(
 5 VS                         )(    CIVIL ACTION NO.
                              )(    2:06-CV-72 (DF)
 6 WELLS FARGO & COMPANY,     )(
   et al.,                    )(
 7                            )(
       Defendants.            )(
 8

 9

10

11     VIDEOTAPED ORAL DEPOSITION OF DAVID ANDERSON

12                   FEBRUARY 7, 2007

13

14

15     VIDEOTAPED ORAL DEPOSITION OF DAVID ANDERSON,
```

16 produced as a witness at the instance of the Plaintiff,

17 and duly sworn, was taken in the above-styled and

18 above-numbered cause on the 7th day of February, 2007,

19 from 9:21 a.m. to 4:27 p.m., before Lisa J. Gretarsson,

20 CSR in and for the state of Texas, reported by machine

21 shorthand, at the offices of Pillsbury, Winthrop, Shaw,

22 Pittman, LLP, 50 Fremont, Suite 400, located in the city

23 of San Francisco, state of California, pursuant to the

24 Federal Rules of Civil Procedure and the provisions

25 stated on the record.

```
 1      Q.   (BY MR. KING)  I'll wait for your counsel to       12:45
 2 track it down before I start asking you questions about      12:45
 3 it.                                                          12:45
 4           MR. SWEIGART:  Okay.  I'm on 8.                    12:45
 5           MR. KING:  Fantastic.                              12:45
 6           MR. SWEIGART:  Thank you.                          12:45
 7           MR. KING:  No problem.  And if I jump              12:45
 8 ahead and you guys have any problems finding it, just        12:45
 9 let me know and stop me before I get -- before I go into     12:45
10 it.                                                          12:45
11      Q.   (BY MR. KING)  Have you had a chance to read       12:45
12 that paragraph on the public policy committee?               12:45
13      A.   Yes, I did.                                        12:45
14      Q.   Okay.  And it states in there that the public      12:45
15 policy committee is a joint committee of UnionBanCal and     12:45
16 Union Bank of California, correct?                           12:45
17      A.   Uh-huh (affirmative).                              12:45
18      Q.   Does that refresh your recollection in any way     12:45
19 as to whether or not Union Bank of California has a          12:45
20 public policy committee at the appointment of its board      12:45
21 of directors?                                                12:45
22      A.   Yes, it does.                                      12:45
23      Q.   Okay.  And do you -- would you agree that the      12:45
24 public policy committee is a committee that's appointed      12:46
25 by the board of directors of Union Bank of California?       12:46
```

| | | | |
|---|---|---|---|
| 1 | A. | I'm not sure that that says that. | 12:46 |
| 2 | Q. | Is it your understanding, in your role as an employee of Union Bank of California, whether or not the board of directors appoints a public policy committee? | 12:46 |
| 5 | A. | That's just conjecture on my part as to who would actually appoint it. It is a joint committee of the two companies. | 12:46 |
| 8 | Q. | And who are the -- who are the directors that serve on the public policy committee as of December 31, 2005? | 12:46 |
| 11 | A. | They're listed here, that you're showing me. | 12:46 |
| 12 | Q. | Okay. Can you name those, please? | 12:46 |
| 13 | A. | Sure. Mary Metz, Aida Alvarez, J. Fernando Niebla, Carl Robertson and Dean Yoost. | 12:46 |
| 15 | Q. | Now, other than Mr. Robertson, all of those are also directors of both UnionBanCal Corporation and Union Bank of California, correct? | 12:47 |
| 18 | A. | That's correct. | 12:47 |
| 19 | Q. | And Mr. Robertson is only a director of Union Bank of California, correct? | 12:47 |
| 21 | A. | Yes, he is. | 12:47 |
| 22 | Q. | Okay. Given that this is a joint committee between UnionBanCal and Union Bank of California, I'll go back to a question I posed earlier. In your position as both an officer of UnionBanCal Corporation and an | 12:47 |

Page 77

| | |
|---|---|
| 1   Q.   (BY MR. KING)  Okay. | 12:52 |
| 2   A.   So it's discussed within it. | 12:52 |
| 3   Q.   Okay.  Do you see the executive compensation | 12:52 |
| 4 and benefits committee? | 12:52 |
| 5   A.   I do. | 12:52 |
| 6   Q.   Okay.  Is that a -- | 12:52 |
| 7        MR. KING:  I'm sorry.  It's at the -- | 12:52 |
| 8 it's still on page 8.  I believe it's at the top of that | 12:52 |
| 9 page. | 12:52 |
| 10        MR. SWEIGART:  Okay.  Got it. | 12:52 |
| 11   Q.   (BY MR. KING)  Is the executive compensation | 12:52 |
| 12 and benefits committee, as described here, a committee | 12:52 |
| 13 of UnionBanCal Corporation? | 12:52 |
| 14   A.   You know, it does not, that I can see, | 12:52 |
| 15 identify it as which one.  It is whether it's combined | 12:53 |
| 16 or separate.  That's one of the reasons why earlier in | 12:53 |
| 17 our conversation I wasn't -- I wasn't sure. | 12:53 |
| 18   Q.   So you don't know if this is a committee -- | 12:53 |
| 19 well, does -- | 12:53 |
| 20   A.   It absolutely is a committee of UnionBanCal | 12:53 |
| 21 Corporation. | 12:53 |
| 22   Q.   You just don't know whether or not it's also a | 12:53 |
| 23 committee of Union Bank of California. | 12:53 |
| 24   A.   I believe it is, although I'm not sure. | 12:53 |
| 25   Q.   Okay.  Who makes up the executive compensation | 12:53 |

Page 204

1  FOR THE PLAINTIFF:

2      R. Benjamin King, Esq.
       NIX PATTERSON & ROACH, L.L.P.
3      2900 St. Michael Drive, Suite 500
       Texarkana, Texas   75503
4          Telephone:  903-223-3999
           Facsimile:  902-223-8520
5          E-mail:     benking@nixlawfirm.com

6  FOR THE DEFENDANT, UNIONBANCAL CORP.

7      Raymond L. Sweigart, Esq.
       Brian Harris, Esq.
8      PILLSBURY, WINTHROP, SHAW, PITTMAN, LLP
       1650 Tysons Boulevard
9      McLean, Virginia   22102
           Telephone:  703-770-7900
10         Facsimile:  703-770-7901
           E-mail:     raymond.sweigart@pillsburylaw.com
11

12     I further certify that I am neither attorney nor

13 counsel for nor related to or employed by any of the

14 parties to the action in which this deposition is taken,

15 and further that I am not a relative or employee of any

16 attorney or counsel employed by the parties hereto or

17 financially interested in the action.

18     In witness whereof, I have hereunto set my hand

19 and affixed my seal this _____ day of _____,

20 2007.

21
                                    _____
22                                  LISA J. GRETARSSON, CSR No. 4486
                                    Expiration Date:  12-31-08
23                                  Firm Registration No. 90
                                    208 N. Green Street, Ste. 201
24                                  Longview, TX   75601
                                    903/758-2183 (telephone)
25                                  903/758-4890 (fax)