**EXHIBIT 4 to DEFENDANT UNIONBANCAL CORPORATION'S MOTION FOR CLARIFICATION OR FOR A PROTECTIVE ORDER REGARDING DISCOVERY ORDER (D.E. NO. 597) AND ENLARGEMENT OF TIME**

**Document2.doc**

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORPORATION<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO & COMPANY et al.<br><br>Defendants. | § § § § § § § § § § § § § § § § | Civil Action No. 2:06cv72 |

**DEFENDANT UNIONBANCAL CORPORATION'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES REGARDING JURISDICTIONAL DISCOVERY TO DEFENDANT UNIONBANCAL CORPORATION**

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure and Rule 26 of the Local Rules of the United States District Court for the Eastern District of Texas, Defendant UnionBanCal Corporation ("UBC") hereby submits this supplemental response and objections to Plaintiff DataTreasury Corporation's ("DTC") First Set of Interrogatories Regarding Jurisdictional Discovery.

**GENERAL OBJECTIONS**

UBC incorporates herein by reference all of the General Objections, Objections to Definitions, Objections to Instructions and Specific Objections included in Defendant UnionBanCal Corporations Objections and Responses To Plaintiff's First Set of Interrogatories

Regarding Jurisdictional Discovery To Defendant UnionBanCal Corporation, served on January 25, 2007.

## OBJECTIONS AND RESPONSES

Investigation and discovery are ongoing in this case. UBC responds to these interrogatories based on a reasonable investigation of the facts as presently known and without prejudice to its right to supplement or modify its responses hereto. UBC also reserves the right to produce or use any information or document, the existence or relevance of which is discovered after the service of this response, in support of or in opposition to any motion, in any deposition or at trial.

## INTERROGATORY NO. 15 [sic]:

Please identify all officers, directors, and employees of UnionBanCal Corporation that also serve as officers, directors, or employees of Union Bank of California, N.A.

## OBJECTIONS AND SUPPLEMENTAL RESPONSE:

UBC objects to this interrogatory on the grounds set forth in the General Objections and incorporates those objections herein. UBC further objects to this interrogatory as overly broad, unduly burdensome, vague, and ambiguous to the extent that it seeks information that is not relevant to UBC's contacts with Texas or the establishment of personal jurisdiction over UBC and, therefore, is beyond the scope of jurisdictional discovery. Subject to and without waiver of the foregoing general and specific objections, UBC responds as follows:

All officers of UBC are also officers of Union Bank of California, N.A. All directors of UBC are also directors of Union Bank of California, N.A., except Messrs. Kanari and Miki. UBC has no employees. As of January 31, 2007, Union Bank of California, N.A. had 3,782 officers. Of those 3,782 officers, 46 are also officers of UnionBanCal Corporation, including:

2

| | |
|---|---|
| Tetsuo Shimura | Chairman |
| Takashi Morimura | President and Chief Executive Officer |
| Philip B. Flynn | Vice Chair and Chief Operating Officer |
| David I. Matson | Vice Chair and Chief Financial Officer |
| Masashi Oka | Vice Chair, Administration and Support, and Insider Trading Compliance Officer |
| Linda F. Betzer | Executive Vice President, Operations and Customer Services Group |
| JoAnn M. Bourne | Executive Vice President, Commercial Deposit and Treasury Management Division |
| Bruce H. Cabral | Executive Vice President and Chief Credit Officer |
| John C. Erickson | Executive Vice President, Commercial Banking & Wealth Management Group |
| Paul E. Fearer | Executive Vice President and Director of Human Resources |
| Steven L. Glaser | Executive Vice President, Retail Banking Group |
| John H. McGuckin, Jr. | Executive Vice President, General Counsel, and Secretary |
| James Yee | Executive Vice President and Chief Information Officer |
| Johannes H. Worsoe | Executive Vice President, Global Markets Group |
| William J. Stolte | Executive Vice President, Independent Risk Monitoring Group |
| Grant K. Ahearn | Executive Vice President, Energy Capital Services |
| David A. Anderson | Executive Vice President and Controller |
| William G. Christensen | Executive Vice President |
| Paul E. Gaenger | Executive Vice President and Senior Credit Officer |
| Kimihisa Imada | Executive Vice President, Pacific Rim Corporate Group |
| J. Michael Stedman | Executive Vice President, Real Estate Industries |
| Jacqueline F. Bean | Senior Vice President |
| John M. Bell | Senior Vice President, Insurance and Risk Management Manager |
| Joseph J. Catalano | Senior Vice President, Associate General Counsel and Assistant Secretary |
| Nancy S. Crooks | Senior Vice President and Deputy Group Head, Independent Risk Monitoring Group – Credit |
| Theodore E. Davis | Senior Vice President and Assistant Secretary |
| David W. Dobon | Senior Vice President, Corporate Development |

