# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

|  |  |
|---|---|
| DATATREASURY CORPORATION, | ) )  ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| WELLS FARGO & COMPANY, et al., | ) ) |
| Defendants. | ) ) |

Civil Action No. 2-06CV-72

## ORDER OF CLARIFICATION REGARDING DISCOVERY ORDER (D.E. NO. 597) AND ENLARGEMENT OF TIME

Before the Court is Defendant UnionBanCal Corporation's ("UnionBanCal") Motion for Clarification or for a Protective Order Regarding Discovery Order (D.E. No. 597) (the "Order") and Enlargement of Time (the "Motion"). After considering the Motion, all related briefing, and any applicable authority, the Court is of the opinion that the Motion should be GRANTED as follows:

UnionBanCal is not obligated to produce any additional documents in response to DataTreasury's jurisdictional discovery requests, DataTreasury's Motion to Compel or this Court's Order (D.E. 597). The information sought by DataTreasury's Motion to Compel has already been provided and to the extent it has not, the burden of producing the requested documents substantially outweighs any marginal relevance the documents may have.

It is SO ORDERED.

700672685v1