# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORPORATION | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | Civil Action No. 2:06-CV-72 |
| | § | Judge David Folsom |
| WELLS FARGO & COMPANY, et al. | § | |
| *Defendants* | § | |

## ORDER

Before the Court is HSBC North America Holdings Inc.'s ("HSBCNAH") and HSBC Bank USA, N.A.'s ("HSBC USA") Motion for Protective Order and for Extension of Time. After considering HSBCNAH's and HSBC USA's Motion and responses thereto, the Court is of the opinion that it should be DENIED.

IT IS SO ORDERED.