## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORPORATION | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | Civil Action No. 2:06-CV-72 |
| | § | Judge David Folsom |
| WELLS FARGO & COMPANY, et al. | § | |
| *Defendants* | § | |

## ORDER

Before the Court is Unionbancal Corporation's Motion for Clarification or For a Protective Order and for Enlargement of Time. After considering Unionbancal Corporation's Motion and responses thereto, the Court is of the opinion that it should be DENIED.

IT IS SO ORDERED.