# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

|  |  |
|---|---|
| DATATREASURY CORPORATION, | ) |
| Plaintiff, | ) ) ) Civil Action No. 2-06CV-72 |
| v. | ) ) |
| WELLS FARGO & COMPANY, et al., | ) ) |
| Defendants. | ) ) |

## UNIONBANCAL CORPORATION'S MOTION TO EXCEED PAGE LIMITATION

Defendant UnionBanCal Corporation ("UnionBanCal") files this motion to exceed page limitations in Defendant UnionBanCal Corporation's Reply to Plaintiff's Response to Defendant's Motion for Clarification or for a Protective Order Regarding Discovery Order (D.E. No. 597) and Enlargement of Time.

1.  UnionBanCal seeks leave to exceed the five-page limit for reply briefs to opposed non-dispositive motions in order to explain fully the basis of its Reply and to provide a sufficient description of the issues raised by Plaintiff in its opposition to UnionBanCal's Motion so that the Court can make a fully informed decision. UnionBanCal's Reply needs to include additional pages in order to explain how UnionBanCal's Motion neither is untimely nor improperly narrows the basis of Plaintiff's discovery request; how the Motion correctly applies federal banking statutes and regulations to the discovery request due to the confidential information contained in the responsive documents thereto; and how the Plaintiff erroneously contends that

700685028v2

the production of responsive documents by UnionBanCal is covered by the current Protective Order.

2.  In order to describe these issues adequately, UnionBanCal seeks leave to file a 10-page Reply.  See Exhibit 1, Defendant UnionBanCal Corporation's Reply to Plaintiff's Response to Defendant's Motion for Clarification or for a Protective Order Regarding Discovery Order (D.E. No. 597) and Enlargement of Time.

3.  Counsel for UnionBanCal was has conferred with counsel for plaintiff who has indicated that DataTreasury does not oppose this Motion to Exceed Page Limitation.

4.  Based upon the foregoing, UnionBanCal respectfully requests that the Court grant this motion.

Respectfully submitted,

May 4, 2007

*/s/ Jennifer Parker Ainsworth*_____
Jennifer Parker Ainsworth
Texas Bar No. 00784720
WILSON, SHEEHY, KNOWLES, ROBERTSON & CORNELIUS, P.C.
909 ESE Loop 323
Suite 400
Tyler, Texas 75701
T: (903) 509-5000
F: (903) 509-5092
jainsworth@wilsonlawfirm.com

Raymond L. Sweigart (pro hac vice)
Scott J. Pivnick (pro hac vice)
PILLSBURY WINTHROP SHAW PITTMAN LLP
1650 Tysons Blvd.
McLean, VA  22102-4859
T: (703) 770-7900
F: (703) 905-2500
raymond.sweigart@pillsburylaw.com
scott.pivnick@pillsburylaw.com

*Attorneys for Defendant,*
*UnionBanCal Corporation*

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 4th day of May, 2007.

*/s/ Jennifer Parker Ainsworth*

**CERTIFICATE OF CONFERENCE**

Counsel for Defendant UnionBanCal hereby certifies that UnionBanCal's counsel has conferred with counsel for the Plaintiff to determine if Plaintiff opposes this motion and that Plaintiff's counsel indicated that plaintiff DataTreasury does not oppose this Motion.

*/s/ Jennifer Parker Ainsworth*