# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| DATATREASURY CORPORATION, ) <br> ) <br> ) Civil Action No. 2-06CV-72 <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WELLS FARGO & COMPANY, et al., ) <br> ) <br> Defendants. ) | |

## ORDER GRANTING MOTION TO EXCEED PAGE LIMITS

On this day the Court considered UnionBanCal Corporation's Motion to Exceed Page Limitations with regard to Defendant UnionBanCal Corporation's Reply to Plaintiff's Response to Defendant's Motion for Clarification or for a Protective Order Regarding Discovery Order (D.E. No. 597) and Enlargement of Time. After considering the Motion, the Court GRANTS the motion and ORDERS that UnionBanCal may file Defendant UnionBanCal Corporation's Reply to Plaintiff's Response to Defendant's Motion for Clarification or for a Protective Order Regarding Discovery Order (D.E. No. 597) and Enlargement of Time exceeding the five-page limit for reply briefs to opposed non-dispositive motions.

700685029v1

700685029v1