IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DATATREASURY CORPORATION | § |
| | § |
| *Plaintiff* | § |
| | § |
| v. | § Civil Action No. 2:06-CV72DF |
| | § |
| WELLS FARGO & COMPANY, ET AL. | § |
| | § |
| *Defendants* | § |

## HSBC DEFENDANTS' REPLY TO RESPONSE TO
## MOTION FOR PROECTIVE ORDER AND FOR EXTENSION OF TIME

1. HSBC North America Holdings Inc. ("HNAH") and HSBC Bank USA, N.A. ("HBUS") respond to Plaintiff's Response to their April 13, 2007 as follows:

### CONFERENCE ISSUE

2. In its response, DataTreasury complains about the pre-filing conference on the motion by Defendants. Following an exchange of correspondence (Exhibit "A" hereto), the parties are arranging to meet and confer on the motion on Friday, May 11, 2007. Movants will advise the Court of the outcome of that conference.

### MERITS

3. In its March 15, 2007, Order, the court found that the likely benefit of much of DataTreasury's discovery on the "alter ego" issue was outweighed by the burden and expense of discovery on the defendants. The court then allowed limited discovery on a specific issue. To comply with the order for limited discovery, HNAH and HBUS produced board records, including as to joint meetings, while redacting discussions of other businesses and events unrelated to the narrow issue defined by the court. The motion included exhibits detailing the redacted content and

HNAH and HBUS simultaneously sought permission from the Court to file the redacted portions *in camera*. Thus, the movants sought to comply with the limited order while seeking to protect irrelevant and confidential board communications from discovery, including items protected by bank secrecy laws.

4. For the reasons set forth above, movants request that the Court grant this protective order and allow them to produce redacted documents to DataTreasury and allow the un-redacted documents to remain under protection and to not be produced.

Dated:

Respectfully submitted,

BOUDREAUX, LEONARD, HAMMOND & CURCIO, P.C.

By: \_\_\_/S/_____
Glen M. Boudreaux
State Bar No. 02696500
**Lead Attorney for HSBC Bank USA, N.A.**
Two Houston Center
909 Fannin, Suite 2350
Houston, Texas 77010
Telephone: (713) 757-0000
Telefax: (713) 757-0178
Gboudreaux@blhc-law.com

**Of Counsel**:
Boudreaux, Leonard, Hammond & Curcio, P.C.
Tim S. Leonard
State Bar No. 12211200
Edward J. (Nick) Nicholas
State Bar No. 14991350
909 Fannin, Suite 2350
Houston, Texas 77010
Tel. (713) 757-0000
Fax (713) 757-0178
Email: tleonard@blhc-law.com
        nnicholas@blhc-law.com

WilmerHale
Irah H. Donner
Amr O. Aly
399 Park Avenue
New York, N.Y. 10022
Tel. (212) 230-8887
Fax (212) 230-8888
Email: Irah.donner@wilmerhale.com
Amr.Aly@wilmerhale.com

Locke Liddell & Sapp LLP
Roy W. Hardin
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201-6776
Tel. (214) 740-8556
Fax (214) 740-8800
Email: rhardin@lockeliddell.com

Law Offices of Richard Grainger
Richard Grainger
118 West Houston Street
Tyler, Texas 75710
Tel. (903) 595-3514
Fax (903) 595-5360
Email: graingerpc@aol.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was served on the 7th day of May, 2007 via electronic transmission.

Bank of America – Listserve (BankofAmericaF&R@fr.com)
BB&T - Listserve (BB&T_DataTreasury@kilpatrickstockton.com)
Citizens Financial (citizensfinancial@standleyLLP.com)
City National Bank – Listserve (citynationalbank@dmtechlaw.com)
Comerica Bank 007 – Listserve (Comerica_DataTreasury@kilpatrickstockton.com)
Compass/First Horizon/TN Bank – Listserve (comfhft@andrewskurth.com)
Cullen/Frost Bank – Listserve (frostbank@dmtechlaw.com)
EDS – Listserve (EDS_DataTreasury@mckoolsmith.com)
UBS – Listserve (ubsamericas@velaw.com)
HSBC N. America Holdings/HSBC Bank USA - Listserve (hsbccounsel@blhc-law.com)
BancorpSouth – Listserve (bxs@hughesluce.com)
Bank of Tokyo – Listserve (BankofTokyo_DataTreasury@sidley.com)
BofNY – Listserve (BofNYLitTeam@pillsburylaw.com)
The Clearing House/SVPCo – Listserve (TCH_DT@sullcrom.com)
Data Treasury – Listserve (datatreasury@cooperiplaw.com)
Edward H. Hohn (edhohn@nixlawfirm.com)

Anthony Bruster (akbruster@nixlawfirm.com)
Rod Cooper (rodcooper@nixlawfirm.com)
Karl Rupp (krupp@provostumphrey.com)
Deutsche Bank – Listserve (DeutscheBank_DataTreasury@sidley.com)
First Citizens - Listserve (firstcitizens@bakerbotts.com)
First Data – Listserve (FirstData_DataTreasury@sidley.com)
Key Bank - Listserve (KeyCorp_DataTreasury@mckoolsmith.com)
LaSalle Bank – Listserve (LaSalleBank_DataTreasury@sidley.com)
National City Bank – Listserve (Foley-DTC@foley.com)
Remitco – Listserve (Remitco_DataTreasury@sidley.com)
TeleCheck – Listserve – (Telecheck_DataTreasury@sidley.com)
Union BofCA - Listserve (UBofCLitTeam@pillsburylaw.com)
Viewpointe – Listserve (Viewpointe_dtc@skadden.com)
Zion First National Bank – Listserve (Foley-DTC@foley.com)
Harris Bancorp. – Listserve (Harris_DataTreasury@mckoolsmith.com
M&T 077 – Listserve (M&T_DataTreasury@kilpatrickstockton.com)
PNC Bank – Listserve (PNC_DataTreasury@mckoolsmith.com)
Suntrust – Listserve (SunTrust_DataTreasury@mckoolsmith.com)
U.S. Bancorp – Listserve (Foley-DTC@foley.com)
Wacovia 007 – Listserve (Wachovia_DataTreasury@kilpatrickstockton.com)
Wells Fargo – Listserve (*DalWellsFargo_DTC@BakerNet.com)
Lance Lee (wlancelee@aol.com)


                /S/
                Tim S. Leonard