# EXHIBIT B



Rod A. Cooper
*Attorney at Law*

April 9, 2007

**Via email**

    Re:    *DataTreasury Corporation v. Wells Fargo & Co., et al*;
             Civil Action No. 2:06-CV-72 (E.D. Tex.), specifically **Bank of America and Wachovia Bank**

Dear Counsel:

      As required by the Court in the Second Amended Docket Control Scheduling Order, please find below, DataTreasury Corporation's limited number of asserted claims (18), in the above-referenced matter. Because each of the defendants in this case have accepted the Court's stipulation, staying this case with regard to the '988 and '137 Patents, those patents were not included in this document.

**U.S. Patent No. 5,265,007 ("the '007 Patent"):**

Claim No. 4

**U.S. Patent No. 5,583,759 ("the '759 Patent"):**

Claim Nos. 1, 5, 11 and 14

**U.S. Patent No. 5,930,778 ("the '778 Patent"):**

Claim Nos. 1, 3, 5, 11, 15 and 16

**U.S. Patent No. 5,717,868 ("the '868 Patent"):**

Claim Nos. 1, 3, 24, 45, 48, 61 and 62

5215 N. O'Connor Blvd. Suite 1900, Irving, Texas 75039

972-831-1188 • 972-444-0716 Fax

**NIX, PATTERSON & ROACH, LLP**

Kindest regards,



Rod Cooper

cc:  Bank of America - Listserve (BankofAmericaF&R@fr.com)
BB&T 007 ListServe (BB&T_DataTreasury@kilpatrickstockton.com)
Citizens Financial (citizensfinancial@standleyLLP.com)
City National Bank - Listserve (citynationalbank@dmtechlaw.com)
Comerica Bank 007 Listserve (Comerica_DataTreasury@kilpatrickstockton.com)
Compass/First Horizon/TN Bank - Listserve (comfhft@andrewskurth.com)
Cullen/Frost Bank - Listserve (frostbank@dmtechlaw.com)
EDS - Listserve (EDS_DataTreasury@mckoolsmith.com)
UBS – Listserve (ubsamericas@velaw.com)
HSBC North America Holdings, Inc./HSBC Bank USA Listserve (hsbccounsel@blhc-law.com)
BancorpSouth Listserve (bxs@hughesluce.com)
Bank of Tokyo Listserve (BankofTokyo_DataTreasury@sidley.com)
BofNY Listserve (BofNYLitTeam@pillsburylaw.com)
The Clearing House/SVPCo Listserve (TCH_DT@sullcrom.com)
Deutsche Bank Listserve (DeutscheBank_DataTreasury@sidley.com)
First Citizens Listserve (firstcitizens@bakerbotts.com)
First Data Listserve (FirstData_DataTreasury@sidley.com)
Key Bank Listserve (KeyCorp_DataTreasury@mckoolsmith.com)
LaSalle Bank Listserve (LaSalleBank_DataTreasury@sidley.com)
National City Bank Listserve (foley-dtc@foley.com)
Remitco Listserve (Remitco_DataTreasury@sidley.com)
Telecheck Listserve (Telecheck_DataTreasury@sidley.com)
Union BofCA Listserve (ubofclitteam@pillsburylaw.com)
Viewpointe Listserve (Viewpointe_dtc@skadden.com)
Zion First National Bank Listserve (foley-dtc@foley.com)
Harris Bancorp. - Listserve (Harris_DataTreasury@mckoolsmith.com)
M&T 007 Listserve (M&T_DataTreasury@kilpatrickstockton.com)
PNC Bank - Listserve (PNC_DataTreasury@mckoolsmith.com)
Suntrust - Listserve (SunTrust_DataTreasury@mckoolsmith.com)
U.S. Bancorp – Listserve (foley-dtc@foley.com)
Wachovia 007 Listserve (Wachovia_DataTreasury@kilpatrickstockton.com)
Wells Fargo - Listserve (*DalWellsFargo_DTC@BakerNet.com)
Datatreasury@cooperiplaw.com

5215 N. O'Connor Blvd. Suite 1900, Irving, Texas 75039

972-831-1188 • 972-444-0716 Fax
