# EXHIBIT C

Dockets.Justia.com



Rod A. Cooper
*Attorney at Law*

April 27, 2007

**Via email**

Mr. Peter J. Ayres
McKool Smith
300 West 6th Street
Austin, TX 78701

RE:   *Data Treasury Corporation v. Wells Fargo & Co., et al.*
      United States District Court for the Eastern District of Texas, Marshall Division
      Civil Action No. 2:06CV72(DF)

Dear Peter:

We are in receipt of your letter of April 23, 2007 regarding the claims that DataTreasury Corporation has asserted against the Defendants in the above-referenced matter. As you discuss in your letter, DataTreasury Corporation limited its asserted claims in this matter according to the Court's January 30, 2007 Second Amended Docket Control Order ("DCO"). As also discussed in your letter, DataTreasury Corporation did not include the '988 and '137 Patents because each of the Defendants in this case have accepted the Court's stipulation staying the case as to those patents.

Defendants in this matter have convinced the Court to limit the number of asserted claims in the interest of conserving judicial resources and the manageability of this case. At the time that the Court ordered a two-step process to limit claims in this matter, there were six patents involved in the case. However, the Defendants in this matter have moved this Court for a stay of the '988 and '137 Patents until after a re-examination of those patents. Due to Defendants' acceptance of the stay, there are currently four patents involved in this matter. Although DataTreasury is very optimistic about the results of the re-examination, as defendants are aware there are no guarantees for either the results or the time frame of USPTO actions. It is possible that the patents remain in re-examination until after this case is concluded, or that the original filed claims are allowed, in which case DataTreasury will immediately seek the lift of the stay. It is also possible that numerous additional new claims will be allowed by the USPTO, which if this occurs, may require DataTreasury to identify additional infringement by Defendants and seek relief from the Court on the number of claims to be asserted.

5215 N. O'Connor Blvd. Suite 1900, Irving, Texas 75039

972-831-1188 • 972-444-0716 Fax

**NIX, PATTERSON & ROACH, LLP**

Kindest regards,

Rod Cooper

cc: All Counsel of Record (via email)

5215 N. O'Connor Blvd. Suite 1900, Irving, Texas 75039

972-831-1188 • 972-444-0716 Fax