IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DATATREASURY CORPORATION § | |
| *PLAINTIFF* § | |
| vs. § | No. 2:06cv72 |
| § | |
| WELLS FARGO & COMPANY, *et al* § | JURY TRIAL DEMANDED |
| *DEFENDANTS* § | |

## ORDER

Currently before the Court is DataTreasury Corporation's Motion for Clarification Regarding Limitations of Asserted Claims. Having considered the briefing of the parties, the Court hereby GRANTS DataTreasury Corporation's Motion for Clarification.

It is hereby ORDERED that DataTreasury is allowed to maintain the currently asserted eighteen claims which apply to the Huntington Patents, without waiver of any potential asserted claims as to the Ballard Patents since all proceedings as to the Ballard Patents have been stayed and are not currently at issue in this case. After the reexamination proceedings with respect to the '988 and '137 Patents have concluded, DataTreasury is ORDERED to amend, within 30 days of the Court's order lifting the stay, its list of asserted claims to account for the existence of claims from the Ballard Patents, or otherwise petition the Court for more asserted claims at that time.

IT IS SO ORDERED.