**COPY**

**U.S. DISTRICT COURT, OFFICE OF THE CLERK**
100 E. HOUSTON
MARSHALL, TX 75670

RECEIVED U.S. DISTRICT C. EASTERN DISTRICT C. MAY 14 2007

2007-1317

Federl Circuit Court of Appeals
Howard T. Markey National Courts Bldg.
717 Madison Place, N.W.
Washington, D.C. 20439-002

Date: 4/26/07

Case # 2:06-cv-72                                    USCA Case # 2

Style: Data Treasury Corporation  v. Wells Fargo & Company, et al

connection with this appeal, the following documents are transmitted. Please cknowledge receipt on the enclosed copy of this letter.

(X) Certified copy of the Notice of Appeal (Dkt#_680___) and docket entries.
( ) Certified copy of the Notice of Interlocutory Appeal (Dkt#_____) and docket entries.
( ) Certified copy of Notice of Cross-Appeal (Dkt#_____) and docket entries.

( ) Record on appeal consisting of _____vol(s) of the record_____
_____,_____transcript vol(s)
_sealed envelope(s),_____container(s) of exhibits.

   )lemental record consisting of _____ vol(s) of the record_____,
   anscript vol(s),_____sealed env(s), _____container(s) of exhibits.

( )    onsolidated with _____. Docket entries attached.

( )    _____

I   rds to the notice of appeal, the following additional information is furnished:

( ) ... Court of Appeals docket fee __X_ HAS _____HAS NOT been paid.

(XX) Judge entering final judgment or order on appeal
     District Judge _Folsom_____    Magistrate Judge Love_____

( ) Court rptr/ECRO assigned to case:___ Libby Crawford_____

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT
MAY - 9 2007
JAN HORBALY
CLERK

( ) This case was decided without a hearing/trial; therefore, there will be no transcript.
( ) Other appeals filed:_____

Charlene Hinton, Deputy Clerk

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT



NOTICE OF DOCKETING

2007-1317 - DATATREASURY V WELLS FARGO

Date of docketing: 05/09/2007

Appeal from: United States District Court / Eastern District of Texas
case no. 2:06-CV-72

Appellant(s): Wells Fargo & Company and Wells Fargo Bank, N.A.

**Critical dates include:**
- Date of docketing. See Fed. Cir. R. 12.
- Entry of appearance. See Fed. Cir R. 47.3.
- Certificate of interest. See Fed. Cir. R. 47.4.
- Docketing Statement. (*Due within 14 days of the date of docketing.*) See the en banc order dated September 18, 2006. [Counsel can download a copy of the order and guidelines at www.fedcir.gov.]
- Requests for extensions of time. See Fed. Cir. R. 26 and 27. **N.B. Delayed requests are not favored by the court.**
- Briefs. See Fed. Cir. R. 31. **N.B. You will not receive a separate briefing schedule from the Clerk's Office.**
- Settlement discussions. See Fed. Cir. R. 33.
- Oral argument schedule conflicts. See Practice Note following Fed. Cir. R. 34.

Pro se parties should refer to the Guide for Pro Se Petitioners and Appellants.

**Attachments:**
- Official caption to all.
- Docketing Statement   (Only in cases where all parties are represented by counsel.)
- Rules of Practice to pro se parties.  [Counsel can download the rules from www.fedcir.gov or call 202.633.6550.]
- Entry of appearance form to all.
- Informal brief form to pro se parties.
- Transcript Purchase Order form to appellants.
- Motion and Affidavit for Leave to Proceed in Forma Pauperis form to appellants owing the docketing fee

Jan Horbaly
Clerk

cc: US District Court, Eastern District of Texas
    W. Barton Rankin
    Edward L. Hohn

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2007-1317

DATATREASURY CORP.,

Plaintiff-Appellee,

v.

WELLS FARGO & COMPANY and WELLS FARGO BANK, N.A.,

Defendants-Appellants,

and

BANK OF AMERICA CORPORATION, BANK OF AMERICA, N.A., U.S. BANCORP, U.S. BANK, N.A., WACHOVIA CORPORATION, WACHOVIA BANK, N.A., SUNTRUST BANKS, INC., SUNTRUST BANK, BB&T CORPORATION, BRANCH BANKING AND TRUST COMPANY, BANCORPSOUTH, INC., BANCORP SOUTH BANK, COMPASS BANCSHARES, INC., COMPASS BANK, CULLEN/FROST BANKERS, INC., THE FROST NATIONAL BANK, FIRST HORIZON NATIONAL CORPORATION, FIRST TENNESSEE BANK, N.A., HSBC NORTH AMERICA HOLDINGS, INC., HSBC BANK USA, N.A., HARRIS BANKCORP, INC., HARRIS, N.A., NATIONAL CITY CORPORATION, NATIONAL CITY BANK, ZIONS BANCORPORATION, ZIONS FIRST NATIONAL BANK, BANK OF NEW YORK CO., INC., THE BANK OF NEW YORK CO., INC., UNIONBANCAL CORPORATION, UNION BANK OF CALIFORNIA, N.A., BANK OF TOKYO-MITSUBISHI UFJ, LTD., CITIZENS FINANCIAL GROUP, INC., COMERICA INCORPORATED, COMERICA BANK & TRUST, N.A., FIRST CITIZENS BANCSHARES, INC., FIRST CITIZENS BANK & TRUST COMPANY, KEYCORP, KEYBANK NATIONAL ASSOCIATION, LASALLE BANK CORPORATION, DEUTSCHE BANK TRUST COMPANY AMERICAS, LASALLE BANK, N.A., M&T BANK CORPORATION, M&T BANK, THE PNC FINANCIAL SERVICES GROUP, INC., PNC BANK, N.A., SMALL VALUE PAYMENTS COMPANY, LLC, REMITCO, LLC, THE CLEARING HOUSE PAYMENTS COMPANY, LLC, FIRST DATA CORPORATION, TELECHECK SERVICES, INC., ELECTRONIC DATA SYSTEMS CORP., UBS AMERICAS, INC., THE BANK OF NEW YORK, and VIEWPOINTE ARCHIVE SERVICES, LLC,

Defendants.

Appeal from the United States District Court for the Eastern District of Texas in case no. 2:06-CV-72, Judge David J. Folsom.

Authorized Abbreviated Caption[2]

DATATREASURY v WELLS FARGO, 2007-1317

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and dispositive court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.