# Boudreaux, Leonard, Hammond & Curcio, PC
## Attorneys at Law

Two Houston Center
909 Fannin, Suite 2350
Houston, Texas 77010

Tel: 713.757.0000
Fax: 713.757.0178
www.blhc-law.com

May 15, 2007

**VIA FACSIMILE: 903.792.0367**
Honorable Caroline M. Craven
United States District Court
Texarkana, Texas

    Re:    Cause No. 2:06-cv-0072; *DataTreasury Corporation v. Wells Fargo & Company et al.*; In the United States District Court for the Eastern District of Texas - Marshall Division.

Dear Magistrate Judge Craven:

    I write to update you on the continuing conferencing efforts between HSBC North America Holdings Inc. and HSBC Bank USA, Inc.("HSBC Defendants") and Plaintiff with regard to the HSBC Defendants' Motion for Protective Order (Docket #646) and Motion for Leave to File Documents Ex Parte (Docket #651).

    On May 11, 2007, attorneys for both parties, including local counsel, held an agreed telephone conference to discuss a potential resolution to the above-described motions. After much discussion, Plaintiff is **unopposed** to the Motion for Leave to File Documents Ex Parte, and remains **opposed** to the Motion for Protective Order.

    Please allow this letter to satisfy the conferencing requirements under Local Rule CV-7 (h) for the United States District Court for the Eastern District of Texas.

    Should you have any questions or concerns, please do not hesitate to contact me.

    Very truly yours,

    BOUDREAUX, LEONARD, HAMMOND & CURCIO, P.C.

    David S. Curcio

DSC/bjd

Case 2:06-cv-00072-DF-CMC    Document 694    Filed 05/15/2007    Page 1 of 1

Dockets.Justia.com