Datatreasury Corporation v. Wells Fargo & Company et al
Case 2:06-cv-00072-DF-CMC    Document 698    Filed 05/17/2007    Page 1 of 1
Doc. 698 Att. 3

# STANDLEY LAW GROUP LLP

Attorneys and Counselors at Law

495 Metro Place South, Suite 210
Dublin, Ohio 43017-5319
Telephone (614) 792-5555
Fax (614) 792-5536
www.standleyllp.com

March 17, 2007

VIA FIRST CLASS MAIL

Anthony Bruster, Esq.
Nix Patterson & Roach LLP
2900 St. Michael Drive, Suite 500
Texarkana, TX 75503

Re:   DataTreasury Corp. v. Wells Fargo & Company, et al.
      Case No: 2:06CV72-DF

Dear Mr. Bruster:

Enclosed please find those documents that are responsive to your First Set of Requests for Production of Documents and in accordance with Local Patent Rule 3-4(a). Also enclosed is a log of those documents that have been withheld on the basis of privilege. We will continue to supplement our response as other responsive documents are discovered.

Please contact me should you have any questions.

Very truly yours,

F. Michael Speed, Jr.

FMS/bas

Enclosures

cc:   Edward L. Von Hohn (w/o enclosures)
      Elton Joe Kendall (w/o enclosures)
      Eric M. Albritton (w/o enclosures)
      Thomas John Ward, Jr. (w/o enclosures)

Patents • Trademarks • Copyrights • Trade Secrets • Unfair Competition • Computer Law