IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DATATREASURY CORP., | |
| Plaintiff, | Case No. 2:06-cv-00072DF |
| v. | Judge Folsom |
| WELLS FARGO & CO., et al., | |
| Defendants. | |

### DEFENDANT CITIZENS FINANCIAL GROUP, INC.'S PRIVILEGE LOG

Attached hereto is Defendant Citizens Financial Group, Inc.'s Privilege Log of communications and documents withheld on the basis of privilege.

Dated: March 17, 2007            By: _____
Jeffrey S. Standley
F. Michael Speed, Jr.
STANDLEY LAW GROUP LLP
495 Metro Place South, Suite 210
Dublin, OH 43017-5319
Tel.: 614-792-5555
Fax: 614-792-5536
jstandley@standleyllp.com
mspeed@standleyllp.com

Claude E. Welch
115 West Shepherd Avenue
P.O. Box 1574
Lufkin, TX 75902-1574
Tel.: (936) 639-3311
Fax: (936) 639-3049
welchlawoffice@consolidated.net

COUNSEL FOR CITIZENS FINANCIAL GROUP, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 17th day of March, 2007, a true and accurate copy of the foregoing DEFENDANT CITIZENS FINANCIAL GROUP, INC.'S PRIVILEGE LOG was served via first class mail upon the following counsel:

Anthony K. Bruster
Louis B. Paddock
Richard B. King
NIX PATTERSON & ROACH LLP
2900 Saint Michael Drive
Suite 500
Texarkana, TX 75503
Tel: 903-223-3999
Fax: 19032238520
akbruster@nixlawfirm.com
ccp@nixlawfirm.com
bpaddock@nixlawfirm.com
benking@nixlawfirm.com


Edward L. Von Hohn
Edward K. Chin
Rod Cooper
NIX PATTERSON & ROACH LLP
5215 North O'Connor Blvd
Suite 1900
Irving, TX 75039
Tel: 972-831-1188
Fax: 19724440716
edhohn@nixlawfirm.com
edchin@nixlawfirm.com
rcooper@cooperiplaw.com

Elton Joe Kendall
Karl Rupp
PROVOST UMPHREY
3232 McKinney Ave
Suite 700
Dallas, TX 75204
Tel: 214-744-3000
Fax: 12147443015
jkendall@provostumphrey.com
krupp@provostumphrey.com

Eric M. Albritton
Attorney at Law
PO Box 2649
Longview, TX 75606
Tel: 903-757-8449
Fax: 19037587397
ema@emafirm.com


Thomas John Ward, Jr.
LAW OFFICE OF T. JOHN WARD, JR. PC
P O Box 1231
Longview, TX 75606-1231
Tel: 903-757-6400
Fax: 19037572323
jw@jwfirm.com

                                      F. Michael Speed, Jr.

LAST UPDATED 3/17/2007

## DATATREASURY CORPORATION V. WELLS FARGO, ET AL.
## PRIVILEGE LOG OF
## CITIZENS FINANCIAL GROUP, INC.

| BATE NUMBER | DATE | TO | FROM | BASIS | DESCRIPTION |
|---|---|---|---|---|---|
| CFGI 000032 | N/A | N/A | N/A | Attorney Client Communication | Diagram referencing confidential attorney-client communication or discussions |
| CFGI 000033 | N/A | N/A | N/A | Attorney Client Communication | Diagram referencing confidential attorney-client communication or discussions. |