

**STANDLEY LAW GROUP** LLP

Attorneys and Counselors at Law

495 Metro Place South, Suite 210
Dublin, Ohio 43017-5319
Telephone (614) 792-5555
Fax (614) 792-5536
www.standleyllp.com

May 3, 2007

VIA E-MAIL AND FIRST CLASS MAIL
Anthony Bruster, Esq.
Nix Patterson & Roach LLP
2900 St. Michael Drive, Suite 500
Texarkana, TX 75503

    Re: DataTreasury Corp. v. Wells Fargo & Company, et al.
      Case No: 2:06CV72-DF

Dear Mr. Bruster:

  With regards to your email dated April 25, 2007, at this time Citizens Financial Group, Inc. must continue to object to the production of the Joint Defense Agreement. Pursuant to the terms of the Agreement itself, we are unable to produce the Agreement for you at this time.

  Should you have any questions please do not hesitate to contact me.

                Very truly yours,

                Jeffrey S. Standley

JSS/bas

Patents • Trademarks • Copyrights • Trade Secrets • Unfair Competition • Computer Law