## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORPORATION | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | Civil Action No. 2:06-CV-72 |
| | § | Judge David Folsom |
| WELLS FARGO & COMPANY, et al. | § | |
| *Defendants* | § | |

## ORDER

Before the Court is Plaintiff DataTreasury Corporation's Motion to Compel Citizens Financial Group to Produce Its Joint Defense Agreement. Having considered DataTreasury's Motion before the Court, the Court is of the opinion that it should be GRANTED. Defendant Citizens Financial Group, Inc. is ordered to produce its Joint Defense Agreement in this case within five days.

IT IS SO ORDERED.

Dockets.Justia.com