IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | | |
|---|---|---|
| AVID IDENTIFICATION SYSTEMS | § | |
| Vs. | § | CIVIL ACTION NO. 2:04-CV-183 |
| PHILLIPS NORTH AMERICA CORP., ET AL. | § | |

### ORDER

The plaintiff's motion to compel production of joint defense agreement (#66) is denied. The plaintiff has not demonstrated that the terms of the agreement are relevant to any issue in the case. Should the agreement become relevant to the resolution of any privilege issues, the court will inspect the agreement *in camera*.

SIGNED this 17th day of August, 2005.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE