# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **DATATREASURY CORPORATION,**  <br><br>      **Plaintiff,**  <br>   v.  <br><br> **WELLS FARGO & COMPANY; WELLS FARGO BANK, NATIONAL ASSOCIATION, et al.,**  <br><br>      **Defendants.** | **2:06-CV-72 DF** |

## ORDER

Before the Court is Plaintiff DataTreasury Corporation's Motion to Compel Citizens Financial Group, Inc. to produce its Joint Defense Agreement. Having considered DataTreasury's Motion before the Court, the Court is of the opinion that it should be **DENIED**.

**IT IS SO ORDERED.**

-1-