IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **DATATREASURY CORPORATION** § | |
| **Plaintiff,** § | |
| § | |
| v. § | Civil Action No.: 2:06-CV-72 (DF) |
| § | **JURY TRIAL DEMANDED** |
| **WELLS FARGO & COMPANY, ET. AL.,** § | |
| **Defendants** § | |

## UNOPPOSED MOTION TO EXCEED PAGE LIMITS IN PLAINTIFF'S OPENING BRIEF ON CLAIMS CONSTRUCTION

Plaintiff DataTreasury Corporation files this Unopposed Motion to Exceed Page Limits and asks this Court for leave to exceed the page limit imposed by Local Rule 7(a)(1) in Plaintiff's Opening Brief on Claims Construction. Plaintiff's Opening Brief on Claims Construction is attached to this Unopposed Motion to Exceed Page Limits. Local Rule 7(a)(1) provides that a brief shall not exceed thirty pages, excluding attachments. Plaintiff requests that the Court permit Plaintiff to exceed the thirty-page limitation by three (3) pages, in filing its Opening Brief on Claims Construction. The parties have conferred on this issue and the Defendants do not oppose this motion. Accordingly, Plaintiff DataTreasury Corporation respectfully requests that the Court enter an order allowing Plaintiff to exceed the page limit on its Opening Brief by three (3) pages.

An order reflecting the relief requested is attached for the Court's convenience.

UNOPPOSED MOTION TO EXCEED PAGE LIMITS PAGE - 1 -

Respectfully submitted,

[signature]

**NICOLE REED**
State Bar No. 24041759
**ROD COOPER**
State Bar No. 90001628
**EDWARD HOHN,**
Attorney-in-charge
State Bar No. 09813240
**EDWARD CHIN**
State Bar No. 50511688
**NIX PATTERSON & ROACH, L.L.P.**
5215 N. O'Connor Blvd., Suite1900
Irving, Texas 75039
972.831.1188; 972.444.0716 fax
nicolereed@nixlawfirm.com
rodcooper@nixlawfirm.com
edhohn@nixlawfirm.com
edchin@nixlawfirm.com

**C. CARY PATTERSON**
State Bar No. 15587000
**BRADY PADDOCK**
State Bar No. 00791394
**ANTHONY BRUSTER**
State Bar No. 24036280
**R. BENJAMIN KING**
State Bar No. 24048592
**NIX PATTERSON & ROACH L.L.P.**
2900 St. Michael Drive, Suite 500
Texarkana, Texas 75503
903.223.3999; 903.223.8520 fax
ccp@nixlawfirm.com
bpaddock@nixlawfirm.com
akbruster@nixlawfirm.com
benking@nixlawfirm.com

**JOE KENDALL**
State Bar No. 11260700
**KARL RUPP**

State Bar No. 24035243
**PROVOST * UMPHREY, L.L.P.**
3232 McKinney Avenue, Suite 700
Dallas, Texas 75204
214.744.3000; 214.744.3015 fax
jkendall@provostumphrey.com
krupp@provostumphrey.com

**ERIC M. ALBRITTON**
State Bar No. 00790215
**ALBRITTON LAW FIRM**
P.O. Box 2649
Longview, Texas 75606
903.757.8449; 903.758.7397 fax
ema@emafirm.com

**T. JOHN WARD, JR.**
State Bar No. 00794818
**LAW OFFICE OF T. JOHN WARD, JR.**
P.O. Box 1231
Longview, Texas 75601
903.757.6400; 903.757.2323 fax
jw@jwfirm.com

*ATTORNEYS FOR PLAINTIFF DATATREASURY CORPORATION*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served electronically upon all the following on the 29th day of May, 2007.

Bank of America - Listserve (BankofAmericaF&R@fr.com)
BB&T ListServe (BB&T_DataTreasury@kilpatrickstockton.com)
Citizens Financial (citizensfinancial@standleyLLP.com)
City National Bank - Listserve (citynationalbank@dmtechlaw.com)
Comerica Bank 007 Listserve (Comerica_DataTreasury@kilpatrickstockton.com)
Compass/First Horizon/TN Bank - Listserve (comfhft@andrewskurth.com)
Cullen/Frost Bank - Listserve (frostbank@dmtechlaw.com)
EDS - Listserve (EDS_DataTreasury@mckoolsmith.com)
UBS – Listserve (ubsamericas@velaw.com)
HSBC North America Holdings, Inc./HSBC Bank USA Listserve (hsbccounsel@blhc-law.com)
BancorpSouth Listserve (bxs@hughesluce.com)
Bank of Tokyo Listserve (BankofTokyo_DataTreasury@sidley.com)

BofNY Listserve (BofNYLitTeam@pillsburylaw.com)
The Clearing House/SVPCo Listserve (TCH_DT@sullcrom.com)
Deutsche Bank Listserve (DeutscheBank_DataTreasury@sidley.com)
First Citizens Listserve (firstcitizens@bakerbotts.com)
First Data Listserve (FirstData_DataTreasury@sidley.com)
Key Bank Listserve (KeyCorp_DataTreasury@mckoolsmith.com)
LaSalle Bank Listserve (LaSalleBank_DataTreasury@sidley.com)
National City Bank Listserve (foley-dtc@foley.com)
Remitco Listserve (Remitco_DataTreasury@sidley.com)
Telecheck Listserve (Telecheck_DataTreasury@sidley.com)
Union BofCA Listserve (ubofclitteam@pillsburylaw.com)
Viewpointe Listserve (Viewpointe_dtc@skadden.com)
Zion First National Bank Listserve (foley-dtc@foley.com)
Harris Bancorp. - Listserve (Harris_DataTreasury@mckoolsmith.com)
M&T 007 Listserve (M&T_DataTreasury@kilpatrickstockton.com)
PNC Bank - Listserve (PNC_DataTreasury@mckoolsmith.com)
Suntrust - Listserve (SunTrust_DataTreasury@mckoolsmith.com)
U.S. Bancorp – Listserve (foley-dtc@foley.com)
Wachovia 007 Listserve (Wachovia_DataTreasury@kilpatrickstockton.com)
Wells Fargo - Listserve (*DalWellsFargo_DTC@BakerNet.com)

*/s/ Nicole Reed*

**NICOLE REED**

## CERTIFICATE OF CONFERENCE

I hereby certify that on May 29th, 2007, counsel for DataTreasury Corporation conferred with counsel for Defendants concerning the foregoing Unopposed Motion to Exceed Page Limits. Defendants do not oppose the relief requested by Plaintiff.

*/s/ Nicole Reed*

**NICOLE REED**