IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **DATATREASURY CORPORATION** § | |
| **Plaintiff,** § | |
| § | Civil Action No.:2:06-CV- |
| v. § | 72 (DF) |
| § | |
| § | **JURY TRIAL DEMAND** |
| **WELLS FARGO & COMPANY, ET. AL.,** § | |
| **Defendants** § | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion to Exceed Page Limits in Plaintiff's Opening Brief on Claims Construction. Having considered the Unopposed Motion, the Court is of the opinion that it should be GRANTED.

IT IS SO ORDERED.