# EXHIBIT  E

Dockets.Justia.com

# DICTIONARY
## OF
# BANKING
## TERMS

*by*

**Thomas P. Fitch**

*Consulting Editors*

**Irwin Kellner**
Senior Vice-President & Chief Economist
Manufacturers Hanover Trust Company

**Donald G. Simonson**
Anderson School of Management
University of New Mexico

**Ben Weberman**
Senior Editor
*Forbes* Magazine



**BARRON'S**

New York • London • Toronto • Sydney

1990

**encryption** scrambling of sensitive information, such as account numbers or access codes, to prevent unauthorized use. The DATA ENCRYPTION STANDARD (DES), the encryption format adopted by the financial industry, requires that information scrambling take place in a computer or terminal before transmission. See also MESSAGE AUTHENTICATION.

**encumbrance** right or claim to real property that passes with title, for example, easements, judgment liens, and mortgages. An encumbrance does not hinder transfer of ownership, though it may reduce the market value of the property.

**endorsement** signature on the back of a negotiable instrument, such as a CHECK. Endorsement legally transfers ownership to another party. The UNIFORM COMMERCIAL CODE recognizes five kinds of endorsement: (1) BLANK ENDORSEMENT or unqualified endorsement; (2) special endorsement, for example, "Pay to the order of ABC Company"; (3) restrictive endorsement, writing limiting further negotiation, such as "for deposit only"; (4) qualified endorsement, "Pay to ABC Bank, without recourse"; and (5) conditional endorsement, "Pay XYZ Company upon completion of contract." (Rarely used.)

The Expedited Funds Availability Act of 1987 imposes certain restrictions on check endorsements, requiring endorsers to write their names in the top 1-1/2 inches on the back of a check, leaving space for bank endorsements.

**endorser** person who, by signing a check or negotiable instrument, transfers his ownership interest to another party. The endorser promises to make good on the check if it is dishonored for any reason.

**end-to-end** foreign exchange term for the end-of-month working date against another end-of-month working date, regardless of the actual number of days in between. The forward maturity dates (the SPOT dates for delivery) in future months are fixed at the last business day in a given calendar month. Also known as *fixed dates*. The only exception is when the maturity date falls on a nonbusiness day; then the spot date is moved ahead to the next business day. The term also can apply to the

## ENDORSEMENT

ENDORSE HERE

X

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE*

Space for
Bank
Endorsements

* FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

542

## settlement

1. **Banking.** The accounting process recording the respective debit and credit positions of the two parties involved in a transfer of funds. Funds are available for use and may be drawn at any time afterward. Funds transferred through Fed Wire are available for use at the time the transfer occurs, and are settled by adjusting the RESERVE ACCOUNT balances of the sending and receiving banks. Checks, automated clearing house transfers, and other payments between banks are settled on a provisional basis, because the possibility exists that the person initiating the transfer of funds may not have sufficient funds to cover the payment, or the payment cannot be processed for various reasons. See also NETTING; NET SETTLEMENT.

2. **Real Estate.** The CONVEYANCE or transfer of property to a purchaser, and recording of the mortgage lien on the property deed by the bank financing the transaction. Also known as a mortgage *closing*.

3. **Securities.** The delivery of securities by a selling broker, and payment by the buying broker, normally five business days (regular way delivery) after the transaction date. Settlement can sometimes take longer than five days, especially in new issues of tax-exempt bonds.

## settlement date

1. **Banking.** The date that funds transferred through the Federal Reserve Fed Wire, or private network are deposited in a customer's account and available for use. Fed Wire and CLEARING HOUSE INTERBANK PAYMENTS SYSTEM (CHIPS) transfers are settled the same day. Automated clearing house transfers are settled the next day. See also FINALITY OF PAYMENT.

2. **Securities.** The date that securities sold actually changes hands. Under regular way settlement, transfer of ownership occurs five days after the transaction. Under seller's option settlement, delivery of securities in completion of a trade can be delayed up to 60 days from the trade execution date.

## settlement option

1. **Foreign Exchange.** A contract in which the seller has the option to settle a FORWARD CONTRACT at any time within a specified period.

543 SHARED APPRECIATION MORTGAGE (SAM)

2. **Securities.** A seller's option to deliver securities at any time from five days after the transaction date (known as regular way corporate settlement) to as late as 60 days after the transaction date.

## settlement price

In futures, the figure determined by the closing range of prices and used to calculate trading gains or losses. Settlement prices are used to determine gains, losses, margin calls, and invoice price for deliveries. Also, the price of a financial instrument underlying an option contract when then the contract is exercised.

## severally but not jointly

arrangement commonly used in corporate UNDERWRITING in which each member of a selling group assumes responsibility for selling a share of the total offering, but is not responsible for actions of the other parties. Each member of the selling group is responsible for a portion of the original contract, but not for any unsold shares. Also called a *divided account* or *Western Account*. See also JOINTLY AND SEVERALLY.

## share account

account offered by a CREDIT UNION, paying earnings to its members as dividends rather than INTEREST. The major forms of share accounts are regular share accounts, an interest bearing account similar to personal savings accounts at banks and savings institutions; SHARE DRAFT ACCOUNTS, an interest bearing account permitting withdrawals or transfers by writing drafts against the account; money market accounts, often called money market share accounts and share certificate accounts, which are similar to term savings accounts. Credit union shares are subject to RESERVE REQUIREMENTS if they allow more than three telephone transfers or preauthorized transactions a month.

## shared appreciation mortgage (SAM)

residential mortgage combining a fixed rate of interest at below market rates, and lender participation in any equity appreciation in the mortgaged property. A shared appreciation mortgage has a low monthly payment, as compared to a fixed rate CONVENTIONAL MORTGAGE, and typically is a short-term (under five years) loan. This type of mortgage is appealing to mortgagors who borrow in





EXPERTS ARE HERE
TO GET YOU STARTED ▶    BEGIN

**Also Visit** | Unabridged Dictionary | Learner's Dictionary | Word Central for Kids | Collegiat

● Dictionary   ○ Thesaurus   ○ Spanish/English

Home
Visit Our Sites
Premium Services
Downloads
Word of the Day
Word Games
Open Dictionary
Spelling Bee Hive
Word for the Wise
Online Store
Help
About Us

## real time

One entry found for **real time**.

Main Entry: **real time**
Function: *noun*
**:** the actual time during which something takes place <the computer may partly analyze the data in *real time* (as it comes in) -- R. H. March> <chatted online in *real time*>
- **real-time** *adjective*

Visit **Britannica.com** for more information on "real time"

Get the Top 10 Search Results for "real time"

**Ads by Google**

**Fast real-time PCR**
LightCycler® 480 System, 96/384 multiwell format. Learn more & win!
**www.roche-applied-science.com**

**Innovative Cycler Range**
Extensive Range of Thermocyclers and Thermocycler Validation Tools
**www.QuantaBiotech.com**

**Telomerase activity**
One step Real Time PCR assay for Telomerase activity detection
**www.alliedbiotechinc.com**

**Pronunciation Symbols**

# MODERN
# DICTIONARY
## of
# ELECTRONICS

### SIXTH EDITION

### REVISED AND UPDATED

## Rudolf F. Graf

**Newnes**
Boston  Oxford  Johannesburg  Melbourne  New Delhi  Singapore

Newnes is an imprint of Butterworth-Heinemann

Copyright © 1997 by Butterworth–Heinemann

ℛ A member of the Reed Elsevier group

All rights reserved.
No part of this publication may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without the prior written permission of the publisher.

∞ Recognizing the importance of preserving what has been written, Butterworth–Heinemann prints its books on acid-free paper whenever possible.

**Library of Congress Cataloging-in-Publication Data**
Graf, Rudolf F.
    Modern dictionary of electronics / by Rudolf F. Graf. — 6th ed.
       p.   cm.
    Reprint. Originally published: Indianapolis, Ind. : H.W. Sams,
© 1984.
    ISBN 0-7506-9870-5
    1. Electronics—Dictionaries.
TK7804.G67  1996                               96-25894
621.381'03—dc 20                               CIP

**British Library Cataloguing-in-Publication Data**
A catalogue record for this book is available from the British Library.

The publisher offers special discounts on bulk orders of this book.
For information, please contact:
Manager of Special Sales
Butterworth–Heinemann
313 Washington Street
Newton, MA 02158–1626
Tel: 617-928-2500
Fax: 617-928-2620

For information on all Newnes electronics publications available, contact our World Wide Web home page at: http://www.bh.com/bh

Edited by: *Charlie Buffington* and *Jack Davis*
Illustrated by: *T.R. Emrick*

Printed in the United States of America
10 9 8 7 6 5 4 3 2 1

We are in the midst
advances in electronics ;
To keep up with this exc
reflect the ever-expandin
ics. It must not only rec
explain terms with autl
quely suited to its time

Those who work in
effectively communica
tion. Originators of nev
definitions frequently
actual use by others.

Every new edition of
of the electronics indu
electronics dedicated 1
munication, deriving i
which its content were
a clear and simple styl
level of complexity of
prise that this sixth
probably the most
contains definitions o
and related fields. Th
fifth edition publishe
*filled* the first edition
were reviewed and
enhance the intelligib
definitions requiring
updated, modified ar

While this work is
the field of electronic
evolve and establish
ings. The publisher
periodically; thus s
welcomed.

**recombination velocity—recording lamp**

834

bine with holes in the valence band. If an actual population inversion between portions of the valence and conduction bands (or between adjacent localized states of acceptors or donors near these bands) is achieved, stimulated emission and laser amplification or oscillation can take place. This is the radiation process of importance in injection lasers.

**recombination velocity**—On a semiconductor surface, the normal component of the electron (or hole) current density at the surface divided by the excess electron (or hole) charge density at the surface.

**reconditioned-carrier reception**—Also called exalted-carrier reception. Reception in which the carrier is separated from the sidebands in order to eliminate amplitude variations and noise, and then is increased and added to the sidebands in order to provide a relatively undistorted output. This method is frequently employed with a reduced-carrier signal-sideband transmitter.

**record**—1. A character or characters that are grouped together in the flow of data in a system; for example, one line of type of the contents of a punched card. A record may be of fixed length, as with punched cards, or of variable length, as with a line of type. 2. A group of related facts or fields of information handled as a unit; thus a listing of information, usually printed or in printable form. 3. The process of putting data into a computer storage device. 4. To preserve for later reproduction. 5. Relating to data that is treated as a unit of logical information. The delineation of a record may be arbitrary and determined by the designer of the information format. (A record may be recorded on all or part of a block or more than one block.) 6. A collection of related items of data (fields) treated as a unit.

**record changer**—1. A device which will automatically play a number of phonograph records in succession. 2. A type of automatic turntable capable of playing a number of records (usually 6 to 10) in sequence.

**record code**—A special control code used to mark the separation between adjacent records.

**record compensator** — Also called a record equalizer. An electrical network that compensates for different frequency-response curves in various recording techniques.

**recorded tape**—Also called a prerecorded tape. 1. A tape that contains music, dialogue, etc., and is sold to audiophiles and others for their listening pleasure. 2. A commercially available recorded tape.

**recorded value**—The value recorded by the marking device on a chart with reference to the division lines marked on the chart.

**recorded wavelength**—In a phonograph record, the length of groove required for a signal of given frequency to complete one cycle. At any particular distance from the record center, i.e., at a particular groove velocity, the recorded wavelength decreases with increasing frequency. Similarly for a given frequency, the recorded wavelength decreases with progress toward the record center (i.e., as groove velocity decreases).

**record equalizer** — See Record Compensator.

**recorder**—Also called recording instrument. 1. An instrument that makes a permanent record of varying electrical impulses—e.g., a code recorder, which punches code messages into a paper tape; a sound recorder, which preserves music and voices on disc, film, tape, or wire; a facsimile recorder, which reproduces pictures and text on paper; and a video recorder, which records television pictures on film or tape. 2. A device which makes a record of changes in varying electrical quantities or signals.

**record gap**—In a computer, a space between records on a tape. It is usually produced by acceleration or deceleration of the tape during the write operation.

**recording ammeter**—An ammeter that provides a permanent recording of the value of either an alternating or a direct current.

**recording blank**—See Recording Disc.

**recording channel**—One of several independent recorders in a recording system, or independent recording tracks on a recording medium.

**recording-completing trunk**—A trunk for the purpose of extending a connection from a local line to a toll operator; it is used for recording the call and completing the toll connection.

**recording curve**—See Equalization.

**recording demand meter**—Also called demand recorder. An instrument that records the average value of the load in a circuit during successive short periods.

**recording density**—The number of bits recorded per unit of length in a single linear track in a recording medium.

**recording disc**—Also called a recording blank (unrecorded) disc made for recording purposes.

**recording head**—A magnetic head that transforms electrical variations into magnetic variations for storage on magnetic media. (See also Cutter.) See art, p. 835.

**recording instrument**—Also called a recorder or graphic instrument. An instrument which makes a graphic record of the value of one or more quantities as a function of another variable (usually time).

**recording lamp**—A light source used in the variable-density system of sound recording on movie film. Its intensity varies

835



*Recording h*

in step with the variation quency signal sent throu

**recording level** — The required to provide a cording.

**recording-level meter** a tape or disc recorder t idea of the signal levels the recording medium moment. It is intended the recording levels to tape or disc is neither excessive levels or with too bright a signal, other noise to intrude meters come in a variet ing meters that registe average value of the si professional vu meter those designed to show peak levels of the sign readily classifiable in group.

**recording loss** — In n ing, the loss that occu level because the ampl the recording stylus amplitude of the wave medium.

**recording noise** — Noi amplifier and other recorder.

**recording preamplif** amplifier.

**recording-reproducin** purpose head used in n

**recording spot** — An acted on by the regist facsimile recorder.

**recording storage t** cathode-ray tube in wl of an image can be stor pattern of electrostatic age surface. There is but the stored inform out at any later time electric output signal.

**recording stylus** — inscribes a groove i medium.

# Webster's Encyclopedic Unabridged Dictionary of the English Language

The dictionary entries are based on the First Edition of *The Random House Dictionary of the English Language*

*Webster's Encyclopedic Unabridged Dictionary of the English Language*

Copyright © 1994 by Random House, Inc.

All rights reserved under International and Pan-American Copyright Conventions.

No part of this book may be reproduced or transmitted by any means, electronic or mechanical, including photocopying, recording, or by any information storage and retrieval system, without permission in writing from the publisher. Please contact Random House Reference, 280 Park Avenue, New York, NY, 10017 for permission.

This edition produced by Random House Reference for Reading is Fun.

This work was originally published in 1994 by Gramercy Books, an imprint of Random House Value Publishing.

**Acknowledgments and Permissions**

The "Dictionary of the English Language" section of this book (*Webster's Encyclopedic Unabridged Dictionary of the English Language*) is based on the first edition of *The Random House Dictionary of the English Language, the Unabridged Edition*, copyright © 1983 by Random House, Inc.

*A Manual of Style*, copyright © 1986 by Crown Publishers, Inc. is excerpted and reprinted by arrangement with Crown Publishers, Inc.

ISBN 0-375-42582-9

2001 Reading is Fun Edition

Printed and bound in the United States of America

New York    Toronto    London    Sydney    Auckland

L. *commerc(ium)*, equiv. to *commerc(āri)* (to) trade together (*com-* **com-** + *mercāri*, deriv. of *merc-*, s. of *merz goods*) + *-ium* n. suffix]
—Syn. 1. See **trade**.

**Com-merce** (kom/ərs), n. 1. a town in SW California. 9555 (1960). 2. a town in NE Texas. 5789 (1960). 3. a town in central Georgia. 3551 (1960).

**Com-merce Town´**, a town in central Colorado. 8970 (1960).

**com-mer-cial** (kə mûr/shəl), *adj.* 1. of, pertaining to, or characteristic of commerce. 2. engaged in commerce. 3. prepared, done, or acting with sole or chief emphasis on salability, profit, or success: *a commercial product;* *His attitude toward theater is very commercial.* 4. (of an airplane, airline, or flight) a. engaged in transporting passengers or goods for profit. b. civilian and public, as distinguished from military or private. 5. not entirely or chemically pure: *commercial soda.* 6. catering especially to traveling salesmen by offering reduced rates, space for exhibiting products, etc.: *a commercial hotel.* —n. 7. *Radio and Television.* a brief announcement or visual presentation designed as an advertisement. 8. *Brit. Informal.* a traveling salesman. [COMMERCE + -IAL] —**com-mer´cial-ly**, *adv.*
—**Syn.** 1. COMMERCIAL, MERCANTILE refer to the activities of business, industry, and trade. COMMERCIAL is the broader term, covering all the activities and relationships of industry and trade. In a derogatory sense it may mean such a preoccupation with the affairs of commerce as results in indifference to considerations other than wealth: *commercial treaties; a merely commercial viewpoint.* MERCANTILE applies to the purchase and sale of goods, or to the transactions of business: *a mercantile house or class.*

**com-mer´cial a´gency,** a concern which investigates for the benefit of its subscribers the financial standing, reputation, and credit rating of individuals, firms, corporations, and others engaged in business.

**com-mer´cial art´,** graphic art created specifically for commercial uses, esp. for advertising, illustrations in magazines or books, or the like. Cf. **fine art.** —**commer´cial art´ist.**

**com-mer´cial at-ta-ché´,** an attaché in an embassy or legation representing the commercial interests of his country.

**com-mer´cial bank´,** a bank specializing in checking accounts and short-term loans.

**com-mer´cial code´,** a commercial code designed to convey a message with a minimum number of words and thereby reduce toll costs.

**com-mer´cial col´lege,** a school that trains people for careers in business.

**com-mer´cial cred´it,** credit issued by a bank to a business to finance trading or manufacturing operations.

**com-mer´cial fer´tilizer,** fertilizer manufactured chemically, as distinguished from natural fertilizer, as manure.

**com-mer-cial-ise** (kə mûr/shə līz´), *v.t., -ised, -is-ing.* *Chiefly Brit.* commercialize. —**com-mer´cial-i-sa´tion,** n.

**com-mer-cial-ism** (kə mûr/shə liz´əm), n. 1. the principles, practices, and spirit of commerce. 2. a commercial attitude in noncommercial affairs; inappropriate or excessive emphasis on profit, success, or immediate results. 3. a commercial custom or expression. [COMMERCIAL + -ISM] —**com-mer´cial-ist,** n. —**com-mer´cial-is´tic,** *adj.*

**com-mer-cial-ize** (kə mûr/shə līz´), *v.t., -ized, -iz-ing.* 1. to make commercial in character, methods, or spirit. 2. to emphasize the profitable aspects of. 3. to offer for sale; make available as a commodity. Also, esp. *Brit.,* **commercialise.** [COMMERCIAL + -IZE] —**com-mer´cial-i-za´tion,** n.

