UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DATATREASURY CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO & COMPANY, et al.<br><br>Defendants. | § § § § § § § § § §  CIVIL ACTION NO. 2:06-CV-72-DF<br><br>JURY TRIAL DEMANDED |

### ORDER GRANTING DEFENDANT FIRST CITIZENS BANCSHARES, INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

Before the Court is Defendant First Citizens BancShares, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction. After considering the Motion to Dismiss for Lack of Personal Jurisdiction, the parties' filings, the pleadings, and the governing law, the Court finds the motion well taken and should be **GRANTED**. Accordingly, it is:

**ORDERED** that Defendant First Citizens BancShares, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction is **GRANTED**; and

**ORDERED** that Plaintiff DataTreasury Corporation's claims against Defendant First Citizens BancShares, Inc. be, and hereby are, **DISMISSED** without prejudice.

Dockets.Justia.com