IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
DATATREASURY CORP.,                             :
                                                :
                  Plaintiff,   :
        v.                                  :   Civil Action No. 2-06-CV-72(DF)
                                                :
WELLS FARGO and COMPANY, et al.,                :
                                                :
                  Defendants.  :
                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## UNOPPOSED MOTION TO EXCEED PAGE LIMITS IN REPLY MEMORANDUM OF THE CLEARING HOUSE PAYMENTS COMPANY L.L.C.

Defendant The Clearing House Payments Company L.L.C. ("The Clearing House" or "TCH") files this Unopposed Motion to Exceed Page Limits and asks this Court for leave to exceed the page limit imposed by Local Rule 7(a)(1) in TCH's reply memorandum in further support of its motion for summary judgment (the "Motion") dismissing all claims of Plaintiff DataTreasury Corporation ("DataTreasury") against TCH in this action asserting infringement of U.S. Patent No. 5,265,007 ("the '007 Patent"). Local Rule 7(a)(1) provides that a reply brief shall not exceed ten pages, excluding attachments. Defendant requests that the Court permit Defendant to exceed the page limitations by ten (10) pages, in filing its reply memorandum. The parties have conferred on this issue and the Plaintiff does not oppose this motion. Accordingly, Defendant The Clearing House Payments Company, L.L.C. respectfully requests that the Court enter an order allowing Defendant to exceed the page limit in its reply memorandum by ten (10) pages.

An order reflecting the relief requested is attached for the Court's convenience.

Dated: June 5, 2007                    Respectfully submitted,


                                       /s/ P+ W.M.
                                       _____
                                       Preston W. McGee
                                       State Bar No. 13620600
                                       Flowers Davis, P.L.L.C.
                                       1021 ESE Loop 323, Suite 200
                                       Tyler, Texas 7570
                                       (903) 534-8063

                                       *Of Counsel:*
                                       James H. Carter
                                       James T. Williams
                                       SULLIVAN & CROMWELL LLP
                                       125 Broad Street
                                       New York, New York 10004
                                       (212) 558-4000

                                       Lawrence F. Scinto
                                       Ronald A. Clayton
                                       FITZPATRICK, CELLA, HARPER & SCINTO
                                       30 Rockefeller Plaza
                                       New York, New York 10112-3801
                                       (212) 218-2254
                                       *Attorneys for Defendant The Clearing House
                                       Payments Company L.L.C.*

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing instrument was served upon all counsel of record in the above entitled and numbered cause via ECF on this the 5th day of June, 2007.

_____
Preston W. McGee


**CERTIFICATE OF CONFERENCE**

    I hereby certify that on June 1, 2007, counsel for The Clearing House Payments Company, L.L.C. conferred with Karl Rupp, counsel for Plaintiff DataTreasury Corporation concerning the foregoing Unopposed Motion to Exceed Page Limits. Plaintiff does not oppose the relief requested by Defendant.

_____
Preston W. McGee

                                                            Preston W. McGee