UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

------------------------------- x
DATATREASURY CORP.             :
                 Plaintiff,      :   No. 2-04CV-85
             v.                  :
SMALL VALUE PAYMENTS COMPANY :
                 Defendant.    :
------------------------------- x

## **ORDER**

Before the Court is Datatreasury Corporation, Plaintiff, and Small Value Payments Company ("SVPCo"), Defendant, Agreed Motion to Extend Page Limit for SVPCo's Reply in Further Support of its Motion to Stay. The Court grants Datatreasury Corporation, Plaintiff, and Small Value Payments Company ("SVPCo"), Defendant, Agreed Motion to Extend Page Limit for SVPCo's Reply in Further Support of its Motion to Stay and orders the Clerk of the Court to file SVPCo's Reply in Further Support of its Motion to Stay as submitted.

SO ORDERED.

Signed this _____ day of March, 2006.

                                                 _____