## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served via ECF and electronic mail on June 8, 2007.

DataTreasury Corporation—Listserve (datatreasury@cooperiplaw.com)
Bank of America - Listserve (BankofAmericaF&R@fr.com)
BB&T 007 ListServe (BB&T_DataTreasury@kilpatrickstockton.com)
Citizens Financial (citizensfinancial@stand1eyLLP.com)
City National Bank - Listserve (citynationalbank@dmtechlaw.com)
Comerica Bank 007 Listserve (ComericaDataTreasury@kilpatrickstockton.com)
Compass/First Horizon/TN Bank - Listserve (comthft@andrewskurth.com)
Cullen/Frost Bank - Listserve (frostbank@dmtechlaw.com)
EDS - Listserve (EDS DataTreasury@mckoolsmith.com)
UBS Listserve (ubsamericasAvclaw.com)
HSBC North America Holdings, Inc./HSBC Bank USA Listserve (hsbccounsek@blh-law.com)
BancorpSouth Listserve (bxs@hughesluce.com)
Bank of Tokyo Listserve (BankofTokyko_DataTreasury@sidley.com)
BofNY Listserve (BofNYLitTeam@pillsburylaw.com)
Deutsche Bank Listserve (DeutscheBank DataTreasury@sidley.com)
First Citizens Listserve (firstcitizens@bakerbotts.com)
First Data Listserve (FirstData_DataTreasury@sidley.com)
Key Bank Listserve (KeyCorpDataTreasury@mckoolsmith.com)
LaSalle Bank Listserve (LaSalleBank_DataTreasury@sidley.com)
National City Bank Listserve (foley-dtc@foley.com)
Remitco Listserve (Remitco_DataTreasury@sidley.com)
Telecheck Listserve (TelecheckDataTreasury@sidley.com)
Union BofCA Listserve (ubofclitteam@pi1lsburylaw.com)
Viewpointe Listserve (Viewpoint_dtc@skadden.com)
Zion First National Bank Listserve (foley_dtc@foley.com)
Harris BanCorp. - Listserve (Harris_DataTreasury@mckoolsmith.com)
M&T 007 Listserve (M&T_DataTreasury@kilpatrickstockton.com)
PNC Bank - Listserve (PNC_DataTreasury@mckoolsmith.com)
Suntrust - Listserve (SunTrust_DataTreasury@mckoolsmith.com)
U.S. Bancorp – Listserve (foley-dtc@foley.com)
Wachovia 007 Listserve (Wachovia_DataTreasury@kilpatrickstockton.com)
Wells Fargo - Listserve (*DalWellsFargoDTC@BakerNet.com)

*/s/ Preston W.M.*

_____
Preston W. McGee