# Dewayne E. Perry

Electrical and Computer Engineering                    1705 Randolph Ridge Trail
The University of Texas at Austin                              Austin TX 78746
Austin TX 78712                                            1.512.732.7247
+1.512.471.2050
+1.512.471.5532 (fax)
perry@ece.utexas.edu
www.ece.utexas.edu/~perry/

## Education

Ph.D. Computer Science, May 1978. Stevens Institute of Technology, Hoboken, NJ. Dissertation: *High Level Language Features for Handling I/O Devices in Real Time Systems*.

M.S. Computer Science, May 1977. Stevens Institute of Technology, Hoboken, NJ.

Graduate studies, Philosophy (September 1962 - June 1965), Music (January 1966 - June 1967), University of California, Los Angeles.

B.A. Music and Philosophy, June 1962. Westmont College, Santa Barbara, CA.

## Academic Employment

November 1999 - present: Professor and Motorola Regents Chair of Software Engineering. Department of Electrical and Computer Engineering, College of Engineering, The University of Texas at Austin, Austin TX.

May 2002 - March 2004: Director, Center for Advanced Research In Software Engineering Department of Electrical and Computer Engineering, College of Engineering, The University of Texas at Austin, Austin TX.

January 2000 - January 2003: Director, Executive Software Engineering Masters Program, Department of Electrical and Computer Engineering, College of Engineering, The University of Texas at Austin, Austin TX.

September 1979 - June 1984: Visiting Faculty. Carnegie-Mellon University, Department of Computer Science, Pittsburgh PA.

September 1978 - June 1979: Affiliate Associate professor of Computer Science. Stevens Institute of Technology, Department of Pure and Applied Mathematics, Hoboken NJ.

September 1975 - June 1976: Adjunct Assistant professor of Computer Science. Fairleigh-Dickinson University, Department of Mathematics and Physics, Madison NJ.

September 1963 - June 1965: Teaching Assistant, Philosophy. University of California, Los Angeles, CA.

September 1961 - June 1962: Teaching Assistant, Music. Westmont College, Santa Barbara CA.

## Industrial Employment

January 1996 - December 1999: Member of Technical Staff, Research. Bell Laboratories, Murray Hill NJ.

November 1983 - December 1995: Member of Technical Staff, Research. AT&T Bell Laboratories, Murray Hill NJ.

August 1973 - November 1983: President/Consultant. Pegasus Systems, Summit NJ.

January 1972 - August 1973: Programmer/Analyst. Quotron Systems Inc., Marina Del Rey CA.

June 1967 - January 1972: Associate. Planning Research Corporation, Westwood CA.

June 1965 - March 1967: R&D Programmer. System Development Corporation, Santa Monica CA.

## Awards and Invited Keynotes

Keynote, "Architecture-Centric COTS-based Development", 2nd International Workshop on Incorporating COTS Software into Software Systems, 2007 International Conference on Software Engineering, Minneapolis, May 2007.

Keynote, "Architecture and Design Intent in Component and COTS Based Systems", International Conference on COTS Based Software Systems, February 2006, Orlando FL., February 2006

Keynote, "Software Architecture: Past, Present and Future", European Workshop on Software Architecture 2005,

Pisa Italy, June 2005

Keynote, "Product Line Architecture: Generic Descriptions & Case Study ", SOFT-PI'04: SOFtware Technologies for Performance and Interoperability, Tulsa OK, June 2005

Keynote. "Abstraction -- the Hard Core of Software Engineering." ETAPS 2003 Workshop: Structured Programming: The Hard Core of Software Engineering, Warsaw Poland, April 2003.

Keynote, ''Software Architecture: Leverage for System Evolution'', Symposium on Technology for Evolutionary Software Development, 23 September 2002, Bonn Germany

Keynote, ''Software Architecture: Leverage for System/Program Comprehension'', International Workshop on Program Comprehension 2001, Toronto Canada, 13 May 2001

Keynote, ''Generic Architectures: A Dynamic Case in Point'', International Symposium on Software Reuse 2001, Toronto Canada, 20 May 2001

Keynote, "Software Architecture and Software Engineering", International Conference on Software: Theory and Practice, 2000 (ICSP2000), Beijing China, August 2000.

ICSE99 Award: Most Influential Paper ("The Inscape Environment") from ICSE11; Keynote: "Software Evolution and Light Semantics".  Los Angeles CA, May 1999.

Distinguished Lecture Series in Software Development and Software Engineering, University of Texas at Austin, "Software Architecture and Software Engineering", February 1999.

Keynote, "Software Architecture and Quality", Conquest 98. Nuernberg Germany, September 1998

31st Annual ICL/Newcastle International Seminar, Software Architecture and Design: "Generic Software Architecture Descriptions" and "A Case Study in Product Line Architecture", Newcastle UK, September 1998

''Software Architecture and it's Relevance to Software Engineering'', Coordination 1997, Berlin Germany, September 1997.

''State of the Art in Software Architecture'', 1997 International Conference on Software Engineering, Boston Mass, May 1997.

Keynote, ''Why is it so Hard to Find Feedback Control in Software Processes'', 1996 Australasian Computer Science Conference, Melbourne AU, February 1996.

14th International Speaker, Washington DC Professional Development Seminars, Fall 1995, ''Dimensions of Software Evolution''.

''Managing Software Evolution'', Bari Summer School of Software Engineering, Bari Italy, June 1995.

Keynote, ''Dimensions of Evolution'', International Conference on Software Maintenance, Victoria BC, Canada, September 1994

Keynote, ''Software Faults in Evolving a Large, Real-Time System: a Case Study'', 4th European Software Engineering Conference -- ESEC93, Garmisch, Germany, September 1993.

Keynote, Workshop on Applying Artificial Intelligence to Software Problems, 1992.

Keynote, ''Industrial Strength Software Development Environments'', IFIPS 89 World Congress, Software Engineering Track, San Francisco CA, August 1989.

Best Paper, The 9th International Conference on Software Engineering, Monterey CA, April 1987, for ''Software Interconnection Models''.

**Professional Activities**

*Boards, Steering Committes and Panels*

Founding Member, Board of Directors, Institute of Software Engineers, 2006-Present

Editorial Board, Software Process: Improvement and Practice, Wiley Interscience, 2006-Present

Steering Committee, IFIP Working International Conference on Software Architecture (WICSA), 2005-Present

SE External Examiner.  Institute of Systems Science, National University of Singapore, 2005-Present.

Associate Editor, ACM Transactions on Embedded Computing Systems, 2004-Present.

Advisory Board, Software Process: Improvement and Practice, Wiley Interscience, 2004-2006.

Member, Board of Directors, International Association of Software Architects, 2004-present.

Chair, International Software Process Association, 1993-Present.

Member, Steering Committee, IFIP WG 2.10 (Software Architecture), 1999-Present.

Member, International Software Architecture Workshop Steering Committee, 1997-Present.

Co-Editor-in-Chief, Software Process: Improvement and Practice, Wiley Interscience, 1994-2004.

Member, NSF/SIGSOFT Software Engineering Impact Group, 2000-2003.

Member, Editorial Board, IEEE Transactions on Software Engineering, 1992-1999.

Member, Disciplined Engineering Board, Software Engineering Institute, CMU, 1995-1996.

Member, ICSE Steering Committee, 1993-1998

Member, Symposium on Software Development Environments Steering Committee, 1989-1993.

Member-At-Large, ACM SIGSOFT, 1990-93

Member, Software Engineering Editorial Board of the Journal of Computer and Software Engineering.

Member of the Executive Committee, IEEE Technical Committee on Software Engineering.

NSF Research Initiation Awards Panel, Software Engineering Proposals.

*Conference Leadership*

Co-Chair, Combined Workshop on Sharing Architecture Knowledge and Architecture Rationale and Design Intent, 29th International Conference on Software Engineering, May 2007

Co-Chair, 2nd International Workshop on Incorporating COTS Software into Software Systems, 29th International Conference on Software Engineering, May 2007

Co-Chair, CASCON 2004 Workshop on Requirements/Architectures, October 2004.

Co-chair, International Workshop on Incorporating COTS-Software into Software Systems: Tools and Techniques (IWICSS), February 2004.

Chair, Panels, 2003 International Conference on Software Engineering, May 2003

Chair, Most Influential Paper from ICSE 1993, 2003 International Conference on Software Engineering, May 2003

Co-Chair,Industrial Track, 2001 International Conference on Software Engineering, May 2001

Co-Program Chair, Software Process Improvement 2000, Gothenberg Sweden, December 2000.

Co-Program Chair, Software Process Improvement 1999, Barcelona, December 1999

Organizing Committee, 1999 Workshop on Principles of Software Evolution, Fukuoka Japan, July 1999

Publicity Chair, 1999 International Conference on Software Engineering, May 1999

Co-Program Chair, 1st Working IFIP Conference on Software Architecture, San Antonio, February 1999

Co-Chair, 3rd International Software Architecture Workshop, Orlando FL, October 1998

Chair, 5th International Conference on Software Process, Lisle IL, June 1998

Organizing Committee, ICSE98 Workshop on Principles of Software Evolution, Kyoto Japan, April 1998

Workshop Co-chair, International Software Engineering Conference '98, Kyoto Japan, April 1998.

Organizing and Conference Chair, 17th International Conference on Software Engineering, Seattle WA, April-May 1995.

Program Chair, 3rd International Conference on the Software Process, Washington DC, October 1994.

Tutorial Chair, SIGSOFT'93 - Foundations of Software Engineering, Los Angeles CA, December 1993.

Workshop Chair, 15th International Conference on Software Engineering, Baltimore MD, May 1993.

Tutorial Chair, 14th International Conference on Software Engineering, Melbourne, Australia, May 1992.

Chair, 13th-17th International Conference on Software Engineering PC subcommittee for Best Papers from ICSE2 - ICSE7.

Area Chair, 13th International Conference on Software Engineering, Austin TX, May 1991.

Conference Chair, SIGSOFT'90 - 4th Symposium on Software Development Environments, Irvine CA, 3-5

December 1990.

Co-Program Chair, Symposium on Environments and Tools for Ada (SETA1), Los Angeles CA, May 1990. (The merger of the Future APSE Workshop and the 4th International Ada Applications and Environments Conference)

Workshop Chair, 5th International Software Process Workshop: Experience With Software Process Models, Kennebunkport ME, 10-13 October 1989.

Program Chair, 3rd International Ada Applications and Environments Conference, Manchester NH, May 1988.

