## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORPORATION | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | Civil Action No. 2:06-CV-72 |
| | § | Judge David Folsom |
| WELLS FARGO & COMPANY, et al. | § | |
| *Defendants* | § | |

## ORDER ON UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

On this day came on to be considered Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendant's, First Citizens Bancshares, Inc., Motion to Dismiss for Lack of Personal Jurisdiction, Docket No. 702. The Court, having considered the Motion, finds that it has merit and should be GRANTED.

IT IS THEREFORE, ORDERED that Plaintiff's response date to Defendant's, First Citizens Bancshares, Inc. Motion To Dismiss for Lack of Personal Jurisdiction is extended up to and including June 28, 2007.

IT IS SO ORDERED.