# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **DATATREASURY CORPORATION,** | **2:06-CV-00072 DF** |
| **Plaintiff** | |
| v. | |
| **WELLS FARGO & COMPANY, ET AL.,** | |
| **Defendants** | |

### NOTICE OF JOINDER IN BANK OF AMERICA CORP.'S AND BANK OF AMERICA, N.A.'S MOTION FOR SUMMARY JUDGMENT FOR CLAIM INVALIDITY BASED ON INDEFINITENESS OF U.S PATENT NO. 5,265,007

On June 8, 2007, Defendants Bank of America Corp. and Bank of America, N.A. filed a Motion for Summary Judgment to invalidate U.S. Patent No. 5,265,007 based on indefiniteness under 35 U.S.C. § 112, ¶¶ 2 and 6 (Docket Number 710). The undersigned defendants hereby join in that motion.

NOTICE OF JOINDER IN BANK OF AMERICA CORP.'S AND BANK OF AMERICA, N.A.'S MOTION FOR SUMMARY JUDGMENT FOR CLAIM INVALIDITY BASED ON INDEFINITENESS OF U.S PATENT NO. 5,265,007 - Page 1

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: June 13, 2007 | FISH & RICHARDSON P.C. |
|  | By: /s/ Thomas M. Melsheimer<br>Thomas M. Melsheimer<br>Texas Bar No. 13922550<br>1717 Main Street<br>Suite 5000<br>Dallas, TX  75201<br>214-747-5070 (Telephone)<br>214-747-2091 (Telecopy) |
|  | Robert E. Hillman<br>Fish & Richardson P.C.<br>225 Franklin Street<br>Boston, MA  02110-2804<br>617-542-5070 (Telephone)<br>617-542-8906 (Telecopy) |
|  | Robert M. Parker<br>Robert Christopher Bunt<br>Parker & Bunt, P.C.<br>100 E. Ferguson, Suite 1114<br>Tyler, Texas 75702<br>903-531-3535 (Telephone)<br>903-533-9687 (Telecopy) |
|  | Michael E. Jones<br>Texas Bar No. 10929400<br>E. Glenn Thames, Jr.<br>Texas Bar No. 00785097<br>Potter Minton<br>500 Plaza Tower<br>110 North College, Suite 500<br>Tyler, TX  75702 |
|  | Attorneys for Defendants<br>**BANK OF AMERICA CORPORATION,<br>BANK OF AMERICA, NATIONAL<br>ASSOCIATION** |
|  | By:/s/ Thomas M. Melsheimer by permission on behalf of the following counsel: |

Danielle Williams
KILPATRICK STOCKTON LLP
1001 West Fourth Street
Winston-Salem, NC  27101

Bill Boice
Audra Dial
KILPATRICK STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia  30309-4530

Kenneth Godlewski
Stephen Baskin
KILPATRICK STOCKTON LLP
607 14th Street, NW, Suite 900
Washington, DC  20005-2018

**ATTORNEYS FOR DEFENDANTS BB&T CORPORATION, BRANCH BANKING & TRUST CO., COMERICA BANK & TRUST, N.A., COMERICA, INC., M&T BANK, M&T CORPORATION, WACHOVIA CORPORATION, WACHOVIA BANK, N.A.**

Raymond Sweigart
Jack Barufka
Scott Pivnick
PILLSBURY WINTHROP SHAW PITTMAN LLP
1650 Tysons Blvd.
McLean, VA  22102-4859

**ATTORNEYS FOR DEFENDANTS BANK OF NEW YORK CO., INC., THE BANK OF NEW YORK, UNION BANK OF CALIFORNIA, N.A., UNIONBANCAL CORPORATION**

David L. Ward, Jr.
Donalt J. Eglinton
WARD AND SMITH, P.A.
1001 College Court
New Bern, NC  28562

Larry Carlson
David Taylor
BAKER BOTTS L.L.P.
2001 Ross Avenue
Dallas, TX 75201-2980

**ATTORNEYS FOR DEFENDANTS**
**FIRST CITIZENS BANK & TRUST CO.**

Glen Boudreaux
Tim Leonard
Edward J. Nicholas
BOUDREAUX LEONARD HAMMOND CURCIO
2 Houston Center
909 Fannin Street, Suite 2350
Houston, TX  77010

