# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| DATATREASURY CORPORATION, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:06-cv-72 (DF) |
| ) | |
| v. ) | |
| ) | |
| WELLS FARGO & COMPANY, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## [PROPOSED] ORDER

Before the Court is an Unopposed Motion for Leave to Withdraw Ross. R. Barton as Counsel for Defendants The Bank of New York Company, Inc., and The Bank of New York (collectively "BNY").

After careful consideration and with good cause shown, the Court hereby **GRANTS** the motion and Ross R. Barton is withdrawn as counsel for BNY.

**SIGNED this 18th day of June, 2007.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE