IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

```
------------------------------- x
DATATREASURY CORP.,             :
                                :
            Plaintiff,          :
        v.                      : Civil Action No. 2-06-CV-72(DF)
                                :
WELLS FARGO and COMPANY, et al.,:
                                :
            Defendants.         :
                                :
------------------------------- x
```

**ORDER GRANTING UNOPPOSED MOTION TO EXCEED PAGE LIMITS IN REPLY MEMORANDUM OF THE CLEARING HOUSE PAYMENTS COMPANY L.L.C.**

Before the Court is The Clearing House Payments Company L.L.C. ("The Clearing House" or "TCH") Unopposed Motion to Exceed Page Limits in Reply Memorandum. The Court grants TCH's Unopposed Motion to Exceed Page Limits in Reply Memorandum and allows Defendant to exceed the page limit by ten (10) pages in the filing of TCH's reply memorandum in further support of its motion for summary judgment (the "Motion") dismissing all claims of Plaintiff DataTreasury Corporation ("DataTreasury") against TCH in this action asserting infringement of U.S. Patent No. 5,265,007 ("the '007 Patent") as submitted.

SO ORDERED.

**SIGNED this 18th day of June, 2007.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE