IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

------------------------------------- x
DATATREASURY CORP.,                   :
       Plaintiff,                   :
    v.                                :
                                 : Civil Action No. 2-06-CV-72(DF)
WELLS FARGO and COMPANY, et al.,      :
       Defendants.                  :
                                      :
                                      :
                                      :
                                      :
------------------------------------- x

**SUPPLEMENTAL DECLARATION OF JAMES H. CARTER**

    JAMES H. CARTER declares:

    1.    I am a member of the Bar of this Court and of Sullivan & Cromwell LLP, attorneys for defendant The Clearing House Payments Company L.L.C. ("The Clearing House").  I submit this supplemental declaration in connection with The Clearing House's reply memorandum in support of its motion for summary judgment of noninfringement (the "Reply").

    2.    Attached hereto as Exhibit 1 is a true and correct copy of the portions of the deposition testimony of Gerard F. Milano, taken on March 20, 2007, that are cited by The Clearing House in its Reply.

-2-

      3.      Attached hereto as Exhibit 2 is a true and correct copy of the Joint Claim Construction Statement submitted by the parties on April 3, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in New York, New York on June 6, 2007.

                                            */s/ James H. Carter*
                                            James H. Carter