# EXHIBIT 1

Dockets.Justia.com

Cause No.:
DataTreasruy Corporation
v.
Wells Fargo & Company, et al.

Transcript of the Testimony of
**Gerard Milano**

March 20, 2007

By: Michelle Munroe, CSR

Gretchen Shore Court Reporting & Litigation Support
Phone:(903) 758-2183
Fax:(903) 758-4890
Email:gretchenshore@gretchenshore.com
Internet: www.gretchenshore.com

Gerard Milano                CONFIDENTIAL
March 20, 2007    FOR ATTORNEYS' EYES ONLY

Page 9

| 09:41 | 1 | Q.    To whom do you report at The Clearing House in |
| 09:41 | 2 | your capacity as the senior vice president for physical |
| 09:41 | 3 | check services? |
| 09:41 | 4 | A.    I report to Jeffrey Newberg, the chief |
| 09:41 | 5 | executive officer. |
| 09:41 | 6 | Q.    How many employees of The Clearing House |
| 09:41 | 7 | report to you in your capacity as senior VP for check |
| 09:41 | 8 | services? |
| 09:41 | 9 | A.    At present count, I believe it's approximately |
| 09:42 | 10 | 19 people. |
| 09:42 | 11 | Q.    Previous to January 1 of 2004, what was your |
| 09:42 | 12 | job title? |
| 09:42 | 13 | A.    I was the president and chief executive |
| 09:42 | 14 | officer of the Western Payments Alliance, usually |
| 09:42 | 15 | referred to as WestPay, a regional payments company |
| 09:42 | 16 | located in San Francisco, California. |
| 09:42 | 17 | Q.    Did you become senior VP of check services at |
| 09:42 | 18 | The Clearing House upon the merger of WestPay with the |
| 09:42 | 19 | Clearing House? |
| 09:42 | 20 | A.    WestPay did not merge with The Clearing House, |
| 09:42 | 21 | sir.  But at the time that WestPay transferred its check |
| 09:43 | 22 | clearing services to The Clearing House, I became an |
| 09:43 | 23 | officer of The Clearing House. |
| 09:43 | 24 | Q.    Does WestPay still operate as an independent |
| 09:43 | 25 | entity today? |

703a0a7a-be31-477a-a705-02422a824381

Gerard Milano                    CONFIDENTIAL
March 20, 2007    FOR ATTORNEYS' EYES ONLY

Page 22

| 10:04 | 1 | A.    No, it does not. |
| 10:04 | 2 | Q.    Has The Chicago Clearing House association |
| 10:04 | 3 | been subsumed within the family of entities that operate |
| 10:04 | 4 | under The Clearing House Association -- excuse me -- the |
| 10:04 | 5 | Clearing House Payments Company, LLC? |
| 10:04 | 6 | A.    The Chicago Clearing House was merged into the |
| 10:04 | 7 | New York Clearing House in the fall of 2003 and was |
| 10:04 | 8 | later reorganized into the current LLC arrangements for |
| 10:05 | 9 | the Payments Company, LLC. |
| 10:05 | 10 | Q.    When did that take place, to the best of your |
| 10:05 | 11 | recollection? |
| 10:05 | 12 | A.    Well, I'm advised that the merger took place |
| 10:05 | 13 | in approximately September 2003, prior to my employment |
| 10:05 | 14 | at The Clearing House.  The reorganization of the parts |
| 10:05 | 15 | of The Chicago Clearing House into the Clearing House, |
| 10:05 | 16 | LLC took place approximately July 2004. |
| 10:05 | 17 | Q.    What about the merger of Small Values -- Small |
| 10:05 | 18 | Value Payments Company into The Clearing House, what |
| 10:05 | 19 | time frame did that take place? |
| 10:05 | 20 | A.    That took place also in July of 2004. |
| 10:05 | 21 | Q.    Before you were the president and CEO of The |
| 10:06 | 22 | Chicago Clearing House Association, what job title and |
| 10:06 | 23 | with what company did you hold such job title? |
| 10:06 | 24 | A.    Excuse me, sir.  I was the president and chief |
| 10:06 | 25 | operating officer of The Chicago Clearing House, not the |

Gretchen Shore Court Reporting & Litigation Support
(903) 758-2183 * (903) 758-4890 Fax    E-mail: gretchenshore@gretchenshore.com
703a0a7a-be31-477a-a705-02422a824381

