Datatreasury Corporation v. Wells Fargo & Company et al — Doc. 723

**Appendix K**

Revised: 1/24/07

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION
### APPLICATION TO APPEAR PRO HAC VICE

FILED-CLERK
U.S. DISTRICT COURT
2007 JUN 15 AM 9: 27
TX EASTERN-MARSHALL

1. This application is being made for the following: Case # __2:06-CV-72 DF__

   Style: __Data Treasury Corporation v. Wells Fargo & Company, et al.__

2. Applicant is representing the following party/ies: __Bank of America Corporation and Bank of America, National Association__

3. Applicant was admitted to practice in __New York__ (state) on __June 14, 1999__ (date) and California on February 7, 2002.

4. Applicant is in good standing and is otherwise eligible to practice law before this court

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has / (has not) had an application for admission to practice before another court denied (please circle appropriate language) If so, give complete information on a separate page.

7. Applicant has / (has not) ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant has / (has not) been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts:
__U.S.D.C. for the Eastern, Southern, and Western District of New York U.S.D.C. for the Northern and Central District of California, U.S. Court of Appeals for the Fed. Cir.__

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only

**Application Oath:**

I, __Lewis E. Hudnell, III__ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date __6/14/07__     Signature __Lewis E. Hudnell__

Dockets.Justia.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) Lewis E. Hudnell, III
State Bar Number
Firm Name: Fish & Richardson P.C.
Address/P.O. Box: Citigroup Center, 153 East 53rd St., 52nd Fl.
City/State/Zip: New York, New York 10022
Telephone #: (212) 765-5070
Fax #: (212) 258-2291
E-mail Address: hudnell@FR.COM
Secondary E-Mail Address:

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: 6/15/07

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By
Deputy Clerk

# Receipt for Payment

Receipt No: 2-T-002682

## United States District Court

for the

Eastern District of Texas at Marshall

Date: Monday, June 18, 2007

Received from:

LEWIS HUDNELL III
64 w 9TH ST APT 2N
NEW YORK, NY 10011

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---|---|
| 6855XX | $25.00 |
| Total | $25.00 |

Payment method: Check
Case or other reference: 2:06cv72 PHV Hudnell
Comments: CK 847

Received by: pa