# Boudreaux, Leonard, Hammond & Curcio, PC
## Attorneys at Law

Two Houston Center  
909 Fannin, Suite 2350  
Houston, Texas 77010

Tel: 713.757.0000  
Fax: 713.757.0178  
www.blhc-law.com

Case 2:06-cv-00072-DF-CMC    Document 724    Filed 06/19/2007    Page 1 of 1

Dockets.Justia.com

June 19, 2007

Mr. David Provines  
Chief Deputy Clerk  
Eastern District of Texas  
500 N State Line Ave, Room 401  
Texarkana, TX 75504

Re: *DataTreasury Corporation v. Wells Fargo & Company;* No. 2:06CV72 in the United States District Court for the Eastern District of Texas – Marshall Division.

Dear Mr. Provines:

On March 22, 2007 (Docket No. 599), the Court dismissed Defendant HSBC North America Holdings Inc.'s Rule 12(b)(2) motion to dismiss for lack of personal jurisdiction (Docket No. 85) without prejudice to re-filing and tolled the answer deadline for HSBC North America Holdings Inc. The order permitted the re-assertion of the motion to dismiss after additional jurisdictional discovery. I am writing to inform you that Defendant HSBC North America Holdings, Inc. has filed an answer (Docket No. 717) and will not be re-filing its motion to dismiss.

Respectfully,

Boudreaux, Leonard, Hammond & Curcio, P.C.

Glen M. Boudreaux

cc: All Counsel of Record

The Honorable Caroline M. Craven  
United States Magistrate Judge  
Eastern District of Texas  
500 N State Line Ave, Room 401  
P.O. Box 2090  
Texarkana, TX 75504