**WILSON, SHEEHY, KNOWLES, ROBERTSON & CORNELIUS**

JENNIFER P. AINSWORTH
JON K. ALEXANDER [1]
KAY K. CASERTA
WILLIAM CORNELIUS
LEIGH C. PORTER
JAMES S. ROBERTSON, JR. [2]
JAMES D. VanDEVENTER
ROBERT H. WILSON

A PROFESSIONAL CORPORATION
ATTORNEYS & COUNSELORS
909 ESE LOOP 323, SUITE 400
TYLER, TEXAS 75701
(903) 509-5000
FAX (903) 509-5091

POST OFFICE BOX 7339
TYLER, TEXAS 75711-7339

MURPH WILSON (1912-1998)

[1] BOARD CERTIFIED ESTATE PLANNING & PROBATE LAW
[2] BOARD CERTIFIED OIL, GAS & MINERAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

OF COUNSEL
JAMES W. KNOWLES

June 19, 2007

Magistrate Caroline Craven
Eastern District of Texas, Texarkana Division
Federal Building
500 North Stateline
Texarkana, Texas 75501

Re:   Civil Action 2:06-CV-72-DF
      *Datatreasury Corporation v. Wells Fargo & Company, et al.*
      In the United States District Court, Eastern District of Texas, Marshall Division

Dear Magistrate Craven:

On June 15, 2007, UnionBanCal Corporation filed its Answer in the above captioned case. In its Answer, UnionBanCal Corporation waived its personal jurisdiction defense. The filing of UnionBanCal's Answer effectively moots UnionBanCal's previously denied without prejudice (D.E. 599) Motion to Dismiss (D.E. 83) and this Court's May 15 Order (D.E. 695) requiring the production of certain jurisdiction related documents. If the Court has any questions or needs any additional information, UnionBanCal Corporation will be glad to promptly provide that.

Sincerely,

Jennifer P. Ainsworth

JPA/wh

cc:   All Counsel of Record (Via Email)