# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **DATATREASURY CORPORATION** § | |
| *Plaintiff* § | |
| § | |
| vs. § | Civil Action No. 2:06cv72 |
| § | JURY TRIAL DEMANDED |
| **WELLS FARGO & COMPANY;** § | |
| **WELLS FARGO BANK, NATIONAL** § | |
| **ASSOCIATION, et al** § | |
| *Defendants* § | |

## UNOPPOSED MOTION TO ALTER DEADLINES

COMES NOW Plaintiff, DataTreasury Corporation, and files this Unopposed Motion to Alter Deadlines and would respectfully show unto the Court the following:

I.

On June 13, 2007, Defendant The Clearing House Payments Company filed its Motion for Summary Judgment for Noninfringement of the '868 Patent. Plaintiff's response is currently due on June 28, 2007. Attached as an exhibit to Defendant's Motion for Summary Judgment was an Affirmation of Susan Goold in Support of Motion for Summary Judgment. It is necessary for Plaintiff to depose Ms. Goold on her Affirmation before responding to the Motion; however, Ms. Goold is not available for deposition until July 16, 2007.

II.

Plaintiff requests to alter/extend the deadline to respond to Defendant's Motion for Summary Judgment until twenty (20) days following the deposition of Ms. Goold. Additionally, Plaintiff requests that the deadline for Defendant to file its Reply brief be

extended until thirty (30) days after Plaintiff files its response.  Thus, Plaintiff requests that these dates be altered as follows:

| DOCUMENT | PLAINTIFF'S RESPONSE DUE | DEFENDANT'S REPLY DUE |
|---|---|---|
| Plaintiff's Response Brief to Defendant's Motion for Summary Judgment for Noninfringement of '868 Patent | **August 6, 2007** | |
| Defendant's Reply Brief to Plaintiff's Response to Defendant's Motion for Summary Judgment for Noninfringement of '868 Patent | | **September 5, 2007** |

### III.

Plaintiff has conferred with counsel for Defendant and they are not opposed to this Motion.

WHERFORE, PREMISES CONSIDERED, Plaintiff prays the Court grant its Unopposed Motion to Alter Deadlines and to allow Plaintiff and Defendant to file their pleadings on the dates noted herein.

Respectfully submitted,

_/S/  Anthony K. Bruster_____
**C.  CARY PATTERSON**
State Bar No. 15587000
**BRADY PADDOCK**
State Bar No. 00791394
**ANTHONY BRUSTER**
State Bar No. 24036280
**BEN KING**
State Bar No. 24048592
**NIX PATTERSON & ROACH L.L.P.**
2900 St. Michael Drive, Suite 500
Texarkana, Texas  75503
903.223.3999 (telephone)
903.223.8520 (facsimile)
akbruster@nixlawfirm.com
bpaddock@nixlawfirm.com
benking@nixlawfirm.com

EDWARD L. VON HOHN, Attorney in Charge
State Bar No. 09813240
ROD COOPER
State Bar No. 90001628
EDWARD CHIN
STATE BAR NO. 50511688
NICOLE REED
STATE BAR NO. 24041759
NIX PATTERSON & ROACH LLP
5215 N. O'Connor Blvd. Ste. 1900
Irving, Texas 75039
972.831.1188 (telephone)
972.444.0716 (facsimile)
rcooper@cooperiplaw.com
edchin@nixlawfirm.com
edhohn@nixlawfirm.com
nicolereed@nixlawfirm.com


JOE KENDALL
State Bar No. 11260700
KARL RUPP
State Bar No. 24035243
PROVOST * UMPHREY, L.L.P.
3232 McKinney Avenue, Ste. 700
Dallas, Texas 75204
214.744.3000 (telephone)
214.744.3015 (facsimile)
jkendall@provostumphrey.com
krupp@provostumphrey.com



ERIC M. ALBRITTON
State Bar ;No. 00790215
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
903.757.8449 (telephone)
903.758.7397 (facsimile)
ema@emafirm.com


T. JOHN WARD, JR.
State Bar No. 00794818
LAW OFFICE OF T. JOHN WARD, JR.
P.O. Box 1231
Longview, Texas 75601
903.757.6400 (telephone)
903.757.2323 (facsimile)
jw@jwfirm.com

**ATTORNEYS FOR PLAINTIFF
DATATREASURY CORPORATION**

## **CERTIFICATE OF CONFERENCE**

On this date, June 21, 2007, I conferred with counsel for Defendant, The Clearing House Payments Company, and they do not oppose this Motion.

_____/S/_____
Anthony K. Bruster

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing Unopposed Motion to Alter Deadlines has been served on all counsel of record via CM/ECF electronic service on June 22, 2007.

_____/S/_____
Anthony K. Bruster