# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **DATATREASURY CORPORATION** § | |
| *Plaintiff* § | |
| § | |
| vs. § | Civil Action No. 2:06cv72 |
| § | JURY TRIAL DEMANDED |
| **WELLS FARGO & COMPANY;** § | |
| **WELLS FARGO BANK, NATIONAL** § | |
| **ASSOCIATION, et al** § | |
| *Defendants* § | |

## ORDER ON UNOPPOSED MOTION TO ALTER DEADLINES

On this date came to be considered the Unopposed Motion to Alter Deadlines filed by Plaintiff, DataTreasury Corporation.

The Court, having considered the evidence contained therein, finds that it has merit and should be granted.

IT IS THEREFORE ORDERED that the deadlines for Plaintiff and Defendant to file their respective Response and Reply to Defendant The Clearing House Payment Company's Motion for Summary Judgment on Noninfringement of the '868 Patent are as follows:

| DOCUMENT | PLAINTIFF'S RESPONSE DUE | DEFENDANT'S REPLY DUE |
|---|---|---|
| Plaintiff's Response Brief to Defendant's Motion for Summary Judgment for Noninfringement of '868 Patent | **August 6, 2007** | |
| Defendant's Reply Brief to Plaintiff's Response to Defendant's Motion for Summary Judgment for Noninfringement of '868 Patent | | **September 5, 2007** |

ORDER ON UNOPPOSED MOTION TO ALTER DEADLINES                                                                    PAGE 1