# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **DATATREASURY CORPORATION**<br>**Plaintiff,**<br><br>v.<br><br>**WELLS FARGO & COMPANY, ET. AL.,**<br>**Defendants** | §<br>§<br>§   **Civil Action No.:2:06-CV-**<br>§          **72 (DF)**<br>§<br>§   **JURY TRIAL DEMAND**<br>§<br>§ |

## DECLARATION OF NICOLE REED IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT FOR CLAIM INVALIDITY BASED ON INDEFINITENESS OF U.S. PATENT NO. 5,265,007

I, Nicole Reed, declare:

1. I am a member of the Teas State Bar admitted to appear before this Court and an attorney with the law firm of Nix, Patterson & Roach, L.L.P., counsel of record for Plaintiff DataTreasury Corporation ("DTC") in this lawsuit. I submit this declaration based on personal knowledge and following a reasonable investigation. If called upon as a witness, I could competently testify to the truth of each statement herein.

2. Attached hereto as Exhibit A is a true and correct copy of U.S. Patent No. 4,448,419 (the "Telnaes patent" at issue in *WMS Gaming, Inc. v. International Game Technology*, 184 F.3d 1339, 1348 (Fed. Cir. 1999)).

3. Attached hereto as Exhibit B is a true and correct copy of the Affidavit of David James dated April 9,2007.

4. Attached hereto as Exhibit C is a true and correct copy of the Affidavit of Terry L. Geer, dated April 9, 2007.

**DECLARATION OF NICOLE REED**                                                                                    PAGE 1 OF 2

dockets.Justia.com

5. Attached hereto as Exhibit D is a true and correct copy of Plaintiff's proposed constructions and relevant extrinsic evidence for the eight terms at issue in Defendants' Motion for Summary Judgment and Plaintiff's Response.

6. Attached hereto as Exhibit E is a true and correct copy of the Amendment after Final Office Action for the '007 Patent.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on the 25th day of June, 2007, at Dallas, Texas.

_____
**NICOLE REED**