# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **DATATREASURY CORPORATION,**  Plaintiff,  v.  **WELLS FARGO & COMPANY, ET Al.,**  Defendants. | 2:06-CV-72 DF |

### ORDER GRANTING DEFENDANT BANK OF AMERICA'S
### UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE
### A REPLY BRIEF IN SUPPORT OF ITS
### MOTION FOR SUMMARY JUDGMENT OF CLAIM INVALIDITY
### AS TO U.S. PATENT NO. 5,265,007

The Court, having considered Defendants Bank of America Corporation and Bank of America, National Association's (collectively, "Defendants") "Unopposed Motion for an Extension of Time to File a Reply Brief in Support of its Motion for Summary Judgment of Claim Invalidity as to U.S. Patent No. 5,265,007" ("Motion"), finds that the Motion should be granted.

Accordingly, the deadline for Defendants Bank of America Corporation and Bank of America, National Association to reply to "Plaintiff's Response to Defendants' Motion for Summary Judgment of Claim Invalidity Based on Indefiniteness for U.S. Patent No. 5,265,007" (Docket No. 731) is extended from July 9, 2007 to **July 12, 2007**.

**IT IS SO ORDERED.**

90229463.doc

**ORDER GRANTING DEFENDANT BANK OF AMERICA'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF CLAIM INVALIDITY BASED ON INDEFINITENESS FOR U.S. PATENT NO. 5,265,007** - Page 1

SIGNED this 29th day of June, 2007.

                                                      DAVID FOLSOM
                                                      UNITED STATES DISTRICT JUDGE

**ORDER GRANTING DEFENDANT BANK OF AMERICA'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF CLAIM INVALIDITY BASED ON INDEFINITENESS FOR U.S. PATENT NO. 5,265,007** - Page 2