# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **DATATREASURY CORPORATION,** | |
| Plaintiff | |
| v. | 2:06-CV-72 DF |
| **WELLS FARGO & COMPANY, ET AL.,** | |
| Defendants | |

## ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT FOR CLAIM INVALIDITY BASED ON INDEFINITENESS OF U.S. PATENT NO. 5,583,759

On this day came on for consideration Defendants' Motion for Summary Judgment for Claim Invalidity Based on Indefiniteness of U.S. Patent No. 5,583,759. Having considered the same, the evidence submitted therewith, and the parties' briefs filed on this matter, the Court is of the opinion that the motion should be granted.

Accordingly, the Court finds that Claims 1 and 11 of U.S. Patent No. 5,583,759 are indefinite and invalid as a matter of law.

**IT IS SO ORDERED.**

90229829.doc

**ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT FOR CLAIM INVALIDITY BASED ON INDEFINITENESS OF U.S. PATENT NO. 5,583,759 – Page 1**

Dockets.Justia.com