# EXHIBIT L

Dockets.Justia.com



# Banking Terminology

**THIRD EDITION**



AMERICAN BANKERS ASSOCIATION ®

1120 Connecticut Avenue, N.W.
Washington, D.C. 20036
1-800-338-0626

Certain terms included in *Banking Terminology* have been adapted from the glossary of *Recent Innovations in International Banking*, published by the Bank for International Settlements (1986), and are used with permission.

Library of Congress Cataloging-in-Publication Data

Banking terminology. -- 3rd ed.
   p.  cm.
    ISBN 0-89982-360-2
    1. Banks and banking--Dictionaries.  I.  American Bankers
Association.     Eduation Policy and Development Group.
HG151.B268 1989
332.1'03--dc20                                          89-14963
                                                           CIP

This publication is designed to provide accurate and authoritative information in regard to the  subject matter covered.  It is sold with the understanding that the publisher is not engaged in rendering legal, accounting, or other professional service.  If legal advice or other expert assistance is required, the services of a competent professional person should be sought.

*From a Declaration of Priniciples  jointly adopted by a Committee of the American Bar Association and a Committee of Publishers and Associations.*

Copyright © 1981, 1985, 1989 by the American Bankers Association
Reprinted 1991, 1995, 1996

All rights reserved.  This book may not be reproduced in whole or in part in any form whatsoever without permission from the publisher.

Printed in the United States of America

iii

## Contents

Introduction

Dictionary of

Acronyms an

Bank Perform

Glossary of E

Federal Reser

Other Addres

**loan schedule**                                         **216**

forth specific criteria for when a sale of a loan may be recorded as a sale, as opposed to a collateralized borrowing. Recourse is one of the primary factors taken into consideration. Legal documentation, as well as economic substance, may differ for various types of transactions referred to as sales.

**loan schedule** A list of the due dates, amounts of payments, balances after payments, and other information relevant to a specific loan.

**loan shark** A person or firm that lends money to a poor credit risk at an excessively high or illegal rate of interest.

**loan submission** A package consisting of papers and documents required for the approval of a loan.

**loan swap** The exchange by one lender of all or part of a particular loan with a second lender for all or part of a loan to the same or a different borrower. Under generally accepted accounting principles (GAAP), if the loans swapped are deemed to be substantially-the-same (as defined in GAAP), there is generally no gain or loss recognized. If the loans swapped are not substantially-the-same, the fair values of the loans are considered in determining the amount of gain or loss to be recognized. *See also* fair value; LDC loan swaps; substantially-the-same.

**loan syndication** A group of banks that join together to make a loan too large for one bank to make.

**loan-to-value ratio** The ratio between the amount of a loan and the appraised value of the security for that loan, expressed as a percentage of the appraised value.

**lobby depository** A receptacle on a bank's premises that allows customers to make deposits without teller assistance.

**local** *See* floor trader.

**local item** A deposited check drawn on another bank within the same city or geographic area.

**local system** A computer system not connected to any other computer facility.

**local transaction date** The month and day on which a transaction takes place.

**lockbox** A banking service provided for the rapid collection of a customer's receivables and rapid credit to the customer's account. The service includes collecting the mail from the company's post office box; sorting, totaling, and recording the payments; processing the items; and making the necessary bank deposit.

**locked-in trade** An executed trade, the terms of which have been agreed to by both parties. A locked-in trade is guaranteed by the clearing corporation to settle, unless both parties agree to cancel the trade.

**locked market** A market in which the bid price equals the asked price.

**lockup certificates of deposit** Certificates of deposit sold with the understanding that they will not be traded.

**log** A record of everything pertinent to a machine run, including an identification of the machine run; record of any alteration of switch settings; identification of input and output tapes; copy of mutual key-ins; identification of all machine errors and failures; and record of all actions taken.

**217**

**logging** The [...] on a storage [...] particular typ[...] system activit[...]

**logical flowch[...]** of work order[...] built-in operat[...] of a specific m[...] symbolic notat[...] the informatio[...] input, output, [...] logical operati[...]

**log-normal dis[...]** probability dist[...] expressed in lo[...] distribution is c[...] assets or comm[...] implies that the [...] ity but cannot f[...] *also* normal dis[...]

**long** (1) Ownin[...] contracted to se[...] tion established [...] bought a future[...] closed out the p[...] offsetting sale. [...] establish a long [...] to buy a future[...]

**long coupon** A b[...] tered, with an in[...] period longer tha[...] payment interval[...] example, a bond [...] semiannually is s[...] coupon" if the fi[...] scheduled more t[...] the dated date of [...]

**long hedge** A he[...] purchasing a futu[...] hedge locks in a [...] received at a futu[...] or exporters may [...] protection against[...] cash price of a co[...]

**long position** (1) [...] or market maker [...]

**...ming** A fraudulent reading of ...etically encoded data from a ...card; transferring such data to ...er card.

**...ming pricing** Using a high initial ...e for a new product.

**...account** A borrower or cardhold-...ith a past-due balance who cannot ...ound.

**...day settlement** A trade that is ...ed 1 day later than the normal

**...payment** An option to skip the ...ember payment, offered annually ...rdholders who meet specified ...irements.

**...person** With respect to a genera-...-skipping transfer, a recipient or ...ficiary who is at least two gener-...n levels below that of the trans-...r.

**...tracing** The process of locating ...owers who have stopped making ...r loan payments and cannot be ...ted by their last known address or ...loyer.

**...per** A security whose market ...e appears not to reflect some basic ...rovement in the company's posi-...n or some general upward move-...t of comparable securities in the ...ket.

**...w pay and unsatisfactory account** ...esignation for an extension of ...lit indicating that it has not been ...d as agreed or according to ...tract terms.

**...JGS (state and local governmen...** ...les) Special U.S. government se...es that are sold by the Secretary ...Treasury to states, municipalit...l other local government bodie...

through individual subscription agreements. The interest rates and maturities of SLUGS are arranged to comply with arbitrage restrictions imposed under Section 103 of the Internal Revenue Code. SLUGS are most commonly used for deposit in escrow in connection with the issuance of refunding bonds.

**Small Business Administration (SBA)** An independent federal agency, created in 1953, to help small businesses. The SBA makes loans directly or guarantees loans made to small businesses.

**Small Business Investment Act of 1958** Federal legislation that provides the current authority for the Small Business Administration to aid in financing small businesses.

**small business investment company** A private firm that provides equity financing, long-term loans, and managerial services to small businesses. These firms were established under the Small Business Investment Act of 1958 and are licensed, regulated, and partially subsidized by the Small Business Administration.

**smart card** A credit card imbedded with a microprocessor that gives the card the capacity to compute or to communicate information. For example, a smart card may include such information as a cardholder's secret code, which makes possible off-line authorization, with verification by the card's microprocessor.

**Smithsonian Agreement (1971)** An international agreement resulting in a devaluation of the U.S. dollar in relation to other currencies.

**social responsibility** The obligation of a company to conduct business activities in a way that does not adversely

affect its customers or the community as a whole and to devote a portion of its resources to civic improvement efforts.

**societal marketing** As a result of the consumer movement, marketing by banks that involves public affairs programs, consumer financial counseling, and education in general.

**Society for Worldwide Interbank Financial Telecommunication (S.W.I.F.T.)** A nonprofit, cooperative organization of international banks that provides an international telecommunication system for the exchange of electronic information among banks.

**software** A set of programs, procedures, and possibly associated documentation, concerned with the operation of a computer. *Compare with* hardware.

**sole corporation** A one-person corporation whose authority, duties, and powers are attached to and vested in the office and not in the person who currently holds the office.

**sole proprietorship** A business owned and operated by one person.

**solid logic technology** Miniaturized modules, used in computers, that increase the speed of the circuitry by reducing the distance that currents travel.

**sort** The distribution of anything into particular groups, following a specified classification scheme (for example, grouping checks so they can be sent to the bank on which they are drawn). The classification can be alphabetic, numeric, by location, and so on.

**source** (1) Origin. (2) Original document.

# The *Dictionary* of
# BANKING

*Over 5,000 Terms Defined and Explained*

## Charles J. Woelfel

*A BankLine Publication*



**IRWIN**
*Professional Publishing®*
Burr Ridge, Illinois
New York, New York



# BANKLINE™
## A BankLine Publication

© 1994, Probus Publishing Company

ALL RIGHTS RESERVED. No part of this publication may be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording or otherwise, without the prior written permission of the publisher and the author.

This publication is designed to provide accurate and authoritative information in regard to the subject matter covered. It is sold with the understanding that the author and the publisher are not engaged in rendering legal, accounting or other professional service.

Authorization to photocopy items for internal or personal use, or the internal or personal use of specific clients is granted by PROBUS PUBLISHING COMPANY, provided that the U.S. $7.00 per page fee is paid directly to Copyright Clearance Center, 222 Rosewood Drive, Danvers, MA 01923, USA; Phone: 1-508-750-8400. For those organizations that have been granted a copyright license by CCC, a separate system of payment has been arranged. The fee code for users of the Transactional Reporting Service is 1-55738-728-1/94/$00.00 + $7.00.

ISBN 1-55738-728-1

Printed in the United States of America

BB

 2 3 4 5 6 7 8 9 0

PSG

Probus books are available at quantity discounts when purchased for business, educational, or sales promotional use. For more information, please call the Director, Corporate/Institutional Sales at (800) 998-4644, or write:

Director, Corporate/Institutional Sales
Probus Publishing Company
1925 N. Clybourn Avenue
Chicago, IL 60614
Phone (800) 998-4644   Fax (312) 868-6250

issued in connection with offerings that must be registered with the Securities and Exchange Commission in accordance with the Securities Act of 1933, being a part of the procedures underwriters use to perform and document a "reasonable investigation" of information included in offering documents. (Section 11 of the act provides underwriters with a so-called due diligence defense against possible claims if they have performed such an investigation.)

**COMMAND** An act by which human powers are ordered and moved to action.

**COMMERCE** A trade, business, industry, or interchange of goods for a profit.

**COMMERCE DEPARTMENT** An executive branch department under the direction of the Secretary of Commerce dealing with such matters at the national oceanic and atmospheric administration, the international trade administration, export administration, economic affairs, and travel and tourism.

