# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| DATATREASURY CORP., | § § |
| Plaintiff, | § § No. 2:06-CV-72 |
| v. | § § Judge David Folsom |
| WELLS FARGO & CO., et al. | § § |
| Defendants. | § § |

## ORDER

Before the Court is the Unopposed Motion for Leave to File Supplemental Responsive Claim Construction Brief of Defendants Key and PNC. Having considered the motion, the Court is of the opinion that it is well-taken and should be **GRANTED**.

THEREFORE, it is hereby ORDERED that the Unopposed Motion for Leave to File Supplemental Responsive Claim Construction Brief of Defendants Key and PNC is **GRANTED**.