# EXHIBIT B

**BAKER BOTTS** LLP

2001 ROSS AVENUE
DALLAS, TEXAS
75201-2980

TEL +1 214.953.6500
FAX +1 214.953.6503
www.bakerbotts.com

AUSTIN
**DALLAS**
DUBAI
HONG KONG
HOUSTON
LONDON
MOSCOW
NEW YORK
RIYADH
WASHINGTON

May 3, 2007

Fernando Rodriguez, Jr.
TEL +1 214.953.6445
FAX +1 FAX 214.953.6503
fernando.rodriguez@bakerbotts.com

**Via Federal Express**

Anthony Bruster
Nix Patterson & Roach L.L.P.
2900 St. Michael Dr., Suite 500
Texarkana, Texas 75503

  Re: *DataTreasury Corporation v. Wells Fargo & Company, et al.*; Civil Action No. 2:06cv72; In the United States District Court for the Eastern District of Texas, Marshall Division

Dear Anthony:

  Pursuant to Magistrate Judge Craven's Order dated March 15, 2007, as amended by the Order dated April 16, 2007 and by agreement between DataTreasury Corporation and First Citizens BancShares, Inc., I have enclosed documents bates labeled FCBS 02051 - FCBS 34487.

  I also confirm that after conducting a diligent search, BancShares has no documents within its possession, custody, and/or control related to any business activities attended or conducted on behalf of BancShares in the State of Texas by First Citizens Bancshares, Inc.'s officers, directors, or employees.

       Very truly yours,

       *Fernando Rodriguez, Jr.*
       Fernando Rodriguez, Jr.

FR/rd
Enclosure
cc: Counsel for DataTreasury Corporation (w/o encl. via electronic transmission)
   Counsel for First Citizens BancShares, Inc. (w/o encl. via electronic transmission)

DAL01:955547.1

EXHIBIT
B