## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **DATATREASURY CORPORATION**<br>**Plaintiff,**<br><br>v.<br><br>**WELLS FARGO & COMPANY, ET. AL.,**<br>**Defendants** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§     **Civil Action No.:2:06-CV-72 (DF)**<br><br>**JURY TRIAL DEMAND** |

### UNOPPOSED MOTION TO EXTEND CERTAIN DEADLINES

Plaintiff DataTreasury Corporation files this Unopposed Motion to Extend Certain Deadlines ("Unopposed Motion") seeking extensions of certain deadlines related to Defendants' Motion for Summary Judgment for Claim Invalidity Based on Indefiniteness of U.S. Patent No. 5,930,778, as outlined below.

| Action | Current Deadline | New Deadline |
|---|---|---|
| Plaintiff files Responsive Brief to Defendants' Motion for Summary Judgment | 7/13/07 | 7/27/07 |
| Defendant files Reply Brief to Plaintiff's Response Brief | 7/23/07 | 8/6/07 |
| Plaintiff files Sur-Reply Brief to Plaintiff's Reply Brief | 8/2/07 | 8/16/07 |

Defendants Bank of America Corporation, Bank of America, N.A., Wachovia Corporation, Wachovia Bank, N.A., First Data Corporation, Telecheck Services, Inc., and Remitco, LLC, agree with the deadline extensions.  The new deadlines do not affect the trial setting for this case or the Markman hearing in this case.

Accordingly, Plaintiff DataTreasury Corporation respectfully requests that the Court enter an order setting the new deadlines as set forth above.  An order reflecting the relief requested is attached for the Court's convenience.

Respectfully submitted,

**NICOLE REED**
State Bar No. 24041759
**ROD COOPER**
State Bar No.  90001628
**EDWARD  HOHN,**
Attorney-in-charge
State Bar No. 09813240
**EDWARD CHIN**
State Bar No. 50511688
**NIX PATTERSON & ROACH, L.L.P.**
5215 N. O'Connor Blvd., Suite1900
Irving, Texas 75039
972.831.1188; 972.444.0716 fax
nicolereed@nixlawfirm.com
rodcooper@nixlawfirm.com
edhohn@nixlawfirm.com
edchin@nixlawfirm.com

**C.  CARY PATTERSON**
State Bar No. 15587000
**BRADY PADDOCK**
State Bar No. 00791394
**ANTHONY BRUSTER**
State Bar No. 24036280
**R. BENJAMIN KING**

       State Bar No. 24048592
**N**IX **P**ATTERSON **& R**OACH **L.L.P.**
2900 St. Michael Drive, Suite 500
Texarkana, Texas  75503
903.223.3999; 903.223.8520 fax
ccp@nixlawfirm.com
bpaddock@nixlawfirm.com
akbruster@nixlawfirm.com
benking@nixlawfirm.com

**J**OE **K**ENDALL
State Bar No. 11260700
**K**ARL **R**UPP
State Bar No. 24035243
**P**ROVOST * **U**MPHREY**, L.L.P.**
3232 McKinney Avenue, Suite 700
Dallas, Texas  75204
214.744.3000; 214.744.3015 fax
jkendall@provostumphrey.com
krupp@provostumphrey.com

**E**RIC **M.  A**LBRITTON
State Bar No. 00790215
**A**LBRITTON **L**AW **F**IRM
P.O. Box 2649
Longview, Texas  75606
903.757.8449; 903.758.7397 fax
ema@emafirm.com

**T. J**OHN **W**ARD**, J**R**.**
State Bar No. 00794818
**L**AW **O**FFICE OF **T. J**OHN **W**ARD**, J**R**.**
P.O. Box 1231
Longview, Texas  75601
903.757.6400; 903.757.2323 fax
jw@jwfirm.com

*ATTORNEYS FOR PLAINTIFF DATATREASURY CORPORATION*

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of the foregoing document was served electronically upon all the following on the 10th day of July, 2007.

    Bank of America - Listserve (BankofAmericaF&R@fr.com)
    BB&T ListServe (BB&T_DataTreasury@kilpatrickstockton.com)
    Citizens Financial (citizensfinancial@standleyLLP.com)
    City National Bank - Listserve (citynationalbank@dmtechlaw.com)
    Comerica Bank 007 Listserve (Comerica_DataTreasury@kilpatrickstockton.com)
    Compass/First Horizon/TN Bank - Listserve (comfhft@andrewskurth.com)
    Cullen/Frost Bank - Listserve (frostbank@dmtechlaw.com)
    EDS - Listserve (EDS_DataTreasury@mckoolsmith.com)
    UBS – Listserve (ubsamericas@velaw.com)
    HSBC North America Holdings, Inc./HSBC Bank USA  Listserve  (hsbccounsel@blhc-law.com)
    BancorpSouth Listserve (bxs@hughesluce.com)
    Bank of Tokyo Listserve (BankofTokyo_DataTreasury@sidley.com)
    BofNY Listserve (BofNYLitTeam@pillsburylaw.com)
    The Clearing House/SVPCo Listserve (TCH_DT@sullcrom.com)
    Deutsche Bank Listserve (DeutscheBank_DataTreasury@sidley.com)
    First Citizens Listserve (firstcitizens@bakerbotts.com)
    First Data Listserve (FirstData_DataTreasury@sidley.com)
    Key Bank Listserve (KeyCorp_DataTreasury@mckoolsmith.com)
    LaSalle Bank Listserve (LaSalleBank_DataTreasury@sidley.com)
    National City Bank Listserve (foley-dtc@foley.com)
    Remitco Listserve (Remitco_DataTreasury@sidley.com)
    Telecheck Listserve (Telecheck_DataTreasury@sidley.com)
    Union BofCA Listserve (ubofclitteam@pillsburylaw.com)
    Viewpointe Listserve (Viewpointe_dtc@skadden.com)
    Zion First National Bank Listserve (foley-dtc@foley.com)
    Harris Bancorp. - Listserve (Harris_DataTreasury@mckoolsmith.com)
    M&T 007 Listserve (M&T_DataTreasury@kilpatrickstockton.com)
    PNC Bank - Listserve (PNC_DataTreasury@mckoolsmith.com)
    Suntrust - Listserve (SunTrust_DataTreasury@mckoolsmith.com)
    U.S. Bancorp – Listserve (foley-dtc@foley.com)
    Wachovia 007 Listserve (Wachovia_DataTreasury@kilpatrickstockton.com)
    Wells Fargo - Listserve (*DalWellsFargo_DTC@BakerNet.com)

_/s/ Nicole Reed_

**NICOLE REED**

## CERTIFICATE OF CONFERENCE

I hereby certify that on July 9th, 2007, counsel for DataTreasury Corporation conferred with counsel for Defendants concerning the foregoing Unopposed Motion to Exceed Page Limits. Defendants do not oppose the relief requested by Plaintiff.

*[signature]*

**NICOLE REED**