# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **DATATREASURY CORPORATION**<br>**Plaintiff,**<br><br>v.<br><br>**WELLS FARGO & COMPANY, ET. AL.,**<br>**Defendants** | § § § § § § § § §   Civil Action No.:2:06-CV-72 (DF)<br><br>**JURY TRIAL DEMAND** |

## ORDER

Before the Court is Plaintiff's Unopposed Motion to Extend Certain Deadlines ("Unopposed Motion") relating to Defendants' Motion for Summary Judgment for Claim Invalidity Based on Indefiniteness of U.S. Patent No. 5,930,778. The Court having considered the matter, GRANTS the Motion and hereby extends the deadlines as set forth below:

| Action | Current Deadline | New Deadline |
|---|---|---|
| Plaintiff files Responsive Brief to Defendants' Motion for Summary Judgment | 7/13/07 | 7/27/07 |
| Defendant files Reply Brief to Plaintiff's Response Brief | 7/23/07 | 8/6/07 |
| Plaintiff files Sur-Reply Brief to Plaintiff's Reply Brief | 8/2/07 | 8/16/07 |

Case 2:06-cv-00072-DF-CMC    Document 743    Filed 07/10/2007    Page 2 of 2