IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORP., | § § | |
| Plaintiff, | § § | No. 2:06-CV-72 |
| v. | § § | Judge David Folsom |
| WELLS FARGO & CO., et al. | § § | |
| Defendants. | § § | |

**ORDER**

Before the Court is the Unopposed Motion for Leave to File Supplemental Responsive Claim Construction Brief of Defendants Key and PNC. Having considered the motion, the Court is of the opinion that it is well-taken and should be **GRANTED**.

THEREFORE, it is hereby ORDERED that the Unopposed Motion for Leave to File Supplemental Responsive Claim Construction Brief of Defendants Key and PNC is **GRANTED**.

**SIGNED this 10th day of July, 2007.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE