UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DATA TREASURY CORPORATION,<br><br>Plaintiff<br><br>v.<br><br>WELLS FARGO & COMPANY, et al.<br><br>Defendants | 2:06-CV-72 DF |

## ORDER

Before the Court is Defendants' Unopposed Motion to Exceed Page Limits in Defendants' Responsive Claim Construction Brief. The Court having considered the matter, GRANTS the Motion. Defendants are permitted to exceed the page limit for their Responsive Claim Construction Brief by five (5) pages.

**SIGNED this 10th day of July, 2007.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE