IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORPORATION, | § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 2:06-CV-72 |
| WELLS FARGO & COMPANY, et al | § § | Jury |
| Defendants. | § § | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S SURREPLY TO DEFENDANT CLEARINGHOUSE PAYMENTS COMPANY, LLC'S MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT OF THE '007 PATENT**

Plaintiff DataTreasury ("DataTreasury") files this its Unopposed Motion For Extension of Time To File Plaintiff's Surreply to Defendant Clearinghouse Payments Company, LLC's Motion For Summary Judgment of Non-infringement of the '007 Patent. In support of its Motion, Plaintiff states as follows:

1) The parties have conferred and agreed to amend the due date for DataTreasury's Surreply to Defendants' Motion For Summary Judgment of Non-infringement of the '007 Patent as follows:

- July 20, 2007    Plaintiff's Surreply to Defendant's Motion For Summary Judgment

2) The parties do not propose this change in the deadline for the purpose of delay; rather, this amendment to the Court's Docket Control order are necessary for Plaintiff to fully and adequately respond to the Motion For Summary Judgment. The

parties do not propose to change any dates that will affect the trial date set forth by the Court.

WHEREFORE, Plaintiff respectfully requests that this Court grants its Unopposed Motion For Extension of Time To File Plaintiff's Surreply to Defendant Clearinghouse Payments Company, LLC's Motion For Summary Judgment of Non-infringement of the '007 Patent.

Dated this 10th day of July, 2007.

Respectfully Submitted,

/s/ Karl A. Rupp

ANTHONY BRUSTER
State Bar No. 24036280
R. BENJAMIN KING
State Bar No. 24048592
C. CARY PATTERSON
State Bar No. 15587000
BRADY PADDOCK
State Bar No. 00791394
**NIX PATTERSON & ROACH L.L.P.**
2900 St. Michael Drive, Suite 500
Texarkana, Texas  75503
Tel. (903)223-3999; Fax (903)223.8520
akbruster@nixlawfirm.com
benking@nixlawfirm.com
ccp@nixlawfirm.com
bpaddock@nixlawfirm.com

EDWARD L. HOHN, ATTORNEY IN CHARGE
State Bar No. 09813240
ROD A. COOPER
Texas Bar No. 90001628
EDWARD CHIN
State Bar No. 50511688
**NIX PATTERSON & ROACH L.L.P.**
Williams Square
5215 North O'Connor Blvd., Suite 1900
Irving, Texas  75039

Tel. (972)831-1188; Fax (972)444-0716
edhohn@nixlawfirm.com
edchin@nixlawfirm.com
rcooper@cooperiplaw.com

JOE KENDALL
Texas Bar No. 11260700
KARL RUPP
Texas Bar No. 24035243
**PROVOST UMPHREY, L.L.P.**
3232 McKinney Avenue, Suite 700
Dallas, Texas 75204
Tel. (214)744-3000; Fax (214) 744-3015
jkendall@provosthumphrey.com
krupp@provostumphrey.com

ERIC M. ALBRITTON
Texas Bar No. 00790215
**ALBRITTON LAW FIRM**
P.O. Box 2649
Longview, Texas 75606
Tel. (903)757-8449; Fax (903)758-7397
ema@emafirm.com

T. JOHN WARD JR.
Texas Bar No. 00794818
**THE LAW OFFICE OF T. JOHN WARD, JR.**
P.O. Box 1231
Longview, Texas 75606
Tel. (903)757-6400; Fax (903) 757-2323
jw@jwfirm.com

**ATTORNEYS FOR PLAINTIFF**
**ATATREASURY CORPORATION**

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and served via the Court's electronic filing system on all counsel who have consented to electronic service on this the 10th day of July, 2007.

                                                /s/ Karl A. Rupp_____
                                                Karl A. Rupp