IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORPORATION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 2:06-CV-72 |
| | § | |
| WELLS FARGO & COMPANY, et al | § | Jury |
| | § | |
| Defendants. | § | |

**(PROPOSED) ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE SURREPLY**

The Court having considered the Unopposed Motion For Extension of Time To File Surreply to Defendant Clearinghouse Payments Company, LLC's Motion For Summary Judgment of Non-infringement of the '007 Patent by DataTreasury Corporation, hereby determines that said motion should be, and hereby is, GRANTED.

SO ORDERED.