IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORPORATION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 2:06-CV-72 |
| WELLS FARGO & COMPANY, et al | § § | Jury |
| Defendants. | § § | |

**(PROPOSED) ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE SURREPLY**

The Court having considered the Unopposed Motion For Extension of Time To File Surreply to Defendant Clearinghouse Payments Company, LLC's Motion For Summary Judgment of Non-infringement of the '007 Patent by DataTreasury Corporation, hereby determines that said motion should be, and hereby is, GRANTED. SO ORDERED.

**SIGNED this 11th day of July, 2007.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE