IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORPORATION | § | |
| PLAINTIFF | § | |
| v. | § | No. 2:06-CV-72 (DF) |
| | § | |
| WELLS FARGO & COMPANY, *et al.* | § | JURY TRIAL DEMANDED |
| DEFENDANTS | § | |

## ORDER

On this date came to be considered the Agreed Motion to Extend Deadline for Plaintiffs' Response to Wachovia's Motion for Summary Judgment for Claim Invalidity Based on Indefiniteness of U.S. Patent No. 5,717,868 Patent.  The Court, having considered said motion, finds that it should be GRANTED.

IT IS, THEREFORE, ORDERED that the deadline for Plaintiffs to file their response to Wachovia's Motion for Summary Judgment for Claim Invalidity Based on Indefiniteness of U.S. Patent No. 5,717,868 is extended to August 9, 2007.

**SIGNED this 12th day of July, 2007.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE