IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **DATATREASURY CORPORATION**<br>**Plaintiff,**<br><br>v.<br><br>**WELLS FARGO & COMPANY, ET. AL.,**<br>**Defendants** | §<br>§<br>§      **Civil Action No.:2:06-CV-**<br>§                    **72 (DF)**<br>§<br>§      **JURY TRIAL DEMAND**<br>§<br>§ |

## UNOPPOSED MOTION TO EXTEND CERTAIN DEADLINES

Plaintiff DataTreasury Corporation files this Unopposed Motion to Extend Certain Deadlines ("Unopposed Motion") seeking extensions of certain deadlines related to Defendants' Motion for Summary Judgment for Claim Invalidity Based on Indefiniteness of U.S. Patent No. 5,583,759 and Motion for Summary Judgment for Claim Invalidity Based on Indefiniteness of U.S. Patent No. 5,930,778, as outlined below.

| Action | Current Deadline | New Deadline |
|---|---|---|
| Plaintiff files Responsive Brief to Defendants' Motion for Summary Judgment ('759) | 7/19/07 | Five days after the latter of the depositions of Karl Sammons and Thomas Gallman |
| Plaintiff files Responsive Brief to Defendants' Motion for Summary Judgment ('778) | 7/27/07 | Five days after the latter of the depositions of Karl Sammons and Thomas Gallman |

Plaintiff first learned of the witness Thomas Gallman when reviewing Defendants' Motion for Summary Judgment for Claim Invalidity Based on Indefiniteness of U.S. Patent No. 5,583,759 and Motion for Summary Judgment for Claim Invalidity Based on Indefiniteness of

UNOPPOSED MOTION TO EXTEND CERTAIN DEADLINES                                         PAGE - 1 -

U.S. Patent No. 5,930,778.  This was also the first time Plaintiff was aware that Defendants intended to use an affidavit by Karl Sammons.  Moving Defendants have agreed to tender the affiants for depositions forthwith, and the parties have agreed that the responsive briefing should be filed five days after the latter of the two depositions are complete.  Hence, Moving Defendants agree with the deadline extensions.  The new deadlines do not affect the trial setting for this case.

Accordingly, Plaintiff DataTreasury Corporation respectfully requests that the Court enter an order setting the new deadlines as set forth above.  An order reflecting the relief requested is attached for the Court's convenience.

Respectfully submitted,

*/s/ Nicole Reed*

**NICOLE REED**
State Bar No. 24041759
**ROD COOPER**
State Bar No. 90001628
**EDWARD HOHN,**
Attorney-in-charge
State Bar No. 09813240
**EDWARD CHIN**
State Bar No. 50511688
**NIX PATTERSON & ROACH, L.L.P.**
5215 N. O'Connor Blvd., Suite1900
Irving, Texas 75039
972.831.1188; 972.444.0716 fax
nicolereed@nixlawfirm.com
rodcooper@nixlawfirm.com
edhohn@nixlawfirm.com
edchin@nixlawfirm.com

**C. CARY PATTERSON**
State Bar No. 15587000
**BRADY PADDOCK**

State Bar No. 00791394
**ANTHONY BRUSTER**
State Bar No. 24036280
**R. BENJAMIN KING**
State Bar No. 24048592
**NIX PATTERSON & ROACH L.L.P.**
2900 St. Michael Drive, Suite 500
Texarkana, Texas  75503
903.223.3999; 903.223.8520 fax
ccp@nixlawfirm.com
bpaddock@nixlawfirm.com
akbruster@nixlawfirm.com
benking@nixlawfirm.com

**JOE KENDALL**
State Bar No. 11260700
**KARL RUPP**
State Bar No. 24035243
**PROVOST * UMPHREY, L.L.P.**
3232 McKinney Avenue, Suite 700
Dallas, Texas  75204
214.744.3000; 214.744.3015 fax
jkendall@provostumphrey.com
krupp@provostumphrey.com

**ERIC M. ALBRITTON**
State Bar No. 00790215
**ALBRITTON LAW FIRM**
P.O. Box 2649
Longview, Texas  75606
903.757.8449; 903.758.7397 fax
ema@emafirm.com

**T. JOHN WARD, JR.**
State Bar No. 00794818
**LAW OFFICE OF T. JOHN WARD, JR.**
P.O. Box 1231
Longview, Texas  75601
903.757.6400; 903.757.2323 fax
jw@jwfirm.com

*ATTORNEYS FOR PLAINTIFF DATATREASURY CORPORATION*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was served electronically upon all the following on the 18th day of July, 2007.

Bank of America - Listserve (BankofAmericaF&R@fr.com)
BB&T ListServe (BB&T_DataTreasury@kilpatrickstockton.com)
Citizens Financial (citizensfinancial@standleyLLP.com)
City National Bank - Listserve (citynationalbank@dmtechlaw.com)
Comerica Bank 007 Listserve (Comerica_DataTreasury@kilpatrickstockton.com)
Compass/First Horizon/TN Bank - Listserve (comfhft@andrewskurth.com)
Cullen/Frost Bank - Listserve (frostbank@dmtechlaw.com)
EDS - Listserve (EDS_DataTreasury@mckoolsmith.com)
UBS – Listserve (ubsamericas@velaw.com)
HSBC North America Holdings, Inc./HSBC Bank USA Listserve (hsbccounsel@blhc-law.com)
BancorpSouth Listserve (bxs@hughesluce.com)
Bank of Tokyo Listserve (BankofTokyo_DataTreasury@sidley.com)
BofNY Listserve (BofNYLitTeam@pillsburylaw.com)
The Clearing House/SVPCo Listserve (TCH_DT@sullcrom.com)
Deutsche Bank Listserve (DeutscheBank_DataTreasury@sidley.com)
First Citizens Listserve (firstcitizens@bakerbotts.com)
First Data Listserve (FirstData_DataTreasury@sidley.com)
Key Bank Listserve (KeyCorp_DataTreasury@mckoolsmith.com)
LaSalle Bank Listserve (LaSalleBank_DataTreasury@sidley.com)
National City Bank Listserve (foley-dtc@foley.com)
Remitco Listserve (Remitco_DataTreasury@sidley.com)
Telecheck Listserve (Telecheck_DataTreasury@sidley.com)
Union BofCA Listserve (ubofclitteam@pillsburylaw.com)
Viewpointe Listserve (Viewpointe_dtc@skadden.com)
Zion First National Bank Listserve (foley-dtc@foley.com)
Harris Bancorp. - Listserve (Harris_DataTreasury@mckoolsmith.com)
M&T 007 Listserve (M&T_DataTreasury@kilpatrickstockton.com)
PNC Bank - Listserve (PNC_DataTreasury@mckoolsmith.com)
Suntrust - Listserve (SunTrust_DataTreasury@mckoolsmith.com)
U.S. Bancorp – Listserve (foley-dtc@foley.com)
Wachovia 007 Listserve (Wachovia_DataTreasury@kilpatrickstockton.com)
Wells Fargo - Listserve (*DalWellsFargo_DTC@BakerNet.com)

*[signature]*

**NICOLE REED**

## CERTIFICATE OF CONFERENCE

      I hereby certify that on July 16th, 2007, counsel for DataTreasury Corporation conferred with Defense counsel concerning the foregoing Unopposed Motion to Extend Certain Deadlines. Moving Defendants do not oppose the relief requested by Plaintiff.

_____
**NICOLE REED**