IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORPORATION<br>Plaintiff,<br><br>v.<br><br>WELLS FARGO & COMPANY, ET. AL.,<br>Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No.:2:06-CV-72 (DF)<br><br>JURY TRIAL DEMAND |

## ORDER

Before the Court is Plaintiff's Unopposed Motion to Extend Certain Deadlines ("Unopposed Motion") relating to Defendants' Motion for Summary Judgment for Claim Invalidity Based on Indefiniteness of U.S. Patent No. 5,583,759 and Motion for Summary Judgment for Claim Invalidity Based on Indefiniteness of U.S. Patent No. 5,930,778. The Court having considered the matter, GRANTS the Motion and hereby extends the deadlines as set forth below:

| Action | Current Deadline | New Deadline |
|---|---|---|
| Plaintiff files Responsive Brief to Defendants' Motion for Summary Judgment ('759) | 7/19/07 | Five days after the latter of the depositions of Karl Sammons and Thomas Gallman |
| Plaintiff files Responsive Brief to Defendants' Motion for Summary Judgment ('778) | 7/27/07 | Five days after the latter of the depositions of Karl Sammons and Thomas Gallman |

**SIGNED this 23rd day of July, 2007.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE