**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **DATATREASURY CORPORATION,** | |
| **Plaintiff** | |
| **v.** | **2:06-CV-00072 DF** |
| **WELLS FARGO & COMPANY, ET AL.,** | |
| **Defendants** | |

**NOTICE OF JOINDER IN WACHOVIA'S**
**MOTION FOR SUMMARY JUDGMENT FOR CLAIM OF INVALIDITY BASED**
**ON <u>INDEFINITENESS OF U.S. PATENT NO. 5,717,868</u>**

On July 9, 2007, Defendants Wachovia Corporation and Wachovia Bank, N.A.

("Wachovia") filed a Motion for Summary Judgment to invalidate U.S. Patent No.

5,717,868 based on indefiniteness under 35 U.S.C. § 112, ¶¶ 2 and 6 (Docket Number

740).  The undersigned defendants hereby join in that motion.

**NOTICE OF JOINDER IN WACHOVIA'S MOTION FOR SUMMARY JUDGMENT FOR CLAIM**
**OF INVALIDITY BASED ON INDEFINITENESS OF U.S. PATENT NO. 5,717,868 – Page** 1

Respectfully submitted,

Dated:  July 24, 2007                    FISH & RICHARDSON P.C.


By:  /s/ Thomas M. Melsheimer
  Thomas M. Melsheimer
  Texas Bar No. 13922550
  1717 Main Street
  Suite 5000
  Dallas, TX  75201
  214-747-5070 (Telephone)
  214-747-2091 (Telecopy)

  Robert E. Hillman
  Fish & Richardson P.C.
  225 Franklin Street
  Boston, MA  02110-2804
  617-542-5070 (Telephone)
  617-542-8906 (Telecopy)

  Robert M. Parker
  Robert Christopher Bunt
  Parker & Bunt, P.C.
  100 E. Ferguson, Suite 1114
  Tyler, Texas 75702
  903-531-3535 (Telephone)
  903-533-9687 (Telecopy)

  Michael E. Jones
  Texas Bar No. 10929400
  E. Glenn Thames, Jr.
  Texas Bar No. 00785097
  Potter Minton
  500 Plaza Tower
  110 North College, Suite 500
  Tyler, TX  75702

Attorneys for Defendants
**BANK OF AMERICA CORPORATION,
BANK OF AMERICA, NATIONAL
ASSOCIATION**

**NOTICE OF JOINDER IN WACHOVIA'S MOTION FOR SUMMARY JUDGMENT FOR CLAIM
OF INVALIDITY BASED ON INDEFINITENESS OF U.S. PATENT NO. 5,717,868 – Page** 2

By:/s/ Thomas M. Melsheimer by
permission on behalf of the following
counsel:


E. Danielle T. Williams
KILPATRICK STOCKTON LLP
1001 West Fourth Street
Winston-Salem, NC  27101

Bill Boice
Audra Dial
KILPATRICK STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia  30309-4530

Kenneth Godlewski
Stephen Baskin
KILPATRICK STOCKTON LLP
607 14th Street, NW, Suite 900
Washington, DC  20005-2018

**ATTORNEYS FOR DEFENDANTS
BB&T CORPORATION, BRANCH
BANKING & TRUST CO., COMERICA
BANK & TRUST, N.A., COMERICA,
INC., M&T BANK, M&T
CORPORATION**

Raymond Sweigart
Jack Barufka
Scott Pivnick
PILLSBURY WINTHROP SHAW
PITTMAN LLP
1650 Tysons Blvd.
McLean, VA  22102-4859

**ATTORNEYS FOR DEFENDANTS
BANK OF NEW YORK CO., INC., THE
BANK OF NEW YORK, UNION BANK
OF CALIFORNIA, N.A.,
UNIONBANCAL CORPORATION**

David L. Ward, Jr.
Donalt J.Eglinton
WARD AND SMITH, P.A.
1001 College Court
New Bern, NC  28562

**NOTICE OF JOINDER IN WACHOVIA'S MOTION FOR SUMMARY JUDGMENT FOR CLAIM
OF INVALIDITY BASED ON INDEFINITENESS OF U.S. PATENT NO. 5,717,868 – Page** 3

Larry Carlson
David Taylor
BAKER BOTTS L.L.P.
2001 Ross Avenue
Dallas, TX 75201-2980

**ATTORNEYS FOR DEFENDANT**
**FIRST CITIZENS BANK & TRUST CO.**

Glen Boudreaux
Tim Leonard
Edward J. Nicholas
BOUDREAUX LEONARD HAMMOND
CURCIO
2 Houston Center
909 Fannin Street, Suite 2350
Houston, TX 77010

Irah Donner
WILMER, CUTLER, PICKERING, HALE
& DORR
399 Park Ave.
New York, NY 10022

**ATTORNEY FOR DEFENDANTS**
**HSBC NORTH AMERICA HOLDINGS,**
**INC., HSBC BANK USA, N.A.**

Sam Baxter
Lead Attorney
Texas Bar No. 01938000
sbaxter@mckoolsmith.com
McKOOL SMITH, P.C.
505 East Travis Street, Suite 105
Marshall, Texas 75670
903-927-2111 (Telephone)
903-927-2622 (Telecopy)

