IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORPORATION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 2:06-CV-72 |
| | § | |
| THE CLEARINGHOUSE PAYMENTS CO., LLC, et al. | § § § | |
| | § | |
| Defendants. | § | |

**(PROPOSED) ORDER GRANTING AGREED MOTION FOR REVISED BRIEFING SCHEDULE**

The Court having considered the Agreed Motion For Revised Briefing Schedule by DataTreasury Corporation, hereby determines that said motion should be, and hereby is, GRANTED.  SO ORDERED.

**SIGNED this 31st day of July, 2007.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE