# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **DATATREASURY CORPORATION**<br>**Plaintiff,**<br><br>v.<br><br>**WELLS FARGO & COMPANY, ET. AL.,**<br>**Defendants** | §<br>§<br>§  **Civil Action No.:2:06-CV-**<br>§  **72 (DF)**<br>§<br>§  **JURY TRIAL DEMAND**<br>§<br>§ |

## ORDER DENYING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF CLAIM INVALIDITY BASED ON INDEFINITENESS FOR U.S. PATENT NO. 5,717,868

The Court, having considered Defendants' Motion for Summary Judgment of Claim Invalidity Based on Indefiniteness of the '868 Patent and the parties' responsive briefing, finds that the motion should be denied.

**IT IS ORDERED** that Defendants' Motion for Summary Judgment of Claim Invalidity Based on Indefiniteness of the '868 Patent is **DENIED.**