IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DATATREASURY CORP., § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | No. 2:06-cv-0072-DF |
| § | JURY TRIAL DEMANDED |
| WELLS FARGO & COMPANY, et. al. § | |
| § | |
| Defendants § | |
| § | |

## **ORDER**

The Court having considered the Motion To Withdraw Its Motion To Permit Withdrawal of Plaintiff's Proposed Deposition Protocol Order, and For Entry of Jointly Proposed Deposition Protocol Order by DataTreasury Corporation, hereby determines that said motion should be, and hereby is, GRANTED. SO ORDERED.