IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORP., | § | |
| Plaintiff, | § § § | |
| vs. | § § | No. 2:06-cv-0072-DF |
| WELLS FARGO & COMPANY, et. al. | § § | JURY TRIAL DEMANDED |
| Defendants | § § § | |

## **ORDER**

The Court having considered the Motion To Permit Withdrawal of Plaintiff's Proposed Deposition Protocol Order, and For Entry of Jointly Proposed Deposition Protocol Order by DataTreasury Corporation, hereby determines that said motion should be, and hereby is, GRANTED.  SO ORDERED.