IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DataTreasury Corporation | § | |
| | § | |
| Plaintiff | § | |
| v. | § | |
| | § | Civil Action No. 2:06-CV-72 DF |
| Wells Fargo & Company, et al. | § | |
| | § | |
| Defendants | § | |
| | § | |

## MOTION TO WITHDRAW STACY L. ZOERN AS ATTORNEY

COMES NOW Stacy L. Zoern, attorney for Defendants, City National Corporation and The City National Bank, and hereby moves the Court for leave to withdraw as attorney of record for City National Corporation and The City National Bank. In support of this motion, Ms. Zoern has accepted a one year clerkship with U.S. Magistrate Judge Robert Pitman of the United States District Court for the Western District of Texas, Austin Division. In her capacity as a clerk of the Court, Ms. Zoern is not permitted to practice law. Mr. Kurt M. Sauer, also attorney of record for City National Corporation and The City National Bank, will remain as attorney of record for City National Corporation and The City National Bank.

WHEREFORE, Ms. Zoern prays that the Court grant this Motion to Withdraw.

Respectfully submitted,

By: ___/s/   Stacy L. Zoern____
Stacy L. Zoern
State Bar No. 24051565
Kurt M. Sauer
State Bar No. 17673700
DAFFER MCDANIEL, LLP
700 Lavaca Street, Suite 720
Austin, Texas 78701
Tel. (512) 476-1400
Fax (512) 703-1250
ksauer@dmtechlaw.com

**ATTORNEYS FOR DEFENDANT CITY NATIONAL CORPORATION AND THE CITY NATIONAL BANK**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5 (a)(3)(A) on August 14, 2007.

/s/ Stacy L. Zoern_____
Stacy L. Zoern