IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DataTreasury Corporation | § | |
| | § | |
| Plaintiff | § | |
| v. | § | |
| | § | Civil Action No. 2:06-CV-72 DF |
| Wells Fargo & Company, et al. | § | |
| | § | |
| Defendants | § | |
| | § | |

## **ORDER**

Stacy L. Zoern has filed a Motion to Withdraw as attorney of record, which is now before the Court.

The Court finds good cause to allow Stacy L. Zoern to withdraw as attorney of record for City National Corporation and The City National Bank and hereby GRANTS the Motion to Withdraw.

SO ORDERED.

WHEREFORE, Ms. Zoern prays that the Court grant this Motion to Withdraw.

    Respectfully submitted,

    By:   /s/   Stacy L. Zoern_____
    Stacy L. Zoern
    State Bar No. 24051565
    Kurt M. Sauer
    State Bar No. 17673700
    DAFFER MCDANIEL, LLP
    700 Lavaca Street, Suite 720
    Austin, Texas 78701
    Tel. (512) 476-1400
    Fax (512) 703-1250
    ksauer@dmtechlaw.com

    **ATTORNEYS FOR DEFENDANT CITY NATIONAL CORPORATION AND THE CITY NATIONAL BANK**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5 (a)(3)(A) on August 7, 2007.

    /s/ Stacy L. Zoern_____
    Stacy L. Zoern