IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORPORATION | § | |
| | § | |
| v. | § | Cause No. 2:06cv72(DF) |
| | § | |
| WELLS FARGO & COMPANY, ET AL | § | |

**SEPARARTE DEFENDANTS FIRST DATA CORPORATION, TELECHECK SERVICES, INC. AND REMITCO, LLC'S UNOPPOSED MOTION FOR LEAVE TO AMEND INVALIDITY CONTENTIONS**

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Separate Defendants First Data Corporation, Telecheck Services, Inc. and Remitco, LLC (hereinafter "Defendants"), and for their Unopposed Motion for Leave to Amend Invalidity Contentions state the following.

I.

Pursuant to Local Patent Rule 3-6(b) Defendants hereby request leave of Court to amend their invalidity contentions. This amendment seeks to correct an inadvertent, technical omission in Defendants' existing invalidity contentions. Defendants and Plaintiff have met and conferred regarding the amendment and are in agreement that no prejudice will result to Plaintiff and good cause exists for leave to amend. This Motion seeks approval from the Court as required by Local Patent Rule 3-6(b).

II.

WHEREFORE PREMISES CONSIDERED, Defendants respectfully request that the Court grant this Unopposed Motion for Leave to Amend Invalidity Contentions.

>Respectfully submitted,
>
>*/s/ Lance Lee*
>Lance Lee
>Texas Bar No. 24004762
>**YOUNG, PICKETT & LEE**
>4122 Texas Blvd.-P.O. Box 1897
>Texarkana, TX-AR 75504-1897
>Telephone:   903/794-1303
>Facsimile:   903/792-5098

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to FED.R.CIV.P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy via email transmission, facsimile and/or U.S. Mail this 15th day of August, 2007.

>*/s/ Lance Lee*
>Lance Lee