IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

DATATREASURY CORPORATION           §
                                   §
v.                                 §          Cause No.  2:06cv72(DF)
                                   §
WELLS FARGO & COMPANY, ET AL       §

## <u>ORDER</u>

Before the Court is  Separate Defendants First Data Corporation, Telecheck Services, Inc. and Remitco, LLC's Unopposed Motion for Leave to Amend Invalidity Contentions.  Having considered the Motion, the Court finds that it is well taken.  Therefore, it is hereby

ORDERED, ADJUDGED and DECREED that Separate Defendants First Data Corporation, Telecheck Services, Inc. and Remitco, LLC's Unopposed Motion for Leave to Amend Invalidity Contentions is GRANTED.

Dockets.Justia.com