# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| DATATREASURY CORPORATION,<br><br>Plaintiff<br><br>v.<br><br>WELLS FARGO & COMPANY, ET AL.,<br><br>Defendants | 2:06-CV-72 DF |

### ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEFS IN SUPPORT OF THEIR MOTIONS FOR SUMMARY JUDGMENT OF CLAIM INVALIDITY AS TO U.S. PATENT NOS. 5,717,868; 5,583,759; AND 5,930,778

Before the Court is Defendants Bank of America Corporation, Bank of America, N.A. (collectively "Bank of America"); Wachovia Bank, N.A., and Wachovia Corporation, (collectively "Wachovia"); First Data Corporation; Remitco, LLC; Telecheck Services, Inc. (movants collectively, "Defendants") unopposed motion for an extension of time to file their Reply briefs in support of their respective Motions for Summary Judgment of Claim Invalidity Based on Indefiniteness as to U.S. Patent Nos. 5,717,868; 5,583,759; and 5,930,778. The Court having considered the matter, GRANTS the Motion and hereby modifies the deadlines as set forth below:

1.       The deadline for Wachovia to file a Reply in support of its Motion for Summary Judgment of Claim Invalidity Based in Indefiniteness as to U.S. Patent No. 5,717,868 is extended to **August 24, 2007**.

2.       The deadline for Bank of America and Wachovia to file a Reply in support of their Motion for Summary Judgment of Claim Invalidity Based in Indefiniteness as to U.S. Patent No. 5,583,759 is extended to **August 24, 2007**.

3. The deadline for Bank of America, Wachovia, First Data, Remitco, and Telecheck to file a Reply in support of their Motion for Summary Judgment of Claim Invalidity Based in Indefiniteness as to U.S. Patent No. 5,930,778 is extended to **August 24, 2007**.

SIGNED this 17th day of August, 2007.

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE