# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **DATATREASURY CORPORATION**<br>**Plaintiff,**<br><br>v.<br><br>**WELLS FARGO & COMPANY, ET. AL.,**<br>**Defendants** | §<br>§<br>§   **Civil Action No.:2:06-CV-**<br>§           **72 (DF)**<br>§<br>§   **JURY TRIAL DEMAND**<br>§<br>§ |

## UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS TO PLAINTIFF'S CLAIM CONSTRUCTION REPLY BRIEF

Plaintiff DataTreasury Corporation files this Unopposed Motion For Leave to Exceed Page Limits to Plaintiff's' Claim Construction Reply Brief ("Unopposed Motion") imposed by Order dated October 25, 2006 limiting Plaintiff's reply to twenty pages. Plaintiff asks the Court to exceed that page limit by ten pages for completeness in responding to both the Defendants' Responsive Claim Construction Brief and the Supplemental Responsive Claim Construction Brief.

Accordingly, Plaintiff DataTreasury Corporation respectfully requests that the Court enter an order allowing Plaintiff an additional ten (10) pages for its Claim Construction Reply Brief as set forth above. An order reflecting the relief requested is attached for the Court's convenience.

Respectfully submitted,

*/s/ Nicole Reed*

**NICOLE REED**
State Bar No. 24041759
**ROD COOPER**
State Bar No. 90001628
**EDWARD HOHN,**
Attorney-in-charge
State Bar No. 09813240
**EDWARD CHIN**
State Bar No. 50511688
**NIX PATTERSON & ROACH, L.L.P.**
5215 N. O'Connor Blvd., Suite1900
Irving, Texas 75039
972.831.1188; 972.444.0716 fax
nicolereed@nixlawfirm.com
rodcooper@nixlawfirm.com
edhohn@nixlawfirm.com
edchin@nixlawfirm.com

**C. CARY PATTERSON**
State Bar No. 15587000
**BRADY PADDOCK**
State Bar No. 00791394
**ANTHONY BRUSTER**
State Bar No. 24036280
**R. BENJAMIN KING**
State Bar No. 24048592
**NIX PATTERSON & ROACH L.L.P.**
2900 St. Michael Drive, Suite 500
Texarkana, Texas 75503
903.223.3999; 903.223.8520 fax
ccp@nixlawfirm.com
bpaddock@nixlawfirm.com
akbruster@nixlawfirm.com
benking@nixlawfirm.com

**JOE KENDALL**
State Bar No. 11260700
**KARL RUPP**
State Bar No. 24035243

>PROVOST * UMPHREY, L.L.P.
>3232 McKinney Avenue, Suite 700
>Dallas, Texas  75204
>214.744.3000; 214.744.3015 fax
>jkendall@provostumphrey.com
>krupp@provostumphrey.com
>
>ERIC M.  ALBRITTON
>State Bar No. 00790215
>ALBRITTON LAW FIRM
>P.O. Box 2649
>Longview, Texas  75606
>903.757.8449; 903.758.7397 fax
>ema@emafirm.com
>
>T. JOHN WARD, JR.
>State Bar No. 00794818
>LAW OFFICE OF T. JOHN WARD, JR.
>P.O. Box 1231
>Longview, Texas  75601
>903.757.6400; 903.757.2323 fax
>jw@jwfirm.com
>
>*ATTORNEYS FOR PLAINTIFF DATATREASURY CORPORATION*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served electronically upon all the following on the 20th day of August, 2007.


Bank of America - Listserve (BankofAmericaF&R@fr.com)
BB&T ListServe (BB&T_DataTreasury@kilpatrickstockton.com)
Citizens Financial (citizensfinancial@standleyLLP.com)
City National Bank - Listserve (citynationalbank@dmtechlaw.com)
Comerica Bank 007 Listserve (Comerica_DataTreasury@kilpatrickstockton.com)
Compass/First Horizon/TN Bank - Listserve (comfhft@andrewskurth.com)
Cullen/Frost Bank - Listserve (frostbank@dmtechlaw.com)
EDS - Listserve (EDS_DataTreasury@mckoolsmith.com)
UBS – Listserve (ubsamericas@velaw.com)
HSBC North America Holdings, Inc./HSBC Bank USA  Listserve  (hsbccounsel@blhc-law.com)
BancorpSouth Listserve (bxs@hughesluce.com)
Bank of Tokyo Listserve (BankofTokyo_DataTreasury@sidley.com)
BofNY Listserve (BofNYLitTeam@pillsburylaw.com)
The Clearing House/SVPCo Listserve (TCH_DT@sullcrom.com)
Deutsche Bank Listserve (DeutscheBank_DataTreasury@sidley.com)

First Citizens Listserve (firstcitizens@bakerbotts.com)
First Data Listserve (FirstData_DataTreasury@sidley.com)
Key Bank Listserve (KeyCorp_DataTreasury@mckoolsmith.com)
LaSalle Bank Listserve (LaSalleBank_DataTreasury@sidley.com)
National City Bank Listserve (foley-dtc@foley.com)
Remitco Listserve (Remitco_DataTreasury@sidley.com)
Telecheck Listserve (Telecheck_DataTreasury@sidley.com)
Union BofCA Listserve (ubofclitteam@pillsburylaw.com)
Viewpointe Listserve (Viewpointe_dtc@skadden.com)
Zion First National Bank Listserve (foley-dtc@foley.com)
Harris Bancorp. - Listserve (Harris_DataTreasury@mckoolsmith.com)
M&T 007 Listserve (M&T_DataTreasury@kilpatrickstockton.com)
PNC Bank - Listserve (PNC_DataTreasury@mckoolsmith.com)
Suntrust - Listserve (SunTrust_DataTreasury@mckoolsmith.com)
U.S. Bancorp – Listserve (foley-dtc@foley.com)
Wachovia 007 Listserve (Wachovia_DataTreasury@kilpatrickstockton.com)
Wells Fargo - Listserve (*DalWellsFargo_DTC@BakerNet.com)

_/s/ Nicole Reed_

**NICOLE REED**

### CERTIFICATE OF CONFERENCE

I hereby certify that on August 20, 2007, counsel for DataTreasury Corporation conferred with counsel for Defendants concerning the foregoing Unopposed Motion to Exceed Page Limits. Defendants do not oppose the relief requested by Plaintiff.

_/s/ Nicole Reed_

**NICOLE REED**