IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **DATATREASURY CORPORATION** | § | |
| **Plaintiff,** | § | |
| | § | Civil Action No.:2:06-CV-72 (DF) |
| v. | § | |
| | § | |
| | § | **JURY TRIAL DEMAND** |
| **WELLS FARGO & COMPANY, ET. AL.,** | § | |
| **Defendants** | § | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion For Leave to Exceed Page Limits to Plaintiff's' Claim Construction Reply Brief ("Unopposed Motion"). The Court having considered the matter, GRANTS the Motion allowing Plaintiff to exceed the twenty page limit to the Reply Brief by an additional ten (10) pages.