### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

_____

| | | |
|---|---|---|
| **DATATREASURY CORPORATION** **Plaintiff,** | § § § § § § § § § | **Civil Action No.:2:06-CV- 72 (DF)** |
| **v.** | | |
| **WELLS FARGO & COMPANY, ET. AL., Defendants** | | **JURY TRIAL DEMAND** |

_____

_____

### ORDER

_____

Before the Court is Plaintiff's Unopposed Motion For Leave to Exceed Page

Limits to Plaintiff's' Claim Construction Reply Brief ("Unopposed Motion").  The Court

having considered the matter, GRANTS the Motion allowing Plaintiff to exceed the

twenty page limit to the Reply Brief by an additional ten (10) pages.

**SIGNED this 21st day of August, 2007.**


_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE