IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
DATATREASURY CORP.,                       :
                                          :
                Plaintiff,        :
                  v.                :  Civil Action No. 2-06-CV-72(DF)
                                          :
WELLS FARGO and COMPANY, et al.,          :
                                          :
                Defendants.       :
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**UNOPPOSED MOTION TO EXCEED PAGE LIMITS IN THE CLEARING HOUSE'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT OF THE '868 PATENT**

Defendant The Clearing House Payments Company L.L.C. ("The Clearing House" or "TCH") files this Unopposed Motion to Exceed Page Limits and asks this Court for leave to exceed the page limit imposed by Local Rule 7(a)(1) in TCH's reply in support of its motion for summary judgment of noninfringement of the '868 patent memorandum in further support of its motion for summary judgment (the "Motion") dismissing all claims of Plaintiff DataTreasury Corporation ("DataTreasury") against TCH in this action asserting infringement of U.S. Patent No. 5,717,868 ("the '868 Patent"). Local Rule 7(a)(1) provides that a reply brief shall not exceed ten pages, excluding attachments. Defendant requests that the Court permit Defendant to exceed the page limitations by fifteen (15) pages, in filing its reply memorandum. The parties have conferred on this issue and the Plaintiff does not oppose this motion. Accordingly, Defendant The Clearing House Payments Company, L.L.C. respectfully requests that the Court enter an

order allowing Defendant to exceed the page limit in its reply memorandum by fifteen (15) pages.

An order reflecting the relief requested is attached for the Court's convenience.

Dated:  August 29, 2007

                                  Respectfully submitted,

                                  _____
                                  Preston W. McGee
                                  State Bar No. 13620600
                                  Flowers Davis, P.L.L.C.
                                  1021 ESE Loop 323, Suite 200
                                  Tyler, Texas 7570
                                  (903) 534-8063

                                  *Of Counsel:*
                                  James H. Carter
                                  James T. Williams
                                  SULLIVAN & CROMWELL LLP
                                  125 Broad Street
                                  New York, New York 10004
                                  (212) 558-4000

                                  Lawrence F. Scinto
                                  Ronald A. Clayton
                                  FITZPATRICK, CELLA, HARPER & SCINTO
                                  30 Rockefeller Plaza
                                  New York, New York 10112-3801
                                  (212) 218-2254
                                  *Attorneys for Defendant The Clearing House*
                                  *Payments Company L.L.C.*

## CERTIFICATE OF CONFERENCE

  I hereby certify that on August 29, 2007, counsel for The Clearing House Payments Company, L.L.C. conferred with Karl Rupp, counsel for Plaintiff DataTreasury Corporation concerning the foregoing Unopposed Motion to Exceed Page Limits. Plaintiff does not oppose the relief requested by Defendant.

_____
Preston W. McGee

## CERTIFICATE OF SERVICE

  I hereby certify that the above and foregoing instrument was served upon all counsel of record in the above entitled and numbered cause via ECF on this the 29th day of August, 2007.

_____
Preston W. McGee