IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **DATATREASURY CORPORATION**<br>**Plaintiff,**<br><br>v.<br><br>**WELLS FARGO & COMPANY, ET. AL.,**<br>**Defendants** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No.:2:06-CV-72 (DF)<br><br>**JURY TRIAL DEMAND** |

_____

**ORDER**
_____

Before the Court is Plaintiff's Unopposed Motion to Extend Certain Deadlines relating to Plaintiff's Sur-reply in Opposition to Defendants' Motion for Summary Judgment for Claim Invalidity Based on Indefiniteness of U.S. Patent No. 5,583,759, Plaintiff's Sur-reply in Opposition to Defendants' Motion for Summary Judgment for Claim Invalidity Based on Indefiniteness of U.S. Patent No. 5,930,778 and Plaintiff's Sur-reply in Opposition to Defendants' Motion for Summary Judgment for Claim Invalidity Based on Indefiniteness of U.S. Patent No. 5,717,868. The Court having considered the matter, GRANTS the Motion and ORDERS that the deadlines be extended as set forth below:

**Order** 1

| Action | New Deadline |
|---|---|
| Plaintiff files Sur-reply Brief in Opposition to Defendants' Motion for Summary Judgment ('759) | 9/6/07 |
| Plaintiff files Sur-reply Brief in Opposition to Defendants' Motion for Summary Judgment ('778) (Plaintiff may combine '759 and '778 as Defendants have done) | 9/6/07 |
| Plaintiff files Sur-reply Brief in Opposition to Defendants' Motion for Summary Judgment ('868) | 9/6/07 |