UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

------------------------------ x
DATATREASURY CORP.,            :
                               :
            Plaintiff,         :
                               :
      v.                       :   Civil Action No. 2-06-CV-72(DF)
                               :
WELLS FARGO and COMPANY, et al.,:
                               :
            Defendants.        :
                               :
------------------------------ x

## ORDER

Before the Court is Defendant The Clearing House Payments Company L.L.C.'s ("TCH"), Unopposed Motion to Extend Page Limit for TCH's Reply In Support of its Motion for Summary Judgment of Noninfringement of the '868 Patent. The Court grants TCH's Unopposed Motion to Extend Page Limit for TCH's Reply In Support of its Motion for Summary Judgment of Noninfringement of the '868 Patent and orders the Clerk of the Court to file TCH's Reply in Support of its Motion for Summary Judgment of Noninfringement of the '868 Patent as submitted.

SO ORDERED.

**SIGNED this 30th day of August, 2007.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE