IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DataTreasury Corporation | § | |
| | § | |
| Plaintiff | § | |
| v. | § | |
| | § | Civil Action No. 2:06-CV-72 DF |
| Wells Fargo & Company, et al. | § | |
| | § | |
| Defendants | § | |
| | § | |

**ORDER**

Stacy L. Zoern has filed a Motion to Withdraw as attorney of record, which is now before the Court.

The Court finds good cause to allow Stacy L. Zoern to withdraw as attorney of record for City National Corporation and The City National Bank and hereby GRANTS the Motion to Withdraw.

SO ORDERED.

**SIGNED this 10th day of September, 2007.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE