# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| DATA TREASURY CORPORATION, | |
| Plaintiff | |
| v. | 2:06-CV-72 DF |
| WELLS FARGO & COMPANY, et al. | |
| Defendants | |

## ORDER

Before the Court is Defendants' Unopposed Motion to Exceed Page Limits in Defendants' Sur-Reply Claim Construction Brief. The Court having considered the matter, GRANTS the Motion. Defendants are permitted to exceed the page limit for their Sur-Reply Claim Construction Brief by five (5) pages.

**SIGNED this 11th day of September, 2007.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE