IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORPORATION, | § § | |
| Plaintiff, | § § | C.A. No. 2:06CV00072-DF |
| v. | § § | |
| WELLS FARGO & COMPANY, *et al.*, | § § | JURY TRIAL DEMANDED |
| Defendants. | § | |

**NOTICE OF APPEARANCE OF COUNSEL AND
DESIGNATION OF ATTORNEY-IN-CHARGE**

Claudia Wilson Frost of the law firm of Mayer Brown LLP hereby enters her appearance as Lead Counsel and Attorney-in-Charge for Citizens Financial Group, Inc.:

**Claudia Wilson Frost**
Mayer Brown LLP
700 Louisiana, Suite 3400
Houston, TX 77002
Telephone:   (713) 238-2619
Facsimile:   (713) 238-4619
E-mail:   cfrost@mayerbrown.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Respectfully submitted,

By:   /s/ Claudia Wilson Frost
Claudia Wilson Frost
Texas Bar No. 21671300
**Lead Attorney and Attorney-in-Charge
for Citizens Financial Group, Inc.**
Mayer Brown LLP
700 Louisiana, Suite 3400
Houston, TX 77002
Telephone:   (713) 238-2619
Facsimile:   (713) 238-4619
E-mail:   cfrost@mayerbrown.com

**Of Counsel:**

Jeremy P. Welch
Mayer Brown LLP
700 Louisiana, Suite 3400
Houston, TX 77002
Telephone:	(713) 238-2720
Facsimile:	(713) 238-4720
E-mail:		jwelch@mayerbrown.com

Jeffrey S. Standley
James L. Kwak
F. Michael Speed, Jr.
STANDLEY LAW GROUP LLP
495 Metro Place South, Suite 210
Dublin, OH 43017-5315
Telephone:	(614) 792-5555
Facsimile:	(614) 792-5536
E-mail:		jstandley@standleyllp.com
		jkwak@standleyllp.com
		mspeed@standleyllp.com

Claude E. Welch
115 W. Shepherd Ave.
P.O. Box 1574
Lufkin, TX 75902-1574
Telephone:	(936) 639-3311
Facsimile:	(936) 639-3049
E-mail:		welchlawoffice@consolidated.net

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on September 13, 2007, on all counsel of record who are deemed to have consented to electronic service via the court's CM/ECF system per Local Rule CV-5(a)(3).

                                               /s/ Jeremy P. Welch
                                               Jeremy P. Welch