UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DATATREASURY CORPORATION,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>WELLS FARGO & COMPANY;  et al.<br><br>　　　　Defendants | 2:06-CV-72 DF |

ORDER GRANTING UNOPPOSED MOTION FOR ENTRY OF STAY

　　　All of the defendants in the above styled action, except for Wells Fargo & Co., Wells Fargo Bank, N.A. (who are already subject to a stay) and three other defendants,[1] who are sued on one or more of United States Patent Nos. 5,265,007; 5,717,868; 5,583,759; and 5,930,778 (the "Huntington Patents") (the "Defendants") have moved that the Court stay litigation of the Huntington Patents pending reexamination by the United States Patent and Trademark Office (the "PTO").  In the past, the Court has required parties seeking to stay litigation pending reexamination to sign stipulations restricting, in litigation, the use of prior art submitted to the PTO.  The Defendants and the Plaintiff have proposed two differing stipulations.

　　　The Court, having considered the motion finds that it should be GRANTED.  The Court further adopts the stipulation which the Plaintiff proposes here.  This Order, accordingly, is conditioned on any defendant wishing to stay the litigation, through its counsel of record, signing the following stipulation:

---

[1] First Data, Remitco, and TeleCheck did not join this motion.

ORDER GRANTING UNOPPOSED MOTION FOR ENTRY OF STAY - Page 1

As a condition of the stay, Defendants may not argue invalidity at trial based on one or more prior art printed publications considered by the United States Patent and Trademark Office in the course of the reexamination proceedings.

This stay will encompass discovery and motion practice unless leave of this Court is obtained. Notwithstanding the stay, the Plaintiff may file a sur-reply, if it so chooses, to the Clearing House Payments Company L.L.C.'s Motion for Summary Judgment of Noninfringement of the '868 Patent (Docket No. 715) so that briefing on that motion may be completed.