IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORPORATION | § | |
| | § | |
| v. | § | Cause No. 2:06cv72(DF) |
| | § | |
| WELLS FARGO & COMPANY, ET AL | § | |

### SEPARATE DEFENDANTS FIRST DATA CORPORATION, TELECHECK SERVICES, INC. AND REMITCO, LLC'S JOINDER IN DEFENDANTS' UNOPPOSED MOTION FOR ENTRY OF STAY

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Separate Defendants First Data Corporation, Telecheck Services, Inc. and Remitco, LLC, by and through their attorneys of record, and for their Joinder in Defendants' Unopposed Motion for Entry of Stay state the following.

I.

On September 14, 2007, certain defendants in the above-referenced matter filed an Unopposed Motion for Entry of Stay (Dkt. No. 796) at the time of the filing of this Motion, Separate Defendants First Data, Telecheck and Remitco were unable to confirm their joinder in said Motion. However, these defendants are now in a position to formally join and adopt as their own the arguments and relief requested in Defendants' Unopposed Motion for Entry of Stay (Dkt. No. 796).

II.

WHEREFORE PREMISES CONSIDERED, Separate Defendants First Data Corporation, Telecheck Services, Inc. and Remitco, LLC hereby join their co-defendants' Unopposed Motion for Entry of Stay and request that the same be granted.

Respectfully submitted,

>  */s/ Lance Lee*
> Lance Lee
> Texas Bar No. 24004762
> **YOUNG, PICKETT & LEE**
> 4122 Texas Blvd.-P.O. Box 1897
> Texarkana, TX-AR 75504-1897
> Telephone:    903/794-1303
> Facsimile:    903/792-5098

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to FED.R.CIV.P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy via email transmission, facsimile and/or U.S. Mail this 17th day of September, 2007.

>  */s/ Lance Lee*
> Lance Lee