UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DATATREASURY CORPORATION, <br><br> Plaintiff <br><br> v. <br><br> WELLS FARGO & COMPANY; WELLS FARGO & COMPANY; WELLS FARGO BANK, NATIONAL ASSOCIATION; BANK OF AMERICA CORPORATION; BANK OF AMERICA, NATIONAL ASSOCIATION; U.S. BANCORP; U.S. BANK, NATIONAL ASSOCIATION; WACHOVIA CORPORATION; WACHOVIA BANK, NATIONAL ASSOCIATION; SUNTRUST BANKS, INC.; SUNTRUST BANK; BB&T CORPORATION; BRANCH BANKING AND TRUST COMPANY; BANCORPSOUTH, INC.; BANCORPSOUTH BANK; COMPASS BANCSHARES, INC.; COMPASS BANK; CULLEN/FROST BANKERS, INC.; THE FROST NATIONAL BANK; FIRST HORIZON NATIONAL CORPORATION; FIRST TENNESSEE BANK, NATIONAL ASSOCIATION; HSBC NORTH AMERICA HOLDINGS INC.; HSBC BANK USA, N.A.; HARRIS BANKCORP, INC.; HARRIS N.A.; NATIONAL CITY CORPORATION; NATIONAL CITY BANK; ZIONS BANCORPORATION; ZIONS FIRST NATIONAL BANK; BANK OF NEW YORK CO., INC.; THE BANK OF NEW YORK; UNIONBANCAL CORPORATION; UNION BANK OF CALIFORNIA, NATIONAL ASSOCIATION; BANK OF TOKYO-MITSUBISHI UFJ, LTD.; CITIZENS FINANCIAL GROUP, INC. | 2:06-CV-72 DF |

US2000 10331185.1

Dockets.Justia.com

| | |
|---|---|
| CITY NATIONAL CORPORATION; CITY NATIONAL BANK; COMERICA INCORPORATED; COMERICA BANK & TRUST, NATIONAL ASSOCIATION; DEUTSCHE BANK TRUST COMPANY AMERICAS; FIRST CITIZENS BANCSHARES, INC.; FIRST CITIZENS BANK & TRUST COMPANY; KEYCORP; KEYBANK NATIONAL ASSOCIATION; LASALLE BANK CORPORATION; LASALLE BANK NA; M&T BANK CORPORATION; M&T BANK; THE PNC FINANCIAL SERVICES GROUP, INC.; PNC BANK, NATIONAL ASSOCIATION UBS AMERICAS, INC.; SMALL VALUE PAYMENTS COMPANY, LLC; THE CLEARING HOUSE PAYMENTS COMPANY, LLC; MAGTEK, INC; FIRST DATA CORPORATION; TELECHECK SERVICES, INC., REMITCO, LLC; and ELECTRONIC DATA SYSTEMS CORP.<br><br>                    Defendants. | |

## BB&T'S NOTICE OF ACCEPTANCE OF STIPULATION
## REQUIRED FOR STAY

Pursuant to this Court's September 17, 2007 Order permitting a stay of all discovery and proceedings for the claims related to U.S. Patent Nos. 5,265,007, 5,717,868, 5583,759 and 5,930,778 (collectively the "Huntington Patents") in light of the pending reexaminations by the U.S. Patent and Trademark Office, BB&T Corporation and Branch Banking and Trust Company (collectively "BB&T") hereby stipulate to the following:

US2000 10331185.1

As a condition of the stay, BB&T may not argue invalidity at trial based on one or more prior art printed publications that were submitted by the petitioner in the reexamination proceedings. However, BB&T will be permitted to rely for obviousness on the combination of printed publication reference that was submitted by petitioner in the reexamination with prior art that was not so submitted.

This the 25th day of September, 2007.

/s/ E. Danielle Thompson Williams
William H. Boice
Steven Gardner
E. Danielle Thompson Williams
Audra A. Dial
Bret T. Winterle

KILPATRICK STOCKTON LLP
Suite 2800
1100 Peachtree Street
Atlanta, GA 30309-4530
Telephone: (404) 815-6500
Fax: (404) 815-6555

1001 West 4th Street
Winston-Salem, NC 27104
Telephone: (336) 607-7300
Fax: (336) 607-7500


Damon Young
YOUNG, PICKETT & LEE
4122 Texas Boulevard
P. O. Box 1897
Texarkana, TX 75504

Attorneys for Defendants BB&T
Corporation and Branch Banking and Trust
Company

3

## **CERTIFICATE OF SERVICE**

       I hereby certify that on this date I caused to be served the foregoing Stipulation on Plaintiff's counsel of record by electronic mail pursuant to Local Court Rule 5(e) addressed as follows:

| | |
|---|---|
| Edward L. Hohn, Esq. | edhohn@nixlawfirm.com |
| Rod A. Cooper, Esq. | rodcooper@nixlawfirm.com |
| Edward K. Chin, Esq. | edchin@nixlawfirm.com |
| Nix Patterson & Roach, L.L.P. | |
| 5215 N. O'Connor Blvd. | |
| Suite 1900 | |
| Irving, TX 75039 | |
| | |
| Harold Wayne Nix, Esq. | haroldnix@nixlawfirm.com |
| Nix Patterson & Roach, L.L.P. | |
| 205 Linda Drive | |
| Daingerfield, TX 75638 | |
| | |
| Louis Brady Paddock, Esq. | bpaddock@nixlawfirm.com |
| Anthony Bruster, Esq. | akbruster@nixlawfirm.com |
| Richard B. King, Esq. | benking@nixlawfirm.com |
| Charles Cary Patterson, Esq. | ccp@nixlawfirm.com |
| Nix Patterson & Roach, L.L.P. | |
| 2900 St. Michael Dr., 5th Floor | |
| Texarkana, TX 75503 | |
| | |
| Eric M. Albritton, Esq. | ema@emafirm.com |
| Albritton Law Firm | |
| 109 W. Tyler | |
| Longview, TX 75601 | |
| | |
| Joe Kendall, Esq. | jkendall@provostumphrey.com |
| Karl Rupp, Esq. | krupp@provostumphrey.com |
| Provost Umphrey Law Firm, L.L.P. | |
| 3232 McKinney Avenue, Suite 700 | |
| Dallas, TX 75204 | |

T. John Ward Jr.                                  jw@jwfirm.com
Law Office of T. John Ward, Jr. P.C.
109 W. Tyler
Longview, TX 75601


This the 25th day of September, 2007.


                                                  /s/ E. Danielle Thompson Williams
                                                  E. Danielle Thompson Williams