# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **DATATREASURY CORPORATION,** | |
| **Plaintiff** | |
| v. | 2:06-CV-72 DF |
| **WELLS FARGO & COMPANY, et al.** | |
| **Defendants** | |

## DEFENDANTS' NOTICE OF ACCEPTANCE OF STIPULATION REQUIRED FOR STAY

The Court ordered (Docket No. 798) that litigation of United States Patent Nos. 5,265,007; 5,717,868; 5,583,759; and 5,930,778 (the "Huntington Patents") be stayed in light of developments in the *ex parte* reexamination of those patents. As a required condition of the Court's stay, the undersigned Defendants through their counsel of record hereby notify the Court that they accept the following stipulation and the concomitant stay of all proceedings:

> As a condition of the stay, Defendants may not argue invalidity at trial based on one or more prior art printed publications that were submitted by the petitioner in the reexamination proceedings. However, Defendants will be permitted to rely for obviousness on the combination of a printed publication reference that was submitted by petitioner in the reexamination with prior art that was not so submitted.

The Defendants further note that they will work with the Plaintiff in this matter to keep the Court apprised of developments in the reexamination which may impact the ordered stay.

Defendants' Notice of Acceptance of Stipulation Required for Stay - Page 1

Dockets.Justia.com

Dated: September 25, 2007

Respectfully submitted,

FISH & RICHARDSON P.C.

By: /s/ Thomas M. Melsheimer
    Thomas M. Melsheimer
    Texas Bar No. 13922550
    1717 Main Street
    Suite 5000
    Dallas, TX 75201
    214-747-5070 (Telephone)
    214-747-2091 (Telecopy)

    Robert E. Hillman
    Fish & Richardson P.C.
    225 Franklin Street
    Boston, MA 02110-2804
    617-542-5070 (Telephone)
    617-542-8906 (Telecopy)

    Robert M. Parker
    Robert Christopher Bunt
    Parker & Bunt, P.C.
    100 E. Ferguson, Suite 1114
    Tyler, Texas 75702
    903-531-3535 (Telephone)
    903-533-9687 (Telecopy)

    Michael E. Jones
    Texas Bar No. 10929400
    E. Glenn Thames, Jr.
    Texas Bar No. 00785097
    Potter Minton
    500 Plaza Tower
    110 North College, Suite 500
    Tyler, TX 75702

**ATTORNEYS FOR DEFENDANTS BANK OF AMERICA CORPORATION, BANK OF AMERICA, NATIONAL ASSOCIATION**

**PILLSBURY WINTHROP SHAW PITTMAN LLP**

By: /s/ Scott J. Pivnick_____
William P. Atkins
Raymond L. Sweigart
Scott J. Pivnick
1650 Tysons Boulevard
McLean, VA  22102
(703) 770-7900
(703) 770-7901 (fax)
william.atkins@pillsburylaw.com
raymond.sweigart@pillsburylaw.com
scott.pivnick@pillsburylaw.com

**ATTORNEYS FOR DEFENDANTS THE BANK OF NEW YORK MELLON CORPORATION, THE BANK OF NEW YORK, UNION BANK OF CALIFORNIA, N.A., and UNIONBANCAL CORPORATION**

**BAKER BOTTS L.L.P.**

By: /s/ Larry D. Carlson
Larry D. Carlson, Attorney-in-Charge
Texas State Bar No. 03814500
E-Mail:  larry.carlson@bakerbotts.com
Fernando Rodriguez, Jr.
Texas State Bar No. 24005048
E-Mail:  fernando.rodriguez@bakerbotts.com
David O. Taylor
Texas State Bar No. 24042010
E-Mail:  david.taylor@bakerbotts.com
BAKER BOTTS L.L.P.
2001 Ross Avenue, Suite 600
Dallas, Texas  75201
Telephone:  (214) 953-6500
Facsimile:  (214) 953-6503

Donalt J. Eglinton
E-Mail:  dje@wardandsmith.com
WARD AND SMITH, P.A.
Post Office Box 867
New Bern, North Carolina 28563
Telephone:  (252) 672-5456
Facsimile:  (252) 672-5477

**ATTORNEYS FOR DEFENDANTS FIRST-CITIZENS BANK & TRUST COMPANY AND FIRST CITIZENS BANCSHARES, INC.**

**SULLIVAN & CROMWELL LLP**

By: /s/ Preston W. McGee
Preston W. McGee
State Bar No. 13620600
Flowers Davis, P.L.L.C.
1021 ESE Loop 323, Suite 200
Tyler, Texas 75701
(903) 534-8063
pmcgee@tyler.net

Of Counsel:
James H. Carter
James T. Williams
Jane J. Jaang
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004

Lawrence F. Scinto
Ronald A. Clayton
Robert H. Fischer
Stephen E. Belisle
FITZPATRICK, CELLA, HARPER & SCINTO
30 Rockefeller Plaza
New York, New York 10112-3801
(212) 218-2254

**ATTORNEYS FOR DEFENDANT THE CLEARING HOUSE PAYMENTS COMPANY L.L.C.**

**BOUDREAUX LEONARD HAMMOND CURCIO**


By: /s/ Edward J. (Nick) Nicholas_____
Glen Boudreaux
Tim Leonard
Edward J. (Nick) Nicholas
Two Houston Center
909 Fannin Street, Suite 2350
Houston, TX  77010

Irah Donner
Paul B. Keller
WILMER, CUTLER, PICKERING, HALE & DORR
399 Park Ave.
New York, NY  10022

