Appendix K                                                          Revised: 1/24/07

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION
# APPLICATION TO APPEAR PRO HAC VICE

FILED-CLERK
U.S. DISTRICT COURT
2007 SEP 27 AM 9: 57
TX EASTERN-MARSHALL
BY_____

1. This application is being made for the following: Case # __2:06-CV-72-DF__

Style: DataTreasury Corporation v. Wells Fargo & Company, et al.

2. Applicant is representing the following party/ies: U.S. Bancorp, U.S. Bank National Association, National City Corporation, National City Bank, Zions Bancorporation and Zions First National Bank

3. Applicant was admitted to practice in __MI__ (state) on __November 19, 2003__ (date)

4. Applicant is in good standing and is otherwise eligible to practice law before this court

5. Applicant is not currently suspended or disbarred in any other court

6. Applicant has / (has not) had an application for admission to practice before another court denied (please circle appropriate language) If so, give complete information on a separate page.

7. Applicant has / (has not) ever had the privilege to practice before another court suspended (please circle) If so, give complete information on a separate page.

8. Applicant has / (has not) been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses

10. There are no pending grievances or criminal matters pending against the applicant

11. Applicant has been admitted to practice in the following courts:
Michigan State Courts, United States District Court for the Eastern and Western District of Michigan

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, Ryan S. Bewersdorf do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date 8/31/07    Signature _[signature]_

WASH_2059030.1

Dockets.Justia.com

Name (please print) ____Ryan S. Bewersdorf____

State Bar Number ____P66411____

Firm Name:     ____Foley & Lardner LLP____

Address/P.O. Box:    ____500 Woodward, Suite 2700____

City/State/Zip:____Detroit, MI____

Telephone #: ____313-234-7100____

Fax #:    ____313-234-2800____

E-mail address: ____rbewersdorf@foley.com____

Secondary E-mail address: _____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on ____9/27/07____

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By_____
Deputy Clerk

WASH_2059030.1

# Receipt for Payment

Receipt No: 2-1-0903048

## United States District Court
for the
Eastern District of Texas at Marshall

Date: **Thursday, September 27, 2007**

Received from:

**MELVIN WILCOX**
**LONGVIEW, TX 75606**

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---|---|
| 6855XX | $25.00 |
| **Total** | **$25.00** |

Payment method: **Check**
Case or other reference: **2:06cv72 PHV BEWERSDORF**
Comments: **CK 1136**

Received by: **pa**