## Michael T. McLemore
*Attorney-at-Law*
*10333 Richmond Ave. Suite 1100*
*Houston, Texas 77042*
*832-489-8725*
*mtmesq@flash.net*

**June 1, 2008**

**TO:** Honorable David Folsom
United States District Judge
500 North State Line Ave.
Texarkana, Texas 71854

# INVOICE

Datatreasury Corp. v. Wells-Fargo & Company et al., Case No. 2:06-CV-72-DF

| Date | Description | Time (Hrs.) |
|---|---|---|
| 5/13/08 | Travel to Texarkana; attend hearing; conference with Judge Folsom; return to Houston. | 8.0 |
| | Total | 8.0 |

**Fee:   8.0 hrs. @ $500.00/hr. = $4,000.00**

**Travel Expenses:**

| | |
|---|---|
| Airfare | $884.50 |
| Parking | 15.00 |
| Auto | 100.50 |
| Total | $1,000.00 |

**Invoice Total = $5,000.00**