# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORPORATION | § | Civil Action No. 2:06cv72 |
| *PLAINTIFF* | § | |
| *vs.* | § | Judge David Folsom |
| | § | |
| WELLS FARGO & COMPANY, *ET AL.* | § | JURY DEMAND |
| *DEFENDANTS* | § | |
| | § | |

## **DEFENDANTS' NOTICE OF COMPLIANCE WITH P.R. 4-2**

Defendants KeyCorp and KeyBank National Association; SunTrust Bank and SunTrust Banks, Inc.; and Electronic Data Systems, Corp, state that on October 3, 2008, they served on all parties their Preliminary Claim Constructions and Identification of Extrinsic Evidence pursuant to the May 16, 2008 Docket Control Order and Patent Rule 4-2.

DATED:   October 7, 2008

Respectfully submitted,

McKOOL SMITH, P.C.

/s/ Ted Stevenson
Theodore Stevenson, III, Lead Attorney
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
Garret W. Chambers
Texas State Bar No. 00792160
gchambers@mckoolsmith.com
L. David Anderson
Texas State Bar No. 00796126
danderson@mckoolsmith.com
Jill F. Lynch
Texas State Bar No. 24012946
jlynch@mkoolsmith.com
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone:  (214) 978-4000
Telecopy:   (214) 978-4044

Peter J. Ayers
Texas State Bar No. 24009882
payers@mckoolsmith.com
Geoffrey L. Smith
Texas State Bar No. 24041939
gsmith@mckoolsmith.com
Joel L. Thollander
Texas State Bar No. 24033384
jthollander@mckoolsmith.com
300 W. 6th Street, Suite 1700
Austin, Texas 78701
Telephone:  (512) 692-8700
Telecopy:    (512) 692-8744

**COUNSEL FOR DEFENDANTS KEYCORP AND KEYBANK NATIONAL ASSOCIATION; SUNTRUST BANK AND SUNTRUST BANKS, INC.; AND ELECTRONIC DATA SYSTEMS CORP.**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this notice was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by electronic mail by agreement of the parites on this 7th day of October, 2008.

/s/ Peter J. Ayers
Peter J. Ayers