UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORPORATION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO.  2:06-CV-72-DF |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| WELLS FARGO & COMPANY, et al. | § | |
| | § | |
| Defendants. | § | |

**AGREED MOTION TO DISMISS DEFENDANTS ZIONS
BANCORPORATION AND ZIONS FIRST NATIONAL BANK WITH PREJUDICE**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the terms of a separate

Settlement, Release and License Agreement, the Plaintiff, DataTreasury Corp. ("DTC") and

Defendants Zions Bancorporation and Zions First National Bank (collectively, "Zions Bank"),

have agreed to settle, adjust and compromise all claims and counterclaims against each other in

the above-captioned action.  The parties move this Court to dismiss with prejudice in the above-

entitled cause any and all claims by DTC against Zions Bank and all counterclaims by Zions

Bank against DTC.

DTC and Zions Bank also move the Court to order that all costs and expenses relating to

this litigation (including attorney and expert fees and expenses) shall be borne solely by the party

incurring same.  Other than Zions Bank, no other defendants shall be dismissed as a result of this

Motion.

A proposed Order accompanies this motion.

Dated February 23, 2008.                    Respectfully submitted,


                              /s/ Anthony H. Son

                         John J. Feldhaus
                         jfeldhaus@foley.com
                         Anthony H. Son
                         ason@foley.com
                         FOLEY & LARDNER LLP
                         3000 K Street, N.W., Suite 500
                         Washington, D.C. 20007-5143
                         Telephone: (202) 672-5300
                         Facsimile: (202) 672-5399

                         Melvin R. Wilcox, III
                         mrw@yw-lawfirm.com
                         Yarbrough & Wilcox PLLC
                         100 E. Ferguson St.
                         Tyler, Texas 75702
                         Telephone: (903) 595-1133
                         Fax: (903) 595-0191

                         David J. Beck
                         DBeck@brsfirm.com
                         Michael Richardson
                         MRichardson@brsfirm.com
                         Tim Cleveland
                         TCleveland@brsfirm.com
                         Beck, Redden & Secrest LLP
                         1221 McKinney, Suite 4500
                         Houston, TX 77010
                         Telephone:  (713) 951-3700
                         Fax:  (713) 951-3720


                              **/s/ Nelson J. Roach**

                         **NELSON J. ROACH**, Attorney in Charge
                         STATE BAR NO. 16968300
                         **DEREK GILLILAND**
                         STATE BAR NO.  24007239
                         **NIX PATTERSON & ROACH, L.L.P.**
                         205 Linda Drive

Daingerfield, Texas  75638
903.645.7333 (telephone)
903.645.5389
njroach@nixlawfirm.com
dgilliland@nixlawfirm.com

**C. CARY PATTERSON**
STATE BAR NO. 15587000
**BRADY PADDOCK**
STATE BAR NO. 00791394
**ANTHONY BRUSTER**
STATE BAR NO. 24036280
**R. BENJAMIN KING**
STATE BAR NO. 24048592
**NIX PATTERSON & ROACH L.L.P.**
2900 St. Michael Drive, Suite 500
Texarkana, Texas  75503
903.223.3999 (telephone)
903.223.8520 (facsimile)
akbruster@nixlawfirm.com
bpaddock@nixlawfirm.com
benking@nixlawfirm.com

**ROD COOPER**
STATE BAR NO. 90001628
**EDWARD CHIN**
STATE BAR NO.. 50511688
**NICOLE REED KLIEWER**
STATE BAR NO. 24041759
**NIDA NADIR**
STATE BAR NO. 24057433
**NIX PATTERSON & ROACH, L.L.P.**
5215 N. O'Connor Blvd., Suite 1900
Irving, Texas  75039
972.831.1188 (telephone)
972.444.0716 (facsimile)
rodcooper@nixlawfirm.com
edchin@nixlawfirm.com
nicolekliewer@nixlawfirm.com
nida.nadir@gmail.com

**JOE KENDALL**
STATE BAR NO. 11260700
**KARL RUPP**
STATE BAR NO. 24035243

KENDALL LAW GROUP, LLP
3232 McKinney Avenue, Ste. 700
Dallas, Texas  75204
214.744.3000 (telephone)
214.744.3015 (facsimile)
jkendall@kendalllawgroup.com
krupp@kendalllawgroup.com


ERIC M.  ALBRITTON
STATE BAR NO. 00790215
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas  75606
903.757.8449 (telephone)
903.758.7397 (facsimile)
ema@emafirm.com


T. JOHN WARD, JR.
STATE BAR NO. 00794818
WARD & SMITH LAW FIRM
P.O. Box 1231
Longview, Texas  75606
903.757.6400 (telephone)
903.757.2323 (facsimile)
jw@jwfirm.com


SETH OSTROW
STATE BAR  NO. 2532257
MATTHEW L. KAUFMAN
STATE BAR NO.  4001046
JEANPIERRE J. GIULIANO
STATE BAR NO. 4273777
ARIANNA FRANKL
STATE BAR NO. 3019650
OSTROW KAUFMAN & FRANKL LLP
136 East 57th Street, Ste. 1205
New York, NY  10022
212.888.0312
212.265.1441 (facsimile)
mkaufman@okfllp.com
sostrow@okfllp.com
afrankl@okfllp.com
jpgiuliano@okfllp.com

ELYSSA S. LANE
ATTORNEY AT LAW
STATE BAR NO. 4388393
136 East 57th Street, Ste. 1205
New York, New York  10022
212.265.1441 (facsimile)
elyssa.lane@gmail.com

**ATTORNEYS FOR PLAINTIFF
DATATREASURY CORPORATION**

**CERTIFICATE OF SERVICE**

I certify that on February 23, 2009, all counsel who are deemed to have consented to electronic service are being served with a copy of this document via electronic transmission.

 /s/      Anthony H. Son
Anthony H. Son