UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORPORATION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 2:06-CV-72-DF |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| WELLS FARGO & COMPANY, et al. | § | |
| | § | |
| Defendants. | § | |

**AGREED MOTION TO DISMISS DEFENDANTS COMERICA INCORPORATED AND COMERICA BANK WITH PREJUDICE**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the terms of a separate Settlement, Release and License Agreement, the Plaintiff, DataTreasury Corp. ("DTC") and Defendants Comerica Incorporated and Comerica Bank (collectively, "Comerica"), have agreed to settle, adjust and compromise all claims and counterclaims against each other in the above-captioned action. The parties move this Court to dismiss with prejudice in the above-entitled cause any and all claims by DTC against Comerica and to dismiss all counterclaims by Comerica against DTC.

DTC and Comerica also move the Court to order that all costs and expenses relating to this litigation (including attorney and expert fees and expenses) shall be borne solely by the party incurring same. Other than Comerica, no other defendants shall be dismissed as a result of this Motion.

A proposed Order accompanies this motion.

Dated December 11, 2009.                    Respectfully submitted,

                                          **/s/ William H. Boice**
                                          William H. Boice
                                          Steven Gardner
                                          E. Danielle T. Williams
                                          Audra A. Dial
                                          Bret T. Winterle

                                          KILPATRICK STOCKTON LLP
                                          Suite 2800
                                          1100 Peachtree Street
                                          Atlanta, GA 30309-4530
                                          Telephone: (404) 815-6500
                                          Fax: (404) 815-6555

                                          1001 West 4th Street
                                          Winston-Salem, NC 27101
                                          Telephone: (336) 607-7300
                                          Fax: (336) 607-7500

                                          Damon Young
                                          Lance Lee
                                          YOUNG, PICKETT & LEE
                                          4122 Texas Boulevard
                                          P. O. Box 1897
                                          Texarkana, TX 75504

                                          *Attorneys for Defendants Comerica Incorporated and Comerica Bank*

                                          **/s/    Nelson Roach**
                                          Nelson J. Roach
                                          Derek Gilliland
                                          Nix Patterson & Roach, L.L.P.
                                          205 Linda Drive
                                          Daingerfield, TX 75638

                                          C. Cary Patterson
                                          Brady Paddock
                                          R. Benjamin King
                                          Nix Patterson & Roach, L.L.P.
                                          2900 St. Michael Drive, Suite 500
                                          Texarkana, TX 75503

Anthony Bruster
Rod Cooper
Edward Chin
Nicole Reed Kliewer
Nida Nadir
Andrew Wright
Nix Patterson & Roach, L.L.P.
5215 N. O'Connor Blvd., Suite 1900
Irving, TX 75039

Joe Kendall
Karl Rupp
Kendall Law Group, LLP
3232 McKinney Avenue, Ste. 700
Dallas, TX 75204

Eric M. Albritton
Albritton Law Firm
P.O. Box 2649
Longview, TX 75606

Seth Ostrow
Matthew L. Kaufman
Jeanpierre J. Giuliano
Arianna Frankl
Elyssa S. Lane
Ostrow Kaufman & Frankl LLP
The Chrysler Building
405 Lexington Avenue
62nd Floor
New York, NY 10174

Attorneys for Plaintiff DataTreasury Corporation

# CERTIFICATE OF SERVICE

I certify that on December 11, 2009, all counsel who are deemed to have consented to electronic service are being served with a copy of this document via electronic transmission.

/s/ Nelson Roach