UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORPORATION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO.  2:06-CV-72-DF |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| WELLS FARGO & COMPANY, et al. | § | |
| | § | |
| Defendants. | § | |

## AGREED ORDER OF DISMISSAL OF COMERICA INCORPORATED AND COMERICA BANK

The Court has before it the Agreed Motion to Dismiss Defendants Comerica Incorporated and Comerica Bank With Prejudice. The Court is of the opinion that the motion should be GRANTED.

IT IS ORDERED that in the above-entitled cause all claims made by DataTreasury Corporation against Defendants Comerica Incorporated and Comerica Bank ("Defendants") are hereby DISMISSED with prejudice to the re-filing of same.

IT IS ORDERED that all counterclaims made by Defendants against DataTreasury Corporation are hereby DISMISSED with prejudice to the re-filing of same.

IT IS ORDERED that all costs and expenses relating to this litigation (including attorney and expert fees and expenses) shall be borne solely by the party incurring same.  Other than Comerica Incorporated and Comerica Bank, no other Defendants shall be dismissed as a result of this Order.

US2000 11638747.1

This is a Final Judgment.