IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORPORATION, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:06-CV-072 (DF) |
| WELLS FARGO & COMPANY, *et al.*, | § § | JURY TRIAL DEMANDED |
| *Defendants*. | § § | |

## NOTICE OF COMPLIANCE WITH COURT'S MOTION PRACTICE ORDER

In compliance with the Court's Motion Practice Order (Docket No.1400), DataTreasury Corporation files this Notice of its letter responding to the letters submitted on December 23, 2009 by Defendants SunTrust Banks, Inc., SunTrust Bank, KeyCorp and KeyBank National Association (Docket No. 1796), BancorpSouth, Inc. and BancorpSouth Bank (Docket No. 1798), Wells Fargo & Company and Wells Fargo Bank, N.A. (Docket No. 1799), Wachovia Corporation and Wachovia Bank, National Association (Docket No. 1802) and BB&T Corporation and Branch Banking and Trust Company (Docket No. 1803). A copy of the letter is attached as Exhibit 1.

Respectfully submitted,

**NELSON J. ROACH**, Attorney in Charge

STATE BAR NO. 16968300
**DEREK GILLILAND**
STATE BAR NO. 24007239
**NIX PATTERSON & ROACH, L.L.P.**
205 Linda Drive
Daingerfield, Texas 75638
903.645.7333 (telephone)
903.645.5389
njroach@nixlawfirm.com
dgilliland@nixlawfirm.com

**C. CARY PATTERSON**
STATE BAR NO. 15587000
**BRADY PADDOCK**
STATE BAR NO. 00791394
**R. BENJAMIN KING**
STATE BAR NO. 24048592
**NIX PATTERSON & ROACH L.L.P.**
2900 St. Michael Drive, Suite 500
Texarkana, Texas 75503
903.223.3999 (telephone)
903.223.8520 (facsimile)
bpaddock@nixlawfirm.com
benking@nixlawfirm.com

**ANTHONY BRUSTER**
STATE BAR NO. 24036280
**ROD COOPER**
STATE BAR NO. 90001628
**EDWARD CHIN**
STATE BAR NO.. 50511688
**NICOLE REED KLIEWER**
STATE BAR NO. 24041759
**NIDA NADIR**
STATE BAR NO. 24057433
**ANDREW WRIGHT**
STATE BAR NO. 24063927
**NIX PATTERSON & ROACH, L.L.P.**
5215 N. O'Connor Blvd., Suite 1900
Irving, Texas 75039
972.831.1188 (telephone)
972.444.0716 (facsimile)
rodcooper@nixlawfirm.com
akbruster@nixlawfirm.com
edchin@nixlawfirm.com
nicolekliewer@nixlawfirm.com

nida.nadir@gmail.com
awright@nixlawfirm.com


**JOE KENDALL**
STATE BAR NO. 11260700
**KARL RUPP**
STATE BAR NO. 24035243
**KENDALL LAW GROUP, LLP**
3232 McKinney Avenue, Ste. 700
Dallas, Texas 75204
214.744.3000 (telephone)
214.744.3015 (facsimile)
jkendall@kendalllawgroup.com
krupp@kendalllawgroup.com


**ERIC M. ALBRITTON**
STATE BAR NO. 00790215
**ALBRITTON LAW FIRM**
P.O. Box 2649
Longview, Texas 75606
903.757.8449 (telephone)
903.758.7397 (facsimile)
ema@emafirm.com


**SETH OSTROW**
STATE BAR NO. 2532257
**MATTHEW L. KAUFMAN**
STATE BAR NO. 4001046
**JEANPIERRE J. GIULIANO**
STATE BAR NO. 4273777
**ARIANNA FRANKL**
STATE BAR NO. 3019650
**ELYSSA S. LANE**
STATE BAR NO. 4388393
**OSTROW KAUFMAN & FRANKL LLP**
The Chrysler Building
405 Lexington Avenue
62nd Floor
New York, NY 10174
212.888.0312
914.931.1730 (facsimile)
mkaufman@okfllp.com
sostrow@okfllp.com

afrankl@okfllp.com
jpgiuliano@okfllp.com
elyssa.lane@gmail.com

**ATTORNEYS FOR PLAINTIFF
DATATREASURY CORPORATION**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and served via the Court's electronic filing system on all counsel who have consented to electronic service on this the 30th day of December, 2009.

_____

**NIX PATTERSON & ROACH, L.L.P.**