IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORPORATION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 2:06-CV-72 DF |
| WELLS FARGO & COMPANY, et al., | § § § | |
| Defendants. | § § | |

**O R D E R**

This case is on the Court's March 2010 trial docket. The Court previously set a trial plan conference for January 13, 2010, at 10:00 A.M. Dkt. No. 1688. Due to the Court's trial schedule in January, the trial plan conference is hereby **RESET** for **January 13, 2010, at <u>1:00 P.M.</u> in TEXARKANA**.

IT IS SO ORDERED.

SIGNED this 4th day of January, 2010.

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE