**Appendix K**                                                                                         Revised: 1/24/07

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## Marshall DIVISION
## APPLICATION TO APPEAR PRO HAC VICE

1. This application is being made for the following: Case # __06-72__
   Style: __Data Treasury Corp. v. Wells Fargo et al.__
2. Applicant is representing the following party/ies: __The Clearing House Payments Co. L.L.C.__
3. Applicant was admitted to practice in __NY__ (state) on __July 8, 1971__ (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant has/has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant has/has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant has/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
    __SEE ATTACHED__
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, __Bruce E. Clark__ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date __March 12, 2010__            Signature __Bruce E. Clark__

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) __Bruce E. Clark__

State Bar Number _____

Firm Name: __Sullivan & Cromwell LLP__

Address/P.O. Box: __125 Broad Street__

City/State/Zip: __New York, NY 10004__

Telephone #: __212-558-4000__

Fax #: __212-558-4783__

E-mail Address: __clarkb@sullcrom.com__

Secondary E-Mail Address: _____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: _____

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____
Deputy Clerk

## Bruce E. Clark

**U.S. Supreme Court**

**U.S. Court of Appeals for**
    Second Circuit
    Third Circuit
    Fifth Circuit
    Sixth Circuit
    Eighth Circuit
    Ninth Circuit
    Tenth Circuit
    11th Circuit
    D.C. Circuit
    Federal Circuit

**U.S. Court of Federal Claims**

**Court of Military Appeals**

**U.S. District Court**
    D.C.
    S.D.N.Y
    E.D.N.Y
    N.D.N.Y.
    E.D. Wisconsin
    Western District of Wisconsin

**United States Tax Court**