# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORPORATION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:06-CV-72 DF |
| | § | |
| U.S. BANK, N.A., et al., | § | |
| | § | |
| Defendants. | § | |
| | § | |

## VERDICT FORM

You, the jury, are to answer the following interrogatories based on the evidence admitted at trial and according to the instructions the Court has given you. Start with Interrogatory No. 1 and proceed through the interrogatories. As you proceed through this verdict form, follow the directions provided.

## Interrogatory No. 1

Has DataTreasury proven by a preponderance of the evidence that U.S. Bank has exercised control or direction over Viewpointe such that U.S. Bank and Viewpointe have jointly infringed any of the following claims of the asserted patents?  Answer "yes" or "no" as to each claim in the spaces provided:

'988 Patent, Claim 1   _yes_          '137 Patent, Claim 42  _yes_

'988 Patent, Claim 26  _yes_          '137 Patent, Claim 43  _yes_

'988 Patent, Claim 46  _yes_

## Interrogatory No. 2

**ANSWER THIS INTERROGATORY <u>ONLY</u> IF YOU ANSWERED "YES" FOR AT LEAST ONE CLAIM IN INTERROGATORY NO. 1.**

If you have <u>not</u> answered "yes" as to at least one claim in Interrogatory No. 1, skip this interrogatory and proceed to Interrogatory No. 3.

Has DataTreasury proven by clear and convincing evidence that the joint infringement by U.S. Bank and Viewpointe of any of the claims at issue was willful?

Answer "yes" or "no":  _yes_

## Interrogatory No. 3

Has DataTreasury proven by a preponderance of the evidence that U.S. Bank has exercised control or direction over The Clearing House such that U.S. Bank and The Clearing House have jointly infringed any of the following claims of the asserted patents? Answer "yes" or "no" as to each claim in the spaces provided:

'988 Patent, Claim 1 __Yes__          '137 Patent, Claim 42 __Yes__

'988 Patent, Claim 46 __yes__


## Interrogatory No. 4

**ANSWER THIS INTERROGATORY <u>ONLY</u> IF YOU ANSWERED "YES" FOR AT LEAST ONE CLAIM IN INTERROGATORY NO. 3.**

If you have <u>not</u> answered "yes" as to at least one claim in Interrogatory No. 3, skip this interrogatory and proceed to Interrogatory No. 5.

Has DataTreasury proven by clear and convincing evidence that the joint infringement by U.S. Bank and The Clearing House of any of the claims at issue was willful?

Answer "yes" or "no": __No__

**Interrogatory No. 5**

Have Defendants proven by clear and convincing evidence that any of the following claims of the '988 Patent or the '137 Patent are invalid by anticipation? Answer "yes" or "no" as to each claim in the spaces provided below. Answer for all claims regardless of whether you have found those claims were infringed.

'988 Patent, Claim 1   No           '137 Patent, Claim 42  No

'988 Patent, Claim 26  No           '137 Patent, Claim 43  No

'988 Patent, Claim 46  No

**Interrogatory No. 6**

Have Defendants proven by clear and convincing evidence that any of the following claims of the '988 Patent or the '137 Patent are invalid due to obviousness? Answer "yes" or "no" as to each claim in the spaces provided below. Answer for all claims regardless of whether you have found those claims were infringed.

'988 Patent, Claim 1   No           '137 Patent, Claim 42  No

'988 Patent, Claim 26  No           '137 Patent, Claim 43  No

'988 Patent, Claim 46  No

4

## Interrogatory No. 7

Have Defendants proven by clear and convincing evidence that any of the following claims of the '988 Patent or the '137 Patent are invalid due to failure to provide an adequate written description? Answer "yes" or "no" as to each claim in the spaces provided below. Answer for all claims regardless of whether you have found those claims were infringed.

'988 Patent, Claim 1   _NO_         '137 Patent, Claim 42  _NO_

'988 Patent, Claim 26  _NO_         '137 Patent, Claim 43  _NO_

'988 Patent, Claim 46  _NO_

## Interrogatory No. 8

**ANSWER THIS INTERROGATORY <u>ONLY</u> IF YOU ANSWERED "YES" FOR AT LEAST ONE CLAIM IN INTERROGATORY NO. 1.**

If you have <u>not</u> answered "yes" as to at least one claim in Interrogatory No. 1, skip this interrogatory and proceed to Interrogatory No. 9.

If you have found that any of the asserted claims of the '988 Patent or the '137 Patent have been jointly infringed by U.S. Bank and Viewpointe, then even if you have answered "yes" to any portion of Interrogatory Nos. 5 through 7, please determine the amount of reasonable royalty damages that would fairly and adequately compensate DataTreasury for joint infringement by U.S. Bank and Viewpointe:

Answer in dollars and cents: $ _26,606,000.00_

You have heard testimony regarding a "running royalty," which is a royalty determined by the amount of use of the purported invention over time. You have also heard testimony regarding a "lump sum paid up royalty," which is a fixed amount paid to the patent holder regardless of the amount of use of the purported invention over time. If you have awarded reasonable royalty damages above, is that award based on a "running royalty" or a "lump sum paid up royalty"?

Answer "running royalty" or "lump sum paid up royalty":

_lump sum_

## Interrogatory No. 9

**ANSWER THIS INTERROGATORY <u>ONLY</u> IF YOU ANSWERED "YES" FOR AT LEAST ONE CLAIM IN INTERROGATORY <u>NO. 3</u>.**

If you have <u>not</u> answered "yes" as to at least one claim in Interrogatory No. 3, skip this interrogatory and proceed to sign and date this Verdict Form.

If you have found that any of the asserted claims of the '988 Patent or the '137 Patent have been jointly infringed by U.S. Bank and The Clearing House, then even if you have answered "yes" to any portion of Interrogatory Nos. 5 through 7, please determine the amount of reasonable royalty damages that would fairly and adequately compensate DataTreasury for joint infringement by U.S. Bank and The Clearing House:

Answer in dollars and cents: $ _394,000.00_

You have heard testimony regarding a "running royalty," which is a royalty determined by the amount of use of the purported invention over time. You have also heard testimony regarding a "lump sum paid up royalty," which is a fixed amount paid to the patent holder regardless of the amount of use of the purported invention over time. If you have awarded reasonable royalty damages above, is that award based on a "running royalty" or a "lump sum paid up royalty"?

Answer "running royalty" or "lump sum paid up royalty":
_lump sum_

7

The foreperson must sign and date this verdict form: