# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| DATATREASURY CORPORATION,<br><br>*Plaintiff,*<br><br>v.<br><br>U.S. BANK, N.A., *et al.*<br><br>*Defendants.* | CIVIL ACTION NO. 2:06-CV-72 |

## JOINT MOTION FOR PARTIAL JUDGMENT AS A MATTER OF LAW

The parties, during and following trial, have agreed to the following partial judgments as a matter of law as set forth in the attached proposed order and respectfully request the Court enter the partial judgments as set forth therein.

Dated: April 7, 2010

                                                    Respectfully submitted,

                                                  /s/ Nelson J. Roach (by permission)
                                                  Nelson J. Roach, Attorney in Charge
                                                  njroach@nixlawfirm.com
                                                  State Bar No. 16968300
                                                  Derek Gilliland
                                                  dgilliland@nixlawfirm.com
                                                  State Bar No. 24007239
                                                  **NIX PATTERSON & ROACH, L.L.P.**
                                                    205 Linda Drive
                                                  Daingerfield, Texas 75638
                                                  903.645.7333 (telephone)
                                                  903.645.5389

C. Cary Patterson
State Bar No. 15587000
Brady Paddock
bpaddock@nixlawfirm.com
State Bar No. 00791394
R. Benjamin King
benking@nixlawfirm.com
State Bar No. 24048592
**NIX PATTERSON & ROACH L.L.P.**
2900 St. Michael Drive, Suite 500
Texarkana, Texas 75503
903.223.3999 (telephone)
903.223.8520 (facsimile)

Anthony Bruster
akbruster@nixlawfirm.com
State Bar No. 24036280
Rod Cooper
rodcooper@nixlawfirm.com
State Bar No. 90001628
Edward Chin
edchin@nixlawfirm.com
State Bar No. 50511688
Nicole Reed Kliewer
nicolekliewer@nixlawfirm.com
State Bar No. 24041759
Nida Nadir
nida.nadir@gmail.com
State Bar No. 24057433
Andrew Wright
awright@nixlawfirm.com
State Bar No. 24063927
**NIX PATTERSON & ROACH, L.L.P.**
5215 N. O'Connor Blvd., Suite 1900
Irving, Texas 75039
972.831.1188 (telephone)
972.444.0716 (facsimile)

Joe Kendall
jkendall@kendalllawgroup.com
State Bar No. 11260700
Karl Rupp
krupp@kendalllawgroup.com
State Bar No. 24035243
**KENDALL LAW GROUP, LLP**
3232 McKinney Avenue, Ste. 700

2

Dallas, Texas 75204
214.744.3000 (telephone)
214.744.3015 (facsimile)

Eric M. Albritton
ema@emafirm.com
State Bar No. 00790215
**ALBRITTON LAW FIRM**
P.O. Box 2649
Longview, Texas 75606
903.757.8449 (telephone)
903.758.7397 (facsimile)

Seth Ostrow
sostrow@okfllp.com
State Bar No. 2532257
Matthew L. Kaufman
mkaufman@okfllp.com
State Bar No. 4001046
Jeanpierre J. Giuliano
jpgiuliano@okfllp.com
State Bar No. 4273777
Ariana Frankl
afrankl@okfllp.com
State Bar No. 3019650
Elyssa S. Lane
elyssa.lane@gmail.com
State Bar No. 4388393
**OSTROW KAUFMAN & FRANKL LLP**
The Chrysler Building
405 Lexington Avenue
62nd Floor
New York, NY 10174
212.888.0312
914.931.1730 (facsimile)

*Attorneys for Plaintiff DataTreasury Corporation*


/s/ Joe W. Redden, Jr.
Joe W. Redden, Jr.
JRedden@brsfirm.com
Texas Bar No. 16660600
Michael Richardson
MRichardson@brsfirm.com
Texas Bar No. 24002838

3

**BECK, REDDEN & SECREST LLP**
1221 McKinney, Suite 4500
Houston, TX 77010
Telephone: (713) 951-3700
Fax: (713) 951-3720

John J. Feldhaus
jfeldhaus@foley.com
**FOLEY & LARDNER LLP**
3000 K Street, N.W., Suite 600
Washington, D.C. 20007-5143
Telephone: (202) 672-5300
Facsimile: (202) 672-5399

John T. Gutkoski (pro hac vice)
jgutkoski@foley.com
**FOLEY & LARDNER LLP**
111 Huntington Avenue
Boston, MA 02199
Telephone: (617) 342-4000
Fax: 617).342.4001

*Attorneys for Defendants U.S. Bancorp, U.S. Bank National Association*


/s/ Stephen E. Belisle (by permission)
Preston W. McGee
Texas State Bar No. 13620600
**FLOWERS DAVIS, P.L.L.C.**
1021 ESE Loop 323, Suite 200
Tyler, Texas 75701
Telephone: (903) 534-8063

*Of Counsel:*
James H. Carter
James T. Williams
Jane J. Jaang
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000

Lawrence F. Scinto
Ronald A. Clayton
Robert H. Fischer

4

Stephen E. Belisle
**FITZPATRICK, CELLA, HARPER & SCINTO**
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 218-2100

*Attorneys for Defendant The Clearing House Payments Company L.L.C.*


/s/ Philip B. Philbin (by permission)
Phillip B. Philbin
Texas State Bar No. 15909020
phillip.philbin@haynesboone.com
John R. Emerson
Texas State Bar No. 24002053
russ.emerson@haynesboone.com
Debra J. McComas
Texas State Bar No. 00794261
**HAYNES AND BOONE, L.L.P.**
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Tel: 214-651-5000
Fax: 214-651-5940

Daniel A. DeVito
P. Anthony Sammi
James Y. Pak
**SKADDEN ARPS SLATE MEAGHER & FLOM LLP**
Four Times Square
New York, NY 10036-6522
Tel: 212.735.3000
Fax: 212.735.2000

*Attorneys for Defendant Viewpointe Archive Services, L.L.C.*

## **CERTIFICATE OF SERVICE**

  The undersigned certifies that a copy of the foregoing Joint Motion For Partial Judgment As A Matter Of Law was served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF filing system per Local Rule CV-5(a)(3) on April 7, 2010.

                  /s/ John J. Feldhaus
                  John J. Feldhaus