IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORPORATION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:06-CV-72 DF |
| | § | |
| WELLS FARGO & COMPANY, et al., | § | |
| | § | |
| Defendants. | § | |
| | § | |

**O R D E R**

The Court hereby **SETS** a Status Conference for **November 12, 2010, at 10:00 A.M. in TEXARKANA** to address Defendant U.S. Bank's inequitable conduct case, as well as severance of the so-called "Huntington" or "Randle" patents from the above-captioned case number.

**IT IS SO ORDERED.**

SIGNED this 18th day of October, 2010.

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE