IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **DATATREASURY CORPORATION,**<br><br>**Plaintiff**<br><br>v.<br><br>**WELLS FARGO & COMPANY,** *et al.*<br><br>**Defendants** | 2:06-CV-72 DF |

**DEFENDANT U.S. BANK NATIONAL ASSOCIATION'S**
**<u>NOTICE OF APPEAL</u>**

Notice is hereby given that Defendant U.S. Bank National Association ("U.S. Bank") in the above named case hereby appeals to the United States Court of Appeals for the Federal Circuit from: Final Judgment entered on August 2, 2011 (Dkt. No. 2497), Amended Final Judgment entered on August 3, 2011 (Dkt. No. 2498) and all interlocutory orders and decisions in the case.

Dated: September 1, 2011

Respectfully submitted,

 /s/ Jason J. Keener

John J. Feldhaus
jfeldhaus@foley.com
Jason J. Keener
jkeener@foley.com
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5143
Telephone: (202) 672-5300
Facsimile: (202) 672-5399

David J. Beck
DBeck@brsfirm.com
Michael Richardson
MRichardson@brsfirm.com
Tim Cleveland
TCleveland@brsfirm.com
BECK, REDDEN & SECREST LLP
1221 McKinney, Suite 4500
Houston, TX 77010
Telephone:  (713) 951-3700
Fax:  (713) 951-3720

Counsel for Defendant U.S. Bank National Association

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and served via the Court's electronic filing system on all counsel who have consented to electronic service on this the 1st day of September, 2011.

 /s/ Jason J. Keener
**Jason J. Keener**
**Foley & Lardner LLP**