FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

OCT 1 2 2011

DAVID J. MALAND, CLERK
BY
DEPUTY

NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DATATREASURY CORPORATION,**
*Plaintiff-Appellee,*

v.

**U.S. BANK, NATIONAL ASSOCIATION,**
*Defendant-Appellant,*

AND

**THE CLEARING HOUSE PAYMENTS COMPANY, LLC,**
*Defendant,*

AND

**VIEWPOINTE ARCHIVE SERVICES, LLC,**
*Defendant,*

AND

**BANCORP SOUTH BANK AND BANCORPSOUTH, INC.,**
*Defendants,*

AND

**BANK OF MONTREAL, BANK OF NOVA SCOTIA, CANADIAN IMPERIAL BANK OF COMMERCE, INTRIA ITEMS, INC., NATIONAL BANK OF CANADA, ROYAL BANK OF CANADA, SYMCOR, INC., AND TORONTO-DOMINION BANK,**
*Defendants,*

DATATREASURY CORP v. US BANK 2

AND

THE BANK OF NEW YORK MELLON CORPORATION,
*Defendant.*

---

2011-1587

---

Appeal from the United States District Court for the Eastern District of Texas in case no. 06-CV-0072, Chief Judge David J. Folsom.

---

DATATREASURY CORPORATION,
*Plaintiff-Appellee,*

v.

U.S. BANK, NATIONAL ASSOCIATION,
*Defendant,*

AND

THE CLEARING HOUSE PAYMENTS COMPANY, LLC,
*Defendant-Appellant,*

AND

VIEWPOINTE ARCHIVE SERVICES, LLC,
*Defendant-Appellant,*

AND

BANCORP SOUTH BANK AND BANCORPSOUTH, INC.,
*Defendants,*

AND

3            DATATREASURY CORP v. US BANK

**BANK OF MONTREAL, BANK OF NOVA SCOTIA, CANADIAN IMPERIAL BANK OF COMMERCE, INTRIA ITEMS, INC., NATIONAL BANK OF CANADA, ROYAL BANK OF CANADA, SYMCOR, INC., AND TORONTO-DOMINION BANK,**
*Defendants,*

AND

**THE BANK OF NEW YORK MELLON CORPORATION,**
*Defendant.*

---

2011-1604, -1605

---

Appeals from the United States District Court for the Eastern District of Texas in case no. 06-CV-0072, Chief Judge David J. Folsom.

---

**ON MOTION**

---

### ORDER

The parties move to dismiss Viewpointe Archive Services, LLC and The Clearing House Payments Company L.L.C. as parties in 2011-1587 and to withdraw The Clearing House Payments Company L.L.C.'s appeal no. 2011-1604, and Viewpointe Archive Services, LLC's appeal no. 2011-1605.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to dismiss Viewpointe and The Clearing House from 2011-1587 is granted in part. The parties

DATATREASURY CORP v. US BANK     4

will be listed in the caption as defendants. The revised official caption is reflected in the order.

(2) The motion to withdraw 2011-1604 and 2011-1605 is granted. 2011-1604 and 2011-1605 are dismissed.

(2) Each side shall bear its own costs in 2011-1604 and 2011-1605.

FOR THE COURT

__OCT 0 7 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Jeffrey A. Lamken, Esq.
    Bruce E. Clark, Esq.
    John J. Feldhaus, Esq.
    John R. Emerson, Esq.

s21

Issued As A Mandate (As To 2011-1604, -1605 Only): OCT 0 7 2011

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
By: _____ Date: 10/7/11

FILED
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT

OCT 0 7 2011

JAN HORBALY
CLERK