# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| **DATATREASURY CORPORATION,** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| vs. | § | Case No. 2-06-CV-72 |
| | § | |
| **WELLS FARGO & COMPANY,** *et al.* | § | |
| | § | |
| *Defendants*. | § | |

## REQUEST FOR TERMINATION OF ELECTRONIC NOTICES

Please remove attorney **Ryan S. Bewersdorf,** whose e-mail address is **rbewersdorf@foley.com** from the list that allows for receipt of electronic filings in the above captioned case and any related adversary proceedings.

Dated: November 10, 2011

Respectfully Submitted,

FOLEY & LARDNER LLP

*/s/ Ryan S. Bewersdorf*
Ryan S. Bewersdorf
500 Woodward Ave., Suite 2700
Detroit, Michigan  48226
(313) 234-7100 (phone)
(313) 234-2800 (fax)
rbewersdorf@foley.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this request was served on all counsel who have consented to electronic service.

*/s/ Ryan S. Bewersdorf*
Ryan S. Bewersdorf