3

| | |
|---|---|
| Frank W. Foley, Jr. | Senior Vice President and General Auditor |
| Lois Grace Golde | Senior Vice President, Financial Planning |
| David M. Hansen | Senior Vice President and Assistant Controller |
| Morris W. Hirsch | Senior Vice President, Deputy General Counsel and Assistant Secretary |
| Stephen L. Johnson | Senior Vice President and Director of Public Relations |
| Barbara J. Kosnar | Senior Vice President and Corporate Tax Manager |
| D. Jeffrey Morrow | Senior Vice President |
| William A. Polkinghorn | Senior Vice President, Deputy General Counsel and Assistant Secretary |
| Gabriel A. Renga | Senior Vice President and Senior Credit Officer |
| John A. Rice, Jr. | Senior Vice President, Investor Relations |
| Erin Selleck | Senior Vice President and Treasurer |
| Daniel B. Brigham | Vice President |
| Mary A. Helvey | Vice President and Assistant Secretary |
| Hugh Lawrence | Vice President and Assistant Secretary |
| Teryl Murabayashi | Vice President and Assistant Secretary |
| James M. Purvis | Vice President and Assistant Secretary |
| Brian W. Smith | Vice President |
| Michelle R. Crandall | Vice President, Investor Relations |
| Vicki J. Wilderman | Vice President and Assistant Corporate Secretary |

February 14, 2007

By: /s/ Raymond L. Sweigart
Raymond L. Sweigart (pro hac vice)
Scott J. Pivnick (pro hac vice)
PILLSBURY WINTHROP SHAW PITTMAN LLP
1650 Tysons Blvd.
McLean, VA 22102-4859
T: (703) 770-7900
F: (703) 905-2500
raymond.sweigart@pillsburylaw.com
scott.pivnick@pillsburylaw.com

4

700630599v1

Richard Hogan
Texas Bar No. 09802010
PILLSBURY WINTHROP SHAW PITTMAN LLP
2 Houston Center
909 Fannin Street 22nd Floor
Houston TX 77010
T: (713) 425-7327
F: (713) 425-7373
richard.hogan@pillsburylaw.com

Jennifer Parker Ainsworth
Texas Bar No. 00784720
WILSON, SHEEHY, KNOWLES, ROBERTSON
& CORNELIUS, P.C.
909 ESE Loop 323
Suite 400
Tyler, Texas  75701
T: (903) 509-5000
F: (903) 509-5092
jainsworth@wilsonlawfirm.com


ATTORNEYS FOR
DEFENDANT UNIONBANCAL
CORPORATION

5

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of February 2007, a true and correct copy of the *Defendant UnionBanCal Corporation's Supplemental Objections And Responses To Plaintiff's First Set Of Interrogatories Regarding Jurisdictional Discovery To Defendant UnionBanCal Corporation* was forwarded electronically pursuant to the parties written agreement to the following counsel of record:

>Edward L. Hohn
>NIX PATTERSON & ROACH, L.L.P.
>205 Linda Drive
>Daingerfield, Texas 75638


>at

>datatreasury@cooperiplaw.com


>/s/ Scott J. Pivnick
>Scott J. Pivnick