**com-mer´cial law´,** the legal regulations governing transactions and related matters in business and trade.

**com-mer´cial pa´per,** negotiable paper, as drafts, bills of exchange, etc., given in the course of business.

**com-mer´cial pi´lot,** an airplane pilot employed to transport passengers, goods, etc., esp. one who is specially licensed by the government on the basis of competence and experience.

**com-mer´cial trav´eler.** See **traveling salesman.**

**com-mie** (kom/ē), n. *Dial.* a playing marble, esp. one that is not used as a shooter. [by shortening and alter.; see COMMON, for common marble]

**com-mie** (kom/ē), n., *adj.* (*often cap.*) *Informal.* communist. [by shortening and alter.]

**com-mi-nate** (kom/ə nāt´), *v.t., v.i., -nat-ed, -nat-ing.* 1. to threaten with divine punishment or vengeance. 2. to curse; anathematize. [back formation from COMMINATION]

**com-mi-na-tion** (kom/ə nā´shən), n. 1. a threat of punishment or vengeance. 2. a denunciation. 3. (in the Church of England) a penitential office read on Ash Wednesday in which God's anger and judgments are proclaimed against sinners. [< L *comminātiōn-* (s. of *comminātiō*), equiv. to *commin(ātus)* (*com-* **com-** + *min(a)* threats + *-ātus* -ATE¹) + *-iōn-* -ION] —**com/mi-na-tor´y** (kə min/ə tôr´ē, -tōr´ē, kom´ə nā-; Brit. kom/i na-), *adj.*

**Com-mines** (kô mēn´), n. Phi-lippe de (fē lēp´ də). See **Comines, Philippe de.**

**com-min-gle** (kə ming´gəl), *v.t., v.i., -gled, -gling.* to mix or mingle together. [COM- + MINGLE] —**com-min´gler,** n.

**com-mi-nute** (kom/ə nōōt´, -nyōōt´), *v.t., -nut-ed, -nut-ing, adj.* —*v.t.* 1. to pulverize; triturate. —*adj.* 2. comminuted; divided into small parts. 3. powdered; pulverized. [< L *comminūt(us),* ptp. of *comminuere,* equiv. to *com-* **com-** + *minuere* to lessen, akin to *minor* MINOR] —**com´mi-nu´tion,** n.

**com-mi-nut-ed frac´ture,** a fracture of a bone in which the separated parts are splintered or fragmented. See illus. under **fracture.**

**com-mis-er-ate** (kə miz/ə rāt´), *v., -at-ed, -at-ing.* —*v.t.* 1. to feel or express sorrow or sympathy for; pity. —*v.i.* 2. to sympathize; condole (usually fol. by *with*): *They commiserated with him over the loss of his wife.* [< L *commiserāt(us)* (ptp. of *commiserārī*), equiv. to *com-* **com-** + *miser* pitiable + *-ātus* -ATE¹] —**com-mis/er-a-ble,** *adj.* —**com-mis/er-a-tive,** *adj.* —**com-mis/er-a-tive-ly,** *adv.* —**com-mis/er-a´tor,** n.

—

**com-mis-sar** (kom/ə sär´, kom/ə sär´), n. 1. the head of any of the major governmental divisions of the U.S.S.R., called *minister* since 1946. 2. an official in any communist government whose duties include political indoctrination, detection of political deviation, etc. [< Russ *Komissar* < G < ML *commissārius* COMMISSARY]

**com-mis-sar-i-at** (kom/ə sâr´ē ət), n. 1. any of the major governmental divisions of the U.S.S.R., called *ministry* since 1946. 2. the organized method or manner by which food, equipment, transport, etc., is delivered to armies. 3. the department of an army charged with supplying provisions. [< NL *commissāriāt(us),* equiv. to ML *commissāri(us)* COMMISSARY + *-āt* -ATE¹]

**com-mis-sar-y** (kom/ə ser´ē), n., *pl.* **-sar-ies.** 1. a store that supplies food and equipment, esp. in an army, mining camp, or lumber camp. 2. a dining room or cafeteria, esp. one in a motion-picture studio. 3. a person to whom some responsibility or role is delegated by a superior power; a deputy. 4. *Eccles.* an officer who exercises spiritual or administrative jurisdiction in remote parts of a diocese, or is entrusted with the performance of duties of the bishop in his absence. 5. commissar. 6. (in France) a police official, usually just below the police chief and mayor. 7. *Mil. Obs.* an officer of the commissariat. [late ME *commissarie* < ML *commissāri(us),* equiv. to L *commiss(us)* (ptp. of *committere* to commit) + *-ārius* -ARY] —**com-mis-sar´i-al** (kom/ə sâr´ē əl), *adj.*

**com-mis-sion** (kə mish/ən), n. 1. the act of committing or giving in charge. 2. an authoritative order, charge, or direction. 3. authority granted for a particular action or function. 4. a document conferring authority issued by the President of the U.S. to officers in the Army, Navy, and other military services, and that grants government to justices of the peace and others. b. the power thus granted. a. the position or rank of an officer in any of the armed forces. 5. a group of persons authoritatively charged with particular functions: *a park commission.* 6. the condition of being placed under special authoritative responsibility or charge. 7. a task or matter committed to one's charge: *The designer received a commission to design an office building.* 8. the act of committing or perpetrating a crime, error, etc.: *The commission of a misdemeanor is punishable by law.* 9. something that is committed. 10. authority to act as agent for another or others in commercial transactions. 11. a sum or percentage allowed to an agent, salesman, etc., for his services: *to work on a twenty percent commission.* 12. **in commission,** a. in service. b. in operating order: *A great deal of work will be necessary to put this radio in commission again.* c. Also, **into commission.** *Navy.* (of a ship) manned and in condition for or ordered to active service. 13. **out of commission,** a. not in service. b. not in operating order: *The stove is out of commission.* —*v.t.* 14. to give a commission to. 15. to commission as a *graduate of a military academy.* 15. to authorize; send on a mission. 16. to give the order which places a warship, military command, etc., in a state of complete readiness for active duty. 17. to give a commission or order for: *The owners commissioned a painting for the building's lobby.* [ME < L *commissiōn-* (s. of *commissiō*), equiv. to *commiss(us)* (see **commissary**) + *-iōn-* -ION] —**com-mis´sion-al, com-mis´sive-ly,** *adv.*

**com-mis-sion-aire** (kə mish/ə nâr´), n. *Brit.* a person who does small, miscellaneous errands or performs minor services, as a messenger, porter, etc. [< F *commissionnaire,* equiv. to *commission* COMMISSION + *-aire* -AR²]

**com-mis´sioned of´ficer,** a military or naval officer holding rank by commission (including, in the U.S., second lieutenant, ensigns, and all higher ranks).

**com-mis-sion-er** (kə mish/ə nər), n. 1. a person commissioned to act officially; a member of a commission. 2. a government official or representative in charge of a department or district: *the police commissioner; the commissioner of a colony.* 3. an official chosen by an athletic association to exercise broad administrative or judicial authority: *the baseball commissioner.* 4. *Slang.* a betting broker. [late ME < ML *commissiōnāri(us)* < L *commissiōn-.* See COMMISSION, -ER²] —**com-mis´sion-er-ship´,** n.

**Commis´sioners Stand´ard Or´dinary Ta´ble,** *U.S.* a mortality table used as a minimum standard for reserve and surrender values by most life-insurance companies, based on the combined experience of a large number of insurers for the period 1950–54 and accepted in 1958 after comparison with the experience of a smaller number of insurers for the period 1954–57. *Abbr.:* CSO, C.S.O.

**commis´sion house´,** a brokerage firm that buys and sells securities on commission for its clients.

**commis´sion mer´chant,** an agent who receives goods for sale on a commission basis or who buys on this basis and has the goods delivered to a principal.

**commis´sion pen´nant,** a long pennant flown at the mainmast of a commissioned government ship.

**commis´sion plan´,** a system of municipal government in which all the legislative and executive powers of the city are concentrated in the hands of a commission.

**com-mis-sure** (kom/ə shŏŏr´), n. 1. a joint; seam; suture. 2. *Bot.* the joint or face by which one carpel coheres with another. 3. *Anat., Zool.* a connecting band, as of nerve tissue, etc. [late ME < L *commissūr(a),* equiv. to *commiss-* (see COMMISSARY) + *-ūra* -URE] —**com-mis-su-ral** (kə mish/ər əl, kom/i shŏŏr/əl), *adj.*

**com-mis-sur-ot-o-my** (kom/i shə rot´ə mē), n., *pl.* **-mies.** *Surg.* the incision of a band of commissures, esp. of mitral. Cf. valvulotomy. [COMMISSURE + -O- + -TOMY]

**com-mit** (kə mit´), *v.t., -mit-ted, -mit-ting.* 1. to give in trust or charge; consign. 2. to consign for preservation: *to commit to writing; memory, etc.* 3. to consign to custody: *to commit a felon to prison.* 4. to send into a battle: *The commander has committed all his troops to the front line. The pledge (oneself) to a position on an issue or question; express (one's inten-*

*[continued column 3]*

tion, feeling, etc.): *Asked if he was a candidate, he fused to commit himself.* 6. to place in custody. 7. an official in... position or hospital by or as if by legal process... was committed on the certificate of.... 7. to bind or obligate, as by pledge or... to commit oneself to a promise; to be committed... of action. 8. to entrust, esp. for safekeep... *to commit one's soul to God.* 9. to deliberate... disposal, etc.: *to commit a manuscript to fire.* —*v.i.* 10. to perform; perpetrate: *to commit murder.* 11. *Parl. Proc.* to refer (a bill or the like) to a committee for consideration. [ME *committen* < L *committere* to send, give... mit/ta-ble, *adj.* —**com-mit´ter,** n.

**com-mit-ment** (kə mit´mənt), n. 1. the act of committing. 2. the state of being committed. 3. *Proc.* the act of referring or entrusting for action or consideration. 4. consignment, as to prison. 5. commitment to a mental institution or hospital. 6. *recommended commitment as the wisest order, as by a court, judge, etc., confi mental institution or hospital: His warrant for his commitment was issued without a hearing.* 7. a written order of a court directing that one fined in prison; mittimus. 8. perpetration, as of a crime. 9. the act of committing or engaging oneself. 10. a pledge or promise. *We have made a commitment to pay rent.* 11. engagement; involvement: *They have a mitment to religion.* 12. *Stock Exchange.* to buy or sell securities. b. a sale or purchase... Also, committal (for defs. 1, 3–11). [C

**com-mit-tal** (kə mit´əl), n. 1. an act or a... mitting, as to an institution, a cause... commitment: *The committal of large sums party aided the candidate immensely.*

**com-mit-tee** (kə mit´ē), n. 1. a group of persons elected or appointed to perform... function, as to investigate, report on, or... ticular matter. 2. See **standing committee.** 3. a... person to whom the care of a person or... mitted. [late ME < AF², equiv. to *c* COMMIT) + *-ee* -EE] —**com-mit-tee´ship´,** n.

**com-mit-tee-man** (kə mit´ē man´, -mən´), n. 1. a member of a committee. 2. the leader of a political ward or precinct. **steward.** [COMMITTEE + MAN²]

**com-mit-tee of cor´respond´ence,** any of... American Revolutionary period formed from... by a town or colony to communicate with other measures taken toward redress of grievances. **Committee of One,** an individual serving... function alone as a committee.

**com-mit-tee of the whole´,** a legislative... consisting of all the members present... liberative rather than a legislative capacity, to... debate and preliminary consideration or... ing legislative action.

**com-mit-tee-wom-an** (kə mit´ē wŏŏm´ən), n., *pl.* **-wom-en.** 1. a woman serving as a n... mittee. [COMMITTEE + WOMAN]

**com-mix** (kō miks´, kə-), *v.t., v.i.* to mix; to mi... [back formation from earlier *commixt* (ptp. of *commiscēre*), equiv. to *com-* com-... of *miscēre* to mix) + *-tus* ptp. ending]

**com-mix-ture** (kō miks´chər, kə-), n. 1. the act or process of commixing. 2. the condition of being commixed; mixture. 2. (in a Eucharistic service) the placing of a part of the Host in the chalice. [< L *commixtūr(a),* equiv. to *commixt(us)* (see COMMIX) + *-ūra* -URE]

**com-mode** (kə mōd´), n. 1. a low cabinet or similar piece of furniture, often highly ornamented, containing drawers or shelves. 2. a stand or cupboard containing a chamber pot or washbasin. 3. toilet. 4. an elaborate headdress consisting chiefly of a wire work decorated with lace, ribbons, etc., in the late 17th and early 18th cent. [< F *commode(us)* convenient, equiv. to *co* MODE¹]

**commode´ step´,** any of two or more treads of a stair that have curved ends such as... **com-mo-di-ous** (kə mō´dē əs), *adj.* 1. spacious and convenient; roomy: *a commodious apartment.* 2. suitable or adequate for the purpose: *a commodious vehicle.* [late ME < ML *commodi(us),* suitable (see COMMODITY)] —**com-mo´di-ous-ly,** *adv.* —**com-mo´di-ous-ness,** n.

**com-mod-i-ty** (kə mod´ə tē), n., *pl.* **-ties.** 1. an article of trade or commerce, esp. a product as distinguished from a service. 2. something of use, advantage, or value. 3. *Obs.* a quantity of goods. [late ME < MF < L *commoditā(s)-* (s. of *co commod(us)* (see COMMODE) + *-itās* -ITY]

**com-mo-dore** (kom/ə dôr´, -dōr´), n. 1. (in the U.S. Navy) a former rank next above that of a captain and below that of a rear admiral. 2. (in the British Navy) an officer ranking below a rear admiral. 3. a naval officer in temporary command of a squadron or division. 4. the senior captain of a line of merchant ships. 5. the presiding officer of a yacht or boat club. [< D *kommandeur* < F *commandeur* COMMANDER]

**com-mon** (kom/ən), *adj., -er, -est, n., v.* —*adj.* 1. belonging equally to, or shared alike by, two or more or all in question: *common property; common interests.* 2. pertaining or belonging equally to an entire community, nation, or culture; public: *a common language or history; a common water supply.*

CONCISE ETYMOLOGY KEY: <, descended or derived from; >, whence; b., blend of; blended; c., cognate with;  deriv., derivative; equiv., equivalent m., modification of; obl., oblique; r., replacing; s., stem; sp., spelling; trans., translation; ?, origin unknown, perhaps; *, hypothetical. See the full key int

**endomorphism**

**energy**

pertaining to endomorphs.  c. taking place within a rock mass.  2. *Psychol.* having a heavy body build characterized by the relative prominence of structures developed from the embryonic entoderm (contrasted with *ectomorphic, mesomorphic*).  [ENDO- + -MORPHIC] —en′do·mor′phy, n.

**en·do·mor·phism** (en′dō môr′fiz əm, -dǝ-), n.  1. *Mineral.* a change brought about within the mass of an intrusive igneous rock.  2. *Math.* a homomorphism of a set into itself.  [ENDOMORPH(IC) + -ISM]

**endomor′phism ring**·, *Math.* the ring consisting of all endomorphisms of a given Abelian group.

**en·do·par·a·site** (en′dō par′ǝ sīt′), n.  an internal parasite (opposed to *ectoparasite*).  [ENDO- + PARASITE] —en·do·par·a·sit·ic (en′dō par′ǝ sit′ik), adj.

**en·do·pe·rid·i·um** (en′dō pi rid′ē əm), n.  *Bot.* the inner of the two layers into which the peridium is divided.  [< NL; see ENDO-, PERIDIUM] —en′do·pe·rid′i·al, adj.

**en·do·phas·i·a** (en′dō fā′zhǝ, -zhē ǝ, -zē ǝ), n.  internal speech with no audible vocalization.  Cf. exophasia.  [< L endofasia. See ENDO-, -PHASIA]

**en·do·phyte** (en′dō fīt′), n.  *Bot.* a plant living within another plant, usually as a parasite.  [ENDO- + -PHYTE] —en·do·phyt·ic (en′dō fit′ik), adj. —en′do·phyt′i·cal·ly, adv. —en·doph·y·tous (en dof′i tǝs), adj.

**en·do·plasm** (en′dǝ plaz′əm, -dǝ-), n.  *Biol.* the inner portion of the cytoplasm of a cell.  Cf. **ectoplasm** (def. 1).  [ENDO- + -PLASM] —en′do·plas′mic, adj.

**en·do·p·o·dite** (en dop′ǝ dīt′), n.  *Zool.* the inner or mesial branch of a biramous crustacean appendage.  Also, **en·do·pod** (en′dǝ pod′).  Cf. **exopodite**, **protopodite**.  [ENDO- + -podite < Gk pod- (s. of poús) foot + -īte] —en·do·p·o·dit·ic (en dop′ǝ dit′ik), adj.

**en·do·pter·y·gote** (en′dō ter′ǝ gōt′), adj.  belonging or pertaining to the division *Endopterygota*, comprising the insects that undergo complete metamorphosis.  —n.  an insect of the division *Endopterygota*.  [< NL *Endopterygota* (a group of insects). See ENDO-, PTERYGOTE]

**end′·or′gan·**, *Physiol.* one of several specialized structures found at the peripheral end of sensory or motor nerve fibers.

**en·dorse** (en dôrs′), v.  —dorsed, -dors·ing, n.  —v.t.  1. to approve, support, or sustain: *to endorse a statement.*  2. to write (something) on the back of a document: *to endorse a check.*  3. to designate oneself as payee (of a check) by signing, usually on the reverse side of the instrument.  4. to sign one's name on (a commercial document or other instrument).  5. to make over (a stated amount) to another as payee by one's endorsement.  6. to acknowledge (payment) by placing one's signature on a bill, draft, etc.  —n.  7. *Heraldry.* a narrow pale, about one quarter the usual width and usually repeated several times.  Also, **indorse** (for defs. 1–6).  [var. (with *en-* for *in-*) of earlier *indorse* < ML *indorsō* (to) put on the back, equiv. to L *in-* IN-2 + *dors(um)* back: r. *endoss*, ME *endosse(n)* < OF *endosse(r)*, equiv. to *en-* EN-1 + *dos* < L *dors(um)*] —en·dors′a·ble, adj. —en·dors′er, en·dors′or, n. —en·dors′ing·ly, adv.

—Syn. 1. sanction, ratify, uphold, sustain, back, second.