*Conference/Workshop Program Committee Member*

ECSA 2007 - European COnference on Software Engineering 2007,September 2007

ICSP 2007 - International Conference on Softwar Process 2007, May 2007

ICSE 2007: MSR '07 -Workshop on Mining Software Repositories 2007, May 2007

ICCBSS 2006 - Sixth International Conference on COTS-Based Software Systems 2007, March 2007

WICSA6 - IFIP Working International Conference on Software Architecture 2007, January 2007

FSE 2006 - ACM SIGSOFT Foundations of Software Engineering 2006, November 2006

ICGSE 2006 - First International Conference on Global Software Engineering 2006, October 2006

EWSA 2006 - European Workshop on Software Architecture 2006, September 2006

ISESE 2006 - International Conference on Empirical Software Engineering 2006, September 2006

ICSE 2006 - Tutorial Committee: International Conference on Software Engineering 2006, May 2006

ICSE 2006: MSR '06 -Workshop on Mining Software Repositories 2006, May 2006

SPW/ProSim 2006 - Software Process Workshop/Workshop on Software Process Simulation and Modeling 2006, May 2006

WISE 2005 - Sixth International Conference on Web Information Systems 2005, November 2005

WICSA5 - The 5th IFIP Working International Conference on Software Architecture 2005, November 2005

ISESE 2005 - The 4th International Symposium on Empirical Software Engineering, November 2005

EWSA 2005 - European Workshop on Software Architecture, June 2005

ICSE 2005: WADS '05 - Workshop on Architecting Dependable Systems 2005, May 2005

ICSE 2005: MSR '05 -Workshop on Mining Software Repositories 2005, May 2005

ProSim'05 - The 5th International Workshop on Software Process Simulation and Modeling, May 2005

Beijing Software Process Workshop 2005, May 2005

IWICSS 2005 - International Workshop on Incorporating COTS into Software Systems 2005, January 2005

WICSA4 - 4th Working IFIP Conference on Software Architecture, 2004, June 2004

EWSA '04 - European Workshop on Softwre Architecture 2004, May 2004

ICSE 2004: WADS '04 - Workshop on Architecting Dependable Systems 2004, May/June 2004

ICSE 2004: MSR '04 -Workshop on Mining Software Repositories 2004, May 2004

ProSim'04 - The 5th International Workshop on Software Process Simulation and Modeling, May 2004

Fifth International Workshop on Product Family Engineering, November 2003

International Conference on Quality Software 2003, September 2003

9th European Workshop on Software Process Technology, September 2003

Fifth International Workshop on Product Family Engineering, November 2003

Third International Conference for Quality Software, September 2003

International Software Process Workshop 2003, May 2003

ICSE2003: WADS '03 - Architecting Dependable Systems, May 2003

2002 International Symposium on Empirical Software Engineering, October 2002

International Conference on Software Maintenance, 2002, September 2002

3rd Working IFIP Conference on Software Architecture, WICSA3, August 2002

ProSim/ISPW2002, July 2002

International Conference on Software Engineering, 2002, May 2002

ICSE2002: WADS '02 - Architecting Dependable Systems, May 2002

4th Product Line Architecture Workshop, October 2001

European Software Engineering Conference and Foundations of Software Engineering 2001, September 2001

Second Working IFIP/IEEE Conference on Software Architecture (WICSA2), 2000/2001

International Conference on Software Engineering, 2001, May 2001

ICSE2001 Workshop: From Software Requirements to Architectures - STRAW 2001,

IFIP/IEEE International Workshop on Distributed Systems: Operations and Management 2000 (ISOM2000), Austin TX, December 2000

Foundations of Software Engineering 2000, November 2000

Middleware Symposium, Principles of Distributed Computing Conference, July 2000.

Feast Workshop, July 2000

4th International Software Architecture Workshop, ICSE2000, June 2000

Workshop on Multi-Dimensional Separation of Concerns in Software Engineering, ICSE2000, June 2000

3rd Product Line Architecture Workshop, February 2000

2nd International Workshop on Principles of Software Evolution, Japan, July 1999

1999 Workshop on Engineering Distributed Objects, ICSE99, May 1999

Coordination 1999, Amsterdam, April 1999.

5th International Conference on Software Reuse, June 1998

International Software Engineering Conference '98, April 1998

Coordination '97, September 1997.

International Software Engineering Conference '97, May 1997.

4th International Conference on the Software Process, December 1996.

4th ACM Sigsoft Conference on the Foundations of Software Engineering, October 1996.

10th International Software Process Workshop, June 1996.

6th Empirical Studies Workshop, January 1996.

Software Architecture workshop (ISAW1), ICSE17, April 1995.

9th International Software Process Workshop, October 1994.

16th International Conference on Software Engineering, May 1994.

7th International Workshop on Software Specification and Design, December 1993.

15th International Conference on Software Engineering, May 1993.

2nd International Conference on the Software Process, Berlin, Germany, February 1993.

International Workshop on Hardware-Software Codesign, Estes Park, CO, September 1992.

1st International Conference on the Software Process, Redondo Beach, CA, October 1991.

6th International Workshop on Software Specification and Design, Lake Como, Italy, October 1991.

4th Symposium on Testing, Analysis, and Verification, Victoria BC, October 1991.

13th International Conference on Software Engineering, Austin TX, May 1991

Software Process Symposium, Washington DC, September 1990.

12th International Conference on Software Engineering, Nice, France, March 1990.

2nd Symposium on Configuration Management, Princeton NJ, October 1989.

11th International Conference on Software Engineering, Pittsburg PA, May 1989.

5th International Workshop on Software Specification and Design, Pittsburgh PA, May 1989.

4th International Software Process Workshop, Moretonhampstead, Devon, England, May 1988.

2rd International Ada Applications and Environments Conference, Miami FL, April 1986.

*Professional Membership*

Institute for Electrical and Eloctronic Engineers (IEEE) 1977-Present

IEEE Computer Society, 1977-Present

IEEE Computer Society Technical Council on Software Engineering (TCSE)

Association for Computing Machinery (ACM), 1977-Present

ACM Special Interest Groups on Operating Systems (SIGOPS), Programming Languages (SIGPLAN) and Software Engineering (SIGSOFT)

## Grants and Contracts

NSF CISE REU: Extension to "SOD Collaborative Research: Constraint-Based Architecture Evaluation", $12,000, 2006-2007

NSF CISE: "SOD Collaborative Research: Constraint-Based Architecture Evaluation", $1,000,000, 2005-2009

NSF CISE REU: Extension to "Transforming Requirements Specifications into Architectural Prescriptions", $6,000, 2005-2006

NSF CISE REU: Extension to "Transforming Requirements Specifications into Architectural Prescriptions", $12,060, 2004-2005

NSF CISE: "Transforming Requirements Specifications into Architectural Prescriptions", $300,000, 2003-2006

Microsoft, Software Packages grant, $12,000, September 2002

Intel, Equipment Grant, $18,000, September 2002

Tivoli Systems Research Associate Grant, "Tranforming Goal-Directed Requirements into Architectural Prescriptions", $30,000, 2000-2001

[Note: All my work as Pegasus Systems was contract work. I have included here only those  contracts which were research related contracts]

Engineering and Physical Sciences Research Council, UK. FEAST/2 (Feedback, Evolution and Software Technology). GR/M44101: 234,752 UKPounds ($387,350) for April 1999 - March 2001. (Core Research Team: Prof. MM Lehman, Imperial College, Prof W Turski, Warsaw University, DE Perry, Bell Laboratories).

Engineering and Physical Sciences Research Council, UK. Senior Visiting Fellows. GR/L96561 for 11,118 UKPounds ($18,350) for 1998-1999 (Prof W. Turski, Warsaw University, DE Perry, Bell Laboratories).

Engineering and Physical Sciences Research Council, UK. Senior Visiting Fellows. GR/L07437 for 11,880 UKPounds ($19,600) for 1996-1997 (Prof W. Turski, Warsaw University, DE Perry, Bell Laboratories).

Engineering and Physical Sciences Research Council, UK. FEAST/1 (Feedback, Evolution and Software Technology). GR/K86008: 239,262 UKPounds ($394,800) for October 1996 - October 1998. (Core Research Team: Prof. MM Lehman, Imperial College, Prof W Turski, Warsaw University, DE Perry, Bell Laboratories).

Computer System Integration and Operations Division, CENTACS, CORADCOM, US Army, Fort Monmouth, NJ.  Measurement and Analysis of Distributed Systems.  $9300, 1981 (Principle Investigator).

Research Group, Computer Research Division, Army Tactical Computer Technology Laboratory, CORADCOM, Fort Monmouth, NJ.  1) Advanced programming and Ada, 2) Continuous operation of distributed systems, and 3) Language oriented software development environments.  $124,000, September 1979 - October 1981. (Principle Investigator).

Software Engineering Division, CENTACS, CORADCOM, Ft. Monmouth, NJ.  Review and Evaluation of Ada. $21,900, 1978-1979 (Principle Ivestigator).

USAECOM PMARTADS - CENTACS, Software Engineering Division, Fort Monmouth.  Convert prompting system to commercial database ADABASE.  Create model for maintanence documentation. $17,600, 1977 (Principle Ivestigator).

USAECOM Comm/ADP Lab, Advanced System Design and Development Division.  Intelligent Communications Terminal.  $27,000, 1976 (Principle Ivestigator for the system software).

USAECOM Comm/ADP Lab, Advanced System Design and Development Division. Intelligent prompting system. $15,500, 1975  (Principle Ivestigator).

## Publications

*Books and Book Chapters*

1. Alexander Egyed, House Mueller, Dewayne E. Perry, Dennis B. Smith, Scott Tilley.  Proceedings of the 2nd International Workshop on Incorporating COTS Software into Software Systems (WICSS 2004).  29th International Conference on Software Engineering, Minneapolis MN, May 2007.

2. Paris Avgeriou, Paul S. Grisham, Philippe Kruchten, Patricia Lago and Dewayne E. Perry.  Proceedings of the 2nd Intl. Workshop on SHAring and Reusing architectural Knowledge - Architecture, rationale, and Design Intent (SHARK/ADI 2007), 29th International Conference on Software Engineering, Minneapolis MN, May 2007.

3. Matthew J. Hawthorne and Dewayne E. Perry, "Software Engineering Education in the Era of Outsourcing, Distributed Development, and Open Source Software: Challenges and Opportunities". Paola Inverardi and Mehdi Jazayeri, Editors.  Software Engineering Education in the Modern Age: Challenges and Possibilities, PostProceedings of ICSE '05 Education and Training Track Springer Verlag, 2006, Lecture Notes in Computer Science, LNCS 4309

4. Software Evolution and Feedback: Theory and Practice. Nazim H. Madhavji, Juan Fernandez-Ramil, Dewayne Perry, Editors.  West Sussex, UK: John Wiley & Sons, Ltd, 2006, June 2006

5. Dewayne E. Perry.  "Chapter 2: A Nontraditional View of the Dimensions of Software Evolution".  Software Evolution and Feedback: Theory and Practice. Nazim H. Madhavji, Juan Fernandez-Ramil, Dewayne Perry, Editors.  West Sussex, UK: John Wiley & Sons, Ltd, 2006, June 2006. pp 41-52.

6. Mier M. Lehman, Dewayne E Perry and Wladyslaw Turski.  "Chapter 17: Difficulties with Feedback Control in Software Processes".  Software Evolution and Feedback: Theory and Practice. Nazim H. Madhavji, Juan Fernandez-Ramil, Dewayne Perry, Editors.  West Sussex, UK: John Wiley & Sons, Ltd, 2006, June 2006. pp 363-376

7. Alexander Egyed, Hausi A Mueller, and Dewayne E Perry.  Guest Editors, Special Issue: COTS Integration, IEEE Software 22:4 (July/August 2005)

8. Alexander Egyed and Dewayne E. Perry, Proceedings of the 1st International Workshop on Incorporating COTS Software into Software Systems (WICSS 2004). 3rd International Conference on COTS-Based Software Systems (ICCBSS 2004), Redondo Beach, February 2004.