Irah Donner
WILMER, CUTLER, PICKERING, HALE & DORR
399 Park Ave.
New York, NY  10022

**ATTORNEY FOR DEFENDANTS**
**HSBC NORTH AMERICA HOLDINGS, INC., HSBC BANK USA, N.A.**

Sam Baxter
Lead Attorney
Texas Bar No. 01938000
sbaxter@mckoolsmith.com
McKOOL SMITH, P.C.
505 East Travis Street, Suite 105
Marshall, Texas  75670
903-927-2111 (Telephone)
903-927-2622 (Telecopy)

Theodore Stevenson, III
Texas Bar No. 19196650
tstevenson@mckoolsmith.com
L. David Anderson
Texas Bar No. 00796126
danderson@mckoolsmith.com
McKOOL SMITH P.C.
300 Crescent Court, Suite 1500
Dallas, TX  75201
214-978-4000 (Telephone)
214-978-4044 (Telecopy)

Peter J. Ayers
Texas Bar No. 24009882
payers@mckoolsmith.com
Geoffrey L. Smith
Texas Bar No. 24041939
gsmith@mckoolsmith.com
McKOOL SMITH P.C.
300 W. 6th Street, Suite 1700
Austin, Texas 78701

512-692-8700 (Telephone)
512-692-8744 (Telecopy)

**ATTORNEYS FOR DEFENDANTS PNC FINANCIAL SERVICES GROUP, INC., PNC BANK NATIONAL ASSOCIATION, KEYCORP, AND KEYBANK NA**

Edward G. Poplawski (Pro Hac Vice)
EPoplaws@Sidley.com
Jeffrey A. Finn (Pro Hac Vice)
JFinn@Sidley.com
Carissa A. Tener (Pro Hac Vice)
CTener@Sidley.com
SIDLEY AUSTIN L.L.P.
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
213-896-6000 (Telephone)
213-896-6600 (Telecopy)

S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
Andrew M. Spangler
State Bar No. 24041960
BROWN McCARROLL LLP
1127 Judson Road, Suite 220
P.O. Box 3999 (75606-3999)
Longview, Texas  75601-5157
Telephone:  (903) 236-9800
Facsimile:  (903) 236-8787
E-mail:  ccapshaw@mailbmc.com
Email:  ederieux@mailbmc.com
E-mail:  aspangler@mailbmc.com

**COUNSEL FOR CITY NATIONAL CORPORATION AND CITY NATIONAL BANK, DEUTSCHE BANK TRUST COMPANY AMERICAS, BANK OF TOKYO-MITSUBISHI UFJ, LTD., LASALLE BANK CORPORATION AND LASALLE BANK NA**

Melvin R. Wilcox, III
mrw@smeadlaw.com
SMEAD, ANDERSON & DUNN LLP
2110 Horseshoe Lane
P.O. Box 3343
Longview, TX  75606
903-232-1892 (Telephone)
903-232-1881 (Telecopy)

Of Counsel:
John J. Feldhaus
jfeldhaus@foley.com
Anthony H. Son
ason@foley.com
FOLEY & LARDNER LLP
3000 K Street, N.W.
Washington, DC  20007
202-672-5300 (Telephone)

**ATTORNEYS FOR
U.S. BANCORP, U.S. BANK,
NATIONAL ASSOCIATION,
NATIONAL CITY CORPORATION
AND NATIONAL CITY BANK**

Jeffrey Standley
jstandley@standleyllp.com
STANDLEY LAW GROUP LLP
495 Metro Place South, Suite 210
Dublin, OH  43017
614-792-5555 (Telephone)
614-792-5536 (Telecopy)

Claude Welch
cwelch@consolidated.net
115 W. Shepherd Ave.
Lufkin, TX  75904-3808
936-639-3311 (Telephone)
936-639-3049 (Telecopy)

**ATTORNEYS FOR
CITIZENS FINANCIAL GROUP, INC.**

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on June 13, 2007 to all counsel of record pursuant to the Court's CM/ECF system.

                                            /s/ M. Brett Johnson
                                            M. Brett Johnson

90226817.doc