Gerard Milano            CONFIDENTIAL
March 20, 2007    FOR ATTORNEYS' EYES ONLY

Page 23

| 10:06 | 1 | chief executive officer. |
| 10:06 | 2 | Q.    Thank you. |
| 10:06 | 3 | A.    To answer the substance of your question, |
| 10:06 | 4 | the -- prior to The Chicago Clearing House, I was the |
| 10:06 | 5 | director of the payment systems policy board at the |
| 10:06 | 6 | American Bankers Association, and I held a joint title |
| 10:06 | 7 | as director of the office of productivity and technology |
| 10:06 | 8 | for the same association. |
| 10:07 | 9 | Q.    That's a mouthful. |
| 10:07 | 10 | A.    Yes. |
| 10:07 | 11 | Q.    What did your job duties entail as director of |
| 10:07 | 12 | the office of productivity and technology? |
| 10:07 | 13 | A.    As director of the office of productivity and |
| 10:07 | 14 | technology, I was responsible for researching the |
| 10:07 | 15 | productivity of American banks and their operations with |
| 10:07 | 16 | respect to their various operating efficiencies and the |
| 10:07 | 17 | development of measurement standards for operating |
| 10:07 | 18 | efficiencies within the association. |
| 10:07 | 19 | Q.    And what about the job title as director of |
| 10:08 | 20 | the policy board, what type of job duties did that title |
| 10:08 | 21 | entail? |
| 10:08 | 22 | A.    There were two principal responsibilities in |
| 10:08 | 23 | the payment system policy board.  One was to work with a |
| 10:08 | 24 | group of bankers who were representative of banks across |
| 10:08 | 25 | the country in size and geographic distribution with |

Gretchen Shore Court Reporting & Litigation Support
(903) 758-2183 * (903) 758-4890 Fax    E-mail: gretchenshore@gretchenshore.com

703a0a7a-be31-477a-a705-02422a824381

Gerard Milano            CONFIDENTIAL
March 20, 2007    FOR ATTORNEYS' EYES ONLY

Page 24

| Time | Line | Text |
|------|------|------|
| 10:08 | 1 | respect to policy issues related to U.S. payments law |
| 10:08 | 2 | and emerging technologies. |
| 10:08 | 3 | And the second was to conduct research on |
| 10:08 | 4 | behalf of the association with respect to emerging |
| 10:08 | 5 | payments technologies in the United States.  The |
| 10:08 | 6 | principal concentration of research at that time was the |
| 10:09 | 7 | concentration of research in the area of check |
| 10:09 | 8 | truncation or the electronification of the check |
| 10:09 | 9 | collection process. |
| 10:09 | 10 | It was thought that banks would become more |
| 10:09 | 11 | efficient and that the collection system would become |
| 10:09 | 12 | more efficient if, in fact, paper payments could be |
| 10:09 | 13 | turned into electronic payments, and the physical |
| 10:09 | 14 | movements of paper payments could be reduced or |
| 10:09 | 15 | eliminated somehow in the process. |
| 10:09 | 16 | Q.   And you said "at that time" this was the |
| 10:09 | 17 | thinking.  During what time frame are you referring to? |
| 10:09 | 18 | A.   Well, I was employed in those lines of work by |
| 10:09 | 19 | the American Bankers Association from approximately |
| 10:10 | 20 | April '1977 until April of '82.  And when I was |
| 10:10 | 21 | originally employed, it was as an officer in charge of |
| 10:10 | 22 | the payments research into more electronic means of |
| 10:10 | 23 | collecting payments.  And throughout my career, that |
| 10:10 | 24 | responsibility became larger within the association, and |
| 10:10 | 25 | my responsibilities grew within the association related |

Gretchen Shore Court Reporting & Litigation Support
(903) 758-2183 * (903) 758-4890 Fax    E-mail: gretchenshore@gretchenshore.com
703a0a7a-be31-477a-a705-02422a824381

Gerard Milano                CONFIDENTIAL
March 20, 2007    FOR ATTORNEYS' EYES ONLY