**COMMERCIAL BANK** A name given to one of the classes of nongovernmental banking institutions under bank. Commercial banks are designed primarily to finance the production, distribution, and sale of goods as well as providing long-term or capital funds. The term full-service banking has been promoted in recent years as a more descriptive term because of the diversification of commercial banks into many operations other than commercial lending, including consumer banking, mortgage banking, commercial sales financing and factoring, international banking, trust banking, and many other functions.

**COMMERCIAL BORROWERS** Merchants who borrow on short-term notes largely to finance inventories or who realize on notes and accounts receivable by discounting them.

**COMMERCIAL CREDIT** Used to indicate credit furnished to manufacturers, wholesalers, jobbers, and retailers—those engaged in the manufacture and distribution of commodities; a transaction involving the use of a commercial letter of credit.

**COMMERCIAL CREDIT COMPANIES** Concerns also known as credit or finance companies, engaged in the business of lending or buying and collecting on installment contracts and open book accounts from manufacturers and merchants.

**COMMERCIAL CREDIT DOCUMENTS** A generic term for instruments used in connection with commercial loans, such as bills of lading.

**COMMERCIAL DISCOUNTS** Notes given to lending banks by mercantile firms upon which interest is paid in advance; cash discounts offered by a seller to a purchaser to

encourage the payment of invoices in advance of maturity allowed by the terms of credit.

**COMMERCIAL FINANCING** Financing provided for current open accounts receivable, inventories, fixed assets, and certain securities of manufacturers, wholesalers, mills, and converters on a nonnotification plan (not giving notice to customers of the assignment of the invoices) on various bases as to assumption of liability by the finance company or other lender.

**COMMERCIAL LETTER OF CREDIT** A letter of credit issued specifically to facilitate trade or commerce.

**COMMERCIAL LOAN** Extension of credit for activities of business other than the acquisition and holding of real estate.

**COMMERCIAL PAPER** All classes of short-term negotiable instruments (notes, bills, and acceptances) that arise out of commercial, as distinguished from speculative, investment, real estate, person, or public transactions, usually sold on a discount basis; short-term notes, bills of exchange, and acceptances arising out of industrial, agricultural, or commercial transactions, the essential qualities of which are short-term maturity (not exceeding nine months), having an automatic or self-liquidating nature, and nonspeculativeness in origin and purpose of use.

**COMMERCIAL PAPER FUTURES** The commercial paper futures contract on the Chicago Board of Trade that calls for delivery of prime commercial paper rated A-1 by Standard & Poor's Corporation and P-1 by Moody's Investors Services, and approved as deliverable by the Chicago Board of Trade, maturing not more than 90 days from the date of delivery.

**COMMERCIAL PAPER NAMES** Among bank credit persons, a reference to corporations and partnerships that habitually borrow through the open market by issuing commercial paper.

**COMMERCIAL REAL ESTATE LOANS** Loans secured by nonfarm, nonresidential properties.

**COMMINGLING** To mix or combine, as with the investment or trust funds of individuals.

**COMMISSION** In general, compensation paid by a principal to an agent for services rendered in that capacity; the charge made by brokers or banks for various services rendered to customers.

**COMMISSION CREDIT BUREAU** A special mercantile agency, whose services are confined to the release of credit information upon textile and dry goods names, including all branches of these trades.

**COMMISSIONER OF BANKING** In state regulation of banks and trust companies, a title to designate the official charged with such responsibility; also known as superintendent of banks in some states.

**COMMISSION HOUSE** A brokerage concern, whose members are also members of a stock or other exchange and execute orders to buy and sell on such exchange or exchanges, as distinguished from exchange members who trade only for their own accounts.

**COMMISSION TRADE** A transaction in which the legal relationship is that of principal (customer) and agent (broker) and in which the broker is compensated for services by a commission.

**COMMITMENT** A pledge or engagement; a contract involving financial responsibility or a contingent financial obligation to be performed in the future, e.g., an obligation to pay for subscribed stock on call, to take up bonds subscribed or purchased on the delivery date, or orders entrusted to a broker for buying and selling securities.

**COMMITMENT FEES** Bank charges associated with an agreement that obligates the bank to make a loan under specific conditions.

**COMMITTEE FOR ECONOMIC DEVELOPMENT** An independent, nonprofit, nonpartisan, and nonpolitical. research and education organization consisting of business executives and educators.

**COMMITTEE ON LUNACY** A person appointed by a court, usually upon the initiative or relatives, to administer the affairs and protect the state of a person adjudged to be a lunatic. The term is synonymous with *conservator*.

**COMMITTEE ON UNIFORM SECURITIES IDENTIFICATION PROCEDURES** A committee of the American Bankers Association that devised numerical and alphabetical descriptions of securities traded on the exchanges and in the over-the-counter markets, as well as certain others.

**COMMODITIES** A basic agricultural, mineral, or other basic product traded on a commodity exchange.

**COMMODITY CREDIT CORPORATION** An agency of the United States, authorized to (1) support prices of agricultural commodities through loans, purchases, payments, and other operations; (2) make available materials and facilities required in the production and marketing of agricultural commodities; (3) procure agricultural commodities for sale to other government agencies, foreign governments, and domestic, foreign, or international relief or rehabilitation agencies, and to meet domestic requirements; (4)

53

**SELLING OUT**

derwriting group who purchase securities from one or more of the underwriters and then resell them to their customers.

**SELLING OUT** The exercise of the legal right accorded a broker to close out an account of a customer, or of a bank to close out a broker's loan, for failure to furnish additional margin when demanded.

**SELLING SHORT** A short sale.

**SEMIANNUAL INTEREST** Interest that is payable twice a year, as required upon the majority of bonds.

**SEMIMUNICIPAL BONDS** Bonds that are not necessarily the obligation of all the taxpayers of the issuing municipality, but that are obligations of such taxpayers who secure the benefit of the improvements constructed from the proceeds of those bonds.

**SENDER** "Any of the following that sends an item to a Federal Reserve bank for forwarding collections: a depository institution, a clearing institution, another Federal Reserve bank, an international organization, a foreign correspondent, or a branch or agency of a foreign bank maintaining reserves under Section 7 of the International Banking Act of 1978." Regulation J, 12 CFR 210.2 (1)

**SENIOR ISSUE** Senior bonds.

**SEQUENTIAL SAMPLING** Sample items not taken simultaneously, but sequentially.

**SERIAL BONDS** Bonds having multiple maturities instead of a single maturity for payment of principal.

**SERIES E U.S. Savings Bonds** issued before December 1965 that stop earning interest 40 years from their issue dates, and those issued after November 1965 will stop earning interest 30 years from their issue dates.

**SERIES EE U.S. Savings Bonds** designed to provide a safe, convenient investment medium for small investors and groups at a relative attractive yield with protection against market price fluctuations, sold at a 50 percent of face value in denominations from $50 to $10,0000, with interest accruing through periodic increases in redemption value.

**SERIES H U.S. Savings Bonds** issued through December 1979 and having a final maturity 30 years from their issue date.

**SERIES HH CURRENT INCOME BONDS** U.S. Savings Bonds that pay interest semiannually, available in exchange for Series E and EE Savings Bonds and savings notes with a total redemption value of $500 or more, or through the reinvestment of the redemption proceeds of matured Series H bonds, issued at face value in denominations from $500 to $10,000, have a maturity of 10 years with a 10-year extended maturity period.

**SERVICE CORPORATION** A subsidiary of a bank or thrift institution that provides services, excluding the deposit function, for the entity that owns the service corporation or customers.

**SERVICE INCOME** Income from servicing loans.

**SERVICE POTENTIAL** A basic characteristic of assets reflecting future economic benefit; the scarce capacity to provide services or benefits to the entity that uses them.

**SERVICE SALES TRANSACTION** A transaction between a seller and a buyer in which, for a mutually agreed price, the seller performs, agrees to perform, or agrees to maintain readiness to perform an act or acts, including permitting others to use enterprise resources that do not alone produce a tangible commodity or product as the principal intended result, such as advertising agencies, computer service organizations, employment agencies, engineering firms, accounting firms, law firms, and many others.

**SERVICING** As applied to banking, the collection of mortgage payments, securing of escrow funds, payment of property taxes and insurance from the escrowed funds, monitoring delinquencies, accounting for and remitting principal and interest payments to the investor, and other services.

**SERVICING RIGHTS** Collection of payments from individual borrowers, the follow-up with delinquent borrowers, and the processing of escrow collections and payments, rights that may either be released with sold loans or retained.

**SETTLEMENT RISK** A risk that networks assume when payments are provisional or when a system participant is unable to settle its net debt position at the appointed time.

**SETTLEMENT** In general, the striking of a balance between two or more parties having mutual dealings with one another and payment of the debit balance by the debtor to the creditor; the striking of balances among members of a clearinghouse association; the process by which purchases and sales of securities among brokers are determined and the balances paid off at the stock exchange clearinghouse; a reference to when and how a financial transaction transaction must be settled or is settled according to an agreement.

**SETTLEMENT CLERK** In banking practice, the name given to the bank representative or clerk who receives packages of checks delivered from each presenting bank and determines the total amount of checks so presented at the clearinghouse each day.

**SETTLEMENT PRICE** The end-of-day price used to calculate gains and losses in futures

market accounts.

**SETTLEMENT RISK** The [...] erational difficulties wi[...] of funds even where the [...] to perform.

**SETTLEMENT SHEET** T[...] which a teller makes set[...] each day.

**SETTLING** The procedure [...] cash is proved against the [...] also referred to as maki[...]

**SETTLOR** A trustor, donor, [...] creates a voluntary tr[...] "settles" an income, or [...] beneficiary.

**SEVERANCE TAX** A tax le[...] and extraction of a natur[...] gas, oil, or coal, assessed [...] product extracted on on th[...]

**SEXUAL HARASSMENT** [...] advances, requests for [...] other verbal or physical c[...] nature, viewed as a "barg[...] or as environmental sexu[...]

**SHADE** A slight concession [...]

**SHARE** A unit of stock owne[...] tion or other association.

**SHARE ACCOUNT** Funds in [...] purchased by a member [...] depositor that are received [...] union in its usual course o[...] which the credit union has [...] gated to give, credit to th[...] depositor.