Theodore Stevenson, III
Texas Bar No. 19196650
tstevenson@mckoolsmith.com
L. David Anderson
Texas Bar No. 00796126
danderson@mckoolsmith.com
McKOOL SMITH P.C.
300 Crescent Court, Suite 1500
Dallas, TX 75201
214-978-4000 (Telephone)
214-978-4044 (Telecopy)

Peter J. Ayers
Texas Bar No. 24009882
payers@mckoolsmith.com
Geoffrey L. Smith
Texas Bar No. 24041939
gsmith@mckoolsmith.com
McKOOL SMITH P.C.
300 W. 6th Street, Suite 1700
Austin, Texas 78701
512-692-8700 (Telephone)
512-692-8744 (Telecopy)

**ATTORNEYS FOR DEFENDANTS PNC
FINANCIAL SERVICES GROUP, INC.,
PNC BANK NATIONAL
ASSOCIATION, KEYCORP, AND
KEYBANK NA**

Edward G. Poplawski (Pro Hac Vice)
EPoplaws@Sidley.com
Jeffrey A. Finn (Pro Hac Vice)
JFinn@Sidley.com
Carissa A. Tener (Pro Hac Vice)
CTener@Sidley.com
SIDLEY AUSTIN L.L.P.
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
213-896-6000 (Telephone)
213-896-6600 (Telecopy)

S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
Andrew M. Spangler
State Bar No. 24041960
BROWN McCARROLL LLP
1127 Judson Road, Suite 220
P.O. Box 3999 (75606-3999)
Longview, Texas  75601-5157
Telephone:  (903) 236-9800
Facsimile:  (903) 236-8787
E-mail:  ccapshaw@mailbmc.com
Email:  ederieux@mailbmc.com
E-mail:  aspangler@mailbmc.com

**ATTORNEYS FOR DEUTSCHE BANK
TRUST COMPANY AMERICAS, BANK
OF TOKYO-MITSUBISHI UFJ, LTD.,
LASALLE BANK CORPORATION AND
LASALLE BANK NA**

Melvin R. Wilcox, III
mrw@smeadlaw.com
SMEAD, ANDERSON & DUNN LLP
2110 Horseshoe Lane
P.O. Box 3343
Longview, TX 75606
903-232-1892 (Telephone)
903-232-1881 (Telecopy)

Of Counsel:
John J. Feldhaus
jfeldhaus@foley.com
Anthony H. Son
ason@foley.com
FOLEY & LARDNER LLP
3000 K Street, N.W.
Washington, DC 20007
202-672-5300 (Telephone)

**ATTORNEYS FOR
U.S. BANCORP, U.S. BANK,
NATIONAL ASSOCIATION,
NATIONAL CITY CORPORATION
AND NATIONAL CITY BANK**

Jeffrey Standley
jstandley@standleyllp.com
STANDLEY LAW GROUP LLP
495 Metro Place South, Suite 210
Dublin, OH 43017
614-792-5555 (Telephone)
614-792-5536 (Telecopy)

Claude Welch
cwelch@consolidated.net
115 W. Shepherd Ave.
Lufkin, TX 75904-3808
936-639-3311 (Telephone)
936-639-3049 (Telecopy)

**ATTORNEYS FOR
CITIZENS FINANCIAL GROUP, INC.**

Preston W. McGee
Flowers Davis P.L.L.C.
1021 ESE Loop 323
Suite 200
Tyler, TX 75701
(903) 534-8063

**NOTICE OF JOINDER IN WACHOVIA'S MOTION FOR SUMMARY JUDGMENT FOR CLAIM
OF INVALIDITY BASED ON INDEFINITENESS OF U.S. PATENT NO. 5,717,868 – Page** 6

James H. Carter
James T. Williams
Jane Jaang
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004-2493

Lawrence F. Scinto
Ronald A. Clayton
Fitzpatrick, Cella, Harper & Scinto
30 Rockefellar Plaza
New York, New York 10112-3801
(212) 218-2254

**ATTORNEYS FOR DEFENDANT
THE CLEARINGHOUSE PAYMENTS
CO., L.L.C. F/K/A SMALL VALUE
PAYMENTS CO., L.L.C.**

John G. Flaim
Brian Hurst
Brian C. McCormack
BAKER & MCKENZIE
2001 Ross Avenue, Suite 2300
Dallas, TX  75201-0800

**ATTORNEYS FOR DEFENDANTS
WELLS FARGO & COMPANY, WELLS
FARGO BANK, N.A.**

Kurt M. Sauer
Stacy L. Zoern
DAFFER McDANIEL, LLP
700 Lavaca Street, Suite 720
Austin, Yexas  78701
512-476-1400
Fax:  5112-703-1250
ksauer@dmtechlaw.com
szoern@dmtechlaw.com

**ATTORNEYS FOR DEFENDANT
CITY NATIONAL CORPORATION
AND CITY NATIONAL BANK**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on July 24, 2007 to all counsel of record pursuant to the Court's CM/ECF system.

/s/ M. Brett Johnson
M. Brett Johnson

90232733.doc

**NOTICE OF JOINDER IN WACHOVIA'S MOTION FOR SUMMARY JUDGMENT FOR CLAIM OF INVALIDITY BASED ON INDEFINITENESS OF U.S. PATENT NO. 5,717,868 – Page** 8