**ATTORNEYS FOR DEFENDANTS**
**HSBC NORTH AMERICA HOLDINGS, INC.,**
**HSBC BANK USA, N.A.**

**SIDLEY AUSTIN L.L.P.**

By: /s/ Jeffrey A. Finn
Edward G. Poplawski (Pro Hac Vice)
EPoplaws@Sidley.com
Jeffrey A. Finn (Pro Hac Vice)
JFinn@Sidley.com
Carissa A. Tener (Pro Hac Vice)
CTener@Sidley.com
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
213-896-6000 (Telephone)
213-896-6600 (Telecopy)

Lance Lee
WLanceLee@aol.com
Texas Bar No. 240004762
YOUNG, PICKETT & LEE, L.L.P.
4122 Texas Blvd.
P.O. Box 1897
Texarkana, Texas 75504
903-794-1303 (Telephone)
903-792-5098 (Telecopy)

**ATTORNEYS FOR FIRST DATA CORPORATION, TELECHECK SERVICES, INC., REMITCO, LLC, DEUTSCHE BANK TRUST COMPANY AMERICAS, BANK OF TOKYO-MITSUBISHI UFJ, LTD.**

**VINSON & ELKINS LLP**

By: /s/ Scott W. Breedlove_____
Scott W. Breedlove
Texas Bar No. 00790361
sbreedlove@velaw.dom
VINSON & ELKINS LLP
3700 Trammell Crow Center
2001 Ross Ave.
Dallas, TX  75201-2975
214-220-7700 (Telephone)
214-220-7716 (Telecopy)

William L. LaFuze
Texas Bar No. 11792500
wlafuze@velaw.com
D. Ferguson McNiel
Texas Bar No. 13830300
fmcniel@velaw.com
2300 First City Tower
1001 Fannin St.
Houston, TX  77002
713-758-2595 (Telephone)
713-615-5017 (Telecopy)


Harry Lee Gillam, Jr.
Texas Bar No. 07921800
gil@gillamsmithlaw.com
Melissa Richards Smith
Texas Bar No. 24001351
melissa@gillamsmithlaw.com
GILLAM & SMITH LLP
110 South Bolivar, Suite 204
Marshall, TX  75670
903-934-8450 (Telephone)
903-934-9257 (Telecopy)

**ATTORNEYS FOR
UBS AMERICAS, INC.**

**SIDLEY AUSTIN L.L.P.**

By: /s/ Jeffrey A. Finn_____
Edward G. Poplawski (Pro Hac Vice)
EPoplaws@Sidley.com
Jeffrey A. Finn (Pro Hac Vice)
JFinn@Sidley.com
Carissa A. Tener (Pro Hac Vice)
CTener@Sidley.com
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
213-896-6000 (Telephone)
213-896-6600 (Telecopy)

Sidney Calvin Capshaw, III
State Bar No. 03783900
Andrew W. Spangler
State Bar No. 20401960
Elizabeth L. DeRieux
State Bar No. 05770585
Brown McCarroll
1127 Judson Road, Suite 220
Longview, TX  75601
P.O. Box 3999
Longview, TX  75606-3999
903-236-9800
Fax: 903-236-8787
ccapshaw@mailbmc.com
aspangler@mailbmc.com
ederieux@mailbmc.com

**ATTORNEYS FOR
CITY NATIONAL BANK,
CITY NATIONAL CORP., LASALLE BANK
CORPORATION, LASALLE BANK N.A.**

**FOLEY & LARDNER LLP**


By: /s/ Anthony H. Son_____
John J. Feldhaus
jfeldhaus@foley.com
Anthony H. Son
ason@foley.com
FOLEY & LARDNER LLP
3000 K Street, N.W.
Washington, DC  20007
202-672-5300 (Telephone)

Melvin R. Wilcox, III
mrw@smeadlaw.com
2110 Horseshoe Lane
P.O. Box 3343
Longview, TX  75606
903-232-1892 (Telephone)
903-232-1881 (Telecopy)


**ATTORNEYS FOR
U.S. BANCORP, U.S. BANK, NATIONAL ASSOCIATION, NATIONAL CITY CORPORATION AND NATIONAL CITY BANK**

**MAYER BROWN LLP**

By: /s/ Claudia Wilson Frost_____
Claudia Wilson Frost
Texas Bar No. 21671300
cfrost@mayerbrown.com
700 Louisiana, Suite 3400
Houston, TX 77002
(713) 238-2619 (Phone)
(713) 238-4619 (Fax)

Of Counsel:

Jeremy P. Welch
MAYER BROWN LLP
Texas Bar No. 24028215
jwelch@mayerbrown.com
700 Louisiana, Suite 3400
Houston, TX 77002
(713) 238-2720 (Phone)
(713) 238-4720 (Fax)

Jeffrey Standley
STANDLEY LAW GROUP
jstandley@standleyllp.com
495 Metro Place South, Suite 210
Dublin, OH  43017
614-792-5555 (Telephone)
614-792-5536 (Telecopy)

Claude Welch
cwelch@consolidated.net
115 W. Shepherd Ave.
Lufkin, TX  75904-3808
936-639-3311 (Telephone)
936-639-3049 (Telecopy)

**ATTORNEYS FOR
CITIZENS FINANCIAL GROUP, INC.**

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on September 25, 2007 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                            /s/ Thomas M. Melsheimer
                                                  Thomas M. Melsheimer

90240486.2.doc