**en·dorsed** (en dôrst′), adj.  *Heraldry.* 1. (of a pale) between endorses: *a pale endorsed.*  2. addorsed.  [ENDORSE + -ED]

**en·dor·see** (en dôr sē′, en dôr′-), n.  a person to whom a negotiable document is endorsed.  Also, **indorsee**.  [ENDORSE + -EE]

**en·dorse·ment** (en dôrs′mǝnt), n.  1. approval or sanction: *The program for supporting the arts won the government's endorsement.*  2. the placing of one's signature, instructions, etc., on a document.  3. the signature, instructions, etc. placed on the reverse of a commercial document, for the purpose of assigning the interest therein to another.  4. *Insurance,* a clause under which the stated coverage of an insurance policy may be altered.  Also, **indorsement**.  [ENDORSE + -MENT]

**en·do·sarc** (en′dō särk′), n.  *Biol.* the endoplasm of a protozoan (opposed to *ectosarc*).  [ENDO- + -SARC-] —en′do·sar′cous, adj.

**en·do·scope** (en′dǝ skōp′), n.  1. a slender, tubular instrument used to examine the interior of a body cavity or hollow viscus.  2. an optical instrument for distinguishing between natural and cultured pearls by examination of holes drilled into them.  [ENDO- + -SCOPE] —en·do·scop·ic (en′dǝ skop′ik), adj. —en·dos·co·pist (en dos′kǝ pist), n. —en·dos′co·py, n.

**en′do·scop′ic cam′er·a**, a very small camera that can be inserted through the anus or other body cavity in medical examination.

**en·do·skel·e·ton** (en′dō skel′i tən), n.  *Zool.* the internal skeleton or framework of the body of an animal (opposed to *exoskeleton*).  [ENDO- + SKELETON] —en′do·skel′e·tal, adj.

**en·dos·mo·sis** (en′dos mō′sis, -doz-), n.  *Physical Chem.* 1. osmosis from the outside toward the inside.  2. (in osmosis) the flow of a substance from an area of lesser concentration to one of greater concentration (opposed to *exosmosis*).  Also, **en·dos·mose** (en′dos mōs′, -mōz′).  [ENDO- + OSMOSIS] —en·dos·mot·ic (en′dos mot′ik), adj. —en′dos·mot′i·cal·ly, adv.

**en·do·sperm** (en′dǝ spûrm′), n.  *Bot.* nutritive matter in seed plant ovules, derived from the embryo sac.  [ENDO- + SPERM, modeled on F *endosperme*]

**en·do·spore** (en′dǝ spôr′, -spōr′), n.  1. *Bot.* the inner coat of a spore.  2. *Bacteriol.* a spore formed within a cell of a rod-shaped organism.  [ENDO- + SPORE] —en·do·spor·ic (en′dǝ spôr′ik, -spōr′-), en·do·spo·rous (en dos′pǝr ǝs, en′dǝ spôr′-, -spōr′-), adj. —en′do·spor′ous·ly, adv.

**en·do·spo·ri·um** (en′dǝ spôr′ē əm, -spōr′-), n., pl. **-spo·ri·a** (-spôr′ē ǝ, -spōr′-).  *Bot.* endospore (def. 1).  [ENDO- + NL -sporium < Gk spor(á) seed + -ium dim. suffix]

**en·dos·te·um** (en dos′tē əm), n., pl. **-te·a** (-tē ǝ).  *Anat.* the membrane lining the medullary cavity of a bone.  [ENDO- + NL osteum < Gk osteon bone]

**en·do·sto·sis** (en′do stō′sis, -dǝ-), n.  *Anat.* bone formation beginning in the substance of cartilage.  [ENDO- + -OSTOSIS]

**en·do·the·ci·um** (en′dō thē′shē əm, -sē əm), n., pl. **-ci·a** (-shē ǝ, -sē ǝ).  *Bot.* 1. the lining of the cavity

of an anther.  2. (in mosses) the central mass of cells in the rudimentary capsule, from which the archespore is generally developed.  3. (in bryophytes) the central mass of cells in the capsule, including the spores and columella.  [ENDO- + THECIUM] —en·do·the·ci·al (en′dō thē′shē ǝl, -shǝl, -sē ǝl), adj.

**en·do·the·li·al** (en′dō thē′lē əl), adj.  pertaining to endothelium.  [ENDOTHELI- + -AL1]

**en·do·the·li·oid** (en′dō thē′lē oid′), adj.  resembling endothelium.  [ENDOTHELI- + -OID]

**en·do·the·li·o·ma** (en′dō thē′lē ō′mǝ), n., pl. **-mas, -ma·ta** (-mǝ tǝ).  *Pathol.* a tumor originating from the endothelium.  [ENDOTHELI- + -OMA]

**en·do·the·li·um** (en′dō thē′lē əm), n., pl. **-li·a** (-lē ǝ).  a type of epithelium composed of a single layer of smooth, thin cells which lines the heart, blood vessels, lymphatics, and serous cavities.  [ENDO- + NL *-thelium*; cf. EPITHELIUM]

**en·do·ther·mic** (en′dō thûr′mik), adj.  *Chem.* noting or pertaining to a chemical change which is accompanied by an absorption of heat (opposed to *exothermic*).  Also, **en·do·ther·mal** (en′dō thûr′mǝl).  [ENDO- + THERM- + -IC] —en′do·ther′mi·cal·ly, adv. —en′do·ther′mism, n.

**en·do·tox·in** (en′dō tok′sin), n.  *Biochem.* the toxic protoplasm liberated when a microorganism dies and disintegrates, as in *Eberthella typhi,* the causative agent of typhoid fever.  Cf. **exotoxin**.  [ENDO- + TOXIN] —en′do·tox′ic, adj.

**en·do·tox·oid** (en′dō tok′soid), n.  any toxoid prepared from an endotoxin.  [ENDO- + TOXOID]

**en·do·troph·ic** (en′dō trof′ik), adj.  (of a mycorrhiza) growing inside the cells of the root.  Cf. **ectotrophic**.  [ENDO- + -TROPHIC]

**en·dow** (en dou′), v.t.  1. to provide with a permanent fund or source of income: *to endow a college.*  2. to furnish, as with some gift, faculty, or quality; equip: *Nature has endowed him with great ability.*  3. *Archaic.* to provide with dower.  [ME *endow(en)* < AF *endower,* OF *endouer,* equiv. to *en-* EN-1 + *douer* < L *dōtāre* to dower, equiv. to *dōt-* (s. of *dōs*) dowry + *-āre* v. suffix] —en·dow′er, n.

**en·dow·ment** (en dou′mǝnt), n.  1. the act of endowing.  2. the property, funds, etc., with which an institution or person is endowed.  3. Usually, **endowments**. an attribute of mind or body; a gift of nature.  [late ME; see ENDOW, -MENT]

—Syn. 2. gift, grant, bequest.  3. capacity, talent, faculties, ability, capability.  —Ant. 3. incapacity.

**endow′ment insur′ance**, life insurance providing for the payment of a stated sum to the insured if he lives beyond the maturity date of the policy, or to a beneficiary if the insured dies before that date.

**en·dpa′per** (end′pā′pər), n.  a sheet of paper, often distinctively colored or ornamented, folded to form two leaves, one of which is pasted flat inside either cover of a book, the other forming a flyleaf.  Also called **end sheet**.

**end·piece** (end′pēs′), n.  a piece that forms, or is at, an end.  [END1 + PIECE]

**end′·plate·**, *Mining.* one of the shorter members of a set.  Cf. **wall plate** (def. 3).

**end·play** (end′plā′).  *Bridge.* —n.  1. any play, usually near the end of a contract, which puts one's opponent into the lead and forces him to lose one or more tricks that he would have lost if he were not more tricks that he would have lost if he were not leading.  —v.t.  2. to put into the lead by an endplay.  [END1 + PLAY]

**end′ point′**, n.  1. a final or concluding point.  2. *Chem.* the point in a titration usually noting the completion of a reaction and marked by a change of some kind, as of the color of an indicator.

**end·point** (end′point′), n.  *Math.* the point on each side of an interval marking its extremity on that side.  [END1 + POINT]

**end′ prod′uct**, the final or resulting product.  [END1 + POINT]

**end′ prod′uct**, the final or resulting product.  *Chem.* as of an industry, process of growth, etc.: *Cloth is one of the end products of cotton. An active mind should be an end product of education.*

**en·drin** (en′drin), n.  *Chem.* a white, crystalline, water-insoluble, poisonous, solid isomer of dieldrin, $C_{12}H_8Cl_6O$, used as an insecticide.  [appar. *en-* or *end-* (< ?) + (DIEL)DRIN]

**end′ run′**, *Football.* a running play in which the ball-carrier attempts to outflank the defensive end.  Also called **end′ sweep**, **sweep**.

**end′ sheet′**.  See **end paper**.

**end·stopped** (end′stopt′), adj.  *Pros.* (of a line of verse) ending at the end of a syntactic unit that is usually followed by a pause in speaking and a punctuation mark in writing.

**end′ ta′ble**, a small table placed beside a chair or at the end of a sofa.

**end·to·end** (end′tōō end′, -tǝ-), adj., adv.  end1 (def. 26).

**en·due** (en dōō′, -dyōō′), v.t., -dued, -du·ing.  1. to invest or endow with some gift, quality, or faculty.  2. to put on; assume: *Hamlet endued the character of a madman.*  3. to clothe.  Also, **indue**.  [ME *endue(n)*, (to) induct, cover < OF *enduire* < L *indūcere* to lead in, cover, INDUCE]

**en·dur·a·ble** (en dŏŏr′ǝ bǝl, -dyŏŏr′-), adj.  capable of being endured.  [ENDURE + -ABLE] —en·dur′a·bil′i·ty, en·dur′a·ble·ness, n. —en·dur′a·bly, adv. 5th, bearable, tolerable.

**en·dur·ance** (en dŏŏr′ǝns, -dyŏŏr′-), n.  1. the fact or power of enduring or bearing anything: *He has amazing physical endurance.*  2. lasting quality; duration: *His friendships have little endurance.*  3. something endured, as a hardship: trial.  [ENDURE + -ANCE] —Syn. 1. See patience.

**endur′ance ra′tio.**  See **fatigue ratio**.

**en·dur·ant** (en dŏŏr′ǝnt, -dyŏŏr′-), adj.  capable of enduring hardship, misfortune, or the like.  [ENDURE + -ANT]

**en·dure** (en dŏŏr′, -dyŏŏr′), v., -dured, -dur·ing.  —v.t.  1. to hold out against; sustain without impairment

or yielding; undergo: *to endure great financial pressure with equanimity.*  2. to bear without resistance or with patience; tolerate: *I cannot endure to listen to your insults any longer.*  3. to undergo; suffer; bear: *How much more such that it will not endure a superficial reading.*  4. to continue to exist; last: *These words will endure as long as men live who love freedom.*  5. to support without force or influence of any kind; suffer without yielding; suffer patiently: *Even in the darkest hour he endured.*  6. to have or gain continued or lasting acknowledgment or recognition, as of worth, greatness, etc.: *His plays have endured for more than three centuries.*  [ME *enduro(n)* < OF *endure(r)* < L *indūrāre* to harden, steel, make lasting, equiv. to IN-2 + dūrāre to last, be or become hard; see DURA HARD] —en·dur′er, n.

—Syn. 2. experience, stand, support, suffer, brook, bear.  4. abide.  See **continue**.  —Ant. 1. fail, 2.  4. fail, die.

**en·dur·ing** (en dŏŏr′ing, -dyŏŏr′-), adj.  1. lasting; permanent: *a poem of enduring greatness.*  2. patient; long-suffering.  [ENDURE + -ING2] —en·dur′ing·ly, adv. —en·dur′ing·ness, n.

**end′ use′** (yōōs), n.  the ultimate use for which a thing is intended or to which it is put.

**end·ways** (end′wāz′), adv.  1. on end: *We set the endways in order to fit the legs.*  2. with the end up or forward.  3. toward the ends or end; lengthwise.  4. end-to-end.  Also, **end·wise** (end′wīz′).  [END1 + -WAYS]

**En·dym·i·on** (en dim′ē ən), n.  1. *Class. Myth.* a young man who was kept immortally youthful and beautiful through eternal sleep; beloved of the goddess Selene, who came to him every night in the cave where he slept.  2. (*italics*) a narrative poem (1818) by John Keats: a crater in the first quadrant of the face of the moon, having a dark floor: about 78 miles in diameter.

**end′ zone′**, 1. *Football.* an area at each end of a football field between the goal line and the end line.  *Hockey.* an area at each end of the rink between the blue line and the closer of the two blue lines.  Cf. **neutral zone**.

**-ene**, *Chem.* a combining form indicating unsaturated hydrocarbons (*anthracene*; *benzene*), esp. those of the alkene series (*butylene*).  Cf. **-ane**, **-ine**2.  Compare suffix denoting origin or source]

**ENE**, east-northeast.  Also, **E.N.E.**

**en ef·fet** (äN nā fe′), *French.* in effect; in fact.

**en·e·ma** (en′ǝ mǝ), n.  *Med.* 1. the injection of a liquid into the rectum.  2. the fluid injected.  [< LL injection, equiv. to *en-* EN-2 + (h)e- (s. of hiénai to throw) + -ma n. suffix]

**en·e·my** (en′ǝ mē), n., pl. **-mies**, adj.  —n.  1. a person who feels hatred for or fosters harmful designs against another; an adversary or opponent: *They are now who were our friends.*  2. an armed foe; an opposing military force: *We attacked the enemy on the northern ground.*  3. a hostile nation or state: *England and her been enemies.*  4. a citizen of such a state or member of such a force in time of war.  5. enemies, persons, nations, etc., that are hostile to one another: *Let's make up and stop being enemies.*  6. something harmful or prejudicial: *His unbridled tongue is his worst enemy.*  7. **the Enemy**, the Devil.  —adj.  8. belonging to a hostile power or to any nation: *enemy property.*  9. due, inimical, ill-disposed [ME *enemi* < OF < L *inimīc(us)* unfriendly, equiv. to IN-3 + amīcus friendly, friend; see AMICABLE]

—Syn. 1. antagonist.  ENEMY, FOE refer to a person, public or personal adversary.  ENEMY emphasizes ideas of hostility: *to overcome the enemy; a bitter enemy.*  FOE, a more literary word, may be used interchangeably with enemy, but emphasizes somewhat more that enmity to be feared from such a one: *deadly foe; foe of mankind (the Devil).*  —Ant. 1. friend.  2. ally.

**en′e·my al′ien**, an alien residing in a country that is at war with the one in which he is residing.

**En·e·my of the Peo′ple, An**, a play (1882; trans. 1890) by Henrik Ibsen.

**E·ne·o·lith·ic** (ē′nē ō lith′ik), adj.  Chalcolithic.  Aeneolithic.

**en·er·get·ic** (en′ǝr jet′ik), adj.  1. possessing or exhibiting energy; forcible; vigorous: *an energetic appeal.*  2. powerful in action or effect; effective: *to take measures against crime.*  Also, **en·er·get·i·cal** (en′ǝr jet′i kǝl, -kǝ), equiv. to *energēt- (ēt-)* + -ic.  See ENERGY) + -IC: modeled on F *énergétique*.  —en·er·get′i·cal·ly, adv. —Syn. 1. See **active**.  2. effectual, strong.  —Ant. 1. listless.

**en·er·get·ics** (en′ǝr jet′iks), n.  (construed as sing.) the branch of physics that deals with energetics.  [see ENERGETIC, -ICS] —en′er·get′i·cist, n.

**en·er·gic** (en ûr′jik, -nēr′-), adj.  energetic.  Chiefly Brit. energize. —en′er·gize′n, n.

**en·er·gism** (en′ǝr jiz′əm), n.  Ethics the theory of self-realization in the highest good.  [< G *Energismus.*] See ENERGY, -ISM] —en′er·gist, n., adj. —en′er·gis′tic, adj.

**en·er·gize** (en′ǝr jīz′), v., -gized, -giz·ing. —v.t. 1. to give energy to; rouse into activity; *to energize an electric with brave words; to energize on discharge current.*  —v.i.  2. to be in operation; put forth energy.  [see ENERGY + -IZE] —en′er·giz′er, n.

**en·er·gu·men** (en′ǝr gyōō′men), n.  1. a person possessed by an evil spirit; demoniac.  2. an enthusiast.  [< LL *energūmen(os)* possessed, enthusiast, spirit < Gk *energoúmenos* pass. participle of *energeîn* to be active. See ENERGY]

**en·er·gy** (en′ǝr jē), n., pl. **-gies.**  1. Often, **energies**. the capacity for vigorous activity; *My energies I eat chocolate to get quick energy.*  2. an exertion of this; a feeling of tension caused or more caused by an excess of such power or an adequate energies at *Ping-Pong.*  3. an adequate or abundant amount of such power: *I seem to have no today.*  4. an exertion of such vigorous activity: *He plays with great energy.*  4. the habit of vigorous with great energy.  4. the habit of vigorous vigor as a characteristic: *Foreign with energy laugh at American energy.*  6. forcefulness of others, effect, etc., forcefully.  6. forcefulness pression: *a writing style of great energy;*  —n.1.1. to hold out against; sustain without impairment.

**in·dex of re·frac′tion,** *Optics.* a number indicating the speed of light in a given medium as either the ratio of the speed of light in a vacuum to that in the given medium (**absolute index of refraction**) or the ratio of the speed of light in a specified medium to that in the given medium (**relative index of refraction**). *Symbol:* n. Also called **index, refractive index.**

**in·dex plate′,** *Mach.* a plate perforated with rows of different numbers of equally spaced holes as a guide for indexing work.

**in·dex set′,** *Math.* a set whose elements are used to indicate the order of the elements of a sequence, series, etc.

**In·di·a** (in′dē ə), n. a republic in S Asia: comprises most of former British India and the semi-independent Indian States and Agencies; became a dominion in 1947; became a republic in 1950, with membership in the Commonwealth of Nations. 634,700,000; 1,246,880 sq. mi. *Cap.:* New Delhi. Hindi, **Bharat.** (OE < L < Gk. *equiv. to Ind(ós)* the Indus river (< OPers *Hindu,* illus. the river; c. Skt *sindhu*) + *-ia* -ia]

**In·di·a** (in′dē ə), n. a word used in communications to represent the letter *I.*

**In′dia chintz′,** a sturdy, heavyweight fabric constructed in a figured weave, used esp. in upholstery. Also called **In′dia cot′ton.**

**In′dia drug′get,** drugget (def. 1).

**In′dia ink′,** (*sometimes l.c.*) 1. a black pigment consisting of lampblack mixed with glue or gum. 2. a liquid ink from this. Also called **Chinese ink.**

**In·di·a·man** (in′dē ə mən), n., pl. -men. *Naut.* See **East Indiaman.**

**In·di·an** (in′dē ən), n. 1. Also called **American Indian, Red Indian.** a member of the aboriginal race of America or of any of the aboriginal North and South American stocks, usually excluding the Eskimos. 2. *Informal.* any of the indigenous languages of the American Indians. 3. a member of any of the peoples native to India or the East Indies. 4. *Brit.* a European, esp. an Englishman, who resides or has resided in India or the East Indies. 5. *Astron.* the constellation Indus. —adj. 6. of, pertaining to, or characteristic of the American Indians or their languages. 7. of, pertaining to, or characteristic of India or the East Indies. 8. made of Indian corn: *Indian meal.* 9. *Zoogeog.* oriental (def. 2). 10. *Phytogeog.* belonging or pertaining to a geographical division comprising India south of the Himalayas, and Pakistan and Ceylon. [ME < ML *Indiān(us).* See **INDIA, -AN**]

**In·di·an·a** (in′dē an′ə), n. 1. *Robert Clarke),* born 1928, U.S. painter of pop art. 2. a state in the central United States: a part of the Midwest. 5,490,179; 36,291 sq. mi. *Cap.:* Indianapolis. *Abbr.:* Ind. —**In·di·an·i·an** (in′dē an′ē ən), adj., n.