9. Dewayne E Perry. Foreword.  Architecting Dependable Systems. Lemos, Gacek and Romanovksy, Eds. Springer Verlag, LNCS 2677, 2003, pp v-vi.

10. Paul Clements, Alexander Ran and Dewayne Perry, Proceedings of the 1st Working IFIP Conference on Software Architecture (WICSA1), February 1999.

11. Jeff N. Magee and Dewayne E. Perry, Proceedings of the 3rd International Software Architecture Workshop, ACM SIGSOFT, November 1998.  Acm Press, 1998.

12. Barry Boehm, Mark I. Kellner and Dewayne E. Perry, Proceedings of the 10th International Workshop on Software Process, IEEE Computer Society, August 1998.

13. Robert Balzer, Leon J. Osterweil and Dewayne E. Perry, Proceedings of the 5th International Conference on Software Process, International Software Process Association, June 1998

14. Dewayne E. Perry, Nancy Staudenmayer and Larry Votta, ''Understanding and Improving Time Usage in Software Development'', Trends in Software: Software Process, Fuggetta and Wolf, Editors, Volume 5, John Wiley & Sons: 1996.

15. Dewayne Perry, Ross Jeffery and David Notkin, Editors, Proceedings of the 17th International Conference on Software Engineering, The Association for Computing Machinery, April 1995.

16. Dewayne E. Perry, Editor.  Proceedings of the Third International Conference on the Software Process: Applying the Software Process, IEEE Computer Society Press, October 1994.

17. Dewayne E. Perry, Editor.  Proceedings of the Fifth International Software Process Workshop, Kennebunkport ME, October 1989. IEEE Computer Society Press, 1990.

18. Derek Morris and Dewayne E. Perry, editors.  Proceedings of the 3rd International Ada Applications and Environments Conference, Manchester NH, May 1988. IEEE Computer Society Press, 1989.

19.   A. Nico Habermann and Dewayne E. Perry. Ada For Experienced Programmers. Reading, Mass: Addison-Wesley, May 1983.

20.   Dewayne E. Perry. "Low Level Language Features". Using Selected Features of Ada: A Collection of Papers, CENTACS, US Army Communication-Electronics Command, 1981. Reprinted in The Ada Programming Language: A Tutorial, edited by Sabina H. Saib and Robert E. Fritz. IEEE Computer Society Press, 1983. pp. 327-335.

*Refereed Journal Papers*

21.   Paul S Grisham, Herb Krasner, and Dewayne E. Perry. "Data Engineering Education with Real-World Projects", SIGCSE Bulletin, 38:2 (June 2006), pp 64-69., June 2006

22.   Alexander Egyed, Hausi A Mueller, and Dewayne E Perry. "Integrating COTS into the Development Process", Special Issue: COTS Integration, IEEE Software 22:4 (July/August 2005), 16-18.

23.   Ranjith Purushothaman and Dewayne E Perry, "Towards Understanding the Rhetoric of Small Source Code Changes", Special Issue on Mining Software Repositories, IEEE Transactions on Software Engineering TSE 31-6 (June 2005)

24.   Marek Leszak, Dewayne E Perry and Dieter Stoll "Classification and Evaluation of Defects in a Project Retrospective", Journal of Systems and Software, 61 (2002), 173-187.

25.   J.M. Perpich, D.E. Perry, A.A. Porter, L.G. Votta and M.W.Wade. "Studies of Code Inspection Interval Reduction in Large-Scale Software Development", IEEE Transactions on Software Engineering, 28:7 (July 2002), 684-694.

26.   Dewayne E. Perry, Harvey P. Siy and Lawrence G. Votta. "Parallel Changes in Large Scale Software Development: An Observational Case Study" Transactions on Software Engineering and Methodology, 10:3 (July 2001), 308-337.

27.   D. E. Perry, A. Romanovsky and A. Tripathi. "Guest Editor's Introduction - Current Trends in Exception Handling - Part II", IEEE Transactions on Software Engineering 26:9 (October 2000)

28.   D. E. Perry, A. Romanovsky and A. Tripathi. "Guest Editor's Introduction - Current Trends in Exception Handling", IEEE Transactions on Software Engineering 26:9 (September 2000)

29.   P. T. Devanbu, D. E. Perry and J. S. Poulin. "Guest Edito's Introduction - Next Generation Software Reuse", IEEE Transactions on Software Engineering 26:5 (May 2000)

30.   Ashok Dandekar, Dewayne E. Perry and Lawrence G. Votta, "A Study in Process Simplification", Software Process: Improvement & Practice, 3:2 (June 1997).

31.   Ashok Dandekar and Dewayne E. Perry, "Barriers to Effective Process Architecture" Software Process: Practice and Improvement, 2.1, January 1996.

32.   David Garlan and Dewayne E. Perry, "Introduction to the Special Issue on Software Architecture", IEEE Transactions on Software Engineering, 21:4 (April 1995).

33.   Dewayne E. Perry and Laawrence G. Votta, "Prototyping a Process Monitoring Experiment", IEEE Transactions on Software Engineering, 20:10, October1994.

34.   Dewayne E. Perry, Nancy Staudenmayer and Lawrence G. Votta, "People, Organizations, and Process Improvement", IEEE Software, July 1994.

35.   Dewayne E. Perry and Gail E. Kaiser. "Models of Software Development Environments". IEEE Transactions on Software Engineering, 17:3 (March 1991).

36.   Dewayne E. Perry and Gail E. Kaiser, "Making Progress in Cooperative Transaction Models", IEEE Bulletin on Data Engineering, 14:1 (March 1991).

37.   Dewayne E. Perry and Gail E. Kaiser. "Adequate Testing and Object-Oriented Programming" Journal of Object-Oriented Programming, January-February 1990.

38.   Dewayne E. Perry. "Guest Editorial — Selected Papers from the 3rd Ada Applications and Environments Conference". In ACM Transactions on Programming Languages and Systems, October 1990.

*Refereed Conference and Workshop Papers*

39.   Rodion Podorozhny, Sarfraz Khurshid, Dewayne Perry, and Xiaoqin Zhang. "Verification of multi-agent negotiations using the Alloy Analyzer", IFM 2007: Integrated Fomal Methods, Oxford UK, July 2007

40.   Paris Avgeriou, Philippe Kruchten, Patricial Lago, Paul Grisham and Dewayne Perry. "Sharing and Reusing Architectural Knowledge - Architecture, Rationale, and Design Intent", International Conference on Software Engineering 2007, May 2007, Minneapolis MN.

41. Alexander Egyed, Hausi Muller, Dewayne E Perry, Dennis B Smith and Scott Tilley. "Summary of the 2nd International Workshop on Incorporating COTS Software into Software Systems: Tools and Techniques", International Conference on Software Engineering 2007, May 2007, Minneapolis MN

42. Paul S. Grisham, Matthew J. Hawthorne and Dewayne E Perry, "Architecture and Design Intent: An Experience Report", Workshop on Sharing Architecture Knowledge (SHARK) and Architecture Design Intent (ADI) 2007, International Conference on Software Engineering 2007, May 2007, Minneapolis MN

43. Charles L. Chen, Danhua Shao and Dewayne E Perry, "An Exploratory Case Study Using CBSP and Archium" Workshop on Sharing Architecture Knowledge (SHARK) and Architecture Design Intent (ADI) 2007, International Conference on Software Engineering 2007, May 2007, Minneapolis MN

44. Sutirtha Bhattachary and Dewayne E. Perry. "Predicting Emergent Properties of Component Based Systems", ICCBSS 2006: Sixth International Conference on COTS-Based Software Systems 2007, March 2007

45. Sutirtha Bhattacharya and Dewayne E. Perry "Architecture Assessment Model for System Evolution", WICSA6: IFIP Working International Conference on Software Architecture 2007, January 2007

46. Charls L. Chen, Paul S. Grisham, Sarfraz Khurshid and Dewayne E. Perry. "Design and Validation of a General Security Model with the Alloy Analyzer", FSE 2006: ACM SIGSOFT Foundations of Software Engineering 2006, Portland OR, November 2006

47. Vidya Lakshminarayanan, WenQian Liu, Charles L Chen, Steve Easterbrook, Dewayne E Perry. "Software Architects in Practice: Handling Requirements", CASCON 2006: IBM CAS Conference, Toronto Canada, October 2006

48. Michael Jester, Herb Krasner, and Dewayne E. Perry. "Software Process Definition & Improvement: An Industry Report", 32nd Euromicro Conference on Software Engineering and Advanced Applications - Software Process and Product Improvement (SEAA-SPPI 2006), Cavtat/Dubrovnik, Croatia. August 2006 , August 2006

49. Dewayne E. Perry, Susan Elliott Sim, and Steve Easterbrook. "Case Studies for Software Engineers", Proceedings of the 28th International Conference on Software Engineering & Co-Located Workshops, 20-28 May, 2006, Shanghai, China, May 2006

50. Danhua Shao, Sarfraz Khurshid and Dewayne E. Perry. "Mining Change and Version Management Histories to Evaluate an Analysis Tool: Extended Abstract", Mid-Atlantic Student Workshop on Programming Languages and Systems, April 2006. New Brunsiwck NJ., April 2006

51. G. Lorenzo Thione and Dewayne E. Perry. "Parallel Changes: Detecting Semantic Interferences". The 29th Annual International Computer Software and Applications Conference (COMPSAC 2005), Edinburgh, Scotland, July 2005

52. Mark Grechanik, Dewayne E. Perry, and Don Batory. "Using AOP to Monitor and Administer Software for Grid Computing Environments", The 29th Annual International Computer Software and Applications Conference (COMPSAC 2005), Edinburgh, Scotland, July 2005

53. Divya Jani, Damien Vanderveken and Dewayne E Perry. "Deriving Architectural Specifications from KAOS Specifications: A Research Case Study", European Workshop on Software Architecture 2005, Pisa Italy, June 2005.

54. Rodion M. Podorozhny, Dewayne E. Perry and Leon J. Osterweil. "Automatically Analyzing Software Processes: Experience Report", Software Process Workshop 2005, Beijing China, May 2005.

55. Matthew J. Hawthorne and Dewayne E. Perry. "Software Engineering Education in the Era of Outsourcing, Distributed Development, and Open Source Software: Challenges and Opportunities", International Conference on Software Engineering (ICSE2005), St. Louis MO, May 2005.

56. Paul S. Grisham and Dewayne E Perry. "Customer Relationships and Agile Software Development". Workshop on Human and Social Factors of Software Engineering (HSSE 2005), International Conference on Software Engineering 2005, St Louis MO, May 2005

57. WenQian Liu, Charles L. Chen, Vidya Lakshminarayanan, Dewayne E. Perry. "A Design for Evidence-based Software Architecture Research". Workshop on Realising Evidence-Based Software Engineering (REBSE'2005), International Conference on Software Engineering 2005, St Louis MO, May 2005.

58. Matthew J. Hawthorne and Dewayne E. Perry. "Exploiting Architectural Prescriptions for Self-Managing, Self-Adaptive Systems: A Position Paper" ACM SIGSOFT Workshop on Self-Managed Systems (WOSS'04), at ACM SIGSOFT Foundations of Software Engineering 2004, Newport Beach CA, November 2004.