Page 25

| | | |
|---|---|---|
| 10:10 | 1 | to that research. |
| 10:10 | 2 | Q.   Do you recollect at what time you were |
| 10:10 | 3 | promoted from an officer in charge of payments research |
| 10:10 | 4 | into the job title of director -- of either of the |
| 10:10 | 5 | directorships that you referenced earlier? |
| 10:11 | 6 | A.   It seems to me I was promoted a couple of |
| 10:11 | 7 | times in the course of a five-year career.  I don't |
| 10:11 | 8 | recall exactly when they made me a director.  As I |
| 10:11 | 9 | recall, they made me director of payments policy board |
| 10:11 | 10 | prior to making me director of the office of productive |
| 10:11 | 11 | and technology. |
| 10:11 | 12 | The term "productivity" became a buzz word in |
| 10:11 | 13 | American industry about that time.  And it was important |
| 10:11 | 14 | for the Washington association to have an office that |
| 10:11 | 15 | was associated with that term.  As a practical matter, |
| 10:11 | 16 | the issues that we studied were not materially different |
| 10:11 | 17 | than the issues we had been studying in moving payments |
| 10:11 | 18 | more efficiently since much of the work of banks is in |
| 10:11 | 19 | the work of collecting payments for American consumers |
| 10:12 | 20 | and businesses. |
| 10:12 | 21 | Q.   Where did you physically office from during |
| 10:12 | 22 | this time period of your employ with the ABA? |
| 10:12 | 23 | A.   The office was in Washington on Connecticut |
| 10:12 | 24 | Avenue, as I recall, Connecticut and L. |
| 10:12 | 25 | Q.   And did you work in the financial industry |

Gretchen Shore Court Reporting & Litigation Support
(903) 758-2183 * (903) 758-4890 Fax    E-mail: gretchenshore@gretchenshore.com

703a0a7a-be31-477a-a705-02422a824381

Gerard Milano                CONFIDENTIAL
March 20, 2007    FOR ATTORNEYS' EYES ONLY

Page 26

| 10:12 | 1 | before April of 1977? |
| 10:12 | 2 | A.    Yes, I did. |
| 10:12 | 3 | Q.    Where were you at just previous to your employ |
| 10:12 | 4 | at the ABA, which began in April of 1977? |
| 10:12 | 5 | A.    I was at the First National Bank of Chicago. |
| 10:12 | 6 | Q.    And what job title with First National Bank of |
| 10:12 | 7 | Chicago did you hold at departure in the time frame of |
| 10:12 | 8 | April 1977? |
| 10:12 | 9 | A.    I was an assistant vice president at that |
| 10:13 | 10 | time. |
| 10:13 | 11 | Q.    Was that within any particular department or |
| 10:13 | 12 | division of the bank? |
| 10:13 | 13 | A.    Yes.  I was in the retail banking department, |
| 10:13 | 14 | sometimes known as consumer banking. |
| 10:13 | 15 | Q.    And how long were you employed at First |
| 10:13 | 16 | National Bank of Chicago? |
| 10:13 | 17 | A.    Eleven years. |
| 10:13 | 18 | Q.    If my math is right, that takes us to about |
| 10:13 | 19 | 1966.  Does that sound right? |
| 10:13 | 20 | A.    Early '67, as I recall.  I remember 11 years |
| 10:13 | 21 | because they credited me with 11 in their pension fund, |
| 10:13 | 22 | so it's a number that sticks in my mind. |
| 10:13 | 23 | Q.    Fair enough.  Was your employ at the First |
| 10:14 | 24 | National Bank of Chicago your first employ in the |
| 10:14 | 25 | financial industry? |

703a0a7a-be31-477a-a705-02422a824381

Gerard Milano                    CONFIDENTIAL
March 20, 2007    FOR ATTORNEYS' EYES ONLY

Page 27

10:14    1    A.    No.

10:14    2    Q.    What about preceding your employment at First

10:14    3    National Bank of Chicago, what type of positions did you

10:14    4    hold in the financial industry?

10:14    5    A.    Prior to First Chicago, I was -- I had a

10:14    6    part-time job while I was in high school and college in

10:14    7    a neighborhood savings and loan association in the

10:14    8    Chicago area.  I held a number of positions as a

10:14    9    part-time employee from -- employee cafeteria attendant

10:14    10    to parking lot attendant to burster of computer

10:14    11    printouts to mail room employee to file clerk and teller

10:15    12    over that period of time.

10:15    13    Q.    That's a long way from senior VP of physical

10:15    14    check services, isn't it?

10:15    15    A.    Long time.