**SHARE CAPITAL** The part c[...] corporation that is represe[...] ing shares of stock as dis[...] "loan capital," which is re[...] and floating debt.

**SHARE CERTIFICATE** A tra[...] transferable ownership instr[...] at a credit union that provi[...] in the underlying agreemen[...] amount of shares is payable [...] to a specified person.

**SHARED APPRECIATION** [...] Shared equity; a mortgage i[...] rower agrees to share with [...] able percent (often 30 to 50 [...] appreciation in the propert[...] the borrower sells or transfe[...] or after a specified number [...] typically have a relatively l[...]

**SHARED EQUITY** An arrange[...] co-mortgagor helps a buye[...] proval and in return receive[...] or a share of the equity in th[...]

**SHARE DRAFT** A negotiable or [...] draft signed by an account ho[...] credit union on which the dr[...] pay a certain sum of money or[...]

**210**

R
004.6
S132

# THE INTERNATIONAL DICTIONARY
# *of*
# DATA COMMUNICATIONS

**ROBERT A. SAIGH**

KCL

**GLENLAKE PUBLISHING COMPANY, LTD.**
Chicago • London • New Delhi

**AMACOM**
**AMERICAN MANAGEMENT ASSOCIATION**
New York • Atlanta • Boston • Chicago • Kansas City • San Francisco
Washington, D.C. • Brussels • Mexico City • Tokyo • Toronto

This book is available at a special
discount when ordered in bulk quantities.
For information, contact Special Sales Department,
AMACOM, a division of American Management Association,
1601 Broadway, New York, NY 10019.

*This publication is designed to provide accurate and authoritative
information in regard to the subject matter covered. It is sold
with the understanding that the publisher is by not engaged in
rendering legal, accounting, or other professional service. If
legal advice or other expert assistance is required, the services of
a competent professional person should be sought.*

© 1998 The Glenlake Publishing Company, Ltd.
All rights reserved.
Printed in the United States of America.

ISBN: 0-8144-0469-3

*This publication may not be reproduced, stored in a retrieval system, or trans-
mitted in whole or in part, in any form or by any means, electronic, mechani-
cal, photocopying, recording, or otherwise, without the prior written permis-
sion of AMACOM, a division of American Management Association, 1601
Broadway, New York, NY 10019.*

Printing number

10  9  8  7  6  5  4  3  2  1

# TAB

**PREFACE**

**ABOUT THE**


**DEFINITION**


**APPENDIX** A
Data Comm

**APPENDIX** B
United State
Technology

**APPENDIX** C
Internal Tele

**APPENDIX** D
Internationa
Network Har

**APPENDIX** E
Internationa
Network Sof

**APPENDIX** F
Internationa
Organization

**APPENDIX** G
Internationa

## Real mode

**Real mode:** An Intel operating mode that gives one program at a time a defined area of Random Access Memory (RAM) and direct access to peripherals.

**Real time:** The immediate processing of time-dependent input, such as point-of-sale transactions or computer-assisted instruction.

**Real-time clock:** A battery-powered clock built into a computer that keeps track of the time of day even when the power is off (not to be confused with the system clock that governs microprocessor cycles).

**Reboot:** Restart a computer, often necessary after a crash to re-initialize the Random Access Memory (RAM); usually generated from the keyboard or a reset button, but after severe crashes, the computer may have to be turned off and back on. *See* **Programmer's switch.**

**Rec:** One of the seven UseNet newsgroup hierarchies in UseNet, containing groups by recreational interests, including movies, comics, science fiction, audio systems, sports cars, aviation, collections and music of all kinds, brewing, cooking, board games, humor, and numerous individual sports.

**Recalculation method:** The way a spreadsheet program recalculates cell values after cell contents are changed. *See* **Recalculation order.**

**Recalculation order:** The sequence in which spreadsheet calculations are performed when new values, labels, or formulas are entered. Options recalculations by column or row, and natural recalculation.

**Receive-Only (RO):** A one-way device such as a printer plotter or graphics display that cannot send data.

**Receive-Only (RO) device:** A teletypewriter without a keyboard, used where no input to the computer is necessary.

**Recommended Standard 232 (RS-232 or RS232C):** (1) The electrical, mechanical, and procedural standard interface developed by the Electronic Industries Association (EIA) for communications among computers, printers, and modems. (2) The mechanical and electrical specification for asynchronous transmission between Data Terminal Equipment (DTE) and Data Communication Equipment (DCE); external peripherals such as modems are attached to personal computers through an RS-232-compatible serial port. *See* **Modem; Printer; Scanner.**

**Recommended Standard 336 (RS-336):** A specification for the interface between a modem (Data Communication Equipment or DCE) and

## Translate

**Translate:** Convert a file from one format to another or a program from one programming language to another.

**Transmission code:** A code for sending information over telephone lines.

**Transmission control:** The layer in the Systems Network Architecture (SNA) that manages communications.

**Transmission control character:** Any character used to control or facilitate transmission of data between Data Terminal Equipment (DTE), initiating such operations as addressing, polling, delimiting and blocking messages, and checking for transmission errors.

**Transmission Control Protocol (TCP):** A specification for software that bundles and unbundles data into packets, manages network transmission of packets, and checks for errors.

**Transmission Control Protocol/Internet Protocol (TCP/IP):** A set of communications standards created by the U.S. Department of Defense (DOD) in the 19701 that has now become an accepted way to connect different types of computers in networks because the standards now support so many programs. Occasionally called Transfer Control Protocol/Internet Protocol.

**Transmit:** To send information electronically.

**Transparency:** A clear piece of acetate on which information can be written or printed (by laser, ink jet, or copier, though different materials may be required) for display by overhead projection.

**Transparency adapter:** An attachment that lets scanners scan slides and transparencies.

**Transparent:** A computer operation or entity that is invisible to those using it (e.g., the formatting codes a program inserts in the document that are not present on the screen).

**Transparent Bridging (TB):** An Internet Engineering Task Force (IETF) standard using a Spanning Tree Algorithm where the behavior of the bridge is transparent to the traffic.

**Transport connection:** A communications path that is a virtual circuit between users.

**Transport layer:** The fourth layer of the seven layers in the Open Systems Interconnection (OSI) model, above the network, data-link, and physical layers. The transport layer is responsible for the integri-



# RANDOM HOUSE WEBSTER'S
# COMPUTER
# & INTERNET
# DICTIONARY

## Third Edition

*Philip E. Margolis*

**Random House
New York**

*Random House Webster's Computer & Internet Dictionary, Third Edition*

Copyright © 1999 by Philip E. Margolis

All rights reserved under International and Pan-American Copyright Conventions. No part of this book may be reproduced in any form or by any means, electronic or mechanical, including photocopying, without the written permission of the publisher. All inquiries should be addressed to Random House Reference & Information Publishing, Random House, Inc., 201 East 50th Street, New York, NY 10022-7703. Published in the United States by Random House, Inc., New York and simultaneously in Canada by Random House of Canada Limited.

The Random House Living Dictionary Database™, is a trademark of Random House, Inc.

**Trademarks**

A number of entered words which we have reason to believe constitute trademarks have been designated as such. However, no attempt has been made to designate as trademarks or service marks all terms or words in which proprietary rights might exist. The inclusion, exclusion, or definition of a words or term is not intended to affect, or to express a judgment on, the validity or legal status of the word or term as a trademark, service mark, or other proprietary term.

This book is available for special purchases in bulk by organizations and institutions, not for resale, at special discounts. Please direct your inquiries to the Random House Special Sales Department, toll-free 888-591-1200 or fax 212-572-4961.

Please address inquiries about electronic licensing of reference products, for use on a network or in software or on CD-ROM, to the Subsidiary Rights Department, Random House Reference & Information Publishing, fax 212-940-7370.

**Library of Congress Cataloging-in-Publication Data**
Margolis, Philip E.

Random House Webster's computer & internet dictionary   / Philip E.
Margolis. -- 3rd ed.
  p.    cm.
Rev. ed. of: Random House personal computer dictionary. 2nd ed.
c1996.
Includes biographical references and index.
ISBN 0-375-70351-9
1. Microcomputers--Dictionaries.   2. Computers--Dictionaries.
I. Margolis, Philip E.   Random House personal computer dictionary.
II. Title.
QA76.15.M37   1998
004.16'03--dc21                                        98-45280
                                                        CIP

www.randomwords.com

Typeset and printed in the United States of America.

1999 Third Random House Edition

0 9 8 7 6 5 4 3 2
January 2000

ISBN: 0-375-70351-9

New York     Toronto     London     Sydney     Auckland

Document 738    Filed 07/09/2007    Page 16 of 25

**file allocation table** A table that the operating system uses to locate files on a disk. Because of fragmentation, a file may be divided into many sections that are scattered around the disk. The FAT keeps track of all these pieces.

In DOS systems, FATs are stored in *hidden files*, called *FAT files*.

The FAT system for older versions of Windows 95 is called *VFAT*, and the one for new versions of Windows 95 and Windows 98 is called *FAT32*.

⇒ See also CLUSTER; DISK; FAT32; FILE; FILE MANAGEMENT SYSTEM; FRAGMENTATION; PARTITION; SLACK SPACE; VFAT.

**file attribute** See under ATTRIBUTE.

**file compression** See under DATA COMPRESSION and *packed file*.

⇒ See also DATA COMPRESSION; PACKED FILE.

**file defragmentation** See under FRAGMENTATION.

**file extension** See EXTENSION.

**file format** A format for encoding information in a file. Each different type of file has a different file format. The file format specifies first whether the file is a binary or ASCII file, and second, how the information is organized.

⇒ See also FILE; FORMAT; GRAPHICS FILE FORMATS; PDF.

**file fragmentation** See FRAGMENTATION.

**file locking** See under LOCK.

**file management system** The system that an operating system or program uses to organize and keep track of files. For example, a *hierarchical file system* is one that uses directories to organize files into a tree structure.

Although the operating system provides its own file management system, you can buy separate file management systems. These systems interact smoothly with the operating system but provide more features, such as improved backup procedures and stricter file protection.

⇒ See also DIRECTORY; FAT32; FILE ALLOCATION TABLE; HIERARCHICAL; NFS; NTFS; VFAT; VSAM.