**In·di′an·a bal′lot,** a ballot on which the candidates are listed in separate columns by party. Also called **party-column ballot.** Cf. **Massachusetts ballot, office-block ballot.**

**In′dian a′gency,** headquarters of an Indian agent.

**In′dian a′gent,** an official representing the U.S. government in dealing with an Indian tribe or tribes.

**In·di·an·ap·o·lis** (in′dē ə nap′ə lis), n. a city in and the capital of Indiana, in the central part. 476,258 (1960).

**In′dian ap′ple.** See **May apple.**

**In′dian bal′sam.** See **Peru balsam.**

**In′dian bi′son,** the gaur.

**In′dian bread′,** 1. See **corn bread.** 2. tuckahoe (def. 1).

**In′dian bread′root,** breadroot.

**In′dian cher′ry.** See **yellow bush.**

**In′dian club′,** a metal or wooden club shaped like a large bottle, used singly or in pairs for exercising the arms.

**In′dian co′bra,** a highly venomous cobra, *Naja naja,* common in India, having markings resembling a pair of spectacles on the back of the hood. Also called **spectacled cobra.**

**In′dian corn′,** 1. corn¹ (def. 1). 2. any primitive corn with variegated kernels, often used for decorative purposes. 3. *Dial.* any coarse variety of corn grown for fodder. 4. *Brit.* table corn; corn on the cob.

**In′dian cress′,** a nasturtium, *Tropaeolum majus,* of South America, having red-spotted or red-striped, yellow-orange flowers the young flower buds and fruits being used as seasoning.

**In′dian cup′.** See **cup plant.**

**In′dian cur′rant,** a shrub, *Symphoricarpos orbiculatus,* found from South Dakota and Texas to the eastern coast of the U.S., having hairy leaves, white flowers, and reddish-purple fruit. Also called **coralberry.**

**In′dian Des′ert.** See **Thar Desert.**

**In′dian el′ephant,** any elephant of the genus *Elephas,* of India and neighboring regions. Cf. **elephant** (def. 1).

**In′dian Em′pire,** British India and the Indian states ruled by native princes but under indirect British control: dissolved in 1947 and absorbed into India and Pakistan.





**In′dian fig′,** a bushy or treelike cactus, *Opuntia Ficus-indica,* of central Mexico, having yellow flowers nearly four inches wide and juicy, red, edible fruit.

**In′dian file′,** in single file, as of persons walking.

**In′dian giv′er,** *Informal.* a person who takes back a gift that he has given. —**In′dian giv′ing.**

**In′dian haw′thorn,** a handsome, evergreen shrub, *Raphiolepis indica,* of southern China, having pinkish-white flowers in loose clusters.

**In′dian head′er,** a New England fishing schooner of c1900, having a rounded stem.

**In′dian hemp′,** 1. a dogbane, *Apocynum cannabinum,* or North America, the root of which has laxative and emetic properties. 2. hemp (def. 1). Also called **Choctaw-root.**

**In′dian Hill′,** a town in SW Ohio. 4526 (1960).

**In′dian hip′po.** See **bowman's root.**

**In·di·an·ise** (in′dē ə nīz′), v.t., -ised, -is·ing. *Chiefly Brit.* Indianize. —**In′di·an·i·sa′tion,** n.

**In·di·an·ize** (in′dē ə nīz′), v.t., -ized, -iz·ing. to make Indian or cause to become Indianlike, as in character, customs, appearance, etc. [**INDIAN + -IZE**] —**In·di·an·i·za′tion,** n.

**In′dian ju′jube,** an evergreen shrub or small tree, *Zizyphus mauritiana,* of India, having leaves that are rusty-hairy on the underside and small, round, red, acid fruit. Also called **cottony jujube.**

**In′dian let′tuce,** 1. See **consumption weed.** 2. See **winter purslane.**

**In′dian lic′orice,** a woody, East Indian, fabaceous shrub, *Abrus precatorius,* bearing seeds used for beads and having a root used as a substitute for licorice. Also called **rosary pea.**

**In′dian lo′tus,** a lotus, *Nelumbo nucifera,* of southern Asia, having fragrant pink or rose flowers. Also called **East Indian lotus, Egyptian lotus, sacred lotus.**

**In′dian mad′der,** chay².

**In′dian mal′low,** 1. a malvaceous plant, *Abutilon Theophrasti,* having yellow flowers and velvety leaves, introduced into America from southern Asia. 2. any of certain related species.

**In′dian meal′,** *Chiefly Brit.* See **corn meal.**

**In′dian mil′let,** 1. durra. 2. See **pearl millet.**

**In′dian mul′berry,** a small tree, *Morinda citrifolia,* found from India to Australasia, having shiny leaves, white flowers, and fleshy, yellowish fruit, yielding red and yellow dyes.

**In′dian Mu′tiny.** See **Sepoy Rebellion.**

**In′dian O′cean,** an ocean S of Asia, E of Africa, and W of Australia. 28,357,000 sq. mi.

**In·di·a·no·la** (in′dē ə nō′lə), n. 1. a town in central Iowa. 7062 (1960). 2. a town in W Mississippi. 6714 (1960).

**In′dian paint′brush,** any of several showy, scrophulariaceous herbs of the genus *Castilleja,* as *C. linariaefolia,* of the southwestern U.S.: the State flower of Wyoming.

**In′dian pink′.** See **fire pink.**

**In′dian pipe′,** a leafless, saprophytic plant, *Monotropa uniflora,* of North America and Asia, having a substance of whitish color and resembling a tobacco pipe.

**In′dian pitch′er.** See **common pitcher plant.**

**In′dian pota′to.** See **giant sunflower.**

**In′dian pud′ding,** a sweet baked pudding made of corn meal, molasses, milk, and spices.

**In′dian red′,** 1. a earth of a yellowish-red color, found esp. in the Persian Gulf, which serves as a pigment and as a polish for gold and silver objects. 2. a pigment of that color prepared by oxidizing the salts of iron.

**In′dian rice′,** the wild rice plant.

**In′dian Run′ner,** one of a breed of domestic ducks.

**In′dian sal′ad,** waterleaf (def. 2).

**In′dian san′icle.** See **white snakeroot.**

**In′dian silk′.** See **India silk.**

**In′dian States′ and A′gencies,** the former semiIndependent states and agencies in India and Pakistan: became independent states of, or otherwise affiliated with, the republics of India and Pakistan 1947. Also called **Native States.**

**In′dian sum′mer,** a period of mild, dry weather, usually accompanied by a hazy atmosphere, occurring in the U.S. and Canada in late autumn or early winter. *In′dian Sum′mer of a For′syte,* a novel (1918) by John Galsworthy. Cf. **Forsyte Saga, The.**

**In′dian tea′.** See **New Jersey tea.**

**In′dian Ter′ritory,** a former territory of the United States: now in E Oklahoma. ab. 31,000 sq. mi.

**In′dian tobac′co,** a common, American herb, *Lobelia inflata,* having small, blue flowers and inflated capsules.

**In′dian tur′nip,** the jack-in-the-pulpit. 2. biscuit-root.

**In′dian wolf′,** a wolf, *Canis lupus pallipes,* found in Asia south of the Himalayas.

**In′dian wres′tling,** 1. a form of wrestling in which two opponents, lying side by side on their backs and in opposite directions, lock corresponding legs and each attempts to force the other's leg down until one opponent is unable to remain lying flat on his back. 2. a form of wrestling in which two opponents clasp each other's right or left hands and, placing the corresponding feet side by side, attempt to unbalance each other. 3. a form of wrestling in which two opponents, usually facing one another across a table, rest their right or left elbows on the table and, placing their corresponding forearms upward and parallel, grip each other's hand, the object being to force the opponent's hand down so that it touches the table.

**In′dian yel′low,** 1. Also called **purree, snowshoe.** an orange-yellow color. 2. *Painting.* a. Also called **purree.** a yellow pigment formerly derived from the urine of cows fed on mango leaves. b. a pigment derived from coal tar, characterized chiefly by its yellow color and permanence.

**In′dia pa′per,** 1. a fine, thin, but opaque paper made in the Orient, used chiefly in the production of thin-paper editions and for impressions of engravings. 2. See **Bible paper.**

**In′dia print′,** a plain-weave cotton characterized by brilliantly colored motifs resembling those designed in India, rendered by the block-print method.

**In′dia rub′ber,** 1. rubber (def. 1). 2. a rubber eraser. 3. *Archaic.* a rubber overshoe. Also, **In′dia-rub′ber.**

**In′dia silk′,** a soft, lightweight fabric constructed in a plain weave, woven chiefly in India. Also, **India silk.**

**In′dia wheat′,** a buckwheat, *Fagopyrum tataricum,* of India, having loose clusters of greenish or yellowish flowers, grown for soil improvement. Also called **duck wheat.**

**In′dic** (in′dik), adj. 1. of or pertaining to India. 2. *Ling.* of or belonging to a group of Indo-Iranian that includes Sanskrit, Hindi, Bengali, and many other Indo-European languages of India, Ceylon, and Pakistan; Indo-Aryan. *Indic(us)* of India < Gk *Indikós.* See **INDIA, -IC**]

**in′dic,** 1. indicating. 2. indicative. 3. indicator.

**in·di·can** (in′də kan), n. 1. *Chem.* a glucoside, $C_8H_{17}NO_6$, which occurs in plants yielding indigo, and from which indigo is obtained. 2. *Biochem.* indoxyl potassium sulfate, $C_8H_6KNO_4S$, a component of urine. [< L *dic(um)* **INDIGO + -AN**]

**in·di·cant** (in′də kant), n. 1. that which indicates. —adj. 2. *Obs.* serving to indicate; indicative. [< L *indicant-* (s. of *indicans* pointing, prp. of *indicare* to indicate; see **INDICATE**] + **-ANT**]

**in′di·cate** (in′də kāt′), v.t., -cat·ed, -cat·ing. 1. to be a sign of; betoken; imply: *His hesitation indicates unwillingness.* 2. to point out or point to; direct attention to: *to indicate a place on a map.* 3. to show; make known: *The thermometer indicates air temperature.* 4. to state or express, esp. briefly or in a general way: *He indicated his disapproval but did not go into detail. Med.* a. (of symptoms) to point out (a particular remedy, treatment, etc.) as suitable or necessary. b. to show the presence of (a condition, infection, etc.). [< L *indicātus* pointed out or at (ptp. of *indicāre*); equiv. to *indic-* (stem of *index*) INDEX + *-ātus* -ATE] —**in′di·cat′a·ble,** adj.

**in′di·cated horse′power,** the horsepower of a reciprocating engine as shown by an indicator record. *Abbr.:* ihp, IHP, I.H.P., ihp., I.h.p.

**in′di·cat′ing,** 1. anything serving to indicate or point out, as a sign, token, etc. 2. that special symptom or the like which points out a suitable remedy or treatment or shows the presence of a disease. 3. act of indicating. 4. the degree marked by an instrument. [< L *indicātiōn-* (s. of *indicātio*). See **INDICATE**]

**in·dic·a·tive** (in dik′ə tiv), adj. 1. indicating; pointing out; suggestive (usually fol. by *of*): *His behavior was indicative of mental disorder.* 2. *Gram.* noting or pertaining to the mood of the verb used for ordinary objective statements, questions, etc., as the verb *plays* in *John plays football.* Cf. imperative (def. 3), subjunctive (def. 1). —n. *Gram.* a. the indicative mood. b. a verb in the indicative. [< LL *indicātīv(us).* See **INDICATE, -IVE**] —**in·dic′a·tive·ly,** adv.

**in′di·ca′tor** (in′də kā′tər), n. 1. one who or that which indicates. 2. a pointing or directing device, as a pointer on an instrument. 3. an instrument which indicates the condition of a machine or the like, as an instrument for measuring and recording variations of pressure in the cylinder of an engine. 5. *Chem.* a. a substance which indicates the presence, and sometimes the concentration, of a certain constituent. b. a substance often used in titration to indicate the point at which the reaction is complete. 6. *Ecol.* a plant or animal that indicates, by its presence in a given area, the existence of certain environmental conditions. [< LL; see **INDICATE, -OR**]

**in′di·ca·to·ry** (in dik′ə tôr′ē, -tōr′ē, in′də kə-), adj. serving to indicate. [< LL *indicātōr(ius)* + **-Y**] —**Syn.** showing.

**in′di·ces** (in′də sēz′), n. a pl. of index.

**in·di·ci·a** (in dish′ē ə), n., pl. -ci·a, -ci·as. 1. an envelope marking substituted for a stamp or a postage cancellation on each item in a large shipment of mail. 2. Also called **indicium,** an indication; token; evidence. [< L, pl. of *indicium* INDICATION]

**in·di·ci·al** (in dish′əl), adj. 1. of, pertaining to, or resembling an indication; indicative: *behavior indicative of personality disorder.* 2. of, pertaining to, or resembling an index or an index finger. [INDICI(A) + -AL] —**in·di′ci·al·ly,** adv.

**indic′ial equa′tion,** *Math.* an equation that is obtained from a given linear differential equation and that indicates whether a solution in power series form exists for the differential equation.

**in·dict·ment** (in dish′mənt), n., pl. -dic·i·a (-dish′ē ə), -di·ci·ums. indicia (def. 2). [< L, equiv. to *indic(āre)* INDEX + *-um* neut. sing. ending]

**In·dic·o·lite** (in dik′ə līt′), n. a dark-blue tourmaline, used as a gem. [< F; INDIGO, -LITE]

**in·dict** (in dīt′), v.t. 1. to charge with an offense or crime; accuse of wrongdoing: *He tends to indict everyone who disagrees with him.* 2. (of a grand jury) to bring a formal accusation against, as a means of bringing to trial: *The grand jury indicted him for murder, and he was held without bail.* [var. sp. < ML of INDITE] —**in·dict′er, in·dict′or,** n. —**Syn.** 1. arraign. —**Ant.** 1. acquit.

**in·dict·a·ble** (in dī′tə bəl), adj. 1. liable to being indicted, as a person. 2. making one liable to indictment, as an offense. [INDICT + -ABLE] —**in·dict′a·bly,** adv.

**in·dic·tion** (in dik′shən), n. 1. a proclamation made every 15 years in the later Roman Empire, fixing the valuation of property to be used as a basis for taxation. 2. a tax based on such valuation. 3. Also called **cycle of indiction,** the recurring fiscal period of 15 years in the Roman Empire, long used for dating ordinary events. 4. a specified year in this period. 5. *Rom. Cath. Ch. Archaic.* announcement; proclamation. [ME *indicc(io)un* < L *indictiōn-* (s. of *indictio*) announcement, equiv. to *indic-* (ptp. s. of *indīcere* to proclaim) + *-tiōn-* -TION] —**in·dic′tion·al, -din·al,** adj.

**in·dict·ment** (in dīt′mənt), n. 1. act of indicting. 2. *Law.* a formal accusation initiating a criminal case, presented by a grand jury and handed up usually to a court, esp. when issued by a grand jury or other accusing body of a felonies and other serious crimes. 3. any charge or accusation: *archaeological findings that constitute an indictment of Roman morality.* 4. state of being indicted. [ME *enditement* < AF. See **INDICT, -MENT**]

**in·dic·tee** (in dī′tē′), n., pl. -tees (-tēz′).

**In·dienne** (an dē en′; *Fr.* a dyen′), adj. 1. (of food) prepared or seasoned in East Indian style, as in curry. —2. (*n.c.*) fabric printed or painted in imitation of fabrics made in India. [< F, fem. of *indien* INDIAN]

## individualization

726

interests of the community. **6.** *Archaic.* state or quality of being indivisible or inseparable. [INDIVIDUAL + -ITY]
—**Syn. 1.** See **character.**

**in·di·vid·u·al·ize** (in/də vij/ōō ə līz/), *v.t.*, **-ized, -iz·ing. 1.** to make individual or distinctive; give an individual or distinctive character to. **2.** to mention, indicate, or consider individually; specify; particularize. Also, *esp. Brit.,* **individualise.** [INDIVIDUAL + -IZE]
—in/di·vid·u·al·i·za/tion, *n.* —in/di·vid/u·al·iz/er, *n.*

**in·di·vid·u·al lib·er·ty,** the liberty of an individual to exercise freely the rights accepted as being outside of governmental control.

**in·di·vid·u·al·ly** (in/də vij/ōō ə lē), *adv.* **1.** in an individual or personally unique manner: *His interpretation was individually conceived.* **2.** one at a time; separately: *The delegates were individually consulted.* **3.** personally: *Each of us is individually responsible.* [INDIVIDUAL + -LY]

**in·di·vid/ual med/ley,** *Swimming.* a race in which the total distance is divided into three equal portions, each swimmer using the breaststroke for the first portion, the backstroke for the second, and a different stroke of his choice for the third. Cf. **medley relay** (def. 2).

**in·di·vid·u·ate** (in/də vij/ōō āt/), *v.t.,* **-at·ed, -at·ing. 1.** to form into an individual or distinct entity. **2.** to give an individual or distinctive character to; individualize. [< ML *individuātus*] —**in·di·vid·u·a/tion,** *n.*

**in·di·vid·u·a·tion** (in/də vij/ōō ā/shən), *n.* **1.** act of individuating. **2.** state of being individuated; individual existence; individuality. **3.** *Philos.* the determination or contraction of a general nature to an individual mode of existence; development of the individual from the general. [INDIVIDUATE + -ION]

**in·di·vis·i·ble** (in/də viz/ə bəl), *adj.* **1.** not divisible; not separable into parts; incapable of being divided: *one nation indivisible.* —*n.* **2.** something indivisible. [ME < LL *indīvīsibilis.* See IN-3, DIVISIBLE] —**in/di·vis/i·bil/i·ty, in/di·vis/i·ble·ness,** *n.* —**in/di·vis/i·bly,** *adv.*

**indo-,** a combining form of **indigo:** *indophenol.* Also, *esp. before a vowel,* **ind-.**

**Indo-,** a combining form of **India:** *Indo-European.* [< L < Gk; comb. form of L *Indus,* Gk *Indós*]

**In·do·Ar·y·an** (in/dō ār/ē ən, -yən, -ar/-; -är/yən), *n.* **1.** a member of a people of India who are Indo-Caucasoid in physical characteristics. —*adj.* **2.** Indic (def. 2). **3.** of, pertaining to, or characteristic of the Indo-Aryans.