59. Matthew J. Hawthorne and Dewayne E. Perry. "Applying Desigh Diverseity to Aspects of System Architectures and Deployment Configurations to Enhance System Dependability." Workshop on Architecting Dependable Systems 2004, 2004 International Conference on Dependable Systems and Networks. Florence IT June 2004. Suplemental Volume, pp 312-316.

60. Dewayne E. Perry, Susan Elliot Sim and Steve Easterbrook. "Case Studies for Software Engineers." International Conference on Software Engineering 2004 (ICSE 2004), May 2004, Edinburgh, Scotland. pp 736-738.

61. Mark Grechanik, Dewayne E. Perry and Don Batory. "Design of Large-Scale Polylingual Systems". International Conference on Software Engineering 2004 (ICSE 2004), May 2004, Edinburgh, Scotland. pp 357-366.

62. Ranjith Purushothaman and Dewayne E Perry, "Towards Understanding the Rhetoric of Small Changes - Extended Abstract" International Workshop on Mining Software Repositories (MSR 2004), International Conference on Software Engineering 2004 (ICSE 2004), May 2004, Edinburgh, Scotland. pp 90-94.

63. Mark Grechanik and Dewayne E. Perry. "Analyzing Software Development as a Noncooperative Game". The 6th International Workshop on Economics-Driven Software Engineering Research (EDSER-6), International Conference on Software Engineering 2004 (ICSE 2004), May 2004, Edinburgh, Scotland.

64. Mark Grechanik and Dewayne E. Perry. "Secure Deployment of Components". 2nd International Conference on Component Deployment 2004. May 2004, Edinburgh, Scotland. Lecture Notes in Computer Science, Springer-Verlag. pp 159-174.

65. Mark Grechanik, Dewayne E. Perry and Don Batory. "Reengineering Large-Scale Polylingual Systems - Extended Abstract". International Workshop on Integrating COTS into Software Systems 2004 (IWICCS 2004), February 2004, Redondo Beach CA. pp 22-32.

66. Manuel Brandozzi and Dewayne E Perry. From Goal-Oriented Requirements to Architectural Prescriptions: The Preskiptor Process. International Workshop From SofTware Requirements to Architectures, May 2003, pp 107-113.

67. Rodion M Podorozhny, Dewayne E Perry, and Leon J Osterweil. Artifact-based functional comparison of software processes. 4th International Workshop on Software Process Simulation and Modeling, May 2003, pp V.29.1-10

68. Mark Grechanik, Don Batory and Dewayne E. Perry, ''Integrating and Reusing GUI-Driven Applications'', International Conference on Software Reuse, Austin, Texas, April 2002.

69. Marcus Ciolkowski, Oliver Laitenberger, Dieter Rombach, Forrest Shull, and Dewayne Perry, "Software Inspections, Reviews & Walkthroughs", International Conference on Software Engineering 2002, Orlando FL, May 2002

70. Mark Grechanik, Dewayne E. Perry, and Don Batory, "An Approach to Evolving Database Dependent Systems", International Workshop on Principles of Software Evolution, ICSE2002, Orlando FL, May 2002

71. Rodion M. Podorozhny and Dewayne E. Perry, "A Multi-Agent Framework for an Architecting Process", Proceedings of 1st International Workshop on Software Engineering for Large-Scale Multi-Agent Systems 2002, ICSE2002, Orlando FL, May 2002

72. Manuel Brandozzi and Dewayne E Perry, "Architectural Prescriptions for Dependable Systems", International Workshop on Architecting Dependable Systems, ICSE2002, Orlando FL, May 2002

73. Francois Coallier, Linda M. Northrop and Dewayne Perry "Invited Industry Presentations (IIP)" Proceedings of the 23rd International Conference on Software Engineering, Toronto Canada, 12-19 May 2001. pp 681-4,

74. Manuel Brandozzi and Dewayne E. Perry "Transforming Goal Oriented Requirement Specifications into Architectural Prescriptions" Workshop Proceedings: From Software Requirements to Architectures STRAW 2001, Castro and Kramer, Editors. pp 54-60.

75. Dewayne Perry, Adam Porter, Lawrence Votta. "Empirical Studies and Software Engineering: A Roadmap", The Future of Software Engineering - ICSE2000, Finkelstein, ed. June 2000.

76. Marek Leszak, Dewayne E. Perry and Dieter Stoll. "A Case in Root Cause Defect Analysis", International Conference on Software Engineering 2000, Limerick Ireland, June 2000.

77. Dewayne E. Perry. "A Product Line Architecture for a Network Product", ARES III: Software Architectures for Product Families 2000, Los Palmos, Gran Canaria, Spain, March 2000.

78. Grinter, R. E., Herbsleb, J. D., & Perry, D. E. "The Geography of Coordination: Dealing with Distance in R&D Work", Proceedings, GROUP '99, Phoenix, AZ, November 14-17, 1999

79. Dewayne E. Perry, Gurgit S. Gil and Lawrence G. Votta. "A Case Study of Successful Geographically Separated Teamwork" Software Process Improvement 1998 (SPI98), December 1998.

80. M.M. Lehman, D.E. Perry and J.F. Ramil. "Implications of Evolution Metrics on Software Maintenance". ICSM'98, November 1998.

81.  M.M. Lehman, D.E. Perry and J.F. Ramil. "On Evidence Supporting the FEAST Hypothesis and the Laws of Software Evolution". Metrics'98, November 1998.

82.  Nancy Staudenmayer, Todd Graves, J. Steve Marron, Audris Mockus, Dewayne Perry, Harvey Siy and Lawrence Votta, Adapting to a New Environment: How a Legacy Software Organization Copes with Volatility and Change, 5th International Product Development Management Conference, Como Italy, May 1998

83.  Dewayne E. Perry, Harvey P. Siy and Lawrence G. Votta. "Parallel Changes in Large Scale Software Development: An Observational Case Study", 1998 International Software Engineering Conference (ICSE98), Kyoto Japan, April 1998.

84.  Harvey P. Siy and Dewayne E. Perry. "Challenges in Evolving a Large Scale Software Product". Principles of Software Evolution Workshop. 1998 International Software Engineering Conference (ICSE98), Kyoto Japan, April 1998

85.  Dewayne E. Perry. "Generic Descriptions for Product Line Architectures". ARES II Product Line Architecture Workshop, Los Palmos, Gran Canaria, Spain, February 1998.

86.  Dewayne E. Perry. "Using Process Modeling for Process Understanding", Software Process Improvement 1997, Barcelona ES, December 1997.

87.  MM Lehman, DE Perry, JCF Ramil, WM Turski and P Wernick. "Metrics and Laws of Software Evolution", Proc. Fourth International Symposium on Software Metrics, Metrics 97, Albuquerque, New Mexico, 5-7 Nov 97, pp 20-3.

88.  Dewayne E. Perry and Lawrence G. Votta. "The Tale of Two Projects -- Abstract", European Software Engineering Conference/Foundations of Software Engineering Conference 1997, Zurich CH, September 1997.

89.  Dewayne E. Perry. "Directions in Process Technology -- An Architectural Perspective", Workshop on Research Directions in Process Technology, Nancy France, July 1997.

90.  Dewayne E. Perry. "Maintaining Consistent, Minimal Configurations", SCM7, at ICSE97, May 1997

91.  J.M. Perpich, D.E. Perry, A.A. Porter, L.G. Votta and M.W.Wade. "Anywhere, Anytime Code Inspections: Using the Web to Remove Inspection Bottlenecks in Large-Scale Software Development". 1997 International Software Engineering Conference (ICSE97), Boston Mass, May 1997.

92.  Ashok Dandekar, Dewayne E. Perry and Lawrence G. Votta, "A Study in Process Simplification", 4th International Conference on Software Process, December 1996, Brighton UK

93.  Dewayne E. Perry, Adam Porter and Lawrence G. Votta, "Evaluating Workflow and Process Automation in Wide-Area Software Development" Software Process Technology, Fifth European Workshop -- EWSPT'96, Springer-Verlag, October 1996.

94.  Dewayne E. Perry, "Practical Issues in Process Reuse", 10th International Software Process Workshop, France, June 1996.

95.  Dewayne E. Perry, Adam Porter and Lawrence G. Votta, "Evaluating Workflow and Process Automation in Wide-Area Software Development" NSF Workshop on Workflow and Process Automation, May 1996.

96.  David Carr and Ashok Dandekar and Dewayne E. Perry, "Experiments in Process Interface Descriptions, Visualizations and Analyses", Software Process Technology, Fourth European Workshop -- EWSPT'95, Springer-Verlag, April 1995.

97.  Dewayne E. Perry, "System Compositions and Shared Dependencies", 6th Workshop on Software Configuration Management, ICSE18, Berlin Germany, March 1996.

98.  Dewayne E. Perry, "Issues in Process Architecture", 9th International Software Process Workshop, Airlie VA, October 1994.

99.  Dewayne E. Perry, "Enactment Control in Interact/Intermediate", in Software Process Technology, Third European Workshop, EWSPT'94, Brian C. Warboys, ed., Springer Verlag, February 1994

100. Dewayne E. Perry and Steven S. Popovich, "Inquire: Predicate Based Use and Reuse", Knowledge-Based Software Engineering Conference, Chicago IL, September 1993.

101. Mark G. Bradac, Dewayne E. Perry and Lawrence G. Votta. "Prototyping a Process Monitoring Experiment", Proceedings of the Fifteenth International Conference on Software Engineering, Baltimore, 1993. Chosen as one of best papers and will be published in the IEEE Transactions on Software Engineering in 1994.

102. Dewayne E. Perry. "Humans in the Process: Architectural Implications", Proceedings of the 8th International Software Process Workshop March 1993, Schloss Dagstuhl, Germany.

103. Dewayne E. Perry. "Policy-Directed Coordination and Cooperation", Proceedings of the 7th International Software Process Workshop, October 1991, Yountville CA.

104. Dewayne E. Perry. "Dimensions of Consistency in Source Versions and System Compositions — A Position Paper" Proceedings of the 3rd Workshop on Software Configuration Management Trondheim, Norway, June 1991.

105. Stephen S. Popovich, William M. Schell, and Dewayne E. Perry. "Experiences with an Environment Generation System", Proceedings of the 13th International Conference on Software Engineering, May 1991, Austin TX.

106. Dewayne E. Perry. "Policy and Product-Directed Process Instantiation" Proceedings of the 6th International Software Process Workshop", 28-31 October 1990, Hakodate, Japan.

107. Dewayne E. Perry. "The Logic of Propagation in The Inscape Environment". Proceedings of SIGSOFT '89: Testing, Analysis and Verification Symposium, Key West FL, December 1989.

108. Gail E. Kaiser and Dewayne E. Perry. "Infuse: Fusing Integration Test Management with Change Management". Proceedings of COMSAC 89, Kissimmee FL, September 1989

109. Dewayne E. Perry. "An Overview of the Inscape Environment". Proceedings of the International Workshop on Environments — Building Environments: Lessons from the Past, Directions for the Future, Chinon, France, September 1989.

110. Dewayne E. Perry. "The Inscape Environment". The Proceedings of the Eleventh International Conference on Software Engineering, May 1989, Pittsburgh, PA.