10:15    16    Q.    All right.  Let's go back into some of the

10:15    17    more current time frame with respect to your work at The

10:15    18    Clearing House.

10:15    19    How has The Clearing House's physical check

10:15    20    services division changed during the three-plus years

10:15    21    that you have been the senior vice president there, in

10:15    22    broad strokes?

10:15    23    A.    Well, I'm not sure I know where you're going

10:16    24    with that question, so...

10:16    25    Q.    Let me rephrase it.

Gretchen Shore Court Reporting & Litigation Support
(903) 758-2183 * (903) 758-4890 Fax    E-mail: gretchenshore@gretchenshore.com

703a0a7a-be31-477a-a705-02422a824381

Gerard Milano                    CONFIDENTIAL
March 20, 2007    FOR ATTORNEYS' EYES ONLY

Page 28

| | | |
|---|---|---|
| 10:16 | 1 | A.    Thank you. |
| 10:16 | 2 | Q.    What type of changes to the physical services |
| 10:16 | 3 | division have you overseen during the course of your |
| 10:16 | 4 | tenure as senior vice president? |
| 10:16 | 5 | A.    Thank you.  Several.  The first set of changes |
| 10:16 | 6 | that we oversaw had to do with the -- using the same |
| 10:16 | 7 | platform to support the daily settlement of the checks |
| 10:16 | 8 | that are cleared in the various regions. |
| 10:16 | 9 | When I became the manager of the service area, |
| 10:17 | 10 | there were three different computer systems, each used |
| 10:17 | 11 | in the same way in each of the regional clearing |
| 10:17 | 12 | arrangements to perform the same task, which was to |
| 10:17 | 13 | effect the daily settlement of checks and balances |
| 10:17 | 14 | between the institutions. |
| 10:17 | 15 | Operating three systems was inefficient and |
| 10:17 | 16 | not in the interest of the members.  So our first |
| 10:17 | 17 | priority was to consolidate onto a single platform of |
| 10:17 | 18 | operations.  It was important that we do that early on |
| 10:17 | 19 | because there are regulatory requirements in the |
| 10:17 | 20 | settlement of balances between banks for the |
| 10:18 | 21 | stabilization of those things in the event of |
| 10:18 | 22 | disruptions to the payments mechanism.  And federal |
| 10:18 | 23 | regulators require that there be services in place that |
| 10:18 | 24 | can do that. |
| 10:18 | 25 | So the most efficient way to deal with that |

Gretchen Shore Court Reporting & Litigation Support
(903) 758-2183 * (903) 758-4890 Fax    E-mail: gretchenshore@gretchenshore.com
703a0a7a-be31-477a-a705-02422a824381

Gerard Milano                    CONFIDENTIAL
March 20, 2007    FOR ATTORNEYS' EYES ONLY

Page 73

12:11  1      Q.    Now, I could not locate a location or a

12:11  2  designated exchange location in the Eastern region other

12:11  3  than Carlstadt, New Jersey at which the physical items

12:11  4  associated with ECP processing were handled.  Is that

12:11  5  the only location, to your knowledge?

12:12  6      A.    To my knowledge, yes.

12:12  7      Q.    Okay.  Could you tell the jury what CHECCS is,

12:12  8  C-H-E-C-C-S?

12:12  9      A.    I believe CHECCS is an old name for one of the

12:12  10  systems that the New York Clearing House used to use for

12:12  11  some of its check services prior to the time of my

12:12  12  arrival.

12:12  13      Q.    Could you tell the jury what CheckView is?

12:12  14      A.    CheckView is an obsolete name for one of our

12:12  15  websites that we used to use.  We have since revised the

12:12  16  name of that website to SVPCOView, and CheckView is no

12:13  17  longer in general use.

12:13  18      Q.    Let me ask you to clarify one aspect of that

12:13  19  answer.  You indicated that CheckView is an obsolete

12:13  20  name for one of the websites that The Clearing House

12:13  21  used to use.

12:13  22          Wasn't it the case that CheckView was operated

12:13  23  by The Clearing House as an information-sharing tool

12:13  24  before it was implemented into a web-based system?

12:13  25      A.    I have no idea.