**filename** The name of a file. All files have names. Different operating systems impose different restrictions on filenames. Most operating systems, for example, prohibit the use of certain characters in a filename and impose a limit on the length of a filename. In addition, many systems, in-

Case 2:06-cv-00072-DF-CMC    Document 738    Filed 07/09/2007    Page 17 of 25

provided by the Centronics port.

Macintoshes have a SCSI port, which is parallel but more flexible.

⇒ See also CENTRONICS INTERFACE; ECP; EPP; IrDA; LOCALTALK; PARALLEL; PORT; SCSI; SERIAL PORT; USB.

**parallel processing** The simultaneous use of more than one CPU to execute a program. Ideally, parallel processing makes a program run faster because there are more engines (CPUs) running it. In practice, it is often difficult to divide a program in such a way that separate CPUs can execute different portions without interfering with one another.

Most computers have just one CPU, but some models have several. There are even computers with thousands of CPUs. With single-CPU computers, it is possible to perform parallel processing by connecting the computers in a network. However, this type of parallel processing requires very sophisticated software called distributed processing software.

Note that parallel processing differs from multitasking, in which a single CPU executes several programs at once.

Parallel processing is also called *parallel computing.*

⇒ See also CLUSTERING; CPU; DISTRIBUTED PROCESSING; HIGH PERFORMANCE COMPUTING; MPP; MULTITASKING; NUMA; SUPERSCALAR.

**parameter 1.** Characteristic. For example, *specifying parameters* means defining the characteristics of something. In general, parameters are used to customize a program. For example, filenames, page lengths, and font specifications could all be considered parameters. **2.** In programming, the term *parameter* is synonymous with *argument,* a value that is passed to a routine.

⇒ See also ARGUMENT; ROUTINE.

**parameter RAM (PRAM)** See PRAM.

**parent directory** Refers to the directory (or folder) above another directory (or folder). Every directory, except the root directory, lies beneath another directory. The higher directory is called the *parent directory,* and the lower directory is called a subdirectory. In DOS and UNIX systems, the parent directory is identified by two dots (..).

⇒ See also DIRECTORY; ROOT DIRECTORY.

**parity** The quality of being either odd or even. The fact that all numbers have a parity is commonly used in data communications to ensure the validity of data. This is called *parity checking.*

⇒ See also PARITY CHECKING.

**parity bit** See under PARITY CHECKING.

**parity checking** In communications, *parity checking* refers to the use of

tected mode extender is run first.

⇒ See also DOS; EXTENDED MEMORY; INTEL MICROPROCESSORS; MICROSOFT WIN-DOWS; MULTITASKING; OS/2; PROTECTED MODE; VIRTUAL MEMORY.

**real time** Immediate response by a computer system. The term is used to describe a number of different computer features. For example, real-time operating systems are systems that respond to input immediately. They are used for such tasks as navigation, in which the computer must react to a steady flow of new information without interruption. Most general-purpose operating systems are not real-time because they can take a few seconds, or even minutes, to react.

*Real time* can also refer to events simulated by a computer at the same speed that they would occur in real life. In graphics animation, for example, a real-time program would display objects moving across the screen at the same speed that they would actually move.

⇒ See also ISOCHRONOUS; OPERATING SYSTEM; OS/9.

**real-time clock** A clock that keeps track of the time even when the computer is turned off. Real-time clocks run on a special battery that is not connected to the normal power supply. In contrast, clocks that are not real-time do not function when the computer is off.

Do not confuse a computer's real-time clock with its CPU clock. The CPU clock regulates the execution of instructions.

⇒ See also CLOCK SPEED; CPU.

**Real Time Streaming Protocol** See RTSP.

**Real-Time Transport Protocol** See RTP.

**RealVideo** A streaming technology developed by RealNetworks for transmitting live video over the Internet. RealVideo uses a variety of data compression techniques and works with both normal IP connections as well as IP Multicast connections.

⇒ See also IP MULTICAST; REALAUDIO; STREAMING.

**reboot** To restart a computer. In DOS, you can reboot by pressing the Alt, Control, and Delete keys simultaneously. This is called a warm boot. You can also perform a cold boot by turning the computer off and then on again.

On Macs, you reboot by selecting the "Restart" option from the Special menu.

⇒ See also BOOT.

**recalculate** In spreadsheet programs, *recalculation* refers to computing the values of cells in a spreadsheet. Recalculation is necessary whenever you change a formula or enter new data into one or more cells. Depending on

# WEBSTER'S NEW WORLD™

ew World
f Computer Terms

Austin Lib.

ISSUED TO

OL SMITH
LIBRARY

# DICTIONARY

## *of*

# COMPUTER TERMS

## SIXTH EDITION

*By Bryan Pfaffenberger, Ph.D.*

**que**

Webster's New World™

Dictionary of Computer Terms, 6th Edition

Copyright © 1997 by
Simon & Schuster, Inc.

All rights reserved
including the right of reproduction
in whole or in part in any form

Macmillan General Reference
A Simon & Schuster Macmillan Company
1633 Broadway
New York, NY 10019-6785

Macmillan Publishing books may be purchased for business or
sales promotional use. For information please write: Special
Markets Department, Macmillan Publishing USA,
1633 Broadway, New York, NY 10019.

A Webster's New World™ Book

MACMILLAN is a registered trademark of Macmillan, Inc.

WEBSTER'S NEW WORLD DICTIONARY is a registered trade-
mark of Simon & Schuster, Inc.

Library of Congress Catalog Card Number: 97-80220

ISBN: 0-02-861890-4

Manufactured in the United States of America

1 2 3 4 5 6 7     97 8 99 00 1 02

*Dedi*

*To my*

iii

8  **track buffering**

*DSI]* drives are track-buffered) should have *interleave* *tors* of 1.

**ickpad**  A pointing device that allows you to move the *ouse* pointer by sliding a finger around on a touch-sensitive *face.* To click, you tap your finger on the surface or press a *tton.*

**icks per inch (tpi***)*  A measurement of the data-storage *nsity* of magnetic disks, such as *floppy disks.* The greater the tpi, *e* more data the disk can hold. In *DOS,* double-density $5^{1}/_{4}$-inch *ppy* disks are formatted with 48 tpi, and *high-density* $5^{1}/_{4}$-inch *ks* are formatted with 96 tpi. High-density $3^{1}/_{2}$*-inch floppy* *ks* are formatted with 135 tpi.

**ck-to-track seek time**  The time a hard or floppy disk *ve* requires to move the *read/write head* from one *track* to the *xt.* Track-to-track seek time is much less important than *access* *e* in comparing disk drives.

**ctor feed**  A *printer* paper-feed mechanism in which *continu-* *paper* is pulled (or pushed) into and through the printer *h* a sprocket wheel. The sprockets fit into prepunched holes *the* left and right edges of the paper. *Dot-matrix printers* *mally* come with tractor-feed mechanisms. Tractor-feed *nters* require you spend time carefully separating the pages *er* printing.

**ffic**  The volume of messages sent over a *network.*

**nsactional application**  In a *local area network (LAN),* a *gram* that creates and maintains a master record of all the *isactions* in which *network* participants engage, such as filling *invoices* or time-billing forms. If a system *crash* results in the *of* data, this record can be used to restore data files to an ear- *state.* See *nontransactional application.*

**nsceiver**  Concatenation of transmitter and receiver. 1. In *l area networks (LANs),* an adapter that enables a workstation *connect* to the network cabling. 2. In wireless *wide area net-* *ks (WANs),* a *modem* that can send and receive data via radio *quencies.* See *personal digital assistant (PDA).*

**nsducer**  A device that converts a detectable physical phe- *nenon,* such as sound, pressure, or light, into electronic signals *can* be processed by a computer.

**transfer rate**  The number of *bytes* of data that can be trans- ferred per second from a disk to the *microprocessor,* after the *read/write head* reaches the data. The maximum transfer rate is limited by how fast the disk rotates and the *areal density* of the data on the disk (or how fast data passes under the drive head). These inflexible hardware limitations can be overcome by caching disk information. See *access time, Enhanced System Device Interface (ESDI), hardware cache,* and *Small Computer System Interface (SCSI).*

**transient**  See *surge.*

**transient command**  See *external command.*

**transistor**  An electronic device, with three connectors, that can be used for switching or amplification. Invented at Bell Laboratories in 1947, transistors are simple *semiconductor* devices that provide an inexpensive, low-power replacement for the bulky, power-consuming, and unreliable vacuum tubes that were used previously for amplification and switching purposes in elec- tronic circuits.

**transistor-transistor logic (TTL) monitor**  An obsolete type of *monochrome monitor* that accepts *digital video signals.* TTL monitors work only with *Hercules* and *MDA video adapters,* and have been replaced by monitors that conform to *Video Graphics Array (VGA)* and *Super VGA* display standards.

**translate**  To convert a *data file* from one *file format* to another, or to convert a *program* from one *programming language* or *operat- ing system* to another.

**Transmission Control Protocol (TCP)**  On the *Internet,* the protocol (standard) that permits two Internet-connected com- puters to establish a reliable connection. TCP ensures reliable data delivery with a method known as Positive Acknowledgment with Re-Transmission (PAR). The computer that sends the data continues to do so until it receives a confirmation from the receiving computer that the data has been received intact. See *Internet Protocol* and *TCP/IP.*

**Transmission Control Protocol/Internet Protocol**  See *TCP/IP.*

**transmitter**  In *push media,* a program that sends updated information to subscribers. An example is Castanet's Transmitter,



# WEBSTER'S ENCYCLOPEDIC UNABRIDGED DICTIONARY OF THE ENGLISH LANGUAGE



The dictionary entries are based on the Second Edition of
*The Random House Dictionary of the English Language*

GRAMERCY BOOKS
New York • Avenel

Acknowledgments and Permissions

The "A Dictionary of the English Language" section of this book (*Webster's Encyclopedic Unabridged Dictionary*) is based on the second edition of *The Random House Dictionary of the English Language, the Unabridged Edition*, copyright © 1993, 1987.

Copyright © 1996 by Random House Value Publishing, Inc.
All rights reserved under International and Pan-American
Copyright Conventions.