**In·do·Brit·ish** (in/dō-brit/ish), *adj.* of Indian and British origin, sponsorship, etc.

**In·do·Chi·na** (in/dō-chī/nə), *n.* a peninsula in SE Asia, between the Bay of Bengal and the South China Sea, comprising South Vietnam, North Vietnam, Cambodia, Laos, Thailand, Malaya, and Burma. Also called **Farther India.** Cf. **French Indochina.**

**In·do·Chi·nese** (in/dō-chī/nēz/, -nēs/), *adj., n., pl.* **-nese.** Sino-Tibetan (no longer current).

**in·do·cile** (in dos/il), *adj.* not docile; not amenable to teaching or training. [< L *indocil(is).* See IN-3, DOCILE] —**in·do·cil·i·ty** (in/dō sil/i tē), *n.*

**in·doc·tri·nate** (in dok/trə nāt/), *v.t.,* **-nat·ed, -nat·ing. 1.** to instruct in a doctrine, principle, ideology, etc.). **2.** to teach or inculcate. **3.** to imbue (a person) with learning. [n.-2 + ML *doctrināt(us)* taught, pip. of *doctrināre;* see DOCTRINE, -ATE1] —**in·doc/tri·na/tor,** *n.*

**in·doc·tri·nize** (in dok/trə nīz/), *v.t.,* **-nized, -niz·ing.** indoctrinate. [INDOCTRIN(ATE) + -IZE] —**in·doc/tri·ni·za/tion,** *n.*

**In·do·Eu·ro·pe·an** (in/dō yōōr/ə pē/ən), *n.* **1.** a family of languages characterized by inflection, grammatical number, and, typically, gender and ablaut, and by basic vocabularies which have many correspondences, jointly in sound and in meaning, and including many politically or culturally important languages, esp. those of the Germanic, Italic, Hellenic, Slavic, and Indo-Iranian branches. Cf. **family** (def. 11). **number** (def. 19). **2.** the prehistoric parent language of this family. **3.** a member of any of the peoples speaking an Indo-European language. —*adj.* **4.** of or belonging to Indo-European. **5.** speaking an Indo-European language: *an Indo-European people.*

**In·do·Eu·ro·pe·an·ist** (in/dō yōōr/ə pē/ə nist), *n.* a linguist specializing in the study, esp. the comparative study, of the Indo-European languages. [INDO-EUROPEAN + -IST]

**In·do·Ger·man·ic** (in/dō jər man/ik), *adj., n.* Indo-European (no longer current).

**In·do·Hit·tite** (in/dō hit/īt), *n.* a language family in which Proto-Anatolian and Proto-Indo-European are considered coordinate. Cf. **Hittite** (def. 2).

**In·do·I·ra·ni·an** (in/dō i rā/nē ən), *n.* **1.** a branch of the Indo-European family of languages, including Persian languages of the Indian subcontinent. —*adj.* **2.** of or belonging to Indo-Iranian.

**in·dole** (in/dōl), *n. Chem.* a colorless to yellowish solid, C₈H₇N, having a low melting point and a fecal odor, found in the oil of jasmine and clove and as a fecal faction product from animals' intestines: used in perfumery and as a reagent. [IND- + -OLE]

**in·dole·a·ce·tic ac/id** (in/dōl ə sē/tik, -set/ik, in/-), *Biochem.* a crystalline, water-insoluble powder, C₁₀H₉NCH₂COOH, a natural plant hormone, used esp. for stimulating growth and root formation in plant cuttings. Also called **beta-indoleacetic acid, heteroauxin.** [INDOLE + ACETIC]

**in·dole·bu·tyr·ic ac/id,** (in/dōl byōō tir/ik, in/-dōl-), *Biochem.* a white or yellowish, crystalline, water-insoluble powder

hormone similar to indoleacetic acid and used for the same purposes. [INDOLE + BUTYRIC]

**in·do·lent** (in/dl ənt), *adj.* **1.** having or showing a disposition to avoid exertion; lazy; slothful: *an indolent person.* **2.** *Pathol.* causing little or no pain. [< L *indolen-* (s. of *indolēns*) < *in-* IN-3 + *dolent-* (s. of *dolēns*) painful, prp. of *dolēre;* see DOLE1, -ENT] —**in/do·lent·ly,** *adv.*
—**Syn. 1.** slow, inactive, sluggish, torpid. See **idle.**

**in·do·log·e·nous** (in/dō·loj/ə nəs), *adj. Biochem.* producing or causing the production of indole. [INDOLE + -o- + -GENOUS]

**In·do·Ma·lay·an** (in/dō mə lā/ən), *adj.* of Indian and Malayan origin, sponsorship, etc.

**in·dom·i·ta·bil·i·ty** (in dom/i tə bil/i tē), *n.* quality or condition of being indomitable. [INDOMITABLE + -ITY]

**in·dom·i·ta·ble** (in dom/i tə bəl), *adj.* that cannot be subdued or overcome; as persons, pride, courage, etc.: *an indomitable warrior; indomitable valor.* [< LL *indomitābil(is)* < L *indomit(us)* untamed (< *in-* IN-3 + *domitus,* ptp. of *domāre*) + *-ābilis* -ABLE] —**in·dom/i·ta·ble·ness,** *n.* —**in·dom/i·ta·bly,** *adv.*
—**Syn.** unconquerable, unyielding. See **invincible.**
—**Ant.** yielding.

**In·do·ne·sia** (in/də nē/zhə, -shə, -zē ə, -dō-, -dō-), *n.* **1.** See **East Indies** (def. 1). **2. Republic of, Formerly, Netherlands East Indies, Dutch East Indies.** Former official name (1949), **United States of Indonesia.** republic in the Malay Archipelago, consisting of Sumatra, Java, Celebes, the S part of Borneo, and about 3000 small islands: received independence from the Netherlands in 1949. 97,085,384 (1961); ab. 580,000 sq. mi. *Cap.:* Djakata. [INDO + Gk *nēs(os)* island + -IA]



**In·do·ne·sian** (in/də nē/zhən, -shən, -zē ən, -dō-), *n.* **1.** Also called **Malaysian.** a member of the ethnic group consisting of the natives of Indonesia, the Filipinos, and the Malays of Malaya. **2.** a member of a light-colored race supposed to have been dominant in the Malay Archipelago before the Malays, and believed to constitute one element of the present mixed population of Malaysia and perhaps Polynesia. **3.** Official name, **Bahasa Indonesia.** an amalgam of several Indonesian languages that is based mostly on Malay and is used as the official language of the Republic of Indonesia. **4.** the westernmost subfamily of Malayo-Polynesian languages, including those of Formosa, the Philippines, the Malagasy Republic, and Indonesia, as well as Malay. —*adj.* **5.** of or pertaining to the Malay Archipelago. **6.** of or pertaining to Indonesia, the Indonesians, or their languages. [INDONES(IA) + -AN]

**in·door** (in/dôr/, -dōr/), *adj.* occurring, used, etc., in a house or building, rather than out of doors: *indoor games; an indoor grill.* [sph. var. of *within-door,* orig. phrase; *within* (the) *door,* i.e. *inside* the house]

**in/door base/ball,** softball played indoors.

**in·doors** (in dôrz/, -dōrz/), *adv.* in or into a house or building: *He ran indoors.* [INDOOR + -s1]

**In·do·Pa·cif·ic** (in/dō pə sif/ik), *adj.* of or pertaining to the seas of the Indian and Pacific oceans off the coast of SE Asia.

**in·do·phe·nol** (in/dō fē/nōl, -nōl, -nol), *n. Chem.* **1.** the para form of HOC₆H₄N=C₆H₄=O, a quinonimine derivative which is the parent substance of the blue and green indophenol dyes. **2.** any derivative of this compound. **3.** any of various related dyes. [INDO- + PHENOL]

**In·dore** (in dôr/), *n.* **1.** a former state in central India: now part of Madhya Pradesh. **2.** a city in W Madhya Pradesh, in central India. 394,900 (1961).

**in·dorse** (in dôrs/), *v.t.,* **-dorsed, -dors·ing.** endorse. —**in·dors/a·ble,** *adj.* —**in·dors/ee,** (in/dôr sē/), *n.* —**in·dors/er, in·dor/sor,** *n.*

**in·dorse·ment** (in dôrs/mənt), *n.* endorsement.

**in·dox·yl** (in dok/sil), *n. Chem.* a crystalline compound, C₈H₇NO, which is obtained by the hydrolysis of indican and is readily oxidized to furnish indigo. [IND- + (HYDR)OXYL]

**In·dra** (in/drə), *n.* **1.** *Hinduism,* the chief of the Vedic gods, the god of rain and thunder. **2.** a boy's given name.

**in·draft** (in/draft/, -dräft/), *n.* **1.** an inward flow or current, as of air, water, etc. **2.** *Archaic.* attraction; magnetism. Also, *esp. Brit.,* **in/draught/.** [IN-1 + DRAFT]

**In·dra·ni** (in drä/nē), *n. Hindu Myth.* the consort of Indra. [see INDRA, RANEE]

**in·drawn** (in/drôn/), *adj.* **1.** reserved; introspective: *a quiet, indrawn man.* **2.** made with the breath drawn in: *an indrawn sigh.* [IN-1 + DRAWN]

**in·dre** (aN/dR/), *n.* a department in central France. 251,432 (1962); 2667 sq. mi. *Cap.:* Châteauroux.

**In·dre-et-Loire** (aN drə ā lwar/), *n.* a department in W central France

in·dri
Indri
[< F
anima
In Du
beck.
in·du·
in the
certai
TABLE
in·dul
cannot
multipi
ble-ne
induc.
to lead
action,
to b.
5. *Phys*
4. *Logi*
clec, p
of numb
lead or
to lead
due/er,
—Syn.
suade,
induce
in the p
induce
radioac
in·duce
inducin
persuad
—Syn.
See mot
in·duct
ice, joi
committe
knowled
or into):
order. 3
draft, e
new proj
introduce
suffix]
in·duct-
of a circ
current
induction
Cf. *m*eth
of equipm
system; l
in·duct·i
military;
in·duct·i
induct or
in·duc·ti
the proce
propertie
electromc
contact.
inductio
the condu
not follo
estimatio
of facts a
class. c.
called mc
proving a
by provin
positive b
positive is
matical i
induction
facts, evic
about, or
*Embryol.* t
the differe
ducting; in
in an offic
unit in a li
or scene, l
lated to it:
< L *indu*
—in·duc't
induc·tio
high-volta
direct curr
coils with s
relatively f
coil with s
primary co
induce hig
in·duc·tiv
involving e
by inductio
or employi
*Embryol.* of
to induce; c
**6.** introduc
-IVE] —in·
—Syn. 3. S
induc'tive
inductance o
of the angu
inductance.
in·duc·tor
the primary
electric circ
Cf. *L, equi*
in·duc·to·ri
the producti
induction. [
in·due (in d
to yield to
(often fol. b
They indulge

**linger**

834

**Lins**

found in the North Pacific, related to the greenling. Also, **ling′ cod′.** Also called **cultus.** [LING¹ + COD¹]

**lin·ger** (liŋ′gər), v.i. 1. to remain or stay on in a place longer than is usual or expected, as if from reluctance to leave it: *We lingered awhile after the party.* 2. to remain alive; continue or persist, although slowly dying or nearing to cease, disappear, etc.: *She lingered only a few months after the heart attack. Such practices still linger among the older natives.* 3. to dwell (on contemplation, thought, or enjoyment: *to linger over the beauty of a poem.* 4. to be tardy in action; delay; dawdle: to *linger in dis-charging one's duties.* 5. to walk slowly; saunter along manner (usually foll. by *away* or *out*): *We lingered away years in utter solitude.* 7. *Archaic.* to drag out or prolong. —v.t. 6. to pass (time, life, etc.) in a leisurely or a tedious the whole summer at the beach. He lingered out his last of length. [ME *lenger* to dwell, remain (somewhere), freq. of *lengen, lengthen*] See [LONG¹, -ER¹] —**lin′ger·er**, *n.* —**lin′ger·ing·ly**, *adv.*

**lin·ge·rie** (län′zhə·rā′, lan′zhə·rē′, -jə; Fr. lanzh̄ə· rē′), *n.* 1. underwear, sleepwear, and the like, often of cotton, silk, rayon, lace, etc., worn by women. 2. Archaic. linen goods in general. —*adj.* 3. having the qualities of lingerie; being lacy or frilly. [< F, equiv. to MF *linge* linen (< L *lineus* of flax; see LINE¹) + -*erie* -ERY]

**lin·go** (liŋ′gō), *n., pl.* -**goes.** Informal. 1. language or speech, esp. if strange or foreign. 2. the specialized language or speech peculiar to a particular field, group, class, etc.; terminology. 3. the language or speech peculiar to a particular individual. [< Lingua Franca *lingua;* see LINGUA]

**lin·go²** (liŋ′gō), *n., pl.* -**goes.** Singa, jargon.

**lin·go³** (liŋ′gō), *n.* 1. a metal weight attached to the cords of a Jacquard harness, for lowering the warp threads after they have been raised and for opening the harness cords taut. 2. the same object attached to a drawloom. Also, **lingo.** [prob. < F *lingot* ingot]

**ling·on·ber·ry** (liŋ′ən·ber′ē), *n., pl.* -ries. the cow-berry, *Vaccinium Vitis-Idaea.* [< Sw *lingon* mountain cranberry + BERRY]

**-lings,** var. of **-ling2.** [ME *-linges.* See -LING², -s¹]

**lin·gua** (liŋ′gwə), *n., pl.* **-guae** (-gwē). the tongue or a part like a tongue. [< L *lingua*]

**lin′gua fran′ca** (fraŋ′kə), *pl.* **lingua francas, lin·gue fran·cae** (liŋ′gwē fran′sē). 1. any language that is widely used as a means of communication among the speakers of other languages. 2. (*cap.*) the Italian-Provençal jargon formerly widely used in eastern Mediterranean ports. [< It: lit., Frankish tongue]

**lin′gua ge·ral′** (zhə·räl′), *(often caps.)* a lingua franca based on Tupí and spoken in the Amazon basin of South America. [< Pg: general language]

**lin·gual** (liŋ′gwəl), *adj.* 1. of or pertaining to the tongue or some tonguelike part. 2. pertaining to the lan-guages. 3. *Phonet.* articulated with the aid of the tongue, esp. the tip of the tongue, as d, n, s, or t. —n. 4. *Phonet.* a lingual sound. [< ML *linguālis*; see LINGUA] —**lin′gual·ly**, *adv.*

**lin·gui·pro·tru′sion lisp′**, *Phonet.* See under **lisp** (def. 2).

**lin·gui·form** (liŋ′gwə·fôrm′), *adj.* tongue-shaped. [< L *lingu(a)* tongue + -I- + -FORM]

**lin·gui·ni** (liŋ·gwē′nē), *n., pl. Italian Cookery.* a type of pasta in long, slender, flat pieces. [< It, pl. of *linguino,* dim. of *lingua* tongue; see -INE¹]

**lin·guist** (liŋ′gwist), *n.* 1. a person who is skilled in several languages; polyglot. 2. a specialist in linguistics. [< L *lingu(a)* tongue + -IST]

**lin·guis·tic** (liŋ·gwis′tik), *adj.* 1. of or belonging to language: *linguistic changes.* 2. of or pertaining to linguistics. [< LINGUIST + -IC] —**lin·guis′ti·cal·ly**, *adv.*

**lin·guis·ti·cal** (liŋ·gwis′ti·kəl), *adj.* (not in technical use) linguistic. [LINGUISTIC + -AL]

**linguis′tic at′las.** See **dialect atlas.**

**linguis′tic form′**, any meaningful unit of speech, as a sentence, phrase, word, suffix, etc.

**linguis′tic geog′raphy.** See **dialect geography.**

**linguis′tic geog′rapher.**

**lin·guis·ti·cian** (liŋ′gwi·stish′ən), *n. Rare.* linguist (def. 2). [LINGUISTIC + -IAN]

**lin·guis·tics** (liŋ·gwis′tiks), *n.* (construed as sing.) the science of language, including phonetics, phonology, morphology, and syntax and often divided into historical linguistics and descriptive linguistics. [see LINGUISTIC]

**linguis′tic stock′**, 1. a parent language and all its derived dialects and languages. 2. the people speaking any of these dialects or languages.

**lin·gu·late** (liŋ′gyə·lit′), *adj.* formed like a tongue; ligulate. Also, **lin·gu·lat′ed.** [< L *lingulāt(us)* tongue-shaped, equiv. to *lingul(a)* (dim. of *lingua* tongue; see -ULA) + -ātus -ATE¹]

**lin·i·ment** (lin′ə·mənt), *n.* a liquid preparation, usually oily, for rubbing on or applying to the skin, as for sprains, bruises, etc. [late ME *lynyment* < LL *linīmentum* oint-ment, equiv. to *linī(re)* (var. of *linere* to smear) + *-mentum* -MENT]

**lin·in** (lī′nin), *n. Biol.* the substance forming the net-like structure which connects the chromatin granules in the nucleus of a cell. [< L *lin(um)* flax + -IN²]

**lin·ing** (lī′niŋ), *n.* 1. that with which something is lined; a layer of material on the inner side of something. 2. *Bookbinding.* the material used to strengthen the back of a book after the sheets have been folded, backed, and sewed. 3. the act or process of lining something. [late ME *lyn(en)* to line (v.) + -ING¹]

**link¹** (liŋk), *n.* 1. one of the rings or separate pieces of which a chain is composed. 2. anything serving to con-nect one part or thing with another; a bond or tie: *The locket was a link with the past.* 3. a ring, loop, or the like; a link of hair. 4. any of a number of sausages in a chain. 5. a unit in a communications system, as a radio relay

equal to 7.92 inches. **b.** one of 100 rods or loops of equal length forming a surveyor's or engineer's chain. [ME, *bond¹* (def. 15).] **9.** *Elect.* See **fuse link.** 10. other parts by means of pivots or the like, for the connecting line between the bowl and tail of a φ. —v.t., v.i. (*cap.*): *The new bridge will link the island to the mainland.* The company will soon link up with a hotel chain. [late ME *link(e)* < ODan *lænkia-chain;* c. Icel *hlekkr* (pl. chain), OE *hlence* coat of chain-mail, akin to G *Gelenk* joint.]
—**Syn. 2.** connection, connective, copula. 12. bond, con-nect, league, conjoin, fasten, bind, tie.