111. Dewayne E. Perry. "Position Paper for the Software CAD Databases Workshop". Proceedings of the 1989 ACM SIGMOD Workshop on Software CAD Databases, February 1989, Napa, CA. April 1989.

112. Dewayne E. Perry. "Problems of Scale and Process Models". The Proceedings of the 4th International Software Process Workshop: Representing and Enacting the Software Process, May 1988, Moretonhampstead, Devon, England.

113. Dewayne E. Perry and Gail E. Kaiser. "Models of Software Development Environments". The Proceedings of the Tenth International Conference on Software Engineering, April 1988, Raffles City, Singapore.

114. Gail E. Kaiser and Dewayne E. Perry. "Workspaces and Experimental Databases: Automated Support for Software Maintenance and Evolution", *Conference on Software Maintenance-1987*, Austin, TX, September 1987. pp 108-114.

115. Dewayne E. Perry. "Software Interconnection Models", *Proceedings of the 9th International Conference on Software Engineering*, Monterey, CA, March 1987. pp 61-69. Best Paper Award.

116. Dewayne E. Perry. "Version Control in the Inscape Environment", This proceedings, Proceedings of the 9th International Conference on Software Engineering, March 30 - April 2, 1987, Monterey CA.

117. Dewayne E. Perry and Gail E. Kaiser. "Infuse: A Tool for Automatically Managing and Coordinating Source Changes in Large Systems", Proceedings of the 1987 ACM Computer Science Conference, February 17-19, 1987, St. Louis MO.

118. Dewayne E. Perry and W. Michael Evangelist. "An Empirical Study of Software Interface Faults — An Update", Proceedings of the Twentieth Annual Hawaii International Conference on Systems Sciences, January 1987, Volume II, pages 113-126.

119. Dewayne E. Perry. "Programmer Productivity in the Inscape Environment", The Proceedings of GLOBECOM '86, December 1986, Houston TX, pages 0428-0434 (12.6.1-12.6.7).

120. Dewayne E. Perry. "The Iteration Mechanism in the Inscape Environment", Proceedings of the 3rd International Software Process Workshop: Iteration in the Software Process, November 1986, Breckenridge CO, pages 49-52.

121. Dewayne E. Perry. "The Inscape Environment: Knowledge-Based Synthesis of Large Systems through the Evolution of Program Interfaces", AAAI Workshop on Automatic Programming, Philadelphia, PA, August 1986.

122. Dewayne E. Perry. "Position Paper: The Constructive Use of Module Interface Specifications", Third International Workshop on Software Specification and Design. IEEE Computer Society, August 26-27, 1985, London, England.

123. Dewayne E. Perry and W. Michael Evangelist. "An Empirical Study of Software Interface Errors", Proceedings of the International Symposium on New Directions in Computing, IEEE Computer Society, August 1985, Trondheim, Norway, pages 32-38.

124. Dewayne E. Perry "Tools for Evolving Software", Proceedings of the 2nd International Workshop on The Software Process and Software Environments, March 1985, Coto De Caza, Trabuco Canyon, CA. Software Engineering Notes 11:4 (August 1986), pages 134-135.

125.  A. Nico Habermann and Dewayne E. Perry.  "System Composition and Version Control for Ada".  Symposium on Software Engineering Environments.  Bonn, West Germany.  June 16-20, 1980.  Published in Software Engineering Environments, edited by H. Huenke, North Holland, 1981, pp. 331-343.

126.  William Cave, Dewayne E. Perry and James Wagner.  "Decision Aids for Tactical Data Systems."  Workshop on Applications of Interactive Cybernetic Systems, October 1975.

*Current Submissions*

127.  Dewayne E Perry. "A Foundation for Empirical Software Engineering"

128.  Soon-Hyeok Choi, Dewayne E. Perry and Scott M. Nettles.  "A Software Architecture for Cross-LayerWireless Network Adaptations"

129.  Danhua Shao, Sarfraz Khurshid and Dewayne E Perry, "Predicting Faults from Direct Semantic Interference: An Evaluative Experiment"

130.  Svetoslav Ganov, Sarfraz Khurshid and Dewayne E. Perry.  "Symbolic Execution for GUI Testing"

*Invited Keynote Papers*

131.  Dewayne E. Perry, and Paul Grisham.  "Architecture and Design Intent in Component and COTS Based Systems", International Conference on COTS Based Software Systems, February 2006, Orlando FL., February 2006

132.  Dewayne E Perry and Paul Grisham. "Software Architecture: Past, Present and Future", European Workshop on Software Architecture 2005, Pisa Italy, June 2005

133.  Dewayne E Perry. "Product Line Architecture: Generic Descriptions & Case Study ", SOFT-PI'04: SOFtware Technologies for Performance and Interoperability, Tulsa OK, June 2005

134.  Dewayne E. Perry.  "Abstraction -- the Hard Core of Software Engineering."  ETAPS 2003 Workshop: Structured Programming: The Hard Core of Software Engineering, Warsaw Poland, April 2003.

135.  Dewayne E. Perry.  "Software Architecture: Leverage for System Evolution", Peoceedings of the Nato Symposium: Technology for Evolutionary Software Development, Bonn Germany, September 2002.

136.  Dewayne E. Perry.  "Software Architecture and Software Engineering", Proceedings of the International Conference on Software: Theory and Practice 2000, Beijing China, August 2000.

137.  Dewayne E. Perry.  "Software Evolution and Light Semantics -- Extended Abstract", Proceedings of the 21st International Conference on Software Engineering, May 1999, Los Angeles CA.

138.  Dewayne E. Perry.  "Software Architecture and its Relevance to Software Engineering", Coordination 1997, Berlin DE, September 1997

139.  Dewayne E. Perry. State of the Art in Software Architecture - Abstract, 1997 International Software Engineering Conference (ICSE97), Boston Mass, May 1997

140.  Meir M. Lehman, Dewayne E. Perry and Wladyslaw M. Turski, "Why is it so hard to find Feedback Control in Software Processes?", pProceedings of the 19th Australasian Computer Science Conference, Melbourne AUS, January 1996

141.  [Dewayne E. Perry,] Adam Porter and Lawrence G. Votta, "Experimental Software Engineering: A Report on the State of the Art", Proceedings of the Seventeenth International Conference on Software Engineering, April 1995.

142.  Dewayne E. Perry, "Dimensions of Software Evolution" Invited Keynote Paper, International Conference on Software Maintenance, Victoria BC, September 1994

143.  Dewayne E. Perry and Carol S.Steig, "Software Faults in Evolving a Large, Real-Time System: a Case Study", 4th European Software Engineering Conference — ESEC93, Garmisch, Germany, September 1993.

144.  Dewayne E. Perry.  "Industrial Strength Software Development Environments".  *Proceedings of IFIP '89 - 11th World Computer Congress,* August 1989, San Francisco, CA.  Invited Keynote Paper.

145.  Dewayne E. Perry.  "Scaling the Process Models".  The Proceedings of the 4th International Software Process Workshop: Representing and Enacting the Software Process, May 1988, Moretonhampstead, Devon, England. Invited Keynote Talk.

*Unrefereed Papers*

146.  Dewayne E Perry, "Laws and Principles of Evolution", 2002 International Conference on Software Maintenance, Montreal Canada, October 2002

147. Dewayne E. Perry, "Some Holes in the Emperor's Reused Clothes", WISR 9, Austin TX, January 1999.

148. Dewayne E. Perry and Takuya Katayama. "Panel: Critical Issues in Software Evolution". 1998 International Software Engineering Conference (ICSE98), Kyoto Japan, April 1998.

149. Bob Balzer, Carlo Ghezzi, Takuya Katayama, Jeff Kramer, David Notkin, Dewayne Perry and Akinori Yonezawa. "Workshop: Principles of Software Evolution" 1998 International Software Engineering Conference (ICSE98), Kyoto Japan, April 1998.

150. Dewayne E. Perry, Adam P. Porter and Lawrence G. Votta, "Tutorial: A Primer on Empirical Studies", Abstract, 1997 International Software Engineering Conference (ICSE97), Boston Mass, May 1997.

151. Dewayne E. Perry, Wilhelm S. Schaefer and Lawrence G. Votta, "Session 2: Product Line Development Experience I", 10th International Software Process Workshop, June 1996, Ventron FR.

152. Dewayne E. Perry, Wilhelm S. Schaefer and Lawrence G. Votta, "Session 3: Product Line Development Experience II" 10th International Software Process Workshop, June 1996, Ventron FR.

153. Dewayne E. Perry, Wilhelm S. Schaefer and Lawrence G. Votta, "Session 4: Day 1 Summary and Issues" 10th International Software Process Workshop, June 1996, Ventron FR.

154. Nancy S. Staudenmayer and Dewayne E. Perry, "Session 5: Key Techniques and Process Aspects for Product Line Development" 10th International Software Process Workshop, June 1996, Ventron FR.

155. Dewayne E. Perry, Session 8: Product Line Implications for Process - Summary 10th International Software Process Workshop, June 1996, Ventron FR.

156. Dewayne E. Perry, "OO and Opportunities for Software Evolution" Invited Panel Position Paper, International Conference on Software Maintenance, Victoria BC, September 1994

157. David Garlan and Dewayne E. Perry, "Software Architecture: Practice, Pitfalls, and Potential" Panel Introduction, 16th International Conference on Software Engineering, Sorrento IT, May 1994.

158. Dewayne E. Perry and Alexander L. Wolf. "Foundations for the Study of Software Architecture". ACM SIGSOFT Software Engineering Notes, 17:4 (October 1992).

159. Dewayne E. Perry. "Evolution and Interaction -- Position Paper", Invited position paper for the workshop on "Future Directions in Software Engineering", February 1992, Schloss Dagstuhl, Germany.

160. Dewayne E. Perry. "Session Report: Session 5 — Human Aspects of Process Design", Proceedings of the 7th International Software Process Workshop, October 1991, Yountville CA.

161. Dewayne E. Perry. "Panel Position Statement. Future Process Directions." Invited position paper. Proceedings of the 1st International Conference on the Software Process: Manufacturing Complex Systems, October 1991, Redondo Beach CA.

162. Dewayne E. Perry. "Evolving a House -- A Parable for Software Engineering", Software Engineering Notes, 16:2 (April 1991).

163. Kouichi Kishida and Dewayne Perry. "Report on Session V: Team Efforts" Proceedings of the 6th International Software Process Workshop", 28-31 October 1990, Hakodate, Japan.

164. Dewayne E. Perry, editor. "Preface and Introduction" Proceedings of the 1st Symposium on Environments and Tools for Ada. Redondo Beach CA, May 1990. SIGAda Letters.

165. Dewayne E. Perry. "Summary Report on the Fifth International Software Process Workshop, Kennebunkport ME, October 1989" Proceedings of the 12th International Conference on Software Engineering Nice France, March 1990.

166. Dewayne E. Perry, Editor. "Preface and Introduction", Proceedings of the Fifth International Software Process Workshop, Kennebunkport ME, October 1989.

167. Dewayne E. Perry. "Summary of Session 5: Control". Proceedings of the Fifth International Software Process Workshop, Kennebunkport ME, October 1989.

168. Dewayne E. Perry. "Session Report: Abstraction and Structure", 5th International Workshop on Software Specification and Design, Pittsburgh PA, May 1989. in "Working Group Summaries from IWSSD '89", ACM SIGSOFT Software Engineering Notes, 14:5 (July 1989), pp 35-42.