Gretchen Shore Court Reporting & Litigation Support
(903) 758-2183 * (903) 758-4890 Fax    E-mail: gretchenshore@gretchenshore.com

703a0a7a-be31-477a-a705-02422a824381

Gerard Milano                CONFIDENTIAL
March 20, 2007    FOR ATTORNEYS' EYES ONLY

Page 162

| | | |
|---|---|---|
| 15:55 | 1 | Q.   Did there come a time some five to six, maybe |
| 15:55 | 2 | seven years ago when the NCHA essentially moved out of |
| 15:55 | 3 | operation by Huntington? |
| 15:55 | 4 | A.   As I understand it, yes. |
| 15:55 | 5 | Q.   Now, the description that you give in |
| 15:55 | 6 | paragraph 17 of your understanding of how the NCHA |
| 15:55 | 7 | system works, is it your understanding that that has |
| 15:55 | 8 | been the system from 1992 until the present or was the |
| 15:55 | 9 | system between 1992 and the time when Huntington moved |
| 15:55 | 10 | away from National Clearing House or as a third option, |
| 15:56 | 11 | is the way it works post Huntington? |
| 15:56 | 12 | A.   You have a complicated question about events |
| 15:56 | 13 | from long ago, but let me see if I can simplify a |
| 15:56 | 14 | response for you to a complicated question. |
| 15:56 | 15 | In my -- in my job at the American Bankers |
| 15:56 | 16 | Association doing payments research in the '70s and into |
| 15:56 | 17 | the '80s, I guess, I met many bankers from across the |
| 15:56 | 18 | country, including several folks from Huntington Bank |
| 15:56 | 19 | who were involved in their check processing operations. |
| 15:56 | 20 | Many banks in check processing were interested |
| 15:56 | 21 | in the research we were doing on check truncation, use |
| 15:57 | 22 | of digital images in the future and things of that |
| 15:57 | 23 | nature, and Huntington was one of them. |
| 15:57 | 24 | In the course of that, I became friendly with |
| 15:57 | 25 | several of the executives.  When I moved on to the |

Gretchen Shore Court Reporting & Litigation Support
(903) 758-2183 * (903) 758-4890 Fax    E-mail: gretchenshore@gretchenshore.com
703a0a7a-be31-477a-a705-02422a824381

Gerard Milano                    CONFIDENTIAL
March 20, 2007    FOR ATTORNEYS' EYES ONLY

Page 163

15:57  1    Chicago Clearing House and later to Bankers Clearing

15:57  2    House in California, some of the folks from Huntington

15:57  3    Bank called me and said, Jerry, we're thinking about

15:57  4    using our check processing system in the evening to

15:57  5    collect checks.  We finish processing all of our checks

15:57  6    about midnight, and we have a lot of time after midnight

15:57  7    and before 6:00 o'clock in the morning where we could

15:57  8    run our check processing equipment if we had more

15:57  9    checks.

15:57  10       There's a courier in town who has airplanes

15:58  11   that's bringing checks in.  We could make money at our

15:58  12   bank if we did this.  We're thinking about forming a

15:58  13   clearinghouse that would allow us to do this, because we

15:58  14   don't want to take the value of the checks into our

15:58  15   correspondent banking department as deposits.  We would

15:58  16   like to leave the value of the checks outside the bank

15:58  17   if we possibly can.

15:58  18       I discussed those kinds of options with them

15:58  19   in the terms we had discussed very similar arrangements

15:58  20   at the American Bankers Association several years

15:58  21   before.  And the ways one would use a clearinghouse

15:58  22   association structure to do certain things with respect

15:58  23   to laws pertaining to collecting checks, processes

15:58  24   related to collecting checks and the financial events

15:58  25   associated with collecting checks related to how they

Gretchen Shore Court Reporting & Litigation Support
(903) 758-2183 * (903) 758-4890 Fax    E-mail: gretchenshore@gretchenshore.com
703a0a7a-be31-477a-a705-02422a824381

Gerard Milano                CONFIDENTIAL
March 20, 2007    FOR ATTORNEYS' EYES ONLY

Page 164

15:59    1    needed to be posted on a bank's accounts versus whether

15:59    2    they could be kept off the books of the banks and not

15:59    3    considered a deposit.

15:59    4        We -- I had several conversations on those

15:59    5    subjects over a period of time while Huntington was

15:59    6    thinking about that process.  Some months, years later,

15:59    7    I saw an announcement about the National Clearinghouse.