No part of this book may be reproduced or transmitted in any form or by
any means electronic or mechanical including photocopying, recording, or
by any information storage and retrieval system, without permission in
writing from the publisher.

This 1996 edition is published by Gramercy Books,
a division of Random House Value Publishing, Inc.,
40 Engelhard Avenue, Avenel, New Jersey 07001.

Gramercy Books and colophon are trademarks of
Random House Value Publishing, Inc.

Random House
New York • Toronto • London • Sydney • Auckland
http://www.randomhouse.com/
*Printed and bound in the United States*

**Library of Congress Cataloging-in-Publication Data**
Webster's encyclopedic unabridged dictionary of the English language—
New rev. ed.
p.    cm.
"The dictionary entries are based on the second edition of
The Random House dictionary of the English language."
1. English language—Dictionaries.
PE1625.W46     1994
423dc20                                                     93–48137
                                                                CIP
OLD ISBN: 0–517–11888–2
New Deluxe Edition: 0–517–15026–3

10 9 8 7 6 5 4 3

Also, **ready-mode.** [< F < E; term introduced by Du-
champ in 1915]

**read·y-mix** (red′ē miks′, -miks′), *n.* **1.** a commercial
preparation in which the principal ingredients have al-
ready been mixed. —*adj.* **2.** Also, **ready-mixed′.** being a
ready-mix; consisting of ingredients that are already
mixed: *ready-mix pancakes.* [1945–50]

**read′y mon′ey,** money that is in hand or may be ob-
tained quickly or easily; cash. [1870–75]

**read′y reck′oner,** reckoner (def. 2). [1750–60]

**read′y-to-wear′,** a room in which members of an air-
crew await their orders for takeoff. [1940–45, *Amer.*]

**read·y-to-wear′** (red′ē tə wâr′), *n.* **1.** clothing made
in standard sizes; ready-made clothing. —*adj.* **2.** per-
taining to or dealing in such clothing: *the ready-to-wear
business; a ready-to-wear shop.* Cf. **made-to-measure,
made-to-order.** [1890–95, *Amer.*]

**read·y-wit·ted** (red′ē wit′id), *adj.* having a quick wit
or intelligence. [1575–85]  —**read′y-wit′ted·ly,** *adv.*
—**read′y-wit′ted·ness,** *n.*

**Rea·gan** (rā′gən), *n.* **Ronald (Wilson),** born 1911, 40th
president of the U.S. 1981–89.

**Rea·gan·om·ics** (rā′gə nom′iks), *n.* the economic
policies put forth by the administration of President
Ronald Reagan, esp. as emphasizing supply-side theory.
[1980–85; b. REAGAN and ECONOMICS] —**Rea′gan·om′-
ic,** *adj.*

**re·a·gent** (rē ā′jənt), *n. Chem.* a substance that, be-
cause of the reactions it causes, is used in analysis and
synthesis. [1790–1800; RE(ACT) + AGENT. cf. ACT]

**re·a·gin** (rē ā′jin, -gin), *n. Immunol.* **1.** Also called
**Wassermann antibody.** an antibody formed in response
to syphilis and reactive with cardiolipin in various blood
tests for the disease. **2.** an antibody found in certain
human allergies, as hay fever and asthma. [1910–15; <
G *Reagin,* equiv. to *reag(ieren)* to react + *-in -IN*]

**re·al¹** (rē′əl, rēl), *adj.* **1.** true; not merely ostensible,
nominal, or apparent: *the real reason for an act.* **2.** ex-
isting or occurring as fact; actual rather than imaginary,
ideal, or fictitious: *a story taken from real life.* **3.** being
an actual thing; having objective existence; not imagi-
nary: *The events you will see in the film are real and not
just made up.* **4.** being actually such; not merely so-
called: *a real victory.* **5.** genuine; not counterfeit, artifi-
cial, or imitation; authentic: *a real antique; a real dia-
mond; real silk.* **6.** unfeigned or sincere: *real sympathy;
a real friend.* **7.** *Informal.* absolute; complete; utter:
*She's a real brain.* **8.** *Philos.* **a.** existent or pertaining
to the existent as opposed to the nonexistent. **b.** actual
as opposed to possible or potential. **c.** independent of ex-
perience as opposed to phenomenal or apparent. **9.** (of
money, income, or the like) measured in purchasing
power rather than in nominal value: *Inflation has
driven income down in real terms, though nominal in-
come appears to be higher.* **10.** *Optics.* (of an image)
formed by the actual convergence of rays, as the image
produced in a camera (opposed to *virtual*). **11.** *Math.* **a.**
of, pertaining to, or having the value of a real number.
**b.** using real numbers: *real analysis; real vector space.*
—*adv.* **12.** *Informal.* very or extremely: *You did a real
nice job painting the house.* —*n.* **13.** See **real number.**
**14.** for **real,** *Informal.* **a.** in reality; actually: *You mean
she dyed her hair green for real?* **b.** real; actual: *The
company's plans to relocate are for real.* **c.** genuine; sin-
cere: *I don't believe his friendly attitude is for real.* **15.**
**the real,** a. something that actually exists, as a particu-
lar quantity. **b.** reality in general. [1400–50; late ME <
LL *reālis,* equiv. to L *re-* var. s. of *rēs* thing + *-ālis
-AL¹*] —**re′al·ness,** *n.*
—**Syn.** 1–5. REAL, ACTUAL, TRUE in general use de-
scribe objects, persons, experiences, etc., that are what
they are said or purport to be. That which is described as
REAL is genuine as opposed to counterfeit, false, or
merely supposed: *a real emerald; real leather binding;
My real ambition is to be a dentist.* ACTUAL usually
stresses contrast with another state of affairs that has
been proposed or suggested: *The actual cost is much less;
to conceal one's actual motive.* TRUE implies a perfect
correspondence with actuality and is in direct contrast to
that which is false or inaccurate: *a true account of the
events; not bravado but true courage.* See also **authen-
tic.**
—**Usage.** The intensifying adverb REAL, meaning
"very," is informal and limited to speech or to written
representations of speech: *He drives a real beat-up old
car.* The adjective REAL meaning "true, actual, genuine,
etc.," is standard in all types of speech and writing:
*Their real reasons for objecting became clear in the dis-
cussion.* The informal adjective sense "absolute, com-
plete" is also limited to speech or representations of
speech: *These interruptions are a real bother.*

**re·al²** (rā äl′; *Sp.* rε āl′), *n., pl.* **re·als** (rā älz′), *Sp.* **re-
a·les** (sε ä′les). a former silver coin of Spain and Span-
ish America, the eighth part of a peso. [1605–15; < Sp;
royal < L *rēgālis* REGAL]

**re·al³** (rē äl′; *Port.* re äl′), *n.* sing. of **reis.**

**re′al ax′is** (rē′əl, rēl), *Math.* the horizontal axis in an
Argand diagram.

**re′al es′tate** (rē′əl, rēl), **1.** property, esp. in land:
*three acres of real estate.* **2.** See **real property.** [1705–
15] —**re′al-es·tate′,** *adj.*

**re′al-es·tate′ invest′ment trust′,** an unincorpo-
rated trust created for the purpose of investing in real
property or to extend credit to those engaged in con-
struction. *Abbr.:* REIT.

**re·al·gar** (rē al′gər, -gär), *n.* arsenic disulfide, As₂S₂,
found in nature as an orange-red mineral and also pro-
duced artificially: used in pyrotechnics. Also called **red
orpiment.** [1350–1400; ME < ML *realgar* << *Ar rahj
al-ghār* powder of the mine or cave]

**re·a·li·a** (rē äl′ē ə, -äl′ē ə, rā äl′ē ə), *n.pl.* **1.** *Educ.*
objects, as coins, tools, etc., used by a teacher to illustrate
everyday living. **2.** *Philos.* things that are real. [1945–
50; < L. *reālia* real (things), neut. pl. of *reālis*; see
REAL¹]

**re·al in′come** (rē′əl, rēl), the amount of goods and
services that money income will buy. [1925–30]

**re·al·ism** (rē′ə liz′əm), *n.* **1.** interest in or concern for
the actual or real, as distinguished from the abstract,
speculative, etc. **2.** the tendency to view or represent
things as they really are. **3.** *Fine Arts.* **a.** treatment of
forms, colors, space, etc., in such a manner as to empha-
size their correspondence to actuality or to ordinary vis-
ual experience. Cf. **idealism** (def. 4), **naturalism** (def. 2).
**b.** (*usually cap.*) a style of painting and sculpture devel-
oped about the mid-19th century in which figures and
scenes are depicted as they are experienced or might be
experienced in everyday life. **4.** *Philos.* a manner
of treating subject matter that presents a careful de-
scription of everyday life, usually of the lower and mid-
dle classes. **b.** a theory of writing in which the ordinary,
familiar, or mundane aspects of life are represented in a
straightforward or matter-of-fact manner that is pre-
sumed to reflect life as it actually is. Cf. **naturalism** (def.
1b). **5.** *Philos.* **a.** the doctrine that universals have a
real objective existence. Cf. **conceptualism, nominal-
ism. b.** the doctrine that objects of sense perception
have an existence independent of the act of perception.
Cf. **idealism** (def. 5a). [1810–20; REAL¹ + -ISM; cf. F *réa-
lisme*]

**re·al·ist** (rē′ə list), *n.* **1.** a person who tends to view or
represent things as they really are. **2.** an artist or a
writer whose work is characterized by realism. **3.**
*Philos.* an adherent of realism. —*adj.* **4.** of or pertain-
ing to realism or to a person who embodies its principles
or practices: *the realist approach to social life; realist
paintings.* [1595–1605; REAL¹ + -IST; cf. F *réaliste*]

**re·al·is·tic** (rē′ə lis′tik), *adj.* **1.** interested in, con-
cerned with, or based on what is real or practical: *a real-
istic estimate of costs; a realistic planner.* **2.** pertaining
to, characterized by, or given to the representation in lit-
erature or art of things as they really are: *a realistic
novel.* **3.** resembling or simulating real life: *a duck
hunter skilled at making realistic decoys.* **4.** *Philos.* of
or pertaining to realists or realism. [1855–60; REALIST +
-ic] —**re·al·is′ti·cal·ly,** *adv.*
—**Syn.** 1. pragmatic, common-sense, hard-headed,
sensible.