**link²** (liŋk), *n.* a torch, esp. of tow and pitch. [? spe-cial use of LINK¹; the torches so called may have been made of strands twisted together in chainlike form]

**link·age** (liŋ′kij), *n.* 1. the act of linking; state of being linked. 2. a system of links. 3. *Genetics.* the same chromosome which tends to cause the char-acters determined by these genes to be inherited as an inseparable unit. 4. *Mach.* an assembly of four or more rods for transmitting motion, usually in the same plane or in parallel planes. Cf. **space linkage.** 5. any of various mathematical or drawing devices consisting of a combination of bars or pieces pivoted together so as to turn about one another, usually in parallel planes. 6. a coil or circuit, equal to the product of the number of lines of magnetic flux times the number of turns in the coil or circuit. [LINK¹ + -AGE]

**link′age group′,** *Genetics.* a group of genes in a chromosome that tend to be inherited as a unit.

**link·boy** (liŋk′boi′), *n.* (formerly) a boy hired to carry a torch for a pedestrian on dark streets. [LINK² + BOY]

**linked** (liŋkt), *adj.* *Genetics.* (of a gene) exhibiting linkage. [late ME: see LINK¹, -ED³]

**link′ed rhyme′,** *Pros.* a rhyme in which the end of next line forms a rhyme with the first sound of the ine line, as in *Some birds fly. / Towards the night.*

**link·ed′ verse′,** *Pros.* a Japanese verse form in which stanzas of three lines alternating with stanzas of two lines are composed by two or more poets in alternation. Also called **renga.**

**link·ing r ,** *Phonet.* the *r*-sound as reintroduced into an utterance by speakers of an *r*-dropping dialect when postvocalic *r* becomes intervocalic, as in the pronuncia-tion (*fär′ə wā′*) for *far away* by a speaker who would ordinarily pronounce *far* as (fä).

**link′ing verb′,** a copulative verb.

**link·man** (liŋk′mən′), *n., pl.* -**men.** linkboy. [LINK² + MAN¹]

**links** (liŋks), *n.pl.* See **golf course.** [ME *lynkys* slopes, OE *hlincas,* pl. of *hlinc* ridge (akin to *hlinc* bank. (so) *lean,* bend (akin to *Gk klinein* to cause to slope) + -*k* suffix]

**link′ train′er,** *Aeron., Trademark.* a ground train-ing device used in instrument-flight training.

**link·work** (liŋk′wûrk′), *n.* 1. something composed of links, as a chain. 2. a linkage. 3. *Mach.* a mechanism or device in which motion is transmitted by links. [LINK¹ + WORK]

**Lin·lith·gow** (lin·lith′gō), *n.* former name of **West Lothian.**

**linn** (lin), *n. Chiefly Scot.* 1. a cascade of water in a watercourse, esp. a waterfall or torrent of rushing water of a waterfall. 3. a steep ravine or precipice. Also, **lin, linne** (lir *linn,* Welsh *llyn*) [pool]

**Lin·né** (li·nā′sàn), *n.* **Car·o·lus** (kar′ə·ləs), (*Carl von Linné*), 1707–78. Swedish botanist.

**Lin·né** (li·nā′), *n.* a crater in the first quadrant of the face of the moon: about 5 miles in diameter.

**Lin·ne·an** (li·nē′ən), *adj.* 1. of or pertaining to Lin-naeus, who established the binomial system of scientific system of botanical classification introduced by him, based mainly on the number of characteristics of the stamens and pistils. Also, **Lin·nae′an.** [LINNAE(US) + -AN¹]

**lin·net** (lin′it), *n.* 1. a small, Old World songbird, *Carduelis cannabina.* 2. any of various re-lated birds, as the house finch. [OE *linete,* short for *linetwige* linnet; see LENTWHITE]

**Lin·net** (lin′it, li·net′), *n.* a girl's given name. Also, **Lineta, Lin·ette, Lynette.**

**lin′net hole′,** a small hole joining a glassmaking furnace to the arch.

**li·no·cut** (lī′nō·kut′), *n.* 1. a cut made from a design cut into linoleum mounted on a block of wood. 2. a print made from such a cut. [LINO(TYPE) + CUT]

**lin·o·le·ic** (lin′ō·lē′ik, lī·nō′lē·ik), *adj. Chem.* of or de-rived from linoleic acid. [< Gk *lin(on)* flax + OLE(IC)]

**lin·o·le·ic ac′id,** *Chem.* an unsaturated fatty acid, $C_{17}H_{31}COOH$, occurring as a glyceride in drying oils, as in linseed oil. Also, *lino′lic ac·id* (la·nō′lik).

**lin·o·le·um** (li·nō′lē·əm), *n.* a floor covering formed by coating burlap or canvas with linseed oil, powdered cork, and resin, and adding pigments to create the pat-tern. [< L *lin(um)* flax, linen + oleum oil; (formerly) trademark]

**lino′leum block′,** a piece of thick, soft, cork lino-leum often mounted on a block of wood, incised or carved in relief with a design, pattern, or pictorial motif, and used in making prints.

**Li·no·type** (lī′nə·tīp′), *n., v.,* -**typed, -typ·ing.** —*n.* 1. *Trademark.* a typesetting machine that casts solid lines of type from brass dies, or matrices, which are selected automatically by actuating a keyboard

**Lins** (lēnds), *n.* a city in E Brazil.

**lin·sang** (lin′saŋ), *n.* any of several of the genera *Prionodon* (*Asian l.*) or the genus *Poiana,* of Africa, having retractile tail. [< Malay]

**lin·seed** (lin′sēd′), *n.* flaxseed. [*linsæd.* See LINE, SEED]

**lin′seed cake′,** a cake or a mass of the oil from linseed, used chiefly as a feed.

**lin′seed meal′,** ground linseed cake.

**lin′seed oil′,** a drying oil obtained by pressing flaxseed, used in making paints, printing inks, etc.

**lin·sey** (lin′zē), *n., pl.* -**seys.** linsey-woolsey.

**lin·sey-wool·sey** (lin′zē wŏŏl′zē), *n., pl.* -**seys.** 1. a coarse fabric woven from linen and wool, or cotton and wool. 2. any mixture that is incon-gruous; jumble: *That last speech was a jumble of fine words and idle metaphor.* Also called **linsey.** [late ME *lynsy wolsye.* appar. rhyming comb. of LINEN) + -sy, var. of *say* cloth (cf. OF SEI), var. of *sagia* kind of weave, L *sagum* cloak) + -sy, var. of say]

**lin·stock** (lin′stok′), *n.* a staff with a pronged head at one end for holding a lighted match, formerly used in firing cannon. [earlier *lyntstock* < D *lontstock* match-stick, equiv. to *lont* match + *stock* stick]

**lint** (lint), *n.* 1. staple cotton fiber used in manu-factures. 2. minute shreds or ravelings of yarn or fabric; fluff. 3. cotton waste produced by the ginning of cotton. 4. soft material for dressing wounds, procured by scraping or otherwise treating linen cloth. [ME *lynet,* equiv. to *lin* flax + -*et.* See FLAX]

**lin·tel** (lin′tl), *n.* a horizontal architectural member supporting the weight above an opening, as over a window or a door. Also, *Brit.,* **lin′tol.** [ME *lintel,* assimilated var. of *lintier* < LL *lintearium* (taken as synonym of *limitāre*), *limitāris*; see LINTEL, -AR¹]

**lin·ter** (lin′tər), *n.* 1. **linters,** short cotton fibers that adhere to cottonseed after the first ginning. 2. a machine that removes lint from cloth. [LINT + -ER¹]

**Lin·ton** (lin′t'n), *n.* 1. a town in SW Indiana. (1960). 2. a boy's given name.

**lint-white** (lint′hwīt′, -wīt′), *n. Chiefly Scot.* the lin-net, *Carduelis cannabina.* [*lint* (unexpl. var. of *lint*) OE *linetwige* linnet]

**lin·y** (lī′nē), *adj.,* **lin·i·er, lin·i·est.** 1. full of or marked with lines. 2. resembling lines; thinlike. [LINE¹ + -Y¹]

**li·o·phil·id** (lī·nif′ə·lid), *n.* 1. a spider of the family *Linyphiidae,* comprising the sheet-web spiders. —*adj.* 2. belonging or pertaining to the family *Linyphiidae.* [< NL *Linyphiidae* < Gk *linyph(os)* linen weaver; see NL -IDAE; see -ID²]

**li·on** (lī′ən), *n.* 1. a large, grayish-tan cat, *Panthera leo,* native in Africa and southern Asia, the male usually has a mane. 2. this animal as the national emblem of Great Britain. 3. a man of great strength, courage, etc. 4. a person of note or celebrity who is much sought after. 5. *Brit.* an object of interest or note. 6. (*cap.*) *Astron.,* Astrol. the constellation or sign of Leo. 7. (*cap.*) a member of any one of the internationally af-filiated service clubs (Interna′tional Associa′tion of Li′ons Clubs′) founded in 1917 and dedicated to promoting re-sponsible citizenship, sound government, and community, national, and international welfare. 8. *Numis.,* a. a silver, Anglo-Gallic denier, issued during the reign of Henry III ing the figure of a lion. b. a gold coin of Scotland, c1400–1589, bearing the figure of a lion. *one his head is marked by the lion in his den,* to confront one in his own familiar surroundings in order to dispute. 10. *twist the lion's tail,* to tax the patience of or provoke Great Britain. [ME < OF, var. of *leon*



Lion and lioness (3½ ft. high at shoulder; total length 8 ft., including tail to 3 ft.)

**Lí·nus** (lī′nəs), *n.* 1. *Class. Myth.* a. a poet, the inventor of melody and rhythm, one of stories are told: often identified, through his death, with the harvesting or withering of vegetation. b. Also called *Li′nus song* originally sung in W Asia to mourn the decline of summer. 2. an early Christian mentioned by St. or that of Adonis. 2. a boy's given name.

**Lí·nus** (lī′nəs), *n. Saint,* died a.d. 76?, pope c67–76?: considered the first pope.

**L′in-i-ta′tion au Châ·teau′** (Fr. lε pô sh̄ ō′, Fr. pô). See **King Round the Moon.**

**lin·wood** (lin′wŏŏd′), *n.* a town in SE (1966).

**lin·y** (lī′nē), *adj.,* **lin·i·er, lin·i·est.** 1. full of or marked with lines. 2. resembling lines; thinlike. [LINE¹ + -Y¹]

**Linz** (lints), *n.* a port in N Austria, on the River. 196,206 (1961).

**Lin·zer torte** (lin′zər tôrt′), *pl.* **Lin·zer** *tortes* (*t.c.*) a sweet pastry, often made with nuts, having a filling of red jam and a lattice top G: lit., *Linz torte]*

**Li·od** (lyôd), *n.* (in the *Volsunga Saga*) the sung and mother of Sigmund and Signy. Also, **Ljod.**

**precontemplate**                    1132                    **predic**

**pre·con·tract** (n. prē′kon′trakt; v. prē′kən trakt′). *n.* **1.** a preexisting contract which legally prevents one from making another contract of the same nature. **2.** (formerly) such an agreement constituting a legally binding betrothal. —v.t. **3.** to bind by means of a precontract. **4.** to contract for or agree to do (something) in advance of beginning it: *They precontracted all the terms and conditions.* —v.t. **5.** to make an advance contract or agreement. [PRE- + CONTRACT] —**pre′-con·trac′tive,** *adj.* —**pre′con·trac′u·al** (-chōō əl), *adj.*

**pre·cook** (prē kŏŏk′), *v.t.* to cook (food) partly or completely beforehand, so that it may be cooked or warmed and served quickly at a later time. [PRE- + COOK] —**pre·cook′er,** *n.*

**pre·cool** (prē kōōl′), *v.t.* to cool in advance; cool artificially, as meat or fresh produce, before shipping. [PRE- + COOL] —**pre·cool′er,** *n.*

**pre·crit·i·cal** (prē krit′i kəl), *adj. Med.* anteceding a crisis. [PRE- + CRITICAL]

**pre·cur·sor** (pri kûr′sər, prē′kûr-), *n.* **1.** one who or that which precedes, as in a job, a method, etc.; a predecessor. **2.** one who or that which goes before and indicates the approach of someone or something else; harbinger: *The first robin is a precursor of spring.* [< L *praecursor* forerunner. See PRE-, CURSIVE, -OR] —**Syn. 1.** forerunner. **2.** herald.

**pre·cur·so·ry** (pri kûr′sə rē), *adj.* **1.** of the nature of a precursor; preliminary; introductory: *precursory remarks.* **2.** indicative of something to follow; premonitory: *indications of disease.* Also, **pre·cur·sive** (pri kûr′siv). [< L *praecursōrius*. See PRECURSOR, CURSORY]

**pred.,** predicate.

**pre·da·ceous div·ing bee′tle,** any of numerous water beetles of the family *Dytiscidae* that have the body adapted for swimming and feed on small aquatic animals.

**pre·da·cious** (pri dā′shəs), *adj.* predatory; rapacious. Also, esp. *Biol.,* **pre·da′ceous.** [PRED(ATORY) + -ACIOUS] —**pre·da′cious·ness, pre·dac·i·ty** (pri das′i-tē). *esp. Biol.,* **pre·da′ceous·ness,** *n.*

**pre·date** (prē dāt′), *v.t.,* **-dat·ed, -dat·ing.** **1.** to date before the actual time; antedate: *He predated the check by three days.* **2.** to precede in date: *a house that predates the Civil War.* [PRE- + DATE[1]]

**pre·da·tion** (pri dā′shən), *n.* **1.** depredation; plundering. **2.** act of plundering or robbing. **3.** predatory behavior. **4.** a relation between animals in which one organism captures and feeds on others. [< L *praedā·tiōn-* (s. of *praedātiō*) a taking of booty, plundering. See PREDATORY, -TION]

**pre′da·tion pres·sure,** *Ecol.* the effect of predation upon a population, resulting in the decrease in size of that population.

**pre·da·tism** (pri dā′tiz əm), *n.* the state of living as a predator or by predation. [PREDAT(ION) + -ISM]

**pred·a·tor** (pred′ə tər), *n.* **1.** a predatory person, organism, or thing. [< L *praedātor* plunderer, equiv. to *praedā(rī)* (ptp. of *praedārī* to plunder, deriv. of *praeda* prey) + -*or* -OR[1]]

**pred·a·to·ry** (pred′ə tôr′ē, -tōr′ē), *adj.* **1.** of, pertaining to, or characterized by plunder, pillage, robbery, or exploitation: *predatory tactics.* **2.** addicted to or living by plunder, pillage, robbery, or exploitation: *predatory bands of brigands.* **3.** *Zool.* habitually preying upon other animals. [< L *praedātōrius*). See PREDATOR, -ORY[1]] —**pred′a·to′ri·ly,** *adv.* —**pred′a·to′ri·ness,** *n.* —**Syn. 1, 2.** rapacious.

**pre·dawn** (prē dôn′, prē′-), *n.* **1.** the period immediately preceding dawn. —*adj.* **2.** of or pertaining to the time immediately prior to dawn. [PRE- + DAWN]

**pre·de·cease** (prē′di sēs′), *v.t.,* **-ceased, -ceas·ing.** to die before (another person, the occurrence of an event, etc.). [PRE- + DECEASE]

**pred·e·ces·sor** (pred′i ses′ər, pred′i ses′ər or, *esp. Brit.,* prē′di ses′ər), *n.* **1.** one who precedes another in an office, position, etc. **2.** something succeeded or replaced by something else: *The new monument in the park is more beautiful than its predecessor.* **3.** ancestor; forefather. [ME *predecessour* < AF < LL *praedēcessor,* equiv. to L *prae-* PRE- + *dēcessor* retiring official, equiv. to *dēcess(us)* retired (ptp. of *dēcēdere* to withdraw; see DE-, CEDE) + -*or* -OR[2]]

**pre·del·la** (pri del′ə; *It.* pre del′lä), *n., pl. -le* (-lē; *It.* -le). *Fine Arts,* the base of an altarpiece, often decorated with small paintings or reliefs. [< It. slab < OItG or Langobardish *\*pret,* var. of *bred* BOARD + -*ella* dim. suffix]

**pre·des·ig·nate** (prē dez′ig nāt′, -dəs′-), *v.t.,* **-nat·ed, -nat·ing.** to designate beforehand. [PRE- + DESIGNATE] —**pre′des·ig·na′tion,** *n.* —**pre·des·ig·na·to·ry** (prē dez′ig nə tôr′ē, -tōr′ē), *adj.*

**pre·des·ti·nar·i·an** (pri des′tə när′ē ən). *adj.* **1.** of or pertaining to predestination. **2.** believing in predestination. —*n.* **3.** one who believes in predestination. [PREDESTIN(ATION) + -ARIAN] —**pre·des′ti·nar′i·an·ism,** *n.*

**pre·des·ti·nate** (v. pri des′tə nāt′; *adj.* pri des′tə nit, -nāt′), *v.,* **-nat·ed, -nat·ing,** *adj.* —v.t. **1.** *Theol.* to foreordain by divine decree or purpose. **2.** *Obs.* to foreordain; predetermine. —*adj.* **3.** predestined; foreordained. [ME < L *praedestinā(tus),* ptp. of *praedestināre* to predestinate; see PRE-, DESTINE, -ATE[1]] —**pre·des′ti·nate·ly,** *adv.*

**pre·des·ti·na·tion** (pri des′tə nā′shən, prē′des-), *n.* **1.** act of predestinating or predestining. **2.** state of being predestinated or predestined. **3.** fate; destiny. **4.** *Theol.* **a.** the action of God in foreordaining from eternity whatever comes to pass. **b.** the decree of God by which certain souls are foreordained to salvation. Cf. election (def. 4), double predestination, single predestination. [ME < LL *praedestinātiōn-* (s. of *praedestinātiō*). See PREDESTINATE, -TION]

**pre·des·tine** (pri des′tin), *v.t.,* **-tined, -tin·ing.** to destine in advance; foreordain; predetermine: *He seemed predestined for the ministry.* [ME *predestine(n)* < L *praedestin(āre).* See PRE-, DESTINE] —**pre·des′tin·a·ble,** *adj.*

**pre·de·ter·mi·nate** (prē′di tûr′mə nit, -nāt′), *adj.* determined beforehand; predetermined. [PRE- + DETERMINATE] —**pre′de·ter′mi·nate·ly,** *adv.*