169. Dewayne E. Perry. "Session Summary: Conclusions". The Proceedings of the 4th International Software Process Workshop: Representing and Enacting the Software Process, May 1988, Moretonhampstead, Devon, England.

170. Dewayne E. Perry. "Session Summary: Metamodels." Proceedings of the 3rd International Software Process Workshop: Iteration in the Software process. Breckenridge, CO, November 1986. pp 49-52.

171.  Dewayne E. Perry. "Session 6: Summary of the Presentations and the Ensuing Discussions." Proceedings of the 2nd International Workshop on The Software Process and Software Environments, March 1985, Coto De Caza, Trabuco Canyon, CA. Software Engineering Notes 11:4 (August 1986), pages 93-96.

172.  Tim Standish, et al. "User Interfaces. Report of Working Group 6." Future Ada Environments Workshop, Santa Barbara, CA, September 1984. Software Engineering Notes 10:2 (April 1985).

*Internal Conference Papers*

173.  Marek Leszak, Dewayne E. Perry and Dieter Stoll, "A Case Study in Root Cause Defect Analysis", Lucent Software Symposium 1998, October 1998

174.  Ashok Dandekar and Dewayne E. Perry, "Barriers to Effective Process Archtecture", Extended Abstract, AT&T Software Symposium, October 1994.

175.  Dewayne E. Perry, Ashok Dandekar and Larry Votta, "An Experiment in Process Simplification", Extended Abstract, AT&T Software Symposium, October 1994.

176.  D.C. Carr, A.V. Dandekar and D. E. Perry, "The Big Picture — Experiments in Process Interface Description, Visualization and Analysis", AT&T Software Symposium, October 1993.

177.  D.C. Carr, A.V. Dandekar and D. E. Perry, "Experiments in Process Visualization", AT&T Software Symposium, October 1993.

178.  D. E. Perry, M.G.Bradac, N.A. Staudenmayer, L.G.Votta, AT&T Switching Systems Technology Transfer Symposium, December 1993.

179.  D. E. Perry, A.V.Dandekar, D.C.Carr, S.C.North, "Experiments in Process Visualization: Interface AT&T Switching Systems Technology Transfer Symposium, December 1993.

180.  Dewayne E. Perry and Steven S. Popovich. "Inquire: Predicate-Based Use and Reuse". Specification Driven Tools Conference, AT&T Bell Laboratories, October 1989.

181.  Dewayne E. Perry, James T. Krist, and William W. Schell. "The Inscape Environment and the Design of Finite State Machines in SDL". 5ESS Software Development Environment Conference, Naperville IL, November 1988.

182.  Dewayne E. Perry. The Construction of Robust, Fault-Tolerant Software in the Inscape Environment. AT&T Fault-Tolerance Symposium, September 1986.

*Technical Reports*

183.  Danhua Shao, Sarfraz Khurshid and Dewayne E Perry, "Mining Software Repositories for Rigorous Empirical Evaluation: A Position Paper" January 2007.

184.  Paul S Grisham, Charles L. Chen, Sarfraz Khurshid, and Dewayne E. Perry. "Validation of a Security Model with the Alloy Analyzer", October 2006, revised January 2007.

185.  Rodion Podorozhny, Sarfraz Khurshid, Dewayne Perry, and Xiaoqin Zhang. "Verification of cooperative multi-agent negotiation with the Alloy Analyzer", October 2006

186.  Soon-Hyeok Choi, Dewayne E. Perry and Scott M. Nettles. "A Software Architecture for Cross-LayerWireless Network Adaptations", September 2006

187.  Laurent A. Hermoye, Axel van Lamsweerde and Dewayne E. Perry. "Attack Patterns for Security Requirements Engineering", September 2006

188.  Danhua Shao, Sarfraz Khurshid and Dewayne E Perry. "Detecting Semantic Interference in Parallel Changes: An Exploratory Case Study". September 2006

189.  Mark Grechanik, Kathryn S. McKinley and Dewayne E. Perry. "Recovering Use-Case-Diagram-To-Source-Code Traceability Links", September 2006

190.  Vidya Lakshminarayanan, WenQian Liu, Charles L Chen, Dewayne E Perry. "Dealing with Security: A Multiple Case Study on Software Architects", June 2006

191.  Rodion Podorozhny, Anne Ngu, Dimitrios Georgakopoulous, Dewayne Perry. "Software architecture for flexible integration of process model synthesis methods", March 2006

192.  Harvey P. Siy and Dewayne E Perry. "Analyzing Source Code in Source Control Repositories", February 2006

193.  Vidya Lakshminarayanan, WenQian Liu, Charles L Chen, Steve Easterbrook, Dewayne E Perry. "Software Architects in Practice", October 2005

194. Damien Vanderveken, Axel van Lamsweerde, Dewayne E Perry, and Christophe Ponsard. "Deriving Architectural Descriptions from Goal-Oriented Requirements Models", September 2005

195. Mark Grechanik, Kathryn McKinley and Dewayne E Perry. "Automating and Validating Program Annotations", Technical Report TR-05-39. August 2005. 38 pages.

196. Vidya Lakshminarayanan, WenQian Liu, Charles L Chen, Dewayne E Perry. "A Case Study of Architecting Security Requirements in Practice: Initial Analysis", June 2005

197. Sutirtha Bhattacharya and Dewayne E. Perry. "Predicting Architectural Styles from Component Specifications". May 2005

198. Rodion M. Podorozhny, Wuxu Peng and Dewayne E. Perry. "Self-stabilization in cooperative multi-agent systems by a reset: Position Paper", March 2005

199. Danhua Shao, Sarfraz Khurshid and Dewayne E. Perry. "Mining Change and Version Management Histories to Evaluate an Analysis Tool - Extended Abstract -" February 2005.

200. Matthew J. Hawthorne and Dewayne E. Perry "Architectural Styles for Adaptable Self-Healing Dependable Systems" February 2005.

201. Mark Grechanik, Dewayne E. Perry, and Don Batory. "A Scalable Security Mechanism For Large-Scale Component-Based Systems", Revised February 2005.

202. G. Lorenzo Thione and Dewayne E. Perry. Parallel Changes: Detecting Semantic Interference. September 2004.

203. Rodion M. Podorozhny, Dewayne E. Perry, Leon J. Osterweil. "Automatically Analysing Software Processes: Experience Report" September 2003.

204. Mark Grechanik, Dewayne E. Perry and Don Batory. An Aspect-Oriented Approach for Engineering Monitoring and Administrative Software. September 2003.

205. Rodion M. Podorozhny, Dewayne E. Perry, Leon J. Osterweil, "Rigorous, automated method for artifact-based functional comparison of software processes", Spring 2003.

206. Mark Grechanik, Dewayne E Perry, Don Batory, and R. Greg Lavender. XML-based Intermediate Representation (XIR) Spring 2002.

207. Oliver Laitenberger, Dieter Rombach, Marcus Ciolkowski, Dewayne Perry, Forrest Shull Software Inspections, Reviews & Walkthroughs - Extended Abstract Sigsoft/NSF Impact Report, Spring 2002

208. Oliver Laitenberger, Dieter Rombach, Marcus Ciolkowski, Dewayne Perry, Forrest Shull Software Inspections, Reviews & Walkthroughs Sigsoft/NSF Impact Report, Spring 2002

209. Manuel Brandozzi and Dewayne E. Perry "Introduction to Architectural Prescriptions" Summer 2001.

210. Rodion M Podorozhny, Leon J Osterweil and Dewayne E Perry "Comparison of process specification for repeatable comparison of architecting processes", Spring 2001.

211. Dewayne E. Perry and Wladyslaw M. Turski. "Report from the Visiting Fellows for the FEAST/1 Project", April 1999.

212. Dewayne E. Perry, "A Product Line Architecture for a Network Product - A Case Study", March 1999.

213. MM Lehman, DE Perry and JCF Ramil. "A Fresh Look at the Fourth Law of Software Evolution", September 1997.

214. Dewayne E. Perry. "Dimensions of Consistency in Source Versions and System Compositions", September 1997

215. Dewayne E. Perry and Wladyslaw M. Turski. "Report from the Visiting Fellows for the FEAST/1 Project", June 1997

216. The SLG Process Subteam, "SLG Process Subteam Best-In-Class Software Process Requirements; Release 2" December 1995.

217. The SLG Process Subteam, "SLG Process Subteam Best-In-Class Software Process Requirements", December 1994.

218. Mark G. Bradac, Dewayne E. Perry and Lawrence G. Votta. "The Diagnostic Development Process Monitoring Experiment — Progress Report", February 1993.

219. Dewayne E. Perry. "pv — An Experiment in Process Visualization", 1993.

220.  Dewayne E. Perry.  "Interact and Intermediate: A Process Description Formalism and a Support Environment", 1993

221.  John R. Nestor and Dewayne E. Perry.  "Interim Report on the TS Language", AT&T Bell Laboratories, April 1992.

222.  J. O. Coplien, W. H. Lin, D. E. Perry, L. G. Votta, D. Weiss.  "Guidelines for the MITS Based Interval Reduction Study", AT&T Bell Laboratories, April 1992.

223.  M. G. Bradac, D. E. Perry, and L. G. Votta.  "Preliminary MITS Data Presentation and Analysis: ISLU2 Diagnostic Software Development", AT&T Bell Laboratories, June 1992.

224.  P. Korhorn, D. E. Perry, W. Scacchi, L. G. Votta, and M. Wish.  "Final Report on Initial Experiments Applying Process Modeling Technology to 5ESS™ International On Line Methodology", AT&T Bell Laboratories, July 1992.

225.  Dewayne E. Perry and Carol S. Stieg.  "Software Faults in Evolving a Large, Real-Time System: a Case Study".  April 1990; Revised August 1992.

226.  John R. Nestor and Dewayne E. Perry.  "Status Report on the Review of TS", AT&T Bell Laboratories, September 1992.

227.  Dewayne E. Perry.  "Modular Interconnection Formalism Working Group Report", Washington DC, December 1991.

228.  Dewayne E. Perry and Jon Ward.  "Modular Interconnection Formalism Working Group Report", Santa Fe NM, August 1991.

229.  Dewayne E. Perry.  "Modular Interconnection Formalism Working Group Report", Boston MA, May 1991.

230.  Dewayne E. Perry and Alexander L. Wolf.  "Software Architecture".  August 1989. Revised January 1991.

231.  Dewayne E. Perry.  "Modular Interconnection Formalism Working Group Report", Marina Del Rey CA, December 1990.

232.  Dewayne E. Perry.  "Modular Interconnection Framework Working Group Report", October 1990.

233.  Dewayne E. Perry and Stephen S. Popovich.  "Inquire: Predicate-Based Use and Reuse".  September 1990.

234.  Dewayne E. Perry.  "Reuse and Repository Working Group Report", DARPA Technical Community Meeting, June 1990, Washington DC.

235.  Pamela Zave, Van E. Kelly, and Dewayne E. Perry.  "Living Representations for Industrial Software Development".  January 1990.

236.  Dewayne E. Perry.  "The Inscape Environment: A Practical Approach to Specifications in Large-Scale Software Development. A Position Paper." January 1990.