15:59    8    I read the information that was available in the

15:59    9    literature of the industry.  Different representatives

15:59    10    of the National Clearinghouse came to see me in

15:59    11    California and said they thought there was an

15:59    12    interesting thing for banks in California to get

15:59    13    involved in.

15:59    14        I looked at it.  I gave them my candid opinion

15:59    15    that I thought it would be interesting to East Coast

15:59    16    banks.  But I thought the way they had set it up would

16:00    17    be less interesting to West Coast banks because of the

16:00    18    way it functioned.  Okay.  You know, they showed it to

16:00    19    me and said, what do you think, and I told them what I

16:00    20    thought.  Okay.

16:00    21        Some years after that, I understood that the

16:00    22    settlement contract between the processing company

16:00    23    subsidiary of Huntington Bank and the association that

16:00    24    is NCHA or the National Clearing House, was up for rebid

16:00    25    and that it was possible the process would change.  I

Gretchen Shore Court Reporting & Litigation Support
(903) 758-2183 * (903) 758-4890 Fax    E-mail: gretchenshore@gretchenshore.com

703a0a7a-be31-477a-a705-02422a824381

Gerard Milano              CONFIDENTIAL
March 20, 2007    FOR ATTORNEYS' EYES ONLY

Page 165

16:00  1   asked if I could submit a bid on behalf of the Bankers

16:00  2   Clearing House to offer those services.  And the

16:00  3   National Clearing House bankers indicated to me they

16:00  4   didn't want one from California.  I said, fine.

16:01  5          I also heard that when the bids finished, that

16:01  6   the processing company that processed the checks and

16:01  7   operated the services from Huntington Bank was for sale.

16:01  8   There was a private sale being orchestrated by a

16:01  9   consulting company around the country.  I asked if I

16:01  10  could bid on it as president of the California Clearing

16:01  11  House to take over the operation of the subsidiary

16:01  12  company.

16:01  13         We discussed it, and they withdrew the offer.

16:01  14  The next thing I heard was that the processing contract

16:01  15  had been given to Clearinghouse of the Southwest in

16:01  16  Texas, and that there was some sort of intellectual

16:01  17  property suit between Huntington Bank and the then

16:01  18  operator of NCHA in Texas.

16:02  19         I understand that that was settled after some

16:02  20  period of time, and that that dispute is no longer in

16:02  21  existence.  That's about what I understand about that

16:02  22  process.  I don't believe I currently know many of the

16:02  23  folks at Huntington Bank.  It has been a long time since

16:02  24  I visited with Huntington Bank.

16:02  25         Q.  Was Bill Randall one of the people that you

Gretchen Shore Court Reporting & Litigation Support
(903) 758-2183 * (903) 758-4890 Fax    E-mail: gretchenshore@gretchenshore.com

703a0a7a-be31-477a-a705-02422a824381

Gerard Milano                  CONFIDENTIAL
March 20, 2007    FOR ATTORNEYS' EYES ONLY

Page 201

| | | |
|---|---|---|
| 17:24 | 1 | correctly, Wachovia submitting substituted checks, which |
| 17:24 | 2 | are now received by Washington Mutual and Wells Fargo; |
| 17:24 | 3 | is that right? |
| 17:24 | 4 | A.    Yes, sir. |
| 17:24 | 5 | Q.    Now, when you have a settlement of checks, or |
| 17:24 | 6 | substitute checks rather, that are submitted for |
| 17:24 | 7 | clearance and settlement under that National Check |
| 17:24 | 8 | Exchange process, when is the settlement time to occur? |
| 17:24 | 9 | A.    Well, I don't recall the exact settlement |
| 17:24 | 10 | time.  But the -- in the rules for the National Check |
| 17:24 | 11 | Exchange, there's a stated settlement time.  It's the |
| 17:24 | 12 | same settlement time for all banks that participate in |
| 17:24 | 13 | that particular exchange, and it's -- it's a moment in |
| 17:24 | 14 | time that's scheduled in our rules. |
| 17:25 | 15 | Q.    Is that settlement time scheduled in any way |
| 17:25 | 16 | in relationship to the timing of any other settlement? |
| 17:25 | 17 | A.    No. |
| 17:25 | 18 | Q.    Is it timed in relation to any other |
| 17:25 | 19 | settlement by any organization operating within The |
| 17:25 | 20 | Clearing House system? |
| 17:25 | 21 | A.    No. |
| 17:25 | 22 | Q.    Is it timed in relation to any settlement |
| 17:25 | 23 | operated by anyone outside The Clearing House? |
| 17:25 | 24 | A.    No. |
| 17:25 | 25 | Q.    Again, with respect to the substitute checks |