**re·al·i·ty** (rē al′i tē), *n., pl.* **-ties** for 3, 5–7. **1.** the
state or quality of being real. **2.** resemblance to what is
real. **3.** a real thing or fact. **4.** real things, facts, or
events taken as a whole; state of affairs: *the reality of
the business world; vacationing to escape reality.* **5.**
*Philos.* **a.** something that exists independently of ideas
concerning it. **b.** something that exists independently of
all other things and from which all other things derive.
**6.** something that is real. **7.** something that constitutes
a real or actual thing, as distinguished from something
that is merely apparent. **8.** in reality, in fact or truth;
actually: *brave in appearance, but in reality a coward.*
[1540–50; < ML *reālitās.* See REAL¹]

**real′ity prin′ciple,** *Psychoanal.* the motivating force
or mechanism by which the child, who has previously
sought immediate gratification of all wishes, realizes
that gratification must sometimes be deferred or fore-
gone. [1920–25]

**reality test′ing,** *Psychiatry.* the objective evalua-
tion of situations, defective in certain psychoses, that en-
able one to distinguish between the external and the in-
ternal worlds and between the self and the nonself.
[1920–25]

**re·al·i·za·tion** (rē′ə lə zā′shən), *n.* **1.** the making or
being made real of something imagined, planned, etc. **2.**
the result of such a process: *The new church was the re-
alization of a ten-year dream.* **3.** the act of realizing or
the state of being realized. **4.** an instance or result of
realizing. **5.** *Music.* **a.** the act of realizing a figured
bass. **b.** a printed score of a realized figured bass.
[1605–15; < F *réalisation,* MF, equiv. to *realis(er)* to RE-
ALIZE + *-ation -ATION*]

**re·al·ize** (rē′ə līz′), *v.,* **-ized, -iz·ing.** —*v.t.* **1.** to grasp
or understand clearly. **2.** to make real; give reality to (a
hope, fear, plan, etc.). **3.** to bring vividly to the mind.
**4.** to convert into cash or money: *to realize securities.* **5.**
to obtain as a profit or income for oneself by trade, labor,
or investment. **6.** to bring as proceeds, as from a sale:
*The goods realized $1000.* —*v.i.* **7.** *Music.* to sight-read on a
keyboard instrument or write out in notation the full
harmony and ornamentation indicated by (a figured
bass). **8.** *Ling.* to serve as an instance, representation,
or embodiment of (an abstract linguistic element or cate-
gory): *In "Jock tripped," the subject is realized by
"Jack," the predicate by "tripped," and the past tense by
"-ed."* —*v.i.* **9.** to convert property or goods into cash or
money. Also, esp. *Brit.,* **re·al·ise′.** [1605–15; < F *réa-
liser,* MF, equiv. to real REAL¹ + *-iser -IZE*] —**re·al·iz′-
a·ble,** *adj.* —**re·al′iz·a·bil′i·ty, re·al·iz′a·ble·ness,** *n.*
—**re·al′iz·a′bly,** *adv.* —**re·al·iz′er,** *n.*
—**Syn.** 1. conceive, comprehend. 2. accomplish,
effect. 3. See **imagine.** —**Ant.** 1. misunderstand.

**re·al-life** (rē′əl līf′, rēl′-), *adj.* existing or happening
in reality: *real-life drama.* [1830–40]

**re·al line′** (rē′əl, rēl), *Math.* **1.** See **number line. 2.**
the real axis in the complex plane.

**re·al·ly** (rē′ə lē?), *v., v.i., -lied, -ly·ing.* to ally again or
anew. [1425–75; late ME *realy* < MF *real(l)ier;* see <
RALLY¹]

**re·al·ly** (rē′ə lē, rē′lē), *adv.* **1.** in reality; actually: *to
see things as they really are.* **2.** genuinely or truly: *a re-
ally honest man.* **3.** indeed. **Really, this is too much.**
—*interj.* **4.** (used to express surprise, exasperation, etc.)
[1400–50; late ME; see REAL¹, -LY]

**realm** (relm), *n.* **1.** a royal domain; kingdom: *the realm
of England.* **2.** the region, sphere, or domain within
which anything occurs, prevails, or dominates: *the realm
of dreams.* **3.** the special province or field of something
or someone: *the realm of physics; facts within the realm
of political scientists.* [1250–1300; ME *realme, reaume*
< OF *realme,* deriv. of *reial* < L *rēgālis* REGAL]
—**Syn.** 1. See **kingdom.**

**re′al num′ber** (rē′əl, rēl), *Math.* a rational number
or the limit of a sequence of rational numbers, as op-
posed to a complex number. Also called **real.** [1905–10]

**re′al part′** (rē′əl, rēl), *Math.* the number *a* in the
complex number *a* + *b*ᵢ. Cf. **imaginary part.** [1960–65]

**re·al·po·li·tik** (rā äl′pō′li tēk′, rē-), *n.* political real-
ism or practical politics, esp. policy based on power
rather than on ideals. Also, **Re·al′po·li·tik′.** [1910–15;
< G, equiv. to *real* REAL¹ + *Politik* politics, policy; see
POLITIC] —**re·al·po·li·tik·er,** (rā äl′pō le′ti kər, rē-), *n.*

**re′al pres′ence** (rē′əl, rēl), *Theol.* the doctrine that
the substance of the body and blood of Christ are present
in the Eucharist. [1550–60]

**re′al prop′erty** (rē′əl, rēl), *Law.* an estate or prop-
erty consisting of lands and of all appurtenances to
lands, as buildings, crops, or mineral rights (distin-
guished from *personal property*). [1760–70]

**re′al stor′age,** (rē′əl, rēl), *Computers.* (in a virtual
storage system) the portion of addressable memory that
consists of main storage. Also called **re′al mem′ory.**

**re′al time′** (rē′əl, rēl), **1.** *Computers.* the actual time
elapsed in the performance of a computation by a com-
puter, the result of the computation being required for
the continuation of a physical process. **2.** the actual
time during which a process takes place or an event oc-
curs. **3.** in real time, *Informal.* at once; instantane-
ously. [1950–55]

**re·al-time** (rē′əl tīm′, rēl′-), *adj. Computers.* of or
pertaining to applications in which the computer must
respond as rapidly as required by the user or neces-
sitated by the process being controlled.

**Re·al·tor** (rē′əl tər, -tôr′, rēl′-), *Trademark.* a person
who works in the real-estate business and is a member
of the National Association of Real Estate Boards, or one
of its constituent boards, and abides by its Code of Eth-
ics.

**re·al·ty** (rē′əl tē, rēl′-), *n.* real property or real estate.
[1400–50; late ME *realte.* See REAL¹, -TY²]

**re′al var′iable** (rē′əl, rēl), *Math.* a variable to which
only real numbers are assigned as values.

**re′al wag′es,** (rē′əl, rēl), wages estimated not in
money but in purchasing power. Cf. **nominal wages.**
[1880–85]

**real′ world′** (rē′əl, rēl), the realm of practical or ac-
tual experience, as opposed to the abstract, theoretical,
or idealized sphere of the classroom, laboratory, etc.: *re-
cent college graduates looking for jobs in the real world
of rising unemployment.* [1960–65] —**real′-world′,** *adj.*

**ream¹** (rēm), *n.* **1.** a standard quantity of paper, con-
sisting of 20 quires or 500 sheets (formerly 480 sheets),
or 516 sheets (**printer's ream** or **perfect ream**). **2.**
Usually, **reams.** a large quantity: *He has written reams
of poetry.* [1350–1400; ME *reme* < *rem* + OF *reime, rame*
< Sp *rezma* < *Ar rizmah* bale]

**ream²** (rēm), *v.t.* **1.** to enlarge to desired size (a previ-
ously bored hole) by means of a reamer. **2.** to clear with
a reamer; remove or press out by reaming. **3.** to extract
the juice from: *to ream an orange.* **4.** *Slang.* **a.** to scold
or reprimand severely (usually fol. by *out*). **b.** to cheat;
defraud. [1805–15; orig. uncert.]

**ream·er** (rē′mər), *n.* **1.** any of various rotary tools,
with helical or straight flutes, for finishing or enlarging
holes drilled in metal. **2.** any bladelike pick or rod used
for scraping, shaping, or enlarging a hole: *a pipe reamer.*
**3.** a kitchen utensil for extracting and collecting juice
from fruits, having a deep saucerlike base and in the
center a grooved cone on which the fruit half is pressed
down by hand. **4.** *Dentistry.* a drill with a spiral blade,
for enlarging root canals. [1815–25; REAM² + -ER¹]



CONCISE PRONUNCIATION KEY: **act, cāpe, dâre, pärt; set, ēqual; if, īce;
ox, ōver, ôrder, oil, bŏŏk, ōoze; out, ûp, ûrge; ə = a in alone, e in
system, i in easily, o in gallop, u in circus; ** as in fire (fīʳʳ), hour (ouʳʳ),
and ʳ can serve as syllabic consonants, as in **cradle** (krād′l), and
**button** (but′n). See the full key inside the front cover.