**pre·de·ter·mine** (prē′di tûr′min), *v.t.,* **-mined, -min·ing.** **1.** to settle or decide in advance: *He had predetermined his answer to the offer.* **2.** to ordain in advance; predestine: *She believed that God had predetermined her son's early death.* **3.** to direct or impel in advance to something: *His sympathy for the poor predetermined his choice of a career.* [PRE- + DETERMINE] —**pre′de·ter′mi·na·ble,** *adj.* —**pre′de·ter′mi·na′tion,** *n.* —**pre′de·ter′min·er,** *n.*

**pre·di·al** (prē′dē əl), *adj.* praedial.

**pred·i·ca·ble** (pred′i kə bəl), *adj.* **1.** that may be predicated or affirmed; assertable. —*n.* **2.** that which may be predicated; an attribute. **3.** *Logic.* any one of the various kinds of predicate that may be used of a subject. [< L *praedicābil(is)* assertable, equiv. to *praedicā(re)* (to declare publicly (see PREACH) + *-bilis* -BLE] —**pred′i·ca·bil′i·ty, pred′i·ca·ble·ness,** *n.* —**pred′i·ca·bly,** *adv.*

**pre·dic·a·ment** (pri dik′ə mənt), *n.* **1.** an unpleasantly difficult, perplexing, or dangerous situation. **2.** a class or category of logical or philosophical predication. **3.** *Archaic.* a particular state, condition, or situation. [ME < LL *praedicāment(um)* something predicated, asserted, deriv. of *praedicāre.* See PREDICATE, -MENT] —**pre·dic·a·men′tal** (-men′t[l]), *adj.* —**pre·dic·a·men′tal·ly,** *adv.*

—**Syn. 1.** PREDICAMENT, DILEMMA, PLIGHT refer to unpleasant or puzzling situations. PLIGHT and FLIGHT stress more the unpleasant... DARY and DILEMMA the puzzling nature of... PREDICAMENT and PLIGHT are sometimes... able; PLIGHT, however, though originally... or danger, is seldom used today excep... *When his suit failed to come back from the... in a terrible plight.* PREDICAMENT, thou... capable of being used lightly, may also st... crucial situation: *Stranded in a strange...... money, he was in a predicament.* DILEMMA... means a position of doubt or perplexity in... faced by two equally undesirable alte... *dilemma of a hostess who must choose be...... her strait-laced guests or disappointing the... cocktails.* QUANDARY is the state of ment... of one faced with a difficult situation: *Th... be no way out of the quandary.*

**pred·i·cant** (pred′ə kənt), *adj.* **1.** preachi... duties; a *predicant religious order.* —n... [< L *praedicant-* (s. of *praedicāns*) p... PREACH, -ANT]

**pred·i·cate** (v. pred′ə kāt′; *adj., n.* pre... affirm; assert. **2.** *Logic.* **a.** to state o... thing) of the subject of a proposition.... term) the predicate of such a proposit... note; imply: *His retraction predicates a cha... **4.** to found (a statement, action, etc.);... fol. by *on*): *He predicated his behavior on... humanity.* —*v.i.* **5.** to make an affirmation... —*adj.* **6.** predicated. **7.** *Gram.* belonging t... cate: *a predicate noun.* —*n.* **8.** *Gram.* (in mate... as English) a syntactic unit that functions a... two main constituents of a simple sentenc... being the subject, and that consists of a v... English may agree with the subject in nu... all the words governed by the verb or modi... whole often expressing the action performe... state attributed to the subject, as is here... *here.* **9.** *Logic.* that which is affirmed or d... cerning the subject of a proposition. [< L... (ptp. of *praedicāre* to declare publicly, asse... PRE- PRE- + *-dicāre,* comb. form of *dīcere* to... known; see -ATE[1]] —**pred′i·ca′tion,** n.,... **tion·al,** *adj.* —**pred′i·ca′tive,** *adj.* —**pred′i... ly,** *adv.*

**pred′icate ad′jective,** *Gram.* an adj... in the predicate, esp. with a copulative... attributive to the subject, as in *He is dead...... tive to the direct object, as in *It made him...* **pred′icate cal′culus,** *Logic.* See func... culus.

**pred′icate nom′inative,** (in Latin, G... certain other languages) a predicate noun,... in the nominative case.

**pred′icate noun,** *Gram.* a noun used in... cate with a copulative verb or certain other... *make, choose, crown,* and having the sa... as the subject, as in *He is the king, or They... king.*

**pred′icate ob′jective,** *Gram.* See obje... plement.

**pred·i·ca·to·ry** (pred′ə kə tôr′ē, -tōr′ē),... pertaining to preaching or to preachers; ... preaching. See PREACH, -ORY[1]]

**pre·dict** (pri dikt′), *v.t.* **1.** to tell in advance;... *to predict the weather; to predict the fall of a... —*v.i.* **2.** to foretell the future; make a predi... L. *praedic(tus),* ptp. of *praedīcere* to foretell,... PRE- PRE- + *dīcere* to say; see SUCTUAL]... bil′i·ty, *n.* —**pre·dict′a·ble,** *adj.* —**pre·dict...**

—**Syn. 1, 2.** presage, divine, augur, project, f... cate, portend. PREDICT, PROPHESY, FORE...

pre·con′tem·plate′, v., -plat·ed, -plat·ing.
pre′con·tem·pla′tion, n.
pre′con·tem′po·ra·ne′i·ty, n.
pre·con·tem′po·rar′ne·ous, adj.; -ly, adv.
pre′con·tend′, v.t.
pre′con·ten′tion, n.
pre′con·tent′ment, n.
pre′con·test′, v.t.
pre′con·test′, n.
pre′con·tin′en·tal, adj.
pre′con·trac′tive, adj.
pre′con·trac′tu·al, adj.
pre′con·trib′ute, v.t., -ut·ed, -ut·ing.
pre′con·tri·bu′tion, n.
pre′con·trib′u·tive, adj.
pre′con·triv′ance, n.
pre′con·trive′, v.t., -trived, -triv·ing.
pre·con·trol′, v.t., v.t., -trolled, -trol·ling.
pre′con·tro·ver′sial, adj.
pre′con·tro·ver′sy, n., pl. -sies.
pre′con·ven′tion, n.
pre′con·ver·sa′tion, n.
pre′con·ver·sa′tion·al, adj.
pre′con·vert′, v.t.
pre′con·vey′, v.t.
pre′con·vey′ance, n.
pre′con·vict′, v.t.
pre′con·vince′, v.t., -vinced, -vinc·ing.
pre·cook′, v.t.
pre′-Co·per′ni·can, adj.
pre′-Co·per′ni·can·ism, n.
pre·cop′y, n., v.t., -cop·ied, -cop·y·ing.
pre·cor′a·coid′, adj.
pre·cor′di·al, adj.
pre·cor′ne·al, adj.
pre′cor·ona′tion, n.
pre·cor·rect′, v.t.; -ly, adv.;

pre′cor·rec′tion, n.
pre′-Dan′te·an, adj.
pre·dark′, adj.
pre·dark′ness, n.
pre′-Dar·win′i·an, adj.
pre·da′vi·an, n.
pre·day′, n.
pre·day′light, n.
pre·day′time, n.
pre·deal′er, n.
pre·deal′ing, n.
pre·death′, n.
pre·death′ly, adj.
pre·de·bat′er, n.
pre·debt′it, n., v.t.
pre·debtr′ate, v.t., -ceived, -ceiv·ing.
pre′de·ceiv′er, n.
pre′de·cep′tion, n.
pre′de·cide′, v.t., -cid·ed, -cid·ing.
pre′de·ci′sion, n.
pre′de·ci′sive, adj.; -ly, adv.
pre·dec′la·ra′tion, n.
pre′de·clare′, v.t., -clared, -clar·ing.
pre′dec·li·na′tion, n.
pre′de·cline′, v.t., -clined, -clin·ing.
pre′dec·o·rate′, v.t., -rat·ed, -rat·ing.
pre′ded·i·cate′, v.t., -cat·ed, -cat·ing.
pre′de·duc′tion, n.
pre′de·duct′, v.t.
pre′de·fault′, n., v.t.
pre′de·feat′, n., v.t.
pre′de·fec′tive, adj.
pre′de·fence′, n.
pre′de·fense′, n.
pre′de·fi·ni′tion, n.

pre′de·fi′cient, adj.; -ly, adv.
pre′de·fine′, v.t., -fined, -fin·ing.
pre′de·fi·ni′tion, n.
pre′de·fra′tion, n.
pre·fray′, n.
pre′de·fray′al, adj.
pre′de·fy′, v.t., -fied, -fy·ing.
pre′de·gen′er·a·cy, n.
pre′de·gen′er·ate, adj.; -ly, adv.
pre·de·gree′, n.
pre·de·lay′, n., v.t.
pre′del′e·gate′, n., v., -gat·ed, -gat·ing.
pre′de·lib′er·ate, v.t., -at·ed, -at·ing.
pre′de·lib′er·ate, adj.; -ly, adv.
pre′de·lib′er·a′tion, n.
pre′de·lin′e·ate′, v.t., -at·ed, -at·ing.
pre′de·lin′e·a′tion, n.
pre′de·liv′er·y, n., pl. -er·ies.
pre′de·lude′, v.t., -lud·ed, -lud·ing.
pre′de·lu′sion, n.
pre′de·mand′, v.t.
pre′de·moc′ra·cy, n.
pre′dem·on·stra′tion, n.
pre′dem′on·strate, v.t., -strat·ed, -strat·ing.
pre′dem·on·stra′tion, n.
pre′de·ni′al, adj.
pre′de·ny′, v.t., -nied, -ny·ing.
pre·de·part′men·tal, adj.
pre′de·pend′a·ble, adj.
pre′de·pend′ence, n.
pre′de·pend′ent, adj.
pre′de·pict′, v.t., -plet·ed, -plet·ing.
pre′de·ple′tion, n.

pre·de·pos′it, n., v.t.
pre′de·pra′va′tion, n.
pre·de·prive′, v.t., -prived, -priv·ing.
pre′der·i·va′tion, n.
pre·de·scribe′, v.t., -scrib·ing.
pre′de·scrip′tion, n.
pre′de·sert′, v.t.
pre′de·ser′tion, n.
pre′de·serve′, v.t., -serv·ing.
pre·de·sign′, v.t.
pre·de·sir′ous, adj.; -ly, adv.
pre′de·spond′en·cy, n.
pre′de·spond′ent, adj.
pre·des′ti·tute′, adj.
pre·des·ti·tu′tion, n.
pre·de·stroy′, v.t.
pre′de·struc′tion, n.
pre·de·tach′, v.t.
pre·de·tach′ment, n.
pre·de·tail′, v.t.
pre·de·tain′, v.t.
pre′de·tain′er, n.
pre′de·tect′, v.t.
pre′de·tec′tion, n.
pre′de·ter′men·tal, adj.
pre′de·vel′op, v.t.
pre′de·vel′op·ment, n.
pre′de·vise′, v.t., -vised, -vis·ing.
pre·de·vo′tion, n.
pre′de·vour′, v.t.
pre′di·ag·no′sis, n., pl.
pre′di·ag·nos′tic, adj.

Case 2:06-cv-00072-DF-CMC    Document 701    Filed 05/29/2007    Page 17 of 21

# presbyope

**pres·by·ope** (prez'bē ōp', pres'-), *n. Ophthalm.* a presbyopic person. [back formation from PRESBYOPIA]

**pres·by·o·pi·a** (prez'bē ō'pē ə, pres'-), *n. Ophthalm.* a defect of vision incident to advancing age, in which near objects are seen with difficulty; farsightedness. [< Gk *presby-* (comb. form of *présbys* old, old man) + *-OPIA*] —**pres·by·op·ic** (prez'bē op'ik, pres'-), *adj.*

**Pres·by·ter,** *n.* T. Presbyterian.

**pres·by·ter** (prez'bi tər, pres'-), *n.* 1. (in the early Christian church) an office bearer who exercised teaching, priestly, and administrative functions. 2. (in hierarchical churches) a priest. 3. an elder in a Presbyterian church. [< eccl. L < Gk *presbýteros* elder, equiv. to *présbys*(s) old + *-teros* comp. suffix] —**pres·by·ter·al** (prez bit'ər əl, pres-), *adj.*

**pres·byt·er·ate** (pres bit'ər it, -ə rāt', pres-), *n.* 1. the office of a presbyter or elder. 2. a body of presbyters or elders. [< ML *presbyterāt*(us). See PRESBYTER, -ATE]

**pres·by·te·ri·al** (prez'bi tēr'ē əl, pres'-), *adj.* 1. of or pertaining to a presbytery. 2. presbyterian (def. 1). [PRESBYTERY + -AL]

**pres·by·te·ri·an** (prez'bi tēr'ē ən, pres'-), *adj.* 1. pertaining to or based on the principle of ecclesiastical government by presbyters or church elders. 2. (*cap.*) designating or pertaining to various churches having this form of government and holding more or less modified forms of Calvinism. —*n.* 3. (*cap.*) a member of a Presbyterian church. 4. one who supports Presbyterianism. [PRESBYTERY + -AN]

**Pres·by·te·ri·an·ism** (prez'bi tēr'ē ə niz'əm, pres'-), *n.* 1. church government by presbyters or elders, equal in rank and organized into graded administrative courts. 2. the doctrines of Presbyterian churches. [PRESBYTERIAN + -ISM]

**pres·by·ter·y** (prez'bi ter'ē, pres'-), *n., pl.* **-ter·ies.** 1. a body of presbyters or elders. 2. (in Presbyterian churches) an ecclesiastical court consisting of all the ministers and one or two presbyters from each congregation in a district. 3. the churches under the jurisdiction of a presbytery. 4. the part of a church appropriated to the clergy. 5. *Rom. Cath. Ch.* a rectory. [late *byterion.* See PRESBYTER, -ERY]

**pre·school** (adj. prē'skool', n. -skool'), *adj.* 1. of, pertaining to, or intended for a child between infancy and school age: *new methods of preschool education.* —*n.* 2. a school or nursery for preschool children. [PRE- + SCHOOL]

**pre·sci·ence** (prē'shē əns, -shəns, presh'ē-, presh'-), *n.* knowledge of things before they exist or happen; foreknowledge; foresight. [ME < LL *praescientia* fore-] —**pre·sci·ent,** *adj.* —**pre·sci·ent·ly,** *adv.*

**pre·scind** (pri sind'), *v.t.* 1. to separate in thought; abstract. 2. to remove. —*v.i.* 3. to withdraw the attention (usually fol. by *from*). 4. to cut off in front. See PRE-, RESCIND]

**pre·score** (prē skôr', -skōr'), *v.t.,* **-scored, -scor·ing.** to record the sound of (a motion picture) before filming. [PRE- + SCORE]

**Pres·cott** (pres'kət), *n.* 1. **William Hick·ling** (hik'-ling), 1796–1859, U.S. historian. 2. a city in central Arizona. 12,861 (1960). 3. a town in SW Arkansas. 3533 (1960).

**pre·scribe** (pri skrīb'), *v.,* **-scribed, -scrib·ing.** —*v.t.* 1. to lay down, in writing or otherwise, as a rule or a course to be followed: appoint, ordain, or enjoin. 2. *Med.* to designate or order for use as a remedy; treatment, etc.). 3. *Law.* to render invalid by prescription. 4. to lay down rules; direct; dictate. 5. *Med.* to designate remedies, treatment, etc.; to be used. 6. *Law.* to claim a right or title by virtue of long use and enjoyment (usually fol. by *for* or *to*). —**Syn.** 1. direct, dictate, decree.

**pre·script** (adj. pri skript', prē'skript; *n.* prē'skript), *adj.* 1. prescribed. —*n.* 2. that which is prescribed or laid down; as a rule, precept, or order. [< L *praescript*-(tum) an order, rule, lit., something written before or above, n. use of neut. of ptp. of *praescrībere* to foreSCRIBE. See PRE-, SCRIPT]

**pre·scrip·ti·ble** (pri skrip'tə bəl), *adj.* 1. subject to or suitable for prescription. 2. depending on or derived from prescription, as a claim or right. [< ML *praescrip·tibil*(is). See PRESCRIPTION, -IBLE] —**pre·scrip·ti·bil'i·ty,** *n.*

**pre·scrip·tion** (pri skrip'shən), *n.* 1. *Med.* a. a direction, usually written, by the physician to the pharmacist for the preparation and use of a medicine or remedy. b. the medicine prescribed: *Take this prescription three times a day.* 2. act of prescribing. 3. that which is prescribed. 4. *Law.* a. a long or immemorial use of some right with respect to a thing so as to give a right to continue such use. b. the process of acquiring rights by uninterrupted assertion of the right over a long period of time. [ME < L *praescrīptiōn*- (s. of *praescrīptiō*). See PRESCRIBE, -TION]

**pre·scrip·tive** (pri skrip'tiv), *adj.* 1. that prescribes; giving directions or injunctions: *a prescriptive letter from an anxious father; a prescriptive method of writing a legal prescription,* as a right or title established by a long unchallenged tenure: *the prescriptive rights of landed gentry.* [< LL *praescrīptīv*(us). See PRESCRIBE, -IVE] —**pre·scrip'tive·ly,** *adv.* —**pre·scrip'tive·ness,** *n.*

**prescriptive grammar,** grammar that is concerned with the use of what is correct, and therefore good standard, and that points out what is incorrect or substandard, and therefore bad usage.

**pre'scho·las'tic,** *adj.*
**pre'sci·en·tif'ic,** *adj.*
**pre'scout',** *adj.*

**pre·scrip·tiv·ist** (pri skrip'tə vist), *n.* a writer, teacher, or supporter of prescriptive grammar. [PRESCRIPTIVE + -IST]

**pre·sec·tum** (prē skyoo'təm), *n., pl.* **-ta** (-tə). **-tums.** the anterior dorsal sclerite of a thoracic segment of an insect. [< NL; see PRE-, SECTUM]

**pre·se·lect** (prē'si lekt'), *v.t.* to select in advance; choose beforehand: *Preselect a roasting time, and the oven will shut off automatically when the roast is done.* [PRE- + SELECT] —**pre'se·lec'tion,** *n.*

**pre·se·lec·tor** (prē'si lek'tər), *n.* a preamplifier between the antenna and receiving circuit of a radio to improve reception. [PRESELECT + -OR]

**pres·ence** (prez'əns), *n.* 1. state or fact of being present, as with others or in a place. 2. attendance or vicinity; close proximity: *in the presence of witnesses.* 3. *Chiefly Brit.* the immediate personal vicinity of a great personage of giving audience or reception. 5. the ability to project a sense of ease, poise, or self-assurance, esp. the quality or manner of a person's bearing before an audience: *The speaker had a good deal of stage presence.* 6. personal appearance or bearing, esp. of a dignified or imposing kind: *a man of fine presence.* 7. a person, esp. of dignified or fine appearance: *He is a real presence, even at a private party.* 8. a divine or supernatural spirit felt to be present: *He felt a presence with him in the room.* 9. *Brit. Obs.* See **presence chamber.** [ME < MF < L *praesentia.* See PRESENT, -ENCE]

**—Syn.** 3. neighborhood. 6. carriage, mien. —**Ant.** 1. absence.

**presence cham·ber,** *Chiefly Brit.* the special room in which a great personage, as a sovereign, receives guests, holds audiences, etc.