237.  Van E. Kelly, David J. Ahnen, Ronald J. Brachman, Prudence T. Z. Kapauan, Dewayne E. Perry, Pamela Zave.  "A Naming Scheme for the TRIAD/SDE Project".  Technical Memorandum, AT&T Bell laboratories, May 1989.

238.  Helen Diamontius and Dewayne E. Perry.  "Economic Modeling of the Inscape Environment".

239.  Dewayne E. Perry.  "The Inscape Program Construction and Evolution Environment".  Technical Report. Computing Systems Research Laboratory Technical Report, AT&T Bell Laboratories, August 1986.

240.  Dewayne E. Perry.  "Program Construction and Evolution based on Interface Specifications: Motivation and Overview".  Computing Systems Research Laboratory Technical Report, AT&T Bell Laboratories, May 1985.

241.  Dewayne E. Perry and Nam S. Woo.  "ISome Observations on Prolog Programming." Computer Technology Research Laboratory Technical Report, AT&T Bell Laboratories, November 1984.

242.  Dewayne E. Perry.  TT: User Interface Design.  With R.A.Thompson, B. John, and J. Angelilio-Bent.  American Bell ED&D. August 1983.

243.  Dewayne E. Perry.  TT: Kernel Design and Implementation.  Prepared for American Bell ED&D.  Pegasus Systems. June 1983.

244.  Dewayne E. Perry.  TT: Software Architecture.  Prepared for American Bell ED&D.  Pegasus Systems. July 1983.

245.  Dewayne E. Perry.  TT: High Level Design of the Operating System.  Prepared for American Bell ED&D. Pegasus Systems. July 1983.

246.  Dewayne E. Perry.  TT: Detailed Design of the Operating System.  Prepared for American Bell ED&D.  Pegasus Systems. July 1983.

247.  Dewayne E. Perry.  Functional Specification for the Home Life ESP System.  With F. E. Perry.  Prepared for Home Life Insurance Co.  Pegasus Systems. April 1983.

248.  Dewayne E. Perry.  File Delivery Design and Implementation.  Prepared for American Bell Net 1000.  Pegasus Systems. March 1983.

249.  Dewayne E. Perry.  File Delivery Overview.  Prepared for American Bell Net 1000.  Pegasus Systems. December 1982.

250.  FE Perry and DE Perry.  Functional Specification for the Home Life Select Quote System.  Prepared for Home Life Insurance Corporation.  Pegasus Systems. November 1982.

251.  Dewayne E. Perry.  Exceptions and Software Quality. Draft. Pegasus Systems. June 1982.

252.  Dewayne E. Perry.  A Discussion of the Issues for the Demonstration and Performance Monitoring in the Experimental Distributed Processing Facility (EDPF).  Prepared for Computer Systems Integration and Operations Division, CENTACS, CORADCOM, Ft Monmouth. Pegasus Systems. December 1981.

253.  A. Nico Habermann and Dewayne E. Perry.  "Language Issues in Functional Programming".  Carnegie-Mellon University. March 1981.

254.  Dewayne E. Perry.  "A Programmers Taxonomy of I/O Interfaces."  Carnegie-Mellon University and Pegasus Systems.  February 1981.

255.  Dewayne E. Perry.  Increased performance in Data Validation. Pegasus Systems. January 1981.  Prepared for Dun & Bradstreet, Systems Research and Development.

256.  A. Nico Habermann and Dewayne E. Perry.  "Well Formed System Composition".  Carnegie-Mellon University, Technical Report CMU-CS-80-117. March 1980.

257.  Dewayne E. Perry.  Deadlock and the Quotron 801 Executive.  Pegasus Systems.  December 1980.  Prepared for Dun & Bradstreet, Systems Research and Development.

258.  Dewayne E. Perry.  Low Level Language Features in Ada.  Carnegie-Mellon University and Pegasus Systems. November 1980. Prepared for the Software Engineering Division, CENTACS, Ft. Monmouth, NJ

259.  FE Perry and DE Perry.  The Implementation Documentation for the HBJ College Sample System.  November 1980.  Prepared for Harcourt Brace Jovanovich, Inc.

260.  Dewayne E. Perry.  Teaching Ada by Example and Modification.  Pegasus Systems.  April 1980.  Prepared for the Software Engineering Division, CENTACS, Ft. Monmouth, NJ.  Draft. Not for release.

261.  FE Perry and DE Perry The Detailed Design Specification for the Harcourt Brace Jovanovich, Inc. College Sample System.  February 1980.  Prepared for Harcourt Brace Jovanovich, Inc. (Revised November 1980)

262.  Dewayne E. Perry.  Increased Performance for Report Generation.  Pegasus Systems.  February 1980.  Prepared for Dun & Bradstreet, Systems Research and Development.

263.  FE Perry and DE Perry Test Plan for the Harcourt Brace Jovanovich, Inc. College Sample System. Pegasus Systems. January 1980.  Prepared for Harcourt Brace Jovanovich, Inc

264.  Dewayne E. Perry.  Incorporating Mapped Memory into the Quotron 801 Executive.  Pegasus Systems. December 1979.  Prepared for Dun & Bradstreet, Systems Research and Development.

265.  FE Perry and DE Perry Functional Specifications of the Harcourt Brace Jovanovich, Inc. College Sample System.  Pegasus Systems.  October 1979.  Prepared for Harcourt Brace Jovanovich, Inc.  (Revised November 1980)

266.  AN Habermann, DS Notkin and DE Perry.  Ada LIRs.  Carnegie-Mellon University.  September-October 1979. Prepared for the DoD HOLWG.

267.  Dewayne E. Perry.  Incorporating Quotron's Buffered Video Controller into the Quotron 801 Systems. Pegasus Systems.  August 1979.  Prepared for  Dun & Bradstreet, Systems Research and Development.

268.  Dewayne E. Perry.  Measurements of Disc Scheduling Algorithms for the Quotron 801 Call In Center.  Pegasus Systems.  July 1979.  Prepared for Dun & Bradstreet, Systems Research and Development, Berkeley Heights, NJ.

269.  A. N. Habermann, D. Notkin, and D. E. Perry.  "Report on the Use of Ada for the Design and Implementation of Part of Gandalf."  Carnegie-Mellon University, Technical Report CMU-CS-79-135. June 1979.

270. Dewayne E. Perry. High Level Language Features for Handling I/O Devices in Real Time Systems. Ph.D. Dissertation. Stevens Institute of Technology, Castle Point, Hoboken, NJ. May 1978.

271. Dewayne E. Perry. Software Measurements for System Resource Usage in the Quotron 801 Real Time Executive. Pegasus Systems. May 1979. Prepared for Dun & Bradstreet, Systems Research and Development, Berkeley Heights, NJ.

272. Dewayne E. Perry. Disc Scheduling Policies for the Quotron 801 Real Time Executive. Pegasus Systems. May 1979. Prepared for Dun & Bradstreet, Systems Research and Development, Berkeley Heights, NJ.

273. Dewayne E. Perry. Disc Utilization Measurements for the Quotron 801 Real Time Executive. Pegasus Systems. May 1979. Prepared for Dun & Bradstreet, Systems Research and Development, Berkeley Heights, NJ.

274. The Army Language Review Team. Evaluation of the Red and Green Designs. April 1979. Prepared for the DoD HOLWG and the Software Engineering Division, CENTACS, CORADCOM, Ft. Monmouth, NJ.

275. J. Hurler and DE Perry. Natural Language Control. Detailed Design and Implementation. April 1979. Prepared for Vydec, Inc., Florham Park, NJ.

276. Dewayne E. Perry. A Comparison of the Red and Green Languages: A Programming Example. Pegasus Systems. March 1979. Prepared for the Army Language Review Team and the Software Engineering Division, CENTACS, CORADCOM, Ft. Monmouth, NJ.

277. J. Hurler and DE Perry. The Descriptions of the Tables Required by NLC and Their Contents. Pegasus Systems. March 1979. Prepared for Vydec, Inc., Florham Park, NJ.

278. Dewayne E. Perry. BNF Syntax Specification of Natural Language Commands. Pegasus Systems. February 1979. Prepared for Vydec, Inc., Florham Park, NJ.

279. Dewayne E. Perry. The Relationships Between the Software Development Support System (SDSS) and the Military Computer Family (MCF) Target Machines. Pegasus Systems. January 1979. Prepared for the MCF Project, CENTACS, CORADCOM, Ft. Monmouth, NJ.

280. Dewayne E. Perry. Preliminary Review of the Sesame Cross Assembler. Pegasus Systems. January 1979. Prepared for Dun & Bradstreet, Systems Research and Development.

281. J. Hurler and DE Perry. Natural Language Control Tools Programs: User's Guide, Design and Implementation.Pegasus Systems. September 1978. Prepared for Vydec, Inc., Florham Park, NJ.

282. Dewayne E. Perry. The Functional Requirements Specification, Detailed Design, and Implementation of Changes to Report File Access. Pegasus Systems. August 1978. Prepared for Dun & Bradstreet, Systems Research and Development.

283. Dewayne E. Perry. Task Definition Macros to Generate a Compact Task Table (for the Quotron 801 Executive). User's Guide, Design and Implementation. Pegasus Systems. August 1978. Prepared for Dun & Bradstreet, Systems Research and Development.

284. Dewayne E. Perry. Demand Paging for the Quotron 801 Executive. With Ken Hofer. Pegasus Systems. July 1978. Prepared for Dun & Bradstreet, Systems Research and Development.

285. Dewayne E. Perry. Proposed Disc Performance Measures for the Quotron 801 Executive and the D&B AOS System. Pegasus Systems. July 1978. Prepared for Dun & Bradstreet, Systems Research and Development.

286. Dewayne E. Perry. The Functional Requirements Specification, the Detailed Design, and the Implementation of Changes to Data Validation. Pegasus Systems. June-August 1978. Prepared for Dun & Bradstreet, Systems Research and Development.

287. Dewayne E. Perry. Natural Language Control Functional Specification. Mod III Word Processing System. Section 3. Pegasus Systems. June 1978. (revised February 1979) Prepared for Vydec, Inc., Florham Park, NJ.

288. AN Habermann, DE Perry and D Turner. Notes on the DoD1 Language Host Environment. June 1978.

289. Dewayne E. Perry. The Functional Requirements Specification, The Detailed Design, and the Implementation of Changes to Video Control. Pegasus Systems. May 1978. Prepared for Dun & Bradstreet, Systems Research and Development.

290. Dewayne E. Perry. An Evaluation of Suggested Changes to Improve the Performance of the D&B AOS Minicomputer System. Pegasus Systems. May 1978. Prepared for Dun & Bradstreet, Systems Research and Development.

291. Dewayne E. Perry. The Intrinsic Editor Interface Specification. Mod III Word Processing System. Section 4a. With M. Poulsen. Pegasus Systems. May 1978. Prepared for Vydec Inc., Florham Park, NJ.

292. Dewayne E. Perry. Display Resource Functional Specification. Mod III Word Processing System. Section 4b. With M. Poulsen and L. Narsemhan. April 1978, Revision 1: May 1978. Pegasus Systems. Prepared for Vydec Inc., Florham Park, NJ.