Gretchen Shore Court Reporting & Litigation Support
(903) 758-2183 * (903) 758-4890 Fax    E-mail: gretchenshore@gretchenshore.com
703a0a7a-be31-477a-a705-02422a8243B1

Gerard Milano                 CONFIDENTIAL
March 20, 2007    FOR ATTORNEYS' EYES ONLY

Page 202

| | | |
|---|---|---|
| 17:25 | 1 | that are processed under the heading of your National |
| 17:25 | 2 | Check Exchange system, when Wachovia reports through |
| 17:25 | 3 | your SVPCOView system that it is going to present some |
| 17:25 | 4 | checks, are you able to determine from that report |
| 17:25 | 5 | through SVPCo system -- SVPCOView system when Wachovia |
| 17:26 | 6 | has, in fact, physically sent those substitute checks |
| 17:26 | 7 | anyplace? |
| 17:26 | 8 |                 MR. RUPP:  Objection; form. |
| 17:26 | 9 |         Q.   How, if at all, can you determine from the |
| 17:26 | 10 | information Wachovia provides through the SVPCo |
| 17:26 | 11 | system -- SVPCOView system when Wachovia has physically |
| 17:26 | 12 | transported any substitute checks? |
| 17:26 | 13 |         A.   Counselor, I'm not sure I understand your |
| 17:26 | 14 | question, but let me take a shot at it. |
| 17:26 | 15 |             I would have no occasion to draw that report |
| 17:26 | 16 | on any day for any purpose and any reason.  I can't |
| 17:26 | 17 | deduce anything from that report, nor could anyone else. |
| 17:26 | 18 | Wachovia can't determine anything from that report other |
| 17:26 | 19 | than its clerk entered that amount for a package they |
| 17:26 | 20 | intended to ship, to transmit, reprint, ship and |
| 17:27 | 21 | exchange to one of the other parties or both of the |
| 17:27 | 22 | other parties, depending on their rate, mix and volume |
| 17:27 | 23 | of those transactions that particular evening. |
| 17:27 | 24 |             Neither of the intended receiving banks could |
| 17:27 | 25 | deduce anything from that report other than that |

Gretchen Shore Court Reporting & Litigation Support
(903) 758-2183 * (903) 758-4890 Fax    E-mail: gretchenshore@gretchenshore.com

703a0a7a-be31-477a-a705-02422a824381

Gerard Milano                    CONFIDENTIAL
March 20, 2007    FOR ATTORNEYS' EYES ONLY

Page 203

| | | |
|---|---|---|
| 17:27 | 1 | Wachovia had intended to ship such packages to them, and |
| 17:27 | 2 | that they might look for such packages when such |
| 17:27 | 3 | packages are scheduled to arrive.  That's the only |
| 17:27 | 4 | useful information they might derive. |
| 17:27 | 5 | When the actual packages arrived from the |
| 17:27 | 6 | exchange location, further purpose at the receiving |
| 17:27 | 7 | banks would be had in reconciling, did we actually |
| 17:27 | 8 | receive the checks that Wachovia sent to us.  And both |
| 17:28 | 9 | of the -- then all the banks would derive value from our |
| 17:28 | 10 | settlement report that said, yes, you got the money, or, |
| 17:28 | 11 | yes, you paid for the checks that were delivered to you. |
| 17:28 | 12 | Those are the things that could be derived. |
| 17:28 | 13 | But with respect to someone drawing the report |
| 17:28 | 14 | down at sometime prior to settlement, the only |
| 17:28 | 15 | information that can be derived are things that were |
| 17:28 | 16 | intended, things that should have occurred and things |
| 17:28 | 17 | that might occur sometime in the future.  And no actual |
| 17:28 | 18 | knowledge is derived until the physical checks are |
| 17:28 | 19 | received at the paying institution. |
| 17:28 | 20 | Q.   Is there anything in -- |
| 17:28 | 21 | MR. RUPP:  One moment.  Move to strike as |
| 17:28 | 22 | nonresponsive that portion of the response that follows |
| 17:28 | 23 | the answer, I can't deduce anything from that report, |
| 17:29 | 24 | nor could anyone else. |
| 17:29 | 25 | Q.   Okay.  You can disregard that -- you can |