**re·a·g′ra·vate** (rē ā′grə vāt′), *v.t., -vat·ed,
-vat·ing.*

**re′al·len·ate** (rē al′), *v.t., -at·ed, -at-
ing.*

**re′al·lo·cate** (rē al′), *v.t., -cat·ed, -cat-
ing.*

**re′al·ter·a′tion,** *n.*

**re′al·ly·sis, n., pl. -ses.**

**re·a′gre·gate** (rē ā′grē gāt′), *v.t.*
**-gat·ed, -gat·ing.**

**re′al·lo·ca′tion,** *n.*

**re′al·i·na′tion,** *n.*

**re′a·mal′ga·mate′** (rē-), *v.t., -at·ed,
-at·ing.*

**re·an′a·lyze·a·ble,** *adj.*

**re′ag·gre·ga′tion,** *n.*

**re·a′lign′,** *v.*

**re′al·lot′,** *v.t., -lot·ted, -lot·ting.**

**re′a·mal′ga·ma′tion,** *n.*

**re·an·cor′, n.**

**re·ag′i·tate** (rē-), *v.t., -tat·ed, -tat-
ing.*

**re·a′lign′ment,** *n.*

**re′al·lot′ment,** *n.*

**re′a·mass′,** *v.t.*

**re·an′ex′, v.t.*

**re·ag′i·ta′tion,** *n.*

**re′al·lege′** (rē-), *v.t., -leged, -leg·ing.**

**re′al·ter·a·ble,** *adj.; -bie·ness,
n.; -bly, adv.*

**re′a·mend′,** *v.t.*
**re′a·mend′ment,** *n.*

**re·an′no·ta′tion** (rē-), *v., -tat·ed, -tat-
ing.*

Case 2:06-cv-00072-DF-CMC    Document 738    Filed 07/09/2007    Page 25 of 25

modulation. **3.** a passage from one scene to another by sound effects, music, etc., as in a television program, theatrical production, or the like. —u.i. **4.** to make a transition: *He had difficulty transitioning from enlisted man to officer.* [1545–55; < L *trānsitiōn-* (s. of *trānsitiō*) a going across, equiv. to *trānsit*(us) (ptp. of *transīre* to cross; cf. TRANSIT) + *-iōn- -ION*] —**tran·si′tion·al, tran·si′tion·ar·y** (*tran də ne′rē, -sish′-*), *adj.* —**tran·si′tion·al·ly,** *adv.*
—**Syn. 1.** changeover, passing, conversion.

**transi′tion ar′ea,** *Ling.* (in dialect geography) an area whose dialect has been influenced by the dialect of one or more neighboring focal areas. Cf. **focal area, relic area.** Also called **graded area.**

**transi′tion el′ement,** *Chem.* any element in any of the series of elements with atomic numbers 21–29, 39–47, 57–79, and 89–107, that in a given inner orbital has less than a full quota of electrons. Also called **transi′tion met′al.** [1920–25]

**transi′tion probabil′ity,** *Math.* the probability of going from a given state to the next state in a Markov process.

**transi′tion tem′perature,** *Physics.* a temperature at which a substance undergoes some abrupt change in its properties, as when it passes from the normal to the superconducting state. Also called **transi′tion point**′.

**tran·si·tive** (*tran′si tiv, -zi-*), *adj.* **1.** *Gram.* having the nature of a transitive verb. **2.** characterized by or involving transition; transitional; intermediate. **3.** passing over to or affecting something else; transeunt. **4.** *Math.* noting a relation in which one element in relation to a second element and the second in relation to a third element implies the first element is in relation to the third element, as the relation "less than or equal to." —**n. 5.** *Gram.* See **transitive verb.** [1550–60; < LL *trānsitīvus,* equiv. to L *trānsit*(us) (see TRANSITION) + *-ivus -IVE*] —**tran′si·tive·ness, tran′si·tiv′i·ty,** *n.*

**tran′sitive verb′,** *Gram.* a verb accompanied by a direct object and from which a passive can be formed, as *deny, rectify, elect.* [1580–90]

**tran·sit·man** (*tran′sit mən, -zit-*), *n., pl.* **-men.** *Survey.* a person who makes observations with a transit. [TRANSIT + -MAN]

**tran′sit num′ber,** an identifying number assigned by a banking organization to a bank and printed on its checks.

**tran·si·to·ry** (*tran′si tôr′ē, -tōr′ē, -zi-*), *adj.* **1.** not lasting, enduring, permanent, or eternal. **2.** lasting only a short time; brief; short-lived; temporary. [1325–75; ME *transitorie* < L *trānsitōrius* (feeling; see TRANSIT, -TORY); r. ME *transitorie* < MF < LL, as above] —**tran·si·to·ri·ly** (*tran′si tôr′ə lē, -tōr′-, tran′si tôr′-, -tōr′-, -zi-*), *adv.* —**tran′si·to′ri·ness,** *n.* —Syn. **2.** See **temporary.** —Ant. **2.** permanent.

**tran′sit shed**′, a building located on or near a pier (**piershed**) or wharf (**wharf shed**) used for short-term storage of cargo in transit.

**tran′sit theod′olite,** a theodolite having a telescope that can be transited. [1860–65]

**Trans·jor·dan** (*trans jôr′dn, tranz-*), *n.* an area east of the Jordan River, in SW Asia: a British mandate (1921–23); an emirate (1923–49); now the major part of the kingdom of Jordan. Also, **Transjordania.** —**Trans·jor·da′ni·an,** *adj., n.*

**Trans·kei** (*trans kā′, -kī′*), *n.* a self-governing Bantu territory of South Africa on the Indian Ocean: granted independence in 1976 by South Africa, but not recognized by any other country as an independent state. 1,900,000; 16,910 sq. mi. (43,798 sq. km). *Cap.:* Umtata. —**Trans·kei′an,** *adj., n.*



**transl., 1.** translated. **2.** translation. **3.** translator.
**trans·late** (*trans lāt′, tranz-, trans′lāt, tranz′-*), *v.,* **-lat·ed, -lat·ing.** —*v.t.* **1.** to turn from one language into another or from a foreign language into one's own: *to translate Spanish.* **2.** to change the form, condition, nature, etc., of; transform; convert: *to translate wishes into deeds.* **3.** to explain in terms that can be more easily understood; interpret. **4.** to bear, carry, or move from one place, position, etc., to another; transfer. **5.** *Mech.* to cause (a body) to move without rotation or angular displacement; subject to translation. **6.** *Comput.* to convert (a program, data, code, etc.) from one form to another *or to translate a FORTRAN program into assembly language.* **7.** *Telegraphy.* to retransmit or forward (a message), as by a relay. **8.** *Eccles.* **a.** to move (a bishop) from one see to another. **b.** to move (a see) from one place to another. **c.** to move (relics) from one place to another. **9.** to convey or remove to heaven without natural death. **10.** *Math.* to perform a translation on (a function, etc.). **11.** to express the value of (a currency) in terms of a foreign currency by applying the exchange rate. **12.** to exalt in spiritual or emotional ecstasy; enrapture. —*v.i.* **13.** to provide or make a translation; act...

as instrument of translation. **14.** to admit of translation: *The Greek expression does not translate easily into English.* [1250–1300; ME *translaten* < L *trānslātus* (ptp. of *trānsferre* to transfer), equiv. to *trāns- TRANS-* + *-lātus* (suppletive ptp. of *ferre* to BEAR[1]), earlier *tlātos,* equiv. to *tlā-* bear (akin to THOLE[2]) + *-tus* ptp. suffix] —**trans·lat′a·ble,** *adj.* —**trans·lat′a·bil′i·ty, trans·lat′a·ble·ness,** *n.*

**trans·lat·er** (*trans lā′tər, tranz-, trans′lā tər, tranz′-*), *n.* translator (def. 1).

**trans·la·tion** (*trans lā′shən, tranz-*), *n.* **1.** the rendering of something into another language or into one's own from another language. **2.** a version of such a rendering: *a new translation of Plato.* **3.** change or conversion to another form, appearance, etc.; transformation: *a swift translation of thought into action.* **4.** the act or process of translating. **5.** the state of being translated. **6.** *Mech.* motion in which all particles of a body move with the same velocity along parallel paths. **7.** *Telegraphy.* the retransmitting or forwarding of a message, as by relay. **8.** *Math.* **a.** a function obtained from a given function by adding the same constant to each value of the variable of the given function and moving the graph of the function a constant distance to the right or left. **b.** a transformation in which every point of a geometric figure is moved the same distance in the same direction. **9.** *Genetics.* the process by which a messenger RNA molecule specifies the linear sequence of amino acids on a ribosome for protein synthesis. Cf. **genetic code.** [1300–50; < L *trānslātiōn-* (s. of *trānslātiō*) a transferring, equiv. to *trānslāt*(us) (see TRANSLATE) + *-iōn- -ION*; r. ME *translacioun* < AF < L, as above] —**trans·la′tion·al,** *adj.* —**trans·la′tion·al·ly,** *adv.*
—Syn. **2.** TRANSLATION, PARAPHRASE, VERSION refer to a rewording of something. A TRANSLATION is a rendering of the same ideas in a different language from the original: *a translation from Greek into English.* A PARAPHRASE is a free rendering of the sense of a passage in other words, usually in the same language: *a paraphrase of a poem.* A VERSION is a translation, esp. of the Bible, or else an account of something illustrating a particular point of view: *the Douay Version.*

**transla′tion of ax′es** (*ak′sēz*), *Math.* the process of replacing the axes in a Cartesian coordinate system with a new set of axes, parallel to the first, used to write equations of curves not centered about the origin.

**trans·la·tive** (*trans lā′tiv, tranz-, trans′lā-*), *adj.* **1.** of or pertaining to the transfer of something from one person, position, or place to another. **2.** of translation; serving to translate. **3.** *Gram.* noting a case, as in *Finnish,* whose distinctive function is to indicate a change from one state into another. —*n.* **4.** the translative case. [1580–90; < L *trānslātīvus,* equiv. to *trānslāt*(us) + *-ivus -IVE*]

**trans·la·tor** (*trans lā′tər, tranz-, trans′lā tər, tranz′-*), *n.* **1.** Also, **translater.** a person who translates. **2.** *Television.* a relay station that receives programming on one frequency and rebroadcasts it at another frequency for improved local reception. [1350–1400; ME *translatour* (< MF) < LL *trānslātor* (L: one who transfers a thing; see TRANSLATE, -TOR]

**trans·lit·er·ate** (*trans lit′ə rāt′, tranz-*), *v.t.,* **-at·ed, -at·ing.** to change (letters, words, etc.) into corresponding characters of another alphabet or language: *to transliterate the Greek X as ch.* [1860–65; TRANS- + l. *liter*(a) LETTER[1] + -ATE[1]] —**trans·lit′er·a′tion,** *n.* —**trans·lit′er·a′tor,** *n.*

**trans·lo·cate** (*trans lō′kāt, tranz-*), *v.t.,* **-cat·ed, -cat·ing.** to move or transfer from one place to another; cause to change location; displace; dislocate. [1825–35; TRANS- + LOCATE]

**trans·lo·ca·tion** (*trans′lō kā′shən, tranz′-*), *n.* **1.** a change of location. **2.** *Genetics.* **a.** chromosomal rearrangement in which a segment of genetic material from one chromosome becomes heritably linked to another chromosome. **3.** *Bot.* the conduction of soluble food material from one part of a plant to another. [1615–25; TRANS- + LOCATION]

**trans·lu·cent** (*trans lōō′sənt, tranz-*), *adj.* permitting light to pass through but diffusing it so that persons, objects, etc., on the opposite side are not clearly visible: *Frosted window glass is translucent but not transparent.* **2.** easily understandable; lucid: *a translucent explication.* **3.** clear; transparent: *translucent seawater.* [1590–1600; < L *trānslūcent-* (s. of *trānslūcēns*), prp. of *trānslūcēre* to shine through. See TRANS-, LUCENT] —**trans·lu′cence, trans·lu′cen·cy,** *n.* —**trans·lu′cent·ly,** *adv.*
—Syn. **3.** See **transparent.** —Ant. **1.** opaque.