**presence of mind,** a calm state of mind that heard someone enter the house, he had the presence of mind to call the police.

**pre·se·nile** (prē sē'nīl, -nil, -sen'īl), *adj.* pertaining to or exhibiting the characteristics of presenility; prematurely old. [PRE- + SENILE]

**pre·se·nil·i·ty** (prē'sə nil'i tē), *n.* premature old age. [PRE- + SENILITY]

**pres·ent** (prez'ənt), *adj.* 1. being, existing, or occurring at this time or now: *the present ruler.* 2. at this time or state occurring in the moment of speaking. *Knows* is a tense or when to be sense or others forming in such formation with such meaning. 4. being with one or others, or in the specified or understood place (opposed to *absent*): *to be present at a wedding.* 5. being here or there, rather than elsewhere: in combination, or the like: *Carbon is present in many minerals.* 7. being actually here or under consideration: *the present business; the present topic.* 8. being before the mind, as in emergencies. 10. *Obs.* immediate or instant. —*n.* 11. the present time. 12. *Gram.* a. the present tense. b. a verb form in the present. 13. presents, *Law.* the present writings, or document, used in a deed of conveyance, a lease, presents. 14. *Obs.* the document itself: *Know all men by these presents that...* 15. on the matter in hand. 16. at present, openings here at present. 17. for the present, for now temporarily: *For the present, we must be content with matters as they stand.* [ME < L *praesent*- (s. of *praesēns*) (others), i.e., to preside, be in charge. See PRE-, ESSE, -ENT] —**pres'ent·ness,** *n.*

**—Syn.** 1. current. See **current.** —**Ant.** 1. absent.

**pre·sent** (v. pri zent', *n.* prez'ənt), *v.t.* 1. to furnish or endow with a gift or the like, esp. by formal act: *to present someone with a gold watch.* 2. to bring, offer, or give, often in a formal or ceremonious way: *to present one's card.* 3. afford or furnish (an opportunity): *to present a difficulty.* 4. to introduce or make known: *to present (a person) at court.* 5. to introduce (a person) to another, esp. in a formal manner: *Mrs. Smith, may I present Mr. Jones?* 6. to bring before or introduce to the public: *to present a new play.* 7. to come to show (oneself) before a person, in or at a place, etc. 8. to show or exhibit: *This theater will present (three someone) on a larger screen.* 9. to bring before the mind; offer for consideration: *to present an alternative plan.* 10. to set forth in words: *to present arguments.* 11. to represent, impersonate, or act, as on the stage. 12. to direct, point, or turn (something) to something or someone: *He presented his back to the audience.* 13. to level or aim (a weapon, esp. a firearm). 14. *Law.* a. to bring a formal charge against, as a person. b. to lay before a body having notice of the proper authority, as an offense. 15. *Eccles.* for institution to a benefice. —*n.* 16. a thing presented (*present*); < L *praesentāre* to make (someone or something (someone) / ML: to make as a gift). See PRESENT[!]

**—pres'ent·er,** *n.*

**—Syn.** 1. bestow, donate. See **give.** 2. proffer. 3. yield. 5. See **introduce.** 9. introduce. 11. enact. 16. benefaction, grant, tip, gratuity. PRESENT, GIFT, DONATION, BONUS refer to something freely given. PRESENT and GIFT are both used of something given as an expression of affection, friendship, interest, or respect. PRESENT is the less formal; GIFT is generally used of something more impressive: *a group, or an institution; a birthday present; a gift to a college.* DONATION suggests a larger gift, usually of a considerable size, though the term is often used, as would be for the needy: *a donation to an endowment fund, to the what is due; as to something given in addition long time or particularly well: a bonus at the end of the year.*

**pre·sent·a·ble** (pri zen'tə bəl), *adj.* 1. that may be presented. 2. suitable, as in appearance, dress, manners, etc., for being presented into society or company:

**a presentable young man.** 3. of a presentable appearance, or fit to be seen: *are a presentable able·ness,** *n.* —**pre·sent'a·bly**

**present' arms',** *Mil.* 1. a manual of arms in which the rifle vertically in front of the body wit and the trigger side forward. 2. a not under arms: the hand salute.

**pres·en·ta·tion** (prez'ən tā'shən act of presenting. 2. the state introduction, as of a person at representation, as of a play or th formal presentment, as of a play to ing, or bestowal, as of a gift. 6. presentment of a bill, note, etc. appearance of a particular part of of the uterus during labor: *a breech Eccles.* the act or the right: *the br* the bishop for institution to a benefice. *praesentātiō*- (s. of *praesentatiō*) to a benefice. religious dedication non ing him before God. See PRESENT

**pres·en·ta·tion·al** (prez'ən tā'shə 1. of or pertaining to presentation. characterized by presentationalism. [PRESENTATION + -AL]

**pres·en·ta·tion·al·ism** (prez'ən tā the story, skit, scene, etc., is prese audience, with little or no attempt a ENTATIONAL + -ISM]

**pres·en·ta·tion·ism** (prez'ən tā'sh zən-), *n. Epistemology.* the doctrine or in all forms of knowledge, there awareness of the things perceived. the **true realism.** [PRESENTATION + ta'tion·ist,** *n., adj.*

**pre·sent·a·tive** (pri zen'tə tiv), *adj.* idea, etc.; presented, known, or capab directly. 2. *Eccles.* admitting of pr tation. 3. *Philos.* immediately know being known without thought or refle —**-ATIVE]

**present·a·tive re'alism,** *Episte* tionism. —**present'ative re'alis,**

**pres·ent-day** (prez'ənt dā'), *adj.* present-day techniques; present-day Ev

**pres·en·tee** (prez'ən tē'), *n.* 1. one thing to presented. 2. one who is pre benefice. [late ME < AF; see presen

**pre·sen·ti·ment** (pri zen'tə mənt), impression of something about to happ thing evil; foreboding. [< F, obso·ment. See PRE-, SENTIMENT] —**pre·se**

**pre·sen·tist** (prez'ən tist), *n. Theol.* maintains that the prophecies in the Ap being fulfilled. Cf. futurist, preterist

**pre·sen·tive** (pri zen'tiv), *adj. Sema* (def. 7). [PRESENT² + -IVE] —**pre·sen'tive·ness,** *n.*

**pre·sent·ly** (prez'ənt lē), *adv.* 1. in a lit They will be here presently. 2. at the presently out of the country. 3. *Archaic* [ME; see PRESENT, -LY]

**pre·sent·ment** (pri zent'mənt), *n.* 1. ing, esp. to the mind, as an idea, view, et being presented. 3. a presentation. 4. th mode in which something is presented. 5. tion, picture, or likeness. 6. *Com.* the pr bill, note, or the like, as for acceptance or *Law.* the written statement of an offense Jury, of their own knowledge or observat no indictment has been laid before them. 8 dramatic presentation. [ME *presentem·MENT*]

**present participle,** a participle meaning, as *growing* in *a growing boy.*

**present per·fect,** 1. (in English) the consisting of the present tense of *have* participle and noting that the action of and noting that the action of *have* completed prior to the present, as *I have t* a tense of similar construction found in languages. 3. a form in this tense.

**pre·serv·a·tive** (pri zûr'və tiv), *n.* 1. that preserves or tends to preserve. 2. substance used to preserve foods from decay or fermentation. 3. a medicine that preserve prevents disease. —*adj.* 4. tending to preserve. < MF *preservatif* (< ML *praeservātīv*(us). See -ATIVE]

**pre·serve** (pri zûrv'), *v.,* **-served, -serving,** *n.* 1. to keep alive or in existence; make lasting: *our liberties as free men.* 2. to keep safe from injury; save. 3. to keep up; maintain: *to historical monuments.* 4. to keep possession to preserve one's composure. 5. to prepare (food perishable substance) so as to resist decomposition fermentation. 6. to prepare (fruit, vegetables cooking with sugar. 7. to maintain and reserve (fish, etc.) for private use in hunting or fishing 8. to preserve in fresh, vegetables, etc.; make pr 9. to maintain a preserve for game or fish. —*v.i.* 10. something that preserves which is preserved. 12. Usually, preserves vegetables, etc., prepared by cooking with sugar a place set apart for the protection of animals game or fish, esp. for sport. [ME; see PRESERVE *praeserv*(āre) (to guard, [LL: to observe), L *pr* + *servāre* to watch over, keep, preserve] —**pre·serv'a·bil'i·ty,** *n.* —**pre·serv'a·ble,** *ad* —**pres·er·va·tion** (prez'ər vā'shən), *n.* —**pre lose.**

**—Syn.** 1. conserve. 2. safeguard, shelter defend. 3. continue, uphold, sustain. —**Ant.** 1

**pre·set** (prē set'), *v.,* **-set, -set·ting,** *adj.* to set beforehand. —*adj.* 2. set in advance: *the*

**pre·sea'son,** *n.*
**pre·sea'son·al,** *adj.*

# The *Dictionary* of
# BANKING

*Over 5,000 Terms Defined and Explained*

## Charles J. Woelfel

*A BankLine Publication*



**IRWIN**
*Professional Publishing*®
Burr Ridge, Illinois
New York, New York

# BANK**L**INE™
## A BankLine Publication

© 1994, Probus Publishing Company

ALL RIGHTS RESERVED. No part of this publication may be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording or otherwise, without the prior written permission of the publisher and the author.

This publication is designed to provide accurate and authoritative information in regard to the subject matter covered. It is sold with the understanding that the author and the publisher are not engaged in rendering legal, accounting or other professional service.

Authorization to photocopy items for internal or personal use, or the internal or personal use of specific clients is granted by PROBUS PUBLISHING COMPANY, provided that the U.S. $7.00 per page fee is paid directly to Copyright Clearance Center, 222 Rosewood Drive, Danvers, MA 01923, USA; Phone: 1-508-750-8400. For those organizations that have been granted a copyright license by CCC, a separate system of payment has been arranged. The fee code for users of the Transactional Reporting Service is 1-55738-728-1/94/$00.00 + $7.00.

ISBN 1-55738-728-1

Printed in the United States of America

BB

 2 3 4 5 6 7 8 9 0

PSG

Probus books are available at quantity discounts when purchased for business, educational, or sales promotional use. For more information, please call the Director, Corporate/Institutional Sales at (800) 998-4644, or write:

Director, Corporate/Institutional Sales
Probus Publishing Company
1925 N. Clybourn Avenue
Chicago, IL 60614
Phone (800) 998-4644  Fax (312) 868-6250

not have sufficient cash flow to meet its obligations.

**CASH FLOWS** Cash receipts and disbursements. The statement of cash flows is a major financial statement prepared to report the cash provided and used by operating, investing, and financing activities, and the aggregate effect of these activities on the cash balance during a period of time.

**CASH FLOWS ANALYSIS** A method of financial statement analysis that provides information about a company's liquidity, flexibility, and ability to generate future cash flows, especially as to their amounts, timing, and uncertainty. Cash flows analysis also provides information about an entity's ability to pay dividends and meet its obligations and can help explain the difference between net income and net cash flows from operating activities.

**CASH FLOWS STATEMENT** A financial report that shows the sources and uses of cash during an accounting period that discloses the cash operating, financing, and investing activities of a business or other accounting entity.

**CASHIER** Commonly, a person who receives and disburses money for a business; in banking, an officer responsible for the custody of the bank's assets and whose signature is required on all official documents.

**CASHIER'S CHECK** A bank's own check; a check drawn upon a bank and signed by its cashier, or assistant cashier, being a direct obligation of the bank, and provided to a customer of the bank or acquired from the bank for remittance purposes.

**CASH-IN TICKET** A paper filled in by a teller when cash is received, which is forwarded to the proof department in place of the cash for settlement.

**CASH ITEM** Checks, drafts, notes or acceptances deposited with a bank for immediate credit, but which are subject to cancellation of credit if they are not subsequently paid; any item immediately convertible into cash. Regulation J, 12 CFR 210.2 (e)

**CASH ITEM IN PROCESS OF COLLECTION** Checks in the process of collection, drawn on a bank or other depository institution that are payable immediately upon presentation in the United States; government checks drawn on the Treasury of the United States that are in the process of collection; and such other items in the process of collection that are payable immediately upon presentation in the United States and that are customarily cleared or collected by depository institutions as cash items. Regulation D, 12 CFR 204.2 (i)

**CASH LETTER** A transmittal letter that accompanies cash items from one bank to another and describes the items sent.

**CASH LETTER OF CREDIT** A letter addressed from one bank to one of its correspondents making available to the party named in the letter a fixed sum of money up to a future specific date, the sum indicated in the letter being equal to an amount deposited in the issuing bank by the party before the letter is issued.

**CASH MANAGEMENT** The management of cash relating to forecasting cash, managing cash flows, investing surplus cash, and maintaining banking relations.

**CASH MANAGEMENT ACCOUNT** A unified consumer account, offered by a brokerage house in cooperation with a bank, that allows individuals to consolidate the operation of their holdings of cash and securities, their checking, savings, and investment accounts, and their borrowings. A cash management account enables the consumer to use the securities in the investment account as collateral for advances and loans.

**CASH MARKET** A market in which transactions for purchase and sale of the physical commodity are made under whatever items are agreeable to the buyer and seller and are legal under the law and the rules of the market organization, where such exist.

**CASH ON DELIVERY** A purchase made with the understanding that the goods will be paid for when delivered.

**CASH OVER AND SHORT ACCOUNT** A ledger account used to handle shortages or overages of bank tellers and others until such circumstances can be explained.

**CASH POSITION** Holdings in cash and cash equivalents, expressed in terms of strong, weak, moderate, and other qualities.

**CASH RESERVE** Vault cash that is treated as part of a bank's legal reserves.

**CASH SURRENDER VALUE** That portion of the annual life insurance premium that will be returned to the policyholder in the event the policy is canceled. The cash surrender value of the policy increases each year as long as the policy is in force.

**CASH TRADE** A transaction in securities, grain, real estate, etc., in which cash is paid in full for immediate delivery, possession, and title.

**CASUALTY INSURANCE** The classification applied to insurance other than life or fire and marine insurance, and including such lines as automobile liability, worker's compensation, accident and health, and miscellaneous lines.

**CATS** Certificate of Accrual on Treasury Securities; zero coupon instruments created by stripping United States Treasury securities.

**CATTLE LOAN COMPANY** A company orga-

FINANCIAL INSTITUTIONS

common stocks, cyclical economic indicators, and countless others.

**FINANCIAL INSTITUTIONS** Business organizations that offer a broad base of financial services or specialize in specific functions, products, or services, e.g., commercial banks, thrift institutions, investment banks, pension funds, credit unions, investment companies, insurance companies, securities brokers and dealers, real estate investment trusts, stock exchanges and others that deal in money and money equivalents.

**FINANCIAL INSTITUTIONS REFORM, RECOVERY, AND ENFORCEMENT ACT OF 1989 (FIRREA)** Federal legislation resulting from the thrift crisis of the 1980s that revised the structure of the deposit-insurance system, creating a new Bank Insurance Fund and a Savings Association Insurance Fund under the management of the Federal Deposit Insurance Corporation, to reform, recapitalize, and consolidate the federal deposit insurance system, to enhance the regulatory and enforcement powers of the federal financial institutions regulatory agencies, and for other purposes.

**FINANCIAL INSTITUTIONS REGULATORY AND INTEREST RATE CONTROL ACT OF 1978** Federal legislation including in its 20 titles a variety of provisions relating to supervisory authority over depository institutions, management interlocks, foreign branching, changes in the Savings and Loan Control Act, corespondent accounts, disclosures of material facts, rights to financial privacy, charters of thrift institutions, NOW accounts authorization, interest rate control, the National Credit Union Central Liquidity Facility, Export-Import Bank Act amendments, the Electronic Fund Transfer Act, and other matters.

**FINANCIAL INSTITUTIONS SUPERVISORY ACT OF 1966** An act that required compliance by thrift institutions with cease and desist orders issued by the Bank Board to correct unsafe or unsound practices of the institutions, authorizing the Bank Board to remove officers and directors of associations that engage in such practices, or violate law or federal regulation.

**FINANCIAL INSTRUMENTS** Cash, evidence of an ownership interest in an entity, or a contract that has both of the following characteristics which place emphasis on the future receipts, payments or exchange of cash or other financial instruments that ultimately result in cash: (1) the contract imposes on one entity a contractual obligation to deliver cash or another financial instrument to a second entity or to exchange financial instruments on potentially unfavorable terms with the second entity, and (2) the contract conveys to the second entity a contractual right to receive cash or another financial instrument from the first entity or to exchange other financial instruments on potentially favorable terms with the first entity. Financial instruments include: currency, trade receivables and payables, debt securities and common stock, certain insurance contracts, financial futures and forward contracts, interest rate swaps and caps, collateralized mortgage obligations and financial guarantees.

**FINANCIAL INTERMEDIARY** Financial institutions associated with the exchange of money between borrowers and lenders in the credit market accomplished either from a direct exchange of credit between borrowers and lenders or from an indirect exchange through a financial institution.

**FINANCIAL LEVERAGE** Ratio of debt to equity or ratio of financial charges to operating profit before fixed charges; obtaining capital from debt or preferred shares and using the capital to earn a return by investing in assets.

**FINANCIAL MARKETS** A market that brings together borrowers and lenders (or investors) and establishes and communicates the prices at which they are willing to make transactions.

**FINANCIAL PLANNING** The art and science of putting money to work for an individual, company, or other entity; personal financial planning involves the evaluation of a person's current financial position and financial goals leading to a presentation of a plan to achieve these goals.

**FINANCIAL PRODUCT DERIVATIVES** Financial contracts that derive their value from another asset, interest rate, exchange rate, or index, such as mortgage-backed securities and collateralized mortgage obligations; an agreement to enter into interest rate and cross-currency swaps; commodity swaps; caps, floors, and collars; forwards, futures, and options.

**FINANCIAL RATIO** A ratio formulated to obtain information relating to trends, relationships, liquidity, solvency, activity, condition, performance used in evaluating a business or financial statements.

**FINANCIAL RECORDKEEPING AND CURRENCY AND FOREIGN TRANSACTIONS REPORTING ACT of 1970** The Bank Secrecy Act requiring the reporting of transactions involving currency of more than $10,000.

**FINANCIAL REPORTING** Includes not only financial statements but also other means of communicating information that relates to

106