293. Dewayne E. Perry. A Critical Evaluation of Low Level I/O and Machine Dependent Features of the Four Preliminary Language Designs. Pegasus Systems. March 1978. Prepared for the DoD HOLWG.

294. Dewayne E. Perry. FILECOMP Maintenance Manual. CENTACS Report No. 83. Software Engineering Division, CENTACS, US Army Electronics Command, Ft. Monmouth, NJ. September 1977.

295. Dewayne E. Perry. A Simulator for the AN/UGC-74. CENTACS Report No. 76. Software Engineering Division, CENTACS, US Army Electronics Command, Ft. Monmouth, NJ. March 1977.

296. Dewayne E. Perry. Proposed Functional Capabilities for the AN/UGC-74. Pegasus Systems. June 1976. Prepared for System Development Corporation and the Software Engineering Team, CENTACS, US Army Electronics Command, Ft. Monmouth, NJ.

297. Dewayne E. Perry. The Intelligent Communications Terminal Executive Software. A Detailed Design and Implementation Specification. Pegasus Systems. May 1976. Prepared for System Development Corporation and the Software Engineering Team, CENTACS, US Army Electronics Command, Ft. Monmouth, NJ.

298. William Cave, Henry Ledgard, Dewayne E. Perry, D. Steacy, James Wagner and Jeff Yohay. Basic Considerations for Management Control Software System Development. CENTACS Report No. 62. Computer Software Technical Area, CENTACS, US Army Electronics Command, Ft. Monmouth, NJ. April 1976.

299. Dewayne E. Perry. The Functional Specification of the Software for the Intelligent Communications Terminal. CENTACS Report No. 61. Computer Software Technical Area, CENTACS. US Army Electronics Command, Ft. Monmouth, NJ. January 1976.

300. Dewayne E. Perry. A Detailed Design and Implementation Specification of a Prompted Data Entry System for TOS. Pegasus Systems. December 1975. Prepared for the Software Engineering TEAM, CENTACS, US Army Electronics Command, Ft. Monmouth, NJ.

301. Dewayne E. Perry. An Informal Detailed Program Design Specification for TOS2 Prompting. Pegasus Systems. 15 July 1975. Prepared for the Software Engineering Team, CENTACS, US Army Electronics Command, Ft. Monmouth, NJ.

302. Dewayne E. Perry and James Wagner. The Preliminary Design of a Prompted Data Entry System for TOS. CENTACS Software Report No. 41. 2 Vols. CENTACS, US Army Electronics Command, Ft. Monmouth, NJ. May 1975.

303. Dewayne E. Perry. A Preliminary Design for the TOS2 Prompting System. Pegasus Systems. April 28, 1975. Prepared for the Software Engineering Team, CENTACS, US Army Electronics Command, Fort Monmouth, NJ.

304. Dewayne E. Perry. The Detailed Design and Implementation Specification for the Sigma 5 Message Switch Data Collection Tape Post Processor. An informal report. Pegasus Systems. 1975. Prepared for Dun & Bradstreet, Systems Research and Development.

305. Dewayne E. Perry. The Detailed Design and Implementation Specification for the FORTRAN Programs to Collect Information About the AOS Data Base. An informal report. Pegasus Systems. 1975. Prepared for Dun & Bradstreet, Systems Research and Development.

306. Dewayne E. Perry. The Detailed Design and Implementation Specification for the FORTRAN programs for Duns Data Continuous Service Survey. Pegasus Systems. 1975. Prepared for Dun & Bradstreet, Systems Research and Development.

307. Dewayne E. Perry. The Functional Specification for the Sigma 5 Message Switch Data Collection Tape Post Processor. Pegasus Systems. 1975. Prepared for Dun & Bradstreet, Systems Research and Development.

308. Dewayne E. Perry. Enhancements to the Quotron 801 Executive Program. Pegasus Systems. 1974. Prepared for Dun & Bradstreet, Systems Research and Development.

309. Dewayne E. Perry. Generalized Reserve, Release, Read and Write Routines for the Report File. Pegasus Systems. 1974. Prepared for Dun & Bradstreet, Systems Research and Development.

310. Dewayne E. Perry. Report File Access. Extensions of its Capabilities and Requests. Pegasus Systems. 1974. Prepared for Dun & Bradstreet, Systems Research and Development.

311. Dewayne E. Perry. Report File Access. Enhancements and Changes to the File Structure. Pegasus Systems. 1974. Prepared for Dun & Bradstreet, Systems Research and Development.

312. Dewayne E. Perry. Increasing Disc Space Utilization in the RFA Subsystem. Pegasus Systems. 1973. Prepared for Dun & Bradstreet, Systems Research and Development.

313.  Dewayne E. Perry.  How to Use the Quotron 801 Job Step Handler and Sesame Assembler.  For the D&B ALO Staff.  QSI.  1973.

314.  Dewayne E. Perry.  The Dial-Up Controller's Bisynchronous Communications Interrupt Handler.  QSI.  1973.

315.  Dewayne E. Perry.  The Training Mode.  The Design and Implementation of an ALO Report Entry Automated Training Program.  With Jon Snyder.  QSI.  1972.

316.  Dewayne E. Perry.  The Report Copy Utility.  The Design and Implementation Specification.  QSI.  1972.

317.  Dewayne E. Perry.  The Dialog File Structure for the D&B ALO System.  QSI.  1972.

318.  Dewayne E. Perry.  The Dialogs Subsystem.  The Design and Implementation of Dialog Programs for the Major ALO Functions.  QSI.  1972.

319.  Dewayne E. Perry.  The Display File Structure and a Method for Generating Display Screens for Man/Machine Interfaces.  QSI.  1972.

320.  Dewayne E. Perry.  Report File Access.  The Design and Implementation of a Dynamic Data Base Entry, Retrieval and Update System.  QSI.  1972.

321.  Dewayne E. Perry.  Report File Access File Structure.  Dun & Bradstreet's ALO System.  Quotron Systems Inc. (QSI).  1972.

322.  Dewayne E. Perry.  Computer Software Reliability.  A Study of Methods to Produce Reliable Software and Their Relationship to Hardware Reliability.  PRC.  1971.

323.  Dewayne E. Perry.  The Production of Real Time Software with an Emphasis on Software Reliability.  An Annotated Bibliography.  PRC.  1971.

324.  Dewayne E. Perry.  Various Design and Implementation Documents for TACFIRE: The FSE Major Program, The Nuclear Fire Planning Program, and the Nuclear Casualty Damage Assessment Program.  PRC.  1968-1971.

325.  Dewayne E. Perry.  A Marketing and Technological Study of Computer Peripheral Equipment.  With Roger Lowe.  PRC.  1968.

326.  Dewayne E. Perry.  Management of the Production of Real-Time Software.  An Annotated Bibliography.  Planning Research Corporation (PRC).  1967.

327.  Dewayne E. Perry.  The Computer Automated Secretary Program.  System Development Corporation. 1967.

328.  Dewayne E. Perry.  The ANFS-Q32 Timesharing System Help Program. 1966.

*In Preparation*

329.  Rodion Podorzhny, Lee Osterweil, and Dewayne E Perry "Artifact Based Functional Comparison of Software Processes"

330.  Mark Grechanik, Dewayne E Perry and Don S Batory, "TML: Engineering a Domain Specific Language."

331.  Mark Grechanik, Dewayne E Perry and Don S Batory, recruiting"Reification of Disparate System Type Schemas."

332.  Rodion M Podorozhny, Leon J Osterweil and Dewayne E Perry "Comparison process specifications for repeatable comparisons of software design methods"

**Selected Invited Presentations**

*Academic:*
    Flinders University,
    Carnegie-Mellon University,
    Columbia University,
    Georgia Institute of Technology,
    Hartford Graduate Center,
    IFIP 2.4 Working Group, Queens University,
    Rutgers University,
    Syracuse University,
    University of California at Irvine,
    University of Maryland at College Park,
    University of Massachusetts at Amherst.
    University of Texas, Austin
    Westmont College.

*Industrial:*

Bell Communications Research,
Centre de recherche informatique de Montreal,
Kestrel Institute,
Lockheed,
Massachusetts Computer Associates,
Micro-Electronics Consortium (MCC),
Nokia
Seimens Corporate Research,
Software Engineering Institute,
Software Productivity Consortium,
Schlumberger Computer Science Laboratory,
Sun Micro-Systems,
Unisys Paoli Research Center,
USC - Information Sciences Institute.

**Teaching Experience**

- Westmont College, Santa Barbara, CA
  Teaching Assistant in Music
  Music Theory

- University of California, Los Angeles, CA
  Teaching Assistant in Philosophy
  Discussion sections in Introductory Philosophy

- Fairleigh Dickinson University, Madison, NJ
  Introduction to Computer Science
  Programming in Fortran

- Stevens Institute of Technology, Hoboken, NJ
  MA188/189 - Programming Methodology

- Carnegie-Mellon University, Pittsburgh, PA
  15-412 Operating Systems
  15-711 Systems Programming (the Operating Systems/Database part)

**The University of Texas at Austin - Courses**

EE322C, Data Structures in C++
EE360F, Introduction to Software Engineering
ESE382C, Introduction to Software Engineering
EE316, Digital Systems Engineering I
EE382C, Empirical Studies in Software Engineering
ESE382C, Empirical Studies in Software Engineering
EE382V, Architecture and Design Intent
EE398R, Master's Reports
EE397K, Summer Research Projects

**The University of Texas at Austin - Administrative**

Director, UT ARISE - Center for Advanced Research In Software Engineering,
        Spring 2002 - Spring 2004
Chair, SWE Undergraduate Curriculum Committee,
        Spring 2002 - present
Director, Executive Software Engineering Masters Program,
        Spring 2000 - present
CE Curriculum Redesign Committee,
        Spring-Fall 2000

**The University of Texas at Austin**

*Completed Masters Theses*

Vidya Lakshmi, Fall 2006
Laurent Hermoye, Spring 2006
Michael Jester, Summer 2005
Damien Vanderveken, SPring 2004
Divya Jana, Spring 2004

Gianlorenzo Thione, Fall 2003
Ranjith Purushothaman, Spring 2002
Jerry Yang, Spring 2002
Manuel Brandozzi, Fall 2002

*Current Masters Students*

*Completed PhD Theses*

Rodion Podorozhy, Summer 2004 (Now at Texas State University, San Marcos TX)
Mark Grechanik, Fall 2006 (Now at Accenture Research Labs, Chicago IL)
Sutritha Bhattacharya, Fall 2006 (at Intel Corp, Portland OR)

*Current PhD Students*

Paul Grisham
Matthew Hawthorne
Divya Jani
Vidya Lakshmi
Barhat Sajnani
Danhua Shao

*Current PhD Committees*

Dung Lam
Thomas Wahl

*Completed PhD Committees*

Ibraham Ihr, Fall 2006
Fei Xie, Summer 2004
Richard Cardone, Fall 2002
Thomas Graser, Spring 2001
James Carrell Holt, Spring 2000

**Other PhD. Committees**

Wendy Liu, University of Toronto, Toronto CANADA

Catherine Jaktman, University of Technology, Sydney
External Examiner. 2001

Atte Kinnula, University of Oulu, Oulu, Finland.
Reviewer and Opponent.  Summer 1999.

Bradley Schmerl, Flinders University, Adalaide, Australia.
External Examiner. 1997