Gretchen Shore Court Reporting & Litigation Support
(903) 758-2183 * (903) 758-4890 Fax    E-mail: gretchenshore@gretchenshore.com

703a0a7a-be31-477a-a705-02422a824381

Gerard Milano                CONFIDENTIAL
March 20, 2007    FOR ATTORNEYS' EYES ONLY

Page 204

| 17:29 | 1 | disregard that, Mr. Milano, because he's just telling |
| 17:29 | 2 | you of some motion he spends to make. |
| 17:29 | 3 | A.    Thank you. |
| 17:29 | 4 | Q.    Let me ask you this:  Is there anything in the |
| 17:29 | 5 | rules for your National Check Exchange that requires |
| 17:29 | 6 | Wachovia or anyone else to advise anyone at the moment |
| 17:29 | 7 | when they transmit these substitute checks? |
| 17:29 | 8 | A.    No. |
| 17:29 | 9 | Q.    As a matter of practice, do you know whether |
| 17:29 | 10 | Wachovia or anyone else does advise anyone at the moment |
| 17:29 | 11 | they transmit substitute checks through your NCE system? |
| 17:29 | 12 | A.    I have no knowledge of that. |
| 17:29 | 13 | Q.    Where are the substitute checks that are |
| 17:29 | 14 | presently being processed through your National Check |
| 17:29 | 15 | Exchange physically delivered to the banks that receive |
| 17:29 | 16 | them? |
| 17:29 | 17 | A.    They're delivered at our designated exchange |
| 17:29 | 18 | location in Los Angeles. |
| 17:30 | 19 | Q.    Do you provide the banks that are involved in |
| 17:30 | 20 | that exchange with any record, electronic or otherwise, |
| 17:30 | 21 | of the exchange when they are physically exchanged? |
| 17:30 | 22 | A.    There is no report of the exchange at the |
| 17:30 | 23 | request of the participants in the exchange. |
| 17:30 | 24 | Q.    I'm sorry.  Let me make sure I understand you. |
| 17:30 | 25 | When you say "there is no report at the |

703a0a7a-be31-477a-a705-02422a824381

Gerard Milano                CONFIDENTIAL
March 20, 2007    FOR ATTORNEYS' EYES ONLY

Page 209

| | | |
|---|---|---|
| 17:36 | 1 | answered over the last several minutes? |
| 17:36 | 2 | A.   Yes. |
| 17:36 | 3 | MR. RUPP:   Nor further questions.   I'll |
| 17:36 | 4 | pass the witness. |
| 17:36 | 5 | FURTHER EXAMINATION |
| 17:36 | 6 | BY MR. CARTER: |
| 17:36 | 7 | Q.   With regard to the question you were just |
| 17:36 | 8 | asked, Mr. Milano, about the timing of settlements by |
| 17:36 | 9 | local clearinghouses around the country, without regard |
| 17:36 | 10 | to when those might occur, is there anything in the |
| 17:36 | 11 | rules of your organization that times your settlement |
| 17:36 | 12 | one way or another with respect to any of those times, |
| 17:36 | 13 | whatever they might be? |
| 17:37 | 14 | A.   No. |
| 17:37 | 15 | MR. CARTER:   No further questions. |
| 17:37 | 16 | MR. RUPP:   Thank you, Mr. Milano.   That's |
| 17:37 | 17 | all I have. |
| 17:37 | 18 | MR. CARTER:   Does any other counsel have |
| 17:37 | 19 | any questions? |
| 17:37 | 20 | DEFENSE COUNSEL:   No questions. |
| 17:37 | 21 | MR. CARTER:   Then we're concluded. |
| 17:37 | 22 | THE VIDEOGRAPHER:   This concludes the |
| 17:37 | 23 | videotaped deposition of Gerard Milano.   Going off the |
| 17:37 | 24 | record.   The time is 5:37. |
| | 25 | (Deposition concluded at 5:37 p.m.) |

Gretchen Shore Court Reporting & Litigation Support
(903) 758-2183 * (903) 758-4890 Fax    E-mail: gretchenshore@gretchenshore.com
703a0a7a-be31-477a-a705-02422a824381