**trans·lu·cid** (*trans lōō′sid, tranz-*), *adj.* translucent. [1620–30; < L *trānslūcidus* clear, transparent. See TRANS-, LUCID]

**trans·lu·nar·y** (*trans lōō′si dəs, tranz-*), *adj.* Meteorol. (of a cloud) sufficiently transparent as not to obscure the sun, moon, or higher clouds. [< NL; see TRANSLUCID]

**trans·lu·nar** (*trans′lōō′nər, tranz′-; also trans lōō′nər, tranz-*), *adj.* **1.** translunary. **2.** *Aerospace, Astron.* of or pertaining to the region of space extending beyond the moon's orbit. [1925–30; TRANS- + LUNAR]

**trans·lu·nar·y** (*trans′lōō ner′ē, tranz′-; trans lōō′nə-rē, tranz-*), *adj.* **1.** situated beyond or above the moon; superlunary. **2.** celestial, rather than earthly. **3.** ideal; visionary. Also, **translunar.** [1590–30; TRANS- + *lunary* < F *lun*(*aire*) or L *lūn*(*āris*) LUNAR + -ARY]

**trans·ma·rine** (*trans′mə rēn′, tranz′-*), *adj.* **1.** being on or coming from the opposite side of the sea or ocean. **2.** being or crossing over the sea or ocean. [1575–85; < L *trānsmarīnus.* See TRANS-, MARINE]

**trans·mem·brane** (*trans mem′brān, tranz-*), *adj. Biol.* occurring across a membrane, as an electric poten-

tial or the transport of ions or gases. [1940–45; TRANS- + MEMBRANE]

**trans·meth·yl·a·tion** (*trans′meth ə lā′shən, tranz-*), *n. Chem.* the transfer of a methyl group from one compound to another. [TRANS- + METHYLATION]

**trans·mi·grant** (*trans mī′grənt, tranz-*), *n.* **1.** a person or thing that transmigrates. **2.** a person passing through a country or place on the way to another place in which he or she intends to settle. —*adj.* **3.** passing from one place or state to another. [1665–75; < L *trānsmigrant-*(s. of *trānsmigrāns*), prp. of *trānsmigrāre* to depart, migrate. See TRANS-, MIGRANT]

**trans·mi·grate** (*trans mī′grāt, tranz-*), *v.,* **-grat·ed, -grat·ing.** —*v.i.* **1.** to move or pass from one place to another. **2.** to migrate from one country to another in order to settle there. **3.** (of the soul) to be reborn after death in another body. —*v.t.* **4.** to cause to transmigrate, as a soul; transfer. [1400–50; late ME < L *trāns-migrātus* (ptp. of *trānsmigrāre* to depart, migrate). See TRANS-, MIGRATE] —**trans·mi′gra·tor, trans·mi′gra·to·ry** (*trans mī′grə tôr′ē, -tōr′ē, tranz-*), **trans·mi′gra·tive,** *adj.*

**trans·mi·gra·tion** (*trans′mī grā′shən, tranz′-*), *n.* **1.** the act of transmigrating. **2.** the passage of a soul after death into another body; metempsychosis. Cf. **reincarnation.** [1250–1300; ME *transmigracion* < LL *trānsmigrātiōn-* (s. of *trānsmigrātiō*) removal. See TRANS-, MIGRATION]

**trans·mis·si·ble** (*trans mis′ə bəl, tranz-*), *adj.* capable of being transmitted. [1635–45; < L *trānsmiss*(us) (see TRANSMISSION) + -IBLE] —**trans·mis·si·bil′i·ty,** *n.*

**trans·mis·sion** (*trans mish′ən, tranz-*), *n.* **1.** the act or process of transmitting. **2.** the fact of being transmitted. **3.** something that is transmitted. **4.** *Mach.* **a.** transference of force between machines or mechanisms, often with changes of torque and speed. **b.** a compact, enclosed unit of gears or the like for this purpose, as in an automobile. **5.** *Radio and Television.* the broadcasting of electromagnetic waves from one location to another, as from a transmitter to a receiver. **6.** *Physics.* transmittance. [1605–15; < L *trānsmissiōn-* (s. of *trāns-missiō*) a sending across, equiv. to *trānsmiss*(us) (ptp. of *trānsmittere* to send across) + *-iōn- -ION.* See TRANS-, MISSION] —**trans·mis·sive** (*trans mis′iv, tranz-*), *adj.* —**trans·mis′sive·ness,** *n.* —Syn. **1, 2.** transfer, passage, passing, conveyance.

**transmis′sion line′,** *Elect.* a system of conductors, as coaxial cable, a wave guide, or a pair of parallel wires, used to transmit signals. [1905–10]

**transmis′sion stop′ sys′tem.** See **T-stop system.**

**Trans·Mis·sis·sip·pi** (*trans′mis ə sip′ē, tranz′-*), *adj.* across or beyond the Mississippi River. —**trans′-Mis·sis·sip′pi·an,** *adj., n.*

**trans·mis·siv·i·ty** (*trans′mi siv′i tē, tranz′-*), *n. Physics.* a measure of the ability of a material or medium to transmit electromagnetic energy, as light. Cf. **transmittance.** [1910–15; TRANSMISS(ION) + -IVE + -ITY]

**trans·mis·som·e·ter** (*trans′mə som′i tər, tranz′-*), *n. Meteorol.* an instrument for measuring visibility or the transmission of light in the atmosphere. Also called **hazemeter, transmit′tance me′ter.** [1930–35; TRANS-MISS(ION) + -O- + -METER]

**trans·mit** (*trans mit′, tranz-*), *v.,* **-mit·ted, -mit·ting.** —*v.t.* **1.** to send or forward, as to a recipient or destination; dispatch; convey. **2.** to communicate, as information or news. **3.** to pass or spread (disease, infection, etc.) to another. **4.** to pass on (a genetic characteristic) from parent to offspring: *The mother transmitted her red hair to her daughter.* **5.** *Physics.* **a.** to cause (light, heat, sound, etc.) to pass through a medium. **b.** to convey or pass along (an impulse, force, motion, etc.). **c.** to permit (light, heat, etc.) to pass through: *Glass transmits light.* **6.** *Radio and Television.* to emit (electromagnetic waves). —*v.i.* **7.** to send a signal by wire, radio, or television. **8.** to pass on a right or obligation to heirs or descendants. [1350–1400; ME *transmitten* < L *trāns-mittere* to send across; equiv. to *trāns- TRANS-* + *mittere* to send] —**trans·mit′ta·ble, trans·mit′ti·ble,** *adj.* —Syn. **1.** transfer, remit. **2.** bear. See **carry.**

**trans·mit·tal** (*trans mit′l, tranz-*), *n.* transmission. [1715–25; TRANSMIT + -AL[2]]

**trans·mit·tance** (*trans mit′ns, tranz-*), *n. Physics.* the ratio of the radiant flux transmitted through and emerging from a body to the total flux incident on it: equivalent to one minus the reflectance. Also called **transmission.** [1850–55; TRANSMIT + -ANCE]

**trans·mit·ter** (*trans mit′ər, tranz-*), *n.* **1.** a person or thing that transmits. **2.** Also called **transmit′ting set′.** *Radio.* a device for sending electromagnetic waves; the part of a broadcasting apparatus that generates and modulates the radiofrequency current and conveys it to the antenna. **3.** the part of a telephonic or telegraphic apparatus that converts sound waves or mechanical movements into corresponding electric waves or impulses. **4.** *Biochem.* neurotransmitter. [1720–30; TRANS-MIT + -ER[1]]

**trans·mog·ri·fy** (*trans mog′rə fī′, tranz-*), *v.t.,* **-fied, -fy·ing.** to change in appearance or form, esp. strangely or grotesquely; transform. [1650–60; earlier also *transmigrify;* transmography; appar. a pseudo-Latinism with *-TRANS-, -IFY*] —**trans·mog′ri·fi·ca′tion,** *n.*

CONCISE PRONUNCIATION KEY: act, cāpe, dâre, pärt; set, ēqual; if, īce; ox, ōver, ôrder, oil, bŏŏk, bōōt, out; up, ûrge; child; shoe; thin; that; zh as in *treasure.* ə = a as in *alone,* e as in *system,* i as in *easily,* o as in *gallop,* u as in *circus;* ′ as in *fire* (fī′r), *hour* (ou′r). | and n can serve as syllabic consonants, as in *cradle* (krād′l), and *button* (but′n). See the full key inside the front cover.

| | | | |
|---|---|---|---|
| trans·lāt′a·ble, *adj.* | trans·mak′er, *v.t.,* **-made, -mak·ing.** | trans·Med·i·ter·ra′ne·an, *adj.* | trans·mould′, *v.t.* |
| trans·lō′vi·an, *adj.* | trans·Man·chu′ri·an, *adj.* | trans·mi·gra′tion·al, *adj.* | trans·mun′dane′, *adj.* |
| trans·Li·be′ri·an, *adj.* | trans·mar′gi·nal, *adj.; -ly, adv.* | trans·me·rid′i·o·nal, *adj.; -ly, adv.* | trans·mus′cle, *n.* |
| trans·Lib′y·an, *adj.* | trans·Mar′tian, *adj.* | trans·min′ion, *adj.* | trans·mu′tu·al, *adj.; -ly, adv.* |
| trans·light′, *n.* | trans·mat′e·ri·al, *adj.* | trans·Mon·go′li·an, *adj.* | trans·mis·sion·al, *adj.; -